IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06CR719 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge James G. Carr |
| v. | ) | |
| | ) | |
| MOHAMMAD ZAKI AMAWI, | ) | |
| MARWAN OTHMAN EL-HINDI, and | ) | GOVERNMENT'S NOTIFICATION |
| WASSIM I. MAZLOUM, | ) | REGARDING MONITORING OF |
| | ) | ATTORNEY-CLIENT COMMUNICATIONS |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Thomas E. Getz, Assistant United States Attorney, and Gregg N. Sofer, Department of Justice Trial Attorney, and hereby advises this Court that said counsel have no knowledge of any government monitoring or recording of communications between the defendants in this case and their respective legal counsel. Counsel for the United States of America have been made aware during the course of these proceedings, as has the Court, that the defendants' communications, not excluding attorney-client communications, may be monitored by the U.S. Bureau of Prisons pursuant to their policies and procedures; however, said government counsel are not given, and have not

- 2 -

been given, nor have they requested, access to any such monitored communications or the substance thereof, whether directly or indirectly, or in any form whatsoever.   In the event that counsel for the United States of America becomes aware that attorney-client communications are being monitored or recorded by the government, outside of any monitoring by the Bureau of Prisons, said counsel shall notify this Court of same, without delay.

                Respectfully submitted,

                GREGORY A. WHITE
                United States Attorney


By:    /s/Thomas E. Getz
        Thomas E. Getz
        Assistant U.S. Attorney
        Reg. No. 0039786
        400 United States Courthouse
        801 West Superior Avenue
        Cleveland, Ohio  44113
        Tel. No.:  (216) 622-3840
        Fax No.:  (216) 683-2378
        E-mail:   thomas.getz@usdoj.gov

By:    /s/Gregg N. Sofer
        Gregg N. Sofer
        Trial Attorney
        Counter Terrorism Section
        Registration No. 106209 (NY)
        10th & Constitution Avenue, N.W.
        Washington, DC 20530
        Tel. No.: (202) 353-3464
        Fax No:  (202) 514-8714
        E-mail: Gregg.Sofer@usdoj.gov

- 3 -

CERTIFICATE OF SERVICE

This is to certify that on this <u>15th</u> day of March, 2006, a copy of the foregoing Government's Notification Regarding Monitoring of Attorney-Client Communications was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    /s/ Thomas E. Getz
Thomas E. Getz
Assistant U. S. Attorney