IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                               Case No. 3:06CR719

        Plaintiff

v.                                                                                       ORDER

Mohammed Zaki Amawi, et al.,

        Defendant

This is a criminal case in which the defendants have moved *in limine* to exclude testimony by a government witness, whom the government anticipates calling as an expert, about, *inter alia*, the origin and content of materials depicting acts of violence and terrorism. [Doc. 532].

The proposed witness, Evan Kohlmann, has provided a curriculum vitae; attached to that document is a list of cases in which Mr. Kohlmann has been retained as an expert and, as well, testified as an expert.

So that, in adjudicating the motion *in limine*, I may be informed fully about the opinions of other courts regarding the admissibility of the proposed testimony, the government shall, by February 10, 2008:

    1. Ascertain from Mr. Kohlmann whether the list of United States District Court cases in which he has been proffered as a witness is complete; if it is not, the government shall file a supplement to such list by that date so that it is complete; and

    2. File copies of all written opinions, including opinions not available from Westlaw and LexisNexis, by any American court regarding the admissibility of Mr. Kohlmann's

testimony, and transcripts, or portions of transcripts of judicial rulings made orally in such courts as to the admissibility of such testimony.

So ordered.

                                                        <u>s/James G. Carr</u>  
                                                        James G. Carr  
                                                        Chief Judge