## JURY INSTRUCTION

FILED
2008 JUN 16 AM 8: 28

Ladies and gentlemen of the jury, you have heard certain terms during the Government's presentation of evidence that may be unfamiliar to you. To assist you in performing your job as the fact-finders in this case, the following stipulations have been agreed to by the prosecutors and counsel for the defendants. The definitions of these terms, names, and events are relevant and unique to the facts of this case only. You will notice that a few of these terms define religious or political movements, for which there are obviously more expansive explanations. All parties agree, however, that it is important to at least give you some basic information concerning these terms. Additionally, all parties agree that the definitions provided to you do not represent the official policy positions of the U.S. government, or that any of these stipulations apply to future criminal or civil litigation to which the government may be a party.

We expect that providing you with this information will help you in making a decision under the facts as they relate to this particular case. We believe that doing so will streamline aspects of this trial, and reduce the number of expert witnesses that either side would have had to present to you. As with any other evidence, either side may make use of these definitions during their closing arguments. Again, it is entirely within your province to consider these facts within the context of all the evidence in this case.

# STIPULATIONS – TERMS, NAMES, AND EVENTS
# LISTED BY TOPICAL AREA

### GEOGRAPHICAL LOCATIONS

1. **Abu Ghraib**: A city in Iraq located just west of Baghdad in which is located a prison that was used by the regime of Saddam Hussein and thereafter by coalition forces as a detention facility.

2. **Al Karmah**: A town located in Iraq's Anbar province near Fallujah.

3. **Anbar Province**: Largest province in Iraq that comprises most of the Western part of Iraq. The region is predominately Sunni.

4. **Chechnya**: Republic in southwestern Russia. In the mid 1990s, Chechnya became a key battle ground for Islamic militants and this area engaged in armed rebellion against the Russian government. In 1997, Islam became the state's official religion.

5. **Fallujah**: A city in Iraq located approximately 40 miles west of Baghdad. Fallujah was the site of two battles between Iraqi insurgents and the US military in April, 2004 and November, 2004. The November, 2004 battle resulted in the recapture of Fallujah from insurgent fighters.

6. **Haifa Street in Baghdad**: A two-mile stretch of road in central Baghdad that has been a hotbed of insurgent activity against the military convoys of coalition forces.

7. **Indonesia**: A country located off the southeast coast of the Asian mainland. Indonesia, a non-Arab country, possesses one of the largest Muslim population of any country in the world. Between 85-90% of the population is Muslim, most of which are Sunni.

8. **Iraq**: A country in the Middle East bordered by Kuwait, Iran, Turkey, Syria, Jordan, and Saudi Arabia. Iraq's two largest ethnic groups are Arabs and Kurds. Other distinct groups include Turcoman, Chaldeans, Assyrians, and Armenians. Arabic is the most commonly spoken language. Kurdish is spoken in the north, and English is the most commonly spoken Western language. The majority (60-65%) of Iraqi Muslims are members of the Shi'a (Shiite) sect, but there is a large (32-37%) Sunni population as well, made up of both Arabs and Kurds. Small communities of Christians, Jews, Bahais, Mandaeans, and Yezidis also exist. Most Kurds are Sunni Muslim but differ from their Arab neighbors in language, dress, and customs.

   Today, three somewhat distinct geographical regions exist in Iraq: one region in the North [Principal cities: Irbil, Mosul and Kirkuk; Irbil is predominately populated by ethnic Kurds, Mosul consists of a mix of Sunni, Kurdish, some Shi'a, and other groups, while Kirkuk has a mix of Kurds and other groups]; a second region in Central and Western Iraq that predominately consists of Sunnis [Principal cities: Baghdad and Fallujah]; and a third region in the South [Principal city: Basra], that is predominantly populated by Shi'a.

9. **Karbala**: A city in Iraq approximately 55 miles southwest of Baghdad. Karbala is a city of historical and religious significance to Shiites.

10. **Karkuk**: Alternatively pronounced Kirkuk, it is a city in Iraq located approximately 145 miles north of Baghdad.

11. **Kashmir**: Region in the northwestern Indian subcontinent bordered by China, Afghanistan and Pakistan. Possession of the region is disputed between Pakistan and India.

12. **Khalidiyah**: A city located in Iraq's Anbar province near Ramadi.

13. **Mosul:** A city in Iraq approximately 225 miles northwest of Baghdad.

14. **Palestine (Arabic: *Filistin*):** Used by some in this case as a description of the geographical area in the Middle East and in the context of the Israeli-Palestinian conflict, the boundaries of which are subject to deep political dispute. This geographical area includes Rafah, the largest city in the Gaza Strip and the West Bank, an area that lies to the west of the country of Jordan, across the Jordan River, among other areas.

15. **Radwaniyah:** The site of one of Saddam Hussein's former Presidential Palaces and his main residence, Radwaniyah is located adjacent to the Baghdad International Airport.

16. **Ramadi:** A city in Iraq approximately 70 miles west of Baghdad. Ramadi is the capital of the Anbar province.

17. **Taji:** A town in Iraq located approximately 20 miles north of Baghdad. A large military base and airfield is located there.

18. **Tal Afar:** A city in northwestern Iraq approximately 30 miles west of Mosul.

19. **Tikrit:** A city in Iraq located approximately 100 miles northwest of Baghdad. Tikrit is the birthplace of Saddam Hussein.

20. **Yusufiya:** A township in Iraq's Babil province approximately 10 miles southwest of Baghdad.

### ARABIC AND ISLAMIC TERMS

1. **Al Sham:** The traditional Arabic term "Bilad al-Sham" is a name for the region that today contains Syria, Jordan, Lebanon, Israel, and the area publicly reported to be controlled by the Palestinian Authority.

2. **Ashary:** A school of early Muslim speculative theology founded by the theologian Abu al-Hasan al-Ash'ari. It is reported that the Asharite view considered the comprehension of the unique nature and characteristics of God as being beyond human capability, and that while man had free will, he had no power to create anything.

3. **Caliph:** Title of a Sunni Islamic leader, literally "successor," used to denote a political and military leader of the Sunni Muslim world.

4. **Dawa:** An Arabic word meaning call or invite, including inviting people to Islam.

5. **Deen:** Arabic word meaning religion or belief.

6. **Fatwa:** Rulings of Islamic Law.

7. **Fitnah:** An Arabic word with various meanings, including temptation, trial, or fascination. The term has been used to collectively refer to temptations or persecutions that Muslims may endure through their faith. The term has also been used to refer to the period of division in Islam, for example, the internal struggle that resulted in civil war and religious schism between the Sunnis and Shi'a (Circa: 656-661 AD).

8. **Hadith:** Collection of sayings and deeds attributed to the Prophet Mohammed.

9. **Hajj:** Obligatory Muslim pilgrimage to Mecca.

10. **Halal:** Arabic legal term that identifies those acts and deeds that are permitted.

11. **Haram:** Arabic legal term that identifies those acts and deeds that are forbidden.

12. **Hijab**: This word primarily refers to an article of clothing used to cover woman's head and body.

13. **Islam**: One of the world's major religions.

14. **Jihad**: From the Arabic root meaning, "to strive, to exert, to fight." "Jihad's" exact meaning depends on the context in which it is used. It may express a struggle against one's evil inclinations, an exertion to convert non-believers, or a struggle for the moral betterment of the Islamic community. It may also be used to describe (if used in a religious context) an Islamic or "holy" crusade or war. Jihad is the only legal warfare in Islam and it is carefully controlled in Islamic law. It must be called by a duly constituted state authority, and preceded by a call to Islam or treaty, and non-combatants must not be attacked. Extremists have branded some as "un-believers" for their alleged neglect in adhering to and enforcing a particular interpretation of Islam, and have justified conducting "jihad" to justify the struggle against their co-religionists. Today, contemporary thinking about "jihad" offers a wide spectrum of views, including conservatives who look to classical Islamic law on the subject and radicals who promote a "violent jihad" against Muslim and non-Muslims.

15. **Mujahadeen**: Plural form of the Arabic word "mujahid," or "one who engages in violent jihad."

16. **Muslims**: Believers or adherents to the Islamic faith.

17. **Quran**: The book of Islamic revelation. The Quran is believed by those of the Islamic faith to be the word of God transmitted through the Prophet Mohammed.

18. **Ramadan**: A Muslim religious observance that takes place during the ninth month of the Islamic calendar, believed to be the month in which the Quran began to be revealed.

19. **Salafism**: The principal tenet of Salafism is that Islam was perfect and complete during the days of Muhammad and his companions, but that undesirable innovations have been added over the later centuries due to materialist and cultural influences. Salafism seeks to revive a practice of Islam that more closely resembles the religion during the time of Muhammad. Salafism has also been described as a simplified version of Islam, in which adherents follow a few commands and practices. Adherents to Salafism are referred to as "Salafis."

20. **Shaheed**: Mujihadeen who have earned a place in paradise through death in violent jihad.

21. **Sheikh**: An Arabic title of respect, akin to "Sir."

22. **Shia**: (Shiites) A minority sect of Islam.

23. **Sufi**: Generally described as the "inner or mystical dimension" of Islam. Sufis believe that it is possible to become close to God and to experience this closeness - while one is alive. The chief aim of all Sufis then is to let go of all notions of duality, including a conception of an individual self, and to realize the Divine unity.

24. **Sunni**: A majority sect of Islam.

25. **Ummah**: The collective Muslim community throughout the world.

### GROUPS, ORGANIZATIONS, AND INSTITUTIONS

1. **Al Azhar University:** A prominent Islamic university located in Cairo, Egypt.
2. **Al Bara'a Ibn Malek Brigade:** Unit of Abu Musab al Zarqawi's network dedicated to suicide missions in Iraq.
3. **Al Qaeda:** An Arabic word meaning 'the base', Al Qaeda is a U.S.-designated terrorist organization led by Usama Bin Laden.
4. **Mossad:** Institute for Intelligence and Special Operations; it is the national intelligence agency of the State of Israel.

### INDIVIDUALS

1. **Al Albany, Muhammad Nasiruddin:** An Islamic scholar of the 20th Century.
2. **Al Ayyiri, Yousef:** Author of Al Qaeda publication that announced the group's strategy in combat by "expanding the battlefield and exhausting the enemy."
3. **Al Dosari, Abul-Harith Abdelrahman:** Suicide bomber depicted in the "Winds of Victory" as carrying out the martyrdom operation at the Khalidiya Bridge.
4. **Al Ghamdi, Abu Al-Walid:** The leader of the mujahadeen fighters in Chechnya in 2002.
5. **Al Muqrin, Abd Al Aziz:** Former head of Al Qaeda in the Arabian Peninsula.
6. **Al Shaalan, Hazim:** Former Iraqi Defense Minister in the interim Iraqi government from June 2004 to January 2005.
7. **Al Shami, Abu Anas (aka the Lion of Fortifications):** Abu Musab al Zarqawi's deputy, reported to have been killed in 2004.
8. **Al Timimi, Ali:** Prominent Muslim scholar who, in 2005, was found guilty of soliciting others to levy war against the United States and inducing others to use firearms in violation of federal law.
9. **Al Zawahiri, Ayman:** An Egyptian who currently serves as second-in-command of Al Qaeda. Zawahiri frequently delivers video and audio messages to US and world audiences on behalf of Al Qaeda.
10. **Al Zarqawi, Abu Musab:** A Jordanian who was the leader of Al Qaeda in Iraq until he was killed in 2006.
11. **Allawi, Ayad:** Allawi was the Prime Minister of the Interim Government of Iraq.
12. **Azzam, Abdullah:** A Palestinian who served as the intellectual mentor to Usama Bin Laden and was a leader of the mujahedeen who traveled to Afghanistan in order to fight the Soviet Union in the 1980s. Azzam was killed in 1989.
13. **Basayev, Shamil:** Chechen Islamic militant and leader of the Chechen separatist movement.
14. **Bigley, Kenneth:** British engineer who was kidnapped and taken hostage in September 2004, before being beheaded by Al Qaeda in Iraq.
15. **Bin Laden, Usama:** A Saudi Arabian national who is the leader of a US-designated terrorist organization called "Al Qaeda."

16. **Chalabi, Ahmed**: A Shi'a who founded the Iraqi National Congress (INC), a group of Iraqi exiles who sought the ouster of Saddam Hussein.
17. **Hekmatyar, Gulbuddin**: Founder of the Islamic group, Hezb-i-Islami, which seeks the establishment of an Islamic republic in Afghanistan.
18. **Ibn Tamiyah**: One of Islam's theologians from the early 1300s.
19. **Johnson, Paul Marshall**: was an American helicopter engineer who lived in Saudi Arabia. In 2004, he was taken hostage by terrorists and beheaded on video tape.
20. **Khattab, Omar Ibn**: The Saudi-born leader of the Chechen mujahedeen. Khattab died in 2002.
21. **King Fahd**: The king of Saudi Arabia from 1982-2005.
22. **Mullah Mohammed Omar**: Believed to be a Taliban leader who became the de facto leader of Afghanistan in 1996. Mullah Omar reportedly instituted strict Islamic law on the Afghan people. Al Qaeda operated freely out of Afghanistan during his rule.
23. **Sadat, Anwar**: President of Egypt from 1970 until his assassination in 1981.

### MISCELLANEOUS TERMS

1. **.50 caliber**: A large caliber cartridge fired from a variety of heavy machine guns, including weapons with a rotating or spinning barrel (also known as Gatling guns).
2. **Apostate**: One who renounces or abandons a particular religious faith.
3. **C4**: A type of plastic explosive.
4. **Hown**: Nickname of a Bosnian mujahedeen, Abu Abdel Aziz "Barbaros", based on his proficiency in using Soviet-made "Hound" artillery rockets.
5. **Infidel**: An unbeliever with respect to the religion of Islam.
6. **Jew's Mallow Soup**: A common soup in the Middle East made from molukhia (or Jew's Mallow), which is a type of green.
7. **Kalashnikov**: Term for an AK-47, an automatic rifle.
8. **Madrid Bombings/Atocha Train Station**: A series of coordinated bombings against the commuter rail system of Madrid, Spain that took place on the morning of March 11, 2004, killing 191 people and wounding 1,755. Three bombs exploded in the Atocha station.
9. **M-16**: The M16 has been the primary infantry rifle of the United States military since the 1960s.
10. **M203**: A grenade launcher used by the United States military and some other countries.
11. **RPG (Rocket Propelled Grenade)**: A loose term describing hand-held, shoulder-launched anti-tank weapons capable of firing an unguided rocket equipped with an explosive warhead.
12. **The Crusades**: Historically reported to be military expeditions undertaken by Christian powers in the 11th, 12th, and 13th centuries.
13. **USS Cole**: US Naval vessel attacked by Al Qaeda suicide bombing operatives in the port of Aden, Yemen in 2000. The Cole was damaged and 17 U.S. sailors were killed in the attack.

## STIPULATIONS – TERMS, NAMES, AND EVENTS

### LISTED IN ALPHABETICAL ORDER

1. **.50 caliber:** A large caliber cartridge fired from a variety of heavy machine guns, including weapons with a rotating or spinning barrel (also known as Gatling guns).

2. **Abu Ghraib:** A city in Iraq located just west of Baghdad in which is located a prison that was used by the regime of Saddam Hussein and thereafter by coalition forces as a detention facility.

3. **Al Albany, Muhammad Nasiruddin:** An Islamic scholar of the 20th Century.

4. **Al Ayyiri, Yousef:** Author of Al Qaeda publication that announced the group's strategy in combat by "expanding the battlefield and exhausting the enemy."

5. **Al Azhar University:** A prominent Islamic university located in Cairo, Egypt.

6. **Al Bara'a Ibn Malek Brigade:** Unit of Abu Musab al Zarqawi's network dedicated to suicide missions in Iraq.

7. **Al Dosari, Abul-Harith Abdelrahman:** Suicide bomber depicted in the "Winds of Victory" as carrying out the martyrdom operation at the Khalidiya Bridge.

8. **Al Ghamdi, Abu Al-Walid:** The leader of the mujahadeen fighters in Chechnya in 2002.

9. **Al Karmah:** A town located in Iraq's Anbar province near Fallujah.

10. **Al Muqrin, Abd Al Aziz:** Former head of Al Qaeda in the Arabian Peninsula.

11. **Al Qaeda:** An Arabic word meaning 'the base', Al Qaeda is a U.S.-designated terrorist organization led by Usama Bin Laden.

12. **Al Shaalan, Hazim:** Former Iraqi Defense Minister in the interim Iraqi government from June 2004 to January 2005.

13. **Al Sham:** The traditional Arabic term "Bilad al-Sham" is a name for the region that today contains Syria, Jordan, Lebanon, Israel, and the area publicly reported to be controlled by Palestinian authorities.

14. **Al Shami, Abu Anas (aka the Lion of Fortifications):** Abu Musab al Zarqawi's deputy reported to be killed in 2004.

15. **Al Timimi, Ali:** Prominent Muslim scholar who, in 2005, was found guilty of soliciting others to levy war against the United States and inducing others to use firearms in violation of federal law.

16. **Al Zawahiri, Ayman:** An Egyptian who currently serves as second-in-command of Al Qaeda. Zawahiri frequently delivers video and audio messages to US and world audiences on behalf of Al Qaeda.

17. **Al Zarqawi, Abu Musab:** A Jordanian who was the leader of Al Qaeda in Iraq until he was killed in 2006.

18. **Allawi, Ayad:** Allawi was the Prime Minister of the Interim Government of Iraq.

19. **Anbar Province:** Largest province in Iraq that comprises most of the Western part of Iraq. The region is predominately Sunni.

20. **Apostate:** One who renounces or abandons a particular religious faith.

21. **Ashary:** A school of early Muslim speculative theology founded by the theologian Abu al-Hasan al-Ash'ari. It is reported that the Asharite view considered the comprehension of the unique nature and characteristics of God as being beyond human capability, and that while man had free will, he had no power to create anything.

22. **Azzam, Abdullah:** A Palestinian who served as the intellectual mentor to Usama Bin Laden and was a leader of the mujahedeen who traveled to Afghanistan in order to fight the Soviet Union in the 1980s. Azzam was killed in 1989.

23. **Basayev, Shamil:** Chechen Islamic militant and leader of the Chechen separatist movement.

24. **Bigley, Kenneth:** British engineer who was kidnapped and taken hostage in September 2004, before being beheaded by Al Qaeda in Iraq.

25. **Bin Laden, Usama:** A Saudi Arabian national who is the leader of a US-designated terrorist organization called "Al Qaeda."

26. **C4:** A type of plastic explosive.

27. **Caliph:** Title of a Sunni Islamic leader, literally "successor," used to denote a political and military leader of the Sunni Muslim world.

28. **Chalabi, Ahmed:** A Shi'a who founded the Iraqi National Congress (INC), a group of Iraqi exiles who sought the ouster of Saddam Hussein.

29. **Chechnya:** Republic in southwestern Russia. In the mid 1990s, Chechnya became a key battle ground for Islamic militants and this area engaged in armed rebellion against the Russian government. In 1997, Islam became the state's official religion.

30. **Dawa:** An Arabic word meaning call or invite, including inviting people to Islam.

31. **Deen:** Arabic word meaning religion or belief.

32. **Fallujah:** A city in Iraq located approximately 40 miles west of Baghdad. Fallujah was the site of two battles between Iraqi insurgents and the US military in April, 2004 and November, 2004. The November, 2004 battle resulted in the recapture of Fallujah from insurgent fighters.

33. **Fatwa:** Rulings of Islamic law.

34. **Fitnah:** An Arabic word with various meanings, including temptation, trial, or fascination. The term has been used to collectively refer to temptations or persecutions that Muslims may endure through their faith. The term has also been used to refer to the period of division in Islam, for example, the internal struggle that resulted in civil war and religious schism between the Sunnis and Shi'a (Circa: 656-661 AD).

35. **Hadith:** Collection of sayings and deeds attributed to the Prophet Mohammed.

36. **Haifa Street in Baghdad:** A two-mile stretch of road in central Baghdad that has been a hotbed of insurgent activity against the military convoys of coalition forces.

37. **Hajj:** Obligatory Muslim pilgrimage to Mecca.

38. **Halal:** Arabic legal term that identifies those acts and deeds that are permitted.

39. **Haram**: Arabic legal term that identifies those acts and deeds that are forbidden.
40. **Hekmatyar, Gulbuddin**: Founder of the Islamic group, Hezb-i-Islami, which seeks the establishment of an Islamic republic in Afghanistan.
41. **Hijab**: This word primarily refers to an article of clothing used to cover woman's head and body.
42. **Hown**: Nickname of a Bosnian mujahedeen, Abu Abdel Aziz "Barbaros", based on his proficiency in using Soviet-made "Hound" artillery rockets.
43. **Ibn Tamiyah**: One of Islam's theologians the early 1300s.
44. **Indonesia**: A country located off the southeast coast of the Asian mainland. Indonesia, a non-Arab country, possesses one of the largest Muslim population of any country in the world. Between 85-90% of the population is Muslim, most of which are Sunni.
45. **Infidel**: An unbeliever with respect to the religion of Islam.
46. **Iraq**: A country in the Middle East bordered by Kuwait, Iran, Turkey, Syria, Jordan, and Saudi Arabia. Iraq's two largest ethnic groups are Arabs and Kurds. Other distinct groups include Turcoman, Chaldeans, Assyrians, and Armenians. Arabic is the most commonly spoken language. Kurdish is spoken in the north, and English is the most commonly spoken Western language. The majority (60-65%) of Iraqi Muslims are members of the Shi'a (Shiite) sect, but there is a large (32-37%) Sunni population as well, made up of both Arabs and Kurds. Small communities of Christians, Jews, Bahais, Mandaeans, and Yezidis also exist. Most Kurds are Sunni Muslim but differ from their Arab neighbors in language, dress, and customs.

    Today, three somewhat distinct geographical regions exist in Iraq: one region in the North [Principal cities: Irbil, Mosul and Kirkuk; Irbil is predominately populated by ethnic Kurds, Mosul consists of a mix of Sunni, Kurdish, some Shi'a, and other groups, while Kirkuk has a mix of Kurds and other groups]; a second region in Central and Western Iraq that predominately consists of Sunnis [Principal cities: Baghdad and Fallujah]; and a third region in the South [Principal city: Basra], that is predominantly populated by Shi'a.
47. **Islam**: One of the world's major religions.
48. **Jew's Mallow Soup**: A common soup in the Middle East made from molukhia (or Jew's Mallow), which is a type of green.
49. **Jihad**: From the Arabic root meaning, "to strive, to exert, to fight." "Jihad's" exact meaning depends on the context in which it is used. It may express a struggle against one's evil inclinations, an exertion to convert non-believers, or a struggle for the moral betterment of the Islamic community. It may also be used to describe (if used in a religious context) an Islamic or "holy" crusade or war. Jihad is the only legal warfare in Islam and it is carefully controlled in Islamic law. It must be called by a duly constituted state authority, and preceded by a call to Islam or treaty, and non-combatants must not be attacked. Extremists have branded some as "un-believers" for their alleged neglect in adhering to and enforcing a particular interpretation of Islam, and have justified conducting "jihad" to justify the struggle against their co-religionists. Today, contemporary thinking about "jihad" offers a wide spectrum of views, including conservatives who look to classical Islamic law on the subject and radicals who promote a "violent jihad" against Muslim and non-Muslims.

50. **Johnson, Paul Marshall:** was an American helicopter engineer who lived in Saudi Arabia. In 2004, he was taken hostage by terrorists and beheaded on video tape.

51. **Kalashnikov:** Term for an AK-47, an automatic rifle.

52. **Karbala:** A city in Iraq approximately 55 miles southwest of Baghdad. Karbala is a city of historical and religious significance to Shiites.

53. **Karkuk:** Alternatively pronounced Kirkuk, it is a city in Iraq located approximately 145 miles north of Baghdad.

54. **Kashmir:** Region in the northwestern Indian subcontinent bordered by China, Afghanistan and Pakistan. Possession of the region is disputed between Pakistan and India.

55. **Khalidiyah:** A city located in Iraq's Anbar province near Ramadi.

56. **Khattab, Omar Ibn:** Saudi-born leader of the Chechen mujahedeen. Khattab died in 2002.

57. **King Fahd:** The king of Saudi Arabia from 1982-2005.

58. **M-16:** The M16 has been the primary infantry rifle of the United States military since the 1960s.

59. **M203:** A grenade launcher used by the United States military and some other countries.

60. **Madrid Bombings/Atocha Train Station:** A series of coordinated bombings against the commuter rail system of Madrid, Spain took place on the morning of March 11, 2004, killing 191 people and wounding 1,755. Three bombs exploded in the Atocha station.

61. **Mossad:** Institute for Intelligence and Special Operations; it is the national intelligence agency of the State of Israel.

62. **Mosul:** A city in Iraq approximately 225 miles northwest of Baghdad.

63. **Mujahadeen:** Plural form of the Arabic word "mujahid," or "one who engages in violent jihad."

64. **Mullah Mohammed Omar:** Believed to be a Taliban leader who became the de facto leader of Afghanistan in 1996. Mullah Omar reportedly instituted strict Islamic law on the Afghan people. Al Qaeda operated freely out of Afghanistan during his rule.

65. **Muslims:** Believers or adherents to the Islamic faith.

66. **Palestine (Arabic: *Filistin*):** Used by some in this case as a description of the geographical area in the Middle East and in the context of the Israeli-Palestinian conflict, the boundaries of which are subject to deep political dispute. This geographical area includes Rafah, the largest city in the Gaza Strip and the West Bank, an area that lies to the west of the country of Jordan, across the Jordan River, among other areas.

67. **Quran:** The book of Islamic revelation. The Quran is believed by those of the Islamic faith to be the word of God transmitted through the Prophet Mohammed.

68. **Radwaniyah:** The site of one of Saddam Hussein's former Presidential Palaces and his main residence, Radwaniyah is located adjacent to the Baghdad International Airport.

69. **Ramadan:** A Muslim religious observance that takes place during the ninth month of the Islamic calendar, believed to be the month in which the Quran began to be revealed.

70. **Ramadi:** A city in Iraq approximately 70 miles west of Baghdad. Ramadi is the capital of the Anbar province.

71. **RPG (Rocket Propelled Grenade):** A loose term describing hand-held, shoulder-launched anti-tank weapons capable of firing an unguided rocket equipped with an explosive warhead.

72. **Sadat, Anwar:** President of Egypt from 1970 until his assassination in 1981.

73. **Salafism:** The principal tenet of Salafism is that Islam was perfect and complete during the days of Muhammad and his companions, but that undesirable innovations have been added over the later centuries due to materialist and cultural influences. Salafism seeks to revive a practice of Islam that more closely resembles the religion during the time of Muhammad. Salafism has also been described as a simplified version of Islam, in which adherents follow a few commands and practices. Adherents to Salafism are referred to as "Salafis."

74. **Shaheed:** Mujihadeen who have earned a place in paradise through death in violent jihad.

75. **Sheikh:** An Arabic title of respect, akin to "Sir."

76. **Shia:** (Shiites) A minority sect of Islam.

77. **Sufi:** Generally described as the "inner or mystical dimension" of Islam. Sufis believe that it is possible to become close to God and to experience this closeness - while one is alive. The chief aim of all Sufis then is to let go of all notions of duality, including a conception of an individual self, and to realize the Divine unity.

78. **Sunni:** A majority sect of Islam.

79. **Taji:** A town in Iraq located approximately 20 miles north of Baghdad. A large military base and airfield is located there.

80. **Tal Afar:** A city in northwestern Iraq approximately 30 miles west of Mosul.

81. **The Crusades:** Historically reported to be military expeditions undertaken by Christian powers in the 11th, 12th, and 13th centuries.

82. **Tikrit:** A city in Iraq located approximately 100 miles northwest of Baghdad. Tikrit is the birthplace of Saddam Hussein.

83. **Ummah:** The collective Muslim community throughout the world.

84. **USS Cole:** U.S. Naval vessel attacked by Al Qaeda suicide bombing operatives in the port of Aden, Yemen in 2000. The Cole was damaged and 17 U.S. sailors were killed in the attack.

85. **Yusufiya:** A township in Iraq's Babil province approximately 10 miles southwest of Baghdad.