FILED

2008 JUN 16 AM 8:27

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,           Case No. 3:06cr719

    Plaintiff(s)

v.           SUPPLEMENTAL INSTRUCTION

Mohammad Zaki Amawi, et al.,

    Defendant(s)

You are being provided with Exhibit Books which contain government exhibits to assist you in your deliberations. These books contain photocopies and/or photographs of some of the actual evidence in the case. Should you wish to examine any of the actual evidence (for example, a telephone or a book), please indicate in a note to the court which exhibit(s) you would like to review.

Certain evidence in the case will need to be reviewed in the courtroom. This evidence includes audio/video recordings, other videos admitted into evidence, and any of the computer evidence admitted in the case. Should you wish to review any such evidence, please indicate in a note to the court. Your note should include descriptive information such as a date, ID or exhibit number if known, participants in the conversation, and a general description of the topic discussed.

_____
James G. Carr
Chief Judge