```
 1                 UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
 2                      WESTERN DIVISION

 3   UNITED STATES OF AMERICA,    )  Docket No. 3:06-CR-719

 4          Plaintiffs,           )  Toledo, Ohio

 5          v.                    )  April 9, 2008

 6   MOHAMMED AMAWI, ET AL.,      )

 7          Defendants.           )

 8   ------------------------------

 9           TRANSCRIPT OF JURY TRIAL, VOLUME 24
             BEFORE THE HONORABLE JAMES G. CARR
10                UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiffs:   Gregg N. Sofer
                           David I. Miller
14                         Jerome J. Teresinski
                           U.S. Department of Justice
15                         10th & Constitution Avenue, NW
                           Washington, DC 20530
16                         (202) 353-3464

17                         Thomas E. Getz
                           Justin E. Herdman
18                         Office of the U.S. Attorney
                           801 Superior Avenue, W
19                         Cleveland, Ohio 44113
                           (216) 622-3840
20
     For the Defendant     Timothy Ivey
21   Amawi:                Edward Bryan
                           Amy Cleary
22                         Jonathan Whitmer-Rich
                           Office of the Federal Public Defender
23                         750 Skylight Office Tower
                           1660 West Second Street
24                         Cleveland, Ohio 44113
                              (216) 522-4856
25
```

```
 1                         Elias Muawad
                           Muawad & Muawad
 2                         Suite 209
                           36700 Woodward Avenue
 3                         Bloomfield Hills, Michigan 48304
                           (248) 594-4700
 4   For the Defendant
     El-Hindi:             Charles M. Boss
 5                         Boss & Vitou
                           111 West Dudley Street
 6                         Maumee, Ohio 43537
                           (419) 893-5555
 7
                           Stephen D. Hartman
 8                         Kerger & Kerger
                           Suite 201
 9                         33 South Michigan Street
                           Toledo, Ohio 43602
10                         (419) 255-5990

11                         Alek H. El-Kamhawy
                           Raslan, El-Kamhway & Pla
12                         Suite 3FE
                           1700 East 13 Street
13                         Cleveland, Ohio 44114
                           (216) 928-1500
14
     For the Defendant     David L. Doughten
15   Mazloum:              4403 St. Clair Avenue
                           Cleveland, Ohio 44103-1125
16                         (216) 361-1112

17                         Jeffrey J. Helmick
                           Helmick & Hoolahan
18                         2nd floor
                           1119 Adams Street
19                         Toledo, Ohio 43624-1508
                           (419) 243-3800
20

21                         Mohammed Abdrabboh
                           1620 Ford Avenue
22                         Wyandotte, MIchigan 48192
                           (734) 283-7000
23


24
     Court Reporter:       Angela D. Nixon, RPR, CRR
25                         1716 Spielbusch Avenue
                           Toledo, Ohio 43624
```

```
 1                        (419) 260-5259

 2

 3   Proceedings recorded by mechanical stenography, transcript

 4   produced by notereading.
```

```
1          MR. SOFER:  Before we start, I'd like to move
2  Government's Exhibit 36A into evidence, which is the
3  translation.
4          THE COURT:  I assume that the prior objections
5  will be renewed and will be overruled.
6          MR. BOSS:  Yes, Judge.
7          MR. WHITMER-RICH:  Thank you, Your Honor.
8          THE COURT:  It will be admitted.
9              (Jury brought in.)
10         THE COURT:  Mr. Griffin, you remain under oath.
11 Mr. Sofer, you may resume.
12         MR. SOFER:  Thank you, Your Honor.
13 BY MR. SOFER:
14 Q.      Good morning, Mr. Griffin.
15 A.      Good morning.
16 Q.      Yesterday when we were discussing your
17 interaction with Mohammed Amawi on January 10th of 2005,
18 there was some mention of Marwan El-Hindi; is that right?
19 A.      Yes.
20 Q.      And do you know whether this was a first time or
21 one of the first times that you had mentioned Marwan
22 El-Hindi to Mohammed Amawi?
23 A.      I believe so.
24 Q.      And there was some discussion about Marwan
25 El-Hindi's business ventures.  Did you know something of
```

```
 1  Marwan El-Hindi's business ventures?
 2  A.         Yes, previously we -- he had did some things to
 3  try to make money like some candy and products that were
 4  expired, some American flags, and some plastic grocery
 5  bags.
 6  Q.         And did you -- do you know approximately what
 7  years we're talking about when these business activities
 8  were taking place?
 9  A.         I would say between 2002 and 2004, latter 2004.
10  Q.         And did you participate to some extent in any of
11  these business ventures?
12  A.         Yes.
13  Q.         Can you tell the jury whether or not you spent
14  money along with Marwan El-Hindi?
15  A.         Yes, I did, for some of the things we had to
16  travel back and forth to Chicago.  I also had to get a
17  storage place, storage facility to house these things and
18  purchase the stakes for the flags.
19  Q.         And --
20             THE COURT:  Purchase the what for the flags?
21  A.         Sticks.
22             THE COURT:  Oh, the poles.
23  BY MR. SOFER:
24  Q.         And can you give us an approximation of how much
25  money it is that you expended in these business ventures
```

```
 1  with Marwan El-Hindi?
 2  A.        About $3,000.
 3  Q.        I want to direct your attention back to
 4  January 10th of 2005.  After the viewing of the video that
 5  we watched, the longer video that we watched yesterday, did
 6  that conversation with Mohammed Amawi continue?
 7  A.        Yes, it did.
 8  Q.        And I want us to play Exhibit 4-21, 1D14, clip 17
 9  A, please.  If the government will just give us a thumbs up
10  I'll speak into the, Mike.
11            THE JUROR:  Excuse me, sir, we're hearing a
12  clicking and it's coming from when she's typing.  It makes
13  a -- a clicking noise, it's coming a feedback, yeah.
14            MR. SOFER:  It wasn't doing that yesterday.
15            THE JUROR:  It's only when she's typing, so it's
16  coming from out through the system.
17            THE COURT:  Angela, why don't you go ahead.  I
18  didn't have the ear phones on.
19            THE JUROR:  It's been doing it the whole time,
20  but today it's really really loud.
21            MR. SOFER:  I can hear the speakers are turned
22  up.
23            MR. HARTMAN:  We hear it over here too, Judge.
24            THE JUROR:  You're getting feedback from it.  But
25  when she stops, it's gone.
```

```
 1              THE COURT:  Obviously she has to.
 2              THE JUROR:  I understand.
 3              THE COURT:  On the other hand, though, she's not
 4   doing it when we're actually listening to the audio.  So I
 5   don't think it's a problem because perhaps what she should
 6   do is wait until -- actually, Mr. Sofer, when we're playing
 7   audio, take a brief pause, in other words, just put the ear
 8   phones on once -- just before we start the audio rather
 9   than sort of in advance, because she's not taking down
10   whatever's being said that was recorded on the audio.
11   Okay.  Thanks for mentioning it though.  If you detect a
12   massive sigh of relief coming from up here -- okay.  Go
13   ahead.
14              MR. SOFER:  Thanks. Everybody's getting -- sorry
15   about that.  Much better.
16              (Audio playing.)
17   Q.      Okay.  Mr. Griffin, I want to show you what's
18   been marked Government's Exhibit Number 38 for
19   identification.  Can you tell the members of the jury if
20   you recognize Government's 38 for identification?
21   A.      Yes, it's a CD.
22   Q.      And can you tell us what's on Government 38 for
23   identification?
24   A.      It is the crusaders video, the one in this --
25   this previous clip that we were looking at.
```

```
 1  Q.        And did you watch all or part of that video on
 2  January 10th, 2005 with Mohammed Amawi?
 3  A.        Yes.
 4            MR. SOFER:  At this time, Your Honor, the
 5  government offers Government Exhibit Number 38 into
 6  evidence.
 7            THE COURT:  It will be admitted.
 8            MR. SOFER:  And we're going to play Government's
 9  Exhibit Number 38.  And again, ladies and gentlemen --
10            THE COURT:  You may find it equally possible to
11  hear without the ear phones, that's been my experience,
12  perhaps a bit more comfortable.  Whichever suits you.
13                 (Video playing.)
14            MR. SOFER:  And the record should reflect that we
15  stopped the recording at two minutes and 37 seconds,
16  Government 38 in evidence.
17  BY MR. SOFER:
18  Q.        Mr. Griffin, did the conversation on January 10th
19  with Mohammed Amawi continue?
20  A.        Yes, it did.
21  Q.        I want to play segment 18A of Exhibit 4-21, 1D14.
22                 (Audio playing.)
23            MR. HARTMAN:  Objection.
24            THE COURT:  Okay.
25            MR. SOFER:  I'm sorry, Judge.
```

```
 1              MR. HARTMAN:  Objection.  May we approach.
 2              THE COURT:  If you can shut down the screen,
 3   please.
 4              Can you hear me now?  They cannot hear.
 5              MR. HARTMAN:  My objection --
 6              THE COURT:  Louder.
 7              MR. HARTMAN:  -- simply on the audibility.
 8              THE COURT:  I can't hear, quite candidly.  I'm
 9   having a little trouble discerning --
10              MR. HARTMAN:  I think for that reason we
11   shouldn't allow the transcript in from this case strictly
12   from the audibility standpoint, not accuracy.
13              MR. SOFER:  I would say, Judge, I hate to say
14   this but something has happened between yesterday and today
15   in terms of playing the exact same, it's clear to me that
16   the quality isn't as good.
17              THE COURT:  Also because of the background stuff.
18              MR. SOFER:  We had the background stuff
19   yesterday.
20              MR. GETZ:  I believe that The Court.
21              THE COURT:  You can speak louder they cannot
22   hear.
23              MR. GETZ:  I believe the court system is turned
24   up too high and that's why they're picking up the key
25   strokes as much today.
```

```
 1              THE COURT:  Get Dave up please.
 2              MR. GETZ:  So you'll notice when there's a lot of
 3    audio from the video that's playing, it's being picked up
 4    from the -- it's overloading.  And when we've listened to
 5    this through the computers when we've been, you know,
 6    marking this stuff, it sounds fine.  And it did
 7    yesterday --
 8              MR. SOFER:  There's been a little.
 9              THE COURT:  I couldn't -- I couldn't hear
10    anything.
11              MR. SOFER:  I was able to make it out but much
12    worse.  There's no question about it.  So if we can tweak
13    the system.
14              I'd rather -- I think from the government's
15    standpoint, I'd like to get it at least back to where it
16    was yesterday.
17              MR. BOSS:  We should probably give him a seat
18    right here.
19              MR. GETZ:  If we take just the audio system down
20    a little bit.
21              MR. SOFER:  He's frightened, Judge.
22              MR. HARTMAN:  I would be too if I were he.
23                 (Dave entered).
24              THE COURT:  We cannot hear.  We can't make out
25    what is spoken.  There's a lot of background noise.
```

```
 1   They're watching a video, so there's a lot of stuff going
 2   on in terms of the audio.
 3           MR. SOFER:  Something changed since yesterday.
 4           THE COURT:  Ladies and gentlemen, as I'm sure
 5   you've noticed, it's very difficult to hear what is being
 6   spoken by either Mr. Griffin or Mr. Amawi as they're
 7   watching this particular video, and we've got our sound
 8   person here.  We're going to try to do an adjustment to the
 9   video.  I hope it doesn't take but a few minutes, but why
10   don't you go on back upstairs and we'll get back to you.
11           MR. DOUGHTEN:  I've asked Kevin.
12           THE COURT:  Louder.  Now you can speak in
13   ordinary conversational tone.
14           MR. DOUGHTEN:  I asked Kevin to turn the input
15   volume to the system down, and it's -- two-fold thing, if
16   your input volume is too high, you can change the room
17   volume, but it still sounds distorted.
18           MR. SOFER:  Did you turn the room volume up since
19   yesterday?  Somebody changed something.
20           MR. DOUGHTEN:  He has a different PC compared to
21   yesterday.  So if we have a moment here we'll replay that
22   and see if it sounds better.
23           THE COURT:  You can be seated by the way.  If you
24   have -- if somebody wants to sit in the jury box.
25           MR. BOSS:  By using the head phones should have
```

```
 1   the same input as everyone else.
 2             THE COURT:  You let me know.
 3                  (Side bar concluded.)
 4             THE COURT:  Any objection if Angela doesn't --
 5             MR. BOSS:  No objection.
 6             THE COURT:  Any objection if Angela doesn't take
 7   any of the intervening conversation?
 8             MR. SOFER:  Not from the government.  We're
 9   prepared to do that.  We should have done it months ago but
10   I'm happy to do it now.
11             THE COURT:  Well, can you back up.  I mean, part
12   of the problem, part of the problem is all the background,
13   okay.
14             MR. SOFER:  It's much better now, Judge, I think,
15   if you listen to it.
16             THE COURT:  Can you just replay a little bit
17   please.  Can you back it up a bit?
18                  (Audio playing.)
19             THE COURT:  What -- stop it.  What I'm going
20   to -- that is sufficiently audible, I think, and the
21   transcript is accurate and I will instruct the jury though
22   and will remind them that what they hear with their ears is
23   what controls.
24             MR. SOFER:  Understood Judge.
25             MR. HARTMAN:  And that satisfies our objection
```

```
 1  because, frankly, that is a lot better.
 2              THE COURT:  That's probably useful to remind them
 3  of that in any event.  Okay.  I won't say that the
 4  transcript is accurate.  That's my finding here.
 5              MR. SOFER:  I understand that.
 6              THE COURT:  Outside the presence of the jury.
 7              MR. SOFER:  I'd ask that we get to start from the
 8  beginning so they can hear it the right way.
 9              THE COURT:  I think that's fair and I will also
10  indicate that restarting is not for emphasis but also due
11  to the fact that we think we've resolved the problem.
12                  (Jury brought back into the courtroom.)
13              THE COURT:  Thanks again for your patience.  I
14  think we've made some adjustments to the input on the audio
15  and it seems to be somewhat better.  The one thing I do
16  want to remind you, as I told you before, and I will try to
17  remind you from time to time, that what you hear with your
18  ears rather than what you may see with your eye in the
19  transcript, what you hear with your ears about what is
20  being spoken or whatever, that's what is the evidence, it's
21  not what you may see with the transcript.  The printed
22  version represents the government's understanding of what's
23  been -- what was being spoken, but it's simply its
24  interpretation, and please keep that in mind so that you
25  consider any of the recorded evidence, it's what you heard
```

```
 1  with your ear rather than what you saw with your eye that
 2  controls, okay.  Oh, and the other thing is I'm going to
 3  permit the government to start this -- it's 18A?
 4          MR. SOFER:  Yes, Judge.
 5          THE COURT:  -- from the beginning simply because
 6  of the problems we were having.  Apparently the feed into
 7  our system is up too high or whatever, and we think it's
 8  been resolved, at least it's been tweaked.
 9          MR. SOFER:  Take two, Your Honor.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                     C E R T I F I C A T E
 2
 3          I certify that the foregoing is a correct transcript
 4   from the record of proceedings in the above-entitled matter.
 5
 6   s:/ Angela D. Nixon
 7   ----------------------------              -----------
 8   Angela D. Nixon, RPR, CRR                  Date
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1              **I N D E X**
2
3  Testimony of Darren Griffin continued