```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
 2                       WESTERN DIVISION

 3   UNITED STATES OF AMERICA,   - Docket No. 3:06-CR-719
                                 -
 4     Plaintiff,               - Toledo, Ohio
                                 - April 25, 2008
 5          v.                   - Trial
                                 -
 6   MOHAMMAD ZAKI AMAWI, et al.,-
                                 -
 7     Defendants.               -
     ------------------------------

 8
                      VOLUME 37, TRANSCRIPT OF TRIAL
 9            BEFORE THE HONORABLE JAMES G. CARR
               UNITED STATES DISTRICT CHIEF JUDGE
10
     APPEARANCES:
11
     For the Plaintiffs:     United States Attorneys' Office
12                           By:   Thomas E. Getz
                                   Justin E. Herdman
13                           801 Superior Avenue, W
                             Cleveland, OH 44113
14                           (216) 622-3840

15                           U.S. Department of Justice
                             By:  Jerome J. Teresinski
16                                David I. Miller
                             10th & Constitution Ave, NW
17                           Washington, DC 20530
                             (202) 353-3464
18
                             Office of the U.S. Attorney- Austin
19                           By:  Gregg N. Sofer
                             816 Congress Avenue
20                           Austin, TX 78701
                             (512) 916-5858
21

22

23

24

25
```

1  For the Defendant Amawi: Office of the Federal Public
Defender - Cleveland
2          By:  Amy B. Cleary
Jonathan P. Witmer-Rich
3          Edward G. Bryan
Timothy C. Ivey
4          750 Skylight Office Tower
1660 West Second St.
5          Cleveland, OH 44113
(216) 522-4856
6
Muawad & Muawad
7          By:  Elias Muawad
36700 Woodward Avenue, Suite 209
8          Bloomfield Hills, MI 48304
(248) 594-4700
9

10  For the Defendant          Kerger & Kerger
El-Hindi:          By:  Stephen D. Hartman
Suite 201
11          33 South Michigan Street
Toledo, OH 43602
12          (419) 255-5990

13          Boss & Vitou
By:  Charles M. Boss
14          111 West Dudley Street
Maumee, OH 43537-2140
15          (419) 893-5555

16          Raslan, El-Kamhawy & Pla
By:  Alek H. El-Kamhawy
17          Suite 3FE, 1700 East 13 Street
Cleveland, OH 44114
18          (216) 928-1500

19  For the Defendant          David L. Doughten
Mazloum:          4403 St. Clair Avenue
20          Cleveland, OH 44103-1125
(216) 361-1112
21
Helmick & Hoolahan
22          By:  Jeffrey J. Helmick
2nd Floor
23          1119 Adams Street
Toledo, OH 43624-1508
24          (419) 243-3800

25

1   Mohammed Abdrabboh
    1620 Ford Avenue
2   Wyandotte, MI 48192
    (734) 283-8405

3
    Court Reporter:     Tracy L. Spore, RMR, CRR
4   1716 Spielbusch Avenue
    Toledo, Ohio 43624
5   (419) 243-3607

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    Proceedings recorded by mechanical stenography, transcript
24  produced by notereading.
25

**1**          (Reconvened at 1:33 p.m.)

**2**               THE COURT:  Where are we in the transcripts?  I'm

00:00:04 **3** looking for one word:  Progress.

00:00:06 **4**               MR. SOFER:  Yes.

-13:-33:-19 **5**               THE COURT:  The adjective can be some, lots…  as

-13:-33:-19 **6** long as it's not much.

-13:-33:-19 **7**               MR. SOFER:  Some progress, Judge.

00:00:14 **8**               THE COURT:  The world total would be even happier,

-13:-33:-19 **9** but go ahead.

-13:-33:-19 **10**               MR. SOFER:  That would make me happy as well.   Mr.

00:00:24 **11** Hartman and I --

00:01:04 **12**               THE COURT:  Where are we in that process?

00:01:08 **13**               MR. SOFER:  Mr. Hartman and I agreed to meet this

-13:-33:-19 **14** week and go through these one-by-one.   I was somewhat heartened

00:01:16 **15** by fact -- there are going to be disagreements; I don't think

-13:-33:-19 **16** there's any question about that -- but on the first one we used

-13:-33:-19 **17** as an example we were able to agree on everything about it, I

-13:-33:-19 **18** think.

00:01:27 **19**               THE COURT:  In terms of transcription plus extended

00:01:33 **20** views?

-13:-33:-19 **21**               MR. SOFER:   Correct.   I don't think we'll get to

-13:-33:-19 **22** all of them, but that would allow us to come to you with a much

00:01:39 **23** smaller subset.  Starting at 19, if we can agree on half it will

-13:-33:-19 **24** make it much more manageable Monday evening or afternoon.   I

-13:-33:-19 **25** think we can finish that up before cross-examination resumes.

| | | |
|---|---|---|
| 00:01:52 | **1** | THE COURT: Okay. |
| 00:01:56 | **2** | MR. HARTMAN: I would -- my understanding, and this |
| -13:-33:-19 | **3** | could be my own recollection, but I thought the Court was going |
| -13:-33:-19 | **4** | to allow the defense a pretty broad latitude in what it played |
| -13:-33:-19 | **5** | of the tapes on cross-examination. Am I incorrect about that? |
| -13:-33:-19 | **6** | THE COURT: Well, I have been. I'll hear the |
| -13:-33:-19 | **7** | individual -- but I think I have been. As far as I'm |
| -13:-33:-19 | **8** | concerned, I think, on the whole, they have been -- there have |
| -13:-33:-19 | **9** | been relatively few disputes. But I think, as I've already |
| 00:02:32 | **10** | overruled, but I think it was probably by hindsight, a very well |
| -13:-33:-19 | **11** | taken objection under the rule of completeness, sort of turned |
| -13:-33:-19 | **12** | that on its head, it makes better sense to the jury this way |
| 00:02:49 | **13** | than to do it otherwise at this stage. I don't expect to |
| -13:-33:-19 | **14** | change field drastically from the general pattern I've been |
| -13:-33:-19 | **15** | setting. But, on the other hand, I'm hearing them out because |
| 00:03:10 | **16** | apparently you have a lot more, at least that you presently or |
| -13:-33:-19 | **17** | have been expecting to play, than either Mr. Helmick or Mr. |
| 00:03:20 | **18** | Ivey. |
| -13:-33:-19 | **19** | MR. HARTMAN: That's correct. |
| -13:-33:-19 | **20** | THE COURT: So the fact that they got in pretty |
| -13:-33:-19 | **21** | much what they wanted to, sure, I'll hear what he has to say. |
| 00:03:33 | **22** | MR. SOFER: As I have told Mr. Hartman, our rule |
| -13:-33:-19 | **23** | of completeness objections I believe are timely here, so. |
| -13:-33:-19 | **24** | THE COURT: I agree. I agree completely. I |
| 00:03:46 | **25** | think if viewed technically, not even hypertechnically, the |

-13:-33:-19  **1**  correct time got missed, but I think it was a common mistake.

-13:-33:-19  **2**  It's one of those things, I've got a hunch, you don't want to go

-13:-33:-19  **3**  down to Cincinnati and argue the Judge agreed with it, so forth

-13:-33:-19  **4**  and so on.

00:04:11  **5**  MR. SOFER:  Some of my objections to what Mr.

00:04:14  **6**  Hartman's trying to do to -- the government's objection that the

-13:-33:-19  **7**  rule of completeness is not being filed now, I want to put --

-13:-33:-19  **8**  not a little hanging chad, for lack of a better term, we'd like

00:04:29  **9**  to put in more of the election so folks understand.

00:04:33  **10**  THE COURT:  Do what you can and I'll fix the rest.

00:04:40  **11**  There is a matter that we really have to talk to in

-13:-33:-19  **12**  camera on the record.   And I think we should plan to do that at

00:04:48  **13**  2:30.   We can do it earlier.   What time do you have to leave?

-13:-33:-19  **14**  MR. HARTMAN:  I have to leave at 2:30.

-13:-33:-19  **15**  THE COURT:  Not later than 2:15.  2:15 should be

-13:-33:-19  **16**  early enough.   If we get done a little sooner with this, fine.

00:05:06  **17**  I think Mr. --

00:05:10  **18**  Mr. Herdman, Mr. Getz?

00:05:15  **19**  MR. GETZ:  I'll go to the podium.

00:05:22  **20**  THE COURT:  Mr. Bryan, if you feel tag-teamed, I

-13:-33:-19  **21**  would understand.  Go ahead, Mr. Getz.

00:05:31  **22**  MR. GETZ:  The arguments the government has already

00:05:38  **23**  made with respect to the other experts, particularly the last

00:05:41  **24**  one which defense has indicated is kind of the left or right

-13:-33:-19  **25**  hand to this one, they obviously would equally apply, but there

-13:-33:-19  **1**  are some additional issues.

-13:-33:-19  **2**  THE COURT:  A little slower.

00:05:58  **3**  MR. GETZ:  There are some additional issues with

-13:-33:-19  **4**  regard to Mr. Aslan that are particular to him.

00:06:17  **5**  We have been provided with a letter from Mr.

-13:-33:-19  **6**  Amawi's Counsel that explains or sets out kind of in summary

-13:-33:-19  **7**  form the nature of the proposed testimony, and then I guess

00:06:34  **8**  that's the place to start.  I'd say attached to that was what

-13:-33:-19  **9**  was represented as being his current CV as well.

-13:-33:-19  **10**  There are basically in the letter six topic areas

00:06:51  **11**  that Mr. Aslan is being proposed as an expert to testify about.

-13:-33:-19  **12**  In summary those are --

00:07:36  **13**  THE COURT:  Okay.

-13:-33:-19  **14**  MR. GETZ:  I believe the Court was copied on this

00:07:40  **15**  letter of April 15, 2008, as well.

00:07:43  **16**  But the six topic areas in kind of thumbnail

-13:-33:-19  **17**  fashion are, Number 1.  The description of the origins and early

00:07:50  **18**  development of Islam.   2.  The explanation of the concept of

-13:-33:-19  **19**  Jihad.   3.  An explanation of the Jihadist movement.   4.

00:08:01  **20**  Historical explanation of the rise of the contemporary Jihadist

00:08:06  **21**  social group.

-13:-33:-19  **22**  THE COURT:  Description -- the origin of the

00:08:11  **23**  development of Islam.   A little slower.   Even though it's all

-13:-33:-19  **24**  in the letter, I'm typing.

-13:-33:-19  **25**  The second one was?

-13:-33:-19  1          MR. GETZ:  Explanation of the concept of Jihad.

-13:-33:-19  2  Third, an explanation of the Jihadist movement.   Again, these

-13:-33:-19  3  are somewhat shorthand.

-13:-33:-19  4          THE COURT:  I understand.

-13:-33:-19  5          MR. GETZ:  The one or two lines that were in the

-13:-33:-19  6  letter.

00:08:40  7          Number 4 was an historical explanation of the rise

-13:-33:-19  8  of the contemporary Jihad social movement and political

00:08:52  9  ideology.

-13:-33:-19  10          Number 5 was explanation of how jihadism has now

00:09:03  11  become a global social movement.

00:09:07  12          And 6 was termed a Sociological Explanation of How

-13:-33:-19  13  Global Social Movements Function.

00:09:27  14          We were given no other information or report of

-13:-33:-19  15  what the testimony would be or what it's based on other than

00:09:35  16  being given Mr. Aslan's CV, which indicates that currently he's

-13:-33:-19  17  an Assistant Professor of Creative Writing and the co-founder of

00:09:46  18  a TV production company, apparently also a media commentator.

-13:-33:-19  19  That information came from other sources.   He does have a

-13:-33:-19  20  master's in theology and a bachelor of arts in religion.  Has a

00:09:59  21  master's in fine arts, fiction writing.   He's published one

-13:-33:-19  22  book which is a non-fiction work; he's got another book, a

-13:-33:-19  23  non-fiction work due out soon.   And again, from two other

-13:-33:-19  24  sources, apparently there's an indication that he's writing a

-13:-33:-19  25  novel.

3469

| | | |
|---|---|---|
| 00:10:18 | **1** | From the information provided in his CV his most |
| 00:10:21 | **2** | recent commentary or article was published in the summer of |
| 00:10:25 | **3** | 2006.  And in reviewing the articles, or at least most of the |
| 00:10:34 | **4** | articles that were listed in the CV that I was able to obtain, a |
| -13:-33:-19 | **5** | large percentage of those seem to relate to Iran and Pakistan. |
| -13:-33:-19 | **6** | Mr. Aslan is a native of Iran, and that seems to be his primary |
| -13:-33:-19 | **7** | focus and most of his commentation.  There's no indication of |
| -13:-33:-19 | **8** | any prior testimony in any court anywhere. |
| 00:10:52 | **9** | Now, the issues that are raised by the proposal of |
| -13:-33:-19 | **10** | this particular testimony begin with -- and again, this is -- he |
| -13:-33:-19 | **11** | has been proposed by the defense as an expert pursuant to Rule |
| 00:11:06 | **12** | 702, 703 and 705.  The first we have what the nature of his |
| 00:11:15 | **13** | specialized knowledge is.   Clearly it would seem to be, or at |
| -13:-33:-19 | **14** | least we could concede in part that due to his research and his |
| 00:11:22 | **15** | education, having a master's in theology, he may be working on |
| 00:11:26 | **16** | his Ph.D. on religious-based background, that there may be some |
| 00:11:34 | **17** | specialized knowledge or background that he has in theology or |
| 00:11:37 | **18** | religion.   However, there's no indication that he's ever had |
| 00:11:40 | **19** | any education or experience or done anything in the area of |
| -13:-33:-19 | **20** | sociology or politics, and that raises some issues in regards to |
| -13:-33:-19 | **21** | at least half of the proposed topics. |
| 00:11:53 | **22** | The next question or issue is how this knowledge is |
| -13:-33:-19 | **23** | going to assist the jury in either understanding the evidence, |
| -13:-33:-19 | **24** | and certainly we have no way of knowing -- |
| -13:-33:-19 | **25** | THE COURT:  Can you repeat what you just said about |

3470

-13:-33:-19  1  knowledge of Islam?  Back up a paragraph.

00:12:12  2          MR. GETZ:  I was indicating I think in terms of

-13:-33:-19  3  what specialized knowledge he brings to the table, that arguably

00:12:18  4  there may be some specialized knowledge or education in the area

-13:-33:-19  5  of theology and religion.  That seems to be part of his

00:12:26  6  background along with fine arts.   But there's no indication

-13:-33:-19  7  that he's ever done anything in the realm of sociology or

-13:-33:-19  8  politics.  And in looking at the topics set out in the letter,

-13:-33:-19  9  as a basis for his proposed testimony, at least half of those

00:12:44  10  deal with sociological movements and political ideology.

00:12:49  11          We next would have to ask what the knowledge is

-13:-33:-19  12  going to assist -- what that specialized knowledge, assuming

-13:-33:-19  13  that he has it, he's qualified to speak of it, what that is

-13:-33:-19  14  going to assist the jury in in terms of understanding the

-13:-33:-19  15  evidence.   And we've been given no indication of what evidence

-13:-33:-19  16  it is that Mr. Aslan is going to assist the jury in

00:13:09  17  understanding, but that would be, certainly, a question for this

-13:-33:-19  18  Court to ask.   Also, if not that, then determining a fact in

00:13:17  19  issue, again we don't know what fact is in issue that Mr.

00:13:20  20  Aslan's background is going to help in.

00:13:28  21          We have no indication other than, I guess, his

00:13:31  22  degrees as master's in religion -- I'm assuming that's what his

-13:-33:-19  23  testimony would be based upon -- but what facts or data --

-13:-33:-19  24          THE COURT:  Well, he's written a book that's about

-13:-33:-19  25  to be published by Random House or has been, so no.   No God

00:13:55  **1**  but -- not small G god, but capital G -- <u>God: The Origin and</u>

-13:-33:-19  **2**  <u>Evolution of the Future of Islam</u>.  Published March 2005.

-13:-33:-19  **3**  Okay.  Go ahead.

00:14:09  **4**  MR. GETZ:  Again, that book has not yet been

-13:-33:-19  **5**  published, so obviously we have no way of knowing -- that might

-13:-33:-19  **6**  have been the one that was published.

00:14:18  **7**  THE COURT:  There's one coming out.  I was

00:14:20  **8**  confused, too.  The one I just referenced apparently was

00:14:24  **9**  published three years ago.

-13:-33:-19  **10**  MR. GETZ:  That's correct, Your Honor.  I'm sorry.

-13:-33:-19  **11**  THE COURT:  No problem.  Go ahead.

00:14:30  **12**  MR. GETZ:  But in terms -- we're left not knowing

-13:-33:-19  **13**  what the facts or data is that his testimony is going to be

-13:-33:-19  **14**  based upon, and the question that's raised is, again assuming

00:14:41  **15**  for argument purposes, that he has some specialized knowledge

00:14:45  **16**  regarding religion, and even perhaps in Islam in particular, we

-13:-33:-19  **17**  would need to know and assess what, other than his own personal

00:14:53  **18**  perspective or beliefs.  And again, as an Iranian, and I think

-13:-33:-19  **19**  he self-describes himself as a moderate, what is he opining on,

00:15:02  **20**  what facts or data?

00:15:03  **21**  THE COURT:  Maybe you can find that out from

00:15:06  **22**  Counsel.

00:15:10  **23**  Where are folks on this whole business of trying to

-13:-33:-19  **24**  explain to the jury what Jihad means?  What different kinds of

-13:-33:-19  **25**  meanings might there be?  In terms of -- aside from the whole

-13:-33:-19  **1**  issue, does the government agree at all to any definitions?  And

-13:-33:-19  **2**  the defense, you have been able to come up with a common

00:15:36  **3**  formulation or -- and if not, and I wouldn't be surprised if

00:15:41  **4**  not, it really does seem to me you've got -- I ought to permit

00:15:47  **5**  the parties to the extent that they have differing views of what

-13:-33:-19  **6**  that term means, be it in terms of political, terrorist,

00:16:05  **7**  religion, whatever the meanings are, I could see having the jury

00:16:09  **8**  hear very briefly from somebody on each side, tell them what it

00:16:14  **9**  means.

-13:-33:-19  **10**  MR. GETZ:  Where we are, Judge, is that is one of

00:16:17  **11**  the terms we are presently discussing with our colleagues.  My

-13:-33:-19  **12**  understanding from having talked to Mr. Witmer-Rich, this

-13:-33:-19  **13**  relates, I guess, to this consent to some extent, is that the

00:16:31  **14**  defense, the Amawi defense would not -- they would seek to

-13:-33:-19  **15**  elaborate anyway on whatever definition we would have come up

-13:-33:-19  **16**  with.  I assume the witness would do that, in combination with

00:16:48  **17**  another witness, I don't know.

00:16:50  **18**  Interestingly, I think Jihad is explained, once

-13:-33:-19  **19**  again, in large measure by what's already in evidence; the

00:17:00  **20**  defendants talk about it; Mr. Griffin talks about it.  There's

-13:-33:-19  **21**  a lot of discussion about Jihad in the consensual recordings.

00:17:09  **22**  Certainly though if the Court was to allow a defense expert to

00:17:14  **23**  testify about it we would like to recall the expert.

00:17:23  **24**  THE COURT:  Do you know who that is?

-13:-33:-19  **25**  MR. GETZ:  It would not be Mr. Kohlmann.

00:17:27  **1**        THE COURT:  As knowledgeable as he strikes me, he

-13::33:-19  **2**  really does -- I have no problem with his knowing what he's

-13::33:-19  **3**  talking about, I'm not sure that his knowledge would reach to

-13::33:-19  **4**  that point.   But by all means I would permit the government,

00:17:39  **5**  and were the government able to do so in its direct case, and I

-13::33:-19  **6**  think that's where it would fit.

-13::33:-19  **7**        MR. GETZ: We've begun researching this on the odd

-13::33:-19  **8**  chance -- or maybe not so odd chance -- that this was the

00:17:52  **9**  position that we would be put in.  So we will do that.

-13::33:-19  **10**        Again, I'd ask the Court -- we are not that far

-13::33:-19  **11**  away from the end of the government's direct case -- I would ask

-13::33:-19  **12**  that Your Honor suspend the usual time requirement.   Obviously,

00:18:08  **13**  if we were to get notice now, there is an interpretation of the

-13::33:-19  **14**  law here that I don't think it would be fair that we would not

-13::33:-19  **15**  be able to call such expert.   Under the circumstances, it seems

-13::33:-19  **16**  it's reasonable that the government give notice as soon as we

00:18:26  **17**  figure out who this person would be.

-13::33:-19  **18**        THE COURT:  That's no problem, because, after all,

-13::33:-19  **19**  I think technically under the rules, if I were to permit this

00:18:34  **20**  proposed expert to testify to that, you could and he would be

00:18:39  **21**  exposed to whatever your person said, and a little ping-pong

00:18:45  **22**  rebuttal and come-back.

00:18:46  **23**        MR. GETZ:  It would be helpful to the government --

00:18:48  **24**  this is one of the reasons we want to resolve this sooner rather

-13::33:-19  **25**  than later.  If we end up with three terms, Jihad and two

3474

| | |
|---|---|
| 00:18:55 | **1** others, that's one thing.   But obviously the more this door |
| 00:18:59 | **2** swings open, the more likely it is that it's going to cause, |
| 00:19:04 | **3** again, what the government believes to be problematic expansion |
| -13:-33:-19 | **4** of the -- |
| -13:-33:-19 | **5** THE COURT:  I agree.  It seems to me that this |
| -13:-33:-19 | **6** term, some of the jurors, like myself, may have come into this |
| -13:-33:-19 | **7** case with a sense of Jihad, "holy war, end of discussion," and |
| 00:19:24 | **8** that there are a variety of -- I was dissuaded slightly by |
| 00:19:31 | **9** lawyers, plaintiff's lawyer in the case.   So obviously it has |
| -13:-33:-19 | **10** to have some sense of meaning or meanings.  The evidence so far |
| 00:19:42 | **11** indicates that there are various meanings depending upon the |
| 00:19:46 | **12** context.   And I think it's important that the jury, |
| 00:19:52 | **13** particularly to the extent it might have just a single concept |
| -13:-33:-19 | **14** in mind, be made aware that there are different or perhaps |
| 00:20:03 | **15** somewhat different, somewhat overlapping, interpretations of a |
| 00:20:09 | **16** term that is crucial in the case. |
| 00:20:15 | **17** MR. GETZ:  Assuming we were to say Your Honor |
| -13:-33:-19 | **18** ruled, as the government would urge you to, limit the expert |
| 00:20:24 | **19** testimony to one term, let's say that's all we were focusing on. |
| 00:20:28 | **20** What I think Counsel is asking for is some massive description |
| -13:-33:-19 | **21** of history and -- |
| 00:20:37 | **22** THE COURT:  I agree with that.   I'm talking about |
| 00:20:41 | **23** in contemporary terms, "Jihad" has or can be used in these sorts |
| -13:-33:-19 | **24** of ways.   In a religious context, in contemporary terms, and |
| 00:20:56 | **25** perhaps historically it has this or that.  We don't talk about |

3475

-13:-33:-19 1 the Crusader Kingdom and Richard the Lionheart and go on,

00:21:11 2 Palestine.  I would undertake to limit that very vigorously.

00:21:24 3         MR. GETZ: Understood, Judge.

-13:-33:-19 4         THE COURT:  Mr. Getz.

00:21:27 5         MR. GETZ:  Just to summarize for the record the

00:21:30 6 arguments we've already presented, and in addition, because we

-13:-33:-19 7 don't believe that this witness in particular is qualified to

-13:-33:-19 8 testify as to the topics proposed in the letter provided to us

00:21:40 9 by the defense, and obviously again on issues of relevance, we

-13:-33:-19 10 would object to this witness.

00:21:47 11         THE COURT:  And I sort of tend to agree with you

-13:-33:-19 12 about page 2, sociological.   But let's hear from Mr. Bryan.

-13:-33:-19 13         MR. BRYAN:  I would hope Your Honor would withhold

-13:-33:-19 14 judgment until you hear from Mr. Bryan .

00:22:04 15         THE COURT:  No, no.   I believe in letting people

-13:-33:-19 16 know absolutely what I'm thinking because I think among many,

-13:-33:-19 17 many unfair things for a judge to do, one is to sit up here kind

-13:-33:-19 18 of uh-uh, huh, uh-huh, then hit you with a sand bag.  Judge, why

00:22:25 19 didn't you tell me?

00:22:27 20         MR. BRYAN:  I did experience that widely throughout

00:22:29 21 my 16 years arguing before judges, but I won't tell you which of

-13:-33:-19 22 your colleagues.  But anyway.

00:22:40 23         THE COURT:  Never in Toledo.   But go ahead.

00:22:43 24         MR. BRYAN:  Since this is my first experience in

-13:-33:-19 25 Toledo, that's obviously the situation.

| | | |
|---|---|---|
| 00:22:49 | 1 | First of all, as it relates to Mr. Aslan's |
| 00:22:53 | 2 | qualifications as a sociologist, he's a doctoral candidate in |
| -13:-33:-19 | 3 | sociology to get a Ph.D. in the sociology of religion.   His |
| -13:-33:-19 | 4 | thesis, which is going to be completed this fall -- by the end |
| -13:-33:-19 | 5 | of the summer into the fall -- is jihadism as a social movement. |
| 00:23:12 | 6 | So Your Honor's already referred to the fact that someone may be |
| 00:23:16 | 7 | permitted to testify about Jihad and define Jihad.   And quite |
| 00:23:21 | 8 | frankly, we'd want to bring in Mr. Aslan as an expert who not |
| 00:23:26 | 9 | only is a religion scholar, his masters is in divinity from |
| 00:23:30 | 10 | Harvard University; Theological Studies obviously with an |
| -13:-33:-19 | 11 | emphasis on Islam.   He is a Muslim himself from Iran.  It is |
| -13:-33:-19 | 12 | true, as Mr. Getz articulated -- |
| 00:23:42 | 13 | THE COURT:  Let me interrupt.   I've tried quite |
| 00:23:46 | 14 | vigorously, to some extent, disconcerted government counsel, to |
| -13:-33:-19 | 15 | keep the idea of groups and group connections and so forth -- |
| -13:-33:-19 | 16 | this seems to me the adverse of much of what Mr. Kohlmann wanted |
| -13:-33:-19 | 17 | to talk about.  About freedom fighters in Chechnya and Bosnia |
| -13:-33:-19 | 18 | and so forth.  I mean, what relevance do global groups of any |
| -13:-33:-19 | 19 | particular kind have to this case where there's no real linkage |
| 00:24:25 | 20 | of a sense of any of these defendants having clearly established |
| -13:-33:-19 | 21 | any kind of affiliation with -- |
| 00:24:39 | 22 | MR. BRYAN:  Well, Your Honor, as it relates to |
| -13:-33:-19 | 23 | social movement, which is part of the proffered testimony of Mr. |
| 00:24:44 | 24 | Aslan, social movement theory isn't necessarily you have to |
| -13:-33:-19 | 25 | become a card-carrying member of a specific group or anything |

-13:-33:-19  **1**  like that.   It's basically identifying with the specific

00:24:58  **2**  ideologies.  As an example of a social movement, it could be the

-13:-33:-19  **3**  radical environmentalist group, people who -- or the

-13:-33:-19  **4**  antiglobalization movement as well.  There are many who believe

-13:-33:-19  **5**  in those movements and believe in the causes of those movements

-13:-33:-19  **6**  and believe and hope for the successful bringing about of

-13:-33:-19  **7**  whatever those movements espouse.   But there are few people --

00:25:20  **8**  and these people that it's referred to in the letter, this is

-13:-33:-19  **9**  social movement theory in sociology.

00:25:28  **10**            THE COURT:  Let me ask you this:  If I recall my

-13:-33:-19  **11**  history correctly, for much of the period that is influenced,

00:25:44  **12**  there were very few people in the South who belong to the Ku

-13:-33:-19  **13**  Klux Klan.   There were many people in the South, 1920s, who

-13:-33:-19  **14**  supported much that it did as vile, as it was, and as general,

-13:-33:-19  **15**  segregation, southern revivalist kind of activities.   And is

-13:-33:-19  **16**  that the kind of thing you mean?   And if so, again, what

-13:-33:-19  **17**  difference -- how would that be relative in the defense of the

00:26:23  **18**  people who have been prosecuted, particularly recently and

00:26:30  **19**  successfully, 20 years after the events of the bombings and so

-13:-33:-19  **20**  forth? How would that relate?  And isn't that the same kind of

-13:-33:-19  **21**  relation you're trying to show here?  No comparison; I'm trying

-13:-33:-19  **22**  to pick an example closer to home.

00:26:49  **23**            MR. BRYAN:  To borrow Your Honor's analogy, there

-13:-33:-19  **24**  could be groups of people in the South who agree with the

-13:-33:-19  **25**  ideology of the Ku Klux Klan, believe African Americans are

3478

| | | |
|---|---|---|
| 00:26:58 | 1 | inferior, and they're part of the devil race, and that they |
| 00:27:01 | 2 | should be exterminated from the planet, but they would never act |
| -13:-33:-19 | 3 | on those beliefs.  Now, there are a few who belong to the Ku |
| 00:27:09 | 4 | Klux Klan who -- even members of the Ku Klux Klan who wouldn't |
| -13:-33:-19 | 5 | act on those beliefs.  But there are a few who rallied lynching |
| 00:27:17 | 6 | mobs, and they would go out and lynch African Americans for |
| 00:27:23 | 7 | looking cross-eyed at a white woman.  They're taking that same |
| 00:27:36 | 8 | idea.  It would be akin to them going to the South and sending |
| 00:27:41 | 9 | in an undercover agent to sit with them, a southern bigot, and |
| -13:-33:-19 | 10 | have him espouse that if I had the chance, I would string up |
| -13:-33:-19 | 11 | that nigger myself, and I would hang him from the tree, and I |
| 00:27:52 | 12 | would hold on to the rope.   If I could do that, I would; I |
| -13:-33:-19 | 13 | would do something like that.   And I'm happy they killed that |
| -13:-33:-19 | 14 | nigger because he did look cross-eyed at that girl, that white |
| -13:-33:-19 | 15 | girl who was walking down the street; I'm happy about that. |
| -13:-33:-19 | 16 | And then they got that person basically to say, I'm going to go |
| -13:-33:-19 | 17 | out to a shooting range or something and learn how to shoot so I |
| -13:-33:-19 | 18 | can kill niggers -- |
| -13:-33:-19 | 19 | THE COURT:  Again, I don't see -- again, the |
| 00:28:25 | 20 | analogy, you would have sort of the history of the Ku Klux Klan |
| 00:28:31 | 21 | movement and its origins and movement after the Civil War and |
| 00:28:38 | 22 | the Civil Rights Act, and so forth, and Reconstruction, but up |
| -13:-33:-19 | 23 | through the revival of the revivalist of that and David Duke and |
| 00:28:49 | 24 | all this stuff.   What -- |
| 00:28:54 | 25 | MR. BRYAN:  As far as giving the broad picture -- |

00:29:02  1  as far as Mr. Aslan's testimony concerning sort of jihadism as a

-13:-33:-19  2  social movement, I don't anticipate that his testimony would be

00:29:13  3  a history course on Islam jihadism.   First of all, he would

00:29:19  4  explain what Islam is.   First of all, I think that's important

-13:-33:-19  5  for the jury to understand that.   And I've learned a lot myself

-13:-33:-19  6  in this case, Your Honor.   And I'll admit to some of my own

-13:-33:-19  7  biases shortly after September 11, thinking what kind of

-13:-33:-19  8  religion would support this atrocity, and I remember David

-13:-33:-19  9  Letterman even saying:  They say that the people who did this

-13:-33:-19  10  were doing this for God.   He said:  I can live 1,000 years and

00:29:44  11  I'll never be able to understand that concept, that this was

-13:-33:-19  12  done for God, on behalf of God.

00:29:52  13          THE COURT:  You're moving further and further away

00:29:55  14  from what this case is about.

00:29:57  15          MR. BRYAN:  I'm using those analogies, and a lot of

00:30:00  16  jurors have the same perception of our clients.

00:30:02  17          THE COURT:  I don't think so.  That was the whole

-13:-33:-19  18  purpose of voir dire.  They were questioned both in the

00:30:11  19  questionnaire, and I think every single one of the people in

00:30:14  20  that box said it doesn't matter to me.   I said to them, so many

00:30:20  21  of the jury, would you like to be on trial for your religious

00:30:23  22  beliefs?  I honestly think the jurors -- this strikes me as

00:30:29  23  being a very good set of jurors.  But you've argued in front of

-13:-33:-19  24  juries, and I think the voir dire process in some small part is

-13:-33:-19  25  intended to make sure that none of these defendants was on trial

3480

00:30:55  1  because of their religious beliefs, whatever those beliefs were,

-13:-33:-19  2  and to the extent that the jurors may have a perception that

-13:-33:-19  3  there's a certain radical component to Islam, whichever to ex --

-13:-33:-19  4  I think they understand that's a religious linkage that cannot

-13:-33:-19  5  be a factor.   So I don't think they need to have any

-13:-33:-19  6  explanation about Islam.

-13:-33:-19  7          As I said, what Jihad can mean, what the term can

-13:-33:-19  8  mean, and perhaps just a touch about, quote, Jihadist movements,

-13:-33:-19  9  but I'm not even sure about that because we start veering off

-13:-33:-19  10  into this area and getting further and further away from the

-13:-33:-19  11  evidence in this case, any nexus with these defendants or -- or

-13:-33:-19  12  Mr. Amawi, or any of the defendants because all of them use the

-13:-33:-19  13  term Jihad.

-13:-33:-19  14          MR. BRYAN:  First of all, as it relates to the

00:31:52  15  jurors, I would agree with Your Honor and everything Your Honor

-13:-33:-19  16  said about the jurors.  I would give Your Honor credit for the

-13:-33:-19  17  manner in which voir dire was conducted.   And this isn't meant

-13:-33:-19  18  to stroke Your Honor in hopes of some future ruling in my favor,

-13:-33:-19  19  but it was the most informative jury selection process that I've

00:32:12  20  ever been part of in front of a court.   And I think it was very

00:32:16  21  informative and I agree with Your Honor, I believe that we were

-13:-33:-19  22  able to select -- at least based upon current perception, we

00:32:23  23  were able to select a group of jurors who were vetted, who made

00:32:29  24  it through that vetting process.

00:32:31  25          Notwithstanding that, first or second day of trial

-13:-33:-19  **1** we came across a juror who apparently had some very strong

00:32:38  **2** anti-Muslim biases.

-13:-33:-19  **3**     THE COURT:  I'm not so sure that's the case.  But

-13:-33:-19  **4** anyway.  You're right.  I'm going to say it didn't work

00:32:47  **5** perfectly.  That's why we have PD.

00:32:51  **6**     MR. BRYAN:  But Islam is not something that is

-13:-33:-19  **7** within the common understanding of this jury as it relates to

-13:-33:-19  **8** the rules of evidence and being able to provide the jurors with

-13:-33:-19  **9** evidence that is helpful to them in their fact determination

-13:-33:-19  **10** process.  I agree with Your Honor that this case isn't about

-13:-33:-19  **11** Islam.  It's not about the Iraq war.  But this case also isn't

00:33:12  **12** being viewed in a vacuum.  The context of this case is, in fact,

-13:-33:-19  **13** the government will say the motivation behind our clients'

-13:-33:-19  **14** intentions is the desire to seek revenge for the Iraq war.   And

-13:-33:-19  **15** Islam is a part of a lot of what our clients are saying, a lot

-13:-33:-19  **16** of their viewpoints and what they believe.  And a Jihad, in

00:33:33  **17** defining it, I agree, Your Honor already agrees, that we have to

00:33:37  **18** be able to define Jihad in more than the simple dictionary

00:33:41  **19** definition of the term.

00:33:44  **20**     As it relates to Mr. Aslan's testimony, again, he

-13:-33:-19  **21** will soon have a Ph.D. in sociology, sociology of religion, and

00:33:56  **22** his doctoral dissertation is directly relevant to this case,

00:34:00  **23** Jihadism as a social movement.   To summarize that social

00:34:03  **24** movement, consistent with the law, a lot of what ^ *** Professor

-13:-33:-19  **25** Ordman (phonetically) was saying, that in the Middle East, in

3482

-13:-33:-19 **1** the Islamic culture, there are, especially young men, that are

00:34:17 **2** very drawn to the Jihadist movement.  It is -- in essence to

-13:-33:-19 **3** become the Middle Eastern or the Arabic man's kids' marines.

-13:-33:-19 **4** You know how we look up to the Marines in this country; they

-13:-33:-19 **5** would look up to the Mujahidin.  And they have pure motives, but

-13:-33:-19 **6** that doesn't mean they're going to join the Mujahidin any more

-13:-33:-19 **7** than it means that American kids who fantasize about growing up

00:34:47 **8** and becoming a Marine are going to join the Marines.  Some do,

-13:-33:-19 **9** and some don't.

-13:-33:-19 **10**          But I think it can be summarized, his testimony

00:34:56 **11** could be summarized, in essence, with this one sort of idea, and

-13:-33:-19 **12** that is Mr. Aslan will testify --

00:35:05 **13**          THE COURT:  A little slower, please.

00:35:07 **14**          MR. BRYAN:  That experts that coin the term GOGs,

00:35:14 **15** or Group of Gods, to describe the small group of young Muslim

00:35:19 **16** men often in the west who get together around this Jihadist

00:35:25 **17** ideology and follow it.   They sit around, they watch Jihadist

-13:-33:-19 **18** videos, they complain, they talk in increasingly macho terms

-13:-33:-19 **19** about who would do what if they were on the battle field.   And

-13:-33:-19 **20** many things -- much of the testimony that we've heard so far

00:35:43 **21** through the tapes has always been that conditional, "if", if I

-13:-33:-19 **22** were in Iraq, I would walk amongst the tanks and everyone would

-13:-33:-19 **23** see how brave I was and that I wasn't afraid to die for my

00:35:56 **24** cause, and I think that would be very moving; those types of

00:36:00 **25** comments are made in these tapes.

3483

-13:-33:-19  **1**      THE COURT:  The fact that others do that, how does

-13:-33:-19  **2**  that prove that that's what was going on here to the extent that

-13:-33:-19  **3**  it was?

00:36:13  **4**      MR. BRYAN:  Just to complete what I was saying --

00:36:16  **5**      THE COURT:  Go ahead.

00:36:17  **6**      MR. BRYAN:  What they would do if they were on the

00:36:19  **7**  battle field, how they would fight back.  Who would be the

00:36:22  **8**  toughest and most fearless, et cetera, but they don't do

00:36:25  **9**  anything.  I see that in a lot of the comments that Mr. El-Hindi

-13:-33:-19  **10**  had made.  I see it, admittedly, in a lot of the comments that

-13:-33:-19  **11**  Mr. Amawi has said.  And the key is:  This is commonplace.   The

00:36:40  **12**  type of conversations and the type of activity that was taking

00:36:43  **13**  place with our clients, and specifically Mr. Amawi, viewing

-13:-33:-19  **14**  videos with the informant in this case and talking tough about,

-13:-33:-19  **15**  you know, "if" -- if I was there, it would be my pleasure to

-13:-33:-19  **16**  kill American soldiers; it would be my pleasure to cut their

-13:-33:-19  **17**  heads -- is part of this social movement theory.   There are

00:37:03  **18**  people who support the cause, who support the cause but would

-13:-33:-19  **19**  never join the cause.  And if the jury is not permitted to hear

-13:-33:-19  **20**  that, then all they're left with is the government's inferences

-13:-33:-19  **21**  that they want to be drawn from what our clients say or my

00:37:22  **22**  arguments.   And I agree --

-13:-33:-19  **23**      THE COURT:  You said drawn to this.  I didn't hear

-13:-33:-19  **24**  what you're saying.  If the jury doesn't hear this…

00:37:36  **25**      MR. BRYAN:  If the only thing that the jury hears

3484

-13:-33:-19  1  is the tapes that are being played, which obviously we're not

-13:-33:-19  2  arguing about the evidence or the validity of it, in hearing

-13:-33:-19  3  that.   But if that's all they are allowed to hear and the

-13:-33:-19  4  government's arguments that he said if he was in Iraq he'd kill

00:37:55  5  American soldiers.  He said if he was in Iraq it would be his

-13:-33:-19  6  pleasure to cut their heads.   He said that he would walk

00:38:02  7  amongst the tanks and show how fearless he was.   He said all

-13:-33:-19  8  these things.   And they're not aware that in the Muslim world,

-13:-33:-19  9  in the Arabic communities around the world, that young men sit

-13:-33:-19  10  around, watch these videos, and say these things all the time.

-13:-33:-19  11        Now, admittedly, that's not -- that's not our case

-13:-33:-19  12  that we're talking about what they're doing around the world,

-13:-33:-19  13  but I think we should be permitted to explain to the jury that

-13:-33:-19  14  these viewpoints and these things that are said by our clients

-13:-33:-19  15  aren't that uncommon.   And this is now weaving Mr. Aslan and

00:38:41  16  ***Professor Alterman's  testimony together, both from a

-13:-33:-19  17  religious standpoint, from a social movement theory under

00:38:51  18  sociology, and from a cultural standpoint that young Arabic

00:38:56  19  Muslim men frequently cheer against the United States,

00:39:01  20  frequently cheer for the death of American soldiers, yet they

-13:-33:-19  21  don't go in -- take it to the next step and become a mujahidist

00:39:12  22  or a warrior or a fighter.

00:39:15  23        Similar, another social movement theory, and I

-13:-33:-19  24  don't think this is the best example, would be young inner-city

00:39:24  25  youth adopting sort of the rap mentality and they listen to rap

| | | |
|---|---|---|
| 00:39:29 | 1 | songs about how glamourous it is to sell drugs and to carry a |
| -13:-33:-19 | 2 | Gat, which is slang for a gun, and to, you know, kill the |
| -13:-33:-19 | 3 | police.  But they don't do it. |
| 00:39:44 | 4 | THE COURT:  That is perhaps a good analogy.  And |
| -13:-33:-19 | 5 | why can't -- a couple things.  It seems to me that is an apt |
| 00:39:55 | 6 | analogy, that, ladies and gentlemen, we all know how popular rap |
| -13:-33:-19 | 7 | music is in this country and how appealing it is to many, many |
| 00:40:07 | 8 | young people, almost none of them wind up doing any of the |
| 00:40:11 | 9 | things that they listen to music -- listen to this music about. |
| -13:-33:-19 | 10 | That they may even sing about, they talk about and they try to |
| -13:-33:-19 | 11 | imitate in various kinds of ways, in terms of dress and language |
| -13:-33:-19 | 12 | and attitude and outlook, but they don't go out and shoot police |
| 00:40:27 | 13 | officers.  The same is true here.  And it also seems to me there |
| -13:-33:-19 | 14 | are some pretty clear, at least at this point, circumstances in |
| -13:-33:-19 | 15 | evidence that give you a very strong basis at this point to |
| 00:40:47 | 16 | argue:  Ladies and gentlemen, what did they really do?  Mr. |
| -13:-33:-19 | 17 | Amawi goes back to Jordan, I can't remember how many months he |
| -13:-33:-19 | 18 | was there, and talking to Mr. Griffin, well, I'm not going to |
| 00:41:02 | 19 | Syria, we can't get in.  He stayed home apparently.  And |
| 00:41:11 | 20 | wherever these people are that were so actively involved in |
| -13:-33:-19 | 21 | creating cells and killing and training, one, two, three, maybe |
| -13:-33:-19 | 22 | two over how many months, we don't know what you have available |
| -13:-33:-19 | 23 | to you -- and again, I just have a -- candidly, we go, if we go |
| 00:41:39 | 24 | that direction for the defense, I think the government's desire |
| 00:41:43 | 25 | to go in Mr. Kohlmann's direction for very similar reasons, say, |

-13:-33:-19  **1**  look, this -- Mr. Amawi had this really massive collection of

00:41:54  **2**  videos, suggest to the jury that there's something pathological

-13:-33:-19  **3**  about all of this, and we wind up focusing and fussing about

-13:-33:-19  **4**  stuff that gets us further and further away from the stone's

00:42:15  **5**  path in the pond.  The ripples don't get smaller; they get

00:42:19  **6**  bigger.   That's really my concern.

00:42:24  **7**  MR. HERDMAN:  Your Honor, if I may briefly.   With

00:42:26  **8**  respect to Evan Kohlmann, he's probably not the best expert that

00:42:30  **9**  would be best suited.

-13:-33:-19  **10**  THE COURT:  No, I'm saying the areas you want him

-13:-33:-19  **11**  to testify to, just what I wanted to say in response to Mr.

-13:-33:-19  **12**  Bryan's notion of Islam as a social -- or Jihad as a social

00:42:42  **13**  movement is that the Group of Guys theory that was developed by

-13:-33:-19  **14**  Mr. Sageman.  The Group of Guys Theory was not developed by Mr.

-13:-33:-19  **15**  Aslan.   In fact, it was developed by, at least as far as I'm

-13:-33:-19  **16**  aware, a person by the name of Mark Sageman, and it refers

00:43:02  **17**  specifically to groups of young men who do become radicalized

-13:-33:-19  **18**  and then ultimately commit acts of violent Jihad, suicide

00:43:10  **19**  bombings or attacks.  So it seems to me that it would be in the

-13:-33:-19  **20**  government's imperative, if this testimony were allowed by Mr.

00:43:17  **21**  Aslan with respect to Jihad as a social movement, the government

-13:-33:-19  **22**  would be entitled to respond with similar expert testimony

-13:-33:-19  **23**  saying, no, the way we know about these Groups of Guys…

-13:-33:-19  **24**  I agree completely.   In other words, I wouldn't

-13:-33:-19  **25**  say -- the point I was making, though, if we start going off in

3487

00:43:37    **1**   the directions that their experts want to take us, that seems to

-13:-33:-19   **2**   me to be every bit as ancillary and to have very little useful

00:43:50    **3**   probative value.   But on the other hand, it seems to me quite

00:43:55    **4**   similar to when I read Mr. Kohlmann's report, that there was a

-13:-33:-19   **5**   massive quantity of information about all kinds of stuff, that

00:44:08    **6**   there is some maybe little thread of relationship here and

-13:-33:-19   **7**   there, but it doesn't have that firm kind of connection into

-13:-33:-19   **8**   this case, the activities charged to the defendants, or to them

00:44:26    **9**   themselves.

-13:-33:-19   **10**         MR. GETZ:  Respectfully, Your Honor, I would

00:44:29   **11**   disagree with that for the following reasons:  I'll take that as

-13:-33:-19   **12**   an example.   The reason that that testimony is connected to

00:44:37   **13**   this case is because it is connected to the evidence.   Once

-13:-33:-19   **14**   again, that evidence that is already or will be introduced in

00:44:46   **15**   the case.   Now, I understand the Court's concerns about the

-13:-33:-19   **16**   ripples; I'll concede that's moving out in a direction away from

-13:-33:-19   **17**   the center here.   But what Counsel is referring to doesn't even

00:44:59   **18**   tie back directly to something concrete like that.

-13:-33:-19   **19**         THE COURT:  I understand.

-13:-33:-19   **20**         MR. GETZ: And I do think Mr. Sofer's point is very

-13:-33:-19   **21**   well taken, which is I'm sitting here listening to these

00:45:14   **22**   theories that Counsel is throwing out, there is a large body of

-13:-33:-19   **23**   information and expert testimony throughout which takes a very

00:45:20   **24**   contrary view to this.   And would I think there's many experts

-13:-33:-19   **25**   who would come in here and say the actions in this case and the

00:45:30 **1**   information that's -- that was developed by the government very

-13:-33:-19 **2**   well -- that their expert testimony would be that these men were

00:45:38 **3**   well on their way to doing exactly the kinds of things that our

00:45:43 **4**   country fears.  We're not going that -- that's something we've

-13:-33:-19 **5**   never tried to introduce to the case.

00:45:50 **6**          The only expert we've proffered has at least been

-13:-33:-19 **7**   limited to sort of the forensic evidence that was recovered in

-13:-33:-19 **8**   the case, not some broader version of terrorism or social

-13:-33:-19 **9**   movements or even just human interaction.   It goes back to

-13:-33:-19 **10**  where the government started with all of this, which is my

00:46:11 **11**  point, which is, so long as we are focused on the issues in the

-13:-33:-19 **12**  case, and evidence in the case, the government is comfortable

00:46:22 **13**  with expert testimony.  I think all three of these experts --

-13:-33:-19 **14**  it's almost the exact same simple concept which is we're moving

00:46:34 **15**  beyond the evidence and into something else.

-13:-33:-19 **16**          THE COURT:  I understand.   As I've said fairly

00:46:42 **17**  frequently, my concern is the nexus.   And let me say we do have

-13:-33:-19 **18**  to finish, maybe a couple more minutes.  There is an issue we

-13:-33:-19 **19**  have to discuss in chambers and you have to go.

00:46:56 **20**          MR. HARTMAN:  Yes, I have to go in about 15

-13:-33:-19 **21**  minutes.

-13:-33:-19 **22**          THE COURT:  It's going to take five, ten minutes to

-13:-33:-19 **23**  talk about.

-13:-33:-19 **24**          MR. HARTMAN:  Can we discuss that with Mr. Helmick

-13:-33:-19 **25**  and Mr. Doughten?

00:47:08 **1**        MR. GETZ: I don't think the question, Your Honor,

-13:-33:-19 **2** what I know of it, from what little I know of this, I don't

-13:-33:-19 **3** believe we can.

00:47:15 **4**        MR. HARTMAN:  I'll call and see if he can get back

-13:-33:-19 **5** here.

00:47:19 **6**        THE COURT:  Or by phone.  Phone is fine.  Either

00:47:24 **7** here or, David, either one.

00:47:26 **8**        MR. BRYAN:  Your Honor, it's very important that I

-13:-33:-19 **9** address this issue of Evan Kohlmann in this respect.  A lot of

00:47:41 **10** this -- when we sought out experts a lot of it had to do in

-13:-33:-19 **11** response to Mr. Kohlmann, quite frankly.   But at the same time,

-13:-33:-19 **12** we think comparing our experts to comparing the Court's concerns

-13:-33:-19 **13** about Mr. Kohlmann are a little bit like comparing apples to

-13:-33:-19 **14** oranges.   The government already has the impression that if

00:48:05 **15** they're looking at something so horrific, and you support that

00:48:10 **16** which you're looking at, they have the common-sense --

00:48:13 **17** supposedly common-sense belief that most people will say, well,

00:48:18 **18** if you support it you're likely to do it.   You're just this far

-13:-33:-19 **19** away.

-13:-33:-19 **20**        I disagree with their statement that people who

00:48:25 **21** watch these videos and collect large volumes of these videos, I

-13:-33:-19 **22** think Your Honor does as well, because there is what Mr.

-13:-33:-19 **23** Kohlmann was trying to convey, that they are just that far away

-13:-33:-19 **24** from becoming a Mujahidin, a Jihadist, that they are going to

00:48:41 **25** carry out a terrorist act.   What our experts are here to say is

3490

| | | |
|---|---|---|
| 00:48:45 | 1 | this is commonplace, it's commonplace throughout the Middle East |
| -13::33:-19 | 2 | that people sit around, they talk about these things, they cheer |
| -13::33:-19 | 3 | for their side, they cheer for the Arab side.   They view these |
| -13::33:-19 | 4 | videos, they use these videos to educate one another because |
| -13::33:-19 | 5 | they don't believe they're getting a fair story.   The chance of |
| -13::33:-19 | 6 | a people viewing a lot of videos then putting something into |
| 00:49:07 | 7 | action -- true, Mr. Herdman talks about the radicalization |
| 00:49:11 | 8 | process, that happens from time to time out of the legion of |
| -13::33:-19 | 9 | individuals that are looking at this stuff.   From time to time |
| -13::33:-19 | 10 | those people become mobilized, they are able to do so.   What |
| -13::33:-19 | 11 | Mr. Aslan also will testify to is in order for that to occur, |
| 00:49:30 | 12 | there usually has to be some intensive one-on-one contact with |
| -13::33:-19 | 13 | what the -- what the literature suggests are -- they call them |
| 00:49:42 | 14 | mobilizers, recruiters, people; not through a videotape but |
| -13::33:-19 | 15 | after someone has been indoctrinated by someone acting as a |
| -13::33:-19 | 16 | father figure, someone acting as a mobilizer to try to get |
| -13::33:-19 | 17 | people to take those personal feelings and turn them into |
| 00:50:00 | 18 | action. |
| -13::33:-19 | 19 | So generally the social movement theory says that |
| -13::33:-19 | 20 | most people are free riders.   What Evan Kohlmann says is the |
| 00:50:10 | 21 | contrary; the converse is true.   He's saying because you're |
| -13::33:-19 | 22 | looking at those videos, you're that far away from joining the |
| -13::33:-19 | 23 | cause.   That's what the government wants to argue to the jury. |
| 00:50:20 | 24 | That's why they want to introduce Evan Kohlmann still. |
| -13::33:-19 | 25 | THE COURT:  Mr. Kohlmann isn't even on the bench. |

3491

-13:-33:-19 **1** He's outside the park somewhere.

00:50:32 **2**          MR. BRYAN:  Well, the government -- I just received

00:50:34 **3** before the Court today the government's suggestions.

00:50:36 **4**          THE COURT:  I'll look at that Monday.

-13:-33:-19 **5**          MR. BRYAN:  Minimizing his testimony.   We'll

-13:-33:-19 **6** address that on Monday, but as it relates to the issue of

00:50:44 **7** jihadism and in terms that can be defined, we don't feel that

-13:-33:-19 **8** our expert -- if we're just going to have him come in and define

-13:-33:-19 **9** the term, we feel that we're just as happy with the

-13:-33:-19 **10** stipulations.   If our experts aren't going to be permitted to

00:50:59 **11** testify to the meat and potatoes of that, which we need them to

-13:-33:-19 **12** testify to to help them explain in innocent terms our clients'

-13:-33:-19 **13** conduct, and not in sinister terms our clients' conduct, then --

-13:-33:-19 **14** but instead they're just permitted to come in and say this is

-13:-33:-19 **15** what this term mean, we're prepared to do that with

-13:-33:-19 **16** stipulations.  We're even willing to concede some of the

-13:-33:-19 **17** government's interpretations of what those stipulations have

00:51:26 **18** said.

00:51:27 **19**          THE COURT:  Excuse me, deputy, could you ask Deputy

00:51:31 **20** Wagner, if he's still here, if he could come down.

00:51:47 **21**          MR. HARTMAN:  I didn't get Helmick.   We're going

00:51:51 **22** to try Doughten.

00:51:52 **23**          (Whereupon there was a conference in chambers

**24** sealed by order of the Court.)

**25**                              - - -

1            C E R T I F I C A T E

2

3     I certify that the foregoing is a correct transcript from the

4   record of proceedings in the above-entitled matter.

5

6   /s Tracy L. Spore_____          _____

7   Tracy L. Spore, RMR, CRR              Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25