```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
 2                         WESTERN DIVISION

 3   UNITED STATES OF AMERICA,    - Docket No. 3:06-CR-719
                                  -
 4     Plaintiff,                 - Toledo, Ohio
                                  - April 30, 2008
 5         v.                     -  Trial
                                  -
 6   MOHAMMAD ZAKI AMAWI, et al.,-
                                  -
 7     Defendants.               -
     -------------------------------
 8
                         VOLUME 41, TRANSCRIPT OF TRIAL
 9               BEFORE THE HONORABLE JAMES G. CARR
            UNITED STATES DISTRICT CHIEF JUDGE, AND A JURY
10
     APPEARANCES:
11
     For the Plaintiffs:     United States Attorneys' Office
12                           By:   Thomas E. Getz
                                   Justin E. Herdman
13                           801 Superior Avenue, W
                             Cleveland, OH 44113
14                           (216) 622-3840

15                           U.S. Department of Justice
                             By:  Jerome J. Teresinski
16                                David I. Miller
                             10th & Constitution Ave, NW
17                           Washington, DC 20530
                             (202) 353-3464
18
                             Office of the U.S. Attorney- Austin
19                           By:  Gregg N. Sofer
                             816 Congress Avenue
20                           Austin, TX 78701
                             (512) 916-5858
21

22

23

24

25
```

```
 1   For the Defendant Amawi: Office of the Federal Public
                          Defender - Cleveland
 2                        By:  Amy B. Cleary
                               Jonathan P. Witmer-Rich
 3                             Edward G. Bryan
                               Timothy C. Ivey
 4                        750 Skylight Office Tower
                          1660 West Second St.
 5                        Cleveland, OH 44113
                          (216) 522-4856
 6
                          Muawad & Muawad
 7                        By:  Elias Muawad
                          36700 Woodward Avenue, Suite 209
 8                        Bloomfield Hills, MI 48304
                          (248) 594-4700
 9
     For the Defendant         Kerger & Kerger
10   El-Hindi:               By:  Stephen D. Hartman
                          Suite 201
11                        33 South Michigan Street
                          Toledo, OH 43602
12                        (419) 255-5990

13                        Boss & Vitou
                          By:  Charles M. Boss
14                        111 West Dudley Street
                          Maumee, OH 43537-2140
15                        (419) 893-5555

16                        Raslan, El-Kamhawy & Pla
                          By:  Alek H. El-Kamhawy
17                        Suite 3FE, 1700 East 13 Street
                          Cleveland, OH 44114
18                        (216) 928-1500

19   For the Defendant         David L. Doughten
     Mazloum:                  4403 St. Clair Avenue
20                        Cleveland, OH 44103-1125
                          (216) 361-1112
21
                          Helmick & Hoolahan
22                        By:  Jeffrey J. Helmick
                          2nd Floor
23                        1119 Adams Street
                          Toledo, OH 43624-1508
24                        (419) 243-3800

25
```

1    Mohammed Abdrabboh
     1620 Ford Avenue
2    Wyandotte, MI 48192
     (734) 283-8405

3

     Court Reporter:    Tracy L. Spore, RMR, CRR
4    1716 Spielbusch Avenue
     Toledo, Ohio 43624
5    (419) 243-3607

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
     Proceedings recorded by mechanical stenography, transcript
24   produced by notereading.
25

3779

**1**    (Reconvened at 8:42 a.m.)

00:06:26  **2**    THE COURT:  Mr. Boss, about how long do you think

-08:-36:00  **3**  this segment will take?

00:06:32  **4**    MR. BOSS:  Well, the actual tape is about 70-some

-08:-36:00  **5**  minutes long, but I will be punctuating it with questions.

00:06:40  **6**    THE COURT:  So maybe an hour-and-a-half or so?

00:06:43  **7**    MR. BOSS:  I would imagine at least, yeah.

00:06:48  **8**    THE COURT:  We'll see how it goes.   If it runs

-08:-36:00  **9**  much longer than that, let us know.

00:06:54  **10**    MR. BOSS:  We're happy to take a break during the

-08:-36:00  **11**  tape because it is quite long.

-08:-36:00  **12**    THE COURT:  Mr. Griffin, you remain under oath.

00:07:57  **13**  Mr. Boss, you may resume.

-08:-36:00  **14**    MR. BOSS:  Thank you, Your Honor.   Good morning,

00:08:00  **15**  ladies and gentlemen.   Mr. Griffin, good morning to you.

-08:-36:00  **16**    THE WITNESS:  Good morning.

-08:-36:00  **17**    - - -

-08:-36:00  **18**    DARREN GRIFFIN, CONTINUED CROSS-EXAMINATION

-08:-36:00  **19**  BY MR. BOSS:

00:08:05  **20**    Q.   When we broke yesterday we were talking about October 8,

00:08:09  **21**  2004.   That's when Mr. El-Hindi had told you:  Don't train them

-08:-36:00  **22**  for Jihad?

-08:-36:00  **23**    MR. SOFER:  Objection, Your Honor.   Counsel keeps

-08:-36:00  **24**  saying a certain line from the transcript.  It's actually not

00:08:21  **25**  exactly what the transcript says and I object to the

-08:-36:00 **1** characterization of what it is that Mr. El-Hindi said,

00:08:26 **2** especially when it's not accurate.

-08:-36:00 **3**         THE COURT:  Okay.

-08:-36:00 **4** BY MR. BOSS:

00:08:30 **5**    **Q.**   I'd like to skip ahead, and I'd like to direct your

-08:-36:00 **6** attention to that meeting at Mr. El-Hindi's house, the dinner

00:08:40 **7** meeting.  Now, that was on February 16, 2005; you recall that?

-08:-36:00 **8**    **A.**   Yes, sir.

00:08:46 **9**    **Q.**   And we will be playing a videotape instead of the

-08:-36:00 **10** audiotape that the government reviewed with you.  You've seen

-08:-36:00 **11** the videotape as well?

00:08:55 **12**    **A.**   Yes, I believe so.

-08:-36:00 **13**    **Q.**   Now, you told us in the direct examination that in

00:09:00 **14** preparation for your testimony, you spent a great deal of time

00:09:05 **15** reviewing each and every one of the recordings, not just once or

-08:-36:00 **16** twice, but at least about four times apiece; is that correct?

00:09:14 **17**    **A.**   Yes, sir.

-08:-36:00 **18**    **Q.**   How many times did you review the recording of the

-08:-36:00 **19** dinner meeting, if you recall?

00:09:19 **20**         THE COURT:  I didn't hear what you said.

00:09:21 **21**         MR. BOSS:  The meeting on February 16, 2005 at

-08:-36:00 **22** Mr. El-Hindi's house.

-08:-36:00 **23**    **A.**   The audio or the video?

-08:-36:00 **24**    **Q.**   Either one.

-08:-36:00 **25**    **A.**   I didn't keep track.

00:09:29  **1**  **Q.**  Numerous times?

00:09:31  **2**  **A.**  I believe so.

00:09:32  **3**  **Q.**  And you did that so that you could recall and accurately

-08:-36:00  **4**  report what transpired on that day; isn't that correct?

-08:-36:00  **5**  **A.**  Yes, sir.

00:09:43  **6**  **Q.**  Now, before we begin playing the videotape, I'd like to

00:09:47  **7**  ask a couple questions.   Now, you on that date wore multiple

-08:-36:00  **8**  recording devices; is that correct?

-08:-36:00  **9**  **A.**  I believe so, yes.

-08:-36:00  **10**  **Q.**  Can you tell us what they were?  Not the name or

-08:-36:00  **11**  anything, but one was an audio recording, and the other was a

00:10:02  **12**  video, and so forth?

-08:-36:00  **13**  **A.**  Yes, sir.

00:10:07  **14**  **Q.**  And you reviewed the video in preparation for your

-08:-36:00  **15**  direct testimony in addition to the audio; is that correct?

-08:-36:00  **16**  **A.**  I believe I reviewed the audio more than the video, but

-08:-36:00  **17**  I did review the video also.

00:10:27  **18**  **Q.**  Now, the videotape does not start at the same time as

-08:-36:00  **19**  the audiotape; it starts some period of time afterward; is that

00:10:38  **20**  correct?

-08:-36:00  **21**  **A.**  If that's the case.   I can't recall.

00:10:41  **22**  **Q.**  Do you recall turning the video recorder on after the

00:10:45  **23**  audio had been recording for a while?

00:10:47  **24**  **A.**  Possibly because of the time restraints.

-08:-36:00  **25**  **Q.**  In fact, the recordings that were played, the audio

-08:-36:00 **1** recordings on February 16, 2005, began not at Mr. El-Hindi's

-08:-36:00 **2** house, if you recall, but they began earlier when you first met

00:11:08 **3** Mr. Amawi; is that correct?

-08:-36:00 **4**    A.   Yes, sir.

-08:-36:00 **5**    Q.   And then with Mr. Amawi you picked up the other

-08:-36:00 **6** co-defendant, Wassim Mazloum?

00:11:20 **7**    A.   I believe so.

00:11:22 **8**    Q.   And when you picked up Mr. Mazloum with Mr. Amawi, is it

-08:-36:00 **9** indeed your recollection that Mr. Wassim Mazloum thought that he

00:11:35 **10** was going to go shooting, practice shooting at Cleland's with

-08:-36:00 **11** you?

-08:-36:00 **12**    A.   I'm not -- as best as I can recall, it was just

-08:-36:00 **13** training, period.  We didn't -- I didn't know if he meant

-08:-36:00 **14** shooting at Cleland's or training at the range.

-08:-36:00 **15**    Q.   Now, he didn't know that you had planned to take him to

-08:-36:00 **16** Mr. El-Hindi's house; isn't that correct?

00:11:56 **17**    A.   I don't know.   I think it was Mr. Amawi's job to tell

00:12:02 **18** him what we were going to do.

00:12:04 **19**    Q.   You did not tell him that you were going to take him to

-08:-36:00 **20** Mr. El-Hindi's house; isn't that correct?

-08:-36:00 **21**    A.   Once he got in the car, yes.

-08:-36:00 **22**    Q.   Once he got in the car?

-08:-36:00 **23**    A.   Yes.

-08:-36:00 **24**    Q.   But not before then?

00:12:15 **25**    A.   I'd have to look at the -- listen to the audio.

3783

-08:-36:00 **1**  **Q.**  In addition to that, Mr. El-Hindi, he had had his wife

00:12:26 **2**  or his family prepare a dinner; is that correct?

00:12:31 **3**  **A.**  Yes, we ate.

-08:-36:00 **4**  **Q.**  So Mr. El-Hindi was expecting company?

-08:-36:00 **5**  **A.**  Yes, we told him we were coming over.

-08:-36:00 **6**  **Q.**  And Mr. El-Hindi was expecting company with the

00:12:41 **7**  intention of having Mr. Amawi repair his computer which was

00:12:45 **8**  having some difficulties; isn't that correct?

00:12:47 **9**  MR. SOFER:  Objection as to what Mr. El-Hindi

00:12:49 **10**  intended.

-08:-36:00 **11**  THE COURT:  I would tend to agree, unless there's

00:12:53 **12**  some basis for the statement.

-08:-36:00 **13**  BY MR. BOSS:

-08:-36:00 **14**  **Q.**  Do you recall that Mr. Amawi forgot to bring an Arabic

00:13:04 **15**  program to put on Mr. El-Hindi's computer?

00:13:07 **16**  **A.**  I believe Win-Rar.

00:13:15 **17**  **Q.**  That was the purpose for Mr. El-Hindi believing you were

00:13:19 **18**  coming over, correct?

00:13:20 **19**  **A.**  I believe that's incorrect, sir.

00:13:23 **20**  **Q.**  Well, at any rate, there's an audio recording that

00:13:29 **21**  starts quite some time, maybe about 22 minutes, before the video

-08:-36:00 **22**  recording.  Would that be about your recollection?

-08:-36:00 **23**  **A.**  I didn't subtract the time, sir.

-08:-36:00 **24**  **Q.**  But it's a substantial period of time?

00:13:42 **25**  **A.**  I would say possibly, yes.

00:13:45 **1**  **Q.**   Now, you've had some experience in the Middle East

-08:-36:00 **2** through your military service?

00:13:51 **3**  **A.**   Yes, sir.

00:13:52 **4**  **Q.**   And you've become somewhat familiar with parts of the

00:13:56 **5** Arab culture?

-08:-36:00 **6**  **A.**   Yes, sir.

00:13:58 **7**  **Q.**   Women in the Arab culture, particularly if we're talking

-08:-36:00 **8** about parts of Islam or parts of the faith, they cover their

00:14:10 **9** faces and most of their body with garb which I think are called

00:14:16 **10** hijabs or hijab?

-08:-36:00 **11**  **A.**   Hijab.

00:14:22 **12**  **Q.**   What other features are kind of unique to this culture

-08:-36:00 **13** in terms of separation of women from men?

00:14:29 **14**          MR. SOFER:  Objection to relevance, Your Honor.

-08:-36:00 **15**          MR. BOSS:  We'll establish that in a moment.

-08:-36:00 **16**          THE COURT:  I'll let you connect it up.

00:14:35 **17**  **A.**   It's actually not just culture; it's family opinion.  So

-08:-36:00 **18** it depends on -- basically they go off the husband's beliefs,

-08:-36:00 **19** but basically you separate the women from the men, and a man

-08:-36:00 **20** that is not your husband or actual brother or family, they're

-08:-36:00 **21** not to be seen by other men.

00:14:57 **22** BY MR. BOSS:

00:14:57 **23**  **Q.**   Okay.  And, in fact, when you go to the Mosque that you

-08:-36:00 **24** went to with Mr. El-Hindi, the women do come to worship; is that

-08:-36:00 **25** correct?

3785

-08:-36:00 **1**    **A.**    Yes.

00:15:08 **2**    **Q.**    But their area of worship is separated physically by a

-08:-36:00 **3**   wall from the area where the men worship?

-08:-36:00 **4**    **A.**    Depending on what Mosque you're talking about, yes.

-08:-36:00 **5**    **Q.**    Now, the dinner that you went to at Mr. El-Hindi's

00:15:23 **6**   house, his wife was not seen by you while you were there; is

-08:-36:00 **7**   that correct?

-08:-36:00 **8**    **A.**    Correct.

00:15:29 **9**    **Q.**    She remained in the kitchen at all times?

-08:-36:00 **10**    **A.**    I don't know who was in the kitchen.

-08:-36:00 **11**    **Q.**    You don't know who was in the kitchen? In fact, the

00:15:37 **12**   kitchen layout or the floor plan layout, the kitchen is off of

-08:-36:00 **13**   the dining room separated by a door or a portal?

00:15:48 **14**    **A.**    Yes.

00:15:52 **15**    **Q.**    How many children does Mr. El-Hindi have, if you recall?

00:15:56 **16**    **A.**    Four or five.

00:15:59 **17**    **Q.**    Could be seven?

-08:-36:00 **18**    **A.**    Could be.

00:16:02 **19**    **Q.**    Including a little baby?

-08:-36:00 **20**    **A.**    Could be.

00:16:05 **21**    **Q.**    And those children were present at the time of this

-08:-36:00 **22**   meeting; is that correct?

00:16:09 **23**    **A.**    I believe so.

00:16:17 **24**    **Q.**    Another Arab tradition, I wonder if you recall hearing

-08:-36:00 **25**   about, has to do with whether or not a person -- whether it's

3786

00:16:25 **1** rude to disagree with a guest while they're in your home.    Do

-08:-36:00 **2** you recall hearing about that?

00:16:33 **3**    **A.**   No.

00:16:34 **4**    **Q.**   You don't recall Mr. Amawi even telling a story

00:16:38 **5** regarding he being with his father in Jordan and basically

00:16:43 **6** disagreeing with a house guest there and his father very, very

00:16:47 **7** aggressively putting him in his place?  You don't recall Mr.

-08:-36:00 **8** Amawi telling you that?

-08:-36:00 **9**         MR. SOFER:  Objection, Your Honor, as to relevance.

00:16:53 **10**         THE COURT:  Overruled.

00:16:54 **11**         MR. SOFER:  May we approach?

00:16:54 **12**         (Sidebar discussion sealed by order of the Court.)

00:21:38 **13**         THE COURT:  You may continue.

-08:-36:00 **14**         Do you want to simply pose a further question?

-08:-36:00 **15**         MR. BOSS:  I'm not sure if there was an answer.

-08:-36:00 **16**         THE COURT:  Do you want it read back?

00:21:53 **17**         MR. BOSS:  I can probably restate it.

00:21:55 **18** BY MR. BOSS:

00:21:56 **19**    **Q.**   Mr. Griffin, do you recall hearing Mr. Amawi tell a

-08:-36:00 **20** story -- I think it was on February 2, 2005 -- about him being

-08:-36:00 **21** in his father's house in Jordan, him basically disagreeing

-08:-36:00 **22** rather vigorously with a house guest of his father, then his

00:22:12 **23** father vigorously reprimanding him for being so rude to a house

-08:-36:00 **24** guest in their house?

00:22:18 **25**    **A.**   Do you know what the topic was?

00:22:23  **1**      THE COURT:  I didn't hear your answer.

00:22:25  **2**      THE WITNESS:  I asked him if he knew what the topic

00:22:28  **3** was.

00:23:02  **4**      MR. BOSS:  Mr. Griffin, we'll get back to that.

00:23:06  **5** BY MR. BOSS:

00:23:06  **6**  **Q.**  Now, we're about to play this audio portion of which the

-08:-36:00  **7** jury's heard different parts from the government.   They took a

-08:-36:00  **8** piece here and a piece there, which is appropriate, to avoid

-08:-36:00  **9** having a lot of --

00:23:19  **10**      MR. SOFER:  Objection, Your Honor.  This is not a

-08:-36:00  **11** question.   This is a speech.

00:23:22  **12**      THE COURT:  I would agree.

00:23:24  **13** BY MR. BOSS:

-08:-36:00  **14**  **Q.**  Mr. Griffin, we'll be playing a portion, but what I want

-08:-36:00  **15** to direct your attention to are a couple somewhat critical

-08:-36:00  **16** matters.  During two particular clips that the government

-08:-36:00  **17** played, and I'll try to stop the tape and direct your attention

-08:-36:00  **18** to that, at one point you said in response to a question from

00:23:41  **19** Mr. Sofer that all three defendants were in the room, and all

-08:-36:00  **20** three of them had their attention on you.   I believe at another

-08:-36:00  **21** point you indicated that the children were about to bring the

-08:-36:00  **22** food out.  And at another point you indicated that books were

00:24:00  **23** passed around to all three defendants or shown to the three

00:24:03  **24** defendants.   Now, when we get to that point, I want you to pay

-08:-36:00  **25** attention because I'm going to stop the tape and ask you some

-08:-36:00 **1** questions.   I also want you to pay attention to who appears to

00:24:17 **2** be dominating the conversations, okay?

00:24:23 **3**          MR. BOSS:  Mr. Hess, I would like you to, if you

-08:-36:00 **4** would, please, play ID-29 from February 16, 2005, the videotape

-08:-36:00 **5** from case 69185.   Are you prepared to do so?

00:24:52 **6**          Mr. Hartman will try to get your attention when

-08:-36:00 **7** it's time stop.

00:25:05 **8**          Is everyone ready?

00:25:09 **9**          (Video played.).

00:26:13 **10** BY MR. BOSS:

00:26:14 **11**     **Q.**   Mr. Griffin, at this point you started to say you wanted

-08:-36:00 **12** to talk about training and tactics, but the other gentlemen in

-08:-36:00 **13** the room -- and would that be the three co-defendants -- were

-08:-36:00 **14** not paying attention to you, were they?

00:26:30 **15**          MR. SOFER:  Objection.

00:26:34 **16**          THE COURT:  If he can recall, he can respond.

00:26:38 **17** BY MR. BOSS:

00:26:38 **18**     **Q.**   They were talking about matters other than what you just

-08:-36:00 **19** brought up about:  Well, my brothers, we can talk about training

-08:-36:00 **20** or we can train.   They did not respond to that at that point,

-08:-36:00 **21** did they?

00:26:51 **22**     **A.**   Yes, I think I made a cultural SNAFU at that point.

00:26:56 **23**     **Q.**   In fact, Mr. El-Hindi is seen in this frame here with a

00:27:00 **24** baby on his shoulder; do you recall that?

00:27:03 **25**     **A.**   Yes.

-08:-36:00 **1**    **Q.**   And who was sitting -- there's a couch that is off to

-08:-36:00 **2**  the left of our frame.  Who was sitting at what point on the

-08:-36:00 **3**  couch, if you recall?

-08:-36:00 **4**    **A.**   That is Wassim Mazloum on the far right of the couch,

-08:-36:00 **5**  and I believe in between or sitting next to him is Marwan's son,

00:27:26 **6**  Othman.

00:27:26 **7**    **Q.**   Then Mr. Amawi is sitting on the left corner, is it?

-08:-36:00 **8**  We'll see it in a minute.

00:27:32 **9**        But anyway, the two other co-defendants other than

-08:-36:00 **10**  Mr. El-Hindi are sitting on the corners of the couch?

00:27:37 **11**    **A.**   Yes, sir.

-08:-36:00 **12**    **Q.**   And they're playing with Mr. El-Hindi's children; we can

00:27:41 **13**  hear some commotion of children in the background, right?

-08:-36:00 **14**    **A.**   Yes, sir.

-08:-36:00 **15**    **Q.**   Now, shortly after this, you bring up out of the blue a

00:27:52 **16**  rather lengthy explanation, and I want to ask you after you hear

-08:-36:00 **17**  it if it sounds to you like you're gathering information or

00:28:04 **18**  whether you are seizing the opportunity to form your own cell,

-08:-36:00 **19**  okay.   So let's listen to it.

-08:-36:00 **20**        (Video played.)

00:30:54 **21**  BY MR. BOSS:

-08:-36:00 **22**    **Q.**   Now, it will be continuing, of course, but I have a

-08:-36:00 **23**  couple questions about that first segment.   First, you brought

-08:-36:00 **24**  up that matter out of the blue when the others were just having

-08:-36:00 **25**  casual conversation for some 20 minutes before that; isn't that

-08:-36:00 **1** correct?

00:31:09 **2**     **A.**   Yes and no.

00:31:10 **3**     **Q.**   And you indicated in the middle of that passage:   Just

-08:-36:00 **4** like you guys have asked me, you know, you've asked me for

-08:-36:00 **5** training.

-08:-36:00 **6**              Now, Marwan El-Hindi didn't ask you for training,

-08:-36:00 **7** did he?

00:31:23 **8**     **A.**   Yes, he did.

00:31:24 **9**     **Q.**   On what day?

00:31:28 **10**     **A.**   It's in the tapes, at least on the one you played

-08:-36:00 **11** yesterday at the ICNA conference where he stated:   I want to

-08:-36:00 **12** train, too.

00:31:39 **13**     **Q.**   You knew at that time he was referring to physical

00:31:42 **14** fitness, wasn't he?

-08:-36:00 **15**     **A.**   To my understanding, I thought he was training for

-08:-36:00 **16** Jihad.

00:31:48 **17**     **Q.**   Now, when you said:   We'll train for Jihad, God willing,

00:31:52 **18** we'll cloak it with my security company.   That was your idea,

-08:-36:00 **19** wasn't it?

-08:-36:00 **20**     **A.**   Yes.

00:31:59 **21**              MR. BOSS:   We can continue, please.

-08:-36:00 **22**              (Video played.)

00:33:12 **23** BY MR. BOSS:

-08:-36:00 **24**     **Q.**   Now, Mr. Griffin, did you notice on the video

-08:-36:00 **25** Mr. El-Hindi get up from the chair?

00:33:20   **1**   **A.**   Yes.

-08:-36:00   **2**   **Q.**   What did he do?

-08:-36:00   **3**   **A.**   Took two steps and received the tea from -- I believe it

-08:-36:00   **4**   was one of his daughters.

-08:-36:00   **5**   **Q.**   You saw one of his daughters there at the house?

-08:-36:00   **6**   **A.**   It's permissible to see the daughters if they're, you

00:33:34   **7**   know, not of adolescent age.

00:33:38   **8**   **Q.**   Is that the only time that he got up and went to the

-08:-36:00   **9**   kitchen?

-08:-36:00   **10**   **A.**   I don't know, but he didn't go into the kitchen.   Like

-08:-36:00   **11**   you said, there's an archway right there covered with a blanket,

-08:-36:00   **12**   and he received the tea from there.

00:33:53   **13**   **Q.**   Now, you've watched the tape a few times, I believe,

-08:-36:00   **14**   before, right?

-08:-36:00   **15**   **A.**   Yes.

00:33:58   **16**   **Q.**   And you listened to the audiotape many times?

-08:-36:00   **17**   **A.**   Yes.

00:34:02   **18**   **Q.**   And you know that if a person isn't participating in a

00:34:06   **19**   conversation, but we're only listening to the audiotape, you

-08:-36:00   **20**   can't tell whether they're present or not or just being quiet,

-08:-36:00   **21**   correct?

00:34:16   **22**   **A.**   Just listening to the audio?

-08:-36:00   **23**   **Q.**   Yes.

-08:-36:00   **24**   **A.**   Uh-huh.

-08:-36:00   **25**   **Q.**   But on a videotape you may be able to tell; isn't that

-08:-36:00  **1**  correct?

00:34:23  **2**      **A.**    Correct.

00:34:24  **3**      **Q.**    Is this the only time Mr. El-Hindi left this room during

-08:-36:00  **4**  this process, during this dinner meeting?

-08:-36:00  **5**      **A.**    I can't recall.   Let's look at it.

00:34:33  **6**              MR. BOSS:  Let's continue the tape.

00:34:37  **7**              (Video played.).

00:37:02  **8**  BY MR. BOSS:

-08:-36:00  **9**      **Q.**    Now, Mr. Griffin, in that last passage when you were

00:37:06  **10**  describing where people might go and so forth, you said about

00:37:11  **11**  Marwan:  And, you know, Brother Marwan, maybe you'll want to go

-08:-36:00  **12**  to Palestine.

-08:-36:00  **13**              You used the word "maybe", didn't you?

00:37:21  **14**      **A.**    What's that?

-08:-36:00  **15**      **Q.**    You didn't say:  Marwan, you said you wanted to go?  It

-08:-36:00  **16**  was your idea?  Brother Marwan, maybe you want to go to

00:37:29  **17**  Palestine.   Those are two different things, aren't they?

-08:-36:00  **18**      **A.**    Go to Palestine maybe, whatever was played right there.

00:37:39  **19**      **Q.**    Marwan El-Hindi didn't say:  Yes, I do; I want to go to

-08:-36:00  **20**  Palestine?  He didn't say that, did he?

-08:-36:00  **21**      **A.**    From prior discussions and everything else, once again,

-08:-36:00  **22**  that's what I had gathered in the past.

00:37:50  **23**      **Q.**    Were those prior discussions recorded?

-08:-36:00  **24**      **A.**    Possibly some.

00:37:54  **25**      **Q.**    What day was Marwan El-Hindi recorded to say he wanted

-08:-36:00 **1** to go to Palestine to fight?

-08:-36:00 **2**    **A.** I can't recall. But I didn't pull Palestine from out

-08:-36:00 **3** of the sky.

00:38:10 **4**    **Q.** Now, you were asking for more brothers to reinforce

00:38:14 **5** that. You were creating the cell; isn't that correct?

00:38:17 **6**    **A.** Yes.

00:38:23 **7**    **Q.** And after you said about going different places, a joke

-08:-36:00 **8** was told about Toledo; is that correct?

-08:-36:00 **9**    **A.** Yes. Somebody had said Toledo.

00:38:33 **10**    **Q.** But you know that there was no fighting to be held in

-08:-36:00 **11** Toledo, correct?

00:38:40 **12**    **A.** Yes.

00:38:42 **13**        MR. BOSS: Please continue.

00:38:45 **14**        (Video played.)

00:40:05 **15** BY MR. BOSS:

00:40:06 **16**    **Q.** Now, Mr. Griffin, when you indicated that you were

-08:-36:00 **17** training them to be trainers, and then you can do your cell,

-08:-36:00 **18** your own cell, this was your cell here, and you were suggesting

-08:-36:00 **19** that they might create their own elsewhere; is that correct?

-08:-36:00 **20**    **A.** Yes.

00:40:36 **21**        (Video played.)

00:42:31 **22** BY MR. BOSS:

-08:-36:00 **23**    **Q.** When you say everything's legit, does that mean

00:42:39 **24** legitimate?

00:42:41 **25**    **A.** Yes.

3794

-08:-36:00 **1**    **Q.**   Were you trying to camouflage that this was illegal?

-08:-36:00 **2**    **A.**   The portion about the training -- the intent and purpose

-08:-36:00 **3**   of the training, yes.

00:42:51 **4**    **Q.**   And you were telling the defendants that what you were

-08:-36:00 **5**   going to be doing with them was legal?

00:42:57 **6**    **A.**   I stated earlier in this block that training for Jihad,

00:43:03 **7**   yes.

00:44:32 **8**        (Video played.).

00:44:35 **9**   BY MR. BOSS:

-08:-36:00 **10**    **Q.**   Now, Marwan El-Hindi at that point is not an active

00:44:38 **11**   participant in this conversation, is he?   He hasn't said two

00:44:42 **12**   words here?

00:44:43 **13**    **A.**   But he's clearly focused on me.

-08:-36:00 **14**    **Q.**   Okay.  He didn't take that book from you, did he?

-08:-36:00 **15**    **A.**   I didn't hand him the book.

-08:-36:00 **16**    **Q.**   You didn't offer it to him just then?

-08:-36:00 **17**    **A.**   I just held it up.

00:44:55 **18**    **Q.**   You were just displaying it to him?

00:44:57 **19**    **A.**   I was holding it up right here because I was talking

00:45:00 **20**   about insurgencies, and if you can remember back to the front of

00:45:03 **21**   that book, it talks about insurgencies, counter-insurgencies.

00:45:10 **22**        MR. BOSS:  Could we replay that just a few frames

-08:-36:00 **23**   and take a look at that.

-08:-36:00 **24**        (Video played.).

00:45:45 **25**   BY MR. BOSS:

-08:-36:00 **1**    **Q.**    Now, those books that you brought, they weren't used at

-08:-36:00 **2**  any time at this meeting for any training purpose at all, were

-08:-36:00 **3**  they?

00:45:54 **4**    **A.**    No, sir.

00:45:55 **5**    **Q.**    As a matter of fact, this movie -- and you know you're

-08:-36:00 **6**  making a movie here, a video?

-08:-36:00 **7**    **A.**    Video, okay.

-08:-36:00 **8**    **Q.**    Did you bring them as props so that there would be some

-08:-36:00 **9**  prop in the movie?

-08:-36:00 **10**    **A.**    No.  I did it because of my credibility.

00:46:21 **11**    **Q.**    Marwan El-Hindi did not take the book from you, did he?

-08:-36:00 **12**    **A.**    I can't recall.  He didn't take that book.

00:46:31 **13**            MR. HARTMAN:  Judge, may we approach?

00:46:33 **14**            (Whereupon the following discussion was had at the

00:50:59 **15**  bench outside the hearing of the jury:)

00:50:59 **16**            MR. HARTMAN:  There have been several occasions

-08:-36:00 **17**  where we've asked about who was paying attention and whatnot and

-08:-36:00 **18**  who wasn't paying attention, and the government's objected, and

-08:-36:00 **19**  the objection's been sustained.  And Griffin just snuck in the

-08:-36:00 **20**  fact that:  No, because he was paying attention to me.  I'd

-08:-36:00 **21**  like an instruction to the jury that he can't tell them what

-08:-36:00 **22**  Griffin was paying attention to.

-08:-36:00 **23**            MR. SOFER:  He was asked, like, five times that

-08:-36:00 **24**  question.

-08:-36:00 **25**            THE COURT:  I think the answer, which you are

-08:-36:00 **1** making an objection to now, somewhat late, was he was focused on

-08:-36:00 **2** me.   Well, had there been an objection, I would have sustained

-08:-36:00 **3** it, but there wasn't.

-08:-36:00 **4**            MR. HARTMAN:  Okay.

-08:-36:00 **5**            MR. SOFER:  I don't understand this.   I'm

-08:-36:00 **6** mystified about this.

-08:-36:00 **7**            THE COURT:  I agree.   He cannot testify whether

-08:-36:00 **8** somebody was paying attention.   He can ask him where was he?

-08:-36:00 **9** What was he doing?  What do you recall?  Did he say anything?

-08:-36:00 **10** That's fine.

-08:-36:00 **11**            MR. SOFER:  I'm sorry, Judge.  I don't mean to

-08:-36:00 **12** be -- I think if we read the record back, when I have objected

-08:-36:00 **13** to that, Your Honor has not sustained those objections largely.

-08:-36:00 **14** The question that was -- when the government has objected to

-08:-36:00 **15** that, Your Honor has not sustained those objections.   You've

-08:-36:00 **16** allowed him to ask other questions about, for instance:  Was he

-08:-36:00 **17** looking at you?  When he says he was focused on me, that's as

-08:-36:00 **18** close as you can get to an example of -- when someone says

-08:-36:00 **19** they're focused on me, I think what he's saying is he was

-08:-36:00 **20** looking at me.   I think that's clear from the tape.

-08:-36:00 **21**            THE COURT:  But someone, quote, paying attention.

-08:-36:00 **22** I believe when there's been an objection to something that would

-08:-36:00 **23** be his testimony about what's on somebody else's mind, I think

-08:-36:00 **24** I've sustained that.

-08:-36:00 **25**            MR. SOFER:   Sometimes, Your Honor.   Again, what I

-08:-36:00 **1** would -- it just has to be one way or the other.  Either they

-08:-36:00 **2** shouldn't ask these questions or they can't object to --

-08:-36:00 **3**      THE COURT:  I agree, you cannot ask:  What did he

-08:-36:00 **4** want to do?  Something that reflects the other person's state of

-08:-36:00 **5** mind in a conclusory fashion is not proper.  You can, however,

-08:-36:00 **6** ask what you observed, and the jury can draw an inference from

-08:-36:00 **7** that.  If somebody's sitting there playing with a baby, and

-08:-36:00 **8** then you can argue he was playing with a baby.  You can't say,

-08:-36:00 **9** was he paying attention to you in a conclusory manner.  You can

-08:-36:00 **10** establish the factual predicate from which you can argue the

-08:-36:00 **11** inference.  And I think I've been pretty consistent in that.

-08:-36:00 **12** Because if I haven't, then I haven't been paying attention,

-08:-36:00 **13** because that's a fundamental proposition.

-08:-36:00 **14**      MR. SOFER:  All I'm saying, Judge, is of all the

-08:-36:00 **15** things to object to, I think when the witness said he was

-08:-36:00 **16** focused on me, to me, at least, that indicates some observation

-08:-36:00 **17** about an actual physical thing as opposed to reading someone's

-08:-36:00 **18** mind.

-08:-36:00 **19**      MR. HARTMAN:  The question that was asked was:  He

-08:-36:00 **20** didn't say two words?  And the answer was:  He was paying

-08:-36:00 **21** attention to me.

-08:-36:00 **22**      THE COURT:  Then it's up to the cross-examiner to

-08:-36:00 **23** say:  Just a moment; Move to strike.  I will strike that.  The

-08:-36:00 **24** cross-examiner says:  He didn't say two words.  Then trust me,

-08:-36:00 **25** I'll make real clear to any witness, you don't ad lib.  You

-08:-36:00 **1** answer the questions.   The cross-examiner's job is to ask a

-08:-36:00 **2** single fact question, a yes or no answer.  If the cross-examiner

-08:-36:00 **3** doesn't do that, I'm not going to interject.  And I'm not going

-08:-36:00 **4** to interject on my own unless the witness runs all over the

-08:-36:00 **5** field and the cross-examiner isn't paying attention.   Even then

-08:-36:00 **6** I may not.   It's up to the cross-examiner.

-08:-36:00 **7**                (End of side-bar discussion.)

-08:-36:00 **8**                THE COURT:  You may resume.

-08:-36:00 **9**                MR. BOSS:  Thank you, Judge.

00:51:26 **10**                May I have just a moment, please?

-08:-36:00 **11**                (Discussion had off the record.)

00:53:00 **12**                MR. BOSS:  Mr. Hess, if you would, please, after we

-08:-36:00 **13** get them on.   Thank you.   I'm so sorry.   Can you go back to

00:53:12 **14** just a couple moments before?   Is everyone ready?

00:53:18 **15**                Go ahead, Mr. Hess.

00:53:20 **16**                (Video played.).

00:53:51 **17** BY MR. BOSS:

00:53:52 **18**    **Q.**   Now, you're the one who's talking about going over to

00:53:55 **19** Iraq.   You said:  If we are.   You're the one who's deciding

00:54:00 **20** about going overseas and so forth, is that correct, in this

00:54:04 **21** instance?

00:54:06 **22**    **A.**   I made that statement.   But as far as suggestions, I

00:54:15 **23** already identified what's happened prior to this.

-08:-36:00 **24**    **Q.**   You're designing an operational plan, you indicate;

00:54:21 **25** isn't that correct?

-08:-36:00 **1**    **A.**   Yes.

00:54:23 **2**            MR. BOSS:  Go ahead.

00:54:28 **3**            (Video played.).

00:55:55 **4**  BY MR. BOSS:

-08:-36:00 **5**    **Q.**   Now, do you remember in your direct examination a

-08:-36:00 **6**  question being asked of you by the prosecuting attorney about

-08:-36:00 **7**  who was in the room at this point in time?

-08:-36:00 **8**    **A.**   Yes, I do.

-08:-36:00 **9**    **Q.**   And do you remember your answer to that question?

00:56:10 **10**    **A.**   I believe I said everyone.

-08:-36:00 **11**    **Q.**   And do you remember telling us, ladies and gentlemen of

00:56:18 **12**  the jury, where the defendant's attention was focused?

-08:-36:00 **13**    **A.**   Yes, I believe I said on me.

-08:-36:00 **14**    **Q.**   By the way, the screen is blank here.   Do you have an

-08:-36:00 **15**  explanation for why that is?

-08:-36:00 **16**    **A.**   Part of my clothing.

-08:-36:00 **17**    **Q.**   Was covering the camera lens?

-08:-36:00 **18**    **A.**   I guess, yes.

00:56:41 **19**            MR. BOSS:  Go ahead.

00:56:42 **20**            (Video played.).

00:58:31 **21**            MR. BOSS:  Mr. Hess, are you able to go back frame

-08:-36:00 **22**  by frame over the last few frames or no?   Take it back a few

-08:-36:00 **23**  frames, and let's take it forward.   Let's see if we see anyone

-08:-36:00 **24**  in the chair where Mr. El-Hindi had been occupying.

00:59:50 **25**            (Video played.)

00:59:50 **1**          MR. BOSS:  Stop.  Go back a moment, then forward

-08:-36:00 **2** it.  If you can freeze frame on that couch that appeared.

01:00:08 **3** BY MR. BOSS:

01:00:09 **4**     **Q.**   Can you tell me when Mr. El-Hindi left the room?

01:00:13 **5**     **A.**   It looked like -- remember when you instructed your guy

-08:-36:00 **6** to go back there to that one flash?  He was sitting there.   And

-08:-36:00 **7** then you notice on the table right here, that corner right

-08:-36:00 **8** there, there's something missing that was put there, a cup.

01:00:28 **9** Well, it's gone.   He just picked that cup up, and it should be

01:00:33 **10** -- he's standing right there at the kitchen entrance.

01:00:38 **11**     **Q.**   And when he's standing at the kitchen entrance, is he

01:00:42 **12** engaged with the people in the kitchen?  Is he looking in the

-08:-36:00 **13** kitchen or talking to them and playing with the children?

01:00:48 **14**     **A.**   I'm focused on the conversation at this point, so you'd

-08:-36:00 **15** have to ask him.

-08:-36:00 **16**     **Q.**   You didn't notice what he was doing?

-08:-36:00 **17**     **A.**   I seen him pick up a cup.

01:00:56 **18**     **Q.**   And throughout this recent few minutes of conversation,

-08:-36:00 **19** Mr. El-Hindi doesn't say two words, does he?

01:01:07 **20**     **A.**   Not too much, no.

01:01:10 **21**     **Q.**   Let's continue on.

01:01:15 **22**          (Video played.)

01:01:51 **23** BY MR. BOSS:

01:01:52 **24**     **Q.**   Now, was that Marwan El-Hindi who just came in the room

-08:-36:00 **25** with the food?

-08:-36:00 **1**  A.   Yes.

01:01:58 **2**  Q.   Not the children?

01:02:00 **3**  A.   Correct.

01:02:01 **4**  Q.   And so when you told us in your direct examination when

-08:-36:00 **5** we listened only to the audiotape that the children were

01:02:08 **6** preparing to bring in the food, that was not accurate, was it?

-08:-36:00 **7**  A.   No, it was accurate.

-08:-36:00 **8**  Q.   Did Mr. El-Hindi just bring in the food?

-08:-36:00 **9**  A.   May I explain?

-08:-36:00 **10**  Q.   You'll have an opportunity to explain when you're having

01:02:22 **11** redirect with Mr. Sofer.

-08:-36:00 **12**       Mr. El-Hindi just brought that food in; isn't that

-08:-36:00 **13** correct?

01:02:26 **14**  A.   It was handed to him by his -- one of his children.

01:02:35 **15**       MR. BOSS:  Go ahead.

-08:-36:00 **16**       (Video played.)

01:03:44 **17** BY MR. BOSS:

01:03:45 **18**  Q.   Mr. Griffin, that passage, that was just describing the

-08:-36:00 **19** training camp in Egypt that Mr. El-Hindi told you was for

-08:-36:00 **20** police, Egyptian police?

01:03:59 **21**  A.   That's what my understanding was.   He knew people that

01:04:04 **22** were in the police force to help set it up, but I don't think it

-08:-36:00 **23** was for the police.   Well, that was my understanding, anyway.

-08:-36:00 **24**  Q.   It was related to some Egyptian police who were setting

-08:-36:00 **25** up this camp?

3802

01:04:16 **1**    **A.**   That set it up, yes, sir.

-08:-36:00 **2**    **Q.**   They were looking for investors, Mr. El-Hindi said?

01:04:22 **3**    **A.**   Yes, I believe he did.

-08:-36:00 **4**    **Q.**   Now, that portion about it being Egyptian police and

01:04:28 **5**   looking for investors was not played in the government clip, was

-08:-36:00 **6**   it?  Do you recall that?

-08:-36:00 **7**    **A.**   I do not, sir.

01:04:39 **8**            MR. BOSS:  We can continue.

01:04:42 **9**            (Video played.)

01:04:44 **10**           MR. SOFER:  Can we approach?  Your Honor, can we

01:04:48 **11**   approach for a moment?

01:04:51 **12**           (Whereupon the following discussion was had at the

01:06:31 **13**   bench outside the hearing of the jury:)

01:06:31 **14**           MR. SOFER:  I believe what Counsel said is

-08:-36:00 **15**   inaccurate.   I haven't been able to actually look at the clip

-08:-36:00 **16**   itself.  But according to our transcripts and what we played,

-08:-36:00 **17**   that segment was played in the government's case.   I would just

-08:-36:00 **18**   ask if it turns out that Counsel -- we can look at the record.

-08:-36:00 **19**   And if the record reflects, in fact, we did play this, that the

-08:-36:00 **20**   Court instruct the jury because they're trying to imply we're

-08:-36:00 **21**   somehow holding something back here.

-08:-36:00 **22**           THE COURT:  I don't think that's an appropriate

-08:-36:00 **23**   sidebar comment.   You can later argue it.   But the witness

-08:-36:00 **24**   doesn't --

-08:-36:00 **25**           MR. SOFER:   Then I'd ask you to instruct the jury

-08:-36:00  **1**  it's an inappropriate argument.

-08:-36:00  **2**  THE COURT:  I'd ask all of you not to make that

-08:-36:00  **3**  kind of comment.   You can argue that if you want, but that's

-08:-36:00  **4**  not appropriate for anybody.

-08:-36:00  **5**  MR. SOFER:   For the record, if it turns out -- I'm

-08:-36:00  **6**  not going to sit here and say 100 percent we played it.

-08:-36:00  **7**  THE COURT:  It doesn't matter.   I'm going to tell

-08:-36:00  **8**  the jury it doesn't matter.

-08:-36:00  **9**  (End of sidebar).

01:06:44  **10**  THE COURT:  Ladies and gentlemen, whether any party

-08:-36:00  **11**  plays a portion of a clip or whatever, audio, video, at a

-08:-36:00  **12**  particular point is not something that the witness should be

-08:-36:00  **13**  expected to recall.   So disregard any question of any witnesses

-08:-36:00  **14**  about that.

01:07:08  **15**  Go ahead, Mr. Boss.

01:07:10  **16**  MR. BOSS:  Thank you, Judge.

01:07:11  **17**  BY MR. BOSS:

-08:-36:00  **18**  **Q.**   Before we start up the tape --

01:07:15  **19**  THE COURT:  And I should mention that -- I

-08:-36:00  **20**  apologize.   I should expect and you should expect that in due

-08:-36:00  **21**  course all the parties will see to it that whatever portions of

-08:-36:00  **22**  any recordings any party thinks properly should be shown to you

01:07:34  **23**  will be shown to you.   Okay.  Go ahead.

-08:-36:00  **24**  MR. BOSS:  Thank you, Judge.

01:07:38  **25**  BY MR. BOSS:

1    **Q.**    This doorway that Mr. El-Hindi is now standing in in

2    this frozen frame on our video screen at 20:39, is that the

3    doorway to the kitchen?

4    **A.**    Yes.  And it's also a hallway that goes down to the

5    other rooms.

6    **Q.**    Are some of Mr. El-Hindi's children back in that room,

7    to your recollection, at that point?

8    **A.**    I believe so.   I heard them.

9    **Q.**    Mr. El-Hindi is standing in the doorway.  I'm not

10   exactly sure if we're able to tell if his head is in the kitchen

11   area or the doorway or not.   You do recall that he was having

12   some conversations with people, perhaps his wife or children,

13   who are in the other room; isn't that correct?

14   **A.**    He was being a host; and yeah, getting -- from my

15   understanding, he was getting the food and things.

16   **Q.**    Very good.   Now we're going to resume the tape in a

17   moment.

18                MR. BOSS:  Mr. Hess, if you would, please.

19                (Video played.)

20   BY MR. BOSS:

21   **Q.**    That exchange with Wassim, he was talking about going

22   into the Lebanese military?

23   **A.**    That was my understanding.

24   **Q.**    And he was going to be getting training with them; was

25   that your understanding?

-08:-36:00 **1**  A.   That's my understanding, yes.

01:10:42 **2**  Q.   And he was talking about leaving soon to do that?

01:10:45 **3**  A.   I don't know if it was soon or -- he was thinking

01:10:50 **4**  about -- I think he said he was thinking about going.

01:10:54 **5**         MR. BOSS:  Thank you.  We'll continue the

-08:-36:00 **6**  recording, if you please.

01:11:01 **7**              (Video played.)

01:11:01 **8**  BY MR. BOSS:

01:11:44 **9**  Q.   Mr. Griffin, that couch is still empty, isn't it?

01:11:48 **10**  A.   Yes.   He went into the kitchen just a little bit ago.

-08:-36:00 **11**  Q.   He's there a little bit in the kitchen?

-08:-36:00 **12**  A.   No, I said a little bit ago he went into the kitchen

01:11:58 **13**  when Wassim is talking about polishing his boots and going to

-08:-36:00 **14**  the Lebanese Army.

01:12:03 **15**  Q.   Now, when we listened to that recording in the direct

-08:-36:00 **16**  examination, the audiotape, at no time did you tell us that

-08:-36:00 **17**  Mr. El-Hindi had left the room and spent time in the kitchen

-08:-36:00 **18**  while you were having these discussions; isn't that correct?

01:12:17 **19**  A.   Well, the discussion had took a shift.   It's quite

01:12:22 **20**  apparent because Mr. Amawi and Mr. Mazloum were talking about --

-08:-36:00 **21**  Q.   Would you please try to answer my question.

01:12:32 **22**         MR. HARTMAN:  Move to strike.

01:12:33 **23**         THE COURT:  The jury will disregard the last

-08:-36:00 **24**  response.

-08:-36:00 **25**  BY MR. BOSS:

-08:-36:00 **1**  **Q.**  My question was:  At no time during your direct

01:12:39 **2**  examination did you tell the ladies and gentlemen of the jury

-08:-36:00 **3**  that Mr. El-Hindi periodically left the room and went to the

01:12:44 **4**  kitchen; isn't that correct?

01:12:46 **5**  **A.**  Because I don't think that's correct.

-08:-36:00 **6**  **Q.**  You told them that during your direct examination?

01:12:51 **7**  **A.**  Whatever portions -- the portion I was speaking of was

-08:-36:00 **8**  the portion that I dominated the conversation; that's what I was

01:13:01 **9**  understanding.

-08:-36:00 **10**  **Q.**  My question to you was whether you told us in your

01:13:04 **11**  direct examination that Mr. El-Hindi left the room and went into

-08:-36:00 **12**  the kitchen.   You did not say that, did you?

01:13:10 **13**  **A.**  No, I did not.

01:13:11 **14**  MR. SOFER:  Objection, Your Honor.   Was there even

-08:-36:00 **15**  a question asked specifically about that on direct examination?

01:13:17 **16**  THE COURT:  I'll let the question stand.

01:13:20 **17**  BY MR. BOSS:

01:13:20 **18**  **Q.**  You did not say that, did you?

01:13:22 **19**  **A.**  I did not.

01:13:30 **20**  **Q.**  Now, when you were here describing what the brothers

01:13:35 **21**  overseas needed and were doing, you were not gathering

-08:-36:00 **22**  information, were you?

01:13:41 **23**  **A.**  Actually, I was.  If you go back to the question where I

-08:-36:00 **24**  asked Mr. Amawi, did the brother e-mail you yet, and we were

01:13:51 **25**  referring to laptop computers at the meeting.   So that's

3807

01:13:55 **1** gathering information.

01:13:59 **2**　　　　　　　MR. BOSS:  We're going to resume the recording.

01:14:07 **3**　　　　　　　Mr. Hess, go ahead.

01:14:09 **4**　　　　　　　(Video played.)

01:17:56 **5** BY MR. BOSS:

-08:-36:00 **6**　　　**Q.**　Now, that comment:  Have to show Brother Wassim some of

-08:-36:00 **7** the films, too, 'cause you -- it's pretty, you still got a new

-08:-36:00 **8** film too, brother.

01:18:15 **9**　　　　　　　That was your idea to show films to Wassim?

01:18:19 **10**　　　**A.**　That film, the new ones.

01:18:22 **11**　　　**Q.**　Films, plural.   You're the one who wanted to show the

01:18:27 **12** films?

-08:-36:00 **13**　　　**A.**　We had -- yes.

01:18:34 **14**　　　　　　　MR. BOSS:  Go ahead, when we're ready.

01:18:41 **15**　　　　　　　(Video played.)

01:25:51 **16** BY MR. BOSS:

01:25:52 **17**　　　**Q.**　Funding:  I'll be able to fund most of it, but, of

-08:-36:00 **18** course, my funds are limited.

-08:-36:00 **19**　　　　　　　You were offering to fund this enterprise?

01:26:00 **20**　　　**A.**　Partly.

-08:-36:00 **21**　　　**Q.**　I beg your pardon?

-08:-36:00 **22**　　　**A.**　Partly.

01:26:09 **23**　　　**Q.**　And then it was your idea to check into grants there?

01:26:14 **24**　　　　　　　MR. BOSS:  Let's continue on when everyone's ready.

01:26:19 **25**　　　　　　　(Video played.)

3808

01:26:56 **1** BY MR. BOSS:

-08:-36:00 **2**     **Q.** When Wassim asked what are the grants for, and you

01:27:01 **3** answered: Uh, no, no, what we'll do, start something else.

01:27:09 **4** What did you mean by that?

01:27:11 **5**     **A.** I can't recall. But I was telling him no, but I can

01:27:16 **6** tell you in a retrospect kind of thing.

01:27:19 **7**     **Q.** Well, let's continue on and see.

01:27:22 **8**         (Video played.)

01:28:05 **9** BY MR. BOSS:

-08:-36:00 **10**     **Q.** Did Marwan El-Hindi ever seek and obtain any grants from

-08:-36:00 **11** which money was directed to you and this enterprise?

01:28:19 **12**     **A.** No, he didn't get that far.

01:28:21 **13**     **Q.** This is in February of 2005?

01:28:27 **14**     **A.** Yes.

-08:-36:00 **15**     **Q.** There was quite a period of time after this before the

01:28:32 **16** indictment in this case was returned; isn't that correct?

01:28:35 **17**     **A.** Yes.

01:28:37 **18**     **Q.** What was that, about a year or so?

-08:-36:00 **19**     **A.** About, yes.

01:28:43 **20**     **Q.** And during that year time period, did Mr. El-Hindi file

-08:-36:00 **21** for any grants that were used for or intended to be used to

01:28:53 **22** funnel money instead of for low income housing or orphans

01:28:58 **23** overseas for one of your projects? No? Is that correct, no?

-08:-36:00 **24**     **A.** No.

01:29:08 **25**     **Q.** Thank you. Let's move forward in a moment here.

3809

01:29:16 **1**          (Video played.)

01:32:19 **2** BY MR. BOSS:

01:32:23 **3**     **Q.**   That phrase, "One day I just woke up and I was on the

-08:-36:00 **4** wrong side."   That sounds familiar to me.   Did you say

-08:-36:00 **5** something like that in your direct examination about when you

-08:-36:00 **6** came to a realization after 9/11, you woke up one day and

-08:-36:00 **7** realized that you had to get back into the game?

01:32:47 **8**     **A.**   No.

01:32:53 **9**          MR. BOSS:  We can go forward.

01:32:56 **10**          (Video played.)

01:36:14 **11**          MR. BOSS:  Your Honor, this matter goes on for some

-08:-36:00 **12** time.   Perhaps it would be a reasonable time to take a break if

01:36:21 **13** the Court likes, or we can continue.

-08:-36:00 **14**          THE COURT:  It's up to you.

01:36:29 **15**          MR. BOSS:  I think a break would be helpful at this

-08:-36:00 **16** point.

-08:-36:00 **17**          THE COURT:  Are you going to ask questions over a

01:36:36 **18** period of time?

01:36:37 **19**          MR. BOSS:  There will be more questions, but not

01:36:40 **20** immediately.

-08:-36:00 **21**          THE COURT:  We'll take our mid-morning break.

01:36:44 **22**          (Recess taken).

01:55:12 **23**          THE COURT:  You may be seated.   Mr. Boss, you may

-08:-36:00 **24** resume.

01:55:17 **25**          Mr. Griffin, you remain under oath.

01:55:19 **1**      MR. BOSS:  Thank you, Judge.

01:55:23 **2**      THE COURT:  Should they put the earphones back on?

-08:-36:00 **3**      MR. BOSS:  Not yet.

01:55:27 **4**  BY MR. BOSS:

01:55:28 **5**    **Q.**  Mr. Griffin, we provided you a transcript in front of

01:55:31 **6**  you there that tracks the video that we are watching here.   And

-08:-36:00 **7**  there was a passage back on page 61 that I meant to stop and ask

01:55:44 **8**  you a question about.   If you could go to that, please.

01:55:51 **9**    **A.**  61?

01:55:52 **10**   **Q.**  Yes, sir.

01:55:56 **11**   **A.**  I'm there.

01:56:01 **12**      MR. SOFER:  One second, Counsel, please, while we

01:56:04 **13**  back up.

-08:-36:00 **14**      MR. BOSS:  In fact, maybe the page before would be

-08:-36:00 **15**  a good place to start, page 60.   Then it will go over to 61.

01:56:35 **16**      (Discussion had off the record.)

01:56:53 **17**  BY MR. BOSS:

01:56:53 **18**   **Q.**  Mr. Griffin, just after the time marker on the top third

-08:-36:00 **19**  of the page, Mr. El-Hindi was heard to say they have:  Yeah,

01:57:02 **20**  they have a film.  It's not a film, but it shows you the letter

-08:-36:00 **21**  of Fatima inside Abu Ghraib prison.

01:57:11 **22**      Do you remember that passage?

01:57:12 **23**   **A.**  Yes.

01:57:17 **24**   **Q.**  And the letter from Fatima, you were familiar with that?

-08:-36:00 **25**   **A.**  Somewhat, yes.

3811

| | | |
|---|---|---|
| -08:-36:00 | **1** | **Q.**   And that was a letter from -- purportedly from a woman |
| -08:-36:00 | **2** | complaining about abuses that she and others have suffered |
| -08:-36:00 | **3** | inside of the prison Abu Ghraib? |
| -08:-36:00 | **4** | **A.**   Yes, sir. |
| 01:57:34 | **5** | **Q.**   It was not an instructional film or video or document; |
| 01:57:39 | **6** | isn't that correct? |
| -08:-36:00 | **7** | **A.**   No, it was just a request. |
| 01:57:43 | **8** | **Q.**   And it was about her complaining of her conditions there |
| -08:-36:00 | **9** | at the prison; is that correct? |
| 01:57:48 | **10** | **A.**   Also through a request, yes, sir. |
| 01:57:54 | **11** | **Q.**   Okay.  Now we can go back to the portion that we were |
| -08:-36:00 | **12** | at.   Hopefully I marked my book before I closed the cover. |
| 01:58:12 | **13** | Is everyone preparing? |
| 01:58:24 | **14** | (Video played.) |
| 02:06:56 | **15** | THE JUROR:  Judge. |
| 02:07:00 | **16** | THE JUROR:  The text started wigging out and just |
| -08:-36:00 | **17** | skipped a bunch of lines.  Now it's -- |
| -08:-36:00 | **18** | THE JUROR:  It's not matching up. |
| -08:-36:00 | **19** | THE JUROR:  It's not matching at all.   I don't |
| -08:-36:00 | **20** | know what happened. |
| 02:07:12 | **21** | MR. BOSS:  May I have a moment, please? |
| 02:07:15 | **22** | MR. SOFER:  We noticed it also, Judge. |
| 02:07:19 | **23** | THE COURT:  I noticed it a little earlier. |
| 02:07:26 | **24** | MR. BOSS:  Perhaps we should take a short break. |
| -08:-36:00 | **25** | THE COURT:  Sure, if you want to stand up and |

3812

-08:-36:00 **1** stretch. Let's see how long this takes.

02:08:56 **2** MR. BOSS: Your Honor, could we excuse the jury

02:09:00 **3** while we try to iron this out?

02:09:05 **4** THE COURT: Sure.

02:09:06 **5** (Jury excused.)

02:09:50 **6** MR. BOSS: I don't believe it's an IT issue. It

-08:-36:00 **7** has to do with the synchronization of the transcript with the

02:10:04 **8** video.

02:14:13 **9** THE COURT: Do we have transcripts?

-08:-36:00 **10** MR. BOSS: If I could explain. The transcripts

-08:-36:00 **11** are indeed exactly the same as what appears on the screen.

-08:-36:00 **12** What happened was the other individual who was assisting Mr.

-08:-36:00 **13** Hess in synchronizing, somewhat recently, the videotape to the

02:14:31 **14** transcript, of course, didn't speak Arabic and got lost when

02:14:35 **15** they were speaking exclusively Arabic. When it went back to

02:14:39 **16** English, it catches back up and is synchronized again. So it

-08:-36:00 **17** appears to be an accurate transcription of the words that have

02:14:47 **18** been said as translated, but not necessarily synchronized with

-08:-36:00 **19** the verbal exchange. And so as I understand it at this point,

-08:-36:00 **20** we've got a couple of options. We could play it without the

-08:-36:00 **21** total synchronization.

02:15:05 **22** MR. HARTMAN: We may have a full transcript with

-08:-36:00 **23** the Arabic translated that we could just page by page on the

02:15:11 **24** ELMO, if we have it. I don't know if we do or not.

02:15:18 **25** MR. SOFER: The jury can't follow that. They

-08:-36:00  **1**  don't speak Arabic.

02:15:23  **2**  MR. BOSS:  We could attempt to resynchronize it,

-08:-36:00  **3**  which would cause some delay now, or we can play it with the

02:15:29  **4**  same explanation to the jury that --

02:15:32  **5**  THE COURT:  My preference would be, because if I

-08:-36:00  **6**  understood what Steve just said, once it gets back in primarily

02:15:41  **7**  English, it's resynchronized.

02:15:44  **8**  MR. BOSS:  We know that's the case at least at the

-08:-36:00  **9**  next clip or two.  We don't know if it remains that way

02:15:50  **10**  throughout.

02:15:51  **11**  MR. SOFER:  I think what's happening, Judge, we've

-08:-36:00  **12**  been through this as well.  Not surprising, you need an Arabic

02:16:00  **13**  speaker, obviously, to synch up Arabic audio.  I think the

02:16:04  **14**  problem with the last one was simply that the Arabic flew by so

-08:-36:00  **15**  fast they couldn't read it.  Now we're stuck waiting for it

02:16:12  **16**  again.  I'm not highly offended by that under the circumstances

-08:-36:00  **17**  at this place.  There may be sections of this where I would

-08:-36:00  **18**  feel differently.  I can say this:  The government has taken

-08:-36:00  **19**  its portions, and they are properly sync'd.  So if we have an

02:16:33  **20**  objection as to -- what Counsel's doing is playing the whole

-08:-36:00  **21**  tape, some of which contains government portions, some of it

-08:-36:00  **22**  does not.  When they're outside of our portion, I can't vouch

-08:-36:00  **23**  for the way the tape -- I'm not going to vouch for the

-08:-36:00  **24**  transcript either.  It's just that we could fix this if they're

-08:-36:00  **25**  in our section.  And if it's in our section, that's likely what

3814

-08:-36:00 **1** we cared about the most.  So once we see something that offends

-08:-36:00 **2** us going by --

-08:-36:00 **3**             THE COURT:  Why don't we proceed.   I'll tell the

-08:-36:00 **4** jury it may go out of synch, and we'll try to deal with it if we

-08:-36:00 **5** can.   I'll just explain what happened, which was the person

-08:-36:00 **6** doing the synchronization --

02:17:14 **7**             MR. BOSS:  Since the government has its sections

02:17:17 **8** synchronized, I propose that what we do is alternate back and

02:17:21 **9** forth between their clips with timing markers and the ones that

-08:-36:00 **10** are not part of their clip; when they exhaust their transcript

-08:-36:00 **11** portion, we go back to what has yet to be -- or what we have.

-08:-36:00 **12**             MR. SOFER:  The problem there, Judge, is we

02:17:42 **13** suggested this method, sent Counsel our clips, and asked them

02:17:48 **14** for an explanation of where our clips fit into theirs.

02:17:53 **15** Otherwise you're going to end up playing -- you're going to

-08:-36:00 **16** overlap sections, which doesn't make any sense.  It could be

02:18:00 **17** very time-consuming also.  And we never heard back from them.

02:18:04 **18**             MR. HARTMAN:  I didn't have time to get to that.

-08:-36:00 **19**             MR. SOFER:  We were unable to figure out whether

-08:-36:00 **20** our clips are essentially a rehash.

-08:-36:00 **21**             THE COURT:  Pick up where they leave off.

-08:-36:00 **22**             MR. SOFER:  I'm fairly certain, given what I've

-08:-36:00 **23** seen so far, they won't.   It's not like it will go A, B, C, D.

-08:-36:00 **24** It's going to go 1 then 1.8.   You're going to have a bunch of

-08:-36:00 **25** overlap.

3815

-08:-36:00 **1**          THE COURT:  At least with this one, which we have,

02:18:28 **2** what, how much other -- 15 minutes or so?  Did you say it was 76

02:18:35 **3** minutes?

-08:-36:00 **4**          So we have 22 more minutes to go.

02:18:39 **5**          MR. SOFER:  Maybe.

02:18:40 **6**          THE COURT:  You're showing the whole segment,

-08:-36:00 **7** right, Mr. Boss?

-08:-36:00 **8**          MR. BOSS:  I'm sorry, Judge?

-08:-36:00 **9**          THE COURT:  You're showing the whole segment of

-08:-36:00 **10** this?

02:18:46 **11**          MR. BOSS:  It was our intention to play the entire

02:18:49 **12** videotape.

-08:-36:00 **13**          THE COURT:  Why don't we conclude with this, and

-08:-36:00 **14** we'll go from there.

-08:-36:00 **15**          MR. BOSS:  Conclude with --

02:18:54 **16**          THE COURT:  This tape.

02:18:55 **17**          MR. SOFER:  I think this is the only place we're

02:18:57 **18** going to have this problem anyway.

02:18:59 **19**          MR. BOSS:  We hope.

02:19:00 **20**          THE COURT:  I'll just explain to the jury.  It's

-08:-36:00 **21** going to be a bit -- candidly, I find the English, at least the

02:19:07 **22** English of Mr. Griffin, to be entirely clear.  And listening to

02:19:14 **23** it, you can follow it pretty well, the English.  Obviously the

02:19:24 **24** Arabic they'd have to rely upon -- let's get the jury back.

02:19:35 **25**          MR. SOFER:  Judge, do you want the witness on the

-08:-36:00 **1** stand?

02:19:38 **2**          THE COURT:  Please.

02:20:08 **3**          MR. SOFER:  There is the issue about this

02:20:10 **4** particular exhibit.   I believe it's the only exhibit that's

-08:-36:00 **5** been played that's not in evidence.   And I don't know if

02:20:16 **6** Counsel is planning on moving it into evidence, but certainly

02:20:20 **7** since the government didn't introduce it, you're playing

-08:-36:00 **8** something which technically at this juncture is not in evidence.

-08:-36:00 **9** I would say we won't object to it going into evidence, but I

-08:-36:00 **10** think we need to clarify.

-08:-36:00 **11**          THE COURT:  Okay.  When Cindy gets back, we can

02:20:38 **12** tidy that part of the record.

02:20:41 **13**          MR. BOSS:  Judge, we will have --

02:21:30 **14**          (Jury in.)

-08:-36:00 **15**          THE COURT: You can be seated.   Thank you for your

02:21:35 **16** patience.   While he's coming back, ladies and gentlemen,

-08:-36:00 **17** obviously there's some error in the synchronization.   It

02:21:43 **18** appears what happened is that the -- somehow the synchronization

-08:-36:00 **19** of the translation of the conversation in Arabic, which made up

-08:-36:00 **20** a moderately considerable portion there that we were watching,

02:22:02 **21** didn't track completely, and that had a spillover effect in

02:22:07 **22** terms of some of the English.  We think and hope that once the

02:22:10 **23** conversation resumes, if it does, substantially in English, as I

-08:-36:00 **24** think it does, that that problem will be rectified.   If not, I

-08:-36:00 **25** want to remind you that what you hear is the evidence.

3817

| | | |
|---|---|---|
| 02:22:27 | **1** | And, Mr. Boss, I'll say if a lack of |
| 02:22:33 | **2** | synchronization causes any problem, you're welcome then, |
| 02:22:37 | **3** | particularly during the questions, to display a transcript on |
| -08:-36:00 | **4** | the basis of that. |
| -08:-36:00 | **5** | MR. BOSS:  Thank you, Judge. |
| 02:22:42 | **6** | THE COURT:  We will play the audio with the |
| -08:-36:00 | **7** | transcript, if that's needed.   I don't know if it will be, but |
| -08:-36:00 | **8** | feel free to proceed in that way if you want.   Okay. |
| 02:23:06 | **9** | While we're at it, formally for the record you move |
| -08:-36:00 | **10** | for the admission of these portions of the video that are now |
| -08:-36:00 | **11** | being displayed? |
| -08:-36:00 | **12** | MR. BOSS:  We will move the entire video into |
| -08:-36:00 | **13** | evidence, Judge. |
| 02:23:20 | **14** | THE COURT:  Any objection? |
| 02:23:21 | **15** | MR. SOFER:  No. |
| 02:23:22 | **16** | MR. BOSS:  If we could try the earphones again.   I |
| -08:-36:00 | **17** | apologize for our problem. |
| 02:23:33 | **18** | THE CLERK:  Is the video going to be marked? |
| -08:-36:00 | **19** | MR. BOSS:  We will mark the video.   I don't have |
| -08:-36:00 | **20** | the exhibit number. |
| -08:-36:00 | **21** | (Video played.) |
| 02:24:15 | **22** | MR. BOSS:  Clearly we still have a problem with the |
| -08:-36:00 | **23** | video, Judge, or the synchronization. |
| 02:24:21 | **24** | MR. SOFER:  I think it's just catching up. |
| 02:24:24 | **25** | MR. HARTMAN:  It will catch up. |

3818

02:25:47 **1**          MR. BOSS:  Your Honor, I would like to stop this,

02:25:49 **2** please.   I believe the synchronization is not accurate at this

-08:-36:00 **3** point, and I believe that we should have it remedied before it's

02:25:56 **4** displayed to the jury, and we do want to display it to the jury.

02:26:00 **5**          THE COURT:  Okay.  What would you propose doing?

02:26:07 **6** Basically whatever you want.

02:26:09 **7**          MR. BOSS:  Thank you, Judge.   Give us a moment,

-08:-36:00 **8** please.

02:26:11 **9**          MR. SOFER:  I certainly object to that as a

02:26:14 **10** standard ruling, Your Honor.

02:26:17 **11**          THE COURT:  Whatever you want.

02:26:21 **12**          MR. BOSS:  I have some other ideas.

02:26:25 **13**          MR. SOFER:  Those are frightening words to me,

-08:-36:00 **14** Judge.

-08:-36:00 **15**          MR. BOSS:  What happened, an Arabic speaking member

-08:-36:00 **16** of our team who will be assisting Mr. Hess over the next hour or

02:26:36 **17** so in synchronizing this properly to the tape.   If we could

02:26:40 **18** perhaps have some adjournment at this point in time, and then

02:26:44 **19** perhaps run it into lunch.   Then after lunch we should be back

-08:-36:00 **20** on track.

02:26:50 **21**          THE COURT:  I gather lunch -- lunch won't be here,

02:26:56 **22** but I trust you can find ways to occupy -- I'm sorry.

02:27:01 **23**          MR. BOSS:  Another possible -- pardon me for

02:27:05 **24** interrupting.   We have a couple other matters we were going to

02:27:08 **25** take up after this.   Perhaps we could break from this portion

-08:-36:00 **1** of the examination and return to it.

-08:-36:00 **2** THE COURT:  If you can do that, why don't you do

-08:-36:00 **3** that.

02:27:15 **4** MR. BOSS:  Thank you, Judge.

02:27:17 **5** THE COURT:  Do you want to take a moment or two to

02:27:20 **6** redeploy your troops, as they were?  That's fine.

-08:-36:00 **7** MR. BOSS:  I'll do my best.

02:28:54 **8** BY MR. BOSS:

02:28:55 **9** Q.  Mr. Griffin, I'd like you to think back now to the

02:29:00 **10** period before this dinner meeting, specifically February 2,

02:29:05 **11** 2005.  Do you -- and if you need your reference guide, please

02:29:11 **12** feel free to rely upon it.  This was the first day that you

-08:-36:00 **13** brought Marwan El-Hindi together with Mr. Amawi; do you recall

02:29:21 **14** that?

02:29:22 **15** MR. SOFER:  Could you give us a 1D, Counsel?

02:29:27 **16** MR. BOSS:  I'm sorry.  I believe that we are

02:29:43 **17** referring to --

02:29:46 **18** A.  Did you say February 9?

02:29:50 **19** BY MR. BOSS:

02:29:50 **20** Q.  February 2.

02:29:51 **21** A.  I need the other book.

-08:-36:00 **22** MR. SOFER:  One second while we catch up, Judge.

02:30:02 **23** THE COURT:  I assume the synch problems with the

-08:-36:00 **24** printed transcripts will be a lot easier to repair than the ones

-08:-36:00 **25** with the video.

02:30:11 **1**          MR. HARTMAN:  I don't know, Judge, lawyers dealing

-08:-36:00 **2** with technical issues.

-08:-36:00 **3**          THE COURT:  That's quite all right.   Take whatever

02:30:18 **4** time you need.

02:31:33 **5** BY MR. BOSS:

-08:-36:00 **6**     **Q.**   If we were looking at the transcript, it would be -- or

-08:-36:00 **7** the tape, ID-21 from case 69185 on February 2, 2005.

02:32:17 **8**          Mr. Griffin, do you recall that this was February

02:32:22 **9** 2, 2005, the first day that you took Marwan El-Hindi and put him

02:32:28 **10** together with Mr. Amawi?

02:32:31 **11**     **A.**   I can't recall, but it's one of the times.

02:32:35 **12**     **Q.**   You recall that you took Marwan El-Hindi to Mr. Amawi's

02:32:38 **13** house after Mr. El-Hindi and you went to a CopyMax store?

02:32:43 **14**     **A.**   Yes, sir.

-08:-36:00 **15**     **Q.**   And you went to that CopyMax store to pick up what

02:32:49 **16** business article, if you recall?

02:32:52 **17**     **A.**   I think it was the EMS stuff.

-08:-36:00 **18**     **Q.**   EMSS?

02:32:58 **19**     **A.**   You know, the European Medical --

-08:-36:00 **20**     **Q.**   Was it pamphlets or a PowerPoint on a CD that had been

-08:-36:00 **21** done?

-08:-36:00 **22**     **A.**   No, it was on a CD that we were giving -- we gave

02:33:12 **23** to CopyMax to make brochures, the best of my recollection.

-08:-36:00 **24**     **Q.**   And you and Mr. El-Hindi were -- did he rely on you for

02:33:23 **25** a ride to get there to do that?

-08:-36:00 **1**   **A.**   I believe he did this day.

02:33:32 **2**   **Q.**   Now, you testified on your direct examination that on

-08:-36:00 **3** February 1, the day before this meeting with Mr. Amawi and

-08:-36:00 **4** Mr. El-Hindi, that you had made arrangements with Marwan

-08:-36:00 **5** El-Hindi to visit with Mohammad Amawi on February 2, that day

-08:-36:00 **6** that they got together, correct?

-08:-36:00 **7**   **A.**   I believe so, yes.

02:33:56 **8**   **Q.**   And, in fact, that testimony that you gave was given on

02:34:01 **9** April 9 here --

02:34:12 **10**     MR. SOFER:  Is there a question, Your Honor?

02:34:14 **11**     MR. BOSS:  If I may have just a moment, please.

02:34:25 **12** BY MR. BOSS:

02:34:26 **13**   **Q.**   Do you remember being asked by Mr. Sofer whether

-08:-36:00 **14** Mohammad Amawi had approved Marwan El-Hindi to come over to

02:34:32 **15** Mr. El-Hindi -- excuse me, Mr. Amawi's house?

02:34:35 **16**   **A.**   I believe so, yes.

-08:-36:00 **17**   **Q.**   And, in fact, your testimony was that Mr. Amawi had, in

-08:-36:00 **18** fact, approved of you coming over with Mr. El-Hindi and was

-08:-36:00 **19** expecting you on February 2; isn't that correct?

02:34:49 **20**   **A.**   Somewhat, yes.

-08:-36:00 **21**   **Q.**   Somewhat?

-08:-36:00 **22**   **A.**   Yes.

-08:-36:00 **23**   **Q.**   But isn't the fact that you -- or did you report that

-08:-36:00 **24** fact to the FBI?

02:35:02 **25**   **A.**   I can't recall.

3822

| | | |
|---|---|---|
| 02:35:23 | **1** | **Q.**  Would you please turn to page 2 of your transcript. |
| 02:35:31 | **2** | **A.**  Yes, sir. |
| 02:35:32 | **3** | **Q.**  And you can read that over, then I'd have a question for |
| -08:-36:00 | **4** | you. |
| -08:-36:00 | **5** | **A.**  Just the blurb, or the whole page? |
| -08:-36:00 | **6** | **Q.**  Session 3 that starts with a comment from Mr. El-Hindi, |
| -08:-36:00 | **7** | then a comment by Mr. Amawi, and then by you. |
| 02:36:03 | **8** | MR. SOFER:  Judge, I believe Counsel has directed |
| -08:-36:00 | **9** | the witness to the wrong transcript based on what I'm looking |
| -08:-36:00 | **10** | at. |
| 02:36:12 | **11** | MR. BOSS:  May I approach the witness, Judge? |
| -08:-36:00 | **12** | THE COURT:  Sure. |
| 02:36:17 | **13** | MR. SOFER:  If I may, Judge. |
| 02:36:20 | **14** | THE COURT:  Chat with Mr. Hartman.   You and Mr. |
| 02:36:24 | **15** | Hartman consult. |
| 02:36:28 | **16** | MR. BOSS:  It should be ID-22, Judge. |
| 02:36:37 | **17** | Let's try ID-22, Mr. Griffin, which would be the |
| -08:-36:00 | **18** | next one in, I believe. |
| 02:37:00 | **19** | May I approach the witness, Judge? |
| -08:-36:00 | **20** | THE COURT:  Of course. |
| 02:37:11 | **21** | BY MR. BOSS: |
| -08:-36:00 | **22** | **Q.**  In fact, I believe we have ID-22 there, and I would |
| -08:-36:00 | **23** | direct your attention, Mr. Griffin, to this passage here.   See |
| -08:-36:00 | **24** | if that refreshes your recollection about the exchange that day. |
| 02:37:46 | **25** | **A.**  Yes. |

3823

-08:-36:00 **1**    **Q.**   In fact, when you went over to Mr. Amawi's house there

02:37:51 **2** on February 2, Mr. Amawi wasn't expecting you at that time, was

02:37:57 **3** he?

02:37:58 **4**    **A.**   He was expecting us, but I don't think -- we had talked

-08:-36:00 **5** about it previously.

-08:-36:00 **6**    **Q.**   When you said sorry to spring in on you. I called, but

02:38:11 **7** nobody answered. That suggests that he wasn't expecting you;

-08:-36:00 **8** isn't that correct?

02:38:16 **9**    **A.**   Not at that time, yes, sir.

02:38:19 **10**    **Q.**   Okay. And Mr. Amawi indicated he was sleeping?

02:38:23 **11**    **A.**   Yes, sir.

02:38:27 **12**    **Q.**   Does that appear to you that he was expecting you and

-08:-36:00 **13** the prior arrangements had been made?

02:38:33 **14**    **A.**   Once again, it wasn't necessarily that -- possibly not

-08:-36:00 **15** even that day, but in the prior days before this, I know I said

02:38:43 **16** something.

-08:-36:00 **17**    **Q.**   Could you now go to page 7 of 60 of that same

02:38:47 **18** transcript.

02:38:51 **19**    **A.**   Yes.

02:38:52 **20**    **Q.**   And in the middle of that page, you explain to Mr. Amawi

02:39:00 **21** that we were downloading the videos and everything from --

02:39:08 **22**          MR. SOFER:   Objection, Your Honor, lack of

02:39:11 **23** foundation.

02:39:12 **24** BY MR. BOSS:

02:39:12 **25**    **Q.**   Please read that. See if you recall that exchange.

02:39:21 **1**      THE COURT:  While he's doing so, why don't you come

-08:-36:00 **2** on up here.

02:39:25 **3**      (Whereupon the following discussion was had at the

02:40:28 **4** bench outside the hearing of the jury:)

02:40:28 **5**      THE COURT:  Where are you headed with this?  I

-08:-36:00 **6** assume that's the gist of the objection.

-08:-36:00 **7**      MR. SOFER:  He's reading from the transcript.  I

-08:-36:00 **8** don't know why.

-08:-36:00 **9**      MR. BOSS:  I'll just ask the question.

-08:-36:00 **10**      (End of side-bar discussion.)

02:40:30 **11** BY MR. BOSS:

02:40:32 **12**   **Q.**   Mr. Griffin, after reviewing that portion of the

-08:-36:00 **13** transcript, do you recall indicating that you had been over at

02:40:39 **14** CopyMax and just -- and indicated to Mr. Amawi that you just

-08:-36:00 **15** decided to stop in?

-08:-36:00 **16**   **A.**   Yes, sir.

02:41:00 **17**   **Q.**   Now, it wasn't Marwan El-Hindi's idea there to stop in?

02:41:04 **18** Marwan understood that you were going to CopyMax; isn't that

02:41:08 **19** correct?

02:41:09 **20**   **A.**   Yes, he knew we were going to CopyMax.

-08:-36:00 **21**   **Q.**   And it was your idea to then bring Mr. El-Hindi to Mr.

-08:-36:00 **22** Amawi's at that point, correct?

-08:-36:00 **23**   **A.**   I'm sure I made the comment or even asked, did he want

-08:-36:00 **24** to stop by Mr. Amawi's.

-08:-36:00 **25**   **Q.**   Mr. El-Hindi didn't even know Mr. Amawi at that point,

02:41:28 **1** did he?

-08:-36:00 **2**     **A.**   I don't know.

-08:-36:00 **3**     **Q.**   To your knowledge?

-08:-36:00 **4**     **A.**   Formally.

02:41:33 **5**     **Q.**   So it was your doing that brought them together at that

-08:-36:00 **6** point in time?

-08:-36:00 **7**     **A.**   Yeah, at that time, yes.

02:41:47 **8**     **Q.**   Now, when you were at Mr. Amawi's on that day, on

02:41:52 **9** February 2, 2005, wasn't it you who asked Mr. Amawi to show

02:41:59 **10** Marwan El-Hindi videos?

02:42:03 **11**     **A.**   Could you repeat that?   I'm sorry.

-08:-36:00 **12**     **Q.**   When you took Mr. El-Hindi to Mr. Amawi's when they met

02:42:11 **13** for that first time on February 2, 2005, wasn't it you who

02:42:17 **14** suggested to Mr. Amawi that he show videos to Mr. El-Hindi?

02:42:22 **15**     **A.**   Could you see where that specific --

02:42:27 **16**     **Q.**   Let's try page 5.

02:42:36 **17**     **A.**   Yes.

02:42:43 **18**     **Q.**   And Marwan El-Hindi didn't ask Mr. Amawi at that time to

02:42:47 **19** see the videos; isn't that correct?

02:42:50 **20**     **A.**   He didn't ask Mr. Amawi, no.

-08:-36:00 **21**         THE COURT:   I didn't hear what you said.   Maybe

-08:-36:00 **22** don't lean quite so far into the microphone, just speak up

-08:-36:00 **23** clearly, but not quite so far into the microphone.

-08:-36:00 **24**         And your answer was?

-08:-36:00 **25**     **A.**   Mr. El-Hindi did not ask Mr. Amawi.

02:43:07 **1** BY MR. BOSS:

02:43:07 **2**     **Q.**   Mr. El-Hindi did not ask Mr. Amawi to view videos; it

-08:-36:00 **3** was your idea, right?

-08:-36:00 **4**     **A.**   Yes, sir.

02:43:16 **5**     **Q.**   And you told Mr. Amawi that Mr. El-Hindi wanted to

-08:-36:00 **6** train, isn't that correct, that date and time on that same page,

02:43:37 **7** at the bottom?

02:43:43 **8**     **A.**   It doesn't say anything about the training.  It just

02:43:47 **9** says I state that Brother Marwan is a good brother, to be

02:43:52 **10** trusted with everything too.   So --

02:43:59 **11**                 MR. BOSS:  May I approach the witness for a moment?

-08:-36:00 **12**                 THE COURT:  Of course.

02:44:21 **13**                 MR. SOFER:  Counsel --

02:44:22 **14**                 (Discussion had off the record.)

02:44:38 **15**                 MR. BOSS:  Judge, I think this would be a good time

-08:-36:00 **16** for us to break and try to synchronize the recording.

02:44:45 **17**                 THE COURT:  Ladies and gentlemen, we'll break until

-08:-36:00 **18** after lunch.   I assume that will be 1:00.  But at least, more

-08:-36:00 **19** importantly, let us know, let Cindy know when you're done with

-08:-36:00 **20** lunch.   If we're ready to go, we will.   If not, we'll try to

-08:-36:00 **21** give you some estimated time of rearrival back in court.   Thank

-08:-36:00 **22** you for your patience and for bearing with us.

02:45:55 **23**                 (Jury out.)

02:46:02 **24**                 THE COURT:  Let's try to get started by 1:00.   If

02:46:06 **25** you guys are done before then, let Cindy know.   The defenders

-08:-36:00 **1** have a conference call at about 11:45.

02:46:23 **2**          MR. IVEY:  It's going to start at noon.   It may

02:46:27 **3** take us up to 1:00.

02:46:29 **4**          THE COURT:  I suspect if I walk in and say, Mr.

-08:-36:00 **5** Terez, your colleagues are needed back in the courtroom --

02:46:36 **6**          MR. IVEY:  He'll probably listen to you.

-08:-36:00 **7**          THE COURT:  Why don't you use the conference room

-08:-36:00 **8** here.

04:32:24 **9**          MR. SOFER:  Your Honor, while we're here, if we

-08:-36:00 **10** can, I talked over the timing issue with my colleagues, and the

-08:-36:00 **11** government will request until Friday to redirect Mr. Griffin,

04:32:37 **12** given the volume of material we think we have to go through.   I

-08:-36:00 **13** know that kills a half a day for us.   I understand.   It seems

-08:-36:00 **14** to me we'll probably, from what I've talked to counsel about,

04:32:50 **15** we're going to get to 2:30, 3:00 with this.   We have at least

04:32:55 **16** another half-hour left for one video plus some more questions.

-08:-36:00 **17** And I think -- I would argue it's a reasonable request under the

04:33:04 **18** circumstances that we're talking about a day and a half versus

-08:-36:00 **19** two weeks.   I can also assure the Court it will be one of the

-08:-36:00 **20** last times, if not the last time, that I will ever ask for this.

-08:-36:00 **21** I think we said yesterday our witnesses -- okay.

04:33:28 **22**          THE COURT:  That's fine.

04:37:31 **23**          MR. SOFER:   I ask, as you did with defense

-08:-36:00 **24** counsel, that you not say the government needs more time, that

-08:-36:00 **25** it's a scheduling issue, not that the government is slow in its

-08:-36:00 **1** thought processes and its ability to process information.

-08:-36:00 **2**          MR. HARTMAN:  You can call it a joint request.

-08:-36:00 **3**          MR. SOFER:   Talking to Counsel for Mr. Amawi, I

-08:-36:00 **4** would hope that we would not take the whole day by any stretch

-08:-36:00 **5** of the imagination on Friday, and recross would hopefully

-08:-36:00 **6** commence and be done with on Friday.   When we're done with Mr.

-08:-36:00 **7** Griffin, we would call Agent Coats next.

-08:-36:00 **8**          THE COURT:  That would be great.   Let's try as

-08:-36:00 **9** vigorously as we can to accomplish that.

-08:-36:00 **10**          MR. SOFER:  We're not looking to put the whole case

-08:-36:00 **11** back in on redirect.

-08:-36:00 **12**          THE COURT:  I do have to leave not later than about

-08:-36:00 **13** quarter 'til 5:00 or 4:30 on Friday because I have a flight.

-08:-36:00 **14**          MR. SOFER:   Understood, Judge.

-08:-36:00 **15**          MR. HARTMAN:  We are going to be replaying a

-08:-36:00 **16** portion of a clip the government played.  We have agreed on two

-08:-36:00 **17** changes to the transcript to make it more accurate; one from

-08:-36:00 **18** each side, actually.  We're going to tell the jury it's going to

-08:-36:00 **19** be about six or seven minutes.

04:49:22 **20**          (Jury in.)

04:49:24 **21**          THE COURT: Ladies and gentlemen, as tempted as I am

-08:-36:00 **22** to point to the lawyer whom I asked 22 minutes ago how much

-08:-36:00 **23** longer, he said not long -- or she -- and I said, 15 minutes?

-08:-36:00 **24** Oh, no.

04:49:42 **25**          Anyway, here we go.  We think things are fixed.  We

04:49:46  **1**  appreciate your patience.   As you learned, these things happen.

04:49:52  **2**  Thanks for your patience.

04:49:56  **3**                Mr. Boss, you may resume.   Mr. Griffin, you remain

04:50:00  **4**  under oath.

-08:-36:00  **5**                MR. BOSS:  Thank you, Judge.

-08:-36:00  **6**                THE COURT:  By the way, let me indicate, we have

-08:-36:00  **7**  some hope that the cross-examination of Mr. Griffin will

-08:-36:00  **8**  complete today.   And if so, for various reasons having to do

-08:-36:00  **9**  with commitments of one kind or another, I do want to declare

04:50:28  **10**  tomorrow a holiday for all of you -- it won't be for us -- then

04:50:32  **11**  resume redirect examination by the government and perhaps even

04:50:36  **12**  finish up entirely with Mr. Griffin on Friday.   That sort of

04:50:42  **13**  depends.   It's my custom to allow recross then reredirect until

04:50:47  **14**  finally we get to the point that there are no further questions

-08:-36:00  **15**  of the witness.

04:50:52  **16**                I don't mean to put you on the spot, Mr. Boss, but

04:50:56  **17**  just giving a head's up.

-08:-36:00  **18**                MR. BOSS:  That's quite all right.

-08:-36:00  **19**                THE COURT:  I want you to know if that happens,

-08:-36:00  **20**  then I think we'll not have court tomorrow because we still do

04:51:06  **21**  seem to be moving along at a pace that will put us to completing

-08:-36:00  **22**  the case I hope somewhat sooner than we anticipated when we

04:51:15  **23**  conducted the voir dire.   I think we're doing pretty well.   Go

04:51:21  **24**  ahead.

-08:-36:00  **25**                MR. BOSS:  Thank you.   I do apologize for our

3830

-08:-36:00  **1**  technical problems.

04:51:27  **2**  BY MR. BOSS:

-08:-36:00  **3**     Q.  As a matter of fact, Mr. Griffin, we're going to go

-08:-36:00  **4**  back, with the assistance of Mr. Hess, and replay a short

-08:-36:00  **5**  portion that preceded when we had all the technical difficulties

04:51:40  **6**  with the synching of the script with the video.   And while

-08:-36:00  **7**  we're doing that, we picked up on a mistake that was in the

-08:-36:00  **8**  transcripts, in fact, where several times the word "American"

04:51:53  **9**  appeared; instead, it was a different word that is now corrected

-08:-36:00  **10**  in the transcripts, and we will play that, and that will be

04:52:02  **11**  encompassed in the change.   Okay.

04:52:05  **12**          MR. BOSS:  If everyone could assume the position, I

-08:-36:00  **13**  guess.   Are we ready?   Mr. Hess -- wait a minute.   Let's try

04:52:27  **14**  it.

04:52:27  **15**          (Video played.)

05:04:40  **16**  BY MR. BOSS:

05:04:41  **17**     Q.  Just a quick question, Mr. Griffin.   This King Abdullah

05:04:47  **18**  you were talking about with them, that's the King of Jordan?

-08:-36:00  **19**     A.  Yes.

-08:-36:00  **20**     Q.  And you were training him?

-08:-36:00  **21**          MR. SOFER:  Objection, relevance.

-08:-36:00  **22**          THE COURT:  I would agree.

05:04:58  **23**  BY MR. BOSS:

-08:-36:00  **24**     Q.  Was the training you were doing with King Abdullah for

05:05:02  **25**  Jihadist purposes?

| 05:05:05 | **1** | MR. SOFER:  Objection. |

05:05:05 **1** MR. SOFER:  Objection.

05:05:06 **2** THE COURT:  I agree.  I don't see what this has to

-08:-36:00 **3** do with anything.

05:05:09 **4** MR. BOSS:  We can move on.

-08:-36:00 **5** (Video played.)

05:11:59 **6** MR. BOSS:  Just a touch further, please.  There.

05:12:11 **7** BY MR. BOSS:

-08:-36:00 **8** **Q.**  Mr. Griffin, at that last phrase you said that how much

-08:-36:00 **9** time we're gonna have is -- when we want to get together again,

-08:-36:00 **10** we'll meet one more time after this.  Where we sit down and,

05:12:28 **11** uh, we'll check one more time for other brothers.  And, God

-08:-36:00 **12** willing, we'll sit down next week.

05:12:36 **13** It didn't happen, did it?

05:12:38 **14** **A.**  It did not.

05:12:40 **15** **Q.**  And that was the next week where you were going to

05:12:46 **16** formalize everything?

-08:-36:00 **17** **A.**  Gather more information.

05:12:50 **18** **Q.**  And so this is the dinner meeting where it was the one

-08:-36:00 **19** and only time that you brought all three of these men together?

-08:-36:00 **20** **A.**  Yes, sir.

05:13:01 **21** **Q.**  And they didn't get together with you thereafter?

05:13:04 **22** **A.**  All three of them together at the same time?

-08:-36:00 **23** **Q.**  With you.

-08:-36:00 **24** **A.**  No.

05:13:08 **25** **Q.**  But you encouraged them to do so, didn't you?

3832

05:13:11  **1**   **A.**   At least one more time.

05:13:13  **2**   **Q.**   And Mr. El-Hindi never agreed to do so, did he?

05:13:17  **3**   **A.**   Another time?

-08:-36:00  **4**   **Q.**   Yes.

05:13:19  **5**   **A.**   I can't recall.

05:13:24  **6**          MR. BOSS:  We'll continue as soon as everyone's

05:13:27  **7**   ready.

05:13:32  **8**          THE COURT:  Sorry about that.

-08:-36:00  **9**          MR. BOSS:  Everyone was not ready.

05:13:38  **10**         THE COURT:  Go ahead.

05:13:52  **11**         (Video played.)

05:19:02  **12**  BY MR. BOSS:

05:19:07  **13**   **Q.**   Now, that last minute or two started with a sequence

-08:-36:00  **14**  where you brought up we're going to learn sniper training, too,

-08:-36:00  **15**  though.   You introduced a concept there of sniper training?

05:19:23  **16**   **A.**   Yeah, I was asked what we were going to do.

05:19:27  **17**   **Q.**   And then --

05:19:30  **18**         MR. HARTMAN:  Judge, objection.   Move to strike.

-08:-36:00  **19**         THE COURT:  I agree.   The jury will disregard the

05:19:36  **20**  answer.

05:19:37  **21**         MR. SOFER:  Your Honor, may we approach for a

-08:-36:00  **22**  moment?

05:19:39  **23**         (Whereupon the following discussion was had at the

05:20:33  **24**  bench outside the hearing of the jury:)

05:20:33  **25**         MR. SOFER:  Judge, I understand the basic concept.

-08:-36:00 **1** If he wants to control the witness, he can control the witness.

-08:-36:00 **2** But I hope we're not going to devolve into a situation where two

-08:-36:00 **3** lawyers are cross-examining.  We don't object --

-08:-36:00 **4**     THE COURT:  I agree.

-08:-36:00 **5**     MR. HARTMAN:  Sorry about that.

05:20:36 **6**     (End of sidebar.)

05:20:39 **7**     THE COURT:  You may continue.   You may ask the

-08:-36:00 **8** question again.

05:20:43 **9** BY MR. BOSS:

-08:-36:00 **10**    **Q.**  Mr. Griffin, do you recall stating -- let me see if I

-08:-36:00 **11** have the same book for you.

05:21:05 **12**     If you look at the February 16, 2005 transcript.

05:21:24 **13**    **A.**  What page, sir?

05:21:26 **14**    **Q.**  Page 98.

05:21:31 **15**     MR. SOFER:  98?

05:21:33 **16**     MR. BOSS:  Yes.

05:21:38 **17**    **A.**  Yes, sir.

05:21:47 **18** BY MR. BOSS:

05:21:47 **19**    **Q.**  Let's go back to the page before that, 97.

05:21:53 **20**     At the bottom of that page Mr. Amawi asks how far

-08:-36:00 **21** people stand, distance, when they fight.   Do you recall that?

-08:-36:00 **22**    **A.**  Yes.

-08:-36:00 **23**    **Q.**  And your answer was:  When they fight, if you're going

-08:-36:00 **24** in urban contact, or c-o-n-t, just imagine fighting here in this

-08:-36:00 **25** place here.  That's possibly where you could find yourself

3834

-08:-36:00 **1** because that's where we're going to be.   That's one of the

-08:-36:00 **2** things I think we're -- I think -- that's where -- that's what's

-08:-36:00 **3** going on right now in Iraq.   It's house to house, block to

05:22:25 **4** block.

-08:-36:00 **5**          Then Mr. Amawi says in response:  Uh-huh.   Yeah.

05:22:29 **6** But the range is really important when you're shooting.

-08:-36:00 **7**          And your response is:  Yes, but see, what we're

05:22:37 **8** going to do -- see, what we're gonna do is going to be more --

-08:-36:00 **9** yeah, we're going to learn sniper training to the --

05:22:47 **10**          You introduced that topic of sniper training at

-08:-36:00 **11** that point; is that correct?

05:22:53 **12**      **A.**   Yes and no.

05:22:55 **13**      **Q.**   Now, later, if you go to page 99, at the bottom or

05:23:07 **14** toward the bottom, you again now talk about:  Weather

-08:-36:00 **15** permitting, though, we'll do snipe -- the sniper thing because

-08:-36:00 **16** we need to shoot long distances.

-08:-36:00 **17**          And Mr. El-Hindi said:  The most -- the most

-08:-36:00 **18** important -- is the most important.

05:23:28 **19**          Now, Mr. El-Hindi never went with you to do any

-08:-36:00 **20** sniper training, did he?

-08:-36:00 **21**      **A.**   He did not.

05:23:34 **22**      **Q.**   You interacted with Mr. El-Hindi for a year, just about

-08:-36:00 **23** a year after this, or there was a year of time that passed after

-08:-36:00 **24** this until the indictment approximately?

-08:-36:00 **25**      **A.**   Yes, sir.

05:23:49 **1**  **Q.**  And at no time did Mr. El-Hindi secure any weapons for

-08:-36:00 **2**  any sniper training?

-08:-36:00 **3**  **A.**  No, not that I know of.

-08:-36:00 **4**  **Q.**  Didn't ask you for any sniper training, correct?  Other

-08:-36:00 **5**  than this instance right here where we're talking about, did he

-08:-36:00 **6**  ever ask you for any sniper training?

-08:-36:00 **7**  **A.**  I can't recall, sir.

-08:-36:00 **8**  **Q.**  And in response to this, after he says the most -- most

-08:-36:00 **9**  important, the next thing he -- that's said by you:  And I

05:24:19 **10**  think, like I said, I think you'll be really good.  Amawi said:

05:24:23 **11**  God willing.  You say:  You'll be really good at sniper.

-08:-36:00 **12**  Mohammad can really shoot good.  Went to the range, so maybe

05:24:33 **13**  Monday.  Me and you go to the range, then, or something.

05:24:38 **14**  There's an inaudible by Mr. Amawi.  Then you say:  Me, you, and

-08:-36:00 **15**  Marwan.

-08:-36:00 **16**  Now, you're suggesting that Marwan go to sniper

05:24:48 **17**  training with you in that phrase; isn't that what that means:

-08:-36:00 **18**  You, me, and Marwan?

-08:-36:00 **19**  **A.**  No.  It says we're going to go to Cleland's range.

05:24:56 **20**  **Q.**  Just above that, sir.  Let's go to page 100 at the top.

-08:-36:00 **21**  **A.**  Yes, I'm there.

05:25:05 **22**  MR. BOSS:  May I approach?

05:25:08 **23**  THE COURT:  Sure.

05:25:09 **24**  THE WITNESS:  I can read.

05:25:11 **25**  MR. BOSS:  Right here, sir.

05:25:15 **1**    **A.**   Your question was I'm --

-08:-36:00 **2**   BY MR. BOSS:

-08:-36:00 **3**    **Q.**   You say:  Maybe Monday -- at the very top of the page --

05:25:23 **4**   me, you -- me and you go to the range then, or something.

05:25:28 **5**               There's an inaudible by Mr. Amawi.

-08:-36:00 **6**               Then you say:  Me, you, and Marwan?

05:25:33 **7**    **A.**   Yes.

05:25:34 **8**    **Q.**   You were the one suggesting that Marwan go do some

05:25:37 **9**   sniper training at that point; isn't that correct?

-08:-36:00 **10**    **A.**   No, I was suggesting that he go to Cleland's range.

-08:-36:00 **11**    **Q.**   And Marwan did not go with you to Cleland's range, did

-08:-36:00 **12**   he?

-08:-36:00 **13**    **A.**   No, sir.

05:25:47 **14**    **Q.**   Not then or ever; isn't that correct?

05:25:49 **15**    **A.**   Correct, sir.

05:25:55 **16**    **Q.**   And Marwan didn't go overseas with you?

-08:-36:00 **17**    **A.**   He did not.

05:26:02 **18**               MR. BOSS:  If everyone would be prepared, we'll

-08:-36:00 **19**   resume the recording.

05:26:08 **20**               (Video played.)

05:32:35 **21**               MR. BOSS:  Is that where the video ends, Mr. Hess?

-08:-36:00 **22**               MR. HESS:  Yes.

05:32:42 **23**   BY MR. BOSS:

05:32:43 **24**    **Q.**   Apparently that's where the video ends.

05:32:46 **25**               Now, were you reading along the Arabic text while

05:32:51  **1**  the other individuals there were engaged in conversation with

-08:-36:00  **2**  you or with -- amongst themselves without you participating

-08:-36:00  **3**  there?

05:33:00  **4**      A.  Yes, sir.

05:33:05  **5**      Q.  Did you notice none of the conversation was about

-08:-36:00  **6**  training for Jihad?

-08:-36:00  **7**           MR. SOFER:  Objection, Your Honor.

-08:-36:00  **8**           THE COURT:  I'll let him answer.

05:33:17  **9**      A.  Partly, yes.

05:33:19  **10**  BY MR. BOSS:

05:33:19  **11**      Q.  And your interaction with them during this time, this

-08:-36:00  **12**  dinner meeting, was going well beyond gathering information,

05:33:28  **13**  wasn't it?

05:33:29  **14**      A.  I don't believe so.

05:33:32  **15**      Q.  You don't think that you were being a bit proactive

-08:-36:00  **16**  there?

05:33:37  **17**      A.  That's gathering information also.

05:33:41  **18**           THE COURT:  I didn't hear the last word or two.

05:33:44  **19**           THE WITNESS:  That's gathering information also.

05:33:47  **20**  BY MR. BOSS:

05:33:47  **21**      Q.  Do you think that these various suggestions you were

-08:-36:00  **22**  making were just gathering information?

05:33:52  **23**      A.  Yes, sir.

-08:-36:00  **24**      Q.  How about the manipulation, such as bringing up verses

-08:-36:00  **25**  of the Qur'an and citing obligations.   Was that just gathering

-08:-36:00 **1** information?

05:34:04 **2**     **A.**   I didn't quote any Qur'an there.

05:34:09 **3**     **Q.**   I thought the -- okay.  When you were leading them to

05:34:12 **4** different things, that's just gathering information?

05:34:17 **5**     **A.**   All I was doing was recommending and suggesting and

05:34:22 **6** seeing what their reaction would be.

-08:-36:00 **7**     **Q.**   Kind of fishing?

05:34:27 **8**     **A.**   Maybe in some ways, yes.

-08:-36:00 **9**     **Q.**   Inflaming their passions occasionally?

-08:-36:00 **10**     **A.**   No.

05:34:38 **11**     **Q.**   Well, now, after this dinner meeting that was on the

-08:-36:00 **12** video, the party adjourned to another room where there was a

05:34:49 **13** computer?

-08:-36:00 **14**     **A.**   Yes, sir.

05:34:50 **15**     **Q.**   Whose suggestion was that?

05:34:53 **16**     **A.**   I can't recall.

-08:-36:00 **17**     **Q.**   When you went back there, did you type on the computer

-08:-36:00 **18** at all?

-08:-36:00 **19**     **A.**   I don't believe so.

05:34:59 **20**     **Q.**   Did Mr. El-Hindi do it?

05:35:02 **21**     **A.**   It being his house, I would think so.

-08:-36:00 **22**     **Q.**   But you don't remember?

05:35:07 **23**     **A.**   Not directly.

05:35:09 **24**     **Q.**   Of the -- Mr. El-Hindi was not highly skilled with his

05:35:15 **25** computer use; is that correct?

05:35:17 **1** **A.** Whatever your term of highly skilled is.

-08:-36:00 **2** **Q.** He was having computer problems, wasn't he?

-08:-36:00 **3** **A.** He couldn't network them together.

05:35:31 **4** **Q.** I'd like to take you back in time now a little bit

-08:-36:00 **5** before this dinner meeting. I'd like to have you recall now

05:35:40 **6** February 8th, 2005. If you'd like, you're welcome to use your

05:35:49 **7** reference guide.

05:35:57 **8** THE COURT: About how long is this segment?

-08:-36:00 **9** MR. BOSS: Judge, I believe that we will be

-08:-36:00 **10** playing -- do you recall how many segments?

05:36:06 **11** MR. HARTMAN: Six minutes and 13 seconds.

05:36:10 **12** THE COURT: I have a 2:15 conference call.

05:36:13 **13** MR. BOSS: 2:15, Judge?

05:36:15 **14** THE COURT: How long are your questions?

-08:-36:00 **15** MR. BOSS: I think we'll need to break now.

-08:-36:00 **16** THE COURT: Ladies and gentlemen, I'm very sorry.

05:36:23 **17** I have a conference call, an important visitor from Cleveland.

05:36:31 **18** MR. SOFER: How long, Judge?

05:36:35 **19** THE COURT: It's scheduled from 2:15 to 2:45. I

-08:-36:00 **20** will try to leave by 2:30 if at all possible.

05:41:30 **21** (Recess taken.)

06:06:48 **22** THE COURT: Mr. Griffin, you remain under oath.

06:06:55 **23** You may resume.

06:07:31 **24** MR. BOSS: Thank you, Judge.

06:07:31 **25** BY MR. BOSS:

3840

-08:-36:00 **1**　**Q.**　Mr. Griffin, I was about to direct your attention to

-08:-36:00 **2** February 8, 2005, some several days before the dinner meeting,

-08:-36:00 **3** eight days before the meeting that we just watched the videotape

06:07:48 **4** of.　On that day you went to Marwan El-Hindi's house; isn't

-08:-36:00 **5** that correct?

06:07:53 **6**　**A.**　If that's what the transcript says.

06:07:56 **7**　**Q.**　Feel free to look at your reference guide, too.　I

-08:-36:00 **8** think that that would help as well.

06:08:05 **9**　**A.**　Yes.

06:08:07 **10**　**Q.**　And do you recall that the two of you got onto the

-08:-36:00 **11** internet at that point when you were there?

-08:-36:00 **12**　**A.**　I believe so.

-08:-36:00 **13**　**Q.**　And that's a computer access to the Worldwide Web and so

06:08:18 **14** forth, the internet?

-08:-36:00 **15**　**A.**　Yes.

06:08:22 **16**　**Q.**　And feel free to refresh your recollection.　I provided

-08:-36:00 **17** you with a copy of ID-7.　That's a transcript of the recording

-08:-36:00 **18** you made on February 8, 2005?

-08:-36:00 **19**　**A.**　Yes, sir.

-08:-36:00 **20**　**Q.**　And on pages 8 and 9, have you had a chance to review

-08:-36:00 **21** those moments ago?

-08:-36:00 **22**　**A.**　No.　I'm sorry.

06:08:43 **23**　**Q.**　Feel free to do so.

06:09:28 **24**　**A.**　Yes.

06:09:29 **25**　**Q.**　You testified in your direct examination about visiting

3841

-08:-36:00 **1** a website with Marwan El-Hindi, and Marwan, we heard on the

06:09:40 **2** tape -- or you asked Marwan -- I apologize -- if they were

-08:-36:00 **3** taking applications for fighters.   Didn't you ask him that?

-08:-36:00 **4**     **A.**   Yes, sir.

-08:-36:00 **5**     **Q.**   And his answer to you was, no.   Isn't that correct?

06:10:04 **6** This would be on page 9, sir.

-08:-36:00 **7**         You said to him, in the middle:  Yeah, he's already

06:10:21 **8** injured.   It's okay.  What else are they taking applications

-08:-36:00 **9** for, for actual fighters?

06:10:27 **10**         And his response to you was:  No.  No -- or not no.

-08:-36:00 **11** I didn't say that.   They're saying that they, uh, from the way

-08:-36:00 **12** I understand it, they don't need fighters.

06:10:37 **13**         That's what Mr. El-Hindi's response was to you,

-08:-36:00 **14** correct?

-08:-36:00 **15**     **A.**   You're correct.   I'm sorry.

-08:-36:00 **16**     **Q.**   And he referred you to or you said:  Yeah, that's what

06:10:46 **17** they were saying and communicating on number 6.

-08:-36:00 **18**         That's what you said to Mr. El-Hindi?

06:10:51 **19**     **A.**   Yes.

-08:-36:00 **20**     **Q.**   Communiqué Number 6 was something you had reviewed with

06:10:56 **21** one or more of the defendants?

-08:-36:00 **22**     **A.**   No, that's once again -- yes.   Yes.

-08:-36:00 **23**     **Q.**   And Communiqué Number 6, it said:  We don't need

-08:-36:00 **24** fighters; we need to educate people?

-08:-36:00 **25**     **A.**   Yes.  We watched that here, actually.

-08:-36:00 **1**    **Q.**    And Mr. El-Hindi said in response:  Yes, they -- they

-08:-36:00 **2** very, very -- all they need is support from the outside to

06:11:16 **3** educate people.

-08:-36:00 **4**                      Isn't that what he said?

06:11:18 **5**    **A.**    Yes, sir.

06:11:25 **6**    **Q.**    After that you said that's what you and Mohammad were

06:11:29 **7** going to do, didn't you?

-08:-36:00 **8**    **A.**    Yes, sir.

-08:-36:00 **9**    **Q.**    And that was the day you said Marwan gave you

06:11:34 **10** Government's Exhibit 61.   Do you recall that?

-08:-36:00 **11**    **A.**    Could you refresh my --

06:11:41 **12**    **Q.**    Please feel free to use your reference guide.   I

-08:-36:00 **13** believe it's under your book.

06:11:48 **14**    **A.**    Could you show me the actual --

-08:-36:00 **15**    **Q.**    I'd be happy to do so.  It's a two-page document which I

-08:-36:00 **16** believe is not the original; is that correct?

06:12:11 **17**    **A.**    It doesn't look like the original.

06:12:14 **18**    **Q.**    Do you recognize that now?  Does that help you recall?

-08:-36:00 **19**    **A.**    Yes, sir.

-08:-36:00 **20**    **Q.**    Am I correct that your testimony was that you received

06:12:20 **21** that document 61, and you -- from Marwan El-Hindi?

06:12:26 **22**    **A.**    On the 8th, yes, sir.

-08:-36:00 **23**    **Q.**    On the 8th?

-08:-36:00 **24**    **A.**    I believe so.

-08:-36:00 **25**    **Q.**    How did you get it from him?

06:12:31 **1**     **A.**   He handed it to me.

06:12:33 **2**     **Q.**   Which hand did he use?

-08:-36:00 **3**     **A.**   I don't know, sir.

-08:-36:00 **4**     **Q.**   I mean, did he simply print it out of the printer, and

-08:-36:00 **5**   you took it out of the printer, or did he have it and hand it to

-08:-36:00 **6**   you?

-08:-36:00 **7**     **A.**   He handed it to me.  Actually, in the actual recording

06:12:48 **8**   he had it in his hands, and he points, and he states:  Look

06:12:53 **9**   who -- who did this.  And he pointed in the corner to Bilal.

-08:-36:00 **10**   And he handed it to me after that.

06:13:00 **11**     **Q.**   So he had it in his fingers, and he handed it to you?

-08:-36:00 **12**     **A.**   Yes.

06:13:04 **13**     **Q.**   Then you took that document, and you turned it over to

06:13:11 **14**   your FBI handler later saying this is what Mr. El-Hindi gave

-08:-36:00 **15**   you?

-08:-36:00 **16**     **A.**   Yes, sir.

-08:-36:00 **17**     **Q.**   And that ended up getting -- I believe I'm led to

-08:-36:00 **18**   believe it was scanned in ultimately to an electronic format,

-08:-36:00 **19**   but our original is missing.   Fair to say?

-08:-36:00 **20**             MR. SOFER:  Objection, Judge.

-08:-36:00 **21**   BY MR. BOSS:

-08:-36:00 **22**     **Q.**   Do you know if the original is still in existence?

-08:-36:00 **23**             THE COURT:  I agree.

-08:-36:00 **24**   BY MR. BOSS:

-08:-36:00 **25**     **Q.**   Do you know if the original is in existence, Mr.

-08:-36:00 **1** Griffin?

-08:-36:00 **2**   **A.**   No, I do not.

-08:-36:00 **3**   **Q.**   But that is not the original; is that correct?  It has

-08:-36:00 **4** some other identifying information on it?

-08:-36:00 **5**   **A.**   Yes.   It was bigger.

06:13:47 **6**            THE COURT:  Is it a duplicate of what you were

-08:-36:00 **7** handed, so far as you are aware?

06:13:51 **8**            THE WITNESS:  Yes, sir.   Yes, Your Honor.

06:13:58 **9** BY MR. BOSS:

06:13:58 **10**   **Q.**   Mr. Griffin, am I correct it is a duplicate except for

-08:-36:00 **11** some of the printing at the top and otherwise that would not

-08:-36:00 **12** have been part of the original document?

06:14:08 **13**   **A.**   You mean as far as right off the Arabic?

-08:-36:00 **14**   **Q.**   Yes, sir.

-08:-36:00 **15**   **A.**   Yes, sir.

-08:-36:00 **16**   **Q.**   That appears to be from whatever the duplicating process

06:14:17 **17** was?

06:14:18 **18**   **A.**   Whatever the process.

06:15:10 **19**            MR. BOSS:  Your Honor, the government has

-08:-36:00 **20** previously prepared a translation of Exhibit 61 which they

06:15:18 **21** marked as Government's Exhibit 61A.   The parties are in

-08:-36:00 **22** agreement that we would like to stipulate to its admissibility

06:15:25 **23** and enter it into evidence.

06:15:27 **24**            MR. SOFER:   As a fair and accurate translation,

06:15:30 **25** Your Honor.

3845

06:15:32 **1**          MR. BOSS:  As a fair and accurate translation of

06:15:35 **2** 61.

06:15:36 **3**          THE COURT:  Okay.

06:15:38 **4** BY MR. BOSS:

06:15:39 **5**     Q.    Mr. Griffin, I have a couple further questions for you

06:15:43 **6** about Exhibit 61.   On the day that Mr. El-Hindi was -- you say

-08:-36:00 **7** he gave that to you, you and Marwan didn't visit that website

06:16:03 **8** that day, did you, from Marwan's computer?

06:16:11 **9**     A.    I can't recall, sir.

06:16:21 **10**     Q.    And I believe you had testified on direct examination

06:16:25 **11** that it was your understanding that the document would have been

-08:-36:00 **12** printed on February 5, 2005; is that correct?

06:16:35 **13**     A.    There's a date of February 5, 2005.

-08:-36:00 **14**     Q.    At the bottom?

-08:-36:00 **15**     A.    Yes, sir.

-08:-36:00 **16**     Q.    You're familiar enough with computers to know if you

-08:-36:00 **17** print something out, it comes automatically with a date; is that

-08:-36:00 **18** why you presume that to be the date it was printed?

-08:-36:00 **19**     A.    Yeah.

06:16:54 **20**     Q.    Now, you've gone on that website on your own before,

-08:-36:00 **21** hadn't you?

06:16:59 **22**     A.    I may have.

06:17:01 **23**     Q.    Is that a yes?

06:17:08 **24**     A.    I'd be guessing if I did, but yes.

06:17:18 **25**     Q.    Now, on the day that Government's Exhibit 61 was

3846

06:17:21 **1** printed, the registration for that site was open; isn't that

-08:-36:00 **2** correct?

06:17:26 **3**     **A.**  Say that again.

06:17:27 **4**     **Q.**  Well, the date that that Government's Exhibit 61 was

-08:-36:00 **5** printed out was an open registration date for that website; is

06:17:37 **6** that correct?

06:17:37 **7**     **A.**  Now you're going past my ability to answer.

06:17:44 **8**     **Q.**  Let me hand you what's been marked as Exhibit 61A.

06:17:48 **9** This is the translation.

06:17:51 **10**          MR. HARTMAN:  Chuck, you might want to use the

-08:-36:00 **11** ELMO.

06:17:57 **12**          MR. BOSS:  I'll try to use the ELMO.

06:18:44 **13** BY MR. BOSS:

06:18:44 **14**     **Q.**  Do you recall discussing with Mr. El-Hindi the fact that

06:18:48 **15** the registration was open at that time?

06:18:50 **16**     **A.**  I can't recall, sir.

06:19:05 **17**     **Q.**  Did Mr. El-Hindi read to you:  In the name of God most

06:19:10 **18** merciful, the most gracious.  Announcement:  Opening the

06:19:17 **19** registration.  We have reopened the registration in the forums

-08:-36:00 **20** again and for a temporary period based on your requests.   We

-08:-36:00 **21** also note that all memberships not used by their owners will be

06:19:34 **22** cancelled in a maximum period of three days.

-08:-36:00 **23**          Did Mr. El-Hindi translate that for you, or did you

-08:-36:00 **24** know that?

-08:-36:00 **25**     **A.**  I didn't know that.

3847

| | | |
|---|---|---|
| 06:19:42 | **1** | THE COURT:  I did not hear you. |
| -08:-36:00 | **2** | THE WITNESS:  I did not know this. |
| 06:19:46 | **3** | BY MR. BOSS: |
| 06:19:46 | **4** | Q.   But you had been to that website before? |
| 06:19:51 | **5** | A.   Probably -- after the fact, I believe. |
| 06:20:02 | **6** | Q.   On this translation, as on Exhibit 61, there is a box. |
| 06:20:12 | **7** | Let's see if I can attempt to use this thing.  There is a box |
| -08:-36:00 | **8** | that says "User name" on it; isn't there? |
| 06:20:35 | **9** | A.   On 61? |
| -08:-36:00 | **10** | Q.   Yes, sir. |
| -08:-36:00 | **11** | A.   Yes, seeing the translation.   I mean, this is the first |
| 06:20:40 | **12** | time I'm seeing the translation of it, so -- |
| 06:20:45 | **13** | Q.   It says user name rather than having a user's name; is |
| -08:-36:00 | **14** | that correct? |
| -08:-36:00 | **15** | MR. SOFER:  Your Honor, actually, the witness |
| 06:20:51 | **16** | brings up a good point.   How can -- I don't understand how one |
| -08:-36:00 | **17** | can cross him with this document which he would not have |
| 06:20:58 | **18** | understood at the time. |
| 06:21:05 | **19** | THE COURT:  And, Mr. Boss, you're going to connect |
| -08:-36:00 | **20** | all this up? |
| -08:-36:00 | **21** | MR. BOSS:  Yes, sir. |
| 06:21:11 | **22** | THE COURT:  I'll let you continue. |
| 06:21:14 | **23** | MR. BOSS:  Does the government have a more legible |
| 06:21:17 | **24** | copy? |
| 06:21:18 | **25** | MR. SOFER:  We can try putting it up on our screen. |

3848

-08:-36:00  **1**          MR. BOSS:  That would be fine.

06:21:39  **2**          (Document displayed.)

-08:-36:00  **3**          MR. BOSS:  This is the translation.

-08:-36:00  **4**          Can we go back to 61?

06:21:50  **5**          It doesn't look much more legible.

06:21:58  **6**  BY MR. BOSS:

-08:-36:00  **7**      Q.  Mr. Griffin, to your knowledge, was there a user name of

06:22:01  **8**  Marwan El-Hindi inserted into Government's Exhibit 61?

06:22:10  **9**      A.  You mean that Arabic that's in there?

06:22:13  **10**     Q.  Yes.

06:22:17  **11**     A.  From my Arabic, I don't think that's Marwan El-Hindi.

06:22:23  **12**     Q.  And was there a password inserted in the box just below

-08:-36:00  **13**  that under "password"?

06:22:29  **14**     A.  It looks blank to me.

06:22:35  **15**     Q.  And did Marwan El-Hindi give you a password?

06:22:38  **16**     A.  He did not.

06:22:39  **17**     Q.  He did not.   Did he give you a user name?

-08:-36:00  **18**     A.  He did not.

06:22:50  **19**          MR. SOFER:  Can we ask when, Your Honor, we're

-08:-36:00  **20**  talking about here?

-08:-36:00  **21**          THE COURT:  That's fair.

06:22:56  **22**  BY MR. BOSS:

-08:-36:00  **23**     Q.  On February 8, 2005.

-08:-36:00  **24**     A.  Not that I can recall.

06:23:00  **25**     Q.  Did he thereafter?

06:23:02 **1**　　**A.**　I know I kept asking him for one, but I just can't

-08:-36:00 **2** remember right now.　I don't think so.　I mean, some video --

06:23:14 **3**　　**Q.**　Fair enough.

06:23:17 **4**　　　　　THE COURT:　I couldn't hear the last thing that you

-08:-36:00 **5** said.

06:23:20 **6**　　　　　THE WITNESS:　I just said if they had something

-08:-36:00 **7** that could recall my memory, Your Honor.

06:23:31 **8** BY MR. BOSS:

06:23:31 **9**　　**Q.**　But you don't remember him giving you a user name or

06:23:34 **10** password at any time for that website; isn't that true?

-08:-36:00 **11**　　**A.**　I don't recall, sir.

06:23:43 **12**　　**Q.**　Now, do you remember asking Marwan El-Hindi on that day,

-08:-36:00 **13** while he was on the computer, if he wanted you to read him

-08:-36:00 **14** something?

06:23:54 **15**　　**A.**　No, I can't remember.

06:24:17 **16**　　**Q.**　Mr. Griffin, I'll take that exhibit back from you, then

06:24:21 **17** move on.

06:24:25 **18**　　　　　MR. BOSS:　Thank you for the assistance.

06:24:43 **19**　　　　　Your Honor, by agreement with the government, we

-08:-36:00 **20** would like to play a clip that has been previously played with a

06:24:53 **21** correction to the transcript.

-08:-36:00 **22**　　　　　THE COURT:　Okay.

-08:-36:00 **23**　　　　　MR. SOFER:　It's Government's Exhibit 4-75.　1D-7.

-08:-36:00 **24** It's a portion, I believe, of --

06:25:07 **25**　　　　　MR. HARTMAN:　If I may, Judge, we each found a

-08:-36:00 **1** little error that we wanted to correct for the jury.  We're not

-08:-36:00 **2** going to play the whole thing.   It's six minutes, but we agreed

06:25:16 **3** to replay it with the government.

06:25:18 **4**             THE JUROR:  Could I have that number again?

06:25:20 **5**             MR. SOFER:  4-75 is the Government's Exhibit 1D-7,

06:25:24 **6** February 8, 2005.

06:30:30 **7**             (Video played.)

06:30:30 **8**             MR. BOSS:  Could we stop it there.   I apologize.

06:30:33 **9** Let's continue to the end, then I'll come back.   I'm sorry.

06:30:41 **10**             (Video played.)

06:33:28 **11**             (Discussion had off the record.)

06:33:31 **12**             MR. BOSS:  Would you be so kind to pull up

06:33:35 **13** Government's Exhibit 61 again, the second page.   And if you

-08:-36:00 **14** could, I'd ask that you highlight this portion here, the page.

-08:-36:00 **15** Are you able to do that?   Thank you.   It's kind of hard to

-08:-36:00 **16** see.   Let's try 61A.   It may be a darker translation.

-08:-36:00 **17** BY MR. BOSS:

06:34:29 **18**

06:34:29 **19**     **Q.**   Mr. Griffin, the transcript we just saw was corrected

-08:-36:00 **20** from the original version that was played earlier in your direct

06:34:38 **21** examination?

-08:-36:00 **22**     **A.**   Yes, sir.

06:34:39 **23**     **Q.**   I'd like to hand you page 50 of 56.   Now, in that

-08:-36:00 **24** transcript that we just heard, you say:  Want me to read it off

06:35:05 **25** to you?  Correct?

-08:-36:00  **1**    **A.**   Yes, sir.

06:35:09  **2**    **Q.**   Then, indeed, you read off 059.   Is that right?

-08:-36:00  **3**    **A.**   Yes, sir.

06:35:19  **4**    **Q.**   I'm looking at this page from Exhibit 61 where it says,

06:35:25  **5** and our highlighted portion on the screen,

-08:-36:00  **6** http://wasan.DDO.JP/up/IMG/059.ZIP.

06:35:47  **7**          059, is that the 059 you were reading off in this

06:35:51  **8** transcript?

-08:-36:00  **9**    **A.**   Quite possibly.

06:35:53  **10**   **Q.**   You don't recall?

-08:-36:00  **11**   **A.**   I mean, if I didn't have a video recorder, if I was

-08:-36:00  **12** seeing something, I'd try to say what I was seeing.

06:36:05  **13**   **Q.**   So you have no reason to believe it was any document

-08:-36:00  **14** other than Exhibit 61 that you say Mr. El-Hindi gave you, that

-08:-36:00  **15** you say Mr. El-Hindi gave you that day, right?

06:36:17  **16**   **A.**   Yes, sir.

-08:-36:00  **17**   **Q.**   And you are standing behind him or next to him on the

06:36:21  **18** computer?

-08:-36:00  **19**   **A.**   Next to him.

06:36:23  **20**   **Q.**   And you are reading to him what you want him to type in

-08:-36:00  **21** there; is that correct?

06:36:27  **22**   **A.**   I believe I just read that, 059.   I was either holding

-08:-36:00  **23** the paper, but he was reading off.  It's obvious from the last

-08:-36:00  **24** clip.

-08:-36:00  **25**   **Q.**   And you're getting him to type that into the computer at

3852

-08:-36:00 **1** that point?

-08:-36:00 **2**   **A.**   He started, and when I asked, do you want me to read it

06:36:47 **3** off to you, I was just, you know, facilitating him.

-08:-36:00 **4**   **Q.**   Facilitating him to?

-08:-36:00 **5**   **A.**   Help.   He was already typing.

06:36:58 **6**   **Q.**   Fair enough.

06:37:34 **7**         MR. BOSS:  Thank you.

06:37:36 **8** BY MR. BOSS:

06:37:37 **9**   **Q.**   Mr. Griffin, I'll take that other transcript piece from

-08:-36:00 **10** you.   Thank you.

06:37:43 **11**         And I'd like to direct your attention to February

06:37:46 **12** 25, 2005.   Now, this is after the dinner meeting?

06:37:51 **13**   **A.**   Yes, sir.

06:38:04 **14**   **Q.**   Now, yesterday I asked you if you had ever -- if you

06:38:08 **15** ever did any training with Mr. El-Hindi, and you said the only

-08:-36:00 **16** thing that you considered training was that on February 20th --

-08:-36:00 **17** February 20th or 25th, when you were watching the video or

-08:-36:00 **18** looking at pictures of an IED attack, and he asked you if an IED

-08:-36:00 **19** can penetrate an Army humvee.   Do you remember that?

-08:-36:00 **20**         MR. SOFER:  I don't believe that's an accurate

06:38:38 **21** description of what the witness said.   I believe he said that's

-08:-36:00 **22** all he can recall.

-08:-36:00 **23** BY MR. BOSS:

-08:-36:00 **24**   **Q.**   Do you recall?

-08:-36:00 **25**   **A.**   Yes, that's the best that I can recall.

3853

-08:-36:00 **1**   **Q.**   Now, he didn't really ask you -- didn't he really ask

-08:-36:00 **2**  you:  Aren't military trucks stronger than an RGB?

06:38:54 **3**   **A.**   I believe he did.

06:38:59 **4**          THE COURT:  I didn't hear your answer.

-08:-36:00 **5**          THE WITNESS:  I believe he did, Your Honor.

-08:-36:00 **6**  Sorry.

06:39:10 **7**  BY MR. BOSS:

06:39:10 **8**   **Q.**   But what you were actually looking at were a series of

06:39:15 **9**  photographs depicting an IED attack; is that correct?

-08:-36:00 **10**   **A.**   Yes.

06:39:19 **11**   **Q.**   Now, there were actually two devices in that series of

06:39:23 **12**  photographs.  One of them exploded and one of them didn't,

06:39:26 **13**  correct?

-08:-36:00 **14**   **A.**   Yes, sir.

06:39:28 **15**   **Q.**   Now, isn't it also true that the text on those pictures,

-08:-36:00 **16**  those photographs, that this just as likely could have been to

-08:-36:00 **17**  learn how to detect and avoid an IED as to how to attack with

-08:-36:00 **18**  one?

06:39:57 **19**   **A.**   I'd say no.

-08:-36:00 **20**   **Q.**   That's for the jury to decide.   But you asked Marwan

-08:-36:00 **21**  El-Hindi to e-mail that to you, didn't you?

-08:-36:00 **22**   **A.**   Yes, sir.

06:40:07 **23**   **Q.**   And he didn't just do that himself; isn't that correct?

06:40:12 **24**  You asked him to do so?

-08:-36:00 **25**   **A.**   Yes, sir.

3854

| 06:40:16 | **1** | **Q.** And when you asked him to send you that e-mail, you |

06:40:16 **1**  **Q.** And when you asked him to send you that e-mail, you

06:40:20 **2** didn't tell him what you intended to do with it, did you?

06:40:27 **3**  **A.** I think I said to use it for training.

06:40:33 **4**  **Q.** I believe you may have a transcript there for February

06:40:37 **5** 25, 2005.

06:40:38 **6**  **A.** I do not, sir.

06:40:45 **7**  MR. BOSS:  I'm sorry.  For the record, that

-08:-36:00 **8** transcript and exhibit was from case 69440, CV ID -- or 1D-10.

06:41:50 **9**  MR. SOFER:  Government's Exhibit 4-78, Your Honor.

06:41:53 **10**  THE COURT:  Thank you.

06:41:55 **11**  **A.** What page would you like me to refer to?

-08:-36:00 **12** BY MR. BOSS:

-08:-36:00 **13**  **Q.** Take a look at page 45, please.

06:42:20 **14**  **A.** Yes, sir.

-08:-36:00 **15**  **Q.** Now, you said to Mr. El-Hindi:  Yeah, right, huh,

06:42:26 **16** e-mail --

06:42:28 **17**  THE COURT:  I can't hear you.  Speak a little more

-08:-36:00 **18** clearly and a little slower.

-08:-36:00 **19**  MR. BOSS:  I apologize.

06:42:35 **20** BY MR. BOSS:

06:42:35 **21**  **Q.** You said to Mr. El-Hindi in the middle of the page:

06:42:39 **22** Yeah, that's right.  Huh.  E-mail me that, my brother.

-08:-36:00 **23**  Isn't that correct?

06:42:49 **24**  **A.** On page 45?

06:42:52 **25**  **Q.** I believe so.

06:42:53 **1**  **A.**  It's page 44.

06:42:56 **2**  **Q.**  Different pagination.  I'm sorry.

06:42:59 **3**  **A.**  Yes, I did say that, sir.

06:43:03 **4**  **Q.**  And Mr. El-Hindi, you did not tell him it was for

-08:-36:00 **5**  training at that point, did you?

06:43:21 **6**  **A.**  Not on that page, sir, no.

06:43:25 **7**  **Q.**  And you also told Marwan --

06:43:28 **8**  MR. SOFER:  Can we approach, Judge?

06:43:31 **9**  THE COURT:  Sure.

06:43:32 **10**  (Whereupon the following discussion was had at the

06:44:50 **11**  bench outside the hearing of the jury:)

06:44:50 **12**  MR. SOFER:  He can do this if he wants, but if you

-08:-36:00 **13**  look two pages before on this exact same transcript, I think

-08:-36:00 **14**  what's being done here is highly improper.  You can do it

-08:-36:00 **15**  however you want.  I'm obviously going to have a response on

-08:-36:00 **16**  rebuttal, but I would just say, I object to the nature of this

-08:-36:00 **17**  kind of questioning under the circumstances when two pages

-08:-36:00 **18**  before in the same exact transcript this is all laid out very

-08:-36:00 **19**  clearly.  I could wait and handle it myself.  But --

-08:-36:00 **20**  THE COURT:  Whatever.  It's up to you guys.

-08:-36:00 **21**  (End of side-bar discussion.)

06:45:05 **22**  MR. HARTMAN:  Judge, can we have one minute?

06:45:09 **23**  THE COURT:  Of course.

06:45:10 **24**  (Discussion had off the record.)

06:45:30 **25**  BY MR. BOSS:

3856

-08:-36:00 **1**    **Q.**   Mr. Griffin, as I understood your answer, you were

06:45:33 **2**   saying at some point you told him it was for training?

06:45:36 **3**    **A.**   Throughout all this when we were talking about the

06:45:40 **4**   computer and gathering materials, you know, I would definitely

06:45:46 **5**   say it's for training, yes.

-08:-36:00 **6**    **Q.**   Well, I'd like now to direct your attention to a later

-08:-36:00 **7**   date, quite some time down the road, January 31 of 2006.   Now,

-08:-36:00 **8**   this is about two weeks before the indictment in this case.

-08:-36:00 **9**   You need not -- or I have a transcript for you here.   There's

-08:-36:00 **10**   not one in your book.

06:46:13 **11**    **A.**   There's a tab.   Sorry.

-08:-36:00 **12**    **Q.**   That's about two weeks before the indictment in this

-08:-36:00 **13**   case; isn't that correct?

06:46:19 **14**    **A.**   I guess.

06:46:20 **15**    **Q.**   You hadn't seen Mr. El-Hindi for quite some time, true?

-08:-36:00 **16**    **A.**   I believe it was documented the last time.

06:46:29 **17**    **Q.**   Do you recall?

06:46:31 **18**          THE COURT:  Was it before Christmas, before

06:46:34 **19**   Thanksgiving, after the New Year's, after Dr. King's holiday?

-08:-36:00 **20**   If you recall.   I'm just trying to fix a general time frame.

-08:-36:00 **21**   But if it doesn't work, that's fine.

06:46:49 **22**          THE WITNESS:  The only time I can recall, Your

-08:-36:00 **23**   Honor, was after the first trip from Jordan.   I can't recall

06:46:57 **24**   exactly what day.

-08:-36:00 **25**          THE COURT:  When did you return from that?

3857

06:47:01  **1**           THE WITNESS:  I returned from the first trip from

06:47:04  **2**  Jordan on September 8.

06:47:06  **3**           THE COURT:  When was the second trip to Jordan?

06:47:10  **4**           THE WITNESS:  The second trip was December 13.

-08:-36:00  **5**           THE COURT:  So it would have been in that time

06:47:15  **6**  frame?  Good.  Thank you.

06:47:17  **7**           MR. BOSS:  Thank you, Judge.

06:47:25  **8**  BY MR. BOSS:

-08:-36:00  **9**     **Q.**  Mr. Griffin, we've got another transcript for you.  This

-08:-36:00  **10**  is from January 31, 2006.  And it is our tape Number 1D-116.

06:47:50  **11**           Do you recall whether there was any talk between

06:47:53  **12**  you and Marwan El-Hindi of Jihad on that day when you met him?

06:48:00  **13**     **A.**  I can't recall, sir.

06:48:03  **14**     **Q.**  You don't specifically recall there being any talk of

06:48:07  **15**  Jihad on that day when you met with him; is that correct?

-08:-36:00  **16**     **A.**  Yes, sir.

06:48:11  **17**     **Q.**  And I'd like to direct your attention to page 7 of that

06:48:15  **18**  transcript.  Did we highlight a portion on there for you?

-08:-36:00  **19**     **A.**  Yes.

06:48:32  **20**     **Q.**  Does that refresh your recollection about whether there

-08:-36:00  **21**  were people who had been complaining about supposing -- or

-08:-36:00  **22**  intending to go on a trip to the Hajj in Mecca and not being

-08:-36:00  **23**  able to go, and one of them was Wassim?

06:48:51  **24**     **A.**  Yes, I remember Wassim.

06:49:00  **25**     **Q.**  And do you remember Mr. El-Hindi saying to you:  'Cause

-08:-36:00 **1** what's-his-name was supposed to go there for free, uh, Wassim.

-08:-36:00 **2** You remember Wassim?  Do you remember Mr. El-Hindi saying that

-08:-36:00 **3** to you?

-08:-36:00 **4**     A.    Yes.

-08:-36:00 **5**     Q.    And your response was:  Yeah, I know Wassim.   I see him

06:49:16 **6** today -- or yesterday.   Correct?

-08:-36:00 **7**     A.    Yes.

06:49:29 **8**     Q.    So apparently at this point in time Mr. El-Hindi didn't

06:49:33 **9** even clearly recall Wassim's name?

06:49:37 **10**                MR. SOFER:  Objection.

06:49:38 **11**                THE COURT:  Sustained.   The jury will disregard

-08:-36:00 **12** that.

06:49:45 **13** BY MR. BOSS:

-08:-36:00 **14**     Q.    I'd like to direct your attention to the next page, page

06:49:48 **15** 8.  If you could read the highlighted portion for yourself and

-08:-36:00 **16** see if that refreshes your recollection again.

06:50:24 **17**     A.    Yes, sir.

06:50:27 **18**     Q.    Now, you had been telling Mr. El-Hindi that --

06:50:30 **19** Mr. El-Hindi was complaining that he thought somebody was

-08:-36:00 **20** following him and tapping his phone?

06:50:37 **21**     A.    I state right here, it says Wassim.  He said maybe

06:50:43 **22** somebody's following him; he's not sure.   But, I mean, I'd have

-08:-36:00 **23** to read before, if we're referring to somebody else; or if I'm

06:50:54 **24** talking, in fact, about Wassim.

06:50:57 **25**     Q.    Whether it's Wassim or Mr. Amawi -- pardon me.   Wassim

-08:-36:00 **1** said somebody's following me; he's not sure.   And Mr. El-Hindi

-08:-36:00 **2** in response to that said?

-08:-36:00 **3**                MR. SOFER:  Objection.

06:51:11 **4**                THE COURT:  Disregard the "not sure" comment.

06:51:14 **5**                MR. SOFER:  Judge, it's hearsay.

06:51:20 **6** BY MR. BOSS:

-08:-36:00 **7**        **Q.**   Do you recall Marwan saying --

06:51:23 **8**                MR. HARTMAN:  May we approach?

06:51:26 **9**                THE COURT:  Maybe I missed something.   Come on up.

-08:-36:00 **10**                (Whereupon the following discussion was had outside

06:56:39 **11** the hearing of the jury:)

06:56:39 **12**                THE COURT:  The "not sure", was that an inserted

-08:-36:00 **13** aside?

-08:-36:00 **14**                MR. SOFER:  No.

-08:-36:00 **15**                THE COURT:  I misunderstood.

-08:-36:00 **16**                MR. SOFER:   My objection is here -- take a look at

-08:-36:00 **17** this, Judge.   In a naked way like this, he can cross-examine

-08:-36:00 **18** the witness.  But cross-examination of the witness --

-08:-36:00 **19**                THE COURT:  I tend to agree.

-08:-36:00 **20**                MR. SOFER:  If he wants to put this in, again,

-08:-36:00 **21** we've discussed this a lot of times.   If the defense wants to

-08:-36:00 **22** put this last sentence in because they think it's helpful for

-08:-36:00 **23** their case, I understand that.   I would want to do the same

-08:-36:00 **24** thing.   As I've said a million times, this is not the

-08:-36:00 **25** appropriate way of doing it.   Having this witness read

-08:-36:00 **1** something from a transcript, unless they have something they

-08:-36:00 **2** want to cross-examine the witness about --

-08:-36:00 **3** MR. HARTMAN: And, Judge, my thought is 8033;

-08:-36:00 **4** that's not hearsay. It's clearly not because it shows his

-08:-36:00 **5** mental state. Because of the conversation and the fact they

-08:-36:00 **6** hadn't talked to each other in so long, we're entitled to ask

-08:-36:00 **7** him if he even knew anything about it. He can look at that

-08:-36:00 **8** answer and refer to that answer to show it.

-08:-36:00 **9** MR. SOFER: It shows his mental --

-08:-36:00 **10** THE COURT: I think you can ask him: What did you

-08:-36:00 **11** understand -- what was your understanding on that date as to

-08:-36:00 **12** when Mr. El-Hindi and either Mr. Amawi or whoever you want to

-08:-36:00 **13** talk about, Mr. Mazloum had last been in contact with each

-08:-36:00 **14** other? I think that, you can ask, and see what he says. But

-08:-36:00 **15** you're right, to simply read the transcript into the record and

-08:-36:00 **16** thereby try to produce something probative --

-08:-36:00 **17** MR. BOSS: It wasn't the contact between them that

-08:-36:00 **18** was the issue, Judge.

-08:-36:00 **19** THE COURT: What am I missing?

-08:-36:00 **20** MR. HARTMAN: It was what he said about being

-08:-36:00 **21** followed or something, about his mental -- about what El-Hindi

-08:-36:00 **22** thought, his state of mind about him being followed. He says,

-08:-36:00 **23** I don't care. It's a conversation: What do they want; my

-08:-36:00 **24** computer, to see if I go to the internet; I download things.

-08:-36:00 **25** All this stuff Griffin talked about on direct that happened.

-08:-36:00 **1** And El-Hindi is clearly, under 8033 --

-08:-36:00 **2**          MR. SOFER:  I don't think that's a proper use of

-08:-36:00 **3** 8033.

-08:-36:00 **4**          THE COURT:  It's not hearsay; I agree with him on

-08:-36:00 **5** that.

-08:-36:00 **6**          MR. SOFER:  I understand why it is they want to do

-08:-36:00 **7** this.   But if they want to put in testimony from somebody about

-08:-36:00 **8** whether or not they thought that things that they were doing

-08:-36:00 **9** were right or wrong, then again, I think there's only one person

-08:-36:00 **10** that can do this.   You're putting in this little snippet as --

-08:-36:00 **11**          THE COURT:  How do you get this in under

-08:-36:00 **12** cross-examination?

-08:-36:00 **13**          MR. HARTMAN:  Well, Judge, first of all, it's

-08:-36:00 **14** because this is right before the indictment came down as Griffin

-08:-36:00 **15** is calling Amawi in Jordan and goes to visit Wassim the day

-08:-36:00 **16** before.

-08:-36:00 **17**          THE COURT:  You can certainly ask him, were you

-08:-36:00 **18** aware that the indictment was coming out?  For what purpose were

-08:-36:00 **19** you contacting A, Amawi; you contacted Wassim;  you contacted

-08:-36:00 **20** El-Hindi, all within a few -- however many days.   What was your

-08:-36:00 **21** purpose in doing so?  Had that been suggested to you by someone

-08:-36:00 **22** in the Bureau that you do so?  Then depending upon his

-08:-36:00 **23** answers -- and did you inform El-Hindi about Mazloum being

-08:-36:00 **24** followed?   I think you can ask:  Do you recall what his

-08:-36:00 **25** reaction was?

3862

-08:-36:00 **1**          I don't know.   It's getting further and further

-08:-36:00 **2** away from proper impeachment.

-08:-36:00 **3**          MR. HARTMAN:  Can we ask why he would ask these

-08:-36:00 **4** questions?

-08:-36:00 **5**          THE COURT:  If you want to ask a why question on

-08:-36:00 **6** cross-examination.

-08:-36:00 **7**          MR. HARTMAN:  Obviously we're not going to put it

-08:-36:00 **8** that way.   He's smarter than I am.

-08:-36:00 **9**          THE COURT:  If you want to ask what his purpose

-08:-36:00 **10** was, fine.   I think to the extent -- I think you have the

-08:-36:00 **11** apprehension that he may have somehow been doing this as one

-08:-36:00 **12** last rake through the pile to see what he could pull out.

-08:-36:00 **13** That's fine.   If that's what's going on.   And then go from

-08:-36:00 **14** there.

-08:-36:00 **15**          MR. SOFER:  Judge, that, I think, would be a proper

-08:-36:00 **16** avenue of cross-examination.   But I'm confident that's not

-08:-36:00 **17** what's going on here.   They want this in because it's

-08:-36:00 **18** testimony --

-08:-36:00 **19**          THE COURT:  But to read it in, uh-uh.   Okay.

-08:-36:00 **20**          (End of side-bar discussion.)

06:56:48 **21**          THE COURT:  Okay.  Mr. Boss, you may continue.

-08:-36:00 **22**          MR. BOSS:  Thank you, Judge.

06:56:53 **23** BY MR. BOSS:

-08:-36:00 **24**    **Q.**  Mr. Griffin, what was your purpose for going and seeing

06:56:58 **25** apparently Wassim and Mr. El-Hindi so short before the

-08:-36:00 **1** indictment?   Did you know the indictment was coming down?

-08:-36:00 **2**   A.   I did not, sir.

06:57:06 **3**   Q.   Did you have an understanding as to Mr. El-Hindi's

-08:-36:00 **4** concern or lack of concern regarding using his computer to

06:57:13 **5** download videos and look at internet sites?

06:57:16 **6**   A.   Could you repeat that?   I'm sorry.

-08:-36:00 **7**   Q.   Did you have an understanding as to Mr. El-Hindi's

06:57:21 **8** concern or lack of concern as an American citizen downloading

06:57:26 **9** videos and looking at internet sites?

06:57:30 **10**   A.   What, if he thought it was wrong or right or something?

-08:-36:00 **11**   Q.   Yeah.

06:57:34 **12**   A.   I guess from this, he believes it's not -- it's okay.

06:57:41 **13**   Q.   Now, in the time that you were proposing to put together

06:57:49 **14** your cell, Marwan El-Hindi never suggested that he was going to

06:57:55 **15** put together a cell, did he?

06:58:01 **16**   A.   Just the fact -- I would have to say yes, sir.

06:58:08 **17**   Q.   You did suggest each, Marwan El-Hindi, Wassim, and Mr.

-08:-36:00 **18** Amawi, form -- each form their own cell; isn't that correct?

-08:-36:00 **19**   A.   I believe so.

-08:-36:00 **20**   Q.   And you have no knowledge of Marwan El-Hindi ever

-08:-36:00 **21** forming a cell, do you?

06:58:28 **22**   A.   Once again, do you want my opinion or --

-08:-36:00 **23**     MR. BOSS:  No, I don't think so.   I really don't

-08:-36:00 **24** think so.   But thank you for your time.

06:58:39 **25**     Judge, subject to recalling Mr. Griffin on direct

06:58:44 **1** examination, we have completed our cross.

-08:-36:00 **2** THE COURT:  Okay.  And, ladies and gentlemen, I

-08:-36:00 **3** think we will adjourn for the day and resume Friday morning at

-08:-36:00 **4** 8:30.  And as I've indicated, if at all possible, I'd like very

-08:-36:00 **5** much to complete Mr. Griffin's testimony; it may not be possible

-08:-36:00 **6** on Friday because it takes time to develop things.  I'm not

-08:-36:00 **7** going to set a timetable.  So we may go right up to 4:30 or

-08:-36:00 **8** shortly after that.  The risk that we would go much later than

-08:-36:00 **9** that is nil because I have to catch a plane.  And you can't

-08:-36:00 **10** stay here if I can't.

06:59:33 **11** Okay, folks.  Have a pleasant day tomorrow.  And

-08:-36:00 **12** drive carefully.  Don't talk about the case, keep an open mind,

-08:-36:00 **13** and we'll see you Friday morning.

07:00:23 **14** (The jury exits the courtroom.)

-08:-36:00 **15** THE COURT:  You may step down, Mr. Griffin.

-08:-36:00 **16** You may be seated.  How are we doing with the

07:00:29 **17** definitions?

07:00:30 **18** MR. SOFER:  The government and counsel, I think,

-08:-36:00 **19** have agreed to a large swath of them.  We --

07:00:37 **20** THE COURT:  A bigger swath than before?

07:00:40 **21** MR. SOFER:  I think so.  We now, as a result of

-08:-36:00 **22** our conversation on Monday and Monday evening, we've sent now an

07:00:51 **23** additional chunk of definition that related to groups, because

-08:-36:00 **24** counsel said originally -- Counsel for Amawi said they refused

-08:-36:00 **25** to stipulate to any of the groups.  Therefore, we did not have

07:01:01 **1** to get clearance, for lack of a better word, to stipulate to

07:01:06 **2** those terms for purposes of this trial and this trial only.   I

-08:-36:00 **3** have to say that after every time I say that, Judge, or they're

07:01:13 **4** going to fire me.

07:01:14 **5**          THE COURT:  Really?

-08:-36:00 **6**          MR. SOFER:   I'm sorry, Judge.

07:01:23 **7**          I think, Counsel, as they stated earlier in the

-08:-36:00 **8** week, had a slight change of heart about this.   So Mr.

07:01:29 **9** Teresinski has been working diligently to get that group -- I

07:01:33 **10** don't know if they've been sent to defense counsel.

07:01:36 **11**          MR. WITMER-RICH:  My understanding is we were going

-08:-36:00 **12** to try to sit down right now.

07:01:40 **13**          MR. TERESINSKI:   I suggested to counsel that

07:01:42 **14** whoever is responsible for each team sit down with me at the

07:01:46 **15** conclusion of today so we can go over what was given to them the

-08:-36:00 **16** other day, what was given to Your Honor.   I was going to add

07:01:53 **17** groups as we receive them back from Washington, the definitions

-08:-36:00 **18** to counsel tonight to let them look at it as well.

-08:-36:00 **19**          THE COURT:  Good.   If you want to use the

07:02:02 **20** conference room back here, you're welcome to do so.

-08:-36:00 **21**          MR. SOFER:   The government's position on this is

-08:-36:00 **22** as soon as they're available, we'd like the jury to have an

07:02:11 **23** opportunity to read them.

-08:-36:00 **24**          Two other quick things, Judge.  I just want to make

-08:-36:00 **25** sure it's clear under Your Honor's rules and under the rules of

07:02:19  **1**  this circuit and in this district that we have the witness back,

-08:-36:00  **2**  and we can discuss the case with him for redirect.

-08:-36:00  **3**  There was one piece of evidence, Government's

07:02:29  **4**  Exhibit 61A, which was admitted into evidence, I believe.   I

07:02:32  **5**  just wanted to make sure counsel for both Mohammad Amawi and

-08:-36:00  **6**  Wassim Mazloum consented to that stipulation of permitting that

-08:-36:00  **7**  piece of evidence.

07:02:43  **8**  MR. WITMER-RICH:  No objection.

07:02:45  **9**  MR. DOUGHTEN:  Just so we're clear --

-08:-36:00  **10**  THE COURT:  That was the translation --

07:02:50  **11**  MR. DOUGHTEN:  We have no problem, Your Honor.

07:02:52  **12**  THE COURT:  Anything else from the government?

07:02:57  **13**  MR. SOFER:  Nothing.

07:02:58  **14**  MR. HARTMAN:  No, Judge.

-08:-36:00  **15**  MR. DOUGHTEN:  No, Your Honor.

07:03:01  **16**  THE COURT:  Then I think all the exhibits that you

07:03:04  **17**  alluded to are in evidence, right, during your cross?

07:03:08  **18**  MR. BOSS:  Judge, actually, we have a series of

07:03:11  **19**  recordings that were alluded to that we played, some of which

07:03:15  **20**  were part of the Government's Exhibits offered, some of which

-08:-36:00  **21**  were not.  We will need to separately present those.   They are

-08:-36:00  **22**  all exhibit EH1-various numbers.  We also have the video of the

07:03:32  **23**  ID -- or 1D-29, which we played today, which we've brought.   It

07:03:41  **24**  is identified now as Exhibit 4, EH4, and we do offer it into

-08:-36:00  **25**  evidence.

07:03:47 **1**     MR. SOFER:  And, Judge, I would like a list from

-08:-36:00 **2** counsel just so we can parse this out.   Some of the things that

-08:-36:00 **3** they used, and we started this -- the whole beginning of this

-08:-36:00 **4** they're not properly entered into evidence, others the

07:04:02 **5** government has put into evidence or agreed with counsel to put

-08:-36:00 **6** in.   I have no way of sorting that out at this juncture.   I'd

07:04:08 **7** ask them to supply a list.   We'll go through it, and we'll be

-08:-36:00 **8** able to come back here on Friday and tell the Court --

07:04:14 **9**     THE COURT:  At some point.   That's fine.   So long

07:04:17 **10** as the clerk's office and the record know what's being talked

-08:-36:00 **11** about, take your time.

07:04:30 **12**     MR. HARTMAN:  Judge, one second.

-08:-36:00 **13**     (Discussion had off the record.)

07:04:32 **14**     MR. SOFER:  And Counsel reminds me, EH4, that is

-08:-36:00 **15** the long video that we watched, was a Government's Exhibit or at

-08:-36:00 **16** least a government disk.   We've stipulated that that should be

07:04:45 **17** entered into evidence in its entirety.

-08:-36:00 **18**     THE COURT:  Okay.  I just want to make sure

07:04:49 **19** whatever you are dealing with made it from your table to mine,

-08:-36:00 **20** so to speak.

07:04:57 **21**     MR. BOSS:  I hope so.

-08:-36:00 **22**     THE COURT:  Okay.  See you guys Friday morning.

07:05:04 **23**     (Adjourned at 3:38 p.m.)

**24**     - - -

**25**

C E R T I F I C A T E

1
2
3    I certify that the foregoing is a correct transcript from the
4  record of proceedings in the above-entitled matter.
5
6  /s Tracy L. Spore_____     _____
7  Tracy L. Spore, RMR, CRR       Date
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3869

1          I N D E X

2

3

4   DARREN GRIFFIN, CONTINUED CROSS-EXAMINATION3779

5   BY MR. BOSS:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25