1                        UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF OHIO
2                              WESTERN DIVISION

3    UNITED STATES OF AMERICA,    - Docket No. 3:06-CR-719
                                  -
4       Plaintiff,                - Toledo, Ohio
                                  - May 8, 2008
5            v.                   - Trial
                                  -
6    MOHAMMAD ZAKI AMAWI, et al.,-
                                  -
7       Defendants.               -
     ------------------------------

8
                         VOLUME 48, TRANSCRIPT OF TRIAL
9                  BEFORE THE HONORABLE JAMES G. CARR
           UNITED STATES DISTRICT CHIEF JUDGE, AND A JURY
10
     APPEARANCES:
11
     For the Plaintiffs:      United States Attorneys' Office
12                            By:   Thomas E. Getz
                                    Justin E. Herdman
13                            801 Superior Avenue, W
                              Cleveland, OH 44113
14                            (216) 622-3840

15                            U.S. Department of Justice
                              By:   Jerome J. Teresinski
16                                  David I. Miller
                              10th & Constitution Ave, NW
17                            Washington, DC 20530
                              (202) 353-3464
18
                              Office of the U.S. Attorney- Austin
19                            By:   Gregg N. Sofer
                              816 Congress Avenue
20                            Austin, TX 78701
                              (512) 916-5858
21

22

23

24

25

1   For the Defendant Amawi: Office of the Federal Public
                        Defender - Cleveland
2                       By:  Amy B. Cleary
                            Jonathan P. Witmer-Rich
3                           Edward G. Bryan
                            Timothy C. Ivey
4                       750 Skylight Office Tower
                        1660 West Second St.
5                       Cleveland, OH 44113
                        (216) 522-4856
6
                        Muawad & Muawad
7                       By:  Elias Muawad
                        36700 Woodward Avenue, Suite 209
8                       Bloomfield Hills, MI 48304
                        (248) 594-4700
9
    For the Defendant        Kerger & Kerger
10  El-Hindi:              By:  Stephen D. Hartman
                        Suite 201
11                      33 South Michigan Street
                        Toledo, OH 43602
12                      (419) 255-5990

13                      Boss & Vitou
                        By:  Charles M. Boss
14                      111 West Dudley Street
                        Maumee, OH 43537-2140
15                      (419) 893-5555

16                      Raslan, El-Kamhawy & Pla
                        By:  Alek H. El-Kamhawy
17                      Suite 3FE, 1700 East 13 Street
                        Cleveland, OH 44114
18                      (216) 928-1500

19  For the Defendant        David L. Doughten
    Mazloum:                4403 St. Clair Avenue
20                      Cleveland, OH 44103-1125
                        (216) 361-1112
21
                        Helmick & Hoolahan
22                      By:  Jeffrey J. Helmick
                        2nd Floor
23                      1119 Adams Street
                        Toledo, OH 43624-1508
24                      (419) 243-3800

25

1   Mohammed Abdrabboh
    1620 Ford Avenue
2   Wyandotte, MI 48192
    (734) 283-8405
3
        Court Reporter:      Tracy L. Spore, RMR, CRR
4   1716 Spielbusch Avenue
    Toledo, Ohio 43624
5   (419) 243-3607

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    Proceedings recorded by mechanical stenography, transcript
24  produced by notereading.
25

4592

1      (Reconvened at 1:08 p.m.)

2          THE COURT:  You remain under oath.

00:00:06    3                          - - -

00:00:06    4      MIKAEIL ALMOZROUEI, CONTINUED CROSS-EXAMINATION

00:00:12    5  BY MR. BRYAN:

00:00:12    6      Q.    Good afternoon, Mr. Almozrouei.  Sir, just prior to the

-13:-08:-44  7  break we were talking about Mohammad Amawi and how he used to

-13:-08:-44  8  sit on his computer and debate other people from around the

-13:-08:-44  9  world.

-13:-08:-44  10          Do you recall that?

-13:-08:-44  11     A.    Yes.

00:00:28    12     Q.    And the computer chat room he was doing it through was

-13:-08:-44  13  Pal Talk, correct?

00:00:35    14     A.    I wasn't paying attention, but perhaps.

-13:-08:-44  15     Q.    But he actually was able to use the microphone to speak

-13:-08:-44  16  into the computer?

-13:-08:-44  17     A.    That's correct.

-13:-08:-44  18     Q.    So he was actually having conversations through the

00:00:46    19  computer; is that correct?

-13:-08:-44  20     A.    Yes.

-13:-08:-44  21     Q.    And sometimes he'd be typing at the same time?

-13:-08:-44  22     A.    That's right.

-13:-08:-44  23     Q.    That's also the times that he would maybe be cutting and

00:00:54    24  sending, e-mailing clips and things like that back and forth

-13:-08:-44  25  with the people that he was talking to, correct?

4593

-13:-08:-44  **1**  **A.**  I don't remember that part.

00:01:03  **2**  **Q.**  Do you remember him having a debate with a Christian by

-13:-08:-44  **3**  the name of Adam 831 screen name?

-13:-08:-44  **4**  **A.**  Sounds familiar.

-13:-08:-44  **5**  **Q.**  And do you remember it being around the same time as

-13:-08:-44  **6**  these beheading videos being played and him showing you the

-13:-08:-44  **7**  Christian atrocities and things like that from around the world?

-13:-08:-44  **8**  **A.**  Yes.

00:01:23  **9**  **Q.**  Do you remember a time when you were walking by --

-13:-08:-44  **10**  Now, he had a bottom floor apartment; is that

00:01:30  **11**  correct?

00:01:30  **12**  **A.**  That's correct.

-13:-08:-44  **13**  **Q.**  When you were walking by his apartment window where he

-13:-08:-44  **14**  was sitting at his computer and he yelled out to you to come

-13:-08:-44  **15**  over to his window, do you recall that?

-13:-08:-44  **16**  **A.**  Yes.

00:01:40  **17**  **Q.**  And the reason he was calling you over is because he had

00:01:43  **18**  Adam 831 on his computer at that time, correct?

00:01:47  **19**  **A.**  I guess.

00:01:49  **20**  **Q.**  And Adam?

-13:-08:-44  **21**  THE COURT:  When you say you guess, did you know

-13:-08:-44  **22**  or...

-13:-08:-44  **23**  THE WITNESS:  I mean I don't remember.

-13:-08:-44  **24**  THE COURT:  Okay.  Then the jury will disregard the

-13:-08:-44  **25**  answer.

-13:-08:-44  1  BY MR. BRYAN:

-13:-08:-44  2      Q.  Do you remember coming over to his window?

-13:-08:-44  3      A.  I remember coming to his window and him calling me, yes.

-13:-08:-44  4      Q.  Do you remember him holding the microphone to the screen

-13:-08:-44  5  and you were able to talk to someone through the computer?

00:02:13  6      A.  I remember talking to someone on the computer when I was

-13:-08:-44  7  in his apartment.

00:02:18  8      Q.  Do you remember him referring about this gentleman Adam

-13:-08:-44  9  831 who had previously been a Christian just converting to Islam

-13:-08:-44  10  then you speaking to Adam 831 about that?

00:02:32  11              MR. MILLER:  Objection relevance.

-13:-08:-44  12              THE COURT:  I would tend to agree.  If you want to

00:02:36  13  approach.

00:02:37  14              (Whereupon the following discussion was had at the

00:05:21  15  bench outside the hearing of the jury:)

00:05:21  16              THE COURT:  Where are you going with that?

-13:-08:-44  17              MR. BRYAN:  Let me preface what I'm about to say by

-13:-08:-44  18  the concept of relevance.  Relevance.

-13:-08:-44  19              THE COURT:  Where are you going?  I know the

-13:-08:-44  20  concept of relevance.

-13:-08:-44  21              MR. BRYAN:  Where I'm going, Your Honor, is that

-13:-08:-44  22  the government has presented a tremendous amount of evidence

-13:-08:-44  23  from Mr. Griffin that Mr. Amawi spent a tremendous amount of

-13:-08:-44  24  time on his computer and that he did so for sinister motives,

-13:-08:-44  25  that he was attempting to be able to do certain things through

-13:-08:-44 **1** the downloading of videos, learning from the videos supporting

-13:-08:-44 **2** the Jihad in Iraq and things like this.   This is an example of

-13:-08:-44 **3** Mr. Amawi spending a lot of time on the computer where he's

-13:-08:-44 **4** doing something that was non-sinister.

-13:-08:-44 **5**          As it relates to relevance, what I was about to say

-13:-08:-44 **6** is that when it comes to relevance, relevance according to the

-13:-08:-44 **7** government is very easily understood.   That's anything that has

-13:-08:-44 **8** a tendency to show the defendant committed the crime or was

-13:-08:-44 **9** about to commit the crime.   As it relates to defense, Your

-13:-08:-44 **10** Honor, sometimes relevance is a little bit more of a subtle

-13:-08:-44 **11** concept.

-13:-08:-44 **12**          THE COURT:  I understand that.   My point simply is

-13:-08:-44 **13** what he and this person were talking about, I don't see what the

-13:-08:-44 **14** relevance of that is.  I think you can ask, did they have a

-13:-08:-44 **15** discussion as far as you heard that was entirely -- appeared to

-13:-08:-44 **16** be entirely a religious discussion?   And on occasion did you

-13:-08:-44 **17** hear other conversations of this sort?

-13:-08:-44 **18**          MR. MILLER:  This goes back to a point that was

-13:-08:-44 **19** made about a month ago when we were talking about recordings.

-13:-08:-44 **20** Mr. Sofer I think articulated there's case law, and this is sort

-13:-08:-44 **21** of an obvious proposition, that the defense doesn't get to play

-13:-08:-44 **22** recordings, for example, every time there's nothing going on.

-13:-08:-44 **23**          MR. BRYAN:  This isn't nothing going on.

-13:-08:-44 **24**          MR. MILLER:  Let me finish.

-13:-08:-44 **25**          THE COURT:  It is part of the theme that what the

4596

-13:-08:-44  **1**   conversations ultimately weren't religious or ideological.

-13:-08:-44  **2**             MR. HARTMAN:  Do you mind if I add something?  Mr.

-13:-08:-44  **3**   Sofer's example was about four hours about --

-13:-08:-44  **4**             THE COURT:  We don't need anything supplemental

-13:-08:-44  **5**   right now.

-13:-08:-44  **6**             (End of sidebar).

00:05:25  **7**             THE COURT:  Why don't you rephrase the question.

-13:-08:-44  **8**   I overruled the objection.   I can't really remember the

-13:-08:-44  **9**   question.

00:05:34  **10**             MR. BRYAN:  Thank you, Your Honor.

00:05:34  **11**   BY MR. BRYAN:

-13:-08:-44  **12**     **Q.**   So Mr. Almozrouei, you recall this incident where you

00:05:39  **13**   actually were able to have a conversation with somebody that Mr.

-13:-08:-44  **14**   Amawi recently converted to Islam?

-13:-08:-44  **15**     **A.**   Yes.

-13:-08:-44  **16**     **Q.**   Do you recall this person being this Adam 831?

-13:-08:-44  **17**     **A.**   That sounds familiar.

00:05:51  **18**     **Q.**   Mr. Almozrouei, you know Darren Griffin, correct?

-13:-08:-44  **19**     **A.**   That's correct.

-13:-08:-44  **20**     **Q.**   You also know him as Bilal Griffin?

00:05:58  **21**     **A.**   Yes.

-13:-08:-44  **22**     **Q.**   You met Mr. Griffin at the Mosque of -- one of the

-13:-08:-44  **23**   Mosques in Toledo, correct?

00:06:04  **24**     **A.**   Yes.

-13:-08:-44  **25**     **Q.**   And Mr. Griffin at the Mosque would sometimes advertise

00:06:08 **1** that he owned a private security company; is that correct?

-13:-08:-44 **2**    **A.**   Yes.

-13:-08:-44 **3**    **Q.**   And he also would pass out his cards at the Mosque about

-13:-08:-44 **4** his private security company as well, correct?

-13:-08:-44 **5**    **A.**   Yes.

-13:-08:-44 **6**    **Q.**   And his card said something like Direct Action Security

-13:-08:-44 **7** on them?

-13:-08:-44 **8**    **A.**   I don't remember.   I'll take your word for it.

-13:-08:-44 **9**    **Q.**   And he sort of promoted himself as someone having a

00:06:28 **10** company that could provide VIP protection to dignitaries and

-13:-08:-44 **11** things like that, correct?

00:06:33 **12**    **A.**   I mean I don't remember exactly what it was about.

-13:-08:-44 **13**    **Q.**   But you remember it being about a security company?

-13:-08:-44 **14**    **A.**   Yes.

-13:-08:-44 **15**    **Q.**   Were you aware that he also invited people to go to the

-13:-08:-44 **16** local shooting range, Cleland's?

-13:-08:-44 **17**    **A.**   Yes.

-13:-08:-44 **18**    **Q.**   And, in fact, he discussed with you his security company

-13:-08:-44 **19** and he invited you to go to Cleland's to shoot with him as well,

-13:-08:-44 **20** correct?

-13:-08:-44 **21**    **A.**   Yes.

-13:-08:-44 **22**    **Q.**   And you did go, in fact, with him to Cleland's and shoot

-13:-08:-44 **23** with him?

00:06:57 **24**    **A.**   Yes, twice.

00:06:58 **25**    **Q.**   You went with him on two occasions?

-13:-08:-44 **1**    **A.**   Uh-huh.

-13:-08:-44 **2**    **Q.**   Thank you, sir.

00:07:04 **3**          Now, Mr. Griffin in June or in the summer, the

00:07:07 **4**  beginning of the summer, end of spring, 2004, started spending

-13:-08:-44 **5**  time with Mr. Amawi at Shaftsbury; is that correct?   Do you

00:07:19 **6**  recall seeing him there?

-13:-08:-44 **7**    **A.**   I recall seeing him there.

-13:-08:-44 **8**    **Q.**   Do you recall a time in -- sometime in the early summer

00:07:25 **9**  sitting with Mr. Griffin and Mr. Amawi and Mr. Amawi's aunt, and

-13:-08:-44 **10**  maybe a couple other people, in Mr. Amawi's apartment discussing

00:07:35 **11**  things one night?

00:07:36 **12**    **A.**   No.

-13:-08:-44 **13**    **Q.**   Do you recall going to a movie with that group of

-13:-08:-44 **14**  people?

00:07:41 **15**    **A.**   Yes.

00:07:42 **16**    **Q.**   And before you went to that movie, were you sitting in

-13:-08:-44 **17**  Mr. Amawi's apartment just generally socializing?

-13:-08:-44 **18**    **A.**   Yes.

00:07:52 **19**    **Q.**   I'm talking about generally socializing.   Is it threw

00:07:57 **20**  sometimes in the Arabic culture that people love to talk about

00:08:00 **21**  politics?

00:08:02 **22**          MR. MILLER:  Objection.

00:08:06 **23**          THE COURT:  I would agree.  The jury will disregard

-13:-08:-44 **24**  the question and answer.

00:08:12 **25**          MR. BRYAN:  I'll move on.

00:08:14  **1**  BY MR. BRYAN:

00:08:14  **2**  **Q.**  Do you recall this Fahrenheit 911 -- strike that.

-13:-08:-44  **3**  Did I ask you what movie you guys went to see yet?

-13:-08:-44  **4**  **A.**  No.

00:08:23  **5**  **Q.**  I don't recall.  The movie that you were going to see

-13:-08:-44  **6**  was Fahrenheit 9/11, correct?

-13:-08:-44  **7**  **A.**  Yes.

00:08:30  **8**  **Q.**  And the individuals who were with you and Mr. Amawi in

-13:-08:-44  **9**  his apartment at the time before you went to that movie was Mr.

-13:-08:-44  **10**  Amawi, yourself, Mr. Griffin, and Mr. Amawi's aunt.  Do you

-13:-08:-44  **11**  recall that?

-13:-08:-44  **12**  **A.**  Yes.

00:08:43  **13**  **Q.**  And Mr. Griffin drove everybody -- do you remember it

-13:-08:-44  **14**  being, like, June, 2004?

00:08:50  **15**  **A.**  I don't recall.

00:08:53  **16**  **Q.**  But he's the one that drove everybody over to the

00:08:56  **17**  theater complex to see the movie Fahrenheit 9/11?

00:09:01  **18**  **A.**  Yes.

-13:-08:-44  **19**  **Q.**  Most people already know this, but Fahrenheit 9/11 is a

-13:-08:-44  **20**  Michael Moore produced movie.  It was critical of the Bush

00:09:11  **21**  Administration's war on Iraq?

-13:-08:-44  **22**  **A.**  Yes.

00:09:13  **23**  **Q.**  It's sort of presented as is a documentary about what's

00:09:16  **24**  going on in Iraq and the slant of the movie is clearly critical

-13:-08:-44  **25**  towards the United States position in Iraq, correct?

-13:-08:-44 **1**    **A.**   Yes.

-13:-08:-44 **2**    **Q.**   And that was something that everybody in that group was

00:09:25 **3** pretty much supportive of that movie, correct?

-13:-08:-44 **4**                MR. MILLER:  Objection.

00:09:31 **5**                THE COURT:  I'll let him answer.

00:09:35 **6** BY MR. BRYAN:

00:09:35 **7**    **Q.**   Supportive of the message of the movie?

00:09:38 **8**    **A.**   I guess, yes.   I guess.

-13:-08:-44 **9**                THE COURT:  Actually, he has to have some basis for

-13:-08:-44 **10** concluding.

00:09:45 **11**    **A.**   I don't remember our conversation that much after.

-13:-08:-44 **12** BY MR. BRYAN:

-13:-08:-44 **13**    **Q.**   But before you went into the movie, do you recall that

-13:-08:-44 **14** it was Darren Griffin who actually paid everybody's way into the

00:09:55 **15** movie?

-13:-08:-44 **16**    **A.**   No, I don't recall.

-13:-08:-44 **17**    **Q.**   You don't recall that?   Are you saying that it didn't

-13:-08:-44 **18** happen or you just don't recall?

00:10:05 **19**    **A.**   I'm listening that, but I just don't remember.

00:10:12 **20**    **Q.**   Now, you, sir, are personally involved in martial arts,

-13:-08:-44 **21** correct?

-13:-08:-44 **22**    **A.**   Uh-huh.

-13:-08:-44 **23**    **Q.**   And for some time now you've trained in the arts of tae

00:10:23 **24** kwon do?

00:10:23 **25**    **A.**   You name it.

-13:-08:-44 **1**　**Q.**　Well, you name it.

00:10:25 **2**　**A.**　(Inaudible.)

00:10:35 **3**　　　THE COURT:  Say them slowly and spell each one

00:10:38 **4** afterwards.  And maybe indicate --

00:10:41 **5**　**A.**　Tae kwon do, which is a Korean martial art.  Quil Ko

00:10:47 **6** (phonetically)

00:10:47 **7**　　　THE COURT:  How do you spell that?

-13:-08:-44 **8**　　　THE WITNESS:  (Motions.)

-13:-08:-44 **9**　**A.**　Jing Quan Do, Kenpo, Shir Wu (phonetically), karate, and

00:11:16 **10** that's about it, I guess.

00:11:19 **11** BY MR. BRYAN:

00:11:19 **12**　**Q.**　Is this something that you communicated to Mohammad

00:11:23 **13** Amawi as well, that you're interested in this?

00:11:27 **14**　**A.**　Yes.

-13:-08:-44 **15**　**Q.**　And Mr. Amawi seemed to be really interested in your

00:11:31 **16** martial arts ability as well?

-13:-08:-44 **17**　**A.**　For about five minutes.

00:11:37 **18**　**Q.**　We'll get to that.  But as it relates to security

00:11:40 **19** training, do you recall around this time from your personal

00:11:45 **20** knowledge Mr. Griffin being willing to train people in private

-13:-08:-44 **21** security?

00:11:51 **22**　**A.**　Yes.

-13:-08:-44 **23**　**Q.**　And that he offered people that he'd give them private

-13:-08:-44 **24** security training?

-13:-08:-44 **25**　**A.**　Yes.

4602

00:11:58 **1**  **Q.**  And do you recall a time where Mr. Amawi came to you and

-13:-08:-44 **2** said that he was interested in taking some of this private

00:12:06 **3** security training and asked you if you were interested in taking

00:12:09 **4** it with him?

-13:-08:-44 **5**  **A.**  I don't recall.  It could have happened.

-13:-08:-44 **6**  **Q.**  It could have happened?  If it did happen, you

00:12:15 **7** obviously declined the invitation?

00:12:17 **8**  MR. MILLER:  Objection.  Speculative.

00:12:20 **9**  MR. BRYAN:  I'll strike it.

00:12:22 **10**  THE COURT:  Indeed.  Go ahead.

00:12:25 **11** BY MR. BRYAN:

00:12:26 **12**  **Q.**  Do you recall when Mr. Amawi told you this, you warning

-13:-08:-44 **13** Mr. Amawi to be careful of Mr. Griffin because people believed

00:12:33 **14** he was an informant?

-13:-08:-44 **15**  **A.**  No.

00:12:34 **16**  **Q.**  You don't recall that?

-13:-08:-44 **17**  **A.**  Uh-uh.

00:12:38 **18**  **Q.**  Now, do you recall Mr. Amawi expressing to you that he

-13:-08:-44 **19** wasn't concerned because he didn't think that he was doing

00:12:46 **20** anything wrong?  Do you recall that, as it relates to security

-13:-08:-44 **21** training?

-13:-08:-44 **22**  **A.**  I don't remember that conversation.

-13:-08:-44 **23**  THE COURT:  You do not remember?

00:12:53 **24**  THE WITNESS:  I do not remember that conversation.

00:13:03 **25** BY MR. BRYAN:

4603

| | | |
|---|---|---|
| 00:13:03 | **1** | **Q.**   Now, in response to Mr. Amawi indicating to you that he |
| 00:13:06 | **2** | was interested in security training, did you offer him -- that's |
| -13:-08:-44 | **3** | why I asked about your martial arts before.   Did you offer him |
| -13:-08:-44 | **4** | to start teaching him some martial arts? |
| 00:13:17 | **5** |              MR. MILLER:  Objection; beyond the scope of direct. |
| 00:13:19 | **6** |              THE COURT:  I'll let him answer. |
| 00:13:22 | **7** | **A.**   I remember offering to teach him because I wanted |
| 00:13:26 | **8** | someone to work out with.   But he didn't really pursue it or me |
| 00:13:31 | **9** | for any kind of exercise or work out or training. |
| -13:-08:-44 | **10** | BY MR. BRYAN: |
| -13:-08:-44 | **11** | **Q.**   Exactly.   Well, concerning this, but you did invite him |
| -13:-08:-44 | **12** | to work out with you in martial arts, correct? |
| -13:-08:-44 | **13** | **A.**   Well, I asked him to hold the board, and he kind of |
| -13:-08:-44 | **14** | chickened-out after I hit it and it went flying out of his hand. |
| -13:-08:-44 | **15** | **Q.**   You're also a big fan of Bruce Lee movies? |
| -13:-08:-44 | **16** | **A.**   Yes. |
| 00:14:02 | **17** | **Q.**   And Bruce Lee is probably the foremost martial artist |
| -13:-08:-44 | **18** | that ever lived? |
| 00:14:07 | **19** |              MR. MILLER:  Objection, Your Honor.  Relevance. |
| -13:-08:-44 | **20** |              THE COURT:  Sustained.   The objection will be |
| -13:-08:-44 | **21** | sustained. |
| 00:14:14 | **22** | BY MR. BRYAN: |
| 00:14:14 | **23** | **Q.**   Did you watch Bruce Lee movies with -- |
| -13:-08:-44 | **24** |              MR. MILLER:  Objection, same question. |
| -13:-08:-44 | **25** |              THE COURT:  I'll let him answer that question. |

-13:-08:-44  1  BY MR. BRYAN:

-13:-08:-44  2  **Q.**  Did you watch Bruce Lee movies and watch with Mr. Amawi,

00:14:34  3  watch Bruce Lee movies with him?

-13:-08:-44  4  **A.**  I taped Bruce Lee movies and put them all on one tape,

00:14:40  5  and I showed him that.

00:14:41  6  **Q.**  So you basically broke down Bruce Lee's movies as sort

-13:-08:-44  7  of like a training video to show him?

-13:-08:-44  8  **A.**  Just the fighting scenes.

-13:-08:-44  9  **Q.**  And you showed that video to Mr. Amawi, correct?

-13:-08:-44  10  **A.**  Yes, sir.

00:15:00  11  THE COURT:  You indicated Mr. Amawi was too lazy to

00:15:05  12  keep up with the martial arts training?

-13:-08:-44  13  THE WITNESS:  I had various students at one time in

-13:-08:-44  14  Toledo, all Arab.   And I made them pay $50 a month, three

-13:-08:-44  15  months upfront because they're from Kuwait and Saudi Arabia, and

-13:-08:-44  16  they get bored quickly.   So I thought if they paid upfront that

-13:-08:-44  17  they'd stay in it long enough to get a feel for it, if they

-13:-08:-44  18  liked it or not.   But it didn't last very long.   They don't

00:15:37  19  stay with it very long.

00:15:39  20  BY MR. BRYAN:

00:15:39  21  **Q.**  Well, I mean, this is just between you and Mr. Amawi,

-13:-08:-44  22  you were --

00:15:43  23  **A.**  It was the same way.

-13:-08:-44  24  **Q.**  Do you recall a time, like, even doing some hand-to-hand

-13:-08:-44  25  where you used a rubber knife and showed him how to disarm

4605

-13:-08:-44 **1** somebody with a rubber knife?

-13:-08:-44 **2**   A.   Yes.

-13:-08:-44 **3**   Q.   So you did do some physical training with Mr. Amawi?

-13:-08:-44 **4**   A.   Yes.

00:15:56 **5**   Q.   And it didn't last very --

-13:-08:-44 **6**   A.   It was, like, one time.

00:16:01 **7**   Q.   And it didn't last very long, and he didn't seem to be

-13:-08:-44 **8** interested in the physical training?

-13:-08:-44 **9**   A.   That's correct.

-13:-08:-44 **10**   Q.   So he was much more interested in watching Bruce Lee

-13:-08:-44 **11** videos than actually being Bruce Lee, I guess?

-13:-08:-44 **12**   A.   I guess.

00:16:15 **13**   Q.   Now, you told -- as a Muslim you're familiar with the

-13:-08:-44 **14** concept of Jihad?

-13:-08:-44 **15**   A.   That's correct.

00:16:33 **16**   Q.   When you told the FBI that --

00:16:37 **17**       MR. MILLER:  Your Honor, could we approach?

-13:-08:-44 **18**       THE COURT:  Sure.

-13:-08:-44 **19**       (Whereupon the following discussion was had at the

00:18:39 **20** bench outside the hearing of the jury:)

00:18:39 **21**       MR. MILLER:  Your Honor, before we started the

-13:-08:-44 **22** direct examination, I introduced, obviously, the issue with

-13:-08:-44 **23** respect to Afghanistan.   My recollection is Counsel for Amawi

-13:-08:-44 **24** wanted basically to get assurances that I wasn't going to ask

-13:-08:-44 **25** his interpretation or understanding of Jihad or any of his

-13:-08:-44 **1** conceptions of that.   All of a sudden -- I said, fine, I won't

-13:-08:-44 **2** do it.   All of a sudden he's asking --

-13:-08:-44 **3**            THE COURT:  Where are you going with this?

-13:-08:-44 **4**            MR. BRYAN:  I apologize.   He's correct.   But I

-13:-08:-44 **5** think really what I wanted to ask him as it related to

-13:-08:-44 **6** self-defense, there's a command in Islam to be prepared, to

-13:-08:-44 **7** learn self-defense, to be able to defend yourself, because this

-13:-08:-44 **8** sort of goes with his martial arts training.

-13:-08:-44 **9**            THE COURT:  If you want to ask him the question,

-13:-08:-44 **10** whether to some or any extent his martial arts training,

-13:-08:-44 **11** experience is related to his understanding of his religion,

-13:-08:-44 **12** that's fine.

-13:-08:-44 **13**            MR. SOFER:  Judge, if I may, this goes back

-13:-08:-44 **14** again --

-13:-08:-44 **15**            THE COURT:  I don't see the relevance.

-13:-08:-44 **16**            MR. SOFER:  Do we get to ask a witness if there's

-13:-08:-44 **17** something --

-13:-08:-44 **18**            MR. BRYAN:  I'll move on.   I won't inquire.

-13:-08:-44 **19**            (End of side-bar discussion.)

00:18:41 **20**            THE COURT:  I sustained the objection.  The jury

-13:-08:-44 **21** will disregard the question.

00:18:46 **22** BY MR. BRYAN:

-13:-08:-44 **23**       **Q.**   Mr. Almozrouei, again, we're trying to recall events

00:18:50 **24** that took place a few years ago but you do recall there came a

00:18:53 **25** time when Mr. Amawi eventually moved back to Jordan, and that

4607

00:18:57 **1** was the last time that you saw him, I guess, until today,

-13:-08:-44 **2** correct?

00:19:01 **3**     **A.**   No, I'm sorry.   I moved to Michigan.

-13:-08:-44 **4**     **Q.**   You moved to Michigan before he actually moved Jordan?

-13:-08:-44 **5**     **A.**   I did not know he left the second time for Jordan.

00:19:13 **6**     **Q.**   You moved to Michigan in what year and what month, if

-13:-08:-44 **7** you recall?

00:19:19 **8**     **A.**   Two and a half years ago.

-13:-08:-44 **9**     **Q.**   Was it in 2005 that you moved to Michigan?

00:19:24 **10**     **A.**   Yeah, I guess, yes.

-13:-08:-44 **11**     **Q.**   Was it summertime, or do you recall?

-13:-08:-44 **12**     **A.**   End of summer perhaps.

-13:-08:-44 **13**     **Q.**   So the summer of 2005, either June, July, or August of

00:19:34 **14** 2005 you moved to Michigan?

00:19:37 **15**     **A.**   I would say it was closer to September.

-13:-08:-44 **16**     **Q.**   If we've heard evidence that Mr. Amawi went back to

-13:-08:-44 **17** Jordan on August 22, 2005, it would have been about the same

00:19:47 **18** time?

-13:-08:-44 **19**     **A.**   August what?

-13:-08:-44 **20**     **Q.**   August 22, 2005.

00:19:50 **21**     **A.**   Maybe it was before then.

-13:-08:-44 **22**     **Q.**   So sometime -- you guys basically moved back to

00:19:56 **23** different areas around the same time, but you believe you moved

-13:-08:-44 **24** first, correct?

00:20:00 **25**     **A.**   I know I moved first.

4608

| 00:20:03 | **1** | **Q.** Now, do you recall having conversations with Mr. Amawi |
| 00:20:07 | **2** | about Jordan itself, the country? |
| -13:-08:-44 | **3** | **A.** No. |
| 00:20:10 | **4** | **Q.** Do you recall him ever describing to you Jordan being a |
| -13:-08:-44 | **5** | very good place to live and a very easy place to live? |
| -13:-08:-44 | **6** | MR. MILLER:  Objection; relevance, Your Honor. |
| 00:20:19 | **7** | **A.** No. |
| 00:20:20 | **8** | THE COURT:  He indicates he did not recall any |
| -13:-08:-44 | **9** | conversation. |
| 00:20:25 | **10** | BY MR. BRYAN: |
| -13:-08:-44 | **11** | **Q.** Did you ever express to Amawi that you would be |
| 00:20:28 | **12** | interested in maybe going to Jordan and visiting Jordan someday? |
| -13:-08:-44 | **13** | MR. MILLER:  Objection as to relevance again, Your |
| -13:-08:-44 | **14** | Honor. |
| -13:-08:-44 | **15** | THE COURT:  I'll let him answer. |
| 00:20:36 | **16** | **A.** I mean, I visit lots of countries, so, I mean -- |
| 00:20:43 | **17** | MR. BRYAN:  Thank you very much, sir.  I have |
| -13:-08:-44 | **18** | nothing further. |
| 00:20:52 | **19** | - - - |
| 00:20:52 | **20** | MIKAEIL ALMOZROUEI, CROSS-EXAMINATION |
| 00:20:53 | **21** | BY MR. HARTMAN: |
| 00:20:53 | **22** | **Q.** Thank you, Your Honor. |
| 00:20:58 | **23** | Good afternoon, sir. |
| -13:-08:-44 | **24** | **A.** Good afternoon. |
| -13:-08:-44 | **25** | **Q.** I apologize, but could you tell me one more time how to |

4609

| | | |
|---|---|---|
| 00:21:04 | **1** | pronounce your name, because I don't want to get it wrong? |
| 00:21:08 | **2** | A. Almozrouei. |
| 00:21:09 | **3** | Q. Almozrouei? |
| 00:21:11 | **4** | A. That's right. |
| -13:-08:-44 | **5** | Q. Okay. Mr. Almozrouei, I would like to talk to you about |
| 00:21:17 | **6** | the statement that you attributed to Marwan El-Hindi about |
| 00:21:21 | **7** | Afghanistan. Now, which -- you said that happened at the |
| -13:-08:-44 | **8** | Mosque? |
| -13:-08:-44 | **9** | A. Yes. |
| -13:-08:-44 | **10** | Q. Which Mosque was that? |
| 00:21:31 | **11** | A. On Monroe Street. |
| 00:21:36 | **12** | Q. Is that the -- what's commonly referred to as the QSS, |
| -13:-08:-44 | **13** | Qur'an Sunnah Society? |
| 00:21:47 | **14** | A. That's correct. |
| 00:21:49 | **15** | Q. Who was there that day that you remember? |
| 00:22:06 | **16** | A. I don't remember the faces. |
| -13:-08:-44 | **17** | Q. Any of them? |
| 00:22:13 | **18** | A. No. |
| 00:22:17 | **19** | Q. Do you remember if Darren Griffin was there that day? |
| 00:22:20 | **20** | A. It's possible. |
| 00:22:26 | **21** | Q. Now, you said that Marwan was socializing with some |
| -13:-08:-44 | **22** | people on the floor before you went and sat down; is that right? |
| 00:22:36 | **23** | A. That's right. |
| -13:-08:-44 | **24** | Q. With whom was he socializing? |
| -13:-08:-44 | **25** | A. That's what I'm saying, I don't remember. |

4610

-13:-08:-44  1    **Q.**   Do you remember how many people he was sitting with?

-13:-08:-44  2    **A.**   One or two.

-13:-08:-44  3    **Q.**   He was sitting with one or two people.   But you don't

-13:-08:-44  4  remember who either of those people was either?

-13:-08:-44  5    **A.**   No.

00:23:01  6    **Q.**   Now, can you tell me when this happened with -- how

00:23:10  7  specific can you get in terms of the date that this happened?

00:23:14  8    **A.**   Summer, 2005.

00:23:16  9    **Q.**   Summer of 2005.   Late summer, early summer?

00:23:21  10    **A.**   I can't speak to that.   I don't know.

00:23:29  11    **Q.**   Did I understand correctly that it was after a Friday

00:23:34  12  prayer?

-13:-08:-44  13    **A.**   Yeah, I think after Friday or after Saturday gathering,

-13:-08:-44  14  yes.

00:23:41  15    **Q.**   You're not sure which?

00:23:44  16    **A.**   I'm not sure which.

00:23:54  17    **Q.**   Did you ever tell the Imam at the Mosque that -- about

00:24:00  18  this comment?

00:24:02  19    **A.**   No, I think I left after that.

00:24:06  20    **Q.**   I don't mean just that day, did you ever tell the Imam

00:24:10  21  at the Mosque?

00:24:11  22    **A.**   No.  We didn't really have an Imam.

-13:-08:-44  23    **Q.**   I'm sorry?

-13:-08:-44  24    **A.**   We didn't really have an Imam.   Different people.

00:24:21  25  Different people came and talked.

4611

-13:-08:-44  **1**    **Q.**   Was there someone who was sort of in charge?

00:24:25  **2**    **A.**   They had, like, a group of people, like a council or

00:24:29  **3**  something.

-13:-08:-44  **4**    **Q.**   Did you tell any of those people about this comment?

-13:-08:-44  **5**    **A.**   No.

00:24:55  **6**    **Q.**   Other than the day that the FBI interviewed you, did you

-13:-08:-44  **7**  report this comment to the authorities at all?

00:25:03  **8**    **A.**   No.

00:25:07  **9**    **Q.**   Did you ever tell anyone other than the FBI about this?

00:25:11  **10**   **A.**   No.

00:25:18  **11**   **Q.**   Would that include Mr. Griffin?   You never told Mr.

-13:-08:-44  **12**  Griffin about this?

00:25:23  **13**   **A.**   I was wondering if I did, but I can't remember

-13:-08:-44  **14**  mentioning it to him or not.

00:25:30  **15**   **Q.**   Did Mr. Griffin ever make comments to you like that?

00:25:34  **16**   **A.**   Mr. Griffin?

-13:-08:-44  **17**   **Q.**   Yes.

00:25:37  **18**   **A.**   Asked me if I want to go to Afghanistan and train?

-13:-08:-44  **19**   **Q.**   Things like that.

-13:-08:-44  **20**   **A.**   No.

00:25:42  **21**   **Q.**   "No"?

-13:-08:-44  **22**   **A.**   Just in his security business, he asked me.   I was too

-13:-08:-44  **23**  busy with instruction.

00:26:10  **24**   **Q.**   How many times did you get interviewed by the FBI?

00:26:18  **25**   **A.**   Interviewed, at least a couple.

-13:-08:-44 **1**    **Q.**   At least a couple?

-13:-08:-44 **2**    **A.**   Yes.

00:26:24 **3**    **Q.**   In person?

-13:-08:-44 **4**    **A.**   Uh-huh.

-13:-08:-44 **5**    **Q.**   Maybe more than a couple?

-13:-08:-44 **6**    **A.**   Three.

00:26:27 **7**    **Q.**   Three?   Do you remember approximately when those were?

-13:-08:-44 **8**    **A.**   When?

-13:-08:-44 **9**    **Q.**   Yeah, approximately.

-13:-08:-44 **10**    **A.**   I don't remember the days, no.

-13:-08:-44 **11**    **Q.**   I don't need exact dates.

-13:-08:-44 **12**    **A.**   Okay.  It's within the last six months, I guess.

00:26:52 **13**    **Q.**   If I told you that one of those interviews may have

00:26:56 **14** happened back in April of '07, would that sound about right?

-13:-08:-44 **15**    **A.**   You're asking the wrong person for dates.   I'm sorry.

-13:-08:-44 **16** I can't say.

00:27:04 **17**             THE COURT:  Well, if the evidence otherwise were to

-13:-08:-44 **18** show that.

00:27:10 **19**    **A.**   I would have to agree with the documentation.   I have

00:27:16 **20** to agree.

-13:-08:-44 **21** BY MR. BRYAN:

-13:-08:-44 **22**    **Q.**   Again, if the evidence were to show that there was an

-13:-08:-44 **23** interview on March 4 of 2008, you wouldn't disagree with that?

-13:-08:-44 **24**    **A.**   No.

00:27:28 **25**    **Q.**   Now, the third interview that was in person, was that

00:27:34 **1** very recently or early -- if you can even tell by the seasons

-13:-08:-44 **2** when approximately that was?

-13:-08:-44 **3**    **A.**   It was about three or four weeks ago.

-13:-08:-44 **4**    **Q.**   Just three or four weeks ago? So that -- okay. And

-13:-08:-44 **5** other than those interviews in person, were there times when you

00:28:01 **6** spoke to the FBI on the telephone?

00:28:04 **7**    **A.**   I spoke to them on the telephone, yes.

-13:-08:-44 **8**    **Q.**   How many times approximately?

00:28:11 **9**    **A.**   Just to make arrangements to find out when I could come

-13:-08:-44 **10** down, maybe three or four times.

00:28:23 **11**    **Q.**   Did they ever call you to ask you questions?

00:28:29 **12**    **A.**   They never asked me questions over the phone.

-13:-08:-44 **13**    **Q.**   So it was just to make arrangements?

-13:-08:-44 **14**    **A.**   That's correct.

00:28:39 **15**    **Q.**   What -- when you were interviewed by the FBI, what did

-13:-08:-44 **16** they tell you about Marwan?

00:28:47 **17**         MR. MILLER: Objection.

-13:-08:-44 **18**    **A.**   They didn't tell me anything.

00:28:50 **19**         THE COURT: I would agree. Sustained.

00:29:04 **20**         MR. HARTMAN: Can I have a moment, Judge?

00:29:06 **21**         THE COURT: Of course.

00:29:51 **22**         (Discussion had off the record.)

00:29:54 **23**         MR. HARTMAN: Thank you.

00:29:58 **24** BY MR. HARTMAN:

-13:-08:-44 **25**    **Q.**   Now, Marwan never asked for any kind of martial arts

00:30:02 **1** training from you; is that correct?

00:30:04 **2**    **A.**   No.

00:30:08 **3**    **Q.**   You made this -- you told the FBI about this statement

00:30:13 **4** Marwan made on March 4, 2008, does that sound about right?

00:30:20 **5**    **A.**   I'm not going to -- I can't say.

00:30:23 **6**    **Q.**   Okay.  All right.   Again, if the evidence showed that,

-13:-08:-44 **7** you wouldn't --

-13:-08:-44 **8**    **A.**   Yes.

-13:-08:-44 **9**    **Q.**   Now, if you were interviewed back in April of 2007, why

00:30:35 **10** would you wait until March of 2008 to tell the FBI about this

-13:-08:-44 **11** statement?

-13:-08:-44 **12**              MR. MILLER:  Objection.

00:30:43 **13**              THE COURT:  I'll let him answer.

00:30:47 **14**    **A.**   I don't know if he -- I don't know if he was serious 100

00:30:56 **15** percent or…

-13:-08:-44 **16** BY MR. HARTMAN:

-13:-08:-44 **17**    **Q.**   If Marwan was serious, you didn't know if he was

-13:-08:-44 **18** serious?

-13:-08:-44 **19**    **A.**   He sounded like he was serious but, I mean, I didn't

-13:-08:-44 **20** think he would make it come to fruition.

-13:-08:-44 **21**    **Q.**   I'm sorry?

-13:-08:-44 **22**    **A.**   I didn't think it would come to fruition.   I don't

00:31:13 **23** think it would happen.   I don't think he had the means to do

00:31:16 **24** anything even if he wanted to.

00:31:26 **25**    **Q.**   Was there any time that you felt that there was a chance

| | | |
|---|---|---|
| 00:31:31 | **1** | the FBI might bring charges against you? |
| -13:-08:-44 | **2** | A.    Me? |
| -13:-08:-44 | **3** | Q.    Yeah. |
| -13:-08:-44 | **4** | A.    No. |
| 00:31:38 | **5** | Q.    Now, you said Marwan's comment, and I want to get this |
| 00:31:42 | **6** | right so correct me if I'm wrong, is he brought up did anyone |
| -13:-08:-44 | **7** | want to go to Afghanistan to train for Jihad; is that correct? |
| -13:-08:-44 | **8** | A.    Uh-huh. |
| 00:31:52 | **9** | Q.    But that's not -- that's not what he really said, is it? |
| 00:32:01 | **10** | A.    That's not the exact word, but that's what he meant. |
| -13:-08:-44 | **11** | Q.    Okay.  He didn't actually say to train for Jihad, you |
| 00:32:10 | **12** | assumed that part, didn't you? |
| -13:-08:-44 | **13** | A.    No, I mean, he asked if we wanted to train in Jihad.  I |
| -13:-08:-44 | **14** | think someone said where, and he said Afghanistan or something |
| -13:-08:-44 | **15** | like that. |
| 00:32:23 | **16** | Q.    Didn't he ask what you specifically thought about |
| 00:32:29 | **17** | getting involved in training in Afghanistan, and then you just |
| 00:32:33 | **18** | assumed or believed that he was talking about military training? |
| 00:32:39 | **19** | A.    Can you repeat that question? |
| -13:-08:-44 | **20** | Q.    Well, yes.   Didn't he ask what you specifically thought |
| 00:32:50 | **21** | about getting involved in training in Afghanistan, then you just |
| -13:-08:-44 | **22** | kind of assumed that he was talking about military training? |
| -13:-08:-44 | **23** | MR. MILLER:  I think that mischaracterizes the |
| -13:-08:-44 | **24** | direct, Your Honor. |
| 00:33:06 | **25** | MR. HARTMAN:  I'm not saying it was direct.   I'm |

-13:-08:-44  **1**  talking about --

-13:-08:-44  **2**  THE COURT:  I'll let him answer the question if he

-13:-08:-44  **3**  can.

00:33:13  **4**  A.  Can you repeat the question one more time?

00:33:13  **5**  BY MR. HARTMAN:

00:33:13  **6**

-13:-08:-44  **7**  Q.  Yeah.  Isn't what happened that he asked you what you

-13:-08:-44  **8**  specifically thought about getting involved in training in

-13:-08:-44  **9**  Afghanistan, and you assumed that what he was talking about is

-13:-08:-44  **10**  military training?

-13:-08:-44  **11**  A.  Well, number one, I think he was talking in general to

00:33:41  **12**  me and to other people sitting there.  Number two, obviously if

-13:-08:-44  **13**  you're going to do in Jihad training, so it has to be physical

-13:-08:-44  **14**  or whatever it takes.

-13:-08:-44  **15**  MR. HARTMAN:  Can you read back the answer?  I'm

00:34:10  **16**  sorry.

00:34:11  **17**  THE COURT:  Please keep your voice up.  I'm having

00:34:13  **18**  real trouble hearing it myself.

00:34:29  **19**  (Previous answer read back.)

00:34:58  **20**  BY MR. HARTMAN:

00:34:58  **21**  Q.  You knew when you got interviewed by the FBI -- you

00:35:02  **22**  already knew that Marwan had been arrested, right?

-13:-08:-44  **23**  A.  Yes, I did.

00:35:09  **24**  Q.  And the FBI had told you before the interviews about

00:35:15  **25**  Marwan El-Hindi --

-13:-08:-44 1     **A.**  No.

00:35:17 2     **Q.**  Let me finish the question. I wasn't finished with it

-13:-08:-44 3 yet.

-13:-08:-44 4     **A.**  I'm sorry.

-13:-08:-44 5     **Q.**  Before they talked to you about Marwan El-Hindi, they

-13:-08:-44 6 had told you that Mohammad Amawi said you were a good candidate,

-13:-08:-44 7 right?

-13:-08:-44 8     **A.**  No.

00:35:31 9     **Q.**  So it wasn't until after?

-13:-08:-44 10     **A.**  That's right.

00:35:37 11           MR. HARTMAN: Can I have a moment, Judge?

-13:-08:-44 12           THE COURT: You may.

-13:-08:-44 13           MR. HARTMAN: Thank you. I have no more

00:36:30 14 questions, Your Honor. Thank you very much.

00:36:39 15           MR. HELMICK: No, Your Honor.

00:36:41 16           THE COURT: Any redirect?

-13:-08:-44 17           MR. MILLER: A couple minutes with the Court's

00:36:46 18 indulgence?

-13:-08:-44 19           THE COURT: Sure.

-13:-08:-44 20           (Discussion had off the record.)

00:39:43 21                 - - -

00:39:43 22      MIKAEIL ALMOZROUEI, REDIRECT EXAMINATION

00:39:45 23 BY MR. MILLER:

00:39:45 24     **Q.**  Good afternoon, Mr. Almozrouei. Just a few questions

-13:-08:-44 25 to ask you about based on what Mr. Hartman and Mr. Bryan asked

-13:-08:-44  **1**  you on cross-examination.   Mr. Hartman actually just asked you

-13:-08:-44  **2**  about the conversation you had with Mr. El-Hindi in the Mosque

-13:-08:-44  **3**  about going to Jihad -- about going to Afghanistan to train for

-13:-08:-44  **4**  Jihad.   And basically was asking you did this really happen.

-13:-08:-44  **5**         What is your best recollection of that

00:40:16  **6**  conversation?

00:40:17  **7**     **A.**   That he said that.  That it happened.

-13:-08:-44  **8**     **Q.**   When you say "it happened", what was asked of you and

-13:-08:-44  **9**  how did you respond?

-13:-08:-44  **10**     **A.**   He asked us if we wanted to go train for Jihad in

00:40:28  **11**  Afghanistan.

-13:-08:-44  **12**     **Q.**   When you say "us", you and a couple other people?

-13:-08:-44  **13**     **A.**   Yes.

-13:-08:-44  **14**     **Q.**   And what did you do after that conversation?

00:40:34  **15**     **A.**   I got up and left because I felt uncomfortable.

00:40:40  **16**     **Q.**   Did you have any substantial interaction with

00:40:43  **17**  Mr. El-Hindi after that?

00:40:45  **18**     **A.**   No.

00:40:48  **19**     **Q.**   Why not?

-13:-08:-44  **20**     **A.**   I'm very busy.   So I don't see him that often anyway.

00:40:53  **21**  I tried to avoid him after that.

00:40:55  **22**     **Q.**   Why would you try to avoid him?

-13:-08:-44  **23**     **A.**   I don't want to be involved in that conversation, that

-13:-08:-44  **24**  type of information.

00:41:04  **25**     **Q.**   Mr. Bryan also asked you some questions about dates and

-13:-08:-44    1    times, particular days or particular times of things.   I'd like

-13:-08:-44    2    to go back to the questions that I asked you on direct

00:41:16    3    examination.   You have --

-13:-08:-44    4                    Do you have a general recollection of when these

00:41:20    5    conversation events that I talked you about on direct occurred?

-13:-08:-44    6        A.   Yes.

-13:-08:-44    7        Q.   And do you have a recollection to even down to the month

-13:-08:-44    8    and year of when these conversations might have occurred for

-13:-08:-44    9    some of them?

-13:-08:-44    10       A.   Yes.

00:41:33    11       Q.   Mr. Bryan also asked you a number of questions about

00:41:39    12    political discourse and conversations you might have had with

-13:-08:-44    13   Mr. Amawi.   And also on videos that --

00:41:49    14                    MR. BRYAN:  Object.

00:41:52    15                    THE COURT:  Basis?

-13:-08:-44    16                    MR. BRYAN:  That wasn't the question.

-13:-08:-44    17                    THE COURT:  Calling to mind some of the questions

00:41:57    18   that Mr. Bryan asked you, then comma, why don't you complete the

00:42:01    19   question.

00:42:02    20   BY MR. MILLER:

-13:-08:-44    21       Q.   Then he said Mr. Amawi showed you videos and would

-13:-08:-44    22   discuss these videos with you in terms of political discourse,

-13:-08:-44    23   do you recall that?

00:42:10    24       A.   Yes.

-13:-08:-44    25       Q.   Let me ask you this question, sir: The beheading videos

-13:-08:-44 **1** and the other violent videos that Mr. Amawi showed you, how did

-13:-08:-44 **2** that make you feel?

00:42:18 **3**             MR. BRYAN:  Objection.

00:42:20 **4**             MR. MILLER:  He opened the door, Your Honor.

-13:-08:-44 **5**             THE COURT:  I'm going to sustain the objection.

00:42:24 **6**             MR. MILLER:  Let me ask it a different way.

00:42:24 **7** BY MR. MILLER:

00:42:24 **8**

00:42:27 **9**     **Q.**   Mr. Almozrouei, after you saw these videos of purported

00:42:31 **10** atrocities that may have been committed in the Muslim world, did

-13:-08:-44 **11** you want to go commit Jihad?

00:42:37 **12**             MR. BRYAN:  Objection.

-13:-08:-44 **13**             THE COURT:  Sustained.

-13:-08:-44 **14** BY MR. MILLER:

00:42:40 **15**     **Q.**   Did you want to martyr yourself after that?

00:42:44 **16**             MR. HARTMAN:  Objection.

00:42:45 **17**             THE COURT:  Sustained.   Leave off that line of

00:42:49 **18** questioning.   The jury will disregard that series of questions.

00:43:16 **19** BY MR. MILLER:

00:43:16 **20**     **Q.**   Mr. Bryan asked you some questions about your

00:43:20 **21** interaction with Mr. Amawi on financial issues.   Did you harbor

00:43:24 **22** at that time any personal animosity toward Mr. Amawi?

00:43:28 **23**   **A.**   No.

00:43:29 **24**     **Q.**   As you sit here today, do you harbor any personal

00:43:33 **25** animosity against Mr. Amawi?

-13:-08:-44 **1**    **A.**    No.

00:43:36 **2**    MR. MILLER:  Just a moment, Your Honor.

00:43:50 **3**  BY MR. MILLER:

-13:-08:-44 **4**    **Q.**    I think both Mr. Bryan and Mr. Hartman asked you about

-13:-08:-44 **5**  the number of interviews you may have had with the FBI.   And

-13:-08:-44 **6**  Mr. Bryan brought up an incident where the FBI was around your

00:44:04 **7**  apartment building, I believe in 2004, correct?

-13:-08:-44 **8**    **A.**    Yes.

-13:-08:-44 **9**    **Q.**    Could you describe what happened when you returned from

-13:-08:-44 **10**  work that day in 2004?

00:44:12 **11**    **A.**    I came home from work and when I pulled into the parking

-13:-08:-44 **12**  lot there was probably about six to ten vehicles belonging, I

-13:-08:-44 **13**  think, to the FBI, and they were around asking different people

00:44:30 **14**  questions, going to different departments -- I mean apartments,

-13:-08:-44 **15**  sorry.   That's basically -- so they were asking questions.

-13:-08:-44 **16**    **Q.**    And did there come a time when you spoke with a member

00:44:44 **17**  of the FBI?

-13:-08:-44 **18**    **A.**    Yes.

00:44:45 **19**    **Q.**    What happened?

-13:-08:-44 **20**    **A.**    I talked to Jason Smith of the FBI.

00:44:51 **21**    THE COURT:  I could not hear you.

-13:-08:-44 **22**    THE WITNESS:  I talked to Jason Smith of the FBI.

-13:-08:-44 **23**    THE COURT:  And was that the same day that you were

00:45:00 **24**  just talking about or was that a different day?

00:45:03 **25**    THE WITNESS:  It's the same day.

00:45:06 **1** BY MR. MILLER:

-13:-08:-44 **2**  **Q.** What was the substance of your conversation?

00:45:10 **3**  MR. BRYAN:  Objection.

00:45:12 **4**  MR. MILLER:  They opened the door to this

00:45:14 **5** conversation.

-13:-08:-44 **6**  THE COURT:  I agree.  You may answer to the extent

-13:-08:-44 **7** you recall.

00:45:20 **8**  **A.** I asked him who they were looking for.  And they

-13:-08:-44 **9** mentioned one individual, one individual's name on the second

00:45:33 **10** floor.  I said I don't think you have to worry about him.  He

00:45:36 **11** works all day, comes home, I don't think he even has a computer.

00:45:42 **12** They said somebody threatened to kill the President over the

-13:-08:-44 **13** computer or internet or whatever.  So I told him that he

00:45:58 **14** doesn't have to worry about him, but maybe this guy Mohammad;

-13:-08:-44 **15** he's doing funny things on the internet, so you should keep your

00:46:06 **16** eye on him.

-13:-08:-44 **17**  **Q.** When you said to the FBI not to worry about this other

-13:-08:-44 **18** guy but you should worry about -- keep your eye on Mohammad, are

-13:-08:-44 **19** you referring to Mohammad Amawi?

-13:-08:-44 **20**  **A.** Yes.

00:46:14 **21**  **Q.** And other than that interaction with the FBI, were there

00:46:17 **22** just two other formal interviews with the FBI?

-13:-08:-44 **23**  **A.** Yes.

-13:-08:-44 **24**  **Q.** And those were the two interviews that Mr. Hartman

-13:-08:-44 **25** raised in terms of dates, correct?

-13:-08:-44 **1**   **A.**   Yeah.

-13:-08:-44 **2**          MR. MILLER:  Thank you.   No further questions,

00:46:27 **3**   Your Honor.

00:46:34 **4**                          - - -

00:46:34 **5**          MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION

00:46:36 **6**   BY MR. BRYAN:

00:46:36 **7**   **Q.**   You don't recall exactly when that interview was with

00:46:42 **8**   the FBI, but it was sometime in the summer of 2004?

-13:-08:-44 **9**   **A.**   Yes.

-13:-08:-44 **10**   **Q.**   And I'm not talking about talking about the interview

-13:-08:-44 **11**   that was just referred to concerning the FBI came to your

00:46:52 **12**   apartment, correct?

-13:-08:-44 **13**   **A.**   Yes.

-13:-08:-44 **14**   **Q.**   And you alluded to the fact, what you just said, look at

-13:-08:-44 **15**   Mohammad Amawi, he looks on the internet a lot, correct?

-13:-08:-44 **16**   **A.**   Yes.

-13:-08:-44 **17**   **Q.**   When I asked you about going to Fahrenheit 9/11 with Mr.

-13:-08:-44 **18**   Amawi, isn't it true that happened after that incident, that was

00:47:08 **19**   later, a couple of weeks later?

-13:-08:-44 **20**   **A.**   I don't recall.

00:47:12 **21**   **Q.**   If we have heard evidence in the case about Fahrenheit

00:47:16 **22**   9/11 occurring on June 30, would that have been after that

00:47:21 **23**   interview with the FBI?

-13:-08:-44 **24**          MR. MILLER:  Objection; speculative.

00:47:23 **25**          THE COURT:  I would agree.

00:47:25  **1**  BY MR. BRYAN:

-13:-08:-44  **2**      Q.    You continued training -- you continued to have a

-13:-08:-44  **3**  relationship with Mr. Amawi after that period of time?

00:47:31  **4**      A.    I think I went to Fahrenheit 9/11 because Bilal, or

-13:-08:-44  **5**  Darren Griffin, invited me.   I felt comfortable around him.

-13:-08:-44  **6**      Q.    And Mr. Amawi was there as well, correct?

-13:-08:-44  **7**      A.    That's right.

-13:-08:-44  **8**      Q.    And just before you left to go to Michigan isn't it true

-13:-08:-44  **9**  that you gave your exercise equipment to Mr. Amawi?  This was in

-13:-08:-44  **10**  July of 2000.

-13:-08:-44  **11**      A.    I don't recall.

-13:-08:-44  **12**      Q.    You don't recall giving your exercise equipment to Mr.

-13:-08:-44  **13**  Amawi?

-13:-08:-44  **14**      A.    No.

-13:-08:-44  **15**      Q.    Or giving him anything before you left in July of 2005?

00:47:58  **16**      A.    I don't remember anything.

00:48:00  **17**          MR. BRYAN:  Nothing further, Your Honor.

00:48:03  **18**          MR. HARTMAN:  Briefly, Judge.

00:48:07  **19**                  - - -

00:48:07  **20**          MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION

00:48:09  **21**  BY MR. HARTMAN:

00:48:09  **22**      Q.    Sir, you stated on redirect that what Mr. El-Hindi said

00:48:13  **23**  was he was asking us if we wanted to go to Afghanistan for

00:48:18  **24**  training for Jihad; is that correct?

-13:-08:-44  **25**      A.    Yes.

4625

-13:-08:-44 **1**    **Q.**   That's not what you told the FBI agent who interviewed

-13:-08:-44 **2** you, is it?

00:48:26 **3**    **A.**   I don't -- I can't say word-for-word what I said to

-13:-08:-44 **4** them.   What do you want me to say?

-13:-08:-44 **5**    **Q.**   Well, I'd like to know if you remember if that's what

00:48:39 **6** you told the FBI or not?

00:48:41 **7**    **A.**   Yes, that's what I told the FBI.

-13:-08:-44 **8**          MR. HARTMAN:  Okay.  Nothing further.

00:48:51 **9**          THE COURT:  Mr. Helmick, Mr. Doughten, questions?

-13:-08:-44 **10**         MR. DOUGHTEN:  No, thank you, Your Honor.

00:48:56 **11**         THE COURT:  Further redirect?

-13:-08:-44 **12**         MR. MILLER:  No, Your Honor.

-13:-08:-44 **13**         THE COURT:  You may step down.   You're free to go.

-13:-08:-44 **14** Thank you very much.

00:49:12 **15**         MR. HARTMAN:  Your Honor, before he leaves, we'd

-13:-08:-44 **16** like to ask that he be made available for recall in our case in

-13:-08:-44 **17** chief.

-13:-08:-44 **18**         THE COURT:  Okay.  You may be called upon to

00:49:22 **19** return.

00:49:23 **20**         MR. HARTMAN:  We'll probably need contact

00:49:26 **21** information.

-13:-08:-44 **22**         THE COURT:  No problem.  Okay.

-13:-08:-44 **23**         Who is your next witness, what are we likely to

-13:-08:-44 **24** hear?

00:49:37 **25**         MR. SOFER:  We're tag-teaming today.   Mr. Getz

-13:-08:-44  1  will call the next witness.

00:49:42  2  MR. GETZ:  At this time the United States calls

-13:-08:-44  3  Kelly Doran.

00:49:51  4  To save time I would like to place the exhibits I

-13:-08:-44  5  will be addressing with Ms. Doran, Your Honor, on the stand at

-13:-08:-44  6  this time.   Counsel has had a chance to review these, Your

00:50:23  7  Honor.

00:50:23  8  (The witness was sworn by the clerk.)

00:50:28  9  MR. IVEY:  Could we approach for a minute?

-13:-08:-44  10  THE COURT:  Sure.

-13:-08:-44  11  (Whereupon the following discussion was had at the

-13:-08:-44  12  bench outside the hearing of the jury:)

-13:-08:-44  13  MR. IVEY:  This witness, it's my understanding from

-13:-08:-44  14  talking to the government, is going to testify that Mr. Amawi

-13:-08:-44  15  came into her bank branch, attempted to cash a check, was not

-13:-08:-44  16  cashed at that time, but he left his wallet.   It's my

-13:-08:-44  17  understanding the government wants to do -- what the government

-13:-08:-44  18  is interested in in this case is the contents of the wallet.

-13:-08:-44  19  The fraud investigator found a card of an FBI agent in the

-13:-08:-44  20  wallet and that's how it got to the FBI.   Mr. Getz has told me

-13:-08:-44  21  beforehand that he's going to make it clear to the jury that

-13:-08:-44  22  there was no illegality or any sinister activity surrounding the

-13:-08:-44  23  check.   My concern is this:  This check, since that's the case,

-13:-08:-44  24  is tickets to Hajj.  What this is, since Mr. Amawi worked as a

-13:-08:-44  25  travel agent, it was money for Hajj tickets for different

4627

-13:-08:-44  **1**  individuals to travel and take the Hajj.

-13:-08:-44  **2**  I'm concerned if the jury actually sees this, even

-13:-08:-44  **3**  though Mr. Getz is not alleging anything, that they're going to

-13:-08:-44  **4**  think something about that is improper.

-13:-08:-44  **5**  THE COURT:  Would you stipulate if that does come

-13:-08:-44  **6**  up it's the government's understanding that those funds paid to

-13:-08:-44  **7**  AZ Travel by persons -- other persons unrelated to this case?

-13:-08:-44  **8**  MR. GETZ:  Yes.

-13:-08:-44  **9**  (End of side-bar discussion.)

-13:-08:-44  **10**  THE COURT:  Will you tell the ladies and gentlemen

-13:-08:-44  **11**  and me your name?

-13:-08:-44  **12**  THE WITNESS:  Kelly Doran.

-13:-08:-44  **13**  THE COURT:  How do you spell your last name?

-13:-08:-44  **14**  THE WITNESS:  D-O-R-A-N.

-13:-08:-44  **15**  THE COURT:  And what is your city or county of

-13:-08:-44  **16**  residence?

00:53:06  **17**  THE WITNESS:  It's actually Brownstown, Michigan.

-13:-08:-44  **18**  THE COURT:  And, Mr. Getz, you may inquire.

00:53:17  **19**  Are you presently employed?

00:53:19  **20**  THE WITNESS:  Yes, I am, Fifth Third Bank.

00:53:22  **21**  THE COURT:  How long you have worked for them?

00:53:24  **22**  THE WITNESS:  Since October of 2004.

-13:-08:-44  **23**  THE COURT:  Okay.  What sort of job do you do?

-13:-08:-44  **24**  THE WITNESS:  I'm a regional investigations

00:53:31  **25**  manager.

00:53:35  1            THE COURT:  Is that the only bank you've worked for

-13:-08:-44  2  or have you worked for other banks?

-13:-08:-44  3            THE WITNESS:  I've worked for other banks.

00:53:42  4            THE COURT:  How long have you worked for a bank of

-13:-08:-44  5  some sort?

00:53:45  6            THE WITNESS:  Since 1989.

-13:-08:-44  7            THE COURT:  Mr. Getz, go ahead.

-13:-08:-44  8                        - - -

-13:-08:-44  9            KELLY DORAN, DIRECT EXAMINATION

00:53:50  10  BY MR. GETZ:

00:53:50  11      Q.   Ms. Doran, I would ask you throughout the course of your

-13:-08:-44  12  testimony, if you could keep your voice up.   I think the

-13:-08:-44  13  distance you are from the microphone is probably pretty good.

00:53:59  14  We'll adjust as we go if anybody's having trouble hearing you.

00:54:07  15            You've already explained your title or position

-13:-08:-44  16  with Fifth Third Bank is as a regional investigations manager?

-13:-08:-44  17      A.   That's correct.

00:54:14  18      Q.   Could you explain briefly for the jury what your duties

-13:-08:-44  19  and responsibilities are in that position?

-13:-08:-44  20      A.   I oversee the investigations of any internal or external

00:54:24  21  fraud against Fifth Third Bank or any misuses of position by

00:54:30  22  employees.

00:54:34  23      Q.   You've held that position for how long?

-13:-08:-44  24      A.   That position approximately a year and a quarter, year

-13:-08:-44  25  and a half.

-13:-08:-44 **1**   **Q.**   You were employed by Fifth Third Bank prior to taking

-13:-08:-44 **2** that position?

-13:-08:-44 **3**   **A.**   Yes.

00:54:45 **4**   **Q.**   What was your prior position with Fifth Third Bank?

-13:-08:-44 **5**   **A.**   As a fraud investigator.

-13:-08:-44 **6**   **Q.**   Could you briefly explain what the duties were as a

-13:-08:-44 **7** fraud investigator?

-13:-08:-44 **8**   **A.**   To perform the investigations of any internal or

-13:-08:-44 **9** external fraud or misuse of position by employees.

00:55:01 **10**   **Q.**   And just so we're clear, you assumed your new position

00:55:06 **11** approximately what day, month and year?

-13:-08:-44 **12**   **A.**   January, 2007.

00:55:10 **13**   **Q.**   So calling your attention to -- well, strike that.

-13:-08:-44 **14**          Let me ask you this first:  Where is your office

-13:-08:-44 **15** located?

-13:-08:-44 **16**   **A.**   At 550 North Summit in Toledo.

00:55:29 **17**   **Q.**   I call your attention to May 9, 2005.   Were you

-13:-08:-44 **18** employed at Fifth Third Bank at that time?

-13:-08:-44 **19**   **A.**   Yes, I was.

-13:-08:-44 **20**   **Q.**   That was as a fraud investigator?

-13:-08:-44 **21**   **A.**   Yes.

-13:-08:-44 **22**   **Q.**   Where was a your office at that time?

-13:-08:-44 **23**   **A.**   606 Madison in Toledo.

-13:-08:-44 **24**          THE COURT:  What time frame did you just reference?

-13:-08:-44 **25** I missed it.

00:55:47 **1**          MR. GETZ:  May 9, 2005, Your Honor.

00:55:49 **2**          THE COURT:  Thanks.

00:55:52 **3**  BY MR. GETZ:

00:55:52 **4**     **Q.**  Now, again calling your attention to that date, do you

00:55:55 **5**  recall if you were at work on that day?

-13:-08:-44 **6**     **A.**  I believe I was.

-13:-08:-44 **7**     **Q.**  Now, I'm going to ask you to look at -- there are a

00:56:01 **8**  number of exhibits in front of you, some of them are in plastic

-13:-08:-44 **9**  bags or wrappers, please feel free to take them out if that

-13:-08:-44 **10**  would help you or assist you in reviewing these materials.   If

-13:-08:-44 **11**  you can, find the one that is marked Government's Exhibit 132.

00:56:19 **12**     **A.**  Okay.

-13:-08:-44 **13**     **Q.**  Do you find that?

00:56:21 **14**     **A.**  Uh-huh.

-13:-08:-44 **15**     **Q.**  And that one, if you would please take it out of the

-13:-08:-44 **16**  bag.   Do you recognize that item?

-13:-08:-44 **17**     **A.**  I believe so.

-13:-08:-44 **18**     **Q.**  And could you tell the jury what it is?

00:56:42 **19**     **A.**  I believe it's a wallet that was forwarded to me.

00:56:47 **20**     **Q.**  It's, for the record, a brown leather wallet?

-13:-08:-44 **21**     **A.**  Yes.

-13:-08:-44 **22**     **Q.**  And does it have contents?

00:56:53 **23**     **A.**  Yes, it does.

00:56:55 **24**     **Q.**  Is this -- well strike that.

-13:-08:-44 **25**          Do you recall when it was that you first saw this

-13:-08:-44  **1**  item?

00:57:01  **2**   **A.**   May 10 of 2005.

-13:-08:-44  **3**   **Q.**   And could you explain the circumstances under which you

00:57:08  **4**  first saw that item on May 10, 2005?

00:57:11  **5**   **A.**   A branch had forwarded the wallet to me.   It was left

00:57:16  **6**  behind.

-13:-08:-44  **7**   **Q.**   Okay.  A branch of Fifth Third Bank?

-13:-08:-44  **8**   **A.**   Yes.

00:57:20  **9**   **Q.**   Now, does it appear to be the same as it was the first

-13:-08:-44  **10**  time that you viewed it on May 10, 2005?

00:57:27  **11**   **A.**   Yes, it does.

00:57:29  **12**   **Q.**   Now, if you could find the exhibit that's marked

-13:-08:-44  **13**  Government's Exhibit 132J, as in James.

00:57:49  **14**   **A.**   Okay.

-13:-08:-44  **15**   **Q.**   And do you recognize that item?

-13:-08:-44  **16**   **A.**   Yes, I do.

-13:-08:-44  **17**   **Q.**   And could you tell us what that is, please?

00:57:57  **18**   **A.**   An evidence bag.

00:57:58  **19**   **Q.**   Is that an evidence bag from Fifth Third Bank?

00:58:01  **20**   **A.**   Yes, it is.

-13:-08:-44  **21**   **Q.**   Do you recognize your writing or printing on that?

00:58:05  **22**   **A.**   Yes, I do.

00:58:09  **23**            MR. GETZ:  Could we publish that for the jury, Your

00:58:12  **24**  Honor?

00:58:12  **25**            THE COURT:  You may.   Can you simply show it on --

-13:-08:-44  **1**  perhaps you can just hold it up.

00:58:23  **2**                MR. GETZ:  We'll use the ELMO for this one.

00:58:49  **3**  BY MR. GETZ:

00:58:49  **4**      **Q.**   Again, is that your printing in blue ink on this

-13:-08:-44  **5**  document?

00:58:54  **6**      **A.**   Yes, it is.

00:59:00  **7**      **Q.**   And about midway on the screen there's a line that says

00:59:04  **8**  Recovered by and there's a name there?

00:59:06  **9**      **A.**   Yes.

00:59:07  **10**     **Q.**   What is that name?

-13:-08:-44  **11**     **A.**   Rose Megutsch.

00:59:13  **12**     **Q.**   Do you know who Rose Megutsch is?

-13:-08:-44  **13**     **A.**   Yes.

-13:-08:-44  **14**     **Q.**   Who is she?

-13:-08:-44  **15**     **A.**   She's a lead teller at the branch on Dorr Street in

00:59:20  **16**  Toledo.

-13:-08:-44  **17**     **Q.**   I note the line right above that there's a line that

-13:-08:-44  **18**  says Location of the Recovery.   And what does it state on that

-13:-08:-44  **19**  line?

-13:-08:-44  **20**     **A.**   5313 Dorr, Toledo, Ohio.

00:59:34  **21**     **Q.**   Do you know what is located at 5313 Dorr, Toledo, Ohio?

-13:-08:-44  **22**     **A.**   Yes.

-13:-08:-44  **23**     **Q.**   What is that?

-13:-08:-44  **24**     **A.**   Fifth Third Bank.

-13:-08:-44  **25**     **Q.**   Is that the branch where Rose works?

-13:-08:-44 1    **A.**   Yes.

-13:-08:-44 2    **Q.**   The line directly above that it says Date and Time of

00:59:47 3    Recovery.   And there's a date indicated in there.   What is

-13:-08:-44 4    that?

-13:-08:-44 5    **A.**   5/9 of '05, a.m.

01:00:05 6    **Q.**   And do you see your name on that document?

01:00:09 7    **A.**   Yes.

-13:-08:-44 8    **Q.**   And does it indicate a date on which apparently,

01:00:16 9    according to this, you received this item?

-13:-08:-44 10    **A.**   Yes.

-13:-08:-44 11    **Q.**   And what is that date?

-13:-08:-44 12    **A.**   5/10, 2005.

-13:-08:-44 13    **Q.**   Approximately what time?

-13:-08:-44 14    **A.**   9:00 a.m.

-13:-08:-44 15    **Q.**   Do you recall the manner in which it was you received

-13:-08:-44 16    this item?

-13:-08:-44 17    **A.**   Through inter-office mail.

01:00:31 18    THE COURT:  Through?  I didn't hear you.

01:00:33 19    THE WITNESS:  Inter-office mail.

01:00:35 20    BY MR. GETZ:

01:00:35 21    **Q.**   And what is the purpose of this particular item,

01:00:38 22    Government's Exhibit 132J?

-13:-08:-44 23    **A.**   Just for safekeeping.

01:00:45 24    **Q.**   At some point in time did you place Government's Exhibit

01:00:49 25    132 inside Government's Exhibit 132J?

| | | | |
|---|---|---|---|
| 01:00:54 | **1** | **A.** | Yes, I did. |
| -13:-08:-44 | **2** | **Q.** | And again, that was for safekeeping of this item? |
| -13:-08:-44 | **3** | **A.** | Yes. |
| 01:00:59 | **4** | **Q.** | And if you recall, what did you do with the item after |
| -13:-08:-44 | **5** | | that? |
| -13:-08:-44 | **6** | **A.** | Retained the item in my office. |
| 01:01:07 | **7** | **Q.** | Did you contact anyone regarding Government's Exhibit |
| 01:01:11 | **8** | | 132 after you received it? |
| 01:01:13 | **9** | **A.** | Yes. |
| -13:-08:-44 | **10** | **Q.** | And whom did you contact if you recall? |
| 01:01:16 | **11** | **A.** | Agent Barnes. |
| 01:01:17 | **12** | **Q.** | That would be Agent David Barnes? |
| 01:01:20 | **13** | **A.** | Yes. |
| -13:-08:-44 | **14** | **Q.** | From what agency? |
| -13:-08:-44 | **15** | **A.** | The FBI. |
| -13:-08:-44 | **16** | **Q.** | Could you explain to the jury why it is you contacted |
| -13:-08:-44 | **17** | | Agent Barnes? |
| -13:-08:-44 | **18** | **A.** | Because I located his business card inside the wallet. |
| 01:01:34 | **19** | **Q.** | If you would take a look at what's marked as |
| -13:-08:-44 | **20** | | Government's Exhibit 132B, if you could find that? |
| 01:01:45 | **21** | **A.** | Okay. |
| -13:-08:-44 | **22** | **Q.** | And is that the business card that you're referring to |
| -13:-08:-44 | **23** | | for Agent Barnes? |
| -13:-08:-44 | **24** | **A.** | Yes. |
| -13:-08:-44 | **25** | **Q.** | And you originally saw that or first saw that inside the |

| | | |
|---|---|---|
| -13:-08:-44 | **1** | wallet, Government's Exhibit 132? |
| 01:01:55 | **2** | **A.**   Yes. |
| 01:01:56 | **3** | MR. GETZ:  Permission to publish that item, Your |
| -13:-08:-44 | **4** | Honor. |
| -13:-08:-44 | **5** | THE COURT:  Uh-huh. |
| 01:02:09 | **6** | BY MR. GETZ: |
| 01:02:09 | **7** | **Q.**   Again, what was your purpose for contacting Agent Barnes |
| -13:-08:-44 | **8** | once you found his card inside the wallet? |
| -13:-08:-44 | **9** | **A.**   To determine if there was anything I needed to be |
| -13:-08:-44 | **10** | concerned about related to why the customer came into the |
| 01:02:24 | **11** | branch. |
| 01:02:26 | **12** | **Q.**   Were there concerns that you had in regards to how you |
| -13:-08:-44 | **13** | came to have custody and control of this wallet? |
| 01:02:36 | **14** | **A.**   There were some questions regarding a check that was |
| -13:-08:-44 | **15** | brought in that we were trying to determine if there was a |
| -13:-08:-44 | **16** | problem or not.   At that point we didn't know if there were any |
| -13:-08:-44 | **17** | problems or not. |
| 01:02:50 | **18** | **Q.**   Well, were you provided with details that -- relative to |
| -13:-08:-44 | **19** | your responsibilities and duties as an investigator for the bank |
| -13:-08:-44 | **20** | that you used to make a determination as to what you were to do |
| -13:-08:-44 | **21** | with this item? |
| -13:-08:-44 | **22** | **A.**   Yes. |
| -13:-08:-44 | **23** | **Q.**   And what were the circumstances and details that you |
| -13:-08:-44 | **24** | were provided that you used for that determination? |
| 01:03:19 | **25** | **A.**   A check had been presented which we refer to as a |

-13:-08:-44 **1** starter check, a check that you typically receive when you open

-13:-08:-44 **2** up an account.   It does not have any preprinted account

01:03:31 **3** information on them.   It was presented on the 9th of May at the

01:03:40 **4** Dorr branch.   And because it was a starter check, the tellers

-13:-08:-44 **5** are told to go through a verification process by either looking

01:03:50 **6** at a previous check to compare signatures or contacting the

-13:-08:-44 **7** account owner to verify the check was written, or by obtaining

01:03:59 **8** the signature card to verify signatures.   That was not able to

01:04:06 **9** be done, and the wallet was left behind when the customer left

-13:-08:-44 **10** with the check.

01:04:10 **11**     **Q.**   Okay.  So I understand it, there was a customer who came

-13:-08:-44 **12** into the Dorr Avenue branch of the bank to cash a check and they

-13:-08:-44 **13** had problems cashing the check.   The customer left and left his

01:04:24 **14** wallet behind?

01:04:25 **15**     **A.**   Yes.

01:04:26 **16**     **Q.**   And that was the information you were provided when you

01:04:29 **17** received this wallet?

-13:-08:-44 **18**     **A.**   Yes.

-13:-08:-44 **19**     **Q.**   And inside the wallet you found Agent Barnes' card?

-13:-08:-44 **20**     **A.**   Yes.

-13:-08:-44 **21**     **Q.**   And you called him because you had concerns relative to

-13:-08:-44 **22** the transaction or the circumstances under which the wallet was

-13:-08:-44 **23** left?

01:04:42 **24**     **A.**   Correct.

01:04:44 **25**     **Q.**   Now, if you would please take a look at Government's

01:04:49 **1** Exhibit 132, let's start with F, if you can find that, "F" as in

-13:-08:-44 **2** Frank.

01:05:09 **3**     **A.**   Okay, I have it.

-13:-08:-44 **4**     **Q.**   Was that an item that was inside of the wallet when you

-13:-08:-44 **5** received it?

01:05:14 **6**     **A.**   Yes.

-13:-08:-44 **7**     **Q.**   And, first of all, can you tell us what it is or what

-13:-08:-44 **8** you can identify it as?

01:05:21 **9**     **A.**   Its appears to be a public vehicle operator

01:05:24 **10** identification card.

01:05:27 **11**     **Q.**   And obviously there's a name listed on the card that

-13:-08:-44 **12** would indicate who the -- who it's identifying.  Can you see

-13:-08:-44 **13** that name?

-13:-08:-44 **14**     **A.**   Yes.

01:05:40 **15**     **Q.**   What's the name?

01:05:41 **16**     **A.**   Mohammad Zaki Amawi.

01:05:44 **17**     **Q.**   What's the date on the card, the date of issuance, if

-13:-08:-44 **18** you can read that?

-13:-08:-44 **19**     **A.**   February 20 of 2001.

01:05:52 **20**     **Q.**   Now, had you ever, prior to this time in May of 2005,

-13:-08:-44 **21** had you ever seen an identification card like that?

-13:-08:-44 **22**     **A.**   No.

01:06:00 **23**     **Q.**   If you would find Government's Exhibit 132G.

01:06:08 **24**     **A.**   Okay.

-13:-08:-44 **25**     **Q.**   And what is that item?

01:06:11 **1**    **A.**   A public vehicle operator identification card.

01:06:15 **2**    **Q.**   Does it list the same name?

-13:-08:-44 **3**    **A.**   Yes.

-13:-08:-44 **4**    **Q.**   And what is the date of issuance for that card?

-13:-08:-44 **5**    **A.**   July 10 of 2001.

01:06:23 **6**    **Q.**   And again, had you ever seen an identification card like

-13:-08:-44 **7** that prior to May of 2005?

01:06:29 **8**    **A.**   No.

01:06:30 **9**    **Q.**   And finally if you could find Government's Exhibit "H"

-13:-08:-44 **10** as in Harold.

01:06:36 **11**    **A.**   Okay.

01:06:39 **12**    **Q.**   Does that appear to be an identification card for the

-13:-08:-44 **13** same individual by name?

01:06:43 **14**    **A.**   Yes.

01:06:44 **15**    **Q.**   What's the issuance date on that card?

-13:-08:-44 **16**    **A.**   June 1, 2004.

01:06:49 **17**    **Q.**   Again, had you seen an identification card of that sort

-13:-08:-44 **18** prior to May 10, 2005?

-13:-08:-44 **19**    **A.**   No.

01:06:59 **20**    **Q.**   The fact that you had located these identification cards

-13:-08:-44 **21** inside this wallet, did that cause you any additional analysis

-13:-08:-44 **22** in terms of how you should act in regards to this item?

-13:-08:-44 **23**    **A.**   Yes.

-13:-08:-44 **24**    **Q.**   What was that, if you could explain that to the jury,

01:07:15 **25** please?

-13:-08:-44 **1**   **A.**   Because I was not familiar with this type of ID, I did

01:07:21 **2**   not know if it was valid or not.   I was also concerned that it

-13:-08:-44 **3**   was all expired.

01:07:25 **4**             THE COURT:  That it was what?  I couldn't hear you.

01:07:28 **5**             THE WITNESS:  Because I had not seen this type of

-13:-08:-44 **6**   ID before, I did not know if it was valid or not.   But I was

-13:-08:-44 **7**   concerned because they were all expired.

01:07:37 **8**             THE COURT:  Expired.   I just didn't hear the last

-13:-08:-44 **9**   word you said.

-13:-08:-44 **10**   BY MR. GETZ:

-13:-08:-44 **11**   **Q.**   Any concerns relative to depictions, the photographs on

01:07:46 **12**   the identification cards?

01:07:48 **13**   **A.**   The appearance had changed slightly on the photos.   I

01:07:56 **14**   felt that it was possibly the same person.   When the branch

01:08:01 **15**   communicated to me that the wallet had been left behind, they

01:08:04 **16**   thought that possibly it was not the same person.

-13:-08:-44 **17**   **Q.**   So was that another consideration or concern that you

-13:-08:-44 **18**   had?

-13:-08:-44 **19**   **A.**   Yes.

01:08:12 **20**   **Q.**   If you would, find Government's Exhibit 132I, please.

-13:-08:-44 **21**   And had you seen that item before?

-13:-08:-44 **22**   **A.**   Yes.

-13:-08:-44 **23**   **Q.**   Could you tell us what that is, please?

-13:-08:-44 **24**   **A.**   The inventory sheet I created.

01:08:32 **25**   **Q.**   And did you prepare that document?

-13:-08:-44  1    A.   Yes.

01:08:35    2    Q.   And could you explain what is it or what the purpose of

-13:-08:-44  3   this document is for the jury?

01:08:40    4    A.   To protect myself of what the contents were in the

-13:-08:-44  5   wallet should anyone call to claim it.

01:08:54    6    Q.   What date did you prepare this item?

-13:-08:-44  7    A.   May 10, 2005.

-13:-08:-44  8    Q.   That's the date you received the wallet?

01:09:00    9    A.   Yes.

01:09:01   10    Q.   Did you list on this sheet to your knowledge every item

-13:-08:-44  11  that you had seen or observed inside the wallet?

-13:-08:-44  12   A.   Yes.

01:09:28   13    Q.   The three items or -- or identification cards that you

01:09:33   14  previously identified or testified about, are those listed on

-13:-08:-44  15  this document?

-13:-08:-44  16   A.   Yes.

-13:-08:-44  17   Q.   And under what heading are they listed?

-13:-08:-44  18   A.   Identification.

01:09:41   19    Q.   And those would be the third, fourth, and fifth items

-13:-08:-44  20  listed in that category?

01:09:50   21    A.   Yes.

01:09:56   22    Q.   If you would now turn your attention to Government's

01:09:59   23  Exhibit 132 "A", as in apple.

01:10:20   24        Did you find that?

-13:-08:-44  25   A.   Yes.

-13:-08:-44 **1**    **Q.**    Was that also an item that was inside the wallet when

-13:-08:-44 **2**    you first received it?

-13:-08:-44 **3**    **A.**    Yes.

01:10:32 **4**    **Q.**    And did you list that item on the inventory sheet?

01:10:42 **5**    **A.**    Yes.

01:10:45 **6**    **Q.**    And under what category is that item listed?

-13:-08:-44 **7**    **A.**    Miscellaneous.

01:10:52 **8**    **Q.**    And that is -- could you tell us what that is or what it

01:10:56 **9**    appears to be?

01:10:57 **10**    **A.**    A business card from the City of Toledo Police

01:11:01 **11**    Department for Detective Bart Beavers .

01:11:08 **12**    **Q.**    Could you find Government's Exhibit 132C and D?

01:11:21 **13**    **A.**    Yes.

-13:-08:-44 **14**    **Q.**    Could you tell us what those are, please?

-13:-08:-44 **15**    **A.**    Miscellaneous papers found in the wallet.

01:11:29 **16**    **Q.**    Do they have some kind of writing on them?

-13:-08:-44 **17**    **A.**    Yes.

01:11:37 **18**    **Q.**    And the writings were on those items when you located or

-13:-08:-44 **19**    found them in the wallet?

01:11:42 **20**    **A.**    I'm sorry.

01:11:43 **21**    **Q.**    The writing was on those items when you found them in

-13:-08:-44 **22**    the wallet?

-13:-08:-44 **23**    **A.**    Yes.

-13:-08:-44 **24**    **Q.**    And they're in the condition now in which you found

01:11:49 **25**    them?

-13:-08:-44  **1**    **A.**   I believe so, yes.

01:11:51  **2**    **Q.**   Did you list those items on the lost and found inventory

-13:-08:-44  **3**  sheet?

-13:-08:-44  **4**    **A.**   Yes.

01:11:57  **5**    **Q.**   Where do you have those listed?

-13:-08:-44  **6**    **A.**   Under miscellaneous.

01:12:12  **7**    **Q.**   If we could put that inventory sheet back up for the

-13:-08:-44  **8**  jury, can you read off where it is on the inventory sheet that

-13:-08:-44  **9**  you listed these items or how you describe them?

01:12:25  **10**    **A.**   I believe I categorized them as paper containing Arabic

01:12:30  **11**  writing and numbers.

01:12:39  **12**    **Q.**   As you look at those items now, and if we could go back

-13:-08:-44  **13**  to those, 132C, please, is there anything on there that you're

01:12:57  **14**  indicating or you identified or were referencing as being Arabic

-13:-08:-44  **15**  writing?

01:13:05  **16**    **A.**   Yes.

-13:-08:-44  **17**    **Q.**   What would that be?

-13:-08:-44  **18**    **A.**   This area in between the blue marker writing and the

01:13:10  **19**  blue ballpoint writing, sort of in the middle.

01:13:22  **20**    **Q.**   Right in the middle between the two lines of writing in

-13:-08:-44  **21**  ballpoint at the top and marker writing below that?

-13:-08:-44  **22**    **A.**   Yes.

01:13:33  **23**    **Q.**   And by the way, do you speak or write in Arabic?

-13:-08:-44  **24**    **A.**   No, I don't.

-13:-08:-44  **25**    **Q.**   So do you know for sure that's Arabic writing or

-13:-08:-44 **1** was that just your possible perception?

-13:-08:-44 **2**     **A.**   My possible perception.

01:13:44 **3**     **Q.**   If we could look at 132D. Was there anything on there

-13:-08:-44 **4** that you were referencing as being what you thought might be

01:13:54 **5** Arabic writing?

-13:-08:-44 **6**     **A.**   Yes.

-13:-08:-44 **7**     **Q.**   What would that be?

-13:-08:-44 **8**     **A.**   The writing in ballpoint pen directly below the blue

-13:-08:-44 **9** marker writing.

01:14:02 **10**     **Q.**   Could you read what that blue marker writing says?

01:14:07 **11**     **A.**   Possibly a mixture of letters.

01:14:15 **12**     **Q.**   If you could just read off the letters?

01:14:18 **13**     **A.**   H-O-S-A-M.

-13:-08:-44 **14**         MR. IVEY: Objection.

01:14:25 **15**         THE COURT: I think the jury can read what it may

-13:-08:-44 **16** be as well as she can.

-13:-08:-44 **17** BY MR. GETZ:

-13:-08:-44 **18**     **Q.**   Does that appear to be some type of an address or

-13:-08:-44 **19** possibly an e-mail address?

-13:-08:-44 **20**         MR. IVEY: Objection.

-13:-08:-44 **21**         THE COURT: Sustained.

01:14:41 **22** BY MR. GETZ:

01:14:41 **23**     **Q.**   If you could turn your attention to Government's Exhibit

-13:-08:-44 **24** 132E.

01:14:55 **25**     **A.**   Okay.

-13:-08:-44 **1**   **Q.**   What does that appear to be?

01:14:58 **2**   **A.**   A business card.

01:15:00 **3**   **Q.**   And what's it a business card for, or for whom?

01:15:04 **4**   **A.**   For Darren L. Griffin of Direct Action Security, L.L.C.

-13:-08:-44 **5**   **Q.**   Was this an item you found inside the wallet?

-13:-08:-44 **6**   **A.**   Yes.

-13:-08:-44 **7**   **Q.**   Was there anything written or any markings on the back

-13:-08:-44 **8** of that business card?

-13:-08:-44 **9**   **A.**   Yes.

01:15:38 **10**   **Q.**   Could we see that, please?   Was the writing on the back

-13:-08:-44 **11** of that card there when you found it?

01:15:45 **12**   **A.**   Yes.

01:16:07 **13**   **Q.**   We'll go to the ELMO on that one.

01:16:19 **14**   Again, you listed these items on the inventory

01:16:22 **15** sheet?

-13:-08:-44 **16**   **A.**   Yes.

-13:-08:-44 **17**   **Q.**   If you could find Government's Exhibit 132K.   Have you

-13:-08:-44 **18** found that?

-13:-08:-44 **19**   **A.**   Yes.

-13:-08:-44 **20**   **Q.**   Do you recognize that item?

-13:-08:-44 **21**   **A.**   Yes, I do.

-13:-08:-44 **22**   **Q.**   Can you tell us what that is?

-13:-08:-44 **23**   **A.**   A receipt for property.

01:16:42 **24**   **Q.**   Do you recognize your signature or writing anywhere on

-13:-08:-44 **25** that document?

| | | | |
|---|---|---|---|
| 01:16:46 | **1** | **A.** | Yes. |
| 01:16:48 | **2** | **Q.** | When is this document dated? |
| -13:-08:-44 | **3** | **A.** | May 8, 2006. |
| 01:16:52 | **4** | **Q.** | Do you recall if that's the date on which you put your |
| -13:-08:-44 | **5** | | name on it? |
| 01:16:56 | **6** | **A.** | I believe so. |
| 01:16:57 | **7** | **Q.** | Can you explain the circumstances under which you put |
| -13:-08:-44 | **8** | | your name on this document? |
| 01:17:03 | **9** | **A.** | We had received a subpoena for the wallet and contents. |
| -13:-08:-44 | **10** | | And this receipt was given at the time the wallet was turned |
| -13:-08:-44 | **11** | | over as part of that subpoena. |
| 01:17:19 | **12** | **Q.** | Did someone come to your office to receive that item, |
| -13:-08:-44 | **13** | | the wallet? |
| -13:-08:-44 | **14** | **A.** | Yes. |
| -13:-08:-44 | **15** | **Q.** | And the contents? |
| -13:-08:-44 | **16** | **A.** | Yes. |
| -13:-08:-44 | **17** | **Q.** | Can you recall who that was? |
| -13:-08:-44 | **18** | **A.** | Mark Beneski. |
| 01:17:28 | **19** | **Q.** | Is he an employee of the FBI? |
| -13:-08:-44 | **20** | **A.** | Yes. |
| -13:-08:-44 | **21** | **Q.** | Special Agent? |
| -13:-08:-44 | **22** | **A.** | Yes. |
| 01:17:32 | **23** | **Q.** | Did you know Special Agent Beneski prior to that date? |
| 01:17:37 | **24** | **A.** | No, I don't believe so. |
| 01:17:42 | **25** | **Q.** | At that time did you turn the wallet over to the FBI? |

-13:-08:-44 **1**  **A.** Yes.

-13:-08:-44 **2**  **Q.** And, again, that date was in May of 2006?

01:17:49 **3**  **A.** Yes.

-13:-08:-44 **4**  **Q.** Was that almost approximately one year after you had

01:17:53 **5** first received the wallet?

01:17:54 **6**  **A.** Yes.

01:28:49 **7**  (Recess taken).

-13:-08:-44 **8**  THE COURT: You remain under oath.

01:28:54 **9**  Ladies and gentlemen, we should be done by 3:00.

01:28:59 **10**  Go ahead.

01:29:01 **11** BY MR. GETZ:

01:29:01 **12**  **Q.** If I could draw your attention to Government's Exhibit

-13:-08:-44 **13** 132L.

01:29:08 **14**  **A.** Okay.

-13:-08:-44 **15**  **Q.** Did you find that?

01:29:10 **16**  **A.** Yes.

-13:-08:-44 **17**  **Q.** And could you tell us what that is?

-13:-08:-44 **18**  **A.** A copy of a check.

-13:-08:-44 **19**  **Q.** Is it the front and back of the check that you

-13:-08:-44 **20** referenced earlier that was left in the bank or was being cashed

-13:-08:-44 **21** by the customer at the bank?

01:29:23 **22**  **A.** Yes.

01:29:29 **23**  **Q.** Did the bank maintain a copy of that check in the course

-13:-08:-44 **24** of its regular business practices?

01:29:37 **25**  **A.** Yes.

-13:-08:-44 **1**    **Q.**   Does that appear to be an accurate copy of that

-13:-08:-44 **2** particular item?

01:29:42 **3**    **A.**   Yes.

01:29:48 **4**    **Q.**   Looking at the screen, is that -- does that appear to be

-13:-08:-44 **5** the front of that check?

-13:-08:-44 **6**    **A.**   Yes.

01:29:55 **7**    **Q.**   And you had made reference in your testimony to a

01:29:58 **8** starter check being a type of check that may be received when

-13:-08:-44 **9** you first open an account?

-13:-08:-44 **10**    **A.**   Yes.

-13:-08:-44 **11**    **Q.**   And what are the things or what is it that primarily

01:30:07 **12** makes you able to identify this as a starter check?

01:30:10 **13**    **A.**   There's no preprinted account name in the upper

01:30:14 **14** left-hand corner.

-13:-08:-44 **15**    **Q.**   What is the date on this check?

-13:-08:-44 **16**    **A.**   May 8, 2005.

01:30:22 **17**    **Q.**   Can you read who the check is made payable to?

01:30:26 **18**    **A.**   Mohammad Amawi.

01:30:27 **19**    **Q.**   Is that the same person whose identification items

01:30:31 **20** appear to be in the wallet that was Government's Exhibit 132?

-13:-08:-44 **21**    **A.**   Yes.

01:30:39 **22**    **Q.**   Now, was this check, in fact, negotiated at Fifth Third

01:30:45 **23** Bank?

01:30:45 **24**    **A.**   Yes.

-13:-08:-44 **25**    **Q.**   And was it negotiated -- I think you indicated in your

-13:-08:-44  1  testimony that they were unable to allow the customer to cash

-13:-08:-44  2  the check at the Dorr branch of the bank?

-13:-08:-44  3     **A.**  Yes.

-13:-08:-44  4     **Q.**  Was it cashed at another branch of Fifth Third Bank?

01:31:00  5     **A.**  Yes.

-13:-08:-44  6     **Q.**  Do you know or can you tell from the check, either the

-13:-08:-44  7  front or back, on what date it would have been negotiated at

-13:-08:-44  8  Fifth Third Bank?

-13:-08:-44  9     **A.**  May 9, 2005.

01:31:10  10     **Q.**  And was that the same date that the wallet was left in

-13:-08:-44  11  the bank?

-13:-08:-44  12     **A.**  Yes.

01:31:16  13     **Q.**  And is there an endorsement on the back of the check by

-13:-08:-44  14  the payee, the person who negotiated the check?

01:31:23  15     **A.**  Yes.

01:31:24  16     **Q.**  Does that appear to be this item here?

01:31:29  17     **A.**  Yes.

01:31:44  18     **Q.**  Now, were you ever made aware in your position as a

-13:-08:-44  19  fraud investigator, or later in your position as a regional

01:31:52  20  investigation manager for Fifth Third Bank, that there were any

-13:-08:-44  21  other problems or issues involving the negotiation of that

-13:-08:-44  22  check?

-13:-08:-44  23     **A.**  No.

-13:-08:-44  24     **Q.**  So there wasn't any concern or issues relative to the

-13:-08:-44  25  purpose of that check or the fact that it was negotiated?

-13:-08:-44  **1**    **A.**    Correct.

-13:-08:-44  **2**    **Q.**    During the period between May 10, 2005 when you received

-13:-08:-44  **3**    the wallet from the Dorr branch of the bank, that's Government's

01:32:15  **4**    Exhibit 132, and May 8 of 2006 when you turned it over to the

-13:-08:-44  **5**    FBI, which is approximately a year later, were you ever made

-13:-08:-44  **6**    aware in your position as fraud investigator or regional

01:32:28  **7**    investigation manager for Fifth Third Bank that anyone had ever

-13:-08:-44  **8**    come to the bank and made a claim for that wallet?

01:32:36  **9**    **A.**    No.

01:32:37  **10**    **Q.**    And how do you know that?   How do you know that no one

-13:-08:-44  **11**    came to make a claim?

01:32:42  **12**    **A.**    No one contacted me.

01:32:45  **13**    **Q.**    And the wallet was maintained in your custody and

-13:-08:-44  **14**    control until you turned it over to the FBI?

-13:-08:-44  **15**    **A.**    Yes.

-13:-08:-44  **16**    **Q.**    If anyone had made a claim for those items, at any time,

01:32:57  **17**    would you have been the person who would have been notified in

-13:-08:-44  **18**    your position at the bank?

01:33:01  **19**    **A.**    Usually, yes.

01:33:03  **20**    **Q.**    If someone else had been notified, since the wallet was

01:33:07  **21**    in your custody and control, would you ultimately have been

01:33:10  **22**    contacted or notified?

-13:-08:-44  **23**    **A.**    Yes.

01:33:15  **24**        MR. GETZ:  Just a moment, Your Honor.

01:33:19  **25**        No further questions.   Thank you.

| | |
|---|---|
| 01:33:21 | **1** THE COURT: Questions? |
| 01:33:24 | **2** MR. HARTMAN: Not from the El-Hindi team. |
| 01:33:29 | **3** MR. IVEY: First we'd like the Court to make a |
| 01:33:32 | **4** cautionary instruction. |
| 01:33:34 | **5** THE COURT: I think you just testified to this, |
| 01:33:36 | **6** after all of this, in terms of your inquiry and so forth, you |
| -13:-08:-44 | **7** determined that there was nothing inappropriate or whatever |
| 01:33:44 | **8** about the check itself; is that correct? |
| -13:-08:-44 | **9** THE WITNESS: We were not notified of any |
| 01:33:49 | **10** forgeries. |
| 01:33:51 | **11** THE COURT: Nothing wrong, improper, inadmissible |
| -13:-08:-44 | **12** or illegal related to that check, anyway? |
| -13:-08:-44 | **13** THE WITNESS: Correct. |
| 01:34:04 | **14** THE COURT: Ladies and gentlemen, I think parties |
| -13:-08:-44 | **15** would agree with this. The check that Mr. Amawi presented to |
| -13:-08:-44 | **16** the bank that day was a check on the AZ Travel account and it |
| 01:34:15 | **17** was being presented to the bank and the funds that it |
| 01:34:23 | **18** represented had been collected from customers of AZ Travel to |
| 01:34:30 | **19** take a trip on what's called the Hajj, which is an Islamic |
| -13:-08:-44 | **20** pilgrimage. It's quite customary in that religion. You |
| -13:-08:-44 | **21** should draw absolutely no negative or adverse inference of any |
| -13:-08:-44 | **22** kind as to any of the defendants from the presentment of the |
| -13:-08:-44 | **23** check. |
| -13:-08:-44 | **24** It's my understanding -- Counsel correct me if I'm |
| -13:-08:-44 | **25** wrong -- that the testimony of this witness is principally as to |

-13:-08:-44  1  the chain of custody to show how the items that you saw

01:35:01  2  displayed happened to come into the government's possession.

-13:-08:-44  3  So there's nothing illegal or unlawful about anything you've

-13:-08:-44  4  heard about in terms of how the check was presented or the

01:35:17  5  wallet was left behind.   She followed up as was her job to do

-13:-08:-44  6  so.   When found she contacted the FBI in normal course of

-13:-08:-44  7  things.   Then the government obtained possession of those

-13:-08:-44  8  various items.

-13:-08:-44  9            MR. MILLER:  With the Court's permission the

-13:-08:-44  10  government would move for the admission of the series of

01:35:35  11  exhibits 132 through 132I.

-13:-08:-44  12            THE COURT:  Any objection?

01:35:39  13            MR. IVEY:  No.

01:35:41  14            THE COURT:  It will be admitted.  You may cross.

01:35:41  15                       - - -

01:35:41  16            KELLY DORAN, CROSS-EXAMINATION

01:35:52  17  BY MR. IVEY:

01:35:52  18    Q.   I think you indicated no one came to claim the wallet?

01:35:56  19    A.   Correct.

-13:-08:-44  20    Q.   I think you said you found the FBI agent's number and

-13:-08:-44  21  you called the FBI agent whose name was on the card in the

01:36:04  22  wallet, correct?

-13:-08:-44  23    A.   Correct.

-13:-08:-44  24    Q.   Was there any effort made to call Mr. Amawi?

-13:-08:-44  25    A.   By the branch, yes.

-13:-08:-44 **1**    **Q.**   Was any letter or anything sent out to the address of

-13:-08:-44 **2**   the ID to Mr. Amawi about his wallet being at the branch?

01:36:18 **3**    **A.**   I don't believe there were addresses found in the

-13:-08:-44 **4**   wallet.   No letters were sent.

01:36:23 **5**                MR. IVEY:  Thank you.   I have nothing further.

01:36:30 **6**                THE COURT:  Any redirect?

01:36:35 **7**                MR. GETZ:  No, Your Honor.   Thank you.

-13:-08:-44 **8**                THE COURT:  You're free to go.   Thank you.

01:36:53 **9**                Okay.  Ladies and gentlemen, I doubt whether this

01:36:59 **10**   makes up for starting late with some regularity, but we'll

-13:-08:-44 **11**   adjourn early this afternoon.   There will be no court tomorrow,

-13:-08:-44 **12**   for reasons I explained earlier.  If you could be available at

-13:-08:-44 **13**   noon on Tuesday, it may be a little later than that, but I'll do

-13:-08:-44 **14**   the best I can.   I learned the meeting I have to attend cannot

-13:-08:-44 **15**   start earlier.   In any event, I'll be in touch to let you know

-13:-08:-44 **16**   ultimately when we start.   I hope you enjoy your long weekend.

01:37:31 **17**                Please don't talk about the case, refrain from

01:37:35 **18**   allowing yourselves to read or view or listen to any publicity

-13:-08:-44 **19**   about the case.   If any of that stuff has come to your

01:37:41 **20**   attention, I have no doubt that you all are doing the very best

-13:-08:-44 **21**   you can to avoid any of that stuff.   In any event, I also have

-13:-08:-44 **22**   no doubt that you all understand full well whatever may come to

-13:-08:-44 **23**   your attention outside the courtroom is not evidence and cannot

01:37:59 **24**   influence your judgment in any way.   And once again I remind

-13:-08:-44 **25**   you:  Don't talk about the case.   In fact, don't even think

-13:-08:-44 **1** about the case.

-13:-08:-44 **2**  Have a safe trip home.   I'll see you next Tuesday

-13:-08:-44 **3** at noon time.   Thank you very much.

**4**  (Adjourned at 2:46 p.m.)

**5**  - - -

**6**

**7**  C E R T I F I C A T E

**8**

**9**  I certify that the foregoing is a correct transcript from the

**10** record of proceedings in the above-entitled matter.

**11**

**12** /s Tracy L. Spore_____    _____

**13** Tracy L. Spore, RMR, CRR  Date

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**1**      I N D E X

**2**

**3** MIKAEIL ALMOZROUEI, CONTINUED CROSS-EXAMINATION 4592

**4** BY MR. BRYAN:

**5** MIKAEIL ALMOZROUEI, CROSS-EXAMINATION          4608

**6** BY MR. HARTMAN:

**7** MIKAEIL ALMOZROUEI, CROSS-EXAMINATION          4608

**8** BY MR. HARTMAN:

**9** MIKAEIL ALMOZROUEI, REDIRECT EXAMINATION       4617

**10** BY MR. MILLER:

**11** MIKAEIL ALMOZROUEI, REDIRECT EXAMINATION       4617

**12** BY MR. MILLER:

**13** MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION        4623

**14** BY MR. BRYAN:

**15** MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION        4623

**16** BY MR. BRYAN:

**17** MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION        4624

**18** BY MR. HARTMAN:

**19** MIKAEIL ALMOZROUEI, RECROSS-EXAMINATION        4624

**20** BY MR. HARTMAN:

**21** KELLY DORAN, DIRECT EXAMINATION                4628

**22** BY MR. GETZ:

**23** KELLY DORAN, CROSS-EXAMINATION                 4651

**24** BY MR. IVEY:

**25**