```
 1                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
 2                       WESTERN DIVISION

 3   UNITED STATES OF AMERICA,    - Docket No. 3:06-CR-719
                                  -
 4     Plaintiff,                 - Toledo, Ohio
                                  - May 27, 2008
 5          v.                    - Trial
                                  -
 6   MOHAMMAD ZAKI AMAWI, et al.,-
                                  -
 7     Defendants.                -
     ------------------------------

 8
                     VOLUME 57, TRANSCRIPT OF TRIAL
 9              BEFORE THE HONORABLE JAMES G. CARR
          UNITED STATES DISTRICT CHIEF JUDGE, AND A JURY
10
     APPEARANCES:
11
     For the Plaintiffs:      United States Attorneys' Office
12                            By:   Thomas E. Getz
                                    Justin E. Herdman
13                            801 Superior Avenue, W
                              Cleveland, OH 44113
14                            (216) 622-3840

15                            U.S. Department of Justice
                              By:  Jerome J. Teresinski
16                                 David I. Miller
                              10th & Constitution Ave, NW
17                            Washington, DC 20530
                              (202) 353-3464
18
                              Office of the U.S. Attorney- Austin
19                            By:  Gregg N. Sofer
                              816 Congress Avenue
20                            Austin, TX 78701
                              (512) 916-5858
21

22

23

24

25
```

| | |
|---|---|
| 1 | For the Defendant Amawi: Office of the Federal Public Defender - Cleveland |
| 2 | By:  Amy B. Cleary |
| | Jonathan P. Witmer-Rich |
| 3 | Edward G. Bryan |
| | Timothy C. Ivey |
| 4 | 750 Skylight Office Tower |
| | 1660 West Second St. |
| 5 | Cleveland, OH 44113 |
| | (216) 522-4856 |
| 6 | |
| | Muawad & Muawad |
| 7 | By:  Elias Muawad |
| | 36700 Woodward Avenue, Suite 209 |
| 8 | Bloomfield Hills, MI 48304 |
| | (248) 594-4700 |
| 9 | |
| | For the Defendant       Kerger & Kerger |
| 10 | El-Hindi:         By:  Stephen D. Hartman |
| | Suite 201 |
| 11 | 33 South Michigan Street |
| | Toledo, OH 43602 |
| 12 | (419) 255-5990 |
| | |
| 13 | Boss & Vitou |
| | By:  Charles M. Boss |
| 14 | 111 West Dudley Street |
| | Maumee, OH 43537-2140 |
| 15 | (419) 893-5555 |
| | |
| 16 | Raslan, El-Kamhawy & Pla |
| | By:  Alek H. El-Kamhawy |
| 17 | Suite 3FE, 1700 East 13 Street |
| | Cleveland, OH 44114 |
| 18 | (216) 928-1500 |
| | |
| 19 | For the Defendant       David L. Doughten |
| | Mazloum:         4403 St. Clair Avenue |
| 20 | Cleveland, OH 44103-1125 |
| | (216) 361-1112 |
| 21 | |
| | Helmick & Hoolahan |
| 22 | By:  Jeffrey J. Helmick |
| | 2nd Floor |
| 23 | 1119 Adams Street |
| | Toledo, OH 43624-1508 |
| 24 | (419) 243-3800 |
| | |
| 25 | |

1    Mohammed Abdrabboh
     1620 Ford Avenue
2    Wyandotte, MI 48192
     (734) 283-8405

3
     Court Reporter:      Tracy L. Spore, RMR, CRR
4    1716 Spielbusch Avenue
     Toledo, Ohio 43624
5    (419) 243-3607

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
     Proceedings recorded by mechanical stenography, transcript
24   produced by notereading.
25

**1**     (Reconvened at 8:44 a.m.)

**2**          (The jury is not present.)

**3**          THE COURT:  We'll do this.  We'll let the

**4**  cross-examination occur.   If in some way the witness can't be

**5**  transmitted, the witness will have to come back and be subject

**6**  to cross-examination.  We'll continue.

**7**          MR. SOFER:  The other thing, Judge.   Will we be

**8**  able to play a tape they can hear there at least if -- even if

**9**  they can't see the transcript?

**10**          THE COURT:  I would assume.

**11**          MR. SOFER:  I assume we can play it through the

**12** system.

**13**          THE COURT:  If they can pick me up, they can pick

**14** that up, I assume.   Apparently you can put things to the

**15** document camera.

**16**          MR. SOFER:  I was just told something else that's

**17** helpful. I think the Court agreed this would be appropriate

**18** under the circumstances.  We got about a two sentence

**19** description of what each of these individuals is likely to

**20** testify to.  We would ask for a more extensive offer of proof

**21** given the circumstances so we can argue relevance and other

**22** hearsay kind of --

**23**          THE COURT:  That's been my understanding.

**24** Whatever exhibits are to be used the next day are --

**25**          MR. SOFER:  We did get the exhibits.  That is not

-08:-44:-38 **1** an issue, Judge.   Although many of them are in Arabic.   And

-08:-44:-38 **2** that's how they were transmitted to us, without any translation

-08:-44:-38 **3** whatsoever.   I guess I'm asking -- I was just told, for

-08:-44:-38 **4** instance, the first witness is a half-hour of direct.  We were

-08:-44:-38 **5** given, from what we heard -- the one- or two-sentence

-08:-44:-38 **6** description of what this witness is going to testify to would

-08:-44:-38 **7** not ordinarily take a half-hour.   Under the circumstances we

-08:-44:-38 **8** would rather not just be going back and forth to the sidebar.

-08:-44:-38 **9** So I'm just asking for a full representation of what it is.

-08:-44:-38 **10**          MS. CLEARY:  This is Amawi's father, that's

-08:-44:-38 **11** correct.  He's going to give a little background of Mr. Amawi.

-08:-44:-38 **12** He's going to talk about his visits to the United States.   He's

-08:-44:-38 **13** going to talk about visits to Jordan.

-08:-44:-38 **14**          THE COURT:  Are we ready to go?

-08:-44:-38 **15**          MR. SOFER:  As ready as we can be, Judge.

-08:-44:-38 **16**          THE COURT:  Does Mr. Amawi speak English?

-08:-44:-38 **17**          MS. CLEARY:  He speaks very little English.  We

-08:-44:-38 **18** have translators available.   Would you rather the screen be

-08:-44:-38 **19** blacked out with Mr. Amawi sitting where Ms. Grill is or would

-08:-44:-38 **20** you rather have Ms. Grill make any representations?

-08:-44:-38 **21**          THE COURT:  So Mr. Amawi should probably be sitting

-08:-44:-38 **22** where he's sitting.   That way he can be visible to the jury.

-08:-44:-38 **23** Let's have the jury brought down.   He can be in the seat.  I'll

-08:-44:-38 **24** have Amy swear the interpreters, or an affirm.   I should have

-08:-44:-38 **25** made this clear a long time ago:  It's my custom to say swear of

-08:-44:-38 1   affirm.   So there we are.   They should understand.   I --

-08:-44:-38 2   again, I just don't know what the custom is for people of the

-08:-44:-38 3   Islamic faith.

-08:-44:-38 4                 MR. HELMICK:   Just a reminder, Mr. Mazloum has not

-08:-44:-38 5   completed his case in chief.   The jury needs to be told they're

-08:-44:-38 6   going out of order.

00:01:03 7                 (Jury enters the courtroom.)

-08:-44:-38 8                 THE COURT:   Good morning, ladies and gentlemen.   I

00:01:06 9   hope you had a pleasant weekend.   I want to call a couple

-08:-44:-38 10  things to your attention.   First, while Mr. Mazloum has not

-08:-44:-38 11  completed the presentation of his case -- he's interrupting that

00:01:20 12  presentation and will resume it later -- you are about to hear

-08:-44:-38 13  from Mr. Amawi's first witness.   The witness actually is

00:01:31 14  located, I believe, in Jordan; is that correct?

-08:-44:-38 15                MS. CLEARY:   That's correct, Your Honor.

-08:-44:-38 16                THE COURT:   Through the miracle of contemporary and

00:01:40 17  electronic communication, he actually can hear and see us, or at

-08:-44:-38 18  least the lawyers.   We can see him.   And he will be testifying.

-08:-44:-38 19  It's my understanding although he knows some English, his native

-08:-44:-38 20  language is Jordanian and/or Arabic.

00:01:57 21                MS. CLEARY:   Arabic.

00:02:00 22                THE COURT:   In a moment, via long distance, Amy

-08:-44:-38 23  will swear in both the interpreter and then have Mr. Amawi

00:02:07 24  either swear or affirm to tell the truth just as if he were

-08:-44:-38 25  here.   You can consider his testimony just as if he were here

00:02:18 **1** along with all the other evidence in the case.   I should note,

-08:-44:-38 **2** though, and I think it's probably appropriate that I do so, that

-08:-44:-38 **3** because he's not physically located in this country, that part

00:02:34 **4** of the oath that refers to the pains and penalties of perjury

-08:-44:-38 **5** may have -- it would not have any lesser significance for a

-08:-44:-38 **6** witness who's outside the jurisdiction of this country, but I

00:02:50 **7** think it's appropriate that I call it to your attention.   You

-08:-44:-38 **8** can, if you wish, take that into consideration in evaluating his

00:02:56 **9** testimony.

00:02:59 **10**         Nonetheless, he will undertake,  as every other

00:03:03 **11** witness does, of either swearing or affirming to tell the truth

-08:-44:-38 **12** and nothing but truth.  We'll presume that he will take that

00:03:12 **13** oath to heart.

00:03:17 **14**         Anything further before we proceed?

-08:-44:-38 **15**         MR. SOFER:  No, Judge.

00:03:20 **16**         MS. CLEARY:  No, Your Honor.

00:03:24 **17**         THE COURT:  I should also indicate present in the

-08:-44:-38 **18** room, according to my understanding, are an interpreter -- in a

-08:-44:-38 **19** moment I'll ask that individual to identify himself or

00:03:36 **20** herself -- also present is an attorney associated with the

-08:-44:-38 **21** defender's office, Ms. Donna Grill.   So you may hear her voice

-08:-44:-38 **22** from time to time.   I believe the only person whom you'll see

-08:-44:-38 **23** will be Mr. Amawi.

-08:-44:-38 **24**         So, Ms. Grill, I would ask that the interpreter

00:03:56 **25** stand behind Mr. Amawi.   Can the interpreter sit right where

00:04:05  **1**  you're sitting now?

00:04:07  **2**        MS. GRILL:  Your Honor we don't have an interpreter

00:04:10  **3**  here.   The interpreter is in Toledo.

-08:-44:-38  **4**        THE COURT:  Didn't realize that.   It would be

-08:-44:-38  **5**  really helpful if that interpreter could stand next to Amy, if

-08:-44:-38  **6**  that's okay.  That would be helpful, I think.

00:04:32  **7**        THE JUROR:  Will we have visual?

00:04:37  **8**        THE COURT:  Ma'am, if you'll come forward, please.

00:04:45  **9**  Where do you want the interpreter to stand?

-08:-44:-38  **10**        MS. CLEARY:   Judge, they're going to stand by the

00:04:51  **11**  podium.

00:05:01  **12**        (Interpreters are sworn).

00:05:05  **13**        THE COURT:  Now, if you will first, each of you --

00:05:09  **14**  you're going to be switching off, I take it.

00:05:18  **15**        Ms. Cleary, if you'll come forward.

-08:-44:-38  **16**        My name is Judge Carr.  And your name is?

-08:-44:-38  **17**        THE INTERPRETER:  Nada Kourdi Ammoun.

-08:-44:-38  **18**        THE COURT:  Will you spell your name for the court

00:05:26  **19**  reporter.

00:05:27  **20**        THE INTERPRETER:  My first name is N-A-D-A.  My

-08:-44:-38  **21**  middle name is K-O-U-R-D-I.   My last name is A-M-M-O-U-N.

-08:-44:-38  **22**        THE COURT:  Sir, your name is?

00:05:39  **23**        THE INTERPRETER:  Ramadan.  R-A-M-A-D-A-N.  My

-08:-44:-38  **24**  last name is Alhaddad, A-L-H-A-D-D-A-D.

00:05:53  **25**        THE COURT:  You are fluent in both Arabic and

6016

-08:-44:-38 **1** English; is that correct?

00:05:57 **2**           THE INTERPRETER:  I am, Your Honor.

-08:-44:-38 **3**           THE COURT:  How has that come to be so?

00:06:01 **4**           THE INTERPRETER:  I'm sorry, how?

00:06:04 **5**           THE COURT:  How has that come to be so?

00:06:06 **6**           THE INTERPRETER:  I got a bachelor degree in

-08:-44:-38 **7** English literature from Lebanon in 1995.  Then I joined the

-08:-44:-38 **8** United States WHO, which is World Health Organization, as an

00:06:19 **9** interpreter.   I worked for the United Nations for about four

00:06:22 **10** years.  Then I came to the United States and started my own

-08:-44:-38 **11** business in interpretation.

-08:-44:-38 **12**           THE COURT:  I'm going to have to ask you to speak

-08:-44:-38 **13** much more slowly.

00:06:31 **14**           THE INTERPRETER:  I will, Your Honor.

-08:-44:-38 **15**           THE COURT:  From time to time I may interrupt you

-08:-44:-38 **16** and say slow down.

-08:-44:-38 **17**           So you are confident you're fully capable of

00:06:41 **18** translating statements made in English into Arabic and from

00:06:44 **19** Arabic statements made in Arabic into English?

-08:-44:-38 **20**           THE INTERPRETER:  Yes, I am, Your Honor.

00:06:49 **21**           THE COURT:  And, sir?

00:06:51 **22**           THE INTERPRETER:  I don't have as impressive a

00:06:54 **23** resumé as she does, but I'm from Libya, which is an Arabic

-08:-44:-38 **24** country, so I was born and raised in Libya, went to high school.

-08:-44:-38 **25** I went to England to study in England.   That's where I went to

6017

00:07:05 **1** college.   And so Arabic is my mother tongue.   I speak fluent,

-08:-44:-38 **2** read, and write Arabic.   As for English, I've lived in this

-08:-44:-38 **3** country over 22 years.   I've been -- worked for the last two

-08:-44:-38 **4** years in federal court in Cincinnati, the municipal court in

-08:-44:-38 **5** Dayton, and their juvenile court and all kinds of courts in the

-08:-44:-38 **6** Dayton area.   I work for Voca Link, which is a language service

-08:-44:-38 **7** company.

-08:-44:-38 **8**                    THE COURT:   Again, if you could speak slowly.

-08:-44:-38 **9**                    Who will be proceeding first?

00:07:53 **10**                    MR. ALHADDAD: I will start first.

00:07:57 **11**                    THE COURT:  You will please explain to Mr. Amawi

00:08:01 **12** who you are, and what you just said, if you'll repeat that to

-08:-44:-38 **13** the best of your ability to do so.   And inform him that in a

00:08:11 **14** moment he will be asked either to swear or affirm that he will

-08:-44:-38 **15** tell the truth and nothing but the truth during the course of

-08:-44:-38 **16** this testimony.

00:08:23 **17**                    THE INTERPRETER:  May I proceed?

00:09:21 **18**                    (Discussion in Arabic).

00:09:43 **19**                    THE COURT:  Okay.  Will you please also tell him --

-08:-44:-38 **20** and from now on you should translate as directly and as

00:09:52 **21** literally as you can, okay.  Will you tell him if he either

-08:-44:-38 **22** cannot understand, can't hear something because it's not audible

-08:-44:-38 **23** or clear, or if he doesn't understand the question that is being

00:10:25 **24** asked, he should indicate.

00:10:55 **25**                    And ask him will he do so.

| | | |
|---|---|---|
| 00:11:01 | **1** | THE WITNESS:  Yes. |
| 00:11:03 | **2** | THE COURT:  Now, Amy, if you'll swear the witness. |
| -08:-44:-38 | **3** | And translate what she is saying as she is saying it; you |
| 00:11:15 | **4** | translate simultaneously? |
| 00:11:19 | **5** | THE INTERPRETER:  I can. |
| 00:11:27 | **6** | (The witness was sworn by the clerk.) |
| 00:11:55 | **7** | MR. SOFER:  Can we have just one moment, please? |
| -08:-44:-38 | **8** | May we approach? |
| -08:-44:-38 | **9** | (Whereupon the following discussion was had at the |
| 00:13:00 | **10** | bench outside the hearing of the jury:) |
| 00:13:00 | **11** | MR. SOFER: I just wanted to ask the Court's |
| -08:-44:-38 | **12** | permission.  We have our linguist near the courtroom.   I wanted |
| -08:-44:-38 | **13** | to make sure that was okay.  We didn't want to offend Your Honor |
| -08:-44:-38 | **14** | in any way, shape or form. |
| -08:-44:-38 | **15** | THE COURT:  If you want the person at counsel |
| -08:-44:-38 | **16** | table, if there's any question about translation or whatever. |
| -08:-44:-38 | **17** | MR. SOFER:  That would be very helpful.   Thank |
| 00:13:05 | **18** | you. |
| 00:13:05 | **19** | (End of side-bar discussion.) |
| 00:13:09 | **20** | THE COURT:  Ms. Cleary, you may proceed. |
| -08:-44:-38 | **21** | If you'll translate every single thing that is |
| -08:-44:-38 | **22** | said. |
| 00:13:15 | **23** | THE INTERPRETER:  Absolutely. |
| 00:13:16 | **24** | MS. CLEARY:  Thank you, Your Honor. |
| 00:13:16 | **25** | (The following testimony was translated into |

00:13:16  **1**  English through an interpreter:)

00:13:37  **2**                                  - - -

00:13:37  **3**                    ZAKI AMAWI, DIRECT EXAMINATION

00:13:46  **4**  BY MS. CLEARY:

00:13:46  **5**      **Q.**   Good afternoon, Mr. Amawi.  I'm Amy Cleary, one of the

00:13:26  **6**  attorneys that is representing your son, Mohammad.

00:13:46  **7**            Mr. Amawi, can you tell us where you are right now?

00:13:54  **8**      **A.**   I am right now in Amman in a video conference room.

00:14:07  **9**      **Q.**   Mr. Amawi, we have a translator here for your

-08:-44:-38 **10**  convenience.   So if it's easier for you to speak in Arabic,

00:14:14  **11**  please feel free to do so.

00:14:22  **12**      **A.**   Thank you.

-08:-44:-38 **13**      **Q.**   Mr. Amawi, so that we can translate accurately for you,

00:14:27  **14**  I'm going to ask that you speak no more than two sentences or so

-08:-44:-38 **15**  at a time.

00:14:47  **16**      **A.**   Okay, I will.

-08:-44:-38 **17**      **Q.**   And finally, Mr. Amawi, if you don't understand the

-08:-44:-38 **18**  question that's asked, please feel free to let me know.

00:15:10  **19**      **A.**   Okay.

-08:-44:-38 **20**      **Q.**   Mr. Amawi, can you tell us how you're related to

00:15:15  **21**  Mohammad Amawi?

00:15:22  **22**      **A.**   I am the father of Mohammad Amawi.

00:15:25  **23**      **Q.**   Mr. Amawi, I'd like to talk to you then a little bit

-08:-44:-38 **24**  about your family.

00:15:39  **25**      **A.**   I have my wife and five kids.

-08:-44:-38 **1**   **Q.**   How long have you been married, sir?

00:15:53 **2**   **A.**   I've been married since 1975.

00:15:56 **3**   **Q.**   Mr. Amawi, could we talk a little bit about each of your

00:16:00 **4** children?

00:16:09 **5**   **A.**   I have five kids, and the first one died when he was

-08:-44:-38 **6** nine months old.

00:16:26 **7**         And my other son is Malik.   He's a mechanical

00:16:31 **8** engineer in Saudi Arabia with his wife.  He got married six

00:16:41 **9** months ago.

00:16:49 **10**         Mohammad, who was born in the U.S., he was born

00:16:55 **11** January 18, 1981.

00:17:04 **12**   **Q.**   Are you okay, sir?

00:17:24 **13**   **A.**   Mohammad was born in America in 1980 in Walter Reed

-08:-44:-38 **14** Hospital.

00:17:38 **15**         And Malik was born in 1981 in June -- July, I'm

00:17:45 **16** sorry, 1981.

00:17:52 **17**         And Abdullah was born April 19, '86, in Abu Dabai,

00:18:15 **18** that's UAE.

00:18:18 **19**         And Bara, he's the youngest, he was born in Jordan.

00:18:25 **20** He's in ninth grade.

00:18:31 **21**         Abdullah is now currently attending technical

00:18:36 **22** university.   He's in his third year.   He's studying genetics.

-08:-44:-38 **23** This is for my family, as for me --

-08:-44:-38 **24**   **Q.**   I'm going to stop you right there, sir.   It might be

-08:-44:-38 **25** easier for the jury to follow if you answer the questions that I

-08:-44:-38  **1**  ask first.

00:19:21  **2**      **A.**   Okay.

00:19:23  **3**      **Q.**   Mr. Amawi, can you tell me where you're currently

-08:-44:-38  **4**  living?

00:19:29  **5**      **A.**   I live in Irbid.

00:19:37  **6**      **Q.**   And, Mr. Amawi, can you tell us how close Irbid is to

00:19:44  **7**  Syria?

00:19:52  **8**      **A.**   If we travel by car from where I live, from my house to

-08:-44:-38  **9**  the Syrian border, it's about 25 minutes.

00:20:12  **10**      **Q.**   How close is Irbid, where you live, to Iraq?

00:20:24  **11**      **A.**   If you're driving by car it's about four or five hours.

00:20:33  **12**      **Q.**   Mr. Amawi, are you currently employed?

00:20:41  **13**      **A.**   I'm a retired officer.

00:20:44  **14**      **Q.**   Where were you an officer, sir?

00:20:53  **15**      **A.**   I was in the Royal Mechanical Corps.

00:21:01  **16**          THE WITNESS:  (IN ENGLISH)  Engineering.

00:21:02  **17**      **A.**   In the engineering corps.

00:21:02  **18**  BY MS. CLEARY:

00:21:04  **19**      **Q.**   How long were you in the Engineering Corps?

00:21:16  **20**      **A.**   I was one year as a cadet, and the rest of my service

-08:-44:-38  **21**  was in the Mechanical Engineering Corps.

00:21:40  **22**      **Q.**   In total, sir, how long did you serve in the Army?

00:21:44  **23**      **A.**   18 years total.

00:21:48  **24**      **Q.**   Sir, did you ever work anywhere else other than with the

00:21:51  **25**  Army?

00:22:00 **1**   **A.**   After I retire, in the end of 1983, I work for a marble

-08:-44:-38 **2** and stone factory.   Then I went to the Emirates in 1985, and I

-08:-44:-38 **3** work as an officer and trainer for the Emirate Forces.

00:22:45 **4**                THE WITNESS:  (IN ENGLISH)  In the engineering

00:22:47 **5** school.

00:22:50 **6** BY MS. CLEARY:

00:22:50 **7**   **Q.**   Thank you, sir.   When you were in the Army, were you

-08:-44:-38 **8** ever stationed in the United States?

00:23:05 **9**   **A.**   Yes.

00:23:10 **10**  **Q.**   During what years were you stationed in the U.S.?

00:23:14 **11**  **A.**   September 1975, September '81.

00:23:26 **12**  **Q.**   And when you were stationed in the U.S. is that when

-08:-44:-38 **13** Mohammad, your son, was born?

00:23:35 **14**  **A.**   Yes.

00:23:37 **15**  **Q.**   Mr. Amawi, I'd like to talk about Mohammad as he was a

-08:-44:-38 **16** young man, a young adult.

00:23:52 **17**               MR. SOFER:  Objection as to relevance.

00:23:55 **18**               THE COURT:  Overruled.

00:23:58 **19** BY MS. CLEARY:

00:23:58 **20**  **Q.**   Mr. Amawi, did you ever speak with Mohammad about his

00:24:01 **21** plans for the future?

00:24:11 **22**               MR. SOFER: Objection, relevance.

00:24:20 **23**               THE COURT:  I would tend to agree.   I'm going to

-08:-44:-38 **24** sustain the objection.

00:24:26 **25**               MS. CLEARY:  May we approach?

6023

-08:-44:-38 **1**    One minute, Mr. Amawi.

-08:-44:-38 **2**    (Whereupon the following discussion was had at the

-08:-44:-38 **3** bench outside the hearing of the jury:)

-08:-44:-38 **4**    MS. CLEARY:  One of the things that's important to

-08:-44:-38 **5** the defense in this case is what Mr. Amawi's plans are.   The

-08:-44:-38 **6** government is telling us there was evidence that it thinks Mr.

-08:-44:-38 **7** Amawi's plans were to go and be a suicide bomber.   I think it's

-08:-44:-38 **8** important that this jury understand that Mr. Amawi had plans

-08:-44:-38 **9** other than what the government is insinuating he did.

-08:-44:-38 **10**    THE COURT:  This is offered for the truth of the

-08:-44:-38 **11** matter asserted.   It's hearsay.

-08:-44:-38 **12**    MS. CLEARY:  Well, under 803(3).   If Mr. Amawi

-08:-44:-38 **13** expressed his plans to his father, I think that would be

-08:-44:-38 **14** admissible.   My question is whether Mr. Amawi discussed with

-08:-44:-38 **15** Mohammad his plans.

-08:-44:-38 **16**    THE COURT:  First of all, there's no timeframe.

-08:-44:-38 **17** It's one thing when you're in fifth grade you say I want to be a

-08:-44:-38 **18** whatever.   Or during the course of your visit while he was

-08:-44:-38 **19** there, and that then may be pertinent.

-08:-44:-38 **20**    MR. SOFER:  That's the exact nature of the

-08:-44:-38 **21** government's objection.  Just to try to maybe -- if there is

-08:-44:-38 **22** within the period of the conspiracy some statement, maybe.

-08:-44:-38 **23**    THE COURT:  Get a timetable and the circumstances

-08:-44:-38 **24** of the conversation.   Pretty rudimentary.

-08:-44:-38 **25**    (End of side-bar discussion.)

| | | |
|---|---|---|
| 00:26:28 | **1** | THE COURT:  I sustained the objection.  So do not |
| 00:26:32 | **2** | translate the answer.  However, Ms. Cleary can rephrase the |
| 00:26:47 | **3** | question and continue. |
| 00:26:56 | **4** | MS. CLEARY:  Thank you, Your Honor. |
| 00:26:59 | **5** | BY MS. CLEARY: |
| 00:27:00 | **6** | Q.    Mr. Amawi, did you ever live in the United States for |
| -08:-44:-38 | **7** | any period of time? |
| 00:27:11 | **8** | A.    Yes. |
| 00:27:12 | **9** | Q.    During what periods of time? |
| 00:27:21 | **10** | A.    '79 to '81.  Before, too. |
| -08:-44:-38 | **11** | Q.    Did you ever have any long visits in the United States? |
| 00:27:38 | **12** | A.    1986 I came to visit.  If my memory serves me right, in |
| 00:27:54 | **13** | 1989 or 1999 -- I'm sorry 1998 or 1999. |
| 00:28:01 | **14** | Q.    In 1999, sir, where were you staying in the United |
| 00:28:13 | **15** | States? |
| 00:28:13 | **16** | A.    In the beginning it was in North Carolina. |
| 00:28:17 | **17** | Q.    While you were in North Carolina were any of your family |
| -08:-44:-38 | **18** | members with you in 1999? |
| 00:28:30 | **19** | A.    Yeah, my son Mohammad came and he was in Houston, also |
| 00:28:40 | **20** | my son Ahmed. |
| -08:-44:-38 | **21** | Q.    When Mohammad came to visit, did he stay with you very |
| -08:-44:-38 | **22** | long in North Carolina? |
| 00:28:56 | **23** | A.    Not very long.  He just came to the States, so...  I |
| 00:29:02 | **24** | think he was about 18 years old.  After four or five months he |
| 00:29:18 | **25** | start saying that he wanted to go home to Jordan. |

00:29:21  **1**    **Q.**    Did you want Mohammad to go home to Jordan?

00:29:28  **2**    **A.**    No.

-08:-44:-38  **3**    **Q.**    Why not?

00:29:31  **4**    **A.**    Because I thought that he would have a much better

00:29:43  **5**    opportunity, a better future if he had stayed in the United

00:29:48  **6**    States.

00:29:48  **7**    THE COURT:  Excuse me.  If he responds in English,

-08:-44:-38  **8**    you should obviously pick up the English as well as the

00:30:10  **9**    translation.

00:30:22  **10**    BY MS. CLEARY:

00:30:22  **11**    **Q.**    Mr. Amawi, before I talk further about that, it might be

00:30:30  **12**    easier if you speak in your native language of Arabic.

00:30:41  **13**    When Mohammad wanted to leave to go to Jordan, did

-08:-44:-38  **14**    you do anything to try to stop him?

00:31:04  **15**    **A.**    I spend about a month trying to persuade him not to go

00:31:17  **16**    back.   But he insisted he would go back and get good grades.

-08:-44:-38  **17**    And that he wanted to go back to Jordan to finish his studies.

00:31:35  **18**    And if I remember right, we were in the kitchen talking.   And I

-08:-44:-38  **19**    was very upset.   I broke a bunch of plates, dishes.   Because

-08:-44:-38  **20**    that was just my -- because I couldn't do anything else to

00:32:14  **21**    persuade him.   And then I told him we should sit down and

-08:-44:-38  **22**    discuss this later.   I brought a piece of paper, a notebook.

-08:-44:-38  **23**    And I told him that if he go back to Jordan, he will not get

-08:-44:-38  **24**    better grades.   And the only reason you want to go back is

00:32:53  **25**    because you miss your friends and your buddies.   And you're

-08:-44:-38  1  still young.   And that you be back here again.   And you will

-08:-44:-38  2  just waste a year or two or more from your life.   And I want

00:33:28  3  you to sign this paper so in the future I can show it to you and

-08:-44:-38  4  remind you.

00:33:32  5          MR. SOFER:  Your Honor, I object.   No relevance

-08:-44:-38  6  here.

00:33:37  7          THE COURT:  I will permit the testimony as evidence

-08:-44:-38  8  that he made those statements, but not for the truth of the

-08:-44:-38  9  matter asserted.   The objection is otherwise overruled.

00:34:14  10          MS. CLEARY:  Thank you, Your Honor.

00:34:16  11  BY MS. CLEARY:

-08:-44:-38  12  **Q.**   Mr. Amawi, do you still have that sheet of paper that

-08:-44:-38  13  you and Mohammad signed?

00:34:31  14  **A.**   It's still in the possession of his brother, Ahmed,

-08:-44:-38  15  because he took it from him because -- his brother took it from

00:34:42  16  him and hid it.

00:34:46  17          MR. SOFER:  Your Honor, can we approach?

00:34:48  18          (Whereupon the following discussion was had at the

00:39:17  19  bench outside the hearing of the jury:)

00:39:17  20          THE COURT:  How much longer on this?   It's very

-08:-44:-38  21  questionable.

-08:-44:-38  22          MS. CLEARY:  15, 20 minutes.

-08:-44:-38  23          THE COURT:  Not how much longer with him but on

-08:-44:-38  24  this line of questioning.

-08:-44:-38  25          MS. CLEARY:  The area I'm going to go into next is

-08:-44:-38 **1** when Mohammad came to the United States in 2000, which is what

-08:-44:-38 **2** sparks the rest of the relevant conduct in this case.

-08:-44:-38 **3**         THE COURT:  Okay.

-08:-44:-38 **4**         MR. SOFER: The thing I wanted to bring to Your

-08:-44:-38 **5** Honor's attention is our translator is saying there's been two

-08:-44:-38 **6** missed translations already.   One of them was the witness,

-08:-44:-38 **7** according to our translator, said instead of he couldn't

-08:-44:-38 **8** persuade him when he was talking about staying or no, he said he

-08:-44:-38 **9** couldn't -- our translator said he said, "I couldn't hit him."

-08:-44:-38 **10** And with respect to this piece of paper, our translator says

-08:-44:-38 **11** that the words the witness actually with spoke are:  Amr stole

-08:-44:-38 **12** it from him as opposed to he gave it to Amr.   I bring this to

-08:-44:-38 **13** the Court's attention only because…

-08:-44:-38 **14**         THE COURT:  But I think this is something you can

-08:-44:-38 **15** ask on cross.   And why don't we let the interpreter come over

-08:-44:-38 **16** here.

-08:-44:-38 **17**         THE COURT:  This is Mr. Sofer, the government

-08:-44:-38 **18** attorney.   They have a translator here, too, and why don't you

-08:-44:-38 **19** tell him.

-08:-44:-38 **20**         MR. SOFER: Our translator told us that there have

-08:-44:-38 **21** been two things that were questionable from what he said.   And,

-08:-44:-38 **22** Judge, for the record, we don't have to do it this way.   I just

-08:-44:-38 **23** wanted to make sure.

-08:-44:-38 **24**         THE COURT:  I just wanted to let him know.

-08:-44:-38 **25**         MR. SOFER:  The first one was when the witness was

6028

-08:-44:-38  **1**  saying he couldn't persuade his son to stay in America.  Our

-08:-44:-38  **2**  translator said that the actual literal translation of what he

-08:-44:-38  **3**  said was he couldn't hit him.   He said he broke the dishes, but

-08:-44:-38  **4**  he couldn't hit him.

-08:-44:-38  **5**            THE INTERPRETER:  Okay.

-08:-44:-38  **6**            MR. SOFER:  The second one.

-08:-44:-38  **7**            THE INTERPRETER:  That was correct.   That he said

-08:-44:-38  **8**  he didn't hit him.   So it's my --

-08:-44:-38  **9**            MR. SOFER:   The second one is that he says that Amr

-08:-44:-38  **10**  Amawi has the piece of paper.   He said the literal translation

-08:-44:-38  **11**  is Amr stole it from him.

-08:-44:-38  **12**            THE INTERPRETER:  That is true also.

-08:-44:-38  **13**            THE COURT:  Translate as literally as you can.

-08:-44:-38  **14**            THE INTERPRETER:  Okay.

-08:-44:-38  **15**            THE COURT:  Even if it might not make sense.   As

-08:-44:-38  **16**  literally -- If he says, "X", don't say he said almost X or Y.

-08:-44:-38  **17**            THE INTERPRETER:  I understand.

-08:-44:-38  **18**            THE COURT:  Take as much time as you need.

-08:-44:-38  **19**            THE INTERPRETER:  No problem.

-08:-44:-38  **20**            THE COURT:  And if you want to have him go back and

-08:-44:-38  **21**  say --

-08:-44:-38  **22**            MR. SOFER:  Either.  We can go back.  It's up to

-08:-44:-38  **23**  Counsel how they want to do this.   I wanted to bring it to the

-08:-44:-38  **24**  Court's attention so it doesn't compound itself.

-08:-44:-38  **25**            THE COURT:  I agree.   That's why I asked the

-08:-44:-38  **1**  translator to come over.

-08:-44:-38  **2**  THE INTERPRETER:  It's my mistake.  Because I said

-08:-44:-38  **3**  I shouldn't think like that.  It's relevant.  I mean to me I

-08:-44:-38  **4**  didn't think it was a big deal.

-08:-44:-38  **5**  THE COURT:  It is.

-08:-44:-38  **6**  THE INTERPRETER:  In the Arabic culture, this is,

-08:-44:-38  **7**  you know, your kids hit.

-08:-44:-38  **8**  MR. SOFER:  This is what we're concerned about.

-08:-44:-38  **9**  THE COURT:  So --

-08:-44:-38  **10**  MR. SOFER:  So either counsel should fix it or I'll

-08:-44:-38  **11**  fix it in my cross-examination or not.

-08:-44:-38  **12**  THE INTERPRETER:  I apologize to all of you.

-08:-44:-38  **13**  MR. SOFER: There's nothing to apologize for.

-08:-44:-38  **14**  THE COURT:  So I would suggest maybe you ask him to

-08:-44:-38  **15**  come back up and redo it.

-08:-44:-38  **16**  MS. CLEARY:  I will.

-08:-44:-38  **17**  MR. SOFER:  Judge, I just want to lodge a

-08:-44:-38  **18**  continuing objection to this line of questioning which I think

-08:-44:-38  **19**  has zero relevance.

-08:-44:-38  **20**  THE COURT:  We're moving on.  I've ruled.

-08:-44:-38  **21**  (End of side-bar discussion.)

00:39:21  **22**  MR. SOFER:  Judge, I have one more matter brought

00:39:25  **23**  to my attention.

00:39:26  **24**  (Whereupon the following discussion was had at the

00:41:37  **25**  bench outside the hearing of the jury:)

00:41:37 **1**      MR. SOFER: I was told if you watch the video during

-08:-44:-38 **2** the sidebar Counsel is talking to the witness.   I don't know

-08:-44:-38 **3** what that's about, but I would caution and ask for her not to do

-08:-44:-38 **4** that for obvious reasons.

-08:-44:-38 **5**      THE COURT:  I'm happy to do that.   I'm sure she's

-08:-44:-38 **6** saying -- I agree.

-08:-44:-38 **7**      MS. CLEARY:  Do you want me to say something to Ms.

-08:-44:-38 **8** Grill?

-08:-44:-38 **9**      THE COURT:  Yes.

-08:-44:-38 **10**      Just so you understand, translate as literally as

-08:-44:-38 **11** you can, exactly, okay?

-08:-44:-38 **12**      THE INTERPRETER:  I will.

-08:-44:-38 **13**      THE COURT:  And slowly.

-08:-44:-38 **14**      THE INTERPRETER:  I'll do my best, Your Honor.

-08:-44:-38 **15**      THE COURT:  It's hard for Tracy and the jurors.

-08:-44:-38 **16**      MS. CLEARY:  Your Honor, would it be possible to

-08:-44:-38 **17** speak to Ms. Grill outside the presence of the jury?

-08:-44:-38 **18**      THE COURT:  Yeah, we should.

-08:-44:-38 **19**      MR. SOFER: Hopefully we won't have any other

-08:-44:-38 **20** sidebars.

-08:-44:-38 **21**      MS. CLEARY:  I'd like to address -- one of things I

-08:-44:-38 **22** want to go into is when Mr. Amawi was here and then deported

-08:-44:-38 **23** from here, I was going to go into that.   I'm sure the

-08:-44:-38 **24** government will go into it on its cross.   If the government's

-08:-44:-38 **25** not going to go into it, I don't need to do that.

-08:-44:-38  **1**              MR. SOFER:  You'd better go into it.

-08:-44:-38  **2**              (End of side-bar discussion.)

00:41:49  **3**              THE COURT:  Ms. Grill, I'd suggest that during our

-08:-44:-38  **4**  sidebars that you try to refrain from engaging in conversation

-08:-44:-38  **5**  with Mr. Amawi, okay.  I'm sure there's nothing untoward

00:42:03  **6**  occurring, but just by way of caution.

-08:-44:-38  **7**              Ms. Cleary, you may resume.

00:42:11  **8**              Sir, if you can translate what I just said to Ms.

00:42:14  **9**  Grill.   In other words, everything should be translated.

00:42:43  **10**             Okay.  You may continue.

00:42:47  **11**  BY MS. CLEARY:

00:42:48  **12**     **Q.**   Mr. Amawi, there's a couple issues you testified about

-08:-44:-38  **13**  that we need to clarify.

00:43:02  **14**     **A.**   Okay.

00:43:03  **15**     **Q.**   When you were telling the story about the notebook paper

-08:-44:-38  **16**  and how you were upset when you thought that Mohammad was going

-08:-44:-38  **17**  to return to Jordan, that you broke dishes.   It is accurate to

00:43:34  **18**  say that when you threw the dishes that you testified that you

-08:-44:-38  **19**  did not hit Mohammad with the dishes?

00:43:51  **20**     **A.**   It's just the way of relieving anger, by breaking

00:44:00  **21**  dishes.   Because I was very upset.

00:44:05  **22**     **Q.**   And just one other area that we need to review very

00:44:09  **23**  quickly.   When you said that Mohammad took -- that Amr took the

00:44:17  **24**  paper from you that you and Mohammad signed, am I correct that

-08:-44:-38  **25**  you testified that Amr had stolen that paper from you?

00:44:33 **1**  **A.**  No.  No.  No, he had it.  He had it.

00:44:42 **2**  **Q.**  Thank you, sir.  After Mohammad returned to Jordan in

-08:-44:-38 **3**  1999, did he then again return to the United States after that?

00:45:00 **4**  **A.**  After about a year.  He found out that he was better

-08:-44:-38 **5**  back -- by coming back to America because he tried America, and

-08:-44:-38 **6**  he tried Jordan.

00:45:16 **7**  **Q.**  So would that be the year 2000?

00:45:25 **8**  **A.**  I think.  I mean, if I remember right.  I think

00:45:29 **9**  it's --

00:45:32 **10**  **Q.**  Do you know where Mohammad returned to when he did

-08:-44:-38 **11**  return?

00:45:48 **12**  **A.**  He went back to Houston, I think, because his aunt lived

00:45:55 **13**  in Houston.  And then I came to North Carolina.  Then I told

-08:-44:-38 **14**  him to come to see me because there was an opportunity, to go to

00:46:16 **15**  the University of Toledo with his brother Ahmed.

00:46:22 **16**  **Q.**  Did you ever visit Mohammad when he was in Toledo?

00:46:32 **17**  **A.**  We used to live in the same apartment.

00:46:35 **18**  **Q.**  Do you remember what year you last visited him in

-08:-44:-38 **19**  Toledo?

00:46:52 **20**  **A.**  We lived together in the Almozrouei apartment.  We were

00:46:56 **21**  eating together, sleeping together.  We play Play Station

-08:-44:-38 **22**  together.

00:47:03 **23**  **Q.**  And how long did you stay in the U.S. that time, sir?

00:47:16 **24**  **A.**  It's about a year and four or five months.

-08:-44:-38 **25**  **Q.**  Would you explain the circumstances under which you left

6033

-08:-44:-38 **1** the U.S. at that time?

00:47:29 **2**     A.   Is there a time for me to explain?

00:47:36 **3**     Q.   Well, did you leave the U.S. in 2002?

00:47:49 **4**     A.   I left the U.S. in December, 26, 2001.

00:47:56 **5**     Q.   Thank you for correcting me.   Do you remember what the

-08:-44:-38 **6** circumstances were under which you left?

00:48:10 **7**     A.   During September I was there.   And I took a work

00:48:19 **8** permit, and my son Mohammad applied for me with the immigration

00:48:28 **9** services, and they give me a work permit.   And I stayed there

-08:-44:-38 **10** for about a year, and then I left.   After September 11, if I

00:48:55 **11** remember, I think.   After September 11, immigration, they

-08:-44:-38 **12** became more diligent.   They start more, you know, like put

00:49:36 **13** people under more scrutiny.

-08:-44:-38 **14**     Q.   Were you contacted by immigration in 2001?

00:49:51 **15**     A.   I went to see them twice, and they give me the work

-08:-44:-38 **16** permit.   That was before September 11.   After September, paper

-08:-44:-38 **17** took longer time.   I required my lawyer.   My lawyer's name was

-08:-44:-38 **18** Denise.   She works as an immigration attorney.   I contacted

-08:-44:-38 **19** her.   And I told her that my paper's taking very long.   She

00:51:05 **20** told me --

00:51:19 **21**     Q.   I'm going to stop you.   It's not necessary for you to

00:51:25 **22** tell us what your immigration attorney told you.

00:51:37 **23**     A.   She asked me to go to the immigration office.   I went

-08:-44:-38 **24** there to see them.   And I was told that I broke the law and

-08:-44:-38 **25** that I was under house arrest, and they going to deport.   And

6034

-08:-44:-38 **1**   they deport me outside the U.S.

00:52:06 **2**     **Q.**   Sir, did you understand why you were told that you broke

-08:-44:-38 **3**   the law?  Do you understand what law they said you broke?

00:52:25 **4**     **A.**   They tried to explain.  But there was no interpreter.

00:52:30 **5**   And then things were very difficult.  And then I went home.

00:52:39 **6**     **Q.**   Do you remember exactly when you were deported?

00:52:46 **7**          THE WITNESS:  Yes, now.

00:52:53 **8**     **A.**   December 26, 2001.

00:52:55 **9**   BY MS. CLEARY:

00:52:55 **10**     **Q.**   And that was the last time you were in the United

00:53:01 **11**   States?

00:53:01 **12**     **A.**   That was the last time.

-08:-44:-38 **13**     **Q.**   I'd like to turn then, sir, to the year 2005.  Did your

00:53:14 **14**   son Mohammad visit you in 2005?

00:53:22 **15**     **A.**   Yes, he visited us in 2005 in August.

-08:-44:-38 **16**     **Q.**   Did he bring anyone with him?

00:53:42 **17**     **A.**   He brought a friend of his.  His name was Darren

00:53:56 **18**   Griffin.  In Arabic he had the name as Bilal.  He was -- his

-08:-44:-38 **19**   Arabic name was Bilal.

-08:-44:-38 **20**     **Q.**   Is that the first time that you met Darren Griffin?

-08:-44:-38 **21**     **A.**   Yes, that was the first time I ever seen him.

-08:-44:-38 **22**     **Q.**   When you met Darren Griffin did he give you any business

00:54:22 **23**   cards?

00:54:29 **24**     **A.**   Yes, he gave me one, and I still have it at home.

-08:-44:-38 **25**     **Q.**   Do you remember what that card said?

6035

| | | |
|---|---|---|
| 00:54:50 | **1** | A.    I think in English it says something like security. |
| 00:54:59 | **2** | And it says something about training people for security. |
| 00:55:03 | **3** | Q.    Sir, how long did Darren Griffin stay with you? |
| 00:55:18 | **4** | A.    The first time we hosted him at our house, the first |
| -08:-44:-38 | **5** | time he stayed with us in the house in a separate bedroom.   And |
| -08:-44:-38 | **6** | then my son Mohammad stayed there.  To make him more comfortable |
| -08:-44:-38 | **7** | we give him an apartment with three bedrooms. |
| 00:56:02 | **8** | Q.    And you did that, sir? |
| 00:56:09 | **9** | A.    And we felt very comfortable with him. |
| 00:56:13 | **10** | Q.    Did you see Darren Griffin very often during that visit? |
| 00:56:28 | **11** | A.    The first three days he was having breakfast, lunch, and |
| -08:-44:-38 | **12** | dinner with us.   And we consider him as one of our family. |
| 00:56:47 | **13** | And we treat him as if he was one of the family.   And the rest |
| -08:-44:-38 | **14** | of the time he was there, he was having lunch with us |
| 00:56:59 | **15** | frequently. |
| 00:57:07 | **16** | Q.    Mr. Amawi, during that time, during that visit in August |
| 00:57:11 | **17** | and September of 2005, did your son Mohammad express any plans |
| 00:57:21 | **18** | he had for a business? |
| 00:57:36 | **19** | A.    Yeah, Mohammad said he wanted to open his own business. |
| 00:57:40 | **20** | Q.    Did he tell you what kind of business? |
| 00:57:49 | **21** | A.    It was something related to computers. |
| 00:57:52 | **22** | Q.    Did you observe Mohammad taking any steps to help |
| -08:-44:-38 | **23** | prepare to start that business? |
| 00:58:07 | **24** | A.    Yes, we would go with him sometimes with his mom in the |
| -08:-44:-38 | **25** | car and look for a place that would be suitable, like a shop for |

-08:-44:-38  **1**  fixing and selling computers.

00:58:33  **2**      Q.    Mr. Amawi, was that September -- was that the only time

00:58:44  **3**  Darren Griffin visited your family?

00:58:53  **4**      A.    No, I think he came back again in December.

-08:-44:-38  **5**      Q.    And did he again stay with your family at that time?

00:59:04  **6**      A.    Once again we provided him with an apartment that he

-08:-44:-38  **7**  stayed in.

00:59:09  **8**      Q.    At that time, in December, was Mohammad still planning

00:59:12  **9**  to go forward with his computer business?

00:59:22  **10**      A.    He was more -- he was planning on opening a business in

-08:-44:-38  **11**  Jordan, and then living in Jordan as well.

00:59:37  **12**      Q.    And how did you feel about Mohammad starting his own

-08:-44:-38  **13**  business?

00:59:45  **14**                MR. SOFER:  Objection to relevance.

00:59:50  **15**                THE COURT:  I would agree.    Sustained.

00:59:58  **16**                MS. CLEARY:  Thank you, Your Honor.

01:00:05  **17**  BY MS. CLEARY:

01:00:06  **18**      Q.    Sir, during the course of Darren Griffin's visits to

-08:-44:-38  **19**  your home, did he give you or your family any gifts?

01:00:18  **20**      A.    Yes.

-08:-44:-38  **21**      Q.    Can you explain what he may have given you?

01:00:28  **22**      A.    Water cooler, and it was worth 160, 100 to 160 dollars.

01:00:50  **23**  And he insisted on giving me a cell phone, which is about 150

-08:-44:-38  **24**  dollars, worth 150 dollars.    And he wanted to open a computer

-08:-44:-38  **25**  business and also a car dealership, and he gave Mohammad and my

6037

-08:-44:-38 **1** wife, Mohammad's mom, 2000 dollars -- travellers check, 2000

-08:-44:-38 **2** dollars, because I had a Jeep. He had a car, a Jeep.   And

-08:-44:-38 **3** Mohammad, my son, give me 3,000 dollars as to use the car for

-08:-44:-38 **4** business.

01:02:14 **5**     **Q.**    Sir, did he also give your family a satellite phone?

01:02:31 **6**     **A.**    He tried to give it to me, and I said I can't use it.

01:02:35 **7** I don't know how to use it.   I don't have a company, so I told

01:02:44 **8** him I would give it to Mohammad.

01:02:49 **9**     **Q.**    Mr. Amawi, is your son Mohammad engaged?

01:03:00 **10**     **A.**    Mohammad, in 2005, he went to Egypt to get engaged to an

01:03:17 **11** Egyptian girl.   She was a medical school graduate.

01:03:26 **12**     **Q.**    Mr. Amawi, have you met this girl that Mohammad plans to

01:03:31 **13** marry?

01:03:31 **14**             MR. SOFER: Objection as to relevance.

01:03:38 **15**             THE COURT:  Sustained.

01:03:45 **16**             MR. BRYAN:  Can we approach?

01:03:48 **17**             (Whereupon the following discussion was had at the

01:06:54 **18** bench outside the hearing of the jury:)

01:06:54 **19**             MR. BRYAN:  Your Honor, basically the crescendo of

-08:-44:-38 **20** the government's case, they introduced some photos of Mohammad

-08:-44:-38 **21** Amawi lying in a box that were taken in time in October of 2005.

-08:-44:-38 **22** They appear to have been taken in October of 2005.   Based upon

-08:-44:-38 **23** that I think the government -- and also has based upon other

-08:-44:-38 **24** evidence that they've introduced throughout trial I think is

-08:-44:-38 **25** prepared to create or argue a theory to the jury that Mohammad

-08:-44:-38 **1** Amawi was taking the way of the Shehada; that is, a suicide

-08:-44:-38 **2** martyr, and he intended to commit suicide in the future.  The

-08:-44:-38 **3** government is permitted to draw those references based upon mere

-08:-44:-38 **4** pictures that nobody knows when they were taken under what

-08:-44:-38 **5** circumstances they were taken.  Whether they were goofing

-08:-44:-38 **6** around or what have you.  At the very least we should be able

-08:-44:-38 **7** to present evidence that rebuts that idea, that inference that

-08:-44:-38 **8** Mohammad Amawi was suicidal at that time.  The best evidence is

-08:-44:-38 **9** not only that he was engaged but that they were actually working

-08:-44:-38 **10** towards this marriage.  And part of the Arabic culture requires

-08:-44:-38 **11** the marriage to be arranged.  And what Mr. Amawi will testify

-08:-44:-38 **12** to is that he travelled or actually met her, I believe, in Saudi

-08:-44:-38 **13** Arabia -- met her personally, then he approved of Mohammad

-08:-44:-38 **14** marrying this young lady.

-08:-44:-38 **15**         MR. SOFER:  Judge, I didn't object when they asked

-08:-44:-38 **16** whether he was engaged.  I think it's been established he was

-08:-44:-38 **17** engaged.  How the arrangement were going, how far they went to

-08:-44:-38 **18** with the arrangements seems to be -- and it's particularly his

-08:-44:-38 **19** travel.

-08:-44:-38 **20**         MS. CLEARY:  I have two questions.

-08:-44:-38 **21**         MR. SOFER:  The issue is not if, even if I were to

-08:-44:-38 **22** concede this issue completely.  The issue is whether Mohammad

-08:-44:-38 **23** Amawi was taking steps, not whether the father was taking steps

-08:-44:-38 **24** and traveling.  That's not relevant.

-08:-44:-38 **25**         THE COURT:  I think it is because, for example, had

-08:-44:-38 **1** those steps not been taken, I think it would be an appropriate

-08:-44:-38 **2** line of inquiry to say you didn't do X, Y, or Z and that's

-08:-44:-38 **3** customary.  Given the jurors' likely unfamiliarity with the

-08:-44:-38 **4** custom, I think it's appropriate to ask a couple questions about

-08:-44:-38 **5** it and the circumstances.

-08:-44:-38 **6**                  (End of side-bar discussion.)

01:06:58 **7**                  THE COURT:  If you will please apologize for any

-08:-44:-38 **8** confusion he may have.   I have changed my mind and he can

01:07:06 **9** answer the question.   Tell him that.

01:07:12 **10**                  THE INTERPRETER:  He can answer.

01:07:13 **11**                  THE COURT:  Yes, but I'll have Ms. Cleary ask the

-08:-44:-38 **12** question again.

01:07:29 **13**                  Ms. Cleary will now ask the question again, and he

-08:-44:-38 **14** can answer.

01:07:39 **15** BY MS. CLEARY:

-08:-44:-38 **16**     **Q.**   Mr. Amawi, have you met the girl that Mohammad is

-08:-44:-38 **17** engaged to?

01:07:49 **18**     **A.**   Yes, I met her a month ago.

-08:-44:-38 **19**     **Q.**   Where did you meet her?

01:07:58 **20**                  MR. SOFER:  Objection, Your Honor.   The testimony

01:08:01 **21** is he met her a month ago.

01:08:11 **22**                  THE COURT:  I will sustain the objection.   But you

-08:-44:-38 **23** may continue.

01:08:21 **24**                  If you want to ask him had he met her previously,

-08:-44:-38 **25** that's fine.   Can you translate that?

01:08:40  **1**            Ms. Cleary you may ask that question.

-08:-44:-38  **2**  BY MS. CLEARY:

01:08:44  **3**      Q.    Mr. Amawi, had you met the girl Mohammad plans to marry

01:08:47  **4**  prior to a month ago?

01:09:00  **5**      A.    No.

01:09:02  **6**      Q.    Is it customary, sir, for Muslims to involve their

01:09:08  **7**  parents in their marriage arrangements?

01:09:28  **8**      A.    Yes, we usually try to help and give our opinion.   But

-08:-44:-38  **9**  in the end it's up to the person.

01:09:36  **10**     Q.    Mr. Amawi, does Mohammad have your blessing to marry the

-08:-44:-38  **11**  girl he's engaged to?

01:09:46  **12**     A.    Yes, I am completely -- I'm very okay with it.

01:09:54  **13**            MS. CLEARY:  Mr. Amawi, I don't have any further

-08:-44:-38  **14**  questions for you, but the government attorney might have

-08:-44:-38  **15**  questions to ask you.

-08:-44:-38  **16**            Your Honor, would you like to break first?

01:10:13  **17**            MR. SOFER:  We'd request a couple minutes, Mr.

-08:-44:-38  **18**  Amawi.  We're going to take a short break.

-08:-44:-38  **19**            If we could take a short break, that would be great

-08:-44:-38  **20**  for the government.

01:10:25  **21**            THE COURT:  I'm sorry.   I thought you said you had

01:10:29  **22**  a couple questions that would take a couple minutes.   Fine,

01:10:32  **23**  we'll take a break.

01:10:39  **24**            MS. CLEARY:  Can we tell the witness how long, Your

-08:-44:-38  **25**  Honor?

-08:-44:-38 **1**            THE COURT:  Probably about 15 minutes.   And I

-08:-44:-38 **2** would ask him not to have any conversation about his testimony

01:11:02 **3** while it's still being taken.

01:11:14 **4**            THE WITNESS:  I will wait here, Your Honor.

01:30:03 **5**            (Recess taken.)

-08:-44:-38 **6**            THE COURT:  I understand Ms. Cleary had a couple

-08:-44:-38 **7** more questions she wanted to ask.   She may do so.

01:30:14 **8**            And, ladies and gentlemen, you will note that they

-08:-44:-38 **9** have switched translators.   The very simple explanation is

-08:-44:-38 **10** there are a few intellectual exercises or mental exercises that

-08:-44:-38 **11** really are more demanding than translation.   It's not at all

01:30:37 **12** uncommon, particularly when it's -- the need to translate from

01:30:42 **13** one language to another is somewhat prolonged, for translators

01:30:47 **14** to switch back and forth.

01:30:51 **15** BY MS. CLEARY:

-08:-44:-38 **16**     **Q.**   Mr. Amawi, I'm here with a different translator right

01:30:55 **17** now.   Her name is Nada Ammoun, and she will be helping me with

01:31:03 **18** just a few more questions.

01:31:09 **19**            Mr. Amawi, can you hear me?

01:31:20 **20**            THE INTERPRETER:  Interpreter cannot hear.   Can I

-08:-44:-38 **21** ask him again, Your Honor?

01:31:24 **22**            THE COURT:  Sure.

-08:-44:-38 **23**            THE INTERPRETER:  What's Nada?  Yes, the

01:31:32 **24** translator.   What is the translator?  What is Nada?

01:31:37 **25** BY MS. CLEARY:

01:31:37 **1** **Q.** Mr. Amawi, Nada is the translator I have with me right

-08:-44:-38 **2** now.

01:31:46 **3** **A.** Yes, I do; I see you.

01:31:49 **4** **Q.** Mr. Amawi, I just have a few questions that I neglected

-08:-44:-38 **5** to ask when I was up here before.

01:32:00 **6** **A.** Go ahead.

-08:-44:-38 **7** **Q.** When you said that you had met Mohammad's fiancee' a

01:32:08 **8** month ago, were you aware of her in 2005?

01:32:23 **9** **A.** Yes, I used to talk to her on the internet and play with

-08:-44:-38 **10** her snookers on the internet.

-08:-44:-38 **11** **Q.** Are you referring to the game of snooker?

01:32:46 **12** **A.** It's like billiards, snookers.

01:32:51 **13** **Q.** Like billiards?

01:32:55 **14** **A.** Like billiard table. We call it snookers over here.

01:33:03 **15** THE INTERPRETER: Your Honor, can I ask him what he

01:33:05 **16** said?

-08:-44:-38 **17** THE COURT: Yes.

01:33:14 **18** **A.** I'm trying to explain to you what does it mean,

01:33:18 **19** snookers. It's a table with a bunch of balls.

01:33:23 **20** BY MS. CLEARY:

01:33:23 **21** **Q.** Thank you, sir.

01:33:28 **22** THE COURT: It's the same thing in English, at

-08:-44:-38 **23** least it was when I was in college. At least called snooker.

-08:-44:-38 **24** BY MS. CLEARY:

-08:-44:-38 **25** **Q.** I'd like to direct your attention between the 2003, 2004

01:33:41 **1** period of time when Mohammad was in Jordan.

01:33:53 **2**          During that time had you or your family ever

01:33:58 **3** stopped Mohammad from entering Iraq?

01:34:08 **4**     **A.**  Yes.

01:34:10 **5**     **Q.**  And what was that in relation to?

01:34:23 **6**     **A.**  Mohammad likes work, and there was a car trade ship to

-08:-44:-38 **7** Iraq, cars business between Aqaba and Iraq.

01:34:37 **8**          THE COURT:  Excuse me.   You translated it a bit

-08:-44:-38 **9** too quickly.  Can you repeat the translation about the first

-08:-44:-38 **10** part of the answer?

-08:-44:-38 **11**          THE INTERPRETER:  Should I ask him again or just

-08:-44:-38 **12** translate it by myself?

-08:-44:-38 **13**          THE COURT:  Just translate it a little slower.

01:34:53 **14**          THE WITNESS:  Mohammad loves work.   So there was a

01:34:56 **15** kind of business between Iraq and Jordan, a car business.

01:35:04 **16** BY MS. CLEARY:

01:35:04 **17**     **Q.**  Sir, this car business, what was your understanding of

-08:-44:-38 **18** its purpose?

01:35:12 **19**          MR. SOFER:  Objection.  Hearsay.

-08:-44:-38 **20**          THE COURT:  Sustained.

01:35:27 **21** BY MS. CLEARY:

01:35:27 **22**     **Q.**  Let me ask you another question.   Why did you stop

-08:-44:-38 **23** Mohammad from participating in the car business in Iraq?

01:35:43 **24**     **A.**  Because Iraq is in a big danger, and I used to have a

01:35:55 **25** friend who got killed on his way to Iraq.   He was a retired

-08:-44:-38  **1**  officer, exactly like me.   His name is Ahmed Abdul.

01:36:13  **2**      **Q.**   Mr. Amawi, in relation to the car business, is that the

-08:-44:-38  **3**  only time that you ever had to stop Mohammad from entering Iraq?

01:36:37  **4**      **A.**   This is the time when he asked to go to Iraq and we told

-08:-44:-38  **5**  him do not go to Iraq because Iraq is in danger.

01:36:45  **6**      **Q.**   And, sir, is that the only time that you're aware of

-08:-44:-38  **7**  that Mohammad tried to or had expressed a desire to go to Iraq?

01:37:04  **8**      **A.**   Mohammad -- that was the first one he asked to go to

01:37:09  **9**  Iraq.

-08:-44:-38  **10**      **Q.**   And did he ever ask again?

01:37:13  **11**              MR. SOFER: Objection.

01:37:15  **12**              THE COURT:  Overruled.

01:37:26  **13**              THE INTERPRETER:  Your Honor, should I translate

-08:-44:-38  **14**  the objection to the witness?

-08:-44:-38  **15**              THE COURT:  No.  That's quite all right.  I

-08:-44:-38  **16**  overruled it.   And did he give an answer?

01:37:35  **17**              THE INTERPRETER:  He gave an answer but I did not

-08:-44:-38  **18**  hear it all.

01:37:39  **19**              THE COURT:  Ask him to repeat the answer.

-08:-44:-38  **20**      **A.**   I will briefly say the answer.   No.

-08:-44:-38  **21**              MS. CLEARY:  Thank you very much, sir.   The

01:37:51  **22**  government attorney will now ask you questions.

01:38:04  **23**                              - - -

01:38:04  **24**              ZAKI AMAWI, CROSS-EXAMINATION

-08:-44:-38  **25**  BY MR. SOFER:

-08:-44:-38  **1**    **Q.**   Good afternoon, Mr. Amawi.

01:38:20  **2**    **A.**   Good afternoon.

-08:-44:-38  **3**    **Q.**   What time is it over there in Jordan?

01:38:26  **4**    **A.**   5:22.

01:38:33  **5**    **Q.**   I want to ask you a few questions and I'm going to ask

01:38:37  **6**  you to try to answer my questions with yes or no answers,

-08:-44:-38  **7**  please.   If you don't understand the question, please let me

01:38:47  **8**  know, okay?

01:38:53  **9**          THE WITNESS:  Okay.

01:38:54  **10**    **A.**   Okay.

01:38:55  **11**  BY MR. SOFER:

01:38:55  **12**    **Q.**   I want to talk a little bit about your time here in the

-08:-44:-38  **13**  United States.   When you first came to the United States you

-08:-44:-38  **14**  said that that was in -- I think you said September, 1979, until

01:39:07  **15**  1981?

01:39:10  **16**    **A.**   No.

01:39:14  **17**          THE INTERPRETER:  Can I get my notes, Your Honor,

-08:-44:-38  **18**  because I need to write dates?   Can I get my notes.

01:39:22  **19**          THE COURT:  Of course.

01:39:31  **20**          THE INTERPRETER:  Can I ask for the question again,

01:39:33  **21**  please?

-08:-44:-38  **22**          THE COURT:  Sure.  Mr. Sofer.

01:39:35  **23**  BY MR. SOFER:

-08:-44:-38  **24**    **Q.**   The first time you came to the United States was in

-08:-44:-38  **25**  September of 1979; is that correct?

6046

| | | |
|---|---|---|
| 01:39:45 | **1** | A.    Yes. |
| 01:39:47 | **2** | Q.    And you came as a representative of the Jordanian |
| 01:39:52 | **3** | government; is that correct? |
| 01:40:03 | **4** | A.    The Jordanian Army. |
| 01:40:06 | **5** | Q.    And that's part of the government in Jordan, correct? |
| 01:40:13 | **6** | A.    Correct. |
| 01:40:14 | **7** | Q.    Would it be fair to say that your title was the military |
| 01:40:18 | **8** | attache' to the United States from Jordan? |
| 01:40:31 | **9** | A.    No. |
| -08:-44:-38 | **10** | Q.    What was your title specifically? |
| 01:40:39 | **11** | THE WITNESS:  (IN ENGLISH)  Training officer. |
| 01:40:40 | **12** | A.    Training officer. |
| -08:-44:-38 | **13** | THE INTERPRETER:  That was in English, Your Honor. |
| -08:-44:-38 | **14** | BY MR. SOFER: |
| -08:-44:-38 | **15** | Q.    Did you work with the United States military during that |
| 01:40:46 | **16** | time? |
| 01:41:03 | **17** | A.    I do not understand the question. |
| 01:41:06 | **18** | Q.    Okay.  You were sent to the United States by the |
| 01:41:09 | **19** | Jordanian government, correct? |
| -08:-44:-38 | **20** | A.    Yes. |
| -08:-44:-38 | **21** | Q.    And you were sent here as a training officer? |
| 01:41:29 | **22** | THE WITNESS:  Attache'. |
| 01:41:29 | **23** | BY MR. SOFER: |
| 01:41:30 | **24** | Q.    So you were the military attache'? |
| 01:41:35 | **25** | A.    In the military attache'. |

01:41:38    **1**    **Q.** I see, you were the in the military attache's office as

-08:-44:-38    **2**    a training officer; is that fair to say?

01:41:45    **3**    **A.** Yes, sir.

01:41:51    **4**    **Q.** And the job in the military attache's office is to

01:41:55    **5**    interact with the military of the United States; isn't that

-08:-44:-38    **6**    correct?   That's why you send a military attache' from one

01:42:01    **7**    government?

-08:-44:-38    **8**    THE COURT:  Excuse me.  You can't.

01:42:05    **9**    MR. SOFER: I'll try to break it into its component

01:42:08    **10**    parts.

-08:-44:-38    **11**    **Q.** A military attache' interacts with the military of the

-08:-44:-38    **12**    government in which -- in the country where the military

01:42:17    **13**    attache' is sent, correct.

01:42:32    **14**    **A.** If this is the right way, that's right.

01:42:36    **15**    **Q.** Let me ask it another way.   This is a way for the

-08:-44:-38    **16**    militaries of countries to work together, train together, share

-08:-44:-38    **17**    information; isn't that correct?

01:42:58    **18**    **A.** Yes.

01:42:59    **19**    **Q.** And you were regularly interacting with American

01:43:04    **20**    military officials, were you not?

01:43:16    **21**    **A.** In the military, yes.

01:43:18    **22**    **Q.** And you got -- you were sent to United States.   Did you

01:43:23    **23**    have English, did you learn English when you were growing up?

01:43:34    **24**    **A.** Yes.

01:43:36    **25**    **Q.** And in part one of the reasons that you were sent from

01:43:39  **1**  Jordan to the United States was because you had some English

-08:-44:-38  **2**  speaking skills;  isn't that correct?

01:43:59  **3**         THE WITNESS:  Yes.

-08:-44:-38  **4**    **A.**  Yes.

01:44:01  **5**  BY MR. SOFER:

01:44:01  **6**    **Q.**  As part of your job you interacted with other military

-08:-44:-38  **7**  individuals in the United States who spoke English, correct?

01:44:22  **8**    **A.**  Yes.

01:44:23  **9**    **Q.**  And would it be fair to say that you also know how write

-08:-44:-38  **10**  English? .

01:44:39  **11**         THE WITNESS:  Write by hand you mean?

01:44:42  **12**  BY MR. SOFER:

01:44:42  **13**    **Q.**  Yes.

-08:-44:-38  **14**    **A.**  Yes.

01:44:47  **15**         THE WITNESS:  Yes.

01:44:52  **16**  BY MR. SOFER:

01:44:52  **17**    **Q.**  Now, when you retired from the military, what was your

-08:-44:-38  **18**  rank?

01:45:10  **19**         THE INTERPRETER:  Your Honor, can I look it up in

-08:-44:-38  **20**  my dictionary, please?

-08:-44:-38  **21**         THE COURT:  Yes.   Or if he knows in English.

01:45:21  **22**  BY MR. SOFER:

-08:-44:-38  **23**    **Q.**  You said it in English?

01:45:31  **24**         MR. SOFER:  I think he said between a colonel and a

01:45:35  **25**  lieutenant general.

01:45:39  1          THE WITNESS:  Lieutenant colonel.

01:45:42  2          THE COURT:  Lieutenant colonel.

01:45:56  3          THE INTERPRETER:  Lieutenant colonel, Your Honor.

-08:-44:-38  4  Another word, major.

01:46:00  5          THE COURT:  Okay.

01:46:04  6  BY MR. SOFER:

-08:-44:-38  7      Q.  And your son, Mohammad, was born while you were here

-08:-44:-38  8  stationed in the United States; is that right?

01:46:19  9      A.  Yes.

01:46:20  10     Q.  And you lived in Virginia, correct?

01:46:25  11     A.  Yes.

01:46:26  12     Q.  And Mohammad was born at Walter Reed Medical Hospital,

-08:-44:-38  13  correct?

01:46:35  14     A.  Yes.

-08:-44:-38  15     Q.  From your time in America do you know that Walter Reed

-08:-44:-38  16  serves as a place where wounded soldiers are treated?

01:46:53  17     A.  I don't know.

01:46:55  18     Q.  Well, did you -- were you afforded an opportunity by the

01:47:01  19  government of the United States to have your child born in a

-08:-44:-38  20  U.S. military hospital?

01:47:16  21     A.  They provided the services, yes.

01:47:20  22     Q.  Okay.  Now, sir, are you aware that there is presently

-08:-44:-38  23  no enforceable extradition treaty between the United States

01:47:30  24  government and Jordan?

01:47:31  25          MS. CLEARY:  Objection, Your Honor.

-08:-44:-38   **1**      THE COURT:  Sustained.   That may be something I

01:47:38   **2**  can take judicial notice of.   I'm not sure that his --

-08:-44:-38   **3**      MR. SOFER:  May we approach for a moment?

01:47:46   **4**      THE COURT:  Perhaps, why don't you rephrase with

-08:-44:-38   **5**  regard to his understanding, if that's the purpose.

01:47:51   **6**      MR. SOFER:  It is, Judge.

01:47:52   **7**      THE COURT:  Rephrase.

01:47:55   **8**  BY MR. SOFER:

-08:-44:-38   **9**    **Q.**   Is it your understanding that there is presently no

-08:-44:-38   **10**  enforceable extradition treaty between the United States

-08:-44:-38   **11**  government and the country of Jordan?

01:48:13   **12**      THE WITNESS:  I don't know.

01:48:17   **13**    **A.**   I don't know.   I don't know, what do you mean?

-08:-44:-38   **14**  BY MR. SOFER:

-08:-44:-38   **15**    **Q.**   I mean, sir, that if you were not to tell us the truth

-08:-44:-38   **16**  here today that there would be nothing the United States

01:48:28   **17**  government could do about that?

01:48:30   **18**      MR. WITMER-RICH:  Objection, Your Honor.

-08:-44:-38   **19**      THE COURT:  Rephrase as to his understanding.   I'm

-08:-44:-38   **20**  going to ask you to rephrase -- why don't you approach?

01:48:42   **21**      (Whereupon the following discussion was had at the

01:52:38   **22**  bench outside the hearing of the jury:)

01:52:38   **23**      THE COURT:  Whether he has any -- what his

-08:-44:-38   **24**  comprehension is of the consequences of not telling the truth?

-08:-44:-38   **25**      MR. SOFER:  Absolutely.

-08:-44:-38 **1**  THE COURT:  That's an appropriate question to ask.

-08:-44:-38 **2**  MR. SOFER: That's what I tried, but maybe

-08:-44:-38 **3** inartfully asked.

-08:-44:-38 **4**  THE COURT:  I would suggest, what is your

-08:-44:-38 **5** understanding, if any, about what will happen to you if you

-08:-44:-38 **6** don't tell the truth, or something like that.

-08:-44:-38 **7**  MR. SOFER: Except that that's an open-ended

-08:-44:-38 **8** question.   I prefer to ask a cross-examination question.  Is it

-08:-44:-38 **9** your understanding that if you were not to tell the truth here

-08:-44:-38 **10** that there would be nothing that the United States government

-08:-44:-38 **11** could do about it?   I prefer to put it in a leading way.

-08:-44:-38 **12**  THE COURT:  Any objection to that form of the

-08:-44:-38 **13** question?

-08:-44:-38 **14**  MR. BRYAN:  I object to that line of question

-08:-44:-38 **15** because we would have preferred to have Zaki Amawi here in court

-08:-44:-38 **16** then.   Only because of our ability to do it in a timely manner

-08:-44:-38 **17** is it that we're doing it this way.   So it implies we're trying

-08:-44:-38 **18** to hide Mr. Amawi.   The jury could be instructed so.

-08:-44:-38 **19**  THE COURT:  I told jury that they can consider his

-08:-44:-38 **20** testimony.   I don't think the circumstances about how it's set

-08:-44:-38 **21** up are pertinent.  Such is life.  We have what we have.

-08:-44:-38 **22**  MR. BRYAN:  I understand, but --

-08:-44:-38 **23**  THE COURT:  Time out.   Please don't interrupt.

-08:-44:-38 **24** Seriously, I will not permit that to occur.   There are few

-08:-44:-38 **25** things that light my wick more pyrotechnically than being

-08:-44:-38 **1** interrupted by anybody. Don't ever do it again.

-08:-44:-38 **2** My point simply is that he's testifying over the

-08:-44:-38 **3** government's objection, under the circumstances that are with us

-08:-44:-38 **4** today, and the government's entitled to ask that question.

-08:-44:-38 **5** MR. BRYAN: I agree, Your Honor. The only concern

-08:-44:-38 **6** I have is not -- I understand Mr. Sofer's concern as well. I

-08:-44:-38 **7** think it's a legitimate concern. But at the same time there's

-08:-44:-38 **8** other inferences that I think are creeping into the process.

-08:-44:-38 **9** One of those inferences is somehow we have overseas witnesses by

-08:-44:-38 **10** choice so that they could feel more free to --

-08:-44:-38 **11** THE COURT: If counsel want me to give an

-08:-44:-38 **12** instruction why the witnesses are not able to testify here,

-08:-44:-38 **13** that's fine.

-08:-44:-38 **14** MR. SOFER: I would caution the Court against doing

-08:-44:-38 **15** that. Particularly, and I can give you --

-08:-44:-38 **16** THE COURT: I'll do it later. You ask the

-08:-44:-38 **17** question.

-08:-44:-38 **18** MR. SOFER: I think you'll see, Judge, there's a

-08:-44:-38 **19** reason this particular witness can't come to the United States.

-08:-44:-38 **20** He's been deported, and he's actually been deported.

-08:-44:-38 **21** THE COURT: I understand. Let's move on down the

-08:-44:-38 **22** road.

-08:-44:-38 **23** (End of side bar).

-08:-44:-38 **24** MR. ABDRABBOH: We'd like the Court to entertain an

-08:-44:-38 **25** instruction regarding the translators. I'm not sure, the jury

-08:-44:-38  1  may be getting the impression that they may be a hired gun for

-08:-44:-38  2  either side.   Just something to indicate that they work for --

-08:-44:-38  3            THE COURT:  At the end I will.   Remind me.

-08:-44:-38  4            (End of side-bar discussion.)

01:52:44  5            THE COURT:  You may continue and you may rephrase

-08:-44:-38  6  the question.

-08:-44:-38  7            MS. CLEARY:  Thank you, Judge.

01:52:50  8  BY MR. SOFER:

01:52:51  9      Q.   Mr. Amawi, is it your present understanding that, were

-08:-44:-38  10  you not to tell us the truth here today, that the United States

01:53:02  11  government would be powerless to do anything about it?

01:53:21  12      A.   Can I make some comments?

-08:-44:-38  13      Q.   Just try to answer the question, sir.   Do you have an

01:53:32  14  understanding about what would happen to you were you not to

01:53:35  15  tell the truth, from a legal perspective?

01:53:52  16            THE INTERPRETER:  I'm sorry, Your Honor,

-08:-44:-38  17  interpreter did not hear.

01:54:01  18      A.   If I did not say the truth, if I was a liar, I will

-08:-44:-38  19  follow my son in United States.   I would be in prison there.

-08:-44:-38  20  BY MR. SOFER:

-08:-44:-38  21      Q.   But you're not allowed to come to the United States, are

-08:-44:-38  22  you, sir?

01:54:17  23      A.   Did not understand.   What?

01:54:19  24      Q.   You're not allowed to follow your son here to the United

-08:-44:-38  25  States anymore; isn't that true?

01:54:29 **1**    **A.**   If I'm going to be a liar, I will follow him to prison.

-08:-44:-38 **2**    **Q.**   I understand.   I'm asking you, sir, you are not

01:54:39 **3** presently allowed to come to the United States for 20 years;

-08:-44:-38 **4** isn't that correct?

01:54:49 **5**    **A.**   Yes.

-08:-44:-38 **6**    **Q.**   That's because you were deported, correct?

01:54:55 **7**    **A.**   Yes.

-08:-44:-38 **8**    **Q.**   You were deported in 2001?

01:55:01 **9**    **A.**   Yes.

-08:-44:-38 **10**    **Q.**   You testified about that to the jury, correct?

01:55:09 **11**    **A.**   Yes.

-08:-44:-38 **12**    **Q.**   You didn't tell the jury that you were also deported in

01:55:14 **13** 1999; isn't that correct?

01:55:23 **14**    **A.**   I did not get the chance to say it.

01:55:25 **15**    **Q.**   Well, you were deported in 1999 as well, correct?

01:55:34 **16**    **A.**   Yes.

01:55:35 **17**    **Q.**   And you were held in custody for one day at JFK airport,

-08:-44:-38 **18** correct?

01:55:49 **19**    **A.**   Pardon me?  I did not understand the question.

01:55:52 **20**    **Q.**   You came to the United States on or about November 26 of

-08:-44:-38 **21** 1999, right?

01:56:07 **22**         THE INTERPRETER:  I'm sorry, Your Honor, I forgot

-08:-44:-38 **23** the year.

01:56:14 **24** BY MR. SOFER:

01:56:14 **25**    **Q.**   1999.

-08:-44:-38 **1**   **A.**   Yes.

-08:-44:-38 **2**   **Q.**   And you got to JFK airport?

01:56:21 **3**   **A.**   Yes.

-08:-44:-38 **4**   **Q.**   And you were held by immigration there for some period

-08:-44:-38 **5** of time, correct?

01:56:31 **6**   **A.**   Yes.

-08:-44:-38 **7**   **Q.**   And you were sent back the next day, on November 27, and

-08:-44:-38 **8** you were deported, correct?

01:56:45 **9**   **A.**   Yes.

-08:-44:-38 **10**   **Q.**   And you were interviewed by the Immigration

01:56:49 **11** Naturalization Service at that time, correct?

01:57:01 **12**   **A.**   Yes.

01:57:02 **13**   **Q.**   And you swore to tell the truth during that interview,

-08:-44:-38 **14** did you not?

01:57:10 **15**   **A.**   Yes.

-08:-44:-38 **16**   **Q.**   Just like you did this morning or this afternoon?

01:57:20 **17**   **A.**   Where did I, where did I swear, where?

01:57:27 **18**   **Q.**   When you were being interviewed by agents of the

-08:-44:-38 **19** Immigration Naturalization Service, you swore to tell the truth,

-08:-44:-38 **20** correct?

01:57:35 **21**   **A.**   Which year?

01:57:41 **22**   **Q.**   1999, sir.

01:57:44 **23**   **A.**   I do not recall if I swore.

01:57:53 **24**   **Q.**   Okay.  Hold on a second.  We'll see if we can get

01:58:01 **25** technology across the world here.

| | | |
|---|---|---|
| 01:59:15 | **1** | MS. CLEARY:  Your Honor, could we approach? |
| 01:59:19 | **2** | THE COURT:  Sure. |
| -08:-44:-38 | **3** | (Whereupon the following discussion was had at the |
| 02:01:53 | **4** | bench outside the hearing of the jury:) |
| 02:01:53 | **5** | THE COURT:  Have they been marked?  They have not. |
| -08:-44:-38 | **6** | I'm going to deem them marked 220 and 221.  You might as well |
| -08:-44:-38 | **7** | have them marked.   Whether they come in or not, I like to have |
| -08:-44:-38 | **8** | everything marked. |
| -08:-44:-38 | **9** | MR. SOFER: I apologize. |
| -08:-44:-38 | **10** | THE COURT:  No problem. |
| -08:-44:-38 | **11** | MR. SOFER:  This is the first document I intend to |
| -08:-44:-38 | **12** | show the witness, a deportation order in which he is told in |
| -08:-44:-38 | **13** | bold print:  Do not come back to the United States for five |
| -08:-44:-38 | **14** | years. |
| -08:-44:-38 | **15** | THE COURT:  Okay. |
| -08:-44:-38 | **16** | MR. SOFER:  This is the interview that was |
| -08:-44:-38 | **17** | conducted on that day.   At the end you'll notice there is a |
| -08:-44:-38 | **18** | section in which -- |
| -08:-44:-38 | **19** | THE COURT:  Okay.  Is there something false in |
| -08:-44:-38 | **20** | that? |
| -08:-44:-38 | **21** | MR. SOFER: There are some things that I believe are |
| -08:-44:-38 | **22** | false, yes, Judge; omissions would be the best way I could put |
| -08:-44:-38 | **23** | it. |
| -08:-44:-38 | **24** | MR. BRYAN:  Just to be clear for the record, Mr. |
| -08:-44:-38 | **25** | Amawi was stopped at JFK, he was held at JFK in whatever |

-08:-44:-38  1  facilities Immigration has there, not allowed to enter the

-08:-44:-38  2  country, is that correct, and then he was removed from the

-08:-44:-38  3  country?   And he probably -- whatever rights were explained to

-08:-44:-38  4  him he waived and agreed to go back.

-08:-44:-38  5          MR. SOFER:  There must have been -- again, I'm not

-08:-44:-38  6  familiar with exactly what happened.   There was some

-08:-44:-38  7  abbreviated procedure.

-08:-44:-38  8          MR. BRYAN:  Just dealing with an agent.   There

-08:-44:-38  9  wasn't an Immigration Judge.

-08:-44:-38  10         MR. SOFER:  There's an immigration official at JFK

-08:-44:-38  11  airport.

-08:-44:-38  12         MR. BRYAN:  It's not same as a deportation

-08:-44:-38  13  proceeding.

-08:-44:-38  14         THE COURT:  Then you bring that out on redirect if

-08:-44:-38  15  you want.   Okay.

-08:-44:-38  16         MR. SOFER:  Judge, I don't know.   Counsel reminds

-08:-44:-38  17  me.   I think he's right.   I don't know if there's a way of

02:02:15  18  doing this.   If I could show this to the witness and not the

-08:-44:-38  19  jury, I'm happy to do it that way.   It's the right procedure.

02:02:32  20         THE COURT:  We can see.

02:02:40  21         MS. GRILL:  Your Honor, our screen is blue.   It's

02:02:43  22  totally blank with blue on it.   The exhibit initially it's up

02:02:48  23  and then it disappeared.

02:02:54  24         THE COURT:  We're calling in the calvary.

02:03:06  25         MS. GRILL:  It had it again for a millisecond.

-08:-44:-38    **1**          Your Honor, we have it on the screen.  The problem

02:03:23    **2**   is I cannot see the entire document, and I don't know if Mr.

-08:-44:-38    **3**   Amawi can read it, but I have no idea what that item is.   I

-08:-44:-38    **4**   mean the -- it's just not clear enough.

02:03:39    **5**          THE COURT:  In other words, are you saying that the

-08:-44:-38    **6**   resolution is not clear and the words are blurry or it is a

-08:-44:-38    **7**   matter of focus?

02:03:50    **8**          MS. GRILL:  It seems to me that the resolution is

-08:-44:-38    **9**   not very clear.   And I don't know other than -- I can read,

02:04:01   **10**   "verification of removal, complete this section for, file copy

02:04:08   **11**   only," but I can't see the entire item.   So I don't know what

-08:-44:-38   **12**   it is.

02:04:15   **13**          MR. SOFER:  Can you see the section I am pointing

-08:-44:-38   **14**   to now where it says "warning"?

02:04:23   **15**          MS. GRILL:  That would be difficult.   I don't know

02:04:25   **16**   if there's a way to focus it better.   Can somebody from there

-08:-44:-38   **17**   identify what that document is?   I have no idea.

02:04:37   **18**          MR. SOFER:  That's not her --

02:04:38   **19**          THE COURT:  It is a document.   We're doing this in

-08:-44:-38   **20**   the presence of the jury.   It is a document that the government

02:04:48   **21**   believes the witness has seen previously.   So don't discuss any

-08:-44:-38   **22**   of the contents of the document.

-08:-44:-38   **23**          Let me ask this:  Do you know, Ms. Grill, whether

02:05:01   **24**   or not there's a fax machine available?  If you want to step

02:05:08   **25**   out.

02:05:09  **1**            MS. GRILL:  Your Honor, I would be happy to do

-08:-44:-38  **2**  that.   Just give me a moment or two.

-08:-44:-38  **3**            MR. SOFER:  I can ask some questions about that.   I

02:05:17  **4**  can come back to it, or we can wait.

-08:-44:-38  **5**            THE COURT:  Let's see if there's a fax machine.

-08:-44:-38  **6**  Then whatever you have, maybe you can fax it.

02:06:24  **7**            MS. GRILL:  Your Honor, I do have a fax number.

02:06:30  **8**            MR. SOFER:  Do you want me to fax it, Judge?

02:06:34  **9**            THE COURT:  Amy can do that.

-08:-44:-38  **10**            MR. SOFER:  There are two documents here.

02:06:41  **11**            THE COURT:  Amy, make a note of the fax number.

02:06:45  **12**  I'm going to have the courtroom deputy fax it to you, and you

-08:-44:-38  **13**  can give us the fax number.

02:06:54  **14**            MS. GRILL:  This is with country codes.   This

02:06:56  **15**  should be everything you have to dial.   00196265516674.

02:07:20  **16**            THE COURT:  I'm going to have the translator

-08:-44:-38  **17**  explain to Mr. Amawi what's happening.

02:07:30  **18**            We are trying to fax some documents over to you so

-08:-44:-38  **19**  that Mr. Sofer can ask questions about them.   And in the

02:07:42  **20**  meantime Mr. Sofer will ask some other questions.

02:07:49  **21**            And, Ms. Grill, if you can let us know whether you

-08:-44:-38  **22**  get the fax.

02:07:57  **23**            MS. GRILL:  Your Honor, if I may really quick, the

-08:-44:-38  **24**  fax machine is downstairs in a different part of the building,

-08:-44:-38  **25**  so it may take me a minute or two to retrieve it for the Court.

02:08:09 **1**                    THE COURT:  No problem.   But in the meantime, Mr.

-08:-44:-38 **2** Sofer will be asking a couple questions.

-08:-44:-38 **3**             If you'll translate all of that.

02:08:52 **4** BY MR. SOFER:

-08:-44:-38 **5**    **Q.**   Mr. Amawi, when you came to the United States in

-08:-44:-38 **6** November of 1999, what was your purpose in coming here?

02:09:18 **7**    **A.**   My children were willing to come to the United States,

02:09:27 **8** and I was trying to find work for them.   And I got a store with

02:09:40 **9** somebody Egyptian.   He's a partner of me.   He's the landlord

-08:-44:-38 **10** of the store.

02:09:54 **11**    **Q.**   Is it fair to say -- I'm sorry I interrupted you, go

-08:-44:-38 **12** ahead.

02:10:05 **13**             THE WITNESS:  In the store.

02:10:15 **14**             THE INTERPRETER:  I'm sorry, Your Honor.

02:10:17 **15** Interpreter did not hear what the witness said.

-08:-44:-38 **16**    **A.**   The store took a long time to be built because in the

02:10:36 **17** beginning it used to be a dry cleaner, and we -- he convert it

-08:-44:-38 **18** to make it a regular store.

02:10:44 **19** BY MR. SOFER:

02:10:44 **20**    **Q.**   Now, let me interrupt you.   I apologize.   My question

-08:-44:-38 **21** is, why -- when all of this happened with the store was on your

-08:-44:-38 **22** prior visit before you were deported or removed from the United

-08:-44:-38 **23** States, correct?

02:11:08 **24**    **A.**   Yes.

02:11:09 **25**    **Q.**   My question was:  Why were you coming back to the United

-08:-44:-38 **1** States on November 26 of 1999?

02:11:28 **2**     A.    I paid money to Egyptian guy, to landlord of the store.

02:11:41 **3** And I had a rental agreement between me and him.

02:11:54 **4**               THE INTERPRETER:  Your Honor, can I ask him for a

02:11:57 **5** clarification?   Did not hear that.

02:12:01 **6**               THE WITNESS:  The store --

02:12:09 **7**     A.    I was building the store and we founded the store to

02:12:14 **8** make a business for Mohammad and Amr to get ready for work.

-08:-44:-38 **9** BY MR. SOFER:

-08:-44:-38 **10**     Q.    So you were coming to the United States on these two

-08:-44:-38 **11** occasions -- I'm sorry.   Go ahead.

02:12:28 **12**               THE WITNESS:  But the Egyptian guy --

02:12:32 **13**     A.    But the Egyptian guy, because he was the landlord, I had

-08:-44:-38 **14** a dispute between me and him.

-08:-44:-38 **15** BY MR. SOFER:

-08:-44:-38 **16**     Q.    I'm sorry to interrupt, but you're basically saying you

02:12:52 **17** came back because the business arrangement with you and the

02:12:55 **18** Egyptian guy you thought he had taken your money or not done

-08:-44:-38 **19** what he was supposed to do, right?

02:13:13 **20**     A.    Prior to that I went to Egypt to meet his family.

02:13:19 **21**     Q.    Again, sir, I'm sorry to interrupt.   I just want to get

-08:-44:-38 **22** to the main point of this.

02:13:28 **23**     A.    Please be patient with me.

-08:-44:-38 **24**     Q.    I'm trying, sir.

02:13:35 **25**     A.    Me and my wife went to Egypt to get the money and talk

-08:-44:-38 **1**  with his family.   But he said you have no money -- you don't

-08:-44:-38 **2**  have any money with me.   He give me 2000 dollars and we left.

-08:-44:-38 **3**      **Q.**   So you had a dispute with this man and you were coming

02:14:01 **4**  back in 1999 to try to resolve the dispute.   Is that fair to

-08:-44:-38 **5**  say?

02:14:13 **6**                    THE WITNESS:  Yes.

-08:-44:-38 **7**      **A.**   Yes.

02:14:15 **8**  BY MR. SOFER:

02:14:15 **9**      **Q.**   And this had to do with a business that you were trying

-08:-44:-38 **10**  to set up for your sons, is that correct?   That is Amr and

02:14:24 **11**  Mohammad, correct?

02:14:32 **12**      **A.**   Correct.  But I admit that I was stupid in this stop, in

02:14:37 **13**  making this stop.

-08:-44:-38 **14**      **Q.**   That's not really relevant to what we're talking about

02:14:41 **15**  here.   What I'm asking you is whether or not Mohammad knew that

-08:-44:-38 **16**  you were coming to the United States in November of 1999.   Did

-08:-44:-38 **17**  he know that?

02:14:50 **18**                    MS. CLEARY:  Objection.

02:14:52 **19**  BY MR. SOFER:

02:14:52 **20**      **Q.**   Did you have a conversation with him about coming to the

-08:-44:-38 **21**  United States in November of 1999?

02:15:10 **22**      **A.**   Might be.   I do not recall but definitely there must be

02:15:15 **23**  some conversation going on.

02:15:21 **24**      **Q.**   When you were stopped at the airport and basically held

-08:-44:-38 **25**  for day or so and then removed from the United States against

-08:-44:-38 **1** your will, did you have conversations with Mohammad about that

-08:-44:-38 **2** as well?

02:15:33 **3**          THE WITNESS:  Yes.

02:15:47 **4**          THE INTERPRETER:  Your Honor, interpreter did not

-08:-44:-38 **5** translate the question, and the answer was right away without

02:15:52 **6** translating the question.  And he said:  Yes, when I was stopped

-08:-44:-38 **7** in New York, yes, I talked to Mohammad, and I told him about

-08:-44:-38 **8** what happened.

02:15:59 **9** BY MR. SOFER:

02:15:59 **10**     Q.   This was not a fun day for you, correct?

02:16:06 **11**     A.   Yes.

02:16:07 **12**     Q.   And it was an important event in your life, and you

02:16:11 **13** shared it with your son, correct?

02:16:21 **14**     A.   I made a mistake that I'm paying the price now.

02:16:26 **15**     Q.   Well, among other things, when you were removed from the

-08:-44:-38 **16** country, you were told it would be a federal crime for you to

02:16:34 **17** return for which you could spend five years in prison; is that

02:16:46 **18** correct?

02:16:46 **19**          THE INTERPRETER:  Your Honor, I forgot the rest of

-08:-44:-38 **20** the penalty.   Can I ask again for it?

02:16:52 **21**          MR. SOFER:  I'll rephrase the question.

02:16:55 **22** BY MR. SOFER:

-08:-44:-38 **23**     Q.   You were told you could not return to the United States

-08:-44:-38 **24** for five years.   And if you did, you might be subject to

-08:-44:-38 **25** imprisonment, correct?

02:17:13 **1**    **A.**   I do not understand the question.

02:17:15 **2**    **Q.**   It's very simple, sir.   When they put you on an

-08:-44:-38 **3** airplane and told you you could not enter the United States,

-08:-44:-38 **4** they told you, and they gave you a piece of paper which you

-08:-44:-38 **5** signed -- they gave you a piece of paper that you signed at the

-08:-44:-38 **6** end of that interaction with the immigration service, correct?

02:17:41 **7**    **A.**   Yes.

02:17:42 **8**    **Q.**   And in big black bold letters it said on there,

02:17:46 **9** "warning", and it said something to the effect that if you were

-08:-44:-38 **10** being removed from the United States that it would be a federal

-08:-44:-38 **11** crime for you to return to the United States within five years;

-08:-44:-38 **12** isn't that correct?

02:18:22 **13**    **A.**   After I travel I read something on the paper that says

02:18:26 **14** you're not allowed to come to United States in five years.

02:18:34 **15**              THE COURT:  What year, 1999?

-08:-44:-38 **16**              MR. SOFER:  This was in November of 1999, correct.

-08:-44:-38 **17** In fact, it was November 27, 1999, correct.

-08:-44:-38 **18**              THE WITNESS:  I think so.

-08:-44:-38 **19** BY MR. SOFER:

-08:-44:-38 **20**    **Q.**   I don't know if the lady behind you has the fax yet, but

02:18:56 **21** I'd like you to take a look at that if you get it.   It's

02:19:00 **22** Government's Exhibit Number 320, I believe --  I'm sorry, 220.

-08:-44:-38 **23** I'm 100 ahead.   If you ever get it, I'd like you to take a look

-08:-44:-38 **24** at it and tell us if that's the document you were given by the

-08:-44:-38 **25** Immigration and Naturalization Service.

-08:-44:-38 1          It should be there soon.

02:19:42 2     A.    Okay.

02:19:46 3     Q.    When you came to the United States in 1999 you came on a

-08:-44:-38 4 visitor's visa; is that correct?

02:19:58 5     A.    Yes.

02:19:59 6     Q.    And among other things that meant you were not allowed

02:20:02 7 to work here, correct?

02:20:19 8     A.    That's correct, that's correct, but I did not think

-08:-44:-38 9 building a business would be -- would be not legal, and I went

-08:-44:-38 10 to this Egyptian guy, and we had an attorney.   But I was fooled

02:20:37 11 and I was stupid to be fooled.

-08:-44:-38 12    Q.    How about working at a gas station, would that be

-08:-44:-38 13 illegal as far as you understood?

02:20:52 14    A.    It is illegal by was working to build myself to open a

02:20:59 15 store.

-08:-44:-38 16    Q.    How about a gas station, sir?

02:21:04 17    A.    Yes.   I was planning to open my own store.   And I was

02:21:21 18 working to build my own experience to see if opening the store

-08:-44:-38 19 would be a good idea or would be profitable or not.

02:21:27 20    Q.    How many places did you work during the time that you

-08:-44:-38 21 were not supposed to be working?

02:21:39 22    A.    One gas station.

02:21:40 23    Q.    How about the Patterson Grocery in North Carolina?

-08:-44:-38 24          THE WITNESS:   What?

-08:-44:-38 25 BY MR. SOFER:

-08:-44:-38 **1**     **Q.**     How about the Patterson grocery on 495 Heatherton Lane

-08:-44:-38 **2** in North Carolina; did you work there, too?

02:22:03 **3**     **A.**     That was the store who we have a partnership.

02:22:26 **4**                 THE WITNESS:  I still have it in my mind.

02:22:29 **5**     **A.**     I still have it in my mind, the number.

-08:-44:-38 **6** BY MR. SOFER:

-08:-44:-38 **7**     **Q.**     So the two places you worked were at the Patterson

02:22:34 **8** grocery and the BP gas station, right?

02:22:40 **9**     **A.**     Yes.

-08:-44:-38 **10**     **Q.**     And those are the only two places you worked; is that

02:22:52 **11** correct?

02:22:52 **12**     **A.**     In North Carolina, yes.

02:22:54 **13**     **Q.**     Did you work in other states?

02:23:03 **14**     **A.**     Did not work in another state, but I went to visit in

02:23:07 **15** another state.

02:23:10 **16**     **Q.**     You did get lots of driver's licenses while you were

-08:-44:-38 **17** here, did you not?

02:23:28 **18**     **A.**     Mohammad, my son applied for me in the immigration to

-08:-44:-38 **19** get me a work permit, and they give me a work permit in Toledo.

-08:-44:-38 **20** And after that I worked on a taxi.

02:23:44 **21**     **Q.**     You did work elsewhere as well?

02:23:52 **22**     **A.**     By permission.

-08:-44:-38 **23**     **Q.**     Did you have a driver's license in Texas?

02:24:01 **24**     **A.**     Yes.

-08:-44:-38 **25**     **Q.**     Did you have a driver's license in North Carolina?

| | | | |
|---|---|---|---|
| 02:24:06 | **1** | **A.** | Yes. |
| -08:-44:-38 | **2** | **Q.** | Did you have a driver's license in Ohio? |
| 02:24:20 | **3** | **A.** | A personal driver's license from me? |
| -08:-44:-38 | **4** | **Q.** | Yes.  Did you have a driver's license in Ohio? |
| 02:24:26 | **5** | | THE WITNESS:  In Ohio I have permission to work as |
| -08:-44:-38 | **6** | a taxi. | |
| -08:-44:-38 | **7** | BY MR. SOFER: | |
| -08:-44:-38 | **8** | **Q.** | I understand, sir.  I'm not disagreeing with you.  I'm |
| -08:-44:-38 | **9** | just asking you:  Did you have a driver's license also in Ohio? | |
| -08:-44:-38 | **10** | | THE WITNESS:  Yes. |
| 02:24:43 | **11** | **A.** | Yes. |
| -08:-44:-38 | **12** | BY MR. SOFER: | |
| -08:-44:-38 | **13** | **Q.** | When were you born, sir?  What is your date of birth? |
| 02:24:51 | **14** | **A.** | In Arabic, 19/12. |
| 02:25:02 | **15** | | THE WITNESS:  20th -- December.  There was a |
| 02:25:14 | **16** | mistake in my certificate. | |
| 02:25:16 | **17** | **A.** | It was a mistake.  They translated to 19/12.  It was |
| 02:25:22 | **18** | supposed to be December. | |
| 02:25:23 | **19** | BY MR. SOFER: | |
| 02:25:23 | **20** | **Q.** | Sir, what is your real birth date?  What month, what |
| -08:-44:-38 | **21** | day, what year? | |
| 02:25:35 | **22** | **A.** | 19 -- the date is 19, the 12th month, '46. |
| 02:25:48 | **23** | **Q.** | So December 19? |
| 02:25:56 | **24** | **A.** | '46. |
| -08:-44:-38 | **25** | **Q.** | December 19, 1946; would that be correct? |

6068

| | |
|---|---|
| 02:26:08 | **1**  **A.**  Yes. |
| 02:26:10 | **2**  **Q.**  When you were interviewed by the INS in 1999, that's the |
| -08:-44:-38 | **3**  birth date you gave them, correct? |
| 02:26:37 | **4**  **A.**  To be honest with you, I don't know.  I don't recall |
| -08:-44:-38 | **5**  whether the date that was on the driver's license, give it to |
| -08:-44:-38 | **6**  them. |
| 02:26:48 | **7**  **Q.**  I'm not talking about the driver's license now, although |
| -08:-44:-38 | **8**  you do anticipate my next question.   I'm going to interrupt you |
| -08:-44:-38 | **9**  and ask you to answer my question, please. |
| 02:27:09 | **10**  I'm asking you when you were interviewed by the |
| -08:-44:-38 | **11**  Immigration and Naturalization Service at JFK Airport in |
| 02:27:16 | **12**  November of 1999, isn't it true that you gave them your true |
| 02:27:20 | **13**  birthday of December 19, 1946? |
| 02:27:45 | **14**  **A.**  I don't know.  There is a mistake.  There is a |
| -08:-44:-38 | **15**  difference between the driver's license that I have, and that's |
| -08:-44:-38 | **16**  just to be honest with you. |
| -08:-44:-38 | **17**  **Q.**  That's good.   I want you to be honest with us, sir. |
| 02:27:56 | **18**  But my question -- you're not answering my |
| 02:28:00 | **19**  question.  On your passport it says December 19, 1946, correct? |
| 02:28:09 | **20**  **A.**  Yes. |
| -08:-44:-38 | **21**  **Q.**  And you're familiar that in the United States, law |
| -08:-44:-38 | **22**  enforcement uses a birthday in order to track human beings down; |
| -08:-44:-38 | **23**  that is, the identity of citizens/non-citizens alike? |
| -08:-44:-38 | **24**  MS. CLEARY:  Objection. |
| 02:28:26 | **25**  THE COURT:  Did you ask whether it's his |

-08:-44:-38 **1** understanding?

02:28:29 **2**           MR. SOFER:  Yes, Judge.

02:28:51 **3**    **A.**    To be honest with you, for me it was not important, and

-08:-44:-38 **4** I did not did it on purpose to hide any kind of information.

-08:-44:-38 **5** BY MR. SOFER:

-08:-44:-38 **6**    **Q.**    That's not my question, sir.   I'm asking you:  It is

-08:-44:-38 **7** your understanding that in the United States, a birthday and a

-08:-44:-38 **8** name is the way that law enforcement is able to determine

02:29:17 **9** somebody's identity?

02:29:39 **10**    **A.**    For us in Jordan, the name of the person and his mother

-08:-44:-38 **11** are the most important thing, and I don't know, I have no idea

02:29:55 **12** about the system over there.

-08:-44:-38 **13**    **Q.**    Okay.  You said there was a difference though between

-08:-44:-38 **14** the date of birth on your driver's license, correct, and your

02:30:07 **15** actual date of birth?  In other words, the date of birth on your

02:30:10 **16** driver's license was not accurate, correct?

02:30:37 **17**    **A.**    When I applied I put 19/12, but they put it 14/12.

02:30:42 **18** Maybe they misunderstood or they did not understand before --

02:30:46 **19** they did not understand the nine to be nine, and they put it

-08:-44:-38 **20** four.   But it was not intentionally done.

-08:-44:-38 **21**    **Q.**    Well, how many driver's licenses do you have with the

-08:-44:-38 **22** December 14, 1946 birthday on them, or did you get?

02:31:15 **23**    **A.**    Where?  Here in Jordan?

02:31:17 **24**    **Q.**    Your North Carolina driver's license says December 14,

02:31:22 **25** correct?

02:31:27 **1**    **A.**    Yes.  There was a mistake.   But I don't know if it was

-08:-44:-38 **2** on driver's license or the work permission.

02:31:46 **3**    **Q.**    Your Texas driver's license says December 14 also?

02:32:00 **4**    **A.**    Maybe this mistake was in the beginning and it continued

02:32:04 **5** to be.

-08:-44:-38 **6**    **Q.**    Apparently.   And you gave these -- there were a number

-08:-44:-38 **7** of times while you were in North Carolina where you actually

-08:-44:-38 **8** gave these driver's licenses to police officers who were taking

02:32:22 **9** reports about things that -- nothing bad that you did, but other

02:32:26 **10** things that you had seen, where you had reported crimes; isn't

-08:-44:-38 **11** that right?

02:32:52 **12**    **A.**    The police sometimes stop me and see the driver's

-08:-44:-38 **13** license, but I do not recall that I went to court regarding the

02:33:11 **14** crimes or something like -- something else.

-08:-44:-38 **15**    **Q.**    Do you recall reporting that someone had trespassed at

-08:-44:-38 **16** the BP gas station that you worked at?

02:33:42 **17**    **A.**    Yes, I do recall that.   And the police came, and I give

02:33:46 **18** them my driver's license.

-08:-44:-38 **19**    **Q.**    From Texas, right?

02:33:51 **20**    **A.**    No, that was in North Carolina.

-08:-44:-38 **21**    **Q.**    Were you interviewed by a Police Officer Snyder of the

02:34:02 **22** Winston Police Department on or about May 2, 1999?   Do you

-08:-44:-38 **23** recall that?

02:34:21 **24**    **A.**    In Winston, yes.

02:34:25 **25**    **Q.**    And you gave that officer your Texas license, did you

-08:-44:-38 **1** not, not your North Carolina license?

02:34:39 **2**    **A.**    To be honest, I don't recall.

-08:-44:-38 **3**    **Q.**    I may send you another fax.   Do you recall whether or

02:34:48 **4** not you told Officer Snyder that you were a United States

02:34:51 **5** citizen when he interviewed you?

02:35:04 **6**    **A.**    I'm not crazy to tell him I'm an American citizen.

02:35:10 **7**          MR. SOFER: I'm sorry, didn't get the answer.

02:35:14 **8**    **A.**    I do not claim that I am an American citizen at all.

02:35:22 **9** BY MR. SOFER:

02:35:22 **10**    **Q.**    You never told that to Officer Snyder?

02:35:29 **11**    **A.**    Never.

02:35:31 **12**    **Q.**    Now, have you received the fax yet or not?

-08:-44:-38 **13**          MS. GRILL:  We have no fax yet.   There is someone

-08:-44:-38 **14** downstairs waiting for it.   I'm going to go downstairs and wait

-08:-44:-38 **15** for it.   But I have no fax yet.

02:35:53 **16**          THE COURT:  Ms. Grill, why don't you give us the

-08:-44:-38 **17** number again because my understanding is it was sent -- ought to

-08:-44:-38 **18** be sent about a half hour or so ago.

02:36:15 **19**          MR. SOFER: Mr. Antoon tells us the number should be

02:36:19 **20** 011 as opposed to 001.

-08:-44:-38 **21**          THE COURT:  That's usually the foreign access code.

02:36:28 **22**          MS. GRILL:  This is what they gave me, so I repeat

-08:-44:-38 **23** it.   I have 96265516674.

02:36:42 **24**          THE COURT:  9 -- 96.

-08:-44:-38 **25**          MS. GRILL:  2, which is the country code for

-08:-44:-38  **1**  Jordan, then 65516674.

02:36:56  **2**          THE COURT:   We'll try 011.

02:37:08  **3**          MR. SOFER:   I can keep trying to move forward.

02:37:13  **4**  BY MR. SOFER:

-08:-44:-38  **5**      Q.   Mr. Amawi, despite the fact that you were removed from

-08:-44:-38  **6**  the United States and told that you would be subject to criminal

02:37:20  **7**  prosecution if you return within five years, you came back in

-08:-44:-38  **8**  October of 2000; isn't that right?

02:37:48  **9**          THE INTERPRETER:   Did you say October 2000?

02:37:51  **10**         MR. SOFER:   Yes, October 2000.

-08:-44:-38  **11**     A.   I did come back but I do not recall the date.

02:37:57  **12**  BY MR. SOFER:

02:37:57  **13**     Q.   Okay.   You flew through Chicago when you came back in

02:38:04  **14**  2000?

02:38:05  **15**     A.   Yes.

-08:-44:-38  **16**     Q.   Would it refresh your recollection if I told you you

02:38:10  **17**  returned on October 19 of 2000?

02:38:25  **18**     A.   I came through Chicago but I do not recall the date.

02:38:29  **19**     Q.   And how long did you stay in the United States from

02:38:34  **20**  about October 2000 to when you were ultimately deported again in

-08:-44:-38  **21**  December of 2001?   How long did you stay?   Do you recall how

-08:-44:-38  **22**  long you stayed?

02:39:08  **23**     A.   One year and a half, or one year and five months.

02:39:12  **24**     Q.   By the way, from 1991 to 2000, were you living on

02:39:20  **25**  Airport Street in Abu Dabai in the UAE?

02:39:38 **1**          THE INTERPRETER:  Your Honor, interpreter did not

-08:-44:-38 **2**  hear.  Can I ask him again?

-08:-44:-38 **3**          THE COURT:  Yes, you may, of course.

02:39:53 **4**          THE WITNESS:  I don't understand.

02:39:55 **5**      **A.**    I do not understand the question.

02:40:00 **6**  BY MR. SOFER:

02:40:01 **7**      **Q.**    There was a time I think you testified you were living

-08:-44:-38 **8**  in Abu Dabai where you were helping to train individuals in Abu

02:40:16 **9**  Dabai, correct?

02:40:30 **10**          THE INTERPRETER:  Your Honor, can I ask him again

-08:-44:-38 **11**  about the last part of the answer?

-08:-44:-38 **12**          THE COURT:  Yes.

02:40:45 **13**      **A.**    I joined the armed forces as a training officer.

02:40:52 **14**  BY MR. SOFER:

02:40:52 **15**      **Q.**    And the government of Abu Dabai asked you to leave as

-08:-44:-38 **16**  well; is that correct?

02:41:23 **17**          THE INTERPRETER:  Your Honor, I'm having difficulty

02:41:25 **18**  hearing all the words.   There's some words I cannot hear it, so

02:41:31 **19**  can I ask him again?

-08:-44:-38 **20**          THE COURT:  Yes.   Could I suggest you ask him to

02:41:38 **21**  speak a little more clearly and a little more slowly.   Just

-08:-44:-38 **22**  explain the technology is sometimes a bit tough to work with.

02:42:11 **23**      **A.**    In 1985 I had a contact with the United Arab Emirates as

-08:-44:-38 **24**  a trainer, as a military engineer, engineering trainer with the

-08:-44:-38 **25**  rank of --

6074

| | | |
|---|---|---|
| 02:42:45 | **1** | THE INTERPRETER:  Can I look it up, Your Honor? |
| 02:42:49 | **2** | **A.**   -- Lieutenant.   And lived over there with my family. |
| 02:43:05 | **3** | In 1991 -- I apologize, at the eight month in 30/8, 30 August, |
| -08:-44:-38 | **4** | the Iraqi forces entered Kuwait.   Our contract was supposed to |
| 02:43:52 | **5** | be ended in 1991.   So after five months, because of that, we |
| -08:-44:-38 | **6** | finished the contract in 1991.   The people who were making |
| -08:-44:-38 | **7** | troubles, they deported them right away after attacking Kuwait. |
| 02:44:31 | **8** | The Jordanian people who did not make any troubles, they |
| 02:44:39 | **9** | continue on their contract, and they did not renew for them any |
| 02:44:44 | **10** | more.   More than 1,000 individuals and officers, they deported |
| -08:-44:-38 | **11** | them, and the reasons are well-known. |
| 02:45:04 | **12** | BY MR. SOFER: |
| 02:45:04 | **13** | **Q.**   I think maybe you have the fax there, or no?   If you |
| 02:45:13 | **14** | could show, Counsel, the witness Government's Exhibit 220.   I |
| -08:-44:-38 | **15** | want you to take a look at that, sir, and see if that helps |
| 02:45:23 | **16** | refresh your recollection.   Take a look at the bottom. |
| -08:-44:-38 | **17** | Is that your photograph that was taken on or about |
| -08:-44:-38 | **18** | November 26 -- |
| -08:-44:-38 | **19** | THE COURT:  Why don't you ask him first, take a |
| -08:-44:-38 | **20** | moment to look at the entire document.  And let us know when |
| -08:-44:-38 | **21** | you've done so. |
| 02:49:08 | **22** | THE WITNESS:  Yes, sir.   I understand 50 percent. |
| 02:49:13 | **23** | BY MR. SOFER: |
| 02:49:14 | **24** | **Q.**   50 percent.   Do you recognize this document? |
| 02:49:20 | **25** | **A.**   I see it in front of me. |

-08:-44:-38 **1**     **Q.**   Have you seen it before?

02:49:27 **2**     **A.**   And I signed it.

-08:-44:-38 **3**     **Q.**   And it has your photograph on it, correct?

02:49:32 **4**     **A.**   Yes.

-08:-44:-38 **5**     **Q.**   And, in fact, it has your fingerprint on it as well,

-08:-44:-38 **6**   correct?

-08:-44:-38 **7**     **A.**   Yes.

-08:-44:-38 **8**     **Q.**   And again, I want to direct your attention to the box

-08:-44:-38 **9**   right in the middle that's darker than everything else.   Did

-08:-44:-38 **10**   you understand then and now that that particular section said

02:49:57 **11**   that it would be a crime for you to come back to the United

-08:-44:-38 **12**   States for five years after you were removed?

02:50:03 **13**                 THE COURT:  Why don't you ask him to read it first.

02:50:07 **14**                 MR. SOFER: I believe he read the whole document,

-08:-44:-38 **15**   Judge.

02:50:11 **16**                 THE COURT:  Right.   But you directed him -- ask

-08:-44:-38 **17**   him to read --

02:50:19 **18**                 MR. SOFER:  It looks like he's reading it now.

02:50:48 **19**                 THE WITNESS:  There is a crime here, but how many

-08:-44:-38 **20**   years?  There is nothing here.

02:50:52 **21**                 THE COURT:  The jury will disregard the comment.

02:50:55 **22**   Please tell him to wait for a question.

02:51:08 **23**                 THE WITNESS:  Go ahead.

02:51:09 **24**   BY MR. SOFER:

02:51:09 **25**     **Q.**   Bottom line, you knew after you were removed in 1999

-08:-44:-38  1  that it would be a crime to come back to the United States,

-08:-44:-38  2  correct?

02:51:26  3    A.    Correct.

02:51:27  4    Q.    And you came back anyway.   And after you were here, you

02:51:32  5  filled out an application to register as a permanent resident or

02:51:37  6  adjust your status in January of 2001; isn't that correct?

02:51:55  7    A.    Yes.

02:51:56  8    Q.    And, in fact, you hired someone to help you, a woman

02:52:00  9  named Denise Case; is that your recollection?

02:52:09  10    A.    Yes.

02:52:12  11    Q.    And you filled out a form to adjust your status?

02:52:20  12    A.    Yes.

-08:-44:-38  13    Q.    And you knew that you had to tell the truth on that form

-08:-44:-38  14  as well, correct?

02:52:31  15    A.    Yes.

02:52:32  16    Q.    In fact, it contained a certification that under penalty

-08:-44:-38  17  of perjury under the laws of the United States of America that

02:52:39  18  the application and the evidence submitted with it was all true

-08:-44:-38  19  and correct?

02:53:07  20    A.    The paper that I filled, I put everything I knew that

-08:-44:-38  21  was right.

02:53:15  22    Q.    And there was a question on that form of:  Have you ever

02:53:18  23  been deported from the United States or removed from the United

02:53:22  24  States at government expense, excluded within the past year, and

-08:-44:-38  25  are you now in exclusion or deportation proceedings?

02:53:40 **1**          THE INTERPRETER:  Can you repeat that, please?

02:53:45 **2**          MR. SOFER:  Here.

02:53:47 **3**          (Document handed to interpreter.)

-08:-44:-38 **4** BY MR. SOFER:

-08:-44:-38 **5**     **Q.**   Do you remember being asked that question as one of the

-08:-44:-38 **6** questions that was posed to you on this form?

02:54:23 **7**     **A.**   No, I do not recall.   No.

02:54:29 **8**     **Q.**   We'll send you another fax, I think.   But let's try to

-08:-44:-38 **9** move on.

02:54:42 **10**          I want to ask you some questions about your

-08:-44:-38 **11** testimony here today, specifically about your son, Mohammad

-08:-44:-38 **12** Amawi.

02:54:58 **13**          Would it be fair to say that you've had a number of

02:55:01 **14** disagreements with your son over the course of his life?

02:55:30 **15**     **A.**   Mohammad was a boy; he was 18 years old.

02:55:39 **16**     **Q.**   Let me interrupt you for a minute.   Have you had

-08:-44:-38 **17** arguments with your son about some of his radical beliefs?

02:55:54 **18**          MS. CLEARY:  Objection, Your Honor.   Foundation.

02:55:59 **19**          THE COURT:  Overruled.

02:56:19 **20**          MR. SOFER:  You can answer the question.

02:56:22 **21**     **A.**   Again, question.

02:56:24 **22** BY MR. SOFER:

02:56:24 **23**     **Q.**   Have you had arguments with your son, Mohammad Amawi,

-08:-44:-38 **24** about some of his radical beliefs?

02:56:42 **25**     **A.**   Mohammad, the difference or the dispute between us and

6078

-08:-44:-38 **1** him is the beard in Islam is that Sunni or --

02:57:04 **2** THE WITNESS: Shave my beard.

02:57:06 **3** A. Mohammad is right, and I'm wrong, because I shaved my

02:57:11 **4** beard.

-08:-44:-38 **5** BY MR. SOFER:

-08:-44:-38 **6** Q. He would actually be angry with you for not having grown

02:57:15 **7** your beard longer, correct?

02:57:23 **8** A. We are a family from the ocean.

02:57:29 **9** Q. That's not my question. Let's try again.

-08:-44:-38 **10** Would it be fair to say that your son would

02:57:48 **11** disagree with you for not having grown your beard, yes or no?

02:58:10 **12** A. There is no fight because fighting is hitting. We have

-08:-44:-38 **13** a disagreement. He wants -- he likes the beard to be long and

02:58:20 **14** I don't want it to be long.

-08:-44:-38 **15** Q. But he wasn't always like that, was he?

02:58:30 **16** A. I don't understand the question.

02:58:32 **17** Q. Well, this notion of growing the beard happened around

02:58:36 **18** 2003-2004 during his visit with you, correct?

02:58:52 **19** A. He grew his beard in 2001 when I was in United States.

02:59:03 **20** And when he wanted to go to a restaurant that he was working at,

-08:-44:-38 **21** they used to tell him you either shave your beard or there is no

-08:-44:-38 **22** work because the beard -- the hair from the beard could be

-08:-44:-38 **23** dropped down in the food.

02:59:25 **24** Q. So it's your testimony --

02:59:30 **25** A. So my point of view was to shave his beard so he would

-08:-44:-38  **1**  be able to work in the restaurant.

02:59:38  **2**      Q.    Okay.  In 2003 and 2004, is it your testimony to the

-08:-44:-38  **3**  jury that you did not see a change in your son's appearance or

02:59:47  **4**  attitudes?

03:00:01  **5**      A.    In 2003 my son had an emotional distress.

03:00:08  **6**      Q.    And part of that was because his then fiancee's family

03:00:12  **7**  told him that she was dead, right, even though she wasn't?

03:00:24  **8**      A.    Correct.

03:00:26  **9**      Q.    And it was around that time when he started to change in

03:00:30  **10**  his attitude and his beliefs and in his appearance; isn't that

-08:-44:-38  **11**  correct?

03:00:46  **12**      A.    That's not right.  And the reason is -- the reason, he

03:00:56  **13**  tried to get engaged to somebody in Jordan, and her family asked

03:01:11  **14**  for his father's approval.  I refused.  I told him you have to

-08:-44:-38  **15**  finish your study.  You go work in United States off in a

03:01:31  **16**  store; you are free.

03:01:34  **17**      Q.    Okay.  Let's talk about when Darren Griffin came and

03:01:39  **18**  visited your family in 2005, okay?

03:01:47  **19**      A.    Okay.

-08:-44:-38  **20**      Q.    Darren Griffin and your son were friends, right?

03:02:01  **21**      A.    Apparently, yes.

03:02:03  **22**      Q.    And you said eventually that you gave Darren Griffin a

-08:-44:-38  **23**  three bedroom and three bathroom guest house to stay in; is that

03:02:23  **24**  correct?

03:02:23  **25**      A.    He offered to pay money for the apartment.  But based

6080

03:02:33 **1** on Mohammad's request we kept him as a visitor.

-08:-44:-38 **2**    **Q.**   So he offered to pay but Mohammad said no, he shouldn't?

03:02:48 **3**    **A.**   Yes.

03:02:49 **4**    **Q.**   And is this guest home within the larger home that you

-08:-44:-38 **5** own?

03:03:05 **6**    **A.**   I have a house with five floors, and this is one of

03:03:13 **7** those floors.

03:03:15 **8**    **Q.**   Are we able to show him something from the

-08:-44:-38 **9** government's -- let's put up, I believe it's -- I'm going to ask

-08:-44:-38 **10** you, sir, if you can see this photograph.   Can you see that ?

03:03:46 **11**        MS. GRILL:  We see blue.   Blue right now.

03:03:49 **12** BY MR. SOFER:

03:03:49 **13**    **Q.**   You own a pretty big house?

03:03:55 **14**        MS. GRILL:  One moment.   We're seeing a blue

03:03:57 **15** screen again.   It went black then blue.

03:04:12 **16**        We see the picture now.

03:04:20 **17** BY MR. SOFER:

03:04:20 **18**    **Q.**   This is your home, correct, sir?

03:04:24 **19**    **A.**   Yes.

03:04:25 **20**    **Q.**   And I don't know if you can see it, but there's a car

03:04:28 **21** parked in the driveway there; is that correct?

03:04:41 **22**    **A.**   I can't see it.

-08:-44:-38 **23**    **Q.**   It's on the right side of the photograph, if you can

03:04:47 **24** direct your attention to the right side of the photograph.

-08:-44:-38 **25** There appears to be a Jeep over there, can you see that?

6081

03:05:01    **1**    **A.**    I don't have a good vision.   I can't see it very well.

-08:-44:-38    **2**    **Q.**    Okay.  Nevertheless, this giant house that we see here

-08:-44:-38    **3**    is yours, correct?

03:05:24    **4**                THE WITNESS:  Yes.

-08:-44:-38    **5**    BY MR. SOFER:

-08:-44:-38    **6**    **Q.**    And you rent out part of that home, correct?

03:05:30    **7**    **A.**    I rented the house.   This house is mine.   How am I

-08:-44:-38    **8**    going to rent it.

-08:-44:-38    **9**    **Q.**    I understood that maybe you rented out floors of the

03:05:38    **10**    house to different tenants.

03:05:51    **11**    **A.**    An American priest rented out the house for two years.

-08:-44:-38    **12**    **Q.**    That's not my question.   Do you rent out any rooms or

03:05:59    **13**    floors of the home to other people?

03:06:09    **14**    **A.**    Yes.

03:06:10    **15**    **Q.**    And in some way that supplements your income, correct?

03:06:23    **16**    **A.**    Sometimes, yes.  The house is furnished.

03:06:39    **17**                THE INTERPRETER: Can I ask him again, Your Honor?

-08:-44:-38    **18**    **A.**    Because the house is furnished, sometimes it's rented,

03:06:57    **19**    and sometimes it's not.

03:06:59    **20**    BY MR. SOFER:

03:06:59    **21**    **Q.**    Understood.   When Mr. Griffin came, though, you let him

03:07:04    **22**    stay for free, correct?

03:07:11    **23**    **A.**    Correct.

-08:-44:-38    **24**    **Q.**    And you said he ate breakfast, lunch and dinner with you

03:07:16    **25**    for much of the time that he was there in the first visit or

6082

03:07:19  **1**  some of the time that he was there in the first visit, correct?

03:07:30  **2**     A.   Yes.

03:07:31  **3**     Q.   And he was brought into your home by your son, correct?

03:07:39  **4**     A.   Yes.

-08:-44:-38  **5**     Q.   And you didn't charge him for any of these things

-08:-44:-38  **6**  because, as you testified, he was like one of the family,

-08:-44:-38  **7**  correct?   You didn't charge him for food and lodging because

03:07:51  **8**  you treated him like one of the family, correct?

03:08:10  **9**     A.   Based on my son, yes, my son told me, Darren Griffin, 90

-08:-44:-38  **10**  percent is an FBI, and we have to respect him and appreciate

-08:-44:-38  **11**  him.

03:08:27  **12**     Q.   He told you that he was with the FBI?

03:08:38  **13**     A.   Yes, he said 90 percent.  He said yes, he is 90 percent

03:08:58  **14**  FBI, 10 percent Muslim.  I do remember his religion.   I have to

-08:-44:-38  **15**  do what I have to do.

-08:-44:-38  **16**     Q.   When did he say this to you, that he was with the FBI?

-08:-44:-38  **17**  On the first trip or the second trip?

03:09:20  **18**     A.   The first visit, and he asked Mohammad to travel to

03:09:29  **19**  Syria.

03:09:32  **20**     Q.   And you let your son --

-08:-44:-38  **21**     A.   And Mohammad.

03:09:38  **22**        THE WITNESS:  Mohammad told my wife.

03:09:41  **23**     A.   And Mohammad told my wife.

03:09:52  **24**        MR. SOFER: Sir, I'm sorry to interrupt.

03:09:58  **25**        THE COURT:  Sir, please wait for the next question.

03:10:10 **1** Do not translate that last answer.   Explain to him he cannot

-08:-44:-38 **2** testify about what his wife may have told him about what his son

-08:-44:-38 **3** said.

03:10:33 **4**                    THE WITNESS:  Okay.

03:10:49 **5**      **A.**   If you please.

03:10:50 **6**                    THE COURT:  Tell him please he cannot speak except

-08:-44:-38 **7** in answer to a question.   And there is no question pending.

03:11:02 **8**                    THE WITNESS:  Okay.

-08:-44:-38 **9**                    THE COURT:  Mr. Sofer, you may continue.

-08:-44:-38 **10** BY MR. SOFER:

-08:-44:-38 **11**      **Q.**   Sir, have you ever seen your son watch videos of the

-08:-44:-38 **12** murders of American troops?

03:11:16 **13**                    THE INTERPRETER:  Can I ask again for the question?

-08:-44:-38 **14** BY MR. SOFER:

-08:-44:-38 **15**      **Q.**   Have you ever seen your son watch videos depicting the

03:11:22 **16** murder of American troops?

03:11:30 **17**      **A.**   Many times.

03:11:32 **18**      **Q.**   And have you ever seen your son and discuss with your

-08:-44:-38 **19** son his beliefs about beheading American contractors?

03:12:03 **20**                    MR. SOFER: I can't even understand what you're

-08:-44:-38 **21** saying but I'm asking you for a yes or no answer, please.

-08:-44:-38 **22** Please, just yes or no.

03:12:20 **23**                    THE WITNESS:  Sorry.

03:12:25 **24** BY MR. SOFER:

03:12:26 **25**      **Q.**   Have you ever seen your son watch videos in which

6084

03:12:30 **1** American contractors were beheaded or other people were

03:12:34 **2** beheaded, that is had their heads cut off?

03:12:48 **3**    **A.**  Yes.

03:12:49 **4**    **Q.**  And have you listened to his opinions about the war in

-08:-44:-38 **5** Iraq and President Bush?  Yes or no, please.

03:13:11 **6**              THE WITNESS:  Yes.

-08:-44:-38 **7**    **A.**  Yes.

03:13:13 **8** BY MR. SOFER:

03:13:13 **9**    **Q.**  And have you ever heard your son threaten the life of

03:13:17 **10** the king of Jordan?

03:13:25 **11**              THE WITNESS:  No.

-08:-44:-38 **12** BY MR. SOFER:

-08:-44:-38 **13**    **Q.**  Have you ever heard him speak badly about the king of

-08:-44:-38 **14** Jordan?

03:13:34 **15**              THE WITNESS:  No.

-08:-44:-38 **16** BY MR. SOFER:

-08:-44:-38 **17**    **Q.**  That would be a crime in Jordan, correct?

03:13:41 **18**    **A.**  Yes.

-08:-44:-38 **19**    **Q.**  And have you ever heard your son threaten the life of

03:13:46 **20** President Bush?

03:13:56 **21**    **A.**  All the Arabic nation is threatening Bush.

-08:-44:-38 **22**    **Q.**  I understand.   I'm asking whether your son has

03:14:05 **23** threatened the life of President Bush in your presence.

03:14:19 **24**    **A.**  I don't recall such things.

03:14:21 **25**    **Q.**  And are you aware of the good relationship between the

-08:-44:-38   **1**   United States and Jordan, the Jordanian government?

03:14:38   **2**      **A.**  Yes.

-08:-44:-38   **3**      **Q.**  In fact, you were a beneficiary of that good

03:14:42   **4**   relationship when you came here as a military attache' -- or

-08:-44:-38   **5**   with the military attache's office, I should say?

03:14:57   **6**      **A.**  My flesh and my blood from the Jordanian Army.

03:15:07   **7**      **Q.**  And you treated Darren Griffin like a member of the

-08:-44:-38   **8**   family; is that right?

03:15:15   **9**           THE WITNESS:  I have to.

03:15:17   **10**           THE COURT:  Mr. Sofer, about how much longer?

-08:-44:-38   **11**           MR. SOFER:  I think I'm wrapping up, Judge.   I

-08:-44:-38   **12**   have no further questions.   Actually, if you give, me moment to

-08:-44:-38   **13**   talk with my colleagues, I'd appreciate it.

03:15:56   **14**           THE JUROR:  Your Honor, would you ask the

03:15:59   **15**   translators if they'd stand like this gentleman is now.   When

-08:-44:-38   **16**   she was turned out of the way you could hear a lot of it but we

-08:-44:-38   **17**   weren't catching the whole thing.

03:16:10   **18**           THE COURT:  In the future if you'll let us know

03:16:13   **19**   immediately.

-08:-44:-38   **20**           THE JUROR:  I didn't know if I could interrupt.

03:16:23   **21**           MR. SOFER:  Nothing, Judge.

03:16:25   **22**           THE COURT:  Any redirect?

03:16:28   **23**           MS. CLEARY:  Just a moment, Your Honor.

03:16:55   **24**           (Discussion had off the record.)

03:17:43   **25**           MS. CLEARY:  Just a few questions, Your Honor.

6086

| | | |
|---|---|---|
| 03:17:50 | **1** | - - - |
| 03:17:50 | **2** | ZAKI AMAWI, REDIRECT EXAMINATION |
| 03:17:51 | **3** | BY MS. CLEARY: |
| 03:17:51 | **4** | **Q.** Mr. Amawi, I just have a few more questions for you, |
| 03:17:51 | **5** | sir. |
| 03:19:58 | **6** | (Video connection is lost). |
| 03:20:11 | **7** | (Discussion had off the record.) |
| 03:21:13 | **8** | THE COURT: Ladies and gentlemen, just to let you |
| -08:-44:-38 | **9** | know, Mrs. Grill, the lawyer over there, may be acceptable by |
| 03:21:24 | **10** | telephone to simply let her know we lost the connection, and |
| -08:-44:-38 | **11** | also to confirm that this witness might be available later on |
| 03:21:35 | **12** | sometime early evening in Jordan. We'll simply -- why don't |
| 03:21:44 | **13** | you let us know when you reach her. |
| 03:21:48 | **14** | Mr. Ivey, Mr. Rich, see if we can take a lunch |
| 03:21:53 | **15** | break now and resume at 1:00 our time. That will give the |
| 03:21:58 | **16** | people a chance to put things back together. |
| -08:-44:-38 | **17** | And if worse came to worst, I would suggest, |
| -08:-44:-38 | **18** | Counsel, that we simply, if we can not reconnect with the video, |
| -08:-44:-38 | **19** | if possible reconnect through a telephone link and at least get |
| -08:-44:-38 | **20** | the questions, simply take the rest of this testimony by |
| 03:22:18 | **21** | telephone if that's possible. The main thing is to see if we |
| 03:22:25 | **22** | can reach Mrs. Grill. |
| 03:23:41 | **23** | (Discussion had off the record.) |
| 03:23:42 | **24** | (Whereupon the following discussion was had at the |
| 03:25:57 | **25** | bench outside the hearing of the jury:) |

03:25:57 **1**        THE COURT:  Dale tells me that they're not picking

-08:-44:-38 **2** up at the other side.   In other words, apparently you're

-08:-44:-38 **3** dialing into that conference room.

-08:-44:-38 **4**        VIDEO TECHNICIAN:  That side dropped us.   Now

-08:-44:-38 **5** nothing's there to answer.

-08:-44:-38 **6**        THE COURT:  The problem may be they purchased only

-08:-44:-38 **7** so much time then it got cut off.  We'll take a lunch break

-08:-44:-38 **8** until 1:00.   If you people can try to reach somebody, try to

-08:-44:-38 **9** reach Donna and see if at least what can be done and let us

-08:-44:-38 **10** know.   And we'll go from there because, obviously, -- Mr.

-08:-44:-38 **11** Amawi, if we can't put this back  together today, we'll have to

-08:-44:-38 **12** do it tomorrow morning.   If we have to start a half-hour

-08:-44:-38 **13** earlier.   Do what you can during the lunch hour and we'll go

-08:-44:-38 **14** from there.

-08:-44:-38 **15**        (End of side-bar discussion)

-08:-44:-38 **16**        THE COURT:  Ladies and gentlemen, we are

-08:-44:-38 **17** experiencing problems reestablishing the connection.   So we'll

-08:-44:-38 **18** take our lunch break until about 1:15.  We'll see whether we can

-08:-44:-38 **19** go from there.   And don't talk about the case, keep an open

-08:-44:-38 **20** mind, have a pleasant lunch.  We'll see you at 1:15.

03:26:05 **21**        (Lunch recess taken.)

04:38:15 **22**        THE COURT:  Apparently what happened, some

04:38:18 **23** equipment malfunctioned with the T1, whatever that is, maybe not

04:38:26 **24** even inside the building.   So all the phones aren't working.

04:38:29 **25** Were you able to reach --

| | | |
|---|---|---|
| 04:38:32 | **1** | MS. CLEARY:  We were.  We can restart again |
| -08:-44:-38 | **2** | tomorrow morning. |
| -08:-44:-38 | **3** | THE COURT:  Apparently it's going to be 2 to 3 |
| -08:-44:-38 | **4** | hours at least until that gets fixed.   I'll explain all of that |
| 04:38:49 | **5** | to the jury. |
| -08:-44:-38 | **6** | MR. SOFER:  Judge, we'll probably then, with the |
| -08:-44:-38 | **7** | extra time, ask to fax at least one more Government Exhibit or |
| 04:38:56 | **8** | e-mail that over.  We'll talk to Ms. Cleary. |
| 04:41:38 | **9** | (Jury enters the courtroom.) |
| 04:41:45 | **10** | THE COURT:  Thank you for your patience.   A couple |
| -08:-44:-38 | **11** | things.  One of the reasons we're starting a bit late is each |
| 04:41:51 | **12** | summer I have several interns, first-year law students who come |
| -08:-44:-38 | **13** | to the Court and actually do work for us.  This is the time of |
| 04:42:03 | **14** | year when they're starting.   I had to meet with a couple of |
| 04:42:06 | **15** | those.   I also had conference during the noon hour.   But the |
| -08:-44:-38 | **16** | work with the interns is one of the most pleasant aspects of |
| -08:-44:-38 | **17** | what we do here. |
| 04:42:17 | **18** | It turns out that the technical problem had nothing |
| 04:42:22 | **19** | to do with what we were trying to do, but apparently there's a |
| -08:-44:-38 | **20** | component called the T1, which I think is a trunk junction, |
| -08:-44:-38 | **21** | through which all incoming and outgoing calls have to be routed. |
| 04:42:43 | **22** | Apparently that has failed somewhere, perhaps not even in this |
| 04:42:47 | **23** | building but perhaps other phone service elsewhere, downtown or |
| -08:-44:-38 | **24** | who knows where is being affected.   It could take two to three |
| -08:-44:-38 | **25** | hours at least to get that fixed.   So what we're going to do is |

-08:-44:-38 **1** we will interrupt the testimony by Mr. Amawi, which of course we

04:43:02 **2** took as an interruption in Mr. Mazloum's presentation of his

04:43:07 **3** case.   We hope, we understand, and assuming that the service

-08:-44:-38 **4** has been restored, that we will be able to resume and complete

-08:-44:-38 **5** Mr. Amawi's testimony tomorrow with redirect and recross.

04:43:22 **6**          So we are now going to go back and resume the

04:43:27 **7** presentation of Mr. Mazloum's case.   One thing occurred to me,

-08:-44:-38 **8** too.  You witnessed the strenuous kind of work that interpreting

04:43:37 **9** requires.   You should understand that the interpreters aren't

04:43:43 **10** hired by the parties.   They're neutral.   You shouldn't think

04:43:46 **11** these interpreters are somehow defense interpreters or whatever.

-08:-44:-38 **12** They're simply there in an entirely neutral capacity to

04:43:56 **13** translate from one language into another.

04:44:04 **14**          Mr. Helmick, Mr. Doughten?

04:44:08 **15**          MR. HELMICK:  It will be Mr. Abdrabboh calling our

-08:-44:-38 **16** next witness.

-08:-44:-38 **17**          MR. ABDRABBOH:  We call Salwa Elkhechen.

04:44:19 **18**          THE COURT:  I would ask the interpreters, there

-08:-44:-38 **19** were a number of names mentioned during the testimony.   If you

-08:-44:-38 **20** can let the court reporter know how to spell them.

-08:-44:-38 **21**          And you previously have been sworn to translate

04:44:44 **22** from Arabic into English.

04:44:53 **23**          If you will, tell the witness, if she can, raise

-08:-44:-38 **24** her right hand, please.

04:45:19 **25**          (The witness was sworn by the clerk.)

04:45:38  1          THE COURT:  You may be seated.

04:45:47  2          Actually, to the interpreter, maybe if you can

-08:-44:-38  3  stand on this side of her by the court reporter so that as you

-08:-44:-38  4  are speaking with her.  You also then -- maybe come a little

04:45:59  5  closer, so that you're able to speak to the jury as well.

04:46:21  6          If you can't hear, please let us know.

04:46:26  7          MR. ABDRABBOH:  Is the Court going to inquire or

-08:-44:-38  8  may I proceed?

-08:-44:-38  9          THE COURT:  Will you tell us your name, please?

04:46:33  10          THE WITNESS:  Salwa Elkhechen.

04:46:37  11          THE COURT:  What is your city or community of

-08:-44:-38  12  residence?

04:46:46  13          THE WITNESS:  Here in the United States?

-08:-44:-38  14          THE COURT:  Yes.

04:46:49  15          THE WITNESS:  Sylvania.   Yes.

-08:-44:-38  16          THE COURT:  How long have you lived in Sylvania?

04:46:57  17          THE WITNESS:  Four years in Sylvania.  And before,

-08:-44:-38  18  four years in Toledo.

04:47:04  19          THE COURT:  And is that when you came to this

04:47:07  20  country, about eight years ago?

04:47:11  21          THE WITNESS:  Yes.

04:47:12  22          THE COURT:  What is your home land?

04:47:14  23          THE WITNESS:  Lebanon.

04:47:17  24          THE COURT:  And are you a resident alien or are you

-08:-44:-38  25  a citizen or are you learning to become a citizen?

| | | |
|---|---|---|
| 04:47:30 | **1** | THE WITNESS:  I am a citizen.   I'm an American |
| 04:47:33 | **2** | citizen. |
| -08:-44:-38 | **3** | THE COURT:  When did you become a citizen? |
| 04:47:37 | **4** | THE WITNESS:  2005. |
| 04:47:39 | **5** | THE COURT:  I gather that you understand some |
| -08:-44:-38 | **6** | English but you feel more comfortable testifying in your native |
| 04:47:46 | **7** | language? |
| 04:47:50 | **8** | THE WITNESS:  Correct. |
| -08:-44:-38 | **9** | THE COURT:  That's perfectly all right. |
| 04:47:55 | **10** | THE INTERPRETER:  I'm sorry, Your Honor. |
| 04:47:57 | **11** | THE COURT:  That's perfectly all right, of course. |
| 04:47:59 | **12** | MR. ABDRABBOH:  May I, Your Honor? |
| -08:-44:-38 | **13** | THE COURT:  Of course. |
| -08:-44:-38 | **14** | - - - |
| 04:44:16 | **15** | SALWA ELKHECHEN, DIRECT EXAMINATION |
| 04:48:02 | **16** | BY MR. ABDRABBOH: |
| 04:48:02 | **17** | **Q.**  Mrs. Elkhechen, can you tell the ladies and gentlemen of |
| -08:-44:-38 | **18** | the jury where you were born? |
| 04:48:24 | **19** | THE COURT:  Let me interrupt.   Can you spell the |
| -08:-44:-38 | **20** | witness's name for us? |
| 04:48:31 | **21** | MR. ABDRABBOH:  The first name is S-A-L-W-A, and |
| 04:48:37 | **22** | Elkhechen -- |
| 04:48:38 | **23** | THE WITNESS:  E-L-K-E-C-h-E-N. |
| 04:48:46 | **24** | BY MR. ABDRABBOH: |
| 04:48:46 | **25** | **Q.**  Mrs. Elkhechen, what year were you born? |

04:48:54  **1**          MR. HERDMAN:  I didn't hear the answer translated.

04:48:57  **2**     **A.**   I am Salwa Elkhechen.   I'm from Lebanon, West Beqaa;

04:49:01  **3**  I'm from Sahrem town, and --

-08:-44:-38  **4**          THE INTERPRETER:  I've lost the last sentence, Your

04:49:07  **5**  Honor.

04:49:08  **6**     **A.**   Zehla Province.

04:49:10  **7**  BY MR. ABDRABBOH:

04:49:10  **8**     **Q.**   What year were you born?

-08:-44:-38  **9**     **A.**   1961.

-08:-44:-38  **10**     **Q.**   Can you tell us geographically where the village is

04:49:23  **11**  located that you grew up in?

04:49:40  **12**     **A.**   It's the south north of Beirut.

-08:-44:-38  **13**     **Q.**   How far is that from Beirut?

04:49:56  **14**     **A.**   One hour and 15 minutes driving.

-08:-44:-38  **15**          MR. SOFER: May we approach, Your Honor?

04:50:01  **16**          (Whereupon the following discussion was had at the

04:51:28  **17**  bench outside the hearing of the jury:)

04:51:28  **18**          MR. SOFER: Our translator again -- and again, I

-08:-44:-38  **19**  don't mean to cause trouble for translators or anything like

-08:-44:-38  **20**  that, but south north I think would indicate an internal

-08:-44:-38  **21**  inconsistency, and our translator said she said southeast.

-08:-44:-38  **22**          MR. ABDRABBOH:  The reason I asked Beirut was I was

-08:-44:-38  **23**  going to try to sort it out.

-08:-44:-38  **24**          MR. SOFER:  I'm sorry.  I don't want to mess you

-08:-44:-38  **25**  up.

-08:-44:-38  **1**        MR. ABDRABBOH:  By the way, I don't disagree with

-08:-44:-38  **2**  Mr. Sofer.   Speaking the language, I caught a couple things.

-08:-44:-38  **3**  When that happens, I'm going to try to re-ask the question.

-08:-44:-38  **4**        (End of side-bar discussion.)

04:51:33  **5**        THE COURT:  You may continue.

04:51:35  **6**  BY MR. ABDRABBOH:

04:51:35  **7**     **Q.**    Ms. Elkhechen, for clarification, can you describe

04:51:42  **8**  geographically where your village is located?

04:52:10  **9**     **A.**    We are at the end of the eastern Beqaa, which is about

-08:-44:-38  **10**  three kilometers from the south.   And between us and the south,

04:52:24  **11**  about three villages.

04:52:28  **12**     **Q.**    I'm sorry, the south of what?

04:52:32  **13**     **A.**    South of Lebanon.

04:52:34  **14**     **Q.**    How far is the village you grew up in from Beirut?

04:52:45  **15**     **A.**    An hour and so in the car.

04:52:49  **16**     **Q.**    And how far, if you know, approximately is your village

-08:-44:-38  **17**  from the Syrian border?

04:53:00  **18**     **A.**    Almost the same time, about one hour or so.

-08:-44:-38  **19**     **Q.**    Can you briefly describe some of the -- I'm going to

04:53:10  **20**  talk to you about some of the characteristics of your village.

-08:-44:-38  **21**  I'd like you to briefly tell the ladies and gentlemen of the

04:53:17  **22**  jury, if you know, the approximate population of your village.

04:53:31  **23**     **A.**    Before I got married it was about 6,000 individuals.

04:53:45  **24**     **Q.**    What year was that she's describing?

04:53:49  **25**     **A.**    Before the '80s.

| | | | |
|---|---|---|---|
| 04:53:54 | **1** | **Q.** | And after 1980? |
| 04:54:00 | **2** | **A.** | Of course, definitely it will be increased.   Right now |
| -08:-44:-38 | **3** | it's about 12,000. |
| -08:-44:-38 | **4** | **Q.** | Can you describe whether your village was agricultural |
| 04:54:17 | **5** | or industrial? |
| 04:54:25 | **6** | **A.** | It's almost all agriculture and trade. |
| -08:-44:-38 | **7** | **Q.** | You testified that you were born in this village; is |
| 04:54:36 | **8** | that correct? |
| 04:54:36 | **9** | **A.** | Yes. |
| 04:54:38 | **10** | **Q.** | How long did you live there? |
| 04:54:41 | **11** | **A.** | 19 years. |
| 04:54:43 | **12** | **Q.** | Did there come a time when you moved? |
| 04:54:50 | **13** | **A.** | When I got married. |
| -08:-44:-38 | **14** | **Q.** | And what year, if you remember, did you get married? |
| 04:55:02 | **15** | **A.** | 1980. |
| -08:-44:-38 | **16** | **Q.** | To whom did you get married to? |
| 04:55:06 | **17** | **A.** | I got married to Wassim's father, Ebraheim Mazloum. |
| 04:55:16 | **18** | **Q.** | Were children born of the marriage? |
| 04:55:20 | **19** | **A.** | Wassim, Bilal, Dima, Diana. |
| 04:55:29 | **20** | **Q.** | Can you tell the ladies and gentlemen of the jury their |
| -08:-44:-38 | **21** | approximate dates of birth or ages? |
| 04:56:06 | **22** | **A.** | Wassim was born in May 22, 1981.   Bilal was born in |
| -08:-44:-38 | **23** | August 25, 1984.  Dima was born in August 1, 1991, and Diana was |
| -08:-44:-38 | **24** | born in April -- April 16, 1994. |
| 04:56:36 | **25** | **Q.** | I'm going to take you back a little bit.  After you got |

04:56:40 **1** married did you remain in the same village?

04:56:47 **2**         THE WITNESS:  No.

04:56:48 **3**     **A.**    No.   I moved to my husband's town.

-08:-44:-38 **4** BY MR. ABDRABBOH:

-08:-44:-38 **5**     **Q.**    What's the name of that town?

04:56:56 **6**     **A.**    Jiyeh.

04:56:59 **7**     **Q.**    Was there a reason you decided to relocate to Jiyeh?

04:57:09 **8**     **A.**    The reason is in our religion, the woman has to follow

-08:-44:-38 **9** her husband's town.

04:57:18 **10**     **Q.**    Would that be a religion or culture?

04:57:23 **11**     **A.**    It's cultural.

04:57:28 **12**     **Q.**    I'm going to move ahead to the year 1981.   You

04:57:36 **13** testified that the accused, Wassim Mazloum, was born in 1981; is

-08:-44:-38 **14** that correct?

-08:-44:-38 **15**         THE WITNESS:  Yes.

04:57:46 **16**     **A.**    Yes.

-08:-44:-38 **17** BY MR. ABDRABBOH:

-08:-44:-38 **18**     **Q.**    What, if any, political conflicts were going on in

04:57:51 **19** Lebanon when Wassim was born?

04:57:54 **20**     **A.**    In Lebanon?

04:58:03 **21**     **Q.**    In Lebanon.

04:58:05 **22**     **A.**    At the time Wassim was born in 1981, Israel took over a

-08:-44:-38 **23** number of villages in Lebanon, and Syria took Beqaa and north of

04:58:43 **24** Lebanon and Beirut.

04:58:49 **25**     **Q.**    I'm going to move you to 1982.  What, if any, political

-08:-44:-38    **1**    conflicts were going on in 1982?

04:58:57    **2**    MR. HERDMAN: Your Honor, I object just to the

04:59:01    **3**    extent I don't know if we're going to go year by year here.

04:59:04    **4**    MR. ABDRABBOH: No.

-08:-44:-38    **5**    THE COURT: That's fine.

04:59:09    **6**    Did you complete the question?

04:59:11    **7**    THE INTERPRETER: No. No, Your Honor.

-08:-44:-38    **8**    THE COURT: Do you recall the question?

04:59:14    **9**    THE INTERPRETER: Yes.

04:59:46    **10**    **A.** In late 1981, there was fear, horror because Syria was

04:59:56    **11**    threatening Israel. At the same time Israel was threatening

05:00:02    **12**    Syria. In 1982 Israel went into Lebanon and became about two

05:00:08    **13**    kilometers away from where I was living.

05:00:08    **14**    BY MR. ABDRABBOH:

05:00:14    **15**

05:00:14    **16**    **Q.** How did those events affect your life in Lebanon?

05:00:43    **17**    MR. ABDRABBOH: I'm going to stop. If the Court

-08:-44:-38    **18**    would instruct the witness just to go two sentences at a time.

05:00:53    **19**    THE COURT: Say because what she's saying has to be

05:00:57    **20**    translated, if she could just try to speak and then pause

05:01:02    **21**    perhaps after a sentence or two.

05:01:08    **22**    Let me also say to the interpreter, if you want to

-08:-44:-38    **23**    go like that (motions) to let her know to pause, that's fine.

-08:-44:-38    **24**    Maybe explain that to her. If she's going too fast, you'll

05:01:31    **25**    signal somehow so you can keep up.

05:01:41 **1**   **A.**   In 1982 when Israel went inside a town and it became

-08:-44:-38 **2**   about two kilometers away from our town, and at the same time

05:01:51 **3**   Syria, it was in the heart of our town and on the borders -- I'm

-08:-44:-38 **4**   sorry, not in the borders, on the sides of our countries, we

-08:-44:-38 **5**   became between two fires.  We became on the fire line.

05:02:08 **6**        MR. ABDRABBOH:  And those fires were?  Did she

05:02:11 **7**   describe the sides of the two fires?  That's what you just

05:02:15 **8**   translated?

-08:-44:-38 **9**   **A.**   Fire, not --

-08:-44:-38 **10**       THE INTERPRETER:  Fire, not fires.

-08:-44:-38 **11**  BY MR. ABDRABBOH:

-08:-44:-38 **12**      **Q.**   Who was the fire between?

05:02:27 **13**     **A.**   Between the Israeli and between Syrian, and we were in

05:02:32 **14**  the middle.

05:02:33 **15**     **Q.**   What, if anything, did you do about the event, how those

05:02:39 **16**  events affected your life?

05:02:43 **17**       THE INTERPRETER:  Can you repeat the question,

-08:-44:-38 **18**  please, Counsel?

05:02:46 **19**  BY MR. ABDRABBOH:

05:02:46 **20**     **Q.**   What, if anything, did you and your family do about

-08:-44:-38 **21**  those events and as they affected daily life?

05:02:55 **22**     **A.**   When we became in the middle, we -- our life were

05:03:13 **23**  jeopardized.  We were in danger, so we decided to go to Beirut

05:03:17 **24**  because Beirut is the capital of our country.   Because Beirut

05:03:27 **25**  is the capital, and it has basement for protection.   And in our

-08:-44:-38 **1** town there is no basement for protection, and there's no place

05:03:39 **2** to hide in.

05:03:42 **3**     Q.    Were there any other conflicts going on in Lebanon at

-08:-44:-38 **4** the same time?

05:03:59 **5**     A.    After we went to Beirut in '82, Israel was already by

05:04:05 **6** the side of Beirut.  We went to Beirut to hide.   And we stayed

-08:-44:-38 **7** in the basement over there, protection basements for five months

05:04:27 **8** because we were not able to go outside.  We were living in fear.

-08:-44:-38 **9** We were living in horror.   Explosion everywhere.

05:04:42 **10**          THE INTERPRETER:  Your Honor, can I look it up in

-08:-44:-38 **11** my dictionary?

-08:-44:-38 **12**          THE COURT:  Of course.   Certainly.

05:04:58 **13**     A.    Ambush everyone.

05:05:03 **14**          THE INTERPRETER:  This is the way she said it, Your

05:05:07 **15** Honor.

-08:-44:-38 **16**     A.    Should I continue?

05:05:09 **17**          THE COURT:  Yes.

05:05:17 **18**          THE INTERPRETER:  Can I ask her to repeat what she

-08:-44:-38 **19** said, Your Honor?

05:05:24 **20**     A.    At this time Israel went by the side of Beirut.   At

05:05:32 **21** that time we were living in the basement, protection basement

05:05:35 **22** for five months because there was a lot of massacres, explosion

05:05:48 **23** on the roads.   You never predict when the explosion is going to

05:05:52 **24** come up.  We stayed like this for five months.

05:06:02 **25** BY MR. ABDRABBOH:

05:06:02  **1**    **Q.**   How old was Wassim at that time?

05:06:06  **2**    **A.**   He did not finish the two years.

05:06:08  **3**    **Q.**   Moving along, Mrs. Elkhechen, to 1991, what, if any,

05:06:23  **4**    political conflicts were going on in Lebanon in 1991?

05:06:36  **5**    **A.**   1991?

05:06:39  **6**    **Q.**   That's correct.

05:06:41  **7**    **A.**   Can I say something before that.

05:06:43  **8**    **Q.**   No.   If you don't recall, that's fine.   I'll move on.

05:07:01  **9**    **A.**   During 1991 the refugees war started between the

-08:-44:-38  **10**   Palestinian and the Lebanese.   Should I continue?

05:07:15  **11**   **Q.**   Continue.

05:07:29  **12**   **A.**   At that time when Israel went inside Lebanon, people of

05:07:33  **13**   Lebanon split into two halves; one against and one with.   1991

05:07:48  **14**   the refugees' camps, war started.   The refugee camps started

05:07:58  **15**   between the Palestinian and one of the Lebanese party.

05:08:03  **16**   **Q.**   Would you describe that as an internal war?

05:08:10  **17**   **A.**   Correct.   It's a civil war.

05:08:13  **18**   **Q.**   How old was Wassim Mazloum in 1991?

05:08:20  **19**   **A.**   Ten years.

-08:-44:-38  **20**   **Q.**   Did he live with you?

05:08:24  **21**   **A.**   Yes.

05:08:26  **22**   **Q.**   To the best of your knowledge, what, if any, effect did

-08:-44:-38  **23**   those events have on Wassim Mazloum?

05:08:34  **24**             MR. HERDMAN:  Objection.

-08:-44:-38  **25**             THE COURT:  Why don't you come on upside.

05:12:08 **1**            (Whereupon the following discussion was had at the

-08:-44:-38 **2** bench outside the hearing of the jury:)

-08:-44:-38 **3**            MR. HERDMAN:  The basis of the objection, it calls

-08:-44:-38 **4** for speculation on behalf of the witness with respect to how it

-08:-44:-38 **5** affected the defendant.   And this is precisely the testimony,

-08:-44:-38 **6** if we -- we discussed this.  This is specifically the testimony

-08:-44:-38 **7** Mr. Abdrabboh was not going to get into, how this affected

-08:-44:-38 **8** Wassim.

-08:-44:-38 **9**            MR. ABDRABBOH:  We're attempting to put on evidence

-08:-44:-38 **10** to rebut directly the witness came from a background of a war

-08:-44:-38 **11** torn country in self-defense.   A lot.   I'm allowed a little

-08:-44:-38 **12** latitude, I think, to tie that in.

-08:-44:-38 **13**            THE COURT:  What do you expect she'll say?

-08:-44:-38 **14**            MR. ABDRABBOH:  To that question she'll say he was

-08:-44:-38 **15** there.   He observed somewhat the things that occurred on a

-08:-44:-38 **16** daily basis, but that's it.   There's only three more years I

-08:-44:-38 **17** want to get into.   I've already gone through two.

-08:-44:-38 **18**            THE COURT:  That's fine.   Two things I think you

-08:-44:-38 **19** can ask was -- was Wassim with you while these events were

-08:-44:-38 **20** occurring, and how old was he again, and did you observe any

-08:-44:-38 **21** particular effects on him?  In other words, I think she can

-08:-44:-38 **22** testify, I don't know, waking up in the middle of the night

-08:-44:-38 **23** screaming or he went about his business.   I don't know what the

-08:-44:-38 **24** answer is going to be.   But I think she can testify as to her

-08:-44:-38 **25** observation as a mother and so forth, but I don't think the way

6101

-08:-44:-38  **1**  it was phrased...

-08:-44:-38  **2**  MR. HERDMAN:  I'm just giving notice I may object

-08:-44:-38  **3**  if she starts saying about how Wassim -- what he said.  If it's

-08:-44:-38  **4**  some sort of physical manifestation, I'm not going to object.

-08:-44:-38  **5**  THE COURT:  He quit going to school, or he said he

-08:-44:-38  **6**  was afraid or he hid under the bed every night.   I think she

-08:-44:-38  **7**  can testify to her observation, whether he was with her during

-08:-44:-38  **8**  this period, and what effect, if any, did she observe in him on

-08:-44:-38  **9**  him.

-08:-44:-38  **10**  MR. SOFER:  I was just going to ask again what the

-08:-44:-38  **11**  connection between this and the case is because I'm not fully

-08:-44:-38  **12**  understanding that.

-08:-44:-38  **13**  MR. ABDRABBOH:  Just the government's position was

-08:-44:-38  **14**  that he was in a hurry to go to Lebanon, was in a rush to get

-08:-44:-38  **15**  this training to go to Lebanon for various purposes.   That's

-08:-44:-38  **16**  one of the theories they put forward.   We're just trying to put

-08:-44:-38  **17**  forward the idea that he comes from this type of a country and

-08:-44:-38  **18**  eventually I'll tie this into military service.   It's mandatory

-08:-44:-38  **19**  in the country of Lebanon.

-08:-44:-38  **20**  (End of side-bar discussion.)

05:12:17  **21**  THE INTERPRETER:  I want to correct a word.   When

-08:-44:-38  **22**  she said protection basement.  She said shelters or hideout.

05:12:23  **23**  THE COURT:  Okay.  Thank you.

-08:-44:-38  **24**  BY MR. ABDRABBOH:

-08:-44:-38  **25**  Q.  When you were in the shelters and hideouts --

-08:-44:-38  **1**　　　　　　　MR. ABDRABBOH:  I'm sorry, were you just

05:12:36  **2** translating the last answer or were you going back?

-08:-44:-38  **3**　　　　　　　THE INTERPRETER:  Going back.  For all the words

-08:-44:-38  **4** mentioned, "protection basements", she said shelters or hideout.

05:12:47  **5** BY MR. ABDRABBOH:

05:12:47  **6**　　**Q.**　　Mrs. Elkhechen, in 1991 during these events that you

-08:-44:-38  **7** described, was Wassim Mazloum with you?

05:13:01  **8**　　**A.**　　Yes.

05:13:03  **9**　　**Q.**　　Did you have the opportunity to observe Wassim Mazloum?

05:13:11  **10**　　**A.**　　Yes.

05:13:12  **11**　　**Q.**　　What, if anything, did you notice about how these events

-08:-44:-38  **12** affected Mr. Mazloum?

05:13:30  **13**　　**A.**　　I want to say something that the most important,

05:13:33  **14** important thing that affected him, he want work, but I want to

05:13:46  **15** mention something, during 1987 and 1988 we had a massacre in our

-08:-44:-38  **16** town.

05:13:53  **17**　　　　　　　MR. HERDMAN:  Objection.

-08:-44:-38  **18**　　　　　　　THE COURT:  I would agree.  That last part I'm

05:13:58  **19** going to ask -- that's fine, I think she was being unresponsive.

05:14:09  **20**　　　　　　　MR. ABDRABBOH: I'll ask the question again.

-08:-44:-38  **21**　　　　　　　Ask the witness just to answer the question I'm

-08:-44:-38  **22** asking.

05:14:14  **23**　　　　　　　THE COURT:  Let her translate that, please.

-08:-44:-38  **24**　　**A.**　　In 1991 the camps wars started between the Palestinian

05:14:32  **25** and one of the Lebanese party.  The people of Lebanon split

-08:-44:-38 **1** into two halves; some of them were with the Palestinian and they

05:14:47 **2** supported the Palestinian and the other half supported the

05:14:54 **3** Lebanese side. During this period of time I was in my town

05:15:04 **4** over my family during the summertime. The party which was

-08:-44:-38 **5** against the Palestinian, they were very popular in our town.

05:15:27 **6** And there were Palestinian, too. So there was fear, there was

-08:-44:-38 **7** horror, and they were killing people just based on the

05:15:41 **8** identification part. At that time we were so scared because

05:15:49 **9** they were walking on the street. The armed people were walking

05:15:58 **10** the street, and we were so scared of all the reaction because

-08:-44:-38 **11** the same village, the same town people were split into two

05:16:08 **12** halves.

-08:-44:-38 **13** At that time Wassim was ten years old and he was

05:16:17 **14** observing everything.

05:16:20 **15** MR. ABDRABBOH: Can you please instruct the witness

05:16:22 **16** just to answer my question only?

05:16:22 **17** THE INTERPRETER: (Complied.)

05:16:29 **18** BY MR. ABDRABBOH:

05:16:29 **19** Q. What year did you just describe?

05:16:41 **20** A. Describe right now? I'm describing to you the camp war

05:16:50 **21** which happened in 1991.

05:16:55 **22** Q. What, if any, effect did you observe on Wassim Mazloum

-08:-44:-38 **23** from these events?

05:17:17 **24** A. It affected everybody. We were deprived from

-08:-44:-38 **25** everything. We were living in shelters, we were in fear.

05:17:29 **1**    **Q.**    During that time period did Wassim -- was Wassim

05:17:33 **2** enrolled in school?

05:17:37 **3**    **A.**    Yes.

05:17:38 **4**    **Q.**    What was name of that school?

05:17:40 **5**    **A.**    Omar Al-Moktar Center.

-08:-44:-38 **6**    **Q.**    Was that a private school?

05:17:50 **7**    **A.**    Yes.

05:17:51 **8**    **Q.**    Was it a religious school?

05:17:54 **9**    **A.**    No.

05:17:56 **10**    **Q.**    I'm going to move ahead to 1993. What, if any,

-08:-44:-38 **11** political conflicts were going on in 1993?

05:18:23 **12**    **A.**    After -- in 1993 after Israel withdraw out of Lebanon

-08:-44:-38 **13** and stayed in the south of Lebanon -- I'm sorry, maybe you did

-08:-44:-38 **14** not translate it right. Late of 1982 they withdraw from

05:18:46 **15** Lebanon and they stayed in the south of Lebanon.

05:18:54 **16**    In 1993, again they attack Lebanon. They attacked

-08:-44:-38 **17** again Lebanon. They stayed seven days. And we called it in

05:19:10 **18** Lebanon the Seven Days War. You can say that we stayed for

-08:-44:-38 **19** four days, day and night, under the explosion.

05:19:24 **20**    **Q.**    Okay. Was Wassim Mazloum with you at that time?

05:19:32 **21**    **A.**    Yes.

-08:-44:-38 **22**    **Q.**    Approximately how old was he?

05:19:39 **23**    **A.**    1993, maybe 12 years.

-08:-44:-38 **24**    **Q.**    To the best of your observation did those events have an

05:19:50 **25** effect on Wassim Mazloum?

| | | |
|---|---|---|
| 05:19:57 | **1** | **A.**   Definitely.   Definitely because he was so scared about |
| -08:-44:-38 | **2** | me and about his sisters because of his siblings were born. |
| 05:20:11 | **3** |                     MR. HERDMAN:  Objection. |
| 05:20:12 | **4** |                     THE COURT:  I would agree.  The jury will disregard |
| -08:-44:-38 | **5** | any reference to him being scared for any particular reason or |
| -08:-44:-38 | **6** | about any person. |
| -08:-44:-38 | **7** | BY MR. ABDRABBOH: |
| -08:-44:-38 | **8** |     **Q.**   Mrs. Elkhechen, I'd like to move you to 1996.  Where |
| -08:-44:-38 | **9** | were you living in 1996? |
| 05:20:52 | **10** |     **A.**   During the wintertime we were living in Wassim's |
| -08:-44:-38 | **11** | father's town because of the school.   And during the summertime |
| -08:-44:-38 | **12** | I used to go to my town because anyway at that time Wassim's |
| -08:-44:-38 | **13** | father had left us, the summer of 1996 I was in my parents' |
| -08:-44:-38 | **14** | town. |
| 05:21:19 | **15** |     **Q.**   What, if any, political conflicts occurred during that |
| 05:21:23 | **16** | time period, 1996? |
| 05:22:03 | **17** |     **A.**   At that time in 1996 Israel attacked Lebanon.   This |
| -08:-44:-38 | **18** | attack was very, very strong military attack.   They called |
| -08:-44:-38 | **19** | it -- at that time Israel called it anger grapes .   And at that |
| -08:-44:-38 | **20** | time Kana massacre had happened, and there is another massacre |
| -08:-44:-38 | **21** | that happened in our town, in Zahmer town, and 20 individual get |
| -08:-44:-38 | **22** | killed.   And two families -- and each family has two |
| 05:22:37 | **23** | individuals. |
| 05:22:42 | **24** |                     MR. ABDRABBOH:  I'm sorry, can you repeat that last |
| 05:22:44 | **25** | part that you translated? |

| | | |
|---|---|---|
| 05:22:47 | **1** | THE INTERPRETER:  Starting from the massacre of |
| 05:22:50 | **2** | Kana? |
| -08:-44:-38 | **3** | MR. ABDRABBOH:  After that. |
| 05:22:54 | **4** | THE INTERPRETER:  20 person get killed and two |
| 05:22:57 | **5** | families.   In each family there was six persons. |
| 05:23:00 | **6** | BY MR. ABDRABBOH: |
| 05:23:00 | **7** | Q.   Did you know any of those 20 victims? |
| 05:23:06 | **8** | A.   Of course.   I know them all because in our town we know |
| -08:-44:-38 | **9** | all of each other. |
| 05:23:15 | **10** | Q.   Were any of them related to you? |
| 05:23:19 | **11** | MR. HERDMAN:  Objection, relevance. |
| 05:23:26 | **12** | THE COURT:  I'll let it stand.  I assume you're |
| 05:23:29 | **13** | moving on. |
| 05:23:30 | **14** | A.   One family was related to my parents. |
| 05:23:34 | **15** | BY MR. ABDRABBOH: |
| 05:23:34 | **16** | Q.   Was Wassim living with you in 1996? |
| 05:23:40 | **17** | A.   Yes. |
| 05:23:42 | **18** | Q.   Did he observe any of the events you described? |
| 05:23:48 | **19** | A.   Yes. |
| 05:23:50 | **20** | Q.   What effects, if any, did you observe these events to |
| -08:-44:-38 | **21** | have on Wassim Mazloum? |
| 05:24:01 | **22** | A.   It affected him definitely.  It affected him negatively |
| -08:-44:-38 | **23** | big time.   He was observing us living under the explosion every |
| 05:24:36 | **24** | day and planes everywhere.   Every day in the sky.   So he was |
| -08:-44:-38 | **25** | looking for something to do for us.   He was looking at us and |

6107

-08:-44:-38 **1** he cannot find anything to do to get us out of this problems.

05:24:48 **2**     **Q.** What about Wassim's father?  Was Wassim's father living

-08:-44:-38 **3** with you in 1996?

05:24:59 **4**         THE WITNESS:  No.

05:25:00 **5**     **A.** No.

-08:-44:-38 **6** BY MR. ABDRABBOH:

-08:-44:-38 **7**     **Q.** Why not?

05:25:02 **8**     **A.** We were separated, and he travelled.

05:25:08 **9**     **Q.** What year were you separated?

05:25:11 **10**     **A.** 1993.

-08:-44:-38 **11**     **Q.** What effect, if any, did you observe that to have on

-08:-44:-38 **12** Wassim?

05:25:20 **13**         MR. HERDMAN:  Objection.

05:25:30 **14**         THE COURT:  I don't see the relevance of that.

05:25:32 **15** Sustained.

05:25:38 **16**         MR. ABDRABBOH:  I'll move on.

05:25:40 **17** BY MR. ABDRABBOH:

05:25:40 **18**     **Q.** Did Wassim's father -- you testified that Wassim's

05:25:43 **19** father traveled abroad leaving the family in 1993?

05:25:55 **20**     **A.** He left the first month of 1994.

05:25:59 **21**     **Q.** Did you have contact with him after he left while you

-08:-44:-38 **22** lived in Lebanon?

05:26:13 **23**     **A.** At that time and for a long period of time we did not

-08:-44:-38 **24** have any contact with him.

05:26:21 **25**     **Q.** At some point in 1996 did anyone submit a visa petition

| | | |
|---|---|---|
| 05:26:28 | **1** | on your behalf for you to come to the United States of America? |
| 05:26:36 | **2** | A. Yes, my mother. |
| 05:26:40 | **3** | Q. Do you know approximately when that application was |
| 05:26:43 | **4** | submitted? |
| 05:26:51 | **5** | A. April, I'm not sure. |
| 05:26:59 | **6** | Q. When was your visa petition finally approved to come to |
| -08:-44:-38 | **7** | United States of America? |
| 05:27:10 | **8** | A. Beginning of 2000. |
| 05:27:12 | **9** | Q. So between the events of 1996 that you just described |
| -08:-44:-38 | **10** | and sometime in 2000 you were living in Lebanon; is that |
| 05:27:53 | **11** | correct? |
| 05:27:53 | **12** | A. Yes, during this four years between 1996 and 2000, we |
| -08:-44:-38 | **13** | were living in fear.  We were living in hunger.   Parties |
| 05:28:04 | **14** | fighting each other.   Fight started, fighting with Israel. |
| 05:28:19 | **15** | MR. ABDRABBOH:  I'm sorry.   I'm going to stop the |
| -08:-44:-38 | **16** | witness again.   Can you instruct her to please just answer the |
| 05:28:27 | **17** | questions that I'm asking. |
| 05:28:38 | **18** | BY MR. ABDRABBOH: |
| 05:28:38 | **19** | Q. What, if any, political conflict was there in Lebanon |
| -08:-44:-38 | **20** | between 1996 and 2000? |
| 05:28:59 | **21** | A. In 1996 we moved to my husband's town, but anyway we |
| -08:-44:-38 | **22** | were not living there permanently.  We were back and forth from |
| -08:-44:-38 | **23** | his town to my parents' town.   In 1997 or 1998, I don't know |
| -08:-44:-38 | **24** | what happened, if Syria get some news, so they attacked our |
| -08:-44:-38 | **25** | town.   They randomly -- they ransack all the houses in illegal |

6109

05:29:55  **1**  ways.   They searched all the houses.   At that time Wassim

-08:-44:-38  **2**  was -- wasn't --

-08:-44:-38  **3**  THE INTERPRETER:  I'm going to try to find the

-08:-44:-38  **4**  definition for this word.

05:30:14  **5**  **A.**   He was grown up in enough way.

05:30:18  **6**  BY MR. ABDRABBOH:

05:30:18  **7**  **Q.**   I'm sorry, I missed that.

05:30:22  **8**  THE INTERPRETER:  He was grown up.

05:30:32  **9**  BY MR. ABDRABBOH:

05:30:32  **10**  **Q.**   Mrs. Elkhechen, please, if you could please just answer

-08:-44:-38  **11**  the question that I ask you.

-08:-44:-38  **12**  The event you just described, did that happen in

05:30:49  **13**  1998?

05:30:52  **14**  **A.**   Yes.

-08:-44:-38  **15**  **Q.**   Did Wassim Mazloum live with you at that time?

05:30:59  **16**  **A.**   Yes.

05:31:00  **17**  **Q.**   Did you personally observe any of those events that you

05:31:05  **18**  described regarding the Syrians coming into Lebanon?

05:31:15  **19**  **A.**   You mean to Lebanon or to the houses in Lebanon?

05:31:18  **20**  **Q.**   Let's start with her village.

05:31:24  **21**  **A.**   My village?

-08:-44:-38  **22**  **Q.**   Yes.

05:31:30  **23**  **A.**   Yeah, to the sides of our village, my village.

05:31:34  **24**  **Q.**   Do you know if Wassim Mazloum observed that?

05:31:41  **25**  **A.**   Yes.

05:31:45 **1**    **Q.**    What, if any, effect did you observe this have on Wassim

05:31:49 **2**    Mazloum?

05:32:00 **3**    **A.**    When they came into our house and they searched it,

05:32:09 **4**    Wassim was cussing them out when they were entering the house.

-08:-44:-38 **5**    When he cussed them, they beat him up.

05:32:21 **6**    **Q.**    What effect, if any, did you observe that to have on

05:32:25 **7**    Wassim Mazloum?

05:32:29 **8**    MR. HERDMAN:  I object, Your Honor.  Same grounds

-08:-44:-38 **9**    as before.

05:32:33 **10**    THE COURT:  I'll let the answer stand.

-08:-44:-38 **11**    What effect did it have that she observed?

-08:-44:-38 **12**    MR. ABDRABBOH:  She can answer that.

05:32:50 **13**    **A.**    It affected him because he was in charge of us, he was

-08:-44:-38 **14**    responsible for the family, so he was looking for a way to

05:32:58 **15**    defend, to protect the family.  I'm sorry.

-08:-44:-38 **16**    MR. HERDMAN:  Your Honor, I object.

05:33:02 **17**    THE COURT:  Again, she can testify as to what she

05:33:05 **18**    saw, but in terms of what may have been on his mind she cannot

05:33:12 **19**    testify to that.  The objection to that part of that will be

05:33:19 **20**    sustained.

05:33:20 **21**    BY MR. ABDRABBOH:

05:33:20 **22**    **Q.**    One more question along this line, then we'll move on.

05:33:27 **23**    What other conflicts, if any, were happening in Lebanon between

05:33:32 **24**    '98 and 2000?  Would you briefly describe those for the ladies

05:33:52 **25**    and gentlemen of the jury?

05:33:52    **1**    **A.**    During this period of time there was a civil war between

-08:-44:-38    **2**    the parties.    There were a lot of parties at that time in

-08:-44:-38    **3**    Lebanon.    Each parties -- each person with a different

05:34:15    **4**    political point of view is belonging to a different party.

-08:-44:-38    **5**    This period of time was a fear period of time.    People are

05:34:39    **6**    scared.    And young men are fighting each other.    Young men

-08:-44:-38    **7**    were all armed at that time, all the young men have bombs on

05:34:55    **8**    their bodies, you can see them walking on the streets.    And

-08:-44:-38    **9**    most of the young men at that time, they were manufacturing

05:35:07    **10**    things out of bottles, glass bottle.    We are a country since 30

05:35:24    **11**    years ago we were living in a war situation.

-08:-44:-38    **12**    THE INTERPRETER:    I missed something, Your Honor,

-08:-44:-38    **13**    when she was talking about the young men.    She said the young

-08:-44:-38    **14**    men, the street, they were using the glass container and putting

-08:-44:-38    **15**    gun powder inside it and manufacturing something out of it.

05:35:57    **16**    BY MR. ABDRABBOH:

05:35:57    **17**    **Q.**    Between -- from 1993 to 2000, had you or your family, to

-08:-44:-38    **18**    the best of your knowledge, heard from Wassim's father?

05:36:21    **19**    **A.**    Between what year and year?

05:36:23    **20**    **Q.**    1993 and 2000 when they emigrated here.

05:36:31    **21**    **A.**    In 1999 we heard something.    We knew something about him

05:36:39    **22**    to be verbatim.

05:36:41    **23**    **Q.**    Did he come back into their life?

05:36:44    **24**    MR. HERDMAN:    Objection.

05:36:47    **25**    THE WITNESS:    No.

-08:-44:-38  **1**          MR. HERDMAN:  Objection.

05:36:49  **2**          THE COURT:  I'll let it stand.   I would tend to

-08:-44:-38  **3**  agree.

05:36:58  **4**          Ladies and gentlemen, I don't believe that the

05:37:00  **5**  issue of intrafamily relations is relevant.   So disregard that

-08:-44:-38  **6**  testimony.

05:37:11  **7**  BY MR. ABDRABBOH:

05:37:11  **8**    **Q.**   From the time you were born in Lebanon up through 2000,

-08:-44:-38  **9**  would it be fair to characterize Lebanon as a war torn country?

05:37:30  **10**    **A.**   Yes.   Correct.

05:37:33  **11**    **Q.**   And did you observe many of these clashes?

-08:-44:-38  **12**          MR. HERDMAN:  Objection; asked and answered.

-08:-44:-38  **13**          THE COURT:  That's correct.   Sustained.

05:37:46  **14**  BY MR. ABDRABBOH:

05:37:46  **15**    **Q.**   Was it common -- you testified that it was common for

05:37:51  **16**  people to be walking around with various military apparatus, if

-08:-44:-38  **17**  you will; is that correct?

05:38:02  **18**          THE INTERPRETER:  Can you repeat the question,

05:38:04  **19**  please?

-08:-44:-38  **20**  BY MR. ABDRABBOH:

-08:-44:-38  **21**    **Q.**   I'd like to ask the witness:  Is it correct that you

-08:-44:-38  **22**  testified that many people -- it was common to see people

-08:-44:-38  **23**  walking around with various military apparatus in Lebanon?

05:38:35  **24**    **A.**   All people of Lebanon armed with weapons.  I would not

05:38:42  **25**  be exaggerating; everybody.   It was a war.   Almost --

05:38:48 **1** **Q.** Was it common for people to have various weaponry in

-08:-44:-38 **2** their homes, to the best of your knowledge?

-08:-44:-38 **3** MR. HERDMAN: Objection, Your Honor.

05:38:55 **4** THE COURT: I'll let her answer, if she knows.

-08:-44:-38 **5** Let's find out. You might ask her the basis for what her

-08:-44:-38 **6** answer is.

-08:-44:-38 **7** BY MR. ABDRABBOH:

-08:-44:-38 **8** **Q.** Do you know anybody who has weapons in their home in

05:39:07 **9** Lebanon?

05:39:10 **10** **A.** Anybody? Everybody. They have bombs.

05:39:18 **11** **Q.** When did you finally emigrate to the United States of

05:39:31 **12** America?

05:39:31 **13** **A.** April of 2000.

05:39:33 **14** **Q.** At that time what, if any, role did Wassim's father play

-08:-44:-38 **15** in your life?

05:39:40 **16** MR. HERDMAN: Objection. Same grounds as before.

-08:-44:-38 **17** THE COURT: I would agree. Sustained.

05:39:51 **18** BY MR. ABDRABBOH:

05:39:51 **19** **Q.** Up through all the years that you resided in Lebanon

05:39:54 **20** with Wassim, through your departure to the United States, to the

-08:-44:-38 **21** best of your knowledge did Wassim Mazloum obtain any instruction

05:40:03 **22** on training or using or learning to use weaponry?

-08:-44:-38 **23** MR. HERDMAN: Objection.

05:40:11 **24** THE COURT: It's phrased in terms of her knowledge,

-08:-44:-38 **25** what she observed.

-08:-44:-38  **1**  BY MR. ABDRABBOH:

05:40:19  **2**

05:40:19  **3**    **Q.**   Just to your knowledge, do you know if Wassim, while

-08:-44:-38  **4**  living in Lebanon --

-08:-44:-38  **5**          THE COURT:  I think I'm going to have you rephrase:

05:40:29  **6**  What did she observe.   Her knowledge could be what she

05:40:35  **7**  understood by hearsay.

-08:-44:-38  **8**  BY MR. ABDRABBOH:

-08:-44:-38  **9**    **Q.**   Did you observe Wassim Mazloum undertaking any training,

-08:-44:-38  **10**  military or training in self-defense, training classes while in

05:40:46  **11**  Lebanon?

05:41:00  **12**          THE WITNESS:  No.

-08:-44:-38  **13**    **A.**   No.

05:41:02  **14**  BY MR. ABDRABBOH:

05:41:02  **15**    **Q.**   Do you know the exact date you arrived in the United

05:41:15  **16**  States?

05:41:15  **17**    **A.**   April 5, 2000.

05:41:19  **18**    **Q.**   And where did you settle?

05:41:24  **19**    **A.**   Toledo.

05:41:26  **20**    **Q.**   Was that the City of Toledo?

05:41:31  **21**    **A.**   Toledo, Ohio, yes.

05:41:36  **22**    **Q.**   And did you purchase a home?

05:41:41  **23**    **A.**   After four years.

-08:-44:-38  **24**    **Q.**   Who lived -- who resided with you?

05:41:47  **25**    **A.**   All of my children, the four.

05:41:52  **1**   **Q.**   Was your husband -- did you husband live with you?

-08:-44:-38  **2**   **A.**   No.

05:41:58  **3**   **Q.**   At that time in 2000 were you divorced?

05:42:06  **4**         THE INTERPRETER:  I'm sorry?

-08:-44:-38  **5**   BY MR. ABDRABBOH:

-08:-44:-38  **6**   **Q.**   At that time in 2000 were you divorced from your

05:42:10  **7**   husband?

05:42:15  **8**   **A.**   Yes, I was divorced since 1993.

05:42:20  **9**   **Q.**   Who provided for your family financially when you came

05:42:24  **10**   to the United States?

05:42:33  **11**   **A.**   Nobody.  We worked.

-08:-44:-38  **12**   **Q.**   Where did you work?

05:42:39  **13**         THE WITNESS:  The Outback Steakhouse.

05:42:42  **14**   **A.**   Outback Steakhouse restaurant.

05:42:45  **15**   BY MR. ABDRABBOH:

05:42:45  **16**   **Q.**   Did anybody else in the family work?

05:42:48  **17**   **A.**   Wassim and Bilal.

05:42:51  **18**   **Q.**   How old was Wassim when he came to the United States?

05:42:59  **19**   **A.**   About 19 years.

-08:-44:-38  **20**   **Q.**   And where did Wassim work?

05:43:06  **21**   **A.**   Also at the Outback Steakhouse.

-08:-44:-38  **22**   **Q.**   How long did he work there?

05:43:16  **23**   **A.**   First time, four years.   And he stopped and then he

-08:-44:-38  **24**   went back and he worked for a couple months.

05:43:26  **25**   **Q.**   Did Wassim also go to school?

| | | | |
|---|---|---|---|
| 05:43:35 | **1** | **A.** | In 2000 when we came. |
| 05:43:37 | **2** | **Q.** | What, if any, degree did Wassim obtain? |
| 05:43:46 | **3** | **A.** | He got a GED and he went into the college. |
| -08:-44:-38 | **4** | **Q.** | Do you know what college? |
| 05:43:53 | **5** | **A.** | U.T. Toledo. |
| 05:43:58 | **6** | **Q.** | Do you know what he majored in? |
| 05:44:04 | **7** | | THE WITNESS:  Computer science and engineering. |
| 05:44:07 | **8** | **A.** | Computer science and engineering. |
| -08:-44:-38 | **9** | | BY MR. ABDRABBOH: |
| -08:-44:-38 | **10** | **Q.** | Do you know how far along he went with his studies? |
| 05:44:18 | **11** | **A.** | Before 2006, before this incident, he was going to take |
| -08:-44:-38 | **12** | | some classes in the summertime then he would be graduated. |
| 05:44:41 | **13** | **Q.** | Do you have any other family that lives in the United |
| 05:44:49 | **14** | | States? |
| 05:44:49 | **15** | **A.** | Almost all of my family are in the United States.   All |
| -08:-44:-38 | **16** | | of my family members are in the United States.   My brothers, |
| -08:-44:-38 | **17** | | five brothers and three sisters. |
| 05:45:04 | **18** | **Q.** | And just for clarity, where do you live now? . |
| -08:-44:-38 | **19** | | THE WITNESS:  5526 Grey Drive, Sylvania, Ohio. |
| 05:45:17 | **20** | **A.** | 5526 Grey -- |
| 05:45:21 | **21** | | THE WITNESS:  Grey, G-R-E-Y. |
| 05:45:24 | **22** | **A.** | Grey Drive. |
| 05:45:26 | **23** | | THE WITNESS:  Sylvania, Ohio. |
| -08:-44:-38 | **24** | **A.** | Sylvania, Ohio. |
| 05:45:29 | **25** | | BY MR. ABDRABBOH: |

05:45:29 **1**    **Q.**   And who lives with you?

05:45:32 **2**    **A.**   All of my children, all of the four.

-08:-44:-38 **3**    **Q.**   Since you've come to America has Wassim always lived in

-08:-44:-38 **4** the same household as you?

05:45:45 **5**    **A.**   Yes.

05:45:49 **6**    **Q.**   Is Wassim Mazloum married?

05:45:53 **7**    **A.**   No.

-08:-44:-38 **8**    **Q.**   Have you ever discussed with him getting married?

05:46:03 **9**    **A.**   We had a plan in 2000 that he has to go in 2005 to get

-08:-44:-38 **10** married.

05:46:14 **11**    **Q.**   I'm sorry, go where?

-08:-44:-38 **12**    **A.**   Lebanon.

05:46:17 **13**    **Q.**   Was that trip intended to be a trip to search for a wife

-08:-44:-38 **14** for Wassim Mazloum?

05:46:23 **15**          MR. HERDMAN:  Objection.

05:46:26 **16**          THE COURT:  Again, I'm going to sustain.   Rephrase

-08:-44:-38 **17** the question.

05:46:34 **18** BY MR. ABDRABBOH:

05:46:34 **19**    **Q.**   Did there come a time where you undertook efforts about

05:46:38 **20** seeing -- trying to help Wassim get married?

05:46:50 **21**    **A.**   In 2004 I went to Lebanon with my daughters.   Two of

05:46:57 **22** them.   At that time I seen a girl and I really liked her.   I

-08:-44:-38 **23** spoke to her mother and we had an agreement to come back in

05:47:16 **24** 2005.   He will see her.   They will talk to each other, and if

-08:-44:-38 **25** they get along together, we will bring her here.

05:47:29 **1**    **Q.**    Are you describing an arranged marriage?

05:47:43 **2**    **A.**    I seen her.   I liked her, but he's going to come back

-08:-44:-38 **3** and see her.   Yes, it is pre-arranged.

05:47:51 **4**    **Q.**    Is that unusual for people of your background?

05:47:56 **5**                MR. HERDMAN:  Objection.

-08:-44:-38 **6**                THE COURT:  Overruled.   She may answer.

05:48:03 **7**    **A.**    What is, the marriage?

05:48:12 **8** BY MR. ABDRABBOH:

05:48:12 **9**    **Q.**    Yes.   The process, is that unusual, the process of an

05:48:18 **10** arranged marriage unusual for people of her background?

05:48:31 **11**    **A.**    No, it is usual.

05:48:34 **12**    **Q.**    You testified that you planned a trip to go to Lebanon

-08:-44:-38 **13** in 2004; is that correct?

05:48:48 **14**    **A.**    I went to Lebanon in 2004.

-08:-44:-38 **15**    **Q.**    What was the purpose of that trip?

05:48:54 **16**    **A.**    2004?

-08:-44:-38 **17**    **Q.**    Yes.

-08:-44:-38 **18**    **A.**    Okay, in 2004 I went there because it's been, first of

05:49:19 **19** all, four years we did not go to Lebanon.   Second of all, in

05:49:23 **20** 2000 we were notified that Wassim supposed to go for mandatory

-08:-44:-38 **21** military services.   So at that time, before we came here, I

-08:-44:-38 **22** went there and I delayed this because at that time he was still

-08:-44:-38 **23** in school and I arranged for a military book for him and I

05:49:52 **24** delayed his services.   In 2004 I went again and I delayed the

-08:-44:-38 **25** military services again.

05:50:08  1        THE INTERPRETER:  Can I switch interpreter, Your

-08:-44:-38  2  Honor?

-08:-44:-38  3        THE COURT:  Yes, you may.

05:50:30  4  BY MR. ABDRABBOH:

05:50:30  5     Q.    In 2004 when you went to Lebanon, was there, to the best

-08:-44:-38  6  of your knowledge, a requirement for mandatory military service

05:50:40  7  in Lebanon?

05:50:47  8        MR. HERDMAN:  Objection.   I think we've covered

-08:-44:-38  9  this.

05:50:51  10     A.    Yes.

05:50:53  11  BY MR. ABDRABBOH:

05:50:53  12     Q.    How do you know in 2004 that Wassim was subject to that

-08:-44:-38  13  mandatory military service requirement?

05:51:06  14     A.    Because the military has informed us in 2000 of that

-08:-44:-38  15  fact.

05:51:17  16     Q.    How was he notified?

05:51:28  17     A.    The military sent somebody with the papers to -- they

-08:-44:-38  18  sent somebody to inform us that he was supposed to be serving in

-08:-44:-38  19  the military when he reaches 18.

05:51:41  20     Q.    To the best of her knowledge, what are the different

05:51:45  21  options that one may undertake when they receive such notice?

05:52:07  22     A.    As long as he's attending school, he can ask for a

05:52:11  23  deferment.

05:52:12  24     Q.    In 2004 when you went to Lebanon, did you submit a

05:52:17  25  deferral on behalf of Wassim Mazloum?

| | | |
|---|---|---|
| 05:52:23 | **1** | **A.**   In 2004, I did. |
| -08:-44:-38 | **2** | **Q.**   Approximately when? |
| 05:52:34 | **3** | **A.**   I think it was during the summer months. |
| 05:52:38 | **4** | **Q.**   Why did you choose that deferral option? |
| 05:52:42 | **5** | MR. HERDMAN:  Objection. |
| 05:52:44 | **6** | THE COURT:  Sustained. |
| 05:52:51 | **7** | MR. ABDRABBOH:  Judge, can we approach? |
| 05:52:52 | **8** | (Whereupon the following discussion was had at the |
| 05:54:59 | **9** | bench outside the hearing of the jury:) |
| 05:54:59 | **10** | THE COURT:  That's what's on her mind. |
| -08:-44:-38 | **11** | MR. ABDRABBOH:  She testified that she's the one |
| -08:-44:-38 | **12** | that deferred him.   So I'm just asking her why she did that. |
| -08:-44:-38 | **13** | THE COURT:  What's the answer? |
| -08:-44:-38 | **14** | MR. ABDRABBOH:  The answer is because he intended |
| -08:-44:-38 | **15** | -- she did it on his behalf.   He intended on coming back the |
| -08:-44:-38 | **16** | following year. |
| -08:-44:-38 | **17** | THE COURT:  How can she testify as to what he |
| -08:-44:-38 | **18** | intended. |
| -08:-44:-38 | **19** | MR. ABDRABBOH:  Not for the truth.   I guess she'd |
| -08:-44:-38 | **20** | have first-hand knowledge. |
| -08:-44:-38 | **21** | THE COURT:  Is that what he told her?   What's the |
| -08:-44:-38 | **22** | basis or the foundation?   It's pretty loose, but I don't want |
| -08:-44:-38 | **23** | to -- did they have a conversation?   I haven't heard anything |
| -08:-44:-38 | **24** | about a conversation or they discussed any plans or he was |
| -08:-44:-38 | **25** | authorized by her to take these steps, she did it on her own. |

-08:-44:-38 **1**          MR. ABDRABBOH:  I'll expand on that.

-08:-44:-38 **2**          THE COURT:  How did you come to be doing these

-08:-44:-38 **3** things for your son?   Was it her own initiative, was she

-08:-44:-38 **4** instructed by him?   I do think a statement by him -- actually,

-08:-44:-38 **5** a statement by him of an intent to return, let's get statement

-08:-44:-38 **6** rather than this kind of -- okay.

-08:-44:-38 **7**          (End of side-bar .)

05:55:08 **8**          THE COURT:  Ladies and gentlemen, I think we'll

-08:-44:-38 **9** take our mid-afternoon break, about 15 minutes.

05:55:18 **10**          (Recess taken.)

05:58:13 **11**          THE COURT:  If you want to lead a little bit,

-08:-44:-38 **12** that's fine.   Say:  Did you have a conversation with him about

-08:-44:-38 **13** military service?   When did that take place?   She likes to

-08:-44:-38 **14** talk.   Not necessarily in response.

-08:-44:-38 **15**          MR. ABDRABBOH:  It's very difficult.

-08:-44:-38 **16**          THE COURT:  I understand the entire situation.

-08:-44:-38 **17** That's why I'm saying, subject to their…

-08:-44:-38 **18**          MR. ABDRABBOH:  We can move it along very much more

-08:-44:-38 **19** quickly if you'll allow me to lead her.

-08:-44:-38 **20**          MR. HERDMAN:  I won't object once if I like the

-08:-44:-38 **21** answer.

-08:-44:-38 **22**          THE COURT:  Once the answer's out there…

-08:-44:-38 **23**          MR. SOFER:  The government objects to hearsay

-08:-44:-38 **24** nature of this.   I don't think it falls under 803(3).   It's

-08:-44:-38 **25** well beyond trying to lay a factual statement.  We think it

-08:-44:-38 **1** essentially allows the defendant to testify, while he wasn't

-08:-44:-38 **2** trying to seek jihad training, he was trying to go home and

-08:-44:-38 **3** defend his country and/or himself; without ever having to put

-08:-44:-38 **4** his statements to the test.

-08:-44:-38 **5**            THE COURT:  I understand, but I think my last

-08:-44:-38 **6** exercise of 803(3) -- I think this is pertinent state of mind

-08:-44:-38 **7** testimony.   I think it has to be framed and delimited more.

-08:-44:-38 **8** So I'm saying lead a bit.   Kind of do it that way.  If it's too

-08:-44:-38 **9** much, they'll object.   And if there are other grounds to

-08:-44:-38 **10** object, I suspect we'll hear from them.

-08:-44:-38 **11**            (End of side-bar discussion.)

06:16:24 **12**            THE COURT:  Will the interpreter remind Mrs.

06:16:28 **13** Elkhechen that she remains under oath.

06:16:34 **14**            THE WITNESS:  Yes.

06:16:34 **15** BY MR. ABDRABBOH:

06:16:37 **16**     Q.   Before we stopped for our break, we were talking about

06:16:43 **17** the year 2004 trip to Lebanon.   Do you remember that?

06:16:55 **18**     A.   Yes.

-08:-44:-38 **19**     Q.   Just a couple more questions.  I'd like to focus there

06:17:01 **20** for just a minute on 2004.  Prior to that trip did Wassim

-08:-44:-38 **21** express to you his intent regarding his military service in

-08:-44:-38 **22** Lebanon?

06:17:25 **23**     A.   Yes.

06:17:26 **24**     Q.   Was his intent to defer that military obligation for one

-08:-44:-38 **25** year?

| | | | |
|---|---|---|---|
| 06:17:38 | 1 | **A.** | Yes. |
| -08:-44:-38 | 2 | **Q.** | Did you do that on his behalf? |
| 06:17:43 | 3 | **A.** | Yes. |
| 06:17:45 | 4 | **Q.** | When did you come back from that trip in 2004? |
| 06:17:51 | 5 | **A.** | August 29. |
| 06:17:54 | 6 | **Q.** | Of 2004? |
| 06:17:55 | 7 | **A.** | 2004. |
| 06:17:58 | 8 | **Q.** | Were you successful in finding a bride for Wassim? |
| 06:18:09 | 9 | **A.** | Yes, I was successful in finding somebody.   And I spoke |
| -08:-44:-38 | 10 | | with her family to that regard. |
| 06:18:18 | 11 | **Q.** | Was the marriage consummated? |
| 06:18:24 | 12 | **A.** | No.   The point was that we would -- he would go back |
| -08:-44:-38 | 13 | | there and meet her and get to know her better.   And then if |
| 06:18:43 | 14 | | everything works all right, then in 2005 they would get married. |
| -08:-44:-38 | 15 | **Q.** | So the plan was for Wassim to go to Lebanon in 2005? |
| 06:18:56 | 16 | **A.** | Yeah.   That was our intent, the whole family, including |
| -08:-44:-38 | 17 | | Wassim. |
| 06:19:02 | 18 | **Q.** | So did you plan a family trip to go to Lebanon in 2005? |
| 06:19:13 | 19 | **A.** | Yeah, we were planning, but there were a few things that |
| -08:-44:-38 | 20 | | happened that made us change the plan. |
| -08:-44:-38 | 21 | **Q.** | And what was it that happened? |
| 06:19:28 | 22 | **A.** | First of all, in 2005 Wassim had just started or |
| -08:-44:-38 | 23 | | initiated the start of a business.  And he had just -- at that |
| -08:-44:-38 | 24 | | time he had only just about one semester to finish his school. |
| -08:-44:-38 | 25 | | And we thought it would be a better idea to just wait.   So we |

| | | |
|---|---|---|
| 06:20:07 | **1** | postponed the trip for him, you know, to finish his school first |
| 06:20:11 | **2** | and then so -- and then he can establish or start to establish |
| -08:-44:-38 | **3** | his business and that would be better for everyone. |
| 06:20:19 | **4** | **Q.**   Mrs. Elkhechen, have you heard of Darren Griffin? |
| 06:20:32 | **5** | **A.**   Yes, I have heard of him. |
| -08:-44:-38 | **6** | **Q.**   In what context? |
| 06:20:45 | **7** | **A.**   I was using Wassim's phone, and to call my other son, |
| -08:-44:-38 | **8** | whose name happened to be Bilal.   So I went to the menu on the |
| 06:20:59 | **9** | phone where the menu is.   And so there was two name, there was |
| -08:-44:-38 | **10** | Bilal and then there was Bilal, the American.   It kind of |
| 06:21:17 | **11** | caught my attention, the name, the name Bilal, the American, or |
| 06:21:23 | **12** | Bilal Enreke (phonetically), which means Bilal, the American. |
| 06:21:27 | **13** | So I asked Wassim about the name. |
| 06:21:31 | **14** | MR. HERDMAN:  Your Honor, I'm anticipating a |
| -08:-44:-38 | **15** | hearsay objection at this point. |
| 06:21:36 | **16** | THE COURT:  The question is whether she heard the |
| -08:-44:-38 | **17** | name.   I think she testified that he said it.   That's okay. |
| 06:21:44 | **18** | MR. ABDRABBOH:  Your Honor, may I have just one |
| -08:-44:-38 | **19** | moment? |
| -08:-44:-38 | **20** | THE COURT:  Sure. |
| 06:21:48 | **21** | (Discussion had off the record.) |
| 06:22:11 | **22** | MR. ABDRABBOH:  No further questions, Your Honor. |
| -08:-44:-38 | **23** | THE COURT:  Mr. Herdman? |
| 06:22:19 | **24** | - - - |
| 06:22:19 | **25** | SALWA ELKHECHEN, CROSS-EXAMINATION |

6125

-08:-44:-38  1  BY MR. HERDMAN:

-08:-44:-38  2      Q.    Ms. Elkhechen, my name is Justin Herdman.   I'm an

-08:-44:-38  3  Assistant United States Attorney.  I'm going to ask you a couple

06:22:34  4  questions now, okay?

06:22:36  5      A.    I'm here to answer.

06:22:40  6            MR. HERDMAN:  First, Your Honor, I'd ask to use the

06:22:43  7  projector here.

06:22:44  8            THE COURT:  You may.

06:23:10  9  BY MR. HERDMAN:

06:23:10  10     Q.    Ms. Elkhechen, do you recognize what's on the screen

-08:-44:-38  11  there?

06:23:17  12     A.    This is a map of Lebanon.

06:23:20  13     Q.    I think you can actually touch the screen.   Could you

-08:-44:-38  14  just indicate on this map where the village was that you were

06:23:27  15  born in?

-08:-44:-38  16     A.    She's indicating.  The name of her village is actually

06:24:14  17  not on the map, but it is actually located almost between the

-08:-44:-38  18  Western Beqaa and the Chouf, C-h-o-u-f.

06:24:25  19     Q.    If she touches the screen --

06:24:30  20     A.    You can see it.

06:24:31  21            THE INTERPRETER:  You can see it when she touches

-08:-44:-38  22  the screen.

06:25:14  23            She said it's really more towards the Western

06:25:19  24  Beqaa.

06:25:20  25  BY MR. HERDMAN:

06:25:20  **1**    **Q.**   Here, where the green mark is here?

-08:-44:-38  **2**    **A.**   Just about right.

-08:-44:-38  **3**    **Q.**   That's the area that you were born in and you grew up in

06:25:33  **4**   until you were 19?

06:25:35  **5**    **A.**   Yes.

06:25:36  **6**    **Q.**   And Beirut is here.   I'm circling Beirut.   You said

-08:-44:-38  **7**   that was the capital, right?

-08:-44:-38  **8**    **A.**   Yes.

06:25:43  **9**    **Q.**   And can you give me a general idea -- I guess we'll

06:25:48  **10**   touch the screen.   Where was your husband's village that you

06:25:51  **11**   moved to?

06:26:01  **12**        THE INTERPRETER:  Can you see it?   She just did

-08:-44:-38  **13**   point.

06:26:13  **14**   BY MR. HERDMAN:

06:26:13  **15**    **Q.**   If she can tell us just looking at the map where it

-08:-44:-38  **16**   would be.

-08:-44:-38  **17**    **A.**   Just a little to the north of Western Beqaa.

06:26:26  **18**    **Q.**   In the Zahle?

-08:-44:-38  **19**    **A.**   Towards the eastern, more like towards the east.

-08:-44:-38  **20**    **Q.**   I'm going to take a shot at this.  Maybe generally here?

-08:-44:-38  **21**   Would that be right?

06:26:45  **22**    **A.**   Almost.   Just about.

-08:-44:-38  **23**    **Q.**   So sort of the eastern part of the Western Beqaa area.

06:26:56  **24**        Ms. Elkhechen, when you moved to your husband's

-08:-44:-38  **25**   village, you said that was in 1980, correct?

06:27:10 **1**    **A.**    1980, yes.

-08:-44:-38 **2**    **Q.**    Was it in 1981 that the Israelis invaded Lebanon, or was

-08:-44:-38 **3**    that 1982?

06:27:21 **4**    **A.**    It was in 1982.

-08:-44:-38 **5**    **Q.**    And you said they came within one kilometer of your

06:27:28 **6**    husband's village, correct?

06:27:40 **7**    **A.**    About two kilometers.

06:27:43 **8**    **Q.**    Would I be correct in saying the Israelis actually --

-08:-44:-38 **9**    they actually occupied the village that you grew up in?

06:27:55 **10**    **A.**    No, they didn't occupy it.

-08:-44:-38 **11**    **Q.**    When you said they came within two kilometers of your

-08:-44:-38 **12**    village, then they must have stayed to the east of where you

06:28:08 **13**    grew up?

06:28:17 **14**            THE INTERPRETER:  Did you say her husband's

06:28:19 **15**    village?

-08:-44:-38 **16**    BY MR. HERDMAN:

-08:-44:-38 **17**    **Q.**    They must have gone to east of where she grew up in

-08:-44:-38 **18**    Western Beqaa?

06:28:30 **19**    **A.**    They were more towards the south of where I grew up and

06:28:33 **20**    where my village is.

-08:-44:-38 **21**    **Q.**    What about in 1982, did that change at all?  Did the

06:28:38 **22**    Israelis move further north?

06:28:48 **23**    **A.**    They made it all the way to Beqaa, Jipjana

06:29:00 **24**    (phonetically), that's Western Beqaa.

-08:-44:-38 **25**    **Q.**    In 1982 were the Israelis --

06:29:05 **1**            THE WITNESS:  1982, yes.

06:29:05 **2** BY MR. HERDMAN:

-08:-44:-38 **3**    **Q.**    They occupied the village you grew up in in 1982?

-08:-44:-38 **4**            THE WITNESS:  No.

-08:-44:-38 **5**    **A.**    No, they did not.

-08:-44:-38 **6** BY MR. HERDMAN:

-08:-44:-38 **7**    **Q.**    Now, at some point in time during that 1981-1982 period

-08:-44:-38 **8** you said that your family went to Beirut, correct?

06:29:26 **9**    **A.**    Yes.

-08:-44:-38 **10**    **Q.**    And so the Israeli Army was in the southern part of

-08:-44:-38 **11** Lebanon at that time?

06:29:35 **12**    **A.**    Yes.

06:29:37 **13**    **Q.**    And actually in Beirut, are you aware of the fact that

-08:-44:-38 **14** there were United States Marines that were sent into Beirut to

06:29:44 **15** stay in the embassy there and support the embassy there?

06:29:56 **16**    **A.**    Yes, 1983, yes.

06:29:59 **17**    **Q.**    Now, prior to 1983, you said that you were frightened

06:30:05 **18** often because the Israelis would attack or there was a fear the

06:30:09 **19** Israelis would attack?

06:30:29 **20**    **A.**    We were not really afraid.  We were really caught in

-08:-44:-38 **21** pretty much the crossfire because on one side the Israeli, on

-08:-44:-38 **22** the other side were the Syrians.  We were caught in the middle.

-08:-44:-38 **23**    **Q.**    Is it safe to say you wouldn't have been caught in a

06:30:43 **24** crossfire if the Israelis wouldn't -- is it safe to say you and

-08:-44:-38 **25** your family wouldn't have been caught in the crossfire if the

| | | |
|---|---|---|
| 06:30:52 | **1** | Israelis wouldn't have come into Lebanon? |
| 06:31:04 | **2** | A.    Yes.   That's reasonable.   Yes.   That's fair to say, |
| -08:-44:-38 | **3** | in other words. |
| -08:-44:-38 | **4** | Q.    Is it also safe to say that had the Israelis not come |
| -08:-44:-38 | **5** | into Lebanon, you would not have had to take your family and go |
| -08:-44:-38 | **6** | to Beirut? |
| 06:31:22 | **7** | A.    Yeah.  We left because the only area that there were |
| 06:31:33 | **8** | shelters is Beirut.   And that's the reason.   That's the main |
| 06:31:36 | **9** | reason we went to Beirut, for shelter. |
| -08:-44:-38 | **10** | Q.    The reason you needed shelter was because, again, you |
| -08:-44:-38 | **11** | were caught in the crossfire between Israelis and other |
| 06:31:45 | **12** | individuals in Lebanon? |
| 06:31:50 | **13** | A.    Yes, exactly. |
| -08:-44:-38 | **14** | Q.    It is fair to say you weren't just frightened at this |
| -08:-44:-38 | **15** | point in time, you were also angry at the Israelis, right? |
| 06:32:11 | **16** | A.    Yeah, we were basically consumed in fear because we were |
| -08:-44:-38 | **17** | actually caught between both of them.   They were both fighting. |
| 06:32:21 | **18** | Q.    In this period of time, the early 1980s, would you agree |
| -08:-44:-38 | **19** | with me that much of Lebanon associated the United States of |
| -08:-44:-38 | **20** | America with the Israelis? |
| 06:32:47 | **21** | A.    Yes. |
| -08:-44:-38 | **22** | Q.    And the perception, at least in Lebanon, was that the |
| -08:-44:-38 | **23** | United States supported the Israelis, militarily? |
| 06:32:55 | **24** | A.    Yes. |
| -08:-44:-38 | **25** | Q.    And those people who were angry at Israel for invading |

06:33:05  **1**  Lebanon were also angry at the United States?

06:33:24  **2**      A.   I am in no place to answer this question because all I

-08:-44:-38  **3**  know is I was in fear for myself and my family.   That's why I

-08:-44:-38  **4**  took my family and myself to Beirut.

06:33:35  **5**      Q.   Ms. Elkhechen, you're aware of the fact in 1983 there

-08:-44:-38  **6**  was a bombing at the U.S. Marine barracks in Beirut?

06:33:52  **7**      A.   Yes.

-08:-44:-38  **8**      Q.   There were several hundred Marines that were killed in

-08:-44:-38  **9**  that attack?

06:33:58  **10**      A.   Yes.

06:33:59  **11**      Q.   And that attack occurred after the Israelis invaded

06:34:03  **12**  Lebanon in 1981-1982?

06:34:11  **13**      A.   Yes, I know that.

-08:-44:-38  **14**      Q.   I'd like to fast forward a little bit to -- I guess it

-08:-44:-38  **15**  was 1996 I believe.   I believe your testimony was in 1996 you

-08:-44:-38  **16**  actually returned back to your home town, the village you grew

-08:-44:-38  **17**  up in?

06:34:36  **18**      A.   Yes, in the summer, yes, I did come back.

06:34:40  **19**      Q.   And while you were in your home town, that village you

06:34:43  **20**  grew up in, there was an attack by the Israelis on that village?

06:34:55  **21**      A.   There was shelling and air strike.

06:35:00  **22**      Q.   You said also during that time period there were

06:35:04  **23**  airplanes flying around?

06:35:06  **24**          THE INTERPRETER:  Yes, that's what --

06:35:08  **25**  BY MR. HERDMAN:

06:35:08 **1**  **Q.**   My question was your testimony was at the same time or,

06:35:12 **2** 1996 or thereabout, there were planes flying overhead that you

-08:-44:-38 **3** could see?

06:35:27 **4**  **A.**   What was happening, there was like really a very -- if

-08:-44:-38 **5** you would call it warfare, psychological warfare.   If they

-08:-44:-38 **6** don't bomb us or air strikes, they would fly and flip their

06:35:40 **7** airplane as a show of force to intimidate and frighten the

-08:-44:-38 **8** people.   They would fly at a very low altitude.

-08:-44:-38 **9**  **Q.**   So you could actually see the shape of the plane; you

-08:-44:-38 **10** could see what it looked like, right?

06:35:57 **11**  **A.**   Of course.   Yeah.

-08:-44:-38 **12**  **Q.**   Could you see that there was a little insignia on the

06:36:02 **13** tail of those planes, or on the wings of those planes?

06:36:09 **14**  **A.**   Yes, it was very low.   Yes, of course, you could see

-08:-44:-38 **15** it.

-08:-44:-38 **16**  **Q.**   You could tell that those were Israeli fighter planes or

06:36:18 **17** war planes?

06:36:19 **18**  **A.**   Yes.   F-16.

-08:-44:-38 **19**  **Q.**   You're aware an F-16 is a fighter plane that's

06:36:27 **20** manufactured by the United States?

06:36:32 **21**  **A.**   Yes.

-08:-44:-38 **22**  **Q.**   In fact, everyone in the village or the region knew that

-08:-44:-38 **23** these fighter planes that the Israelis were flying overhead had

-08:-44:-38 **24** come from the United States?

06:36:50 **25**  **A.**   Not just our village, but all the Lebanese know that

-08:-44:-38 **1** fact.

-08:-44:-38 **2**    **Q.**    Everybody knew that fact, that the United States was

06:36:59 **3** supplying the Israelis, at least the Israeli military with these

-08:-44:-38 **4** fighter planes or military equipment?

06:37:06 **5**            MR. HARTMAN:  Judge, I'm going to object to what

06:37:08 **6** everybody knew.

-08:-44:-38 **7**            THE COURT:  I would agree.

06:37:10 **8**            MR. HERDMAN:  I'll withdraw the question.

06:37:17 **9** BY MR. HERDMAN:

06:37:17 **10**    **Q.**    By 1996 Wassim Mazloum was 15 years old, correct?

06:37:24 **11**    **A.**    About 14, yeah, about 15.

-08:-44:-38 **12**    **Q.**    You said this was the summer of '96?

06:37:32 **13**    **A.**    Yeah.

-08:-44:-38 **14**    **Q.**    He was born May of 1981?

06:37:38 **15**    **A.**    It's about 14 years, almost 15.

06:37:43 **16**    **Q.**    Now, I think you testified that in -- I believe it was

-08:-44:-38 **17** 1991 you said that the town that you were living in, I guess

-08:-44:-38 **18** this was your husband's town that you lived in at that time?

06:38:09 **19**    **A.**    1991?

06:38:10 **20**    **Q.**    1991, yes.

06:38:19 **21**    **A.**    Okay, the way it was, like, only in the summer I would

-08:-44:-38 **22** go back to my village.   The rest of the year, because the kids

-08:-44:-38 **23** are in school, I'm in my husband's village.   And also like

06:38:37 **24** whenever there's like school is off or like weekend or

-08:-44:-38 **25** something, we would go back to my village and spend the time

-08:-44:-38  **1**  there.

06:38:44  **2**      Q.    So I guess your testimony on direct examination was that

06:38:47  **3**  in 1991 there was a party that's very popular in my village.

-08:-44:-38  **4**  My question is:  Which village was that, your husband's village

-08:-44:-38  **5**  or the village you grew up in?

06:39:10  **6**              THE INTERPRETER:  She needs more information about

06:39:15  **7**  the party you're talking about.

-08:-44:-38  **8**  BY MR. HERDMAN:

-08:-44:-38  **9**      Q.    It was her testimony.   Let me be a little more

06:39:21  **10**  specific.  In the village that you lived with your husband, your

-08:-44:-38  **11**  husband's village, I think your testimony was something along

-08:-44:-38  **12**  the lines of the town was split, you were living in fear at that

-08:-44:-38  **13**  point in time?

-08:-44:-38  **14**              THE INTERPRETER:  She said that was during the

06:39:51  **15**  summer, and that would have been her village, not her husband's

06:39:54  **16**  village.

-08:-44:-38  **17**  BY MR. HERDMAN:

-08:-44:-38  **18**      Q.    So when you were talking about the village that was

06:39:57  **19**  split and there being a party that supported the Palestinians in

-08:-44:-38  **20**  that village that was very popular with the villagers, that was

-08:-44:-38  **21**  your home town you were referring to?

06:40:17  **22**      A.    There were actually against the Palestinians.   You're

-08:-44:-38  **23**  still talking about 1991?

06:40:27  **24**      Q.    Correct.

-08:-44:-38  **25**              THE INTERPRETER:  That was in her village.   She

06:40:36  1  would ask if you would ask the question again, please.

-08:-44:-38  2  MR. HERDMAN:  I'm going to move on actually.  I'm a

-08:-44:-38  3  little confused.  Not a problem.

06:40:50  4  BY MR. HERDMAN:

06:40:50  5  Q.  Let's fast forward now to the year 2000.  In April 2000

-08:-44:-38  6  you came over to the United States with Wassim Mazloum, Bilal

06:41:04  7  Mazloum, Dima Mazloum, and Diana Mazloum?

06:41:20  8  A.  Yes.

-08:-44:-38  9  Q.  When you got over here did you start working at the

-08:-44:-38  10  Outback right away or was it later on?

06:41:31  11  A.  When we first arrived we stayed with my dad.  My dad

-08:-44:-38  12  was living here at the time.  Ten days after we got here Wassim

-08:-44:-38  13  started working for Outback Steakhouse.  On April 29 the same

06:41:54  14  year I started working for Outback Steakhouse.

06:41:58  15  Q.  You testified about an official from, I guess it was the

06:42:03  16  Lebanese Army, approached Wassim or the family in 2000 and

06:42:19  17  informed the family that Wassim's military service was coming

-08:-44:-38  18  due?

06:42:33  19  A.  Yeah.  They informed us once he reaches the age of 18

06:42:38  20  years old, he needs to start serving in the military.

-08:-44:-38  21  Q.  So when Wassim turned 18 you guys were living in

-08:-44:-38  22  Lebanon, right?

06:42:49  23  A.  Yes.

-08:-44:-38  24  Q.  That would have been May of '99?

06:42:54  25  A.  Yes.

06:42:55  **1**  **Q.**   And he didn't go into military service at that point in

06:43:00  **2**  time?

06:43:02  **3**   **A.**   He did not because he was in school.

-08:-44:-38  **4**   **Q.**   So he got a deferment at that point?

06:43:16  **5**   **A.**   They informed us that towards -- almost toward the end

06:43:20  **6**  of '99 and by 2000 he had already got a deferment.

-08:-44:-38  **7**   **Q.**   My question is this:   You were never approached in the

-08:-44:-38  **8**  United States by some Lebanese official telling you that your

-08:-44:-38  **9**  son had to report to Lebanon?

06:43:43  **10**   **A.**   Not an official Lebanese, not in America.

-08:-44:-38  **11**   **Q.**   You never got any letters or anything that were sent to

06:43:49  **12**  you from Lebanon?

06:44:00  **13**   **A.**   Well, the way it worked is I already had -- went to the

-08:-44:-38  **14**  military headquarters and she got what would be called like a --

06:44:11  **15**  it's just a book of sorts.  It's pretty much like United -- it

-08:-44:-38  **16**  has your age and when you were supposed to go in the Army.   And

06:44:22  **17**  that is something that you have to show at the airport if you're

06:44:26  **18**  traveling.   And they would record the information in it.   They

-08:-44:-38  **19**  give us permission to leave the country based on the reason that

-08:-44:-38  **20**  he was still attending school.   So he got a deferment because

-08:-44:-38  **21**  he was still in school.   And he was also granted a permission

06:44:51  **22**  to leave the country.

-08:-44:-38  **23**   **Q.**   But once you had that book -- by the way, do you have

06:44:56  **24**  the book?   Do you still have it?

06:45:01  **25**   **A.**   We left it in Lebanon because in 2002 his uncle had to

6136

-08:-44:-38   **1**    ask for another deferment for him.

-08:-44:-38   **2**    **Q.** So when you went back in 2004, the book was in Lebanon,

-08:-44:-38   **3**    and you took it back to the officials?

06:45:18   **4**    **A.** Yes. When I went to Lebanon in 2004 the book was still

-08:-44:-38   **5**    in Lebanon and I got a deferment granted for him at that time as

-08:-44:-38   **6**    well.

-08:-44:-38   **7**    **Q.** You didn't receive any other documentation or

06:45:30   **8**    certificate or anything when you went back in 2004?

06:45:35   **9**    THE INTERPRETER: What kind? She'll ask me.

-08:-44:-38   **10**    MR. HERDMAN: I don't know. Any kind of document.

-08:-44:-38   **11**    Any receipt from the Lebanese government.

06:45:53   **12**    **A.** As long as you have a deferment and you ask for it and

06:45:57   **13**    it's granted there is no need for any other -- that's all you

06:46:01   **14**    need. We are within the law, once you have a deferment then

06:46:05   **15**    you're all right.

06:46:06   **16**    BY MR. HERDMAN:

06:46:06   **17**    **Q.** But you never received any kind of notice while you were

-08:-44:-38   **18**    in the United States from Lebanon that Mr. Mazloum's deferment

-08:-44:-38   **19**    was going to expire or run out?

06:46:30   **20**    **A.** No, not in this country.

06:46:34   **21**    THE WITNESS: No.

-08:-44:-38   **22**    BY MR. HERDMAN:

-08:-44:-38   **23**    **Q.** You weren't worried the Lebanese government was going to

-08:-44:-38   **24**    come to Toledo to take Mr. Mazloum back to Lebanon, right?

06:46:47   **25**    **A.** Yeah. There is no fear. I once fearful because I was

06:46:55 **1** already within the law.   I already had the deferment.   Why

-08:-44:-38 **2** would I be worried about it?

06:47:00 **3**     Q.    I think you said there were two reasons why you did not

-08:-44:-38 **4** go with Mr. Mazloum back to Lebanon in the summer of 2005.   One

-08:-44:-38 **5** of them was that Mr. Mazloum had started a business; is that

-08:-44:-38 **6** correct?   The second was that he was still a student; is that

06:47:28 **7** right?

06:47:28 **8**     A.    Yes.   Because he was almost graduated.   Yes.

-08:-44:-38 **9**     Q.    But I think you also testified he was going to graduate

-08:-44:-38 **10** in the summer of 2006.   Isn't that right?

06:47:45 **11**     A.    No.   He was supposed to take summer school that year

-08:-44:-38 **12** then finish in 2005.

-08:-44:-38 **13**     Q.    But he didn't graduate from college in 2005, correct?

06:47:56 **14**     A.    No.

-08:-44:-38 **15**     Q.    And I thought your testimony was that he would have been

06:48:00 **16** graduated sometime in 2006 if he went to summer school?

06:48:23 **17**     A.    He only had only ten hours to finish and he was planning

06:48:28 **18** on taking summer school which would expedite his graduation.

-08:-44:-38 **19** It would have been the summer.   And also to, you know,

-08:-44:-38 **20** establish his business in which, you know, that was the other

06:48:39 **21** reason he wanted to accomplish that goal first.

-08:-44:-38 **22**     Q.    So Mr. Mazloum is a student in 2004, and he was eligible

-08:-44:-38 **23** for a deferment from military service in 2004, correct?

06:49:13 **24**     A.    We got him the deferment in 2004 which is valid until

06:49:19 **25** 2006.

6138

-08:-44:-38  **1**  **Q.**   He was still -- at the beginning of 2006 he was still a

06:49:23  **2**  student at that time, is that true?

06:49:26  **3**  **A.**   Yes, because he never went to take any summer classes.

06:49:34  **4**  For financial reasons he couldn't take classes in the summer.

-08:-44:-38  **5**  **Q.**   So your testimony was the reason you didn't go to

06:49:41  **6**  Lebanon in 2005 was because of Mr. Mazloum's business and his

06:49:44  **7**  school; is that correct?

06:49:46  **8**  THE WITNESS:  Yes.

06:49:54  **9**  **A.**   Yes.

06:49:56  **10**  BY MR. HERDMAN:

06:49:56  **11**  **Q.**   You testified earlier that you received your citizenship

06:50:02  **12**  in 2005?

06:50:06  **13**  **A.**   2006.

06:50:09  **14**  THE WITNESS:  2005.

06:50:16  **15**  BY MR. HERDMAN:

06:50:16  **16**  **Q.**   Do you remember when you applied for your citizenship?

-08:-44:-38  **17**  **A.**   January 10, 2005.

06:50:21  **18**  **Q.**   And around that same time did Wassim Mazloum apply for

06:50:26  **19**  citizenship?

06:50:31  **20**  **A.**   On the same day we all applied, all of us.

-08:-44:-38  **21**  **Q.**   And you received some sort of notice that you would be

06:50:40  **22**  adjudicated for citizenship, an interview of sorts in June or

-08:-44:-38  **23**  July of 2005; is that right?

06:50:54  **24**  **A.**   It was in September.

-08:-44:-38  **25**  **Q.**   When you were actually granted your citizenship it was

-08:-44:-38   **1**   September?

06:51:00   **2**   A.   Yes.

-08:-44:-38   **3**   Q.   Okay.  And prior to that you had an interview, correct?

06:51:08   **4**   A.   Yes.

-08:-44:-38   **5**   Q.   That was in the summer of 2005, June or July of 2005?

06:51:14   **6**   A.   July.

06:51:16   **7**   Q.   And Wassim Mazloum also had an interview in July of

-08:-44:-38   **8**   2005, isn't that true?

06:51:26   **9**   A.   Yes.

-08:-44:-38   **10**   Q.   He actually had to be in the United States to get

-08:-44:-38   **11**   interviewed for his citizenship application; isn't that right?

-08:-44:-38   **12**   A.   Yes.  We were just planning on going for about 40 days,

06:51:49   **13**   just enough time for Wassim to meet the would be, you know,

-08:-44:-38   **14**   bride and get to know her.  And which only planned to stay a

-08:-44:-38   **15**   very short time, then we would come back.  But once he started

-08:-44:-38   **16**   on his business, I mean, the financial situation changed.  We

06:52:13   **17**   didn't have enough money to -- and that's the financial, once we

-08:-44:-38   **18**   started the business he couldn't afford to go to summer school,

06:52:26   **19**   couldn't afford to pay tuition for the schools.

06:52:29   **20**   Q.   And you didn't go back to Lebanon in 2005?

-08:-44:-38   **21**   A.   No.

06:52:46   **22**   MR. HERDMAN:  If I could have just a moment, Your

06:52:49   **23**   Honor.

06:52:49   **24**   (Discussion had off the record.)

06:53:00   **25**   MR. HERDMAN:  I have nothing further, Your Honor.

| | | |
|---|---|---|
| 06:53:03 | **1** | MR. HELMICK:  Judge, may we have one moment? |
| 06:53:07 | **2** | THE COURT:  Sure. |
| 06:53:08 | **3** | (Discussion had off the record.) |
| 06:53:12 | **4** | MR. HERDMAN:  Your Honor, the exhibit that's on the |
| -08:-44:-38 | **5** | screen, I think I should mark that as Government's Exhibit 221. |
| 06:53:19 | **6** | We'll have it marked.   I'd offer that into evidence as well. |
| -08:-44:-38 | **7** | THE COURT:  Any objection to the exhibit that will |
| -08:-44:-38 | **8** | be marked? |
| 06:53:32 | **9** | MR. HELMICK:   No, Your Honor. |
| 06:53:33 | **10** | THE COURT:  It will be admitted. |
| 06:53:35 | **11** | MR. HERDMAN:  I'll mark it as 222. |
| 06:53:35 | **12** | - - - |
| 06:53:35 | **13** | SALWA ELKHECHEN, REDIRECT EXAMINATION |
| 06:55:17 | **14** | BY MR. ABDRABBOH: |
| 06:55:17 | **15** | Q.  Just a couple quick questions.   On the |
| 06:55:21 | **16** | cross-examination I believe it was a question was asked of you, |
| -08:-44:-38 | **17** | had it not been for the Israelis, you wouldn't have been caught |
| 06:55:29 | **18** | in the fire; is that correct?  Is that correct? |
| 06:55:53 | **19** | THE INTERPRETER:  You have to finish your question. |
| -08:-44:-38 | **20** | I'm sorry. |
| -08:-44:-38 | **21** | BY MR. ABDRABBOH: |
| -08:-44:-38 | **22** | Q.  On cross-examination you testified regarding the -- that |
| -08:-44:-38 | **23** | had the Israelis not invaded -- |
| 06:56:03 | **24** | The question was posed had the Israelis not |
| 06:56:05 | **25** | invaded, then you and your family would not have been caught in |

-08:-44:-38 1  the fire; is that correct?

06:56:19 2      A.   Yes.   Correct.   Yeah, I wasn't -- I didn't have to

-08:-44:-38 3  leave, yes.

-08:-44:-38 4      Q.   Were there other reasons, totally irrespective of

06:56:29 5  Israeli involvement in Lebanon -- can I finish my question

06:56:51 6  please -- that were political in nature that caused you concern?

06:57:00 7          THE WITNESS:  Yeah.

06:57:01 8  BY MR. ABDRABBOH:

06:57:01 9      Q.   What were they?

06:57:09 10         THE INTERPRETER:  Did you mean --

06:57:11 11         MR. ABDRABBOH:  Your Honor, may we approach for a

-08:-44:-38 12  moment, please?

06:57:15 13         (Whereupon the following discussion was had at the

06:59:58 14  bench outside the hearing of the jury:)

06:59:58 15         MR. ABDRABBOH:  Very quickly, I mean I'm just

-08:-44:-38 16  increasingly frustrated but most recently on my redirect.   This

-08:-44:-38 17  translation is just not even close.   And I'm in an

-08:-44:-38 18  uncomfortable position.

-08:-44:-38 19         THE COURT:  Why don't you have the translator come

-08:-44:-38 20  over here, please.

-08:-44:-38 21         MR. ABDRABBOH:  I get it.   He kind of cut me off

-08:-44:-38 22  to start part of my question, and I wasn't allowed to finish.

-08:-44:-38 23         THE COURT:  Amy, why don't have you the translator

-08:-44:-38 24  come over.

-08:-44:-38 25         MR. ABDRABBOH:  I have some issues with the

-08:-44:-38  1   translation.  I have some issues with the content of the way my

-08:-44:-38  2   questions are being translated.   And also, her response back to

-08:-44:-38  3   you.

-08:-44:-38  4                   THE INTERPRETER:  Okay.

-08:-44:-38  5                   MR. ABDRABBOH:  I have that issue as far as

-08:-44:-38  6   accuracy.

-08:-44:-38  7                   THE INTERPRETER:  What is the issue?

-08:-44:-38  8                   MR. ABDRABBOH:  I don't feel like it was translated

-08:-44:-38  9   correctly.

-08:-44:-38  10                  THE COURT:  What is the question?

-08:-44:-38  11                  MR. ABDRABBOH:  My question was outside of the

-08:-44:-38  12  Israeli incursions, was there concerns for her politically in

-08:-44:-38  13  Lebanon?   And I believe from my ear the way you translated that

-08:-44:-38  14  is:  What other problems were there in Lebanon?   That's how I

-08:-44:-38  15  took the translation to mean.   And the reason I think that's

-08:-44:-38  16  the way she took it is the way she answered it.

-08:-44:-38  17                  THE COURT:  Any other questions that you're asking?

-08:-44:-38  18                  MR. ABDRABBOH:  I think the other two are pretty

-08:-44:-38  19  straight forward.

-08:-44:-38  20                  THE COURT:  Why don't you ask that specific

-08:-44:-38  21  question translated literally.

-08:-44:-38  22                  MR. ABDRABBOH:  I only have two more after that.

-08:-44:-38  23                  (End of side-bar discussion.)

07:00:02  24                  THE COURT:  You may continue.

07:00:09  25  BY MR. ABDRABBOH:

07:00:09 **1**    **Q.**   Other than the Israeli invasions and incursions you

-08:-44:-38 **2** testified to on direct and cross, was there anything else

-08:-44:-38 **3** political going on in Lebanon that caused you concern at the

-08:-44:-38 **4** time you and your family lived there?

07:00:55 **5**          THE INTERPRETER:  I'm going to repeat it to her.

07:01:18 **6**    **A.**   The civil war, the way we were living, the welfare --

-08:-44:-38 **7** our welfare, psychological -- to how we felt psychological.

07:01:30 **8** BY MR. ABDRABBOH:

07:01:30 **9**    **Q.**   There were -- were there other conflicts inside of

07:01:34 **10** Lebanon during the time you lived there that had nothing to do

-08:-44:-38 **11** with Israel?

07:01:45 **12**    **A.**   There was the civil liberty -- civil war, also the

-08:-44:-38 **13** presence of the Syrian.

07:01:51 **14**    **Q.**   For purposes of clarity, in 1981, where were you living?

07:02:06 **15**          THE WITNESS:  '81?

-08:-44:-38 **16** BY MR. ABDRABBOH:

-08:-44:-38 **17**    **Q.**   '81, yes.

07:02:10 **18**    **A.**   I was living in the village of my husband.  That's the

07:02:15 **19** year Wassim was born.

07:02:16 **20**    **Q.**   Was that village occupied?

07:02:23 **21**    **A.**   The Syrians were in the village.

-08:-44:-38 **22**    **Q.**   Was the village that you originated from occupied in

07:02:31 **23** 1981?

07:02:36 **24**          THE WITNESS:  In '81?

07:02:38 **25** BY MR. ABDRABBOH:

6144

| | | |
|---|---|---|
| 07:02:38 | **1** | **Q.**   1981, yes. |
| 07:02:45 | **2** | THE WITNESS:  No. |
| 07:02:46 | **3** | **A.**   No. |
| -08:-44:-38 | **4** | BY MR. ABDRABBOH: |
| -08:-44:-38 | **5** | **Q.**   Is the Lebanese government allied or friendly with the |
| -08:-44:-38 | **6** | United States government? |
| 07:02:54 | **7** | MR. HERDMAN:  Your Honor, I'm going to object. |
| -08:-44:-38 | **8** | Ask for a timeframe. |
| 07:03:00 | **9** | THE COURT:  Could we get a timeframe for that, |
| -08:-44:-38 | **10** | please?   Rephrase the question with a timeframe. |
| 07:03:11 | **11** | BY MR. ABDRABBOH: |
| 07:03:11 | **12** | **Q.**   To the best of your knowledge, between 1981 and 2000 |
| -08:-44:-38 | **13** | when you came, was the general policy of the Lebanese government |
| -08:-44:-38 | **14** | to be an ally or friendly with the United States government? |
| -08:-44:-38 | **15** | MR. HERDMAN:  That I'm going to object to, Your |
| 07:03:26 | **16** | Honor.   I'm not sure the basis of her -- |
| 07:03:31 | **17** | THE COURT:  Why don't you again put it in terms of |
| -08:-44:-38 | **18** | her understanding and put a timeframe. |
| -08:-44:-38 | **19** | BY MR. ABDRABBOH: |
| -08:-44:-38 | **20** | **Q.**   To the best of your understanding, when you lived in |
| -08:-44:-38 | **21** | Lebanon, from the time periods 1981 to 2000, was the Lebanese |
| 07:03:56 | **22** | government allied or friendly with the United States government? |
| 07:04:12 | **23** | **A.**   Whether it was allied or not, that's a political |
| -08:-44:-38 | **24** | question.   But they were friends. |
| -08:-44:-38 | **25** | **Q.**   So the question was, were they, to the best of her |

-08:-44:-38 **1** knowledge, allied?

07:04:26 **2**     **A.**    Yeah, I would say because the American Navy was on the

-08:-44:-38 **3** shores of Lebanon.

07:04:34 **4**                MR. ABDRABBOH:  I have no further questions, Judge.

-08:-44:-38 **5**                THE COURT:  Mr. Herdman?

-08:-44:-38 **6**                MR. HERDMAN:  No, Your Honor, I don't have any

-08:-44:-38 **7** other questions.

07:04:46 **8**                THE COURT:  You can tell her she's free to step

07:04:49 **9** down.    She's free to go or welcome to stay.

-08:-44:-38 **10**                Counsel, come on up for just a brief moment.

07:05:12 **11**                (Whereupon the following discussion was had outside

07:09:13 **12** the hearing of the jury:)

07:09:13 **13**                THE COURT:  Are you resting now or do you have

-08:-44:-38 **14** further evidence?

-08:-44:-38 **15**                MR. HELMICK:  We have no further witnesses to call

-08:-44:-38 **16** at this time.  We have one exhibit which was the January 30,

-08:-44:-38 **17** 2006 conversation that was played between Mr. Griffin and Mr.

-08:-44:-38 **18** Mazloum.  We've already previously marked that.   So we'll move

-08:-44:-38 **19** for its admission right now.   It's Exhibit M1-1D-115.

-08:-44:-38 **20**                THE COURT:  If you want, subject to the

-08:-44:-38 **21** government's objection, to say simply to refresh the jury's

-08:-44:-38 **22** recollection, there is a conversation between X and Y in which

-08:-44:-38 **23** the general subject was A, B or whatever.   So they know what

-08:-44:-38 **24** you're talking about.

-08:-44:-38 **25**                MR. SOFER:  I have no objection to the date, place,

-08:-44:-38 **1** but the substance of it I would be --

-08:-44:-38 **2**                    THE COURT:  What would you say given the

-08:-44:-38 **3** opportunity?

-08:-44:-38 **4**                    MR. HELMICK:  Given the opportunity I would say it

-08:-44:-38 **5** was a conversation about Mr. Mazloum's car business between Mr.

-08:-44:-38 **6** Mazloum and Mr. Griffin on January 30, 1 --

-08:-44:-38 **7**                    MR. SOFER:  Absolutely no objection.

-08:-44:-38 **8**                    THE COURT:  Just so they can make a note.

-08:-44:-38 **9**                    MR. HELMICK:  We understand that we're resting now,

-08:-44:-38 **10** but we'd also -- we may ask to reopen our case on an issue or

-08:-44:-38 **11** two.   One is we may ask the Court to take some judicial notice

-08:-44:-38 **12** about Lebanese law in terms of the military requirement that

-08:-44:-38 **13** existed at that time.  We'd have to provide something to the

-08:-44:-38 **14** government and the Court to see if that's acceptable,  unless

-08:-44:-38 **15** the government is prepared to stipulate, which I doubt.   I do

-08:-44:-38 **16** not think it's in dispute, Your Honor.   It's well publicized.

-08:-44:-38 **17** It's on the United States State Department website.  We'll

-08:-44:-38 **18** attempt to provide the Court with further information.

-08:-44:-38 **19**                    THE COURT:  You'll rest subject to possible

-08:-44:-38 **20** submission of a further item or two.   We'll just let it go at

-08:-44:-38 **21** that.   Do you want me to give a charge with regard to Mr.

-08:-44:-38 **22** Mazloum's right to remain silent?

-08:-44:-38 **23**                    MR. HELMICK:  Not at this time.  We prefer it just

-08:-44:-38 **24** be in the general jury instructions.

-08:-44:-38 **25**                    MR. SOFER:  The second --

-08:-44:-38 **1**        MR. HELMICK:   There may be nothing but there were

-08:-44:-38 **2** two correction of translation matters we brought to government's

-08:-44:-38 **3** attention some time ago.   Mr. Getz is investigating that.   My

-08:-44:-38 **4** hope is that could be resolved.

-08:-44:-38 **5**        MR. SOFER:   If we hear it, and they're right, there

-08:-44:-38 **6** will be no problem.

-08:-44:-38 **7**        MR. HELMICK:   That's it.   Did I move for admission

-08:-44:-38 **8** -- I did move for admission.   I'll do that on the record with

-08:-44:-38 **9** that brief description.

-08:-44:-38 **10**        THE COURT:   Then the case will be with Mr. Amawi.

-08:-44:-38 **11** Are you ready to go?

-08:-44:-38 **12**        MS. CLEARY:   We are.

-08:-44:-38 **13**        MR. HARTMAN:   We were going to do our thing first.

-08:-44:-38 **14**        THE COURT:   Do your thing?

-08:-44:-38 **15**        MR. HARTMAN:   That's moving 13 or 14.

-08:-44:-38 **16**        THE COURT:   I gather you don't want a charge on the

-08:-44:-38 **17** right to remain silent.

-08:-44:-38 **18**        MR. HARTMAN:   I may want to talk that over with my

-08:-44:-38 **19** co-counsel.   Because we didn't put on any evidence at all.

-08:-44:-38 **20**        THE COURT:   I'd be glad to do that.   Why don't you

-08:-44:-38 **21** rest.   Why don't you say, Judge, we'd like you to charge on A,

-08:-44:-38 **22** B...

07:09:19 **23**        Any further witnesses or evidence from Mr. Mazloum?

07:09:23 **24**        MR. HELMICK:   No witnesses.   We are completed.   We

-08:-44:-38 **25** would move for admission at this time of one exhibit which is

07:09:29 **1** the recording that was played during Mr. Griffin's

07:09:32 **2** cross-examination.   It is labeled M for Mazloum, 1-1D-115.

07:09:42 **3** Judge, that awkward name includes the 1D number of the

07:09:47 **4** recording, which will hopefully be helpful to the jury.

-08:-44:-38 **5**                    THE COURT:  Why don't you repeat that.

07:09:52 **6**                    MR. HELMICK:   M1-1D-115.   Just briefly, I don't

-08:-44:-38 **7** think this is contested.   That is the audiotaped conversation

07:10:09 **8** between Mr. Griffin and Mr. Mazloum at his car business on

07:10:15 **9** January 30, 2006.

07:10:19 **10**                    THE COURT:  Okay.

07:10:21 **11**                    MR. HELMICK:   So we move that into evidence at

-08:-44:-38 **12** this time.

-08:-44:-38 **13**                    THE COURT:  That will be admitted.   Do you have

07:10:27 **14** any further -- other witnesses or exhibits?

07:10:31 **15**                    MR. HELMICK:   No, Your Honor, at this time Mr.

-08:-44:-38 **16** Mazloum rests.

-08:-44:-38 **17**                    THE COURT:  Although I understand subject to

07:10:39 **18** proffer, one or two other items?

-08:-44:-38 **19**                    MR. HELMICK:   That's right, Your Honor.

-08:-44:-38 **20**                    THE COURT:  Ladies and gentlemen, Mr. Mazloum and

-08:-44:-38 **21** his counsel completed the presentation of their case.   Counsel

07:10:48 **22** informed me at sidebar there may be a couple other items that

07:10:52 **23** they may wish to offer.   If so, and if they are admitted, I

-08:-44:-38 **24** will notify you at that time.   So subject to that possibility,

-08:-44:-38 **25** the defense for Mr. Mazloum rests.

6149

**1** | 07:11:05           Mr. Hartman, on behalf of Mr. El-Hindi?

**2** | 07:11:08           MR. HARTMAN:  Your Honor, the first thing we would

**3** | -08:-44:-38 like to do is formally move for admission of the exhibits we

**4** | 07:11:14 used during cross-examination.   I have about 12 to 14

**5** | 07:11:19 recordings that I would like to identify for the jury that we're

**6** | -08:-44:-38 moving.

**7** | -08:-44:-38           THE COURT:  If you'll do so fairly slowly, please,

**8** | -08:-44:-38 so we can make appropriate notes.

**9** | 07:11:34           MR. HARTMAN:  Judge, the first one is EH -- the

**10** | -08:-44:-38 report states that Exhibit EH1 is a series of audio and video

**11** | 07:11:43 recordings used in cross-examination.   So they are

**12** | -08:-44:-38 subcategorized.

**13** | 07:11:48           Exhibit EH1-020 is from January 28 of 2004, and in

**14** | -08:-44:-38 trial we identified it as clip 3 from that date.   It is the

**15** | -08:-44:-38 government's 1D-62.

**16** | -08:-44:-38           I'm just going to go through these one at a time.

**17** | -08:-44:-38 If I'm going too fast for anybody, just let me know.

**18** | 07:12:18           Exhibit EH1-36 is from June 23 of 2004.   It was

**19** | -08:-44:-38 identified as clip 1 from that date.   And it's Government's

**20** | 07:12:33 Exhibit 1D-73.

**21** | 07:12:41           Exhibit 1D-38 -- Exhibit EH1-38 is from 6/29 of

**22** | 07:12:51 '04.   It was identified as clip 1 from that date.   And it's

**23** | -08:-44:-38 Government's Exhibit I.D. Number 76.

**24** | 07:13:06           Exhibit EH1-39 is government's item --

**25** | 07:13:14 Government's Exhibit I.D. Number 77.   It doesn't have a clip

6150

07:13:18 **1** number.   It is the video -- the entire video of the ICNA

-08:-44:-38 **2** conference from July 3 and 4.   Again that's EH1-39.

07:13:32 **3** EH1-41 is from July 15, 2004.

-08:-44:-38 **4** THE COURT:  I'm sorry.   Back up.   Start over

07:13:42 **5** again.

07:13:43 **6** MR. HARTMAN:  This one.   EH1-41 from July 15,

07:13:51 **7** 2004.   It was identified as clip 2 during the cross-examination

07:14:00 **8** and comes from the government's 1D-81.

07:14:11 **9** Exhibit EH1-42 is from the same date, the same

-08:-44:-38 **10** 1D-number, 1D-81, but was identified as clip 3 during trial.

07:14:30 **11** THE COURT:  Also 1D-81, did you say?

-08:-44:-38 **12** MR. HARTMAN:  Yes.   That was also 1D-81.

07:14:41 **13** Exhibit EH1-49 is from July 27 of 2004.   It was

-08:-44:-38 **14** clip 1 from the government's 1D-86.

07:15:01 **15** The next four are all from October 8 of 2004.

-08:-44:-38 **16** They're all from Government's Exhibit 1D-90.   They are in

-08:-44:-38 **17** order:  EH1-56, EH1-57, EH1-59, and EH1-80.   During trial we

07:15:33 **18** identified those as clip numbers 1, 2, 4, and 15.

-08:-44:-38 **19** THE JUROR:  That's with the 1D-90.

07:15:53 **20** MR. HARTMAN:  Yes, those were all 1D-90.

07:15:57 **21** THE COURT:   Clip 1.

07:15:59 **22** MR. HARTMAN:  2.

07:16:01 **23** THE COURT:  Wait a minute.  That's the one.

07:16:15 **24** MR. HARTMAN:  The last two were clip 4 and 15.

07:16:43 **25** I'm sorry, I did make a mistake.   The last from

-08:-44:-38 **1** October 8 is EH1-60, not 80.   I apologize for that.

07:16:59 **2**                    THE COURT:  Did you say 60 rather than 80?

07:17:03 **3**                    MR. HARTMAN:  Yes.

-08:-44:-38 **4**                    THE COURT:  So the last Exhibit you just offered is

-08:-44:-38 **5** EH1-60, October 8, clip 15.   And also from the equivalent of

07:17:16 **6** government 1D-90.

07:17:18 **7**                    MR. HARTMAN:  That's correct.   The next one is

-08:-44:-38 **8** EH1-167.   It is from March 9, 2005 from government 1D-30.

07:17:32 **9**                    THE COURT:  Does have it a clip number?

-08:-44:-38 **10**                   MR. HARTMAN:  It does not have a clip number.   It

-08:-44:-38 **11** was a phone call.   One second, please.

-08:-44:-38 **12**                   (Discussion had off the record.)

07:18:19 **13**                   MR. HARTMAN:  Exhibit 1-167 from government's 1D-30

-08:-44:-38 **14** is from March 9, 2005.   It was a phone call between Mr. Griffin

07:18:37 **15** and one of the FBI agent handlers.

07:18:45 **16**                   Exhibit EH2 is a document, was the contract -- the

-08:-44:-38 **17** agreement, sorry, dated 9/18 of 2002 between Mr. Griffin and the

-08:-44:-38 **18** government.   Exhibit EH3 was the second written agreement

07:19:13 **19** between Mr. Griffin and the government; that was dated 22,

-08:-44:-38 **20** August, 2005.

07:19:23 **21**                   Exhibit EH4 is the last of the discs.   It is 1D-29

07:19:31 **22** from February 16 of 2005.

07:19:39 **23**                   THE JUROR:  EH2.  Don't have a 1D-EH4; it's 1D-29.

-08:-44:-38 **24**                   THE COURT:  I think the question is EH Number 2, is

07:19:51 **25** the document, the agreement between Mr. Griffin and the

07:19:54 **1** government dated September 18, 2005.   Number 3 likewise does

-08:-44:-38 **2** not have a 1D number because it's not a recording.   It's also a

-08:-44:-38 **3** document.   It's the second agreement dated August 22, 2005,

07:20:09 **4** between the government and Mr. Griffin.

07:20:11 **5**           MR. HARTMAN:  That's correct.

-08:-44:-38 **6**           THE COURT:  So that's why they don't have a

07:20:14 **7** 1D-number.

07:20:15 **8**           MR. HARTMAN:  That's correct.

-08:-44:-38 **9**           EH4 was 1D-29.   It's the video of February 16,

07:20:26 **10** 2005, from Mr. El-Hindi's house.

07:20:34 **11**           MR. HARTMAN:  Other than that we also marked

07:20:37 **12** defendant's EH5, and EH6 for identification only, but we're not

07:20:43 **13** offering those as exhibits.

-08:-44:-38 **14**           THE COURT:  Okay.  So that completes your list of

-08:-44:-38 **15** exhibits being offered?

07:20:55 **16**           MR. HARTMAN:  It does.  If I might take one quick

-08:-44:-38 **17** moment.

07:21:07 **18**           THE COURT:  Of course.

07:21:21 **19**           (Discussion had off the record.)

-08:-44:-38 **20**           MR. HARTMAN:  Your Honor, it is Marwan's decision

07:21:25 **21** to not present any evidence but to rest on his presumption of

07:21:30 **22** innocence.  We would ask that the Court charge the jury

07:21:33 **23** accordingly.

07:21:34 **24**           THE COURT:  You are presenting those exhibits

-08:-44:-38 **25** though?

-08:-44:-38  1          MR. HARTMAN:  The exhibits, yes.

07:21:38  2          THE COURT:  But other than that you are not calling

07:21:40  3  any witnesses and he has elected not to testify; is that

-08:-44:-38  4  correct.

07:21:44  5          MR. HARTMAN:  That's correct.  All of our exhibits

-08:-44:-38  6  came from the government's case in chief, our

07:21:50  7  cross-examinations.

07:21:51  8          THE COURT:  Okay.  Ladies and gentlemen, Mr.

07:21:54  9  El-Hindi has elected to put the government to its proof.

07:21:59  10  You'll recall during the voir dire with each of you I believe I

07:22:06  11  undertook and made clear that no one charged with a crime by the

-08:-44:-38  12  federal government has any obligation whatsoever of any kind to

07:22:15  13  present evidence, and that includes every single one of us has

-08:-44:-38  14  the right to exercise the right to remain silent.   Both of

-08:-44:-38  15  those are among the most fundamental rights that all of us enjoy

07:22:29  16  under the Constitution.   And our right to exercise them and

07:22:36  17  indeed the exercise of those rights very fundamentally upholds

-08:-44:-38  18  and maintains the integrity of the Constitution and the rights

-08:-44:-38  19  we all enjoy under that most fundamental and most important of

-08:-44:-38  20  all documents.

-08:-44:-38  21          I instruct you to draw absolutely no inferences of

-08:-44:-38  22  any kind whatsoever from Mr. El-Hindi's exercise of our common

07:23:02  23  constitutional rights and do not speculate as to why he might

-08:-44:-38  24  have elected to exercise those fundamental rights.   The fact

-08:-44:-38  25  that he has done so is not evidence and cannot be considered by

07:23:15    1    you in any way whatsoever because, as I remind you -- and I

-08:-44:-38    2    spoke with each of you at some length during voir dire -- your

07:23:24    3    oath as jurors and your obligation as jurors requires you to

-08:-44:-38    4    decide the case only on the evidence, that is the testimony of

-08:-44:-38    5    the witnesses that you hear here in court and the exhibits that

07:23:37    6    you'll take with you back to the jury room.

-08:-44:-38    7             The case is now with Mr. Amawi.

07:23:45    8             MS. CLEARY:  Your Honor, may we approach, please?

-08:-44:-38    9             THE COURT:  Sure.

-08:-44:-38    10             (Whereupon the following discussion was had at the

07:27:14    11    bench outside the hearing of the jury:)

07:27:14    12             MS. CLEARY:  We were going to play the clip from

-08:-44:-38    13    January 27, 2005.  We were going to play it from the 20:10 mark

-08:-44:-38    14    to the rest -- to the end of those two segments.

-08:-44:-38    15             MR. WITMER-RICH:  In other words, we're going to

-08:-44:-38    16    play it from the beginning -- the clip we had identified.

-08:-44:-38    17    There's a government clip right before it and right after it.

-08:-44:-38    18    We're going to agree -- the government requested and we're going

-08:-44:-38    19    to agree to begin our clip at the beginning of the government's

-08:-44:-38    20    first clip, play it through, then play to the end of the

-08:-44:-38    21    government's second clip that encompasses that selection.

-08:-44:-38    22             MR. SOFER:  You're using our transcript for two

-08:-44:-38    23    clips, and what's in the middle; did you change anything that

-08:-44:-38    24    was in the middle?

-08:-44:-38    25             MS. CLEARY:  We're using what was given to us.

-08:-44:-38 **1**         MR. SOFER:  We ask for the video.

-08:-44:-38 **2**         This is captured on both audio and video.   And

-08:-44:-38 **3** under the rule of completeness, to play the video I think is the

-08:-44:-38 **4** way it should be done.

-08:-44:-38 **5**         MR. BRYAN:  Did you guys play the video in direct?

-08:-44:-38 **6**         MR. MILLER:  We have it clipped on the video.

-08:-44:-38 **7**         MS. CLEARY:  If you have the whole thing clipped,

-08:-44:-38 **8** that's fine.

-08:-44:-38 **9**         MR. MILLER:  Because initially over the weekend you

-08:-44:-38 **10** started from A after our clip then went through our second clip

-08:-44:-38 **11** then after that.   So we assumed that you would want to play

-08:-44:-38 **12** from the beginning, for the rule of completeness play

-08:-44:-38 **13** everything.   So we have our clip, then the stuff that you

-08:-44:-38 **14** initially designated through our next clip, then that extra part

-08:-44:-38 **15** that you designated.  We have all of that clipped on video.

-08:-44:-38 **16**         MR. WITMER-RICH:  On video.

-08:-44:-38 **17**         MS. CLEARY:  That's fine.

-08:-44:-38 **18**         THE COURT:  How long will that take?

-08:-44:-38 **19**         MR. MILLER:  It's only four or five minutes.

-08:-44:-38 **20**         THE COURT:  Okay. With all those clips I thought

-08:-44:-38 **21** we'd be here for hours.

-08:-44:-38 **22**         MR. SOFER:  Who is the next witness?

-08:-44:-38 **23**         MS. CLEARY:  Mannoun Shakkour.

-08:-44:-38 **24**         THE COURT:  Can we get her done today?

-08:-44:-38 **25**         MS. CLEARY:  Absolutely.

-08:-44:-38 **1**    THE COURT:  Then how much longer do you think your

-08:-44:-38 **2** case will take in terms of two more days?

-08:-44:-38 **3**    MS. CLEARY:  I know at least we have the two

-08:-44:-38 **4** witnesses from Jordan that we can finish in the morning after we

-08:-44:-38 **5** finish with Mr. Amawi.   Beyond that…

-08:-44:-38 **6**    MR. WITMER-RICH:  I would expect that we could

-08:-44:-38 **7** finish tomorrow.   But there's a chance…

-08:-44:-38 **8**    THE COURT:  So anyway, because I can't have court

-08:-44:-38 **9** on Friday.   I checked my flight schedule.   I have to leave

-08:-44:-38 **10** here at 10:00.

-08:-44:-38 **11**    MR. SOFER: We have no court this Friday?

-08:-44:-38 **12**    THE COURT:  Right.   Do you presently expect a

-08:-44:-38 **13** rebuttal?

-08:-44:-38 **14**    MR. SOFER: I don't at the moment expect much in the

-08:-44:-38 **15** way of rebuttal.   That could change radically in the next

-08:-44:-38 **16** couple minutes.

07:27:16 **17**    THE COURT:  Ladies and gentlemen, it's my

07:27:19 **18** understanding that Mr. Amawi at this time will offer a series of

07:27:29 **19** video clips, and they are numbered, if you have them.

-08:-44:-38 **20**    MS. CLEARY:  Exhibit 36.

07:27:40 **21**    THE COURT:  This will be 36.

07:27:42 **22**    MS. CLEARY:  A-36.

07:27:46 **23**    THE COURT:  And just to set the frame, what is the

-08:-44:-38 **24** date of this?

07:27:52 **25**    MR. WITMER-RICH:  We're going to call a witness,

-08:-44:-38  **1**  Your Honor.

-08:-44:-38  **2**  THE COURT:  I'm sorry.  I misunderstood.

07:27:56  **3**  MS. CLEARY:  We would call Mannoun Shakkour, Your

07:29:00  **4**  Honor.

07:29:00  **5**  (The witness was sworn by the clerk.)

07:29:05  **6**  THE COURT:  Good afternoon.  You have to sit about

-08:-44:-38  **7**  this distance from the microphone.  So pull the chair up.  If

07:29:16  **8**  you're too far back, we can't hear.  If you're too close it's

-08:-44:-38  **9**  kind of fuzzy.

07:29:23  **10**  THE WITNESS:  Should I come closer?

07:29:25  **11**  THE COURT:  Maybe a little closer.  Then move the

-08:-44:-38  **12**  microphone.

07:29:31  **13**  Will you tell the ladies and gentlemen of the jury

-08:-44:-38  **14**  your name, please?

07:29:34  **15**  THE WITNESS:  Mannoun Shakkour.

-08:-44:-38  **16**  THE COURT:  How do spell your name?

-08:-44:-38  **17**  THE WITNESS:  M-A-N-N-O-U-N.

07:29:40  **18**  THE COURT:  M-A-N-N-O-U-N.  And your last name?

-08:-44:-38  **19**  THE WITNESS:  S-H-A-K-K-O-U-R.

07:29:51  **20**  THE COURT:  What is your city or community of

-08:-44:-38  **21**  residence?

07:29:54  **22**  THE WITNESS:  Cleveland.

-08:-44:-38  **23**  THE COURT:  Where were you born?

-08:-44:-38  **24**  THE WITNESS:  Lebanon.

07:29:58  **25**  THE COURT:  And how long have you lived in this

07:30:00 **1**    country?

-08:-44:-38 **2**           THE WITNESS:  Since '89.

07:30:04 **3**           THE COURT:  Are you a citizen?

-08:-44:-38 **4**           THE WITNESS:  I am a citizen.

-08:-44:-38 **5**           THE COURT:  When did you become a U.S. citizen?

-08:-44:-38 **6**           THE WITNESS:  I would say, Your Honor, maybe '91 or

07:30:11 **7**    '92.

-08:-44:-38 **8**           THE COURT:  Shortly after you came.   Very good.

-08:-44:-38 **9**    Are you presently employed or have an occupation?

-08:-44:-38 **10**           THE WITNESS:  I am a language bank coordinator.

07:30:26 **11**           THE COURT:  Language?

07:30:28 **12**           THE WITNESS:  Bank.

-08:-44:-38 **13**           THE COURT:  B-A-N-K.

-08:-44:-38 **14**           THE WITNESS:  Coordinator.

07:30:31 **15**           THE COURT:  What is a "language bank coordinator"?

-08:-44:-38 **16**           THE WITNESS:  We provide interpretation translation

-08:-44:-38 **17**    services for Cuyahoga County, Lake County, Cleveland Municipal

-08:-44:-38 **18**    Court.   U.S. District Court.   Immigration, Social Services,

07:30:49 **19**    hospitals, and individual requests.

07:30:52 **20**           THE COURT:  And she called as an interpreter or

-08:-44:-38 **21**    some other purpose?

-08:-44:-38 **22**           MS. CLEARY:  She would, Your Honor.   I would

07:31:00 **23**    proffer her as such.

-08:-44:-38 **24**           THE COURT:  And what languages are you fluent in?

07:31:05 **25**           THE WITNESS:  Arabic is my native.

6159

| | | |
|---|---|---|
| -08:-44:-38 | **1** | THE COURT:  And English as well? |
| 07:31:09 | **2** | THE WITNESS:  Yes. |
| 07:31:10 | **3** | THE COURT:  Very good. |
| 07:31:10 | **4** | - - - |
| 07:31:10 | **5** | MANNOUN SHAKKOUR, DIRECT EXAMINATION |
| -08:-44:-38 | **6** | BY MS. CLEARY: |
| -08:-44:-38 | **7** | **Q.**   Ms. Shakkour, I noticed that you do provide translation |
| -08:-44:-38 | **8** | and interpretation services. |
| -08:-44:-38 | **9** | **A.**   Yes, ma'am. |
| -08:-44:-38 | **10** | **Q.**   Can you explain to jury the difference between those two |
| 07:31:21 | **11** | services? |
| -08:-44:-38 | **12** | **A.**   Interpretation is on-site interpretation, meaning you |
| 07:31:28 | **13** | receive a request, you show up at the site.   And you will |
| 07:31:32 | **14** | provide as an interpreter, the English native language |
| 07:31:38 | **15** | interpretation between the provider and the Arabic speaker, and |
| 07:31:42 | **16** | I'm talking specifically for Arabic, and any other language. |
| 07:31:48 | **17** | For translation you have a written document and you |
| -08:-44:-38 | **18** | translate it into the target language.   It can be from English |
| 07:31:59 | **19** | to French from French to Arabic.   It depends on the need of the |
| -08:-44:-38 | **20** | client. |
| -08:-44:-38 | **21** | **Q.**   And do you speak languages other than English and Arabic |
| 07:32:07 | **22** | fluently? |
| -08:-44:-38 | **23** | **A.**   I would say that I read and write French fluently.   I |
| -08:-44:-38 | **24** | also -- I don't interpret in French.   I do only written. |
| 07:32:20 | **25** | **Q.**   Do you provide Arabic interpretation and translation |

-08:-44:-38 **1** services for various courts in Ohio?

-08:-44:-38 **2**     A.    Yes, I do.

07:32:28 **3**          THE COURT:  Ms. Cleary, can you get a little closer

-08:-44:-38 **4** to the mike?

-08:-44:-38 **5**          MS. CLEARY:  Certainly, Your Honor.

07:32:37 **6**          THE COURT:  Maybe a little closer or speak up.

-08:-44:-38 **7** BY MS. CLEARY:

-08:-44:-38 **8**     Q.    Ms. Shakkour, I'm going to put on the document camera

07:32:58 **9** what I've marked as A-34.  Do you recognize this document?

-08:-44:-38 **10**     A.    It's my resumé.

07:33:04 **11**     Q.    And when you note on your resumé the different court

07:33:08 **12** experiences, how many times would you say that you translated or

07:33:12 **13** interpreted in court?

07:33:13 **14**     A.    I would say at the level of Cleveland Municipal Court,

-08:-44:-38 **15** in the nature of 300 assignments.

07:33:22 **16**     Q.    Did you have to receive any sort of training in order to

07:33:25 **17** be able to translate or interpret for court?

-08:-44:-38 **18**     A.    I did receive training.   Training was offered in Akron,

-08:-44:-38 **19** then the Supreme Court stepped in and made it as a requirement

-08:-44:-38 **20** for legal interpreters to attend training.   So I did attend

07:33:47 **21** training, yes.

-08:-44:-38 **22**     Q.    It is an ongoing training that you continue to keep up

-08:-44:-38 **23** with?

07:33:52 **24**     A.    I should.

-08:-44:-38 **25**     Q.    And do you?

-08:-44:-38  **1**  **A.**  I do.

07:33:58  **2**  **Q.**  Ms. Shakkour, can you explain exactly what it means to

-08:-44:-38  **3**  be an Arabic language skilled interpreter?

07:34:05  **4**  **A.**  By guidelines the U.S. District Court, Arabic language

07:34:12  **5**  skilled interpreters is an interpreter who's an English speaker

-08:-44:-38  **6**  of the Arabic language, has a command of that language and the

-08:-44:-38  **7**  same thing applies to the target language, in this case the

07:34:24  **8**  English language.

07:34:26  **9**  MS. CLEARY:  Thank you.

-08:-44:-38  **10**  Your Honor, we would offer Ms. Shakkour as an

-08:-44:-38  **11**  individual capable of giving an opinion on the translation and

07:34:33  **12**  interpretation of the Arabic/English languages.

07:34:35  **13**  THE COURT:  Okay.  She may testify.

-08:-44:-38  **14**  BY MS. CLEARY:

-08:-44:-38  **15**  **Q.**  Ms. Shakkour, were you given an opportunity to listen to

-08:-44:-38  **16**  an audio recording of a conversation occurring on January 27,

-08:-44:-38  **17**  2005, involving Mr. Amawi?

07:34:50  **18**  **A.**  Yes.

07:34:54  **19**  **Q.**  I'd like to review that audio recording with you.

07:35:05  **20**  MR. MILLER:  Your Honor, could we approach for a

07:35:07  **21**  second?

-08:-44:-38  **22**  THE COURT:  Sure.

07:35:08  **23**  (Whereupon the following discussion was had at the

07:40:24  **24**  bench outside the hearing of the jury:)

07:40:24  **25**  MR. SOFER:  We're just trying to figure out what

-08:-44:-38 **1** the modus operandi is here.   Are you -- she going to differ

-08:-44:-38 **2** with the government's translation?

-08:-44:-38 **3**            MS. CLEARY:  Absolutely not.

-08:-44:-38 **4**            MR. SOFER:  She's going to say it's an accurate

-08:-44:-38 **5** translation?

-08:-44:-38 **6**            MS. CLEARY:  She's going to say the transcript is

-08:-44:-38 **7** an accurate translation but Mr. Amawi mistranslated when he was

-08:-44:-38 **8** repeating what he said.

-08:-44:-38 **9**            MR. SOFER:  She's going to listen to what's in the

-08:-44:-38 **10** background?

-08:-44:-38 **11**            MS. CLEARY:  Correct, and what's translated by the

-08:-44:-38 **12** government in the transcript.

-08:-44:-38 **13**            MR. SOFER:  I'm not sure I understand.

-08:-44:-38 **14**            THE COURT:  If I do -- there was Arabic being

-08:-44:-38 **15** spoken in the background?

-08:-44:-38 **16**            MS. CLEARY:  Correct.

-08:-44:-38 **17**            THE COURT:  Which is captured by Griffin?

-08:-44:-38 **18**            MS. CLEARY:  Correct.

-08:-44:-38 **19**            THE COURT:  During the course of the Arabic

-08:-44:-38 **20** transmission, Mr. Amawi was saying to Mr. Griffin that he's

-08:-44:-38 **21** saying A, B and C?

-08:-44:-38 **22**            MS. CLEARY:  Correct.

-08:-44:-38 **23**            THE COURT:  And is all of that, his statements

-08:-44:-38 **24** attributed to Mr. Amawi, by Mr. Amawi, you're not challenging

-08:-44:-38 **25** the transcription of those statements?

-08:-44:-38 **1**      MS. CLEARY:  No.

-08:-44:-38 **2**      THE COURT:  But what you are saying, what you want

-08:-44:-38 **3** her to testify to is you're going to ask her were you able to

-08:-44:-38 **4** hear the background statements in Arabic?  Yes, I was.  And

-08:-44:-38 **5** are you able to interpret those statements from English -- from

-08:-44:-38 **6** Arabic into English?  Yes.  Will you please do so, correct?

-08:-44:-38 **7**      MS. CLEARY:  Close.  She's not even required to

-08:-44:-38 **8** listen to the background and interpret for the first time

-08:-44:-38 **9** because the government has already interpreted in their

-08:-44:-38 **10** transcript the audio that's being heard in the background.

-08:-44:-38 **11**      MR. SOFER:  That was my question.  Since we have

-08:-44:-38 **12** the Arabic translated into English, then we have Mr. Amawi

-08:-44:-38 **13** saying whatever he says, why does that then require a witness to

-08:-44:-38 **14** say it's different?

-08:-44:-38 **15**      MS. CLEARY:  There's three times when Mr. Amawi in

-08:-44:-38 **16** the segment that we're playing gives his -- gives a translation

-08:-44:-38 **17** to Mr. Griffin regarding the Arabic.  The first two times the

-08:-44:-38 **18** translation is accurate.  The third time the translation is not

-08:-44:-38 **19** accurate.  It's talking about something completely different.

-08:-44:-38 **20**      MR. SOFER:  Stop me if I'm wrong.  That's all

-08:-44:-38 **21** captured on the four corners of the government's transcript.

-08:-44:-38 **22**      MS. CLEARY:  The language itself is captured.

-08:-44:-38 **23**      MR. SOFER:  Right.  So why does it require a

-08:-44:-38 **24** witness to say these words are different than these words?  You

-08:-44:-38 **25** can argue that.  The jury can see it.  The jury will see it when

-08:-44:-38 **1** it's played.   Why does it take a witness to say this word is

-08:-44:-38 **2** different than this word?

-08:-44:-38 **3**            MS. CLEARY:  Because in her skill with the

-08:-44:-38 **4** interpretation and translation, we want our expert to be able to

-08:-44:-38 **5** say, beyond a reasonable doubt, that what Mr. Amawi is

-08:-44:-38 **6** translating cannot in any way be interpreted to be drawn from

-08:-44:-38 **7** that language.

-08:-44:-38 **8**            MR. SOFER:  Except that the government's own -- I

-08:-44:-38 **9** don't know if you want this kind of colloquy and argument,

-08:-44:-38 **10** Judge.   But the government's own transcript acknowledges that.

-08:-44:-38 **11** In other words --

-08:-44:-38 **12**            THE COURT:  In other words, we have the Arabic

-08:-44:-38 **13** broadcast translated.

-08:-44:-38 **14**            MR. SOFER:  Into English.

-08:-44:-38 **15**            THE COURT:  There's no dispute apparently between

-08:-44:-38 **16** this witness and the translation that has already been placed.

-08:-44:-38 **17**            MR. SOFER:  Correct.

-08:-44:-38 **18**            THE COURT:  There's no dispute between the parties

-08:-44:-38 **19** as to the transcription of what Mr. Amawi said, including how he

-08:-44:-38 **20** translated the background Arabic.

-08:-44:-38 **21**            MR. SOFER: Correct.

-08:-44:-38 **22**            MS. CLEARY:  Correct.

-08:-44:-38 **23**            THE COURT:  Then why, if these are already in the

-08:-44:-38 **24** record --

-08:-44:-38 **25**            MS. CLEARY:  Well, that portion is not the record.

-08:-44:-38 **1**             THE COURT: It's not?

-08:-44:-38 **2**             MR. SOFER: We don't object to playing it. I just

-08:-44:-38 **3** don't understand why it's necessary to have a witness say these

-08:-44:-38 **4** words are different than these words. If she wants to say

-08:-44:-38 **5** that -- it just seems like the jury can conclude it. Again,

-08:-44:-38 **6** it's on the four corners of the document.

-08:-44:-38 **7**             THE COURT: I'm going to let them proceed.

-08:-44:-38 **8**             MR. SOFER: Okay. Let me say why. Okay. It --

-08:-44:-38 **9**             THE COURT: You probably won't find this in the

-08:-44:-38 **10** rules of evidence. But this is a very lengthy trial. There

-08:-44:-38 **11** are a ton of these exhibits. I think it's fair for defendants

-08:-44:-38 **12** to highlight their perception.

-08:-44:-38 **13**             (End of side-bar discussion.)

07:40:30 **14**             THE COURT: Okay. You may continue.

-08:-44:-38 **15**             MS. CLEARY: Thank you, Your Honor.

07:40:46 **16**             Ms. Shakkour, you may need the ear phones that are

07:40:50 **17** in front of you.

07:41:45 **18**             (Video is played.)

07:44:18 **19** BY MS. CLEARY:

-08:-44:-38 **20**     Q. Ms. Shakkour, on that segment just before we stopped,

-08:-44:-38 **21** were you able to identify the Arabic being spoken by someone

07:44:29 **22** other than Mr. Amawi?

-08:-44:-38 **23**     A. Yes.

07:44:31 **24**     Q. Were you able to determine if the translation that Mr.

07:44:36 **25** Amawi gave regarding that Arabic was correct?

6166

07:44:41   **1**    **A.**   To this point, yes.

-08:-44:-38   **2**    **Q.**   Okay.   Thank you.

07:44:51   **3**         MS. CLEARY:  Would you please continue?

07:45:24   **4**         (Video played.)

07:45:28   **5**   BY MS. CLEARY:

-08:-44:-38   **6**    **Q.**   And again, Ms. Shakkour, were you able to hear the

07:45:32   **7**   Arabic from the speaker in the background?

-08:-44:-38   **8**    **A.**   Yes.

-08:-44:-38   **9**    **Q.**   And are you able to determine if what Mr. Amawi was

-08:-44:-38   **10**   translating from that Arabic being spoken was accurate?

-08:-44:-38   **11**    **A.**   Mr. Amawi's translation was not accurate at all.   It

07:45:46   **12**   looks like three people are talking in different directions.

07:46:14   **13**         (Video played.)

07:46:25   **14**   BY MS. CLEARY:

07:46:25   **15**    **Q.**   And, Ms. Shakkour, on that segment were you again able

07:46:29   **16**   to hear the Arabic in the background?

-08:-44:-38   **17**    **A.**   Yes.

-08:-44:-38   **18**    **Q.**   Was Mr. Amawi accurately translating what the Arabic in

-08:-44:-38   **19**   the background was communicating?

-08:-44:-38   **20**    **A.**   He was not.

-08:-44:-38   **21**    **Q.**   Was there any mention of the Arabic in the background

-08:-44:-38   **22**   about anyone from Syria going to Iraq?

-08:-44:-38   **23**    **A.**   Didn't hear anything about Syria or Iraq.

-08:-44:-38   **24**         MS. CLEARY:  If we could continue.

07:46:52   **25**         (Video played.)

07:47:27 **1**              MS. CLEARY:  Ms. Shakkour, I have no further

-08:-44:-38 **2** questions.   The government may have questions.

-08:-44:-38 **3**              THE COURT:  I'm having some trouble hearing you.

-08:-44:-38 **4** Keep your voice up.

07:47:39 **5**              MS. CLEARY:  I'm sorry.

07:47:45 **6**              MR. MILLER:  Your Honor, we'd like to actually

-08:-44:-38 **7** finish that clip that was part of that clip that they've

07:47:51 **8** designated.

07:47:54 **9**              THE COURT:  Okay.

07:48:00 **10**              (Video played).

07:48:00 **11**                        - - -

07:48:00 **12**              MANNOUN SHAKKOUR, CROSS-EXAMINATION

07:49:41 **13** BY MR. MILLER:

07:49:41 **14**     **Q.**   Good afternoon, Ms. Shakkour.   My name is David Miller.

-08:-44:-38 **15** I have a few questions for you.

07:49:48 **16**              First of all, Ms. Shakkour, you haven't listened to

07:49:52 **17** all of the audio recordings that are in evidence in this case,

-08:-44:-38 **18** have you?

-08:-44:-38 **19**     **A.**   I did not.

-08:-44:-38 **20**     **Q.**   And you haven't reviewed the translations of all the

07:50:02 **21** documents that are in evidence in this case?

-08:-44:-38 **22**     **A.**   I did not.

-08:-44:-38 **23**     **Q.**   And you haven't reviewed exhibits in this case that list

-08:-44:-38 **24** the computer files that were retrieved from Mr. Amawi's

07:50:10 **25** computer, right?

6168

| | | |
|---|---|---|
| 07:50:11 | **1** | **A.**   I did not. |
| 07:50:12 | **2** | **Q.**   Now, turning to this clip that we just saw, Ms. |
| 07:50:16 | **3** | Shakkour, in preparation for your testimony today you listened |
| 07:50:19 | **4** | to an audio recording containing Arabic in this clip, correct? |
| -08:-44:-38 | **5** | **A.**   Yes. |
| -08:-44:-38 | **6** | **Q.**   And you translated that audio from that recording, |
| -08:-44:-38 | **7** | right? |
| 07:50:27 | **8** | **A.**   It was on-site translation. |
| 07:50:30 | **9** | **Q.**   So you listened to the audio that was in the background |
| 07:50:33 | **10** | in Arabic and verified it against the transcript, correct? |
| -08:-44:-38 | **11** | **A.**   I did.   For that specific tape, yes. |
| -08:-44:-38 | **12** | **Q.**   And in the video that we just played, which is this |
| 07:50:43 | **13** | audio clip, you could see, couldn't you, that Mr. Amawi's also |
| 07:50:47 | **14** | typing? |
| -08:-44:-38 | **15** | **A.**   Right. |
| -08:-44:-38 | **16** | **Q.**   While somebody is listening -- while there's audio |
| 07:50:51 | **17** | emanating from the computer, right? |
| -08:-44:-38 | **18** | **A.**   Yes. |
| 07:50:53 | **19** | **Q.**   Ms. Shakkour, but you never looked at what Mr. Amawi |
| -08:-44:-38 | **20** | typing on the computer during this recording, did you? |
| -08:-44:-38 | **21** | **A.**   I know that he was typing. |
| -08:-44:-38 | **22** | **Q.**   But you never saw what he was typing, right? |
| -08:-44:-38 | **23** | **A.**   No, I didn't. |
| 07:51:06 | **24** | **Q.**   And so while this voice is playing in the background, |
| -08:-44:-38 | **25** | Ms. Shakkour, and you can see that Mr. Amawi is typing, and Mr. |

6169

-08:-44:-38 **1** Amawi is talking to Mr. Griffin while he's typing and there's a

-08:-44:-38 **2** voice in the background, you have no idea what he's typing onto

-08:-44:-38 **3** that computer, do you?

-08:-44:-38 **4**     A.    No, I don't.

-08:-44:-38 **5**     Q.    And so you have no idea whether or not there's multiple

-08:-44:-38 **6** conversations going on, namely whether he's typing and whether

07:51:31 **7** there's an audio recording going on at the same time, right?

-08:-44:-38 **8**     A.    What I can say here is I'm hearing three voices there,

-08:-44:-38 **9** and the unidentified Arabic speaker, his voice was very clear to

-08:-44:-38 **10** me.   And he was giving, like -- I wouldn't say verses from the

07:51:52 **11** Qur'an, but he was talking about religion and the situation of

07:51:56 **12** the Arabic language and what happened to it on the same token.

07:52:01 **13** I've heard the translation of Mr. Amawi which has nothing to do,

07:52:06 **14** no relation whatsoever with what the Arabic speaker was giving.

-08:-44:-38 **15** So that's what I heard.

-08:-44:-38 **16**     Q.    My question is:  When you were just walked through the

-08:-44:-38 **17** clip the first two times, he said the translation is accurate.

-08:-44:-38 **18** This translation is accurate, correct, the first two times out

07:52:26 **19** of the three, correct?

-08:-44:-38 **20**     A.    Yes.   Yes.

-08:-44:-38 **21**     Q.    And then when we got to the third one, and I could

-08:-44:-38 **22** replay the clip, there was an audio in the background, right?

-08:-44:-38 **23**     A.    Right.

-08:-44:-38 **24**     Q.    But Mr. Amawi was also typing on the computer, correct?

-08:-44:-38 **25**     A.    Right.   Right.

6170

-08:-44:-38 **1**    **Q.**    So there's no way for you to know whether he's

07:52:40 **2** translating what he's typing on the computer at that point in

-08:-44:-38 **3** time, correct?

-08:-44:-38 **4**    **A.**    What I'm saying is what Mr. Amawi said about Iraq to Mr.

07:52:56 **5** Griffin was not the translation of the Arabic speaker on the

07:53:00 **6** other end.

-08:-44:-38 **7**    **Q.**    It was not the translation of the audio that you've

-08:-44:-38 **8** heard, correct?

-08:-44:-38 **9**    **A.**    Exactly.

-08:-44:-38 **10**        MR. MILLER:  Okay.  One moment, Your Honor.

07:53:14 **11**        (Discussion had off the record.)

07:53:15 **12**        MR. MILLER:  No further questions.

07:53:18 **13**        MR. MILLER:  Your Honor, one second.  I'm sorry.

07:53:23 **14**        (Discussion had off the record.)

07:53:38 **15** BY MR. MILLER:

07:53:38 **16**    **Q.**    Ms. Shakkour, for clarification, when I was asking you

-08:-44:-38 **17** about you couldn't tell whether or not he was translating what

-08:-44:-38 **18** was being typed on the computer, my question was really not what

-08:-44:-38 **19** Mr. Amawi was typing on the computer, but you don't know if Mr.

-08:-44:-38 **20** Amawi was translating what the words on the computer screen

-08:-44:-38 **21** were, whether he was typing them or somebody else was, right?

-08:-44:-38 **22**    **A.**    No.

-08:-44:-38 **23**    **Q.**    You have no idea, right?

-08:-44:-38 **24**    **A.**    No.

07:54:02 **25**        MR. MILLER:  Thank you.

07:54:03   **1**          MS. CLEARY:  I have no other questions, Your Honor.

07:54:05   **2**          THE COURT:  You may step down.

07:54:27   **3**          Any further witnesses?

07:54:32   **4**          MR. BRYAN:  Your Honor, we would approach.

-08:-44:-38  **5**          THE COURT:  Sure.

08:03:33   **6**          (Whereupon the following discussion was had at the

-08:-44:-38  **7**  bench outside the hearing of the jury:)

-08:-44:-38  **8**          MR. BRYAN:  Your Honor, the next witness we plan on

-08:-44:-38  **9**  calling I think will take a while.

-08:-44:-38  **10**          THE COURT:  All right.  We'll start tomorrow.

-08:-44:-38  **11**          MR. SOFER:  Can we get an idea of who we're likely

-08:-44:-38  **12**  to see tomorrow?

-08:-44:-38  **13**          THE COURT:  Ladies and gentlemen, we've run a

-08:-44:-38  **14**  little past our normal adjournment time.   We will adjourn for

-08:-44:-38  **15**  the afternoon.   I think -- we hope that the phone connection

-08:-44:-38  **16**  will be back up and running.   Whatever the eventualities might

-08:-44:-38  **17**  be, thank you for your patience and attention.   We'll see you

-08:-44:-38  **18**  in the morning.

-08:-44:-38  **19**          (Jury out.)

-08:-44:-38  **20**          THE COURT:  What's the line-up for tomorrow; what

-08:-44:-38  **21**  position are they playing; what's their batting average?

-08:-44:-38  **22**          MR. BRYAN:  We called another witness this

-08:-44:-38  **23**  afternoon it it would have been Ashraf Zaim .   Since we need to

-08:-44:-38  **24**  get those out-of-country witnesses, we'll deal with those first.

-08:-44:-38  **25**  Finish with Mr. Amawi then do the other two.

-08:-44:-38  **1**          MR. WITMER-RICH:  I think we'll call the two other

-08:-44:-38  **2** Jordanian witnesses, which is Ahmed Ibrahim and Mohammad Sultan

-08:-44:-38  **3** Al Rawasashdeh.

-08:-44:-38  **4**          MR. SOFER:  So those two first, actually, and his

-08:-44:-38  **5** father.   Then which live witnesses will we see tomorrow, if

-08:-44:-38  **6** any?

-08:-44:-38  **7**          MR. BRYAN:  To be honest, if we call them, it would

-08:-44:-38  **8** be Ashraf Zaim and Amr Amawi.

-08:-44:-38  **9**          THE COURT:  That's it, unless your client

-08:-44:-38  **10** testifies?

-08:-44:-38  **11**          MR. BRYAN:  Unless your client testifies, but we

-08:-44:-38  **12** also have a clip, too, that we talked about.

-08:-44:-38  **13**          MR. SOFER:  I forgot what that is, but we'll work

-08:-44:-38  **14** that out.

-08:-44:-38  **15**          MR. MILLER:  The yellow and green.

-08:-44:-38  **16**          THE COURT:  The phones still aren't working.  The

-08:-44:-38  **17** phone company is working on it.   I will try to remember before

-08:-44:-38  **18** I leave in an hour or so.  Tracy, remind me to check and see

-08:-44:-38  **19** what the deal is and let people know.   I think your live

-08:-44:-38  **20** witness should be here at 8:30 so we don't lose the time.   So

-08:-44:-38  **21** there's a fair chance that we will get, if Mr. Amawi doesn't

-08:-44:-38  **22** take the stand, to complete tomorrow?

-08:-44:-38  **23**          MR. IVEY:  Yes, if he doesn't.

-08:-44:-38  **24**          THE COURT:  Can you be prepared to go forward with

-08:-44:-38  **25** any rebuttal?

-08:-44:-38 **1**    MR. SOFER:  I would guess the answer to that is

-08:-44:-38 **2** probably no.   We'll try.

-08:-44:-38 **3**    THE COURT:  I'd like it if you could.   Basically

-08:-44:-38 **4** that gives everybody an extra full day to get ready.   I think

-08:-44:-38 **5** we should plan to spend -- I've got to work on the jury

-08:-44:-38 **6** instructions.   I'm out on the town on Friday.   So we should

-08:-44:-38 **7** plan Thursday to do whatever it takes to get the instructions

-08:-44:-38 **8** put together.  If there are any serious disagreements -- well, I

-08:-44:-38 **9** would ask that whoever's in charge of that be e-mailing each

08:03:34 **10** other.   I mean we did, of course, give the charge at the outset

-08:-44:-38 **11** so I would assume there won't be much of anything that's going

-08:-44:-38 **12** to be disputed.

-08:-44:-38 **13**    MR. SOFER:  Hard to say, but I agree, Judge.  We

-08:-44:-38 **14** should be able to work that out.

-08:-44:-38 **15**    MR. BRYAN:  Judge, I had couple matters.  I don't

-08:-44:-38 **16** know if it would be easier to do in open court rather than at

-08:-44:-38 **17** sidebar because actually I was going to have Mr. Hess bring up

-08:-44:-38 **18** something on the monitor for Your Honor to see.

-08:-44:-38 **19**    MR. DOUGHTEN:  Your Honor, this is kind of a

-08:-44:-38 **20** personal thing.   On Thursday my daughter is graduating from

-08:-44:-38 **21** high school at 6:30.  I don't know what we're going to be doing

-08:-44:-38 **22** then, but I'm hoping I can sneak out about 3:00.   She will

-08:-44:-38 **23** never forgive me.   Mr. Helmick will be here.   I informed my

-08:-44:-38 **24** client of it.   Hopefully there won't be -- I should let the

-08:-44:-38 **25** Court know we have a draft.

-08:-44:-38  **1**  THE COURT:  If we complete the evidence tomorrow

-08:-44:-38  **2**  and we're still working on jury instructions by 3:00 Thursday

-08:-44:-38  **3**  afternoon, the ship has some serious holes below the water line.

-08:-44:-38  **4**  We may never get done.

-08:-44:-38  **5**  MR. DOUGHTEN:  We have a draft of our jury

-08:-44:-38  **6**  instructions we've done.  I've given them to the Amawi team

-08:-44:-38  **7**  because they have some charges they're putting in.   So we have

-08:-44:-38  **8**  a draft we could send to the government.

-08:-44:-38  **9**  THE COURT:  Do, please.

-08:-44:-38  **10**  MR. SOFER:  We are 90 percent done with ours.   So

-08:-44:-38  **11**  that shouldn't be a problem.

-08:-44:-38  **12**  THE COURT:  Let's envision completing the taking of

-08:-44:-38  **13**  evidence tomorrow, including rebuttal.   And then Thursday we'll

-08:-44:-38  **14**  get together and go over jury instructions and when we're done

-08:-44:-38  **15**  we're done.   What's the problem, if I can ask, in terms of

-08:-44:-38  **16**  rebuttal, getting people here?

-08:-44:-38  **17**  MR. SOFER:  Potentially one witness which is an

-08:-44:-38  **18**  issue, and finishing up, actually putting any of the clips in.

-08:-44:-38  **19**  It's going to be very short.  We may be able to work it out

-08:-44:-38  **20**  tonight.   I promise you we will diligently work on it this

-08:-44:-38  **21**  evening.   Given the schedule and the amount of time that we're

-08:-44:-38  **22**  ahead, plus the availability to the defense of having an

-08:-44:-38  **23**  occasional short period of time to prepare, I just ask the Court

-08:-44:-38  **24**  to at least consider, if I can't do it by tomorrow, that at

-08:-44:-38  **25**  least consider my humble and truthful and honest request that we

-08:-44:-38 **1** really need another maybe only half a day to get it ready.   But

-08:-44:-38 **2** we might need a little extra time.   You're asking me a question

-08:-44:-38 **3** to anticipate what the government's rebuttal is before we've

-08:-44:-38 **4** heard all the defense witnesses.

-08:-44:-38 **5**               MR. HELMICK:   At this time does government

-08:-44:-38 **6** anticipate rebuttal against Mr. Mazloum?

-08:-44:-38 **7**               MR. SOFER:  After the last witness I now would say

-08:-44:-38 **8** probably yes and probably less than an hour's worth of it at

-08:-44:-38 **9** this juncture.

-08:-44:-38 **10**               THE COURT:  All I'm saying, please make every

-08:-44:-38 **11** effort.   If they get done by early afternoon, I really want to

-08:-44:-38 **12** go ahead.

-08:-44:-38 **13**               MR. SOFER: I know you do, Judge, as do we.

-08:-44:-38 **14**               THE COURT:  Because that way what I would expect is

-08:-44:-38 **15** we will start Tuesday morning with your closing, and what, day

-08:-44:-38 **16** or days do you think on closing?

-08:-44:-38 **17**               MR. SOFER:  I think if I had to guess, I think it

-08:-44:-38 **18** will take a day.

-08:-44:-38 **19**               THE COURT:  What I would like to do is anticipate

-08:-44:-38 **20** the case in the jury's hands by the end of next week.   Whether

-08:-44:-38 **21** that means before Friday or not, get it in their hands, and if

-08:-44:-38 **22** they get it on Friday, then we'll -- whenever they get it it's

-08:-44:-38 **23** up to them.   I'd like this week to finish the evidence and work

-08:-44:-38 **24** on the instructions next week, start Tuesday morning with the

-08:-44:-38 **25** instructions to the jury, and then your argument and try to do

-08:-44:-38 **1** that within Tuesday.   And then Wednesday and Thursday I would

-08:-44:-38 **2** assume for defense arguments, your closing.   Thursday or Friday

-08:-44:-38 **3** morning.   Then it's in their hands.

-08:-44:-38 **4**            MR. SOFER:  Again, Judge, I think that's a

-08:-44:-38 **5** reasonable schedule but if it turns out that -- I've talked a

-08:-44:-38 **6** little bit with defense counsel.   And if they or we decide that

-08:-44:-38 **7** another day or two would be agreeable in terms of preparing our

-08:-44:-38 **8** closing arguments, I -- again I'd ask the Court to consider

-08:-44:-38 **9** being flexible about that.

-08:-44:-38 **10**            THE COURT:  We'll see.  I have some other matters I

-08:-44:-38 **11** have to tend to.   All right.

08:04:09 **12**            (End of side-bar discussion.)

08:04:12 **13**            THE COURT:  What's the problem?

08:04:14 **14**            MR. BRYAN:  Over the weekend, as I was preparing

-08:-44:-38 **15** part of Mr. Amawi's defense, and knowing we were going to

-08:-44:-38 **16** present evidence, there were a couple items that I came across,

08:04:23 **17** things that have been discussed in the past with the government

-08:-44:-38 **18** on a couple occasions I wanted to bring to the Court's attention

-08:-44:-38 **19** before we get to the point where we have to rest our case.

-08:-44:-38 **20**            There was some discussion earlier about a stack of

08:04:42 **21** receipts that the government had given to Your Honor, for Your

-08:-44:-38 **22** Honor to review and determine if the receipts are exculpatory in

-08:-44:-38 **23** any way, shape or form.   There's testimony in the record right

-08:-44:-38 **24** now that the FBI authorized $850 to be paid through Mr. Griffin

-08:-44:-38 **25** to Mr. Amawi, sometime in November I believe, to get Mr. Amawi

6177

08:05:05   1   caught up with his rent.  I believe there's additional evidence

-08:-44:-38   2   in the record or -- or not the record yet, but could potentially

-08:-44:-38   3   come into the record through one of our witnesses tomorrow that

-08:-44:-38   4   show that the rent still had not been paid as early as November

08:05:20   5   and that the testimony is specifically that in December when Mr.

-08:-44:-38   6   Amawi's brother returned, in fact the government has an --

-08:-44:-38   7            THE COURT:  What year are you talking about?

08:05:30   8            MR. BRYAN:  In December of 2004.  Mr. Amawi's

08:05:33   9   brother, Amr, had returned to Jordan in September of 2004 and

08:05:40   10   remained there until December of 2004 when he returned to

-08:-44:-38   11   Toledo, Ohio, and resumed his residency with Mr. Amawi.  During

-08:-44:-38   12   that time Mr. Amawi was not working and was not paying the rent

-08:-44:-38   13   nor the utilities or anything else.  And they all fell into

08:05:56   14   arrears, including the rent.

08:05:58   15            The government, in one of their 1D-s, has a

08:06:02   16   conversation between Mr. Amawi and his brother Amr in the

08:06:07   17   presence of Darren Griffin where Mr. Amawi, Amr Amawi, is

08:06:13   18   complaining that all of this is in my name, there's a problem

08:06:16   19   here.  He said we still owe the rent for September, for

08:06:21   20   October, for November and now December.  In essence, that the

-08:-44:-38   21   rent had not yet been paid when the government had indicated to

-08:-44:-38   22   the agent that this money was given to Mr. Amawi.  We expect

-08:-44:-38   23   testimony to be introduced that Mr. Amawi then produced another

08:06:41   24   couple thousand dollars to give to his brother, money that

08:06:44   25   obviously he wasn't able to earn on his own because he hadn't

-08:-44:-38 **1** been working, began his employment with Mr. Zaim around that

-08:-44:-38 **2** same exact time that he hadn't been working.

-08:-44:-38 **3**         So specifically what I'm directing the government's

08:06:57 **4** attention to, so they can assist Your Honor, is if there are any

08:07:01 **5** receipts that reflect payment from the FBI to Darren Griffin in

08:07:04 **6** December of 2004 -- I'm sorry, that would be in January,

-08:-44:-38 **7** February -- the conversation was in December, 2004, but it's to

-08:-44:-38 **8** our understanding that the money was actually tendered in

08:07:17 **9** January, February, 2004 (sic), reflecting these.

08:07:21 **10**         THE COURT:  2004 or 2005?  I'm confused.

08:07:25 **11**         MR. BRYAN:  I'm sorry, December 2004 to January

-08:-44:-38 **12** 2005, that whether or not the government, through Mr. Griffin's

08:07:34 **13** dime, the assistance of Mr. Amawi to provide additional funds.

-08:-44:-38 **14** So obviously we believe if such a receipt existed that that

08:07:42 **15** would be Brady evidence to show the government has proved Mr.

-08:-44:-38 **16** Griffin's still providing favors to Mr. Amawi.

08:07:50 **17**         THE COURT:  Will you check that tonight?

-08:-44:-38 **18**         MR. SOFER:  Actually, Your Honor has the records, I

-08:-44:-38 **19** believe, still.

08:07:56 **20**         THE COURT:  I'll give them back to you.

-08:-44:-38 **21**         MR. SOFER:  You can give them back to us.  We'll

-08:-44:-38 **22** check it.   The fact that there was money given to Mohammad

-08:-44:-38 **23** Amawi for his rent and he may not have used the money to pay his

08:08:09 **24** rent does not appear to me to be an issue whatsoever in terms of

-08:-44:-38 **25** the government's allegations.   If what Counsel's asking is

08:08:17   1   whether further payment by the FBI through Mohammad Amawi -- I'm

-08:-44:-38   2   sorry, through Darren Griffin to Mohammad Amawi, we can check

-08:-44:-38   3   the records to see whether or not.

-08:-44:-38   4                THE COURT:  Okay.

08:08:28   5                MR. BRYAN:  Now I'll ask Mr. Hess to bring up the

-08:-44:-38   6   court assisted monitors.   During discovery we received a series

08:08:37   7   of documents given to Mr. Sofer.   Actually, we see a bunch of

-08:-44:-38   8   photographs.

08:08:45   9                THE COURT:  Mr. Sofer.

-08:-44:-38   10                MR. SOFER:  We had this confusion another time.

08:08:52   11   It's a different stack of papers.   They're back in your

08:08:55   12   chambers, I believe.

08:08:57   13                THE COURT:  Talk to me about it.

-08:-44:-38   14                MR. SOFER:  Will do.

08:09:02   15                MR. BRYAN:  During discovery we received a number

-08:-44:-38   16   of surveillance photographs that were taken of Mohammad Amawi at

-08:-44:-38   17   various times and places.  Most of them depict Mr. Amawi and

-08:-44:-38   18   other individuals walking outside AZ Travel or other places.

-08:-44:-38   19   Specifically we received a series of photographs that were taken

-08:-44:-38   20   of Mr. Amawi through a glass window of the Natural Food Market.

-08:-44:-38   21   They just came up here.   And the jpeg numbers of these digital

-08:-44:-38   22   photos are on the photos.   The first one is listed.   This one

08:09:38   23   begins with 6.   Then there's a series of photos missing because

-08:-44:-38   24   the next photo in the series that we received goes up to -- is

-08:-44:-38   25   that the first one?

08:09:59 **1**          Actually, the discovery is actually supposed to say

-08:-44:-38 **2** 11.   I don't know why it says 1.

08:10:22 **3**          THE COURT:   While you're doing that, Tracy has to

-08:-44:-38 **4** leave at 5:15.

08:10:34 **5**          MR. BRYAN:   The jpeg number appears now in the

-08:-44:-38 **6** upper left-hand corner.   So apparently missing in this sequence

-08:-44:-38 **7** are photos 7, 8, 9 and 10.   And then if we continue, the

08:10:49 **8** sequence continues, it goes to 12 jpeg, 13 jpeg as Mr. Amawi

08:10:55 **9** starts to look towards the direction of the camera.   Then it

-08:-44:-38 **10** goes to 14 jpeg as Mr. Amawi seems to be looking right at the

-08:-44:-38 **11** camera.   Then the next jpeg number is jpeg 16.   So there

08:11:07 **12** appears to be a jpeg number 15 that is missing.

-08:-44:-38 **13**          We believe that photo contains exculpatory

08:11:14 **14** evidence, Your Honor, in that it shows Mr. Amawi making a

-08:-44:-38 **15** gesture at the surveillance person who was taking surveillance

-08:-44:-38 **16** at the time.   And we're asking the government to produce that

08:11:25 **17** at this time.   Also, as it relates to the earlier photos that

08:11:30 **18** seem to be missing in sequence, that photo 6 through photo 11

08:11:35 **19** seem to be missing as well.   We had done some investigation

-08:-44:-38 **20** concerning this incident.   And it's our belief that Mr. Amawi

08:11:44 **21** called some people who were with him at the time over to the

08:11:48 **22** window to show them that there's someone out there in the car

08:11:51 **23** taking pictures of me.   Those individuals' vehicles are located

-08:-44:-38 **24** in the picture.   Also in some of the pictures you can see that

-08:-44:-38 **25** there's snow on the ground, that the parking lot had been

6181

08:12:05 **1** plowed.   The government would know the date these photos were

08:12:08 **2** taken.

08:12:09 **3**          It's our belief this is a reflection of something

-08:-44:-38 **4** that happened in the winter of 2005, and that the series of

08:12:18 **5** photographs reflect there are missing photographs and we believe

08:12:21 **6** that those missing photographs are exculpatory.  We're basically

08:12:25 **7** asking the government to produce them.  We asked Mr. Getz about

-08:-44:-38 **8** this a couple weeks -- last week Mr. Witmer-Rich asked Mr. Getz

08:12:33 **9** specifically these same questions.   His answer -- and I presume

-08:-44:-38 **10** this is what they're going to tell Your Honor -- is that every

-08:-44:-38 **11** picture we have of Mohammad Amawi you have of Mohammad Amawi.

-08:-44:-38 **12** And so I would just ask them to produce jpeg number 15, and jpeg

-08:-44:-38 **13** numbers 6, 7, 8, 9, 10 -- not 6; we have six.   6, 7, 8, 9, 10,

-08:-44:-38 **14** so we can see whether those pictures don't contain Mr. Amawi.

08:13:02 **15** If they are taken in sequence they obviously involve --

-08:-44:-38 **16**          THE COURT:  I understand.

-08:-44:-38 **17**          MR. SOFER:  We'll take a look at this again, Judge,

-08:-44:-38 **18** but I do believe we filled our discovery obligations.

-08:-44:-38 **19**          THE COURT:  Do you know where those pictures are?

08:13:15 **20**          MR. SOFER:  As we sit here, I certainly don't.

08:13:18 **21**          THE COURT:  Let them know maybe tonight if

-08:-44:-38 **22** possible.

-08:-44:-38 **23**          MR. SOFER:  It's also not clear to me why Mr. Amawi

08:13:26 **24** is making a gesture at somebody would necessarily be

08:13:29 **25** exculpatory.  We'll take a look to see if such a picture exists.

08:13:33  **1**          THE COURT:  I don't know.   I assume for

08:13:35  **2**  confirmation.  If I were in their shoes, it would fit into the

-08:-44:-38  **3**  contention that he was aware that, as other evidence indicates,

-08:-44:-38  **4**  that he was under surveillance, so forth and so on.

08:13:48  **5**          MR. BRYAN:  The earlier we can show Mr. Amawi was

08:13:52  **6**  aware he was under surveillance, it goes to the heart of our

-08:-44:-38  **7**  defense.

-08:-44:-38  **8**          THE COURT:  I understand.

08:13:57  **9**          MR. BRYAN:  I think the government's willing to

-08:-44:-38  **10**  concede, based upon the presentation of their case as of May 1,

08:14:03  **11**  that Mr. Amawi was -- not only that but they brought in the law

-08:-44:-38  **12**  enforcement officers that testified Mr. Amawi said he was being

-08:-44:-38  **13**  followed.  We believe this picture shows Mr. Amawi was aware of

-08:-44:-38  **14**  surveillance at a much earlier time.

-08:-44:-38  **15**          MR. SOFER:  We'll get back to the courtroom

-08:-44:-38  **16**  tomorrow morning.

08:14:20  **17**          THE COURT:  If you are able to inform them of a

08:14:24  **18**  period when you think those photographs may have been taken,

-08:-44:-38  **19**  please do so.

-08:-44:-38  **20**          MR. SOFER:  Will do.

-08:-44:-38  **21**          THE COURT:  I'm asking defense counsel.

-08:-44:-38  **22**          MR. BRYAN:  Which we assume it's in the winter.

-08:-44:-38  **23**          THE COURT:  Winter of?

08:14:36  **24**          MR. BRYAN:  Winter of '05, Your Honor.

-08:-44:-38  **25**          THE COURT:  Meaning what month?

08:14:41 **1**           MR. BRYAN:  It could actually be December of '04.

-08:-44:-38 **2**           THE COURT:  December 4, January 5, February 5,

08:14:49 **3** roughly, or whenever.

-08:-44:-38 **4**           MR. BRYAN:  I think the investigative records of

-08:-44:-38 **5** the government would reveal exactly when.

-08:-44:-38 **6**           THE COURT:  I would assume if these were taken by a

-08:-44:-38 **7** government agent, maybe 302.

08:15:01 **8**           MR. BRYAN:  The digital history reflects February

-08:-44:-38 **9** 6, '05, Your Honor.

08:15:07 **10**           MR. SOFER:  We'll take a look, Judge.

08:15:09 **11**           MR. BRYAN:  That would have been maybe when it was

08:15:12 **12** downloaded or whatever.   But at least before that.   That date

-08:-44:-38 **13** or before.

08:15:16 **14**           Along those same lines we were able to view some

-08:-44:-38 **15** surveillance, video surveillance of Mr. Amawi, that was

-08:-44:-38 **16** apparently taken by video camera by agents or technicians

08:15:29 **17** before.   Before the cross-examination.

-08:-44:-38 **18**           THE COURT:  What?

08:15:33 **19**           MR. BRYAN:  We received in discovery video

08:15:37 **20** surveillance, actual camcorder surveillance of Mr. Amawi as he

-08:-44:-38 **21** was going to and from various places.   Before -- or prior to

08:15:47 **22** Agent Coats testifying.  I inquired with Mr. Sofer whether or

-08:-44:-38 **23** not Agent Coats had any surveillance logs that would be of

08:15:57 **24** Jencks material.   And he said no, Agent Coats didn't conduct

-08:-44:-38 **25** any of the surveillance in this case.   He said that's conducted

-08:-44:-38 **1** by technicians of the FBI, that the case agents aren't the ones

-08:-44:-38 **2** out there actually doing the surveillance; there are other

08:16:10 **3** people that actually do that.

-08:-44:-38 **4** One of the surveillance videos shows Mr. Amawi

-08:-44:-38 **5** coming out the back door of AZ Travel, and the camera is

-08:-44:-38 **6** basically right on Mr. Amawi, it's sort of blown up. It's

-08:-44:-38 **7** obviously shot from across the street. I believe it's probably

08:16:26 **8** shot from the parking lot, the hospital parking lot that sits

-08:-44:-38 **9** across the street from AZ Travel. Mr. Amawi walks out the door

-08:-44:-38 **10** and rolls up his shirt real slowly, directly as he's looking at

08:16:39 **11** the camera. As he finishes rolling up the sleeves directly as

-08:-44:-38 **12** he's looking at the camera, the camera suddenly starts taping

-08:-44:-38 **13** the inside of the vehicle. I have reason to believe at that

-08:-44:-38 **14** juncture, as Mr. Amawi was staring directly at persons he

08:16:54 **15** believed were videotaping, he proceeded to give the individuals

08:16:58 **16** multiple gestures reflecting that he knew that they were there

-08:-44:-38 **17** and they were videotaping. I can't tell from the video itself

08:17:06 **18** what time of year it was, although I don't believe there's any

08:17:09 **19** leaves on the trees, so I believe it's probably in the winter

-08:-44:-38 **20** or -- late winter, spring of 2005.

08:17:16 **21** THE COURT: What do you want?

08:17:19 **22** MR. BRYAN: Again, if there's an agent, not an

08:17:23 **23** agent or any government agent who conducted surveillance of Mr.

08:17:27 **24** Amawi that day and he kept a log and in that log it's reflected

-08:-44:-38 **25** that Mr. Amawi made gestures towards them -- I know that the

-08:-44:-38 **1** government's interpretation of what's exculpatory and our

08:17:38 **2** interpretation of exculpatory is different. I'm just putting

-08:-44:-38 **3** the government on notice that we believe if there's surveillance

08:17:45 **4** logs that reflect Mr. Amawi ever at any time recognizing the

08:17:49 **5** surveillance and gesturing or even just recognizing,

-08:-44:-38 **6** acknowledging the surveillance, that we would be entitled to

-08:-44:-38 **7** that as <u>Brady</u> because, again, it goes to prove that Mr. Amawi,

08:18:00 **8** at earlier dates was aware that he was being followed.

-08:-44:-38 **9** THE COURT: You have made a request of this.

08:18:06 **10** MR. BRYAN: I have, Your Honor, and was met with

-08:-44:-38 **11** the same sort of weak: We've given you everything that you're

08:18:14 **12** entitled to.

08:18:15 **13** MR. SOFER: A couple corrections, or at least one.

-08:-44:-38 **14** I believe I told Counsel simply it was not the usual course for

-08:-44:-38 **15** one of the case agents to be conducting surveillance in this

-08:-44:-38 **16** case, physical surveillance. Again, we'll take a look back

-08:-44:-38 **17** through the -- whatever information we have to see whether there

-08:-44:-38 **18** is a notation that says Mohammad Amawi made a gesture at a

08:18:42 **19** certain time at the surveillance team, whoever that surveillance

-08:-44:-38 **20** team was. Again, if we had a timeframe it would be certainly

-08:-44:-38 **21** more helpful for us.

08:18:53 **22** THE COURT: Do you have that?

08:18:58 **23** MR. BRYAN: Mr. Amawi has it on his computer.

-08:-44:-38 **24** THE COURT: At least let them see that at some

-08:-44:-38 **25** point.

08:19:06  **1**                    MR. BRYAN:  We don't have a date, Your Honor.   We

08:19:09  **2**  can tell them what video it is and --

-08:-44:-38  **3**                    THE COURT:   If it has an identifying number of some

-08:-44:-38  **4**  sort, let them know what it is so that may be a hook for them,

-08:-44:-38  **5**  it may become possible for them.

-08:-44:-38  **6**                    MR. BRYAN:  Finally, Your Honor, the issue of the

-08:-44:-38  **7**  internet service provider has been well laid in the case.   The

-08:-44:-38  **8**  internet service provider records the government obtained some

08:19:32  **9**  time ago, actually a long time ago, I think actually while the

-08:-44:-38  **10**  case was still under investigation.   As Your Honor's aware, we

-08:-44:-38  **11**  sought those as well by subpoena power which was denied by the

08:19:44  **12**  service providers.   Then we motioned the Court.   Your Honor

-08:-44:-38  **13**  denied that motion sometime last week.

-08:-44:-38  **14**                    Specifically what we were looking for -- I just

-08:-44:-38  **15**  want to put the government on notice again -- one of the issues

-08:-44:-38  **16**  in this case is whether or not Mr. Amawi had e-mail or internet

08:19:59  **17**  access or internet contact with a person from Syria related to

08:20:04  **18**  the issue of Astrolite or the issue of laptop computers.   And

08:20:08  **19**  it's our position that any absence of such a record, any absence

-08:-44:-38  **20**  of such an internet record would be exculpatory if we were to

-08:-44:-38  **21**  show the jury that during these time periods that Mr. Amawi did

-08:-44:-38  **22**  not actually e-mail somebody in Syria or whatever.   More

-08:-44:-38  **23**  specifically though --

08:20:26  **24**                    THE COURT:  Well, it would seem to me -- I haven't

-08:-44:-38  **25**  heard from the government on this -- it would seem to me that

-08:-44:-38 **1** you can -- what's evidence is evidence.   And you can point out

-08:-44:-38 **2** in closing argument there's no evidence that's been introduced

08:20:42 **3** of any such communication.

08:20:51 **4**                Certainly.  Let's put it this it way:  If the

-08:-44:-38 **5** government had a copy of any kind of communication where a

-08:-44:-38 **6** defendant said, I don't want to have A, B or C, then that would

08:21:11 **7** clearly mean the government's trying to show it did and it's

08:21:15 **8** exculpatory.   There's nothing like that.   And the fact that

08:21:19 **9** there is no evidence -- I'm not sure getting no evidence from

-08:-44:-38 **10** the internet service provider would provide to you beyond what

08:21:30 **11** you've already got.   I mean, the jury's been told countless

-08:-44:-38 **12** times, as recently as an hour ago, they decide the case on the

-08:-44:-38 **13** basis of the evidence.   And I think you're able to say, look,

08:21:46 **14** ladies and gentlemen, there's no evidence other than what's in

-08:-44:-38 **15** the case.

08:21:56 **16**                MR. BRYAN:  That's understood, Your Honor.   I

-08:-44:-38 **17** would characterize that as sort of negative evidence.   But in

-08:-44:-38 **18** the form of positive evidence, one of the things, the defendant

-08:-44:-38 **19** might be put in the position --

08:22:11 **20**                THE COURT:  I characterize it as non-evidence.

08:22:14 **21**                MR. BRYAN:  Fair characterization, Your Honor.

-08:-44:-38 **22**                But in the nature of real evidence, one of the

08:22:19 **23** reasons they -- I didn't want to reveal this at any time prior

-08:-44:-38 **24** to this juncture, but since we're literally coming close to the

-08:-44:-38 **25** end of our case, we were also interested in some specific

08:22:32 **1** e-mails that we believe may have been in Mr. Amawi's e-mail

-08:-44:-38 **2** history.   I can't given an exact date and time because we

08:22:42 **3** didn't have the opportunity to look at this or view it.   But we

-08:-44:-38 **4** believe that there may be an e-mail in Mr. Amawi's internet

-08:-44:-38 **5** history from a young lady known as Isra Abdalrahim,

08:22:57 **6** A-B-D-A-L-R-A-H-I-M, and it was -- with an attachment, an e-mail

08:23:07 **7** with an attachment that was a letter that was written on behalf

-08:-44:-38 **8** of Mr. Amawi by this young lady and at Mr. Amawi's request --

08:23:18 **9** at Mr. Amawi's request documenting the things that were

08:23:22 **10** happening to him in his life as it related to people following

-08:-44:-38 **11** him, maybe even as it related specifically to Darren Griffin

08:23:30 **12** himself, that there's this gentleman that's pretending to be my

-08:-44:-38 **13** best friend and things of that nature.

-08:-44:-38 **14**              Unfortunately, we don't have a hard copy of that

-08:-44:-38 **15** letter but we believe that this young lady e-mailed a copy of

-08:-44:-38 **16** that letter to Mr. Amawi because Mr. Amawi, although he speaks

08:23:47 **17** English very well, in his -- and is reading English better now,

-08:-44:-38 **18** his ability to write English was somewhat suspect during this

-08:-44:-38 **19** time period in 2005.   It's a letter, unfortunately, that we

08:24:03 **20** haven't been able to secure from the person who wrote it.   And

08:24:08 **21** I have interviewed her.   I've contacted her.   She remembers

-08:-44:-38 **22** writing the letter.   She said she e-mailed the letter to Mr.

08:24:15 **23** Amawi.

-08:-44:-38 **24**              THE COURT:  Where is she?

08:24:19 **25**              MR. BRYAN:  She's in Chicago, Illinois, now.   At

-08:-44:-38  **1**  the time she was in New York City.   Back in 2005.

-08:-44:-38  **2**          THE COURT:  She available as a witness?   If it's

-08:-44:-38  **3**  your understanding there's no copy of the communication, the

-08:-44:-38  **4**  person can testify:  Yes, once upon a time I wrote this

08:24:36  **5**  communication.   I do not have a copy, but this is what I

08:24:39  **6**  communicated.   To the extent that it's relevant and pertinent.

08:24:43  **7**          MR. BRYAN:  That's understood, Your Honor.   I did

-08:-44:-38  **8**  contact her.   She's now -- her life has moved on.   She's

-08:-44:-38  **9**  living in Chicago.   She's married, and I think she was about

08:24:52  **10**  ready to have a child.   More important to us was in the sense

08:24:56  **11**  that the government can argue that any frame of mind can come in

08:25:01  **12**  and say anything.  What was more critical to us would be the

-08:-44:-38  **13**  actual letter, because -- the e-mail itself, because it would be

08:25:07  **14**  obviously written at a time prior to when Mr. Amawi was even

-08:-44:-38  **15**  charged in the case.  The e-mail itself, we believe, is

08:25:13  **16**  exculpatory.   And if the government's in the possession of that

08:25:17  **17**  e-mail or that letter attached, they should turn that over.

08:25:20  **18**          THE COURT:  I can only assume that -- well, the

-08:-44:-38  **19**  government now is on notice; you've made a request for this

-08:-44:-38  **20**  specific item, which you believe is exculpatory.   And as I've

08:25:33  **21**  indicated before, I don't order the government to produce <u>Brady</u>

-08:-44:-38  **22**  material.   If it's going to ignore the Constitution, it's not

-08:-44:-38  **23**  going to pay any attention to the Court.

08:25:43  **24**          MR. BRYAN:  I appreciate that, Your Honor.

-08:-44:-38  **25**          THE COURT:  I would note, though, that a subpoena

-08:-44:-38 **1** to appear in a criminal case runs nationwide.   And it's up to

08:25:55 **2** you to determine whether or not you want to call that witness in

-08:-44:-38 **3** lieu of the communication.   The fact that the government might

08:26:01 **4** be in a position to discredit her testimony, well, same as any

08:26:08 **5** witness anybody can call.   That's part of the purpose of

08:26:11 **6** cross-examination.   And that's your choice.

08:26:15 **7**                 MR. BRYAN:  That's true, Your Honor.   The letter,

-08:-44:-38 **8** obviously, would corroborate her testimony, but…

08:26:21 **9**                 THE COURT:  If it's not there, it's not.

08:26:24 **10**                 MR. BRYAN:  What I'm telling the government at this

-08:-44:-38 **11** time is that we interpret that to be exculpatory inasmuch as it

-08:-44:-38 **12** shows Mr. Amawi may have been aware not only that he was being

08:26:34 **13** followed, that he was being surveilled, but that Mr. Griffin was

08:26:37 **14** working on behalf of the government but not on behalf of Mr.

-08:-44:-38 **15** Amawi during this period of time.   And so if the letter exists,

08:26:49 **16** and it's in their possession, we expect it to be turned over.

08:27:00 **17**                 MR. SOFER:  I'll say once again, we're aware of our

08:27:03 **18** Brady obligations and have lived up to them, I believe, to the

-08:-44:-38 **19** letter of the law.

-08:-44:-38 **20**                 THE COURT:  See you bright and early tomorrow

08:27:10 **21** morning, 8:30.   I've asked Joyce to let me know.   I'm going to

-08:-44:-38 **22** try to get a contact person with the phone company to find out

-08:-44:-38 **23** so that I can be informed about what's going on.   If I am, I'll

-08:-44:-38 **24** try to -- if somebody can send me an e-mail with all of your

08:27:28 **25** e-mail addresses -- Mr. Helmick, you've done that before -- that

-08:-44:-38

1   way, if I do learn anything, I can let you know.

2                           - - -

3

4                   C E R T I F I C A T E

5

6      I certify that the foregoing is a correct transcript from the

7   record of proceedings in the above-entitled matter.

8

9   /s Tracy L. Spore                        _____

10  Tracy L. Spore, RMR, CRR              Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        I N D E X

2

3

4  ZAKI AMAWI, DIRECT EXAMINATION        6019

5  BY MS. CLEARY:

6  ZAKI AMAWI, CROSS-EXAMINATION         6044

7  BY MR. SOFER:

8  ZAKI AMAWI, REDIRECT EXAMINATION      6086

9  BY MS. CLEARY:

10 SALWA ELKHECHEN, DIRECT EXAMINATION   6091

11 BY MR. ABDRABBOH:

12 SALWA ELKHECHEN, CROSS-EXAMINATION    6124

13 BY MR. HERDMAN:

14 SALWA ELKHECHEN, REDIRECT EXAMINATION 6140

15 BY MR. ABDRABBOH:

16 MANNOUN SHAKKOUR, DIRECT EXAMINATION 6159

17 BY MS. CLEARY:

18 MANNOUN SHAKKOUR, CROSS-EXAMINATION 6167

19 BY MR. MILLER:

20

21

22

23

24

25