```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
 2                         WESTERN DIVISION

 3   UNITED STATES OF AMERICA,    - Docket No. 3:06-CR-719
                                  -
 4      Plaintiff,                - Toledo, Ohio
                                  - June 10, 2008
 5           v.                   - Trial
                                  -
 6   MOHAMMAD ZAKI AMAWI, et al.,-
                                  -
 7      Defendants.               -
     -------------------------------
 8
                         VOLUME 64, TRANSCRIPT OF TRIAL
 9                  BEFORE THE HONORABLE JAMES G. CARR
              UNITED STATES DISTRICT CHIEF JUDGE, AND A JURY
10
     APPEARANCES:
11
     For the Plaintiffs:      United States Attorneys' Office
12                            By:   Thomas E. Getz
                                    Justin E. Herdman
13                            801 Superior Avenue, W
                              Cleveland, OH 44113
14                            (216) 622-3840

15                            U.S. Department of Justice
                              By:  Jerome J. Teresinski
16                                  David I. Miller
                              10th & Constitution Ave, NW
17                            Washington, DC 20530
                              (202) 353-3464
18
                              Office of the U.S. Attorney- Austin
19                            By:  Gregg N. Sofer
                              816 Congress Avenue
20                            Austin, TX 78701
                              (512) 916-5858
21

22

23

24

25
```

1  For the Defendant Amawi: Office of the Federal Public
    Defender - Cleveland

2  By:  Amy B. Cleary
        Jonathan P. Witmer-Rich

3     Edward G. Bryan
      Timothy C. Ivey

4  750 Skylight Office Tower
   1660 West Second St.

5  Cleveland, OH 44113
   (216) 522-4856

6

7  Muawad & Muawad
   By:  Elias Muawad
   36700 Woodward Avenue, Suite 209

8  Bloomfield Hills, MI 48304
   (248) 594-4700

9

10  For the Defendant     Kerger & Kerger
    El-Hindi:          By:  Stephen D. Hartman
                       Suite 201

11  33 South Michigan Street
    Toledo, OH 43602

12  (419) 255-5990

13  Boss & Vitou
    By:  Charles M. Boss

14  111 West Dudley Street
    Maumee, OH 43537-2140

15  (419) 893-5555

16  Raslan, El-Kamhawy & Pla
    By:  Alek H. El-Kamhawy

17  Suite 3FE, 1700 East 13 Street
    Cleveland, OH 44114

18  (216) 928-1500

19  For the Defendant     David L. Doughten
    Mazloum:           4403 St. Clair Avenue

20  Cleveland, OH 44103-1125
    (216) 361-1112

21

22  Helmick & Hoolahan
    By:  Jeffrey J. Helmick
    2nd Floor

23  1119 Adams Street
    Toledo, OH 43624-1508

24  (419) 243-3800

25

1   Mohammed Abdrabboh
    1620 Ford Avenue
2   Wyandotte, MI 48192
    (734) 283-8405
3
    Court Reporter:      Tracy L. Spore, RMR, CRR
4   1716 Spielbusch Avenue
    Toledo, Ohio 43624
5   (419) 243-3607

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    Proceedings recorded by mechanical stenography, transcript
24  produced by notereading.
25

**1**            (Reconvened at 8:40 a.m.)

00:01:11  **2**            THE COURT:  Are we ready to go?

00:01:13  **3**            MR. HARTMAN:  We are ready to go, Judge.   I expect

-08:-39:-30  **4**  it will take about two hours.   I'm wondering if it's okay, if I

00:01:21  **5**  sense a need, to ask for a ten-minute break in the middle.

00:01:24  **6**            THE COURT:  It's up to you.

-08:-39:-30  **7**            MR. HARTMAN:  Thank you.

00:03:28  **8**            (Jury enters the courtroom.)

00:03:29  **9**            THE COURT:  It's now Mr. Hartman's time and

-08:-39:-30  **10**  opportunity to present his closing argument on behalf of

-08:-39:-30  **11**  Mr. El-Hindi.

00:03:37  **12**            MR. HARTMAN:  Thank you, Judge.

00:03:39  **13**            THE COURT:  I remind you, as I've said so many

00:03:42  **14**  times before, the arguments of counsel are not evidence.

00:03:45  **15**  They're statements of counsel, of what they think the evidence

00:03:51  **16**  shows and the verdict you should reach.

00:03:54  **17**            MR. HARTMAN:  Thank you.   Good morning.   I want

00:03:57  **18**  to start this by telling you simply that Marwan El-Hindi is not

-08:-39:-30  **19**  guilty.   He's not guilty of any of the crimes that he's accused

-08:-39:-30  **20**  of.   He never joined any conspiracy and never had any intent

00:04:17  **21**  that the things he showed or e-mailed to Darren Griffin be used

-08:-39:-30  **22**  to kill American servicemen.   And the government didn't prove

-08:-39:-30  **23**  it.

00:04:34  **24**            Just like I told you in my opening statement, with

-08:-39:-30  **25**  respect to Marwan, nothing happened, and nothing was about to

-08:-39:-30 **1** happen.

-08:-39:-30 **2** Now, like you, I've listened to the recordings in

-08:-39:-30 **3** this case. I'm going to talk to you about our perspective on

-08:-39:-30 **4** what the evidence showed. If I speak too fast for anybody,

00:05:02 **5** please feel free to raise your hand and slow me down. I tend

-08:-39:-30 **6** to speak a little fast when I get nervous or when I'm passionate

00:05:11 **7** about something. I can tell you right now I'm very nervous

-08:-39:-30 **8** about this. I'm nervous because I'm afraid that I won't be able

-08:-39:-30 **9** to effectively explain to you what we think the evidence showed.

-08:-39:-30 **10** And I don't want to miss anything, so I'm going to refer to my

-08:-39:-30 **11** notes a lot. But I'm worried that I won't be able to articulate

00:05:40 **12** all the reasons that I think Marwan's not guilty and that I

00:05:46 **13** think the government didn't prove he is.

00:05:50 **14** I'm also passionate about this. This is a very,

00:05:58 **15** very important matter. We want to thank you all for serving.

00:06:04 **16** It's important obviously to Marwan, but it's important to all of

-08:-39:-30 **17** us because your decision in this case is going to say a lot

00:06:19 **18** about us, about what we value in this country, about how we do

00:06:27 **19** things, and about how we treat people who are different.

00:06:37 **20** The fact is, there was no conspiracy here,

-08:-39:-30 **21** especially as far as Marwan's concerned. What there was is the

00:06:47 **22** illusion of a conspiracy. It's an illusion that was created by

00:06:53 **23** Darren Griffin and accepted by the United States Government.

00:07:00 **24** It's wrong what's happening here. What's happening to Marwan is

-08:-39:-30 **25** wrong. I believe it's an assault on his rights, and by an

-08:-39:-30 **1** extension, it's an assault on mine and yours and everyone's.

00:07:23 **2** I'll explain why as I go through this.

00:07:26 **3** Now, the government keeps telling you this is a

00:07:29 **4** terrorism case, and there's a reason they keep telling you that.

-08:-39:-30 **5** It's because they want you to be afraid.  They figure the more

-08:-39:-30 **6** you are afraid, the more you'll support this charade that Darren

00:07:51 **7** Griffin created and that they've presented to you.  We know that

-08:-39:-30 **8** they want you to be afraid because why else would they go

-08:-39:-30 **9** through those pictures and files on this computer and point out

-08:-39:-30 **10** the fact of the people who were in it?  Does it change the

-08:-39:-30 **11** evidence that there was a picture of -- I can't pronounce it --

-08:-39:-30 **12** Abu Musab Al Zarqawi on a website?  It doesn't change the

00:08:27 **13** words, and the videos; it doesn't change the actions.  It

-08:-39:-30 **14** doesn't have anything to do with the evidence, who these people

-08:-39:-30 **15** are, but they have scary names.  Ayman Al Zawahiri, Osama Bin

-08:-39:-30 **16** Laden; all of these things are designed to get a reaction out of

-08:-39:-30 **17** you, but it doesn't have anything to do with why we're here

-08:-39:-30 **18** today.

00:08:55 **19** The reason we're here is for you to decide what

00:08:58 **20** Marwan did or didn't do, what all these defendants did or didn't

-08:-39:-30 **21** do.  It reminds me actually of the old color-coded terror

-08:-39:-30 **22** threat system that the government used to use.  I don't know

-08:-39:-30 **23** what happened to it, but do you remember when they used to come

-08:-39:-30 **24** out every day and say the threat level today has changed from

00:09:23 **25** orange to pink, which made us all keenly aware of absolutely

6769

1    nothing until the day they came and told us that, well, it's now

2    orange, so go buy all the duct tape and plastic sheeting you can

3    buy.  And we did.  We had no idea why, but we did it.

4            Yes, this is a case about terrorism in a sense, but

5    it's about more than that.  It's about our rights, yours and

6    mine, as well as the defendants'.  It's about how we treat

7    people who are different than we are.  Specifically, it's about

8    how the government treats Muslims in post 9/11 America.  And I

9    think it's important that we acknowledge that.  It's also about

10   what the government likes to call the war on terrorism.

11           Now, one of the first things that I thought of when

12   I started working on this case three or four lifetimes ago was

13   how are we going to get a fair trial?  How do you get a fair

14   trial for a Muslim who's from the Middle East who looks like

15   Marwan does in middle America?  I really worried about that.

16   And the first question was, can we get a fair jury?  I believe

17   we've done that.  I know it took a long time; it was kind of a

18   hard process, but in the selection process I think you were all

19   candid, and frankly I personally am very confident in your

20   ability to sit here and judge my client.  And he is too.

21           I will also acknowledge you folks have been,

22   without a doubt, the most attendant jury I've ever seen.  I

23   watched you look very carefully at the exhibits, listen very

24   closely to witnesses.  A lot of you took notes.  You even

25   raised your hand sometimes and said:  Wait a minute, what was

-08:-39:-30  **1**  that exhibit number, ,or what was that name?   And that means a

00:11:53  **2**  lot.   I can't tell you how much that means to Marwan.   Because

00:11:59  **3**  before the end of the day, his fate is going to be in your

00:12:02  **4**  hands.

00:12:04  **5**  I can tell you what it means to me that you were so

00:12:08  **6**  attentive.   And I appreciate it more than you'll know because I

-08:-39:-30  **7**  think it means you know the evidence; you know all the evidence

-08:-39:-30  **8**  that you have seen.

00:12:20  **9**  Now, it was almost a week ago now, but the

-08:-39:-30  **10**  government spent last Wednesday and part of Thursday presenting

-08:-39:-30  **11**  a very, very compelling argument to you about guilt, and that's

-08:-39:-30  **12**  not surprising because Mr. Sofer is a very good lawyer.   He

-08:-39:-30  **13**  knows what he's doing.   But when I sat over there in that

-08:-39:-30  **14**  chair, and I listened to closing argument, there were so many

-08:-39:-30  **15**  times I wanted to jump up, and I wanted to say, wait a minute,

00:12:56  **16**  that's not all that witness said.   I wanted to stand up and

-08:-39:-30  **17**  say, Your Honor, I object; that little piece of tape that was

00:13:05  **18**  just played takes this thing totally out of context.   But I

-08:-39:-30  **19**  didn't do that.   Frankly, I'm not that kind of lawyer.   And

-08:-39:-30  **20**  everybody gets their say, and that's fair.   So I sat there and

-08:-39:-30  **21**  waited for my turn.   And now I can tell you what I really

-08:-39:-30  **22**  think.

00:13:25  **23**  What I really think is that I wanted to yell and

-08:-39:-30  **24**  scream about the way the government presented that evidence.

00:13:32  **25**  It was a snippet here, a little bit there, a cut from here.

6771

1 What I think they gave you was the greatest cut and paste job in

2 the history of courtroom trials.   I don't think it was a fair

3 representation of what the evidence actually is.   In fact, I

4 think it was a bit of manipulation of what the evidence actually

5 is.   That's why I'm so glad you folks were paying attention so

6 closely.   Because what you got from the government wasn't the

7 whole story, and it wasn't the big picture.   And in order for

8 you to fairly judge Marwan, you need to look at the big picture.

9        You know the way that the government ran those

10 clips together without being completely clear about the date and

11 what time and how much time was in between the clips, and they

12 ran so fast.  I know they had a lot to cover, and they wanted to

13 get it done quickly, so maybe that's the reason why they did

14 that, but do you know what it reminded me of?   Remember that

15 video that we saw a couple of times of all those American

16 ministers and politicians talking about Muslims and talking

17 about Islam?   That video made it look like this entire country

18 had a wild hatred for people of the Islamic faith.   It really

19 did.   Now, you and I know that's not true, that's not how we

20 are.   But that's what that video made it look like.

21        It occurred to me, as I was thinking about the

22 government's closing and preparing my own to give you folks that

23 the way that that was kind of hacked and slashed and given to

24 you reminded me a lot of the way that Darren Griffin manipulated

25 people, including the government, through the course of the

6772

1  investigation and in the way he testified.   And I'll give you

2  an example.   Mr. Griffin testified that Marwan called him out

3  of the blue on June 23, 2004; "out of the blue;" those were his

4  words.

5           Mr. Sofer told you last Wednesday that Marwan did

6  indeed call Mr. Griffin on June 23, 2004, and he did.   But

7  that's only part of the picture, because if you recall the whole

8  recording shows that Marwan was returning the call to Griffin

9  from the same day, and, in fact, Mr. Griffin tried three times

10  to call Marwan that day.   And you can ask the Judge in your

11  deliberations to listen to that entire recording.   Mr. Griffin

12  said he got called out of the blue.   He sat there, and he lied

13  to you.

14           Mr. Sofer didn't lie to you.  I'm not suggesting he

15  did.  But it wasn't the whole story.   It wasn't the big

16  picture.

17           Another example is about two wire transfers the

18  government told you about that went from Mohammad Ahmed to

19  Marwan's bank account.   One was for $10,000; one was for

20  $8,000.  Now, you know, because we have stipulated, we agreed

21  with the government, that the expenses from the trip to Egypt to

22  go bring back Zubair and Khaleel Ahmed, that those expenses were

23  reimbursed by Zubair's father Mohammad, and that's what the

24  $8,000 wire was.

25           They also told you about the $10,000 wire.  They

-08:-39:-30 **1** made it sound like Marwan was taking advantage of Mr. Ahmed by

-08:-39:-30 **2** taking his money because then he was going to further whatever

00:18:23 **3** quest -- he, being Marwan, was going to further whatever quest

-08:-39:-30 **4** these boys were on.   Well, if you recall the testimony,

00:18:32 **5** Zubair's sister, Yasmin, utilized EMSS and actually went to

00:18:38 **6** medical school over in Europe.   And you heard her on a

00:18:41 **7** recording, the conversation between Marwan and Mr. Griffin, that

-08:-39:-30 **8** the fee for that service is $10,000.  And that's what that wire

-08:-39:-30 **9** transfer was.   EMSS didn't get to keep that whole fee.  Marwan

-08:-39:-30 **10** said that on the recording.   But that's all it was.   And you

00:19:04 **11** weren't told any of that.   It's the big picture that's

-08:-39:-30 **12** important.

00:19:15 **13**          Now, before we get into this any further, I want to

-08:-39:-30 **14** talk to you about Marwan.   Take a look at Marwan.   Stand up.

-08:-39:-30 **15** I know it's tough for some of you to see because of the screen,

-08:-39:-30 **16** but you've been seeing him for two months now.   He's different

-08:-39:-30 **17** than we are.   And it's okay to acknowledge that.   He's a

00:19:43 **18** little darker skinned; he wears a long beard.   He comes from a

-08:-39:-30 **19** place that is unknown to most of us, and you know from the

00:19:56 **20** recordings that he speaks with a pretty heavy accent.   He's a

-08:-39:-30 **21** Muslim.   He prays five times a day; he goes to the Mosque a

-08:-39:-30 **22** couple times a week, and that makes him different than most of

-08:-39:-30 **23** us too.   But he's also human.   He's a husband, he's a father,

-08:-39:-30 **24** he's an American citizen, and he's entitled to all the rights

-08:-39:-30 **25** that you and I have.

00:20:34  **1**      Before all this began, who was Marwan?   Well, he

-08:-39:-30  **2**  was an immigrant.  He was born in Jordan, came over here in the

-08:-39:-30  **3**  mid '80s to go to school.  He liked it, and he stayed.   The

-08:-39:-30  **4**  land of opportunity, after all.

00:20:55  **5**      He said -- you heard him on the recording say he

-08:-39:-30  **6**  liked it here.   He thought this was a peaceful country.   And

-08:-39:-30  **7**  what he was doing was the best he could to raise his children

00:21:07  **8**  the best way he knew how.   It was made clear several times on

-08:-39:-30  **9**  the recordings that that was the most important thing in his

00:21:17  **10**  life.   In fact, in one recording, I don't remember what the

00:21:21  **11**  date was, but he told Griffin that that was his jihad, his

-08:-39:-30  **12**  struggle, raising his kids the Islamic way.

00:21:30  **13**      Now, other than his kids and his religion, his

00:21:37  **14**  other primary interest was business, as you heard, of almost any

-08:-39:-30  **15**  form or fashion.   But he worked primarily, once this started,

-08:-39:-30  **16**  for EMSS.   I don't know if we've told you it's European Medical

00:21:52  **17**  Studies and Services; that's what that stands for.   He worked

-08:-39:-30  **18**  primarily for EMSS recruiting young American kids to go over to

00:22:00  **19**  eastern Europe and go to medical school.   Now, an interesting

-08:-39:-30  **20**  question is:  Who was Marwan on the day he was arrested?   Well,

-08:-39:-30  **21**  he was pretty much the exact same person.   He was raising his

00:22:20  **22**  kids; he was working for EMSS; he was adhering to his religion,

-08:-39:-30  **23**  and he had little or no contact with Darren Griffin, or with

00:22:34  **24**  Wassim Mazloum and Mohammad Amawi, by the way.   He also had no

-08:-39:-30  **25**  plan or intent to further anything or do anything illegal on the

1  day he was arrested.

2  Can you put up that instruction for me?

3  Now, you've seen this because the government or the

4  Judge read it to you, but I want to show you again because it's

5  important.  The government has the burden to prove these

6  charges against the defendants beyond a reasonable doubt.  That

7  burden stays with the government from start to finish.  We

8  didn't and don't have to prove anything.  That's a very

9  important part of our system.  That's on page five of your jury

10  instructions.  What that means is even as he sits here today,

11  he's an innocent man unless you decide otherwise.  And your

12  decision has to be based on what the government tells you.

13  It's their burden.

14  Now, the government told you several things in its

15  opening argument.  They said the best evidence would be the

16  defendant's own words.  And in Marwan's case, that is

17  absolutely true.  But it's not just the few words that the

18  government wanted you to listen to and played to you last week.

19  It's all of his words.  It's the big picture.  I'm not going

20  to go through 30 hours of clips that you already heard because I

21  think you were attentive and understood them.  And I'm not even

22  going to go through and pick out the highlights, the things that

23  we think are best, smash them together and play them for you.

24  Again, I believe you understand the evidence.  But, to the

25  extent you have any question about any of these recordings, just

-08:-39:-30 **1** like Mr. Sofer did, I would encourage you to ask the Judge to

00:25:04 **2** let you listen to them again while you're deliberating. If you

-08:-39:-30 **3** think you need to do that, you have a right to do that, and we

-08:-39:-30 **4** both encourage you to do that. But I would encourage you to

-08:-39:-30 **5** make sure that you listen to them in their entirety. So you

-08:-39:-30 **6** get the big picture, so you get the context of what's being

-08:-39:-30 **7** said. Specifically I would encourage you to do that because of

-08:-39:-30 **8** the way they were presented here last week.

00:25:39 **9** Here's the other part, the other part of the best

-08:-39:-30 **10** evidence. In order to look at the big picture, you've got to

00:25:48 **11** consider Darren Griffin's words too. You have to consider the

00:25:51 **12** things that he said and did when you're deciding whether the

-08:-39:-30 **13** government proved the elements against Marwan. I believe it is

00:26:08 **14** an indisputable fact that if it weren't for Darren Griffin, none

-08:-39:-30 **15** of this would have happened. In fact, these three men may

-08:-39:-30 **16** never have been in the same room together. They may never have

-08:-39:-30 **17** met except for Darren Griffin. Mr. Griffin admitted that

-08:-39:-30 **18** Marwan didn't know either one of these guys before he introduced

-08:-39:-30 **19** them, and that didn't happen until February 2, 2005, in the case

-08:-39:-30 **20** of Mr. Amawi; and February 16, 2005, in the case of Mr. Mazloum.

00:26:51 **21** He admitted that he brought these men together. He admitted

-08:-39:-30 **22** that on February 2 he and Marwan were at a CopyMax, and they

-08:-39:-30 **23** were burning CDs for EMSS, and it was his idea to drop by Mr.

-08:-39:-30 **24** Amawi's house. And you can tell from the recording that he

00:27:18 **25** wasn't expected. This was a drop-in. And within almost a

6777

-08:-39:-30    1    minute of getting to that house, Mr. Griffin said:  Hey, is your

00:27:32    2    computer booted up?   I want to show Marwan some of the sites.

-08:-39:-30    3    Griffin had never watched any videos or anything like that with

-08:-39:-30    4    Marwan before this happened.   So he took him to Mr. Amawi's

-08:-39:-30    5    house and put them together.

00:27:51    6             You know the other thing to keep in mind is we

00:27:55    7    don't have the recording from CopyMax, and the reason is because

-08:-39:-30    8    Darren Griffin didn't turn it on.   He had the power to turn the

00:28:09    9    recorder on and off whenever he wanted.   That means if there

-08:-39:-30    10    was innocent conversation, he didn't have to turn the recording

00:28:21    11    on.   When he did turn that recording on, he was the only one

-08:-39:-30    12    who knew that he was actually making recordings for a later

00:28:33    13    audience, for you, and he used that to his advantage to make

-08:-39:-30    14    things sound a certain way, and to make people say certain

00:28:48    15    things.

-08:-39:-30    16             Now, he also admitted that it was his idea to bring

00:28:56    17    Wassim to Marwan's house for dinner on February 16.   You heard

-08:-39:-30    18    the tape.   Wassim didn't even know they were going there.   He

-08:-39:-30    19    thought they were going to the shooting range.   Again, this is

00:29:09    20    Griffin purposely putting these three men together so he can

00:29:17    21    create this illusion of a conspiracy between them.   He admitted

-08:-39:-30    22    that once he had them together, it was his idea to form a cell.

-08:-39:-30    23    I think he was the only one who ever used that word or talked

-08:-39:-30    24    about that concept.   But he put these guys together, and once

-08:-39:-30    25    he had them together, it was clear from the recordings you could

1  hear the way he pushed, and pushed, and pushed.

2  You not only heard some of it on the recordings,

3  but he admitted on the stand some of the things that he did.

4  He brought up topics and changed subjects on a dime to get

5  people talking about training or jihad.   He asked a lot of

6  people and was always encouraging people to go to the shooting

7  range with him.   He admitted that he kept talking about things

8  like training and jihad, even though people weren't listening to

9  him.   He admitted that.   He admitted that he was ambiguous, so

10 much so that the FBI sometimes had to tell him to be more clear.

11 Now, when it comes to training, he said he tried to be spot-on,

12 that's his word, "spot-on" about that.

13 But you and I know that's not true because we heard

14 the recordings.   And actually on cross-examination by Mr. Boss,

15 Griffin later admitted that the whole concept of training got

16 ambiguous, too, in the conversations.   He would dominate

17 conversations; he would interrupt people; he would steer the

18 subject matter.  And he did this in an effort to get people to

19 say things; not to see what they would say, to get them to say

20 things.   And that was clear even from what the government

21 played for you.

22 He admitted that he was the one who finally brought

23 up illegal concepts.   He was the one who brought up explosives

24 to Zubair and Khaleel, not other way around.   That's his

25 admission.   He admitted that he was fishing. Fishing; is that

1　how we do things here now?　We hire somebody, we send them into

2　a community, and we ask them to go fishing for someone to

3　conspire with?　I hope it's not.

4　　　　　Now, Mr. Griffin claimed this was all gathering

5　information, but I think you know this went way beyond gathering

6　information.　And we'll talk about that a little later.　But I

7　want to talk right now about Marwan specifically and his

8　interaction with Mr. Griffin.　Griffin admitted that he started

9　monitoring Marwan in 2002.　And he started taping him very

10　early in 2003.　And right from the start in March of 2003 he

11　was saying things --

12　　　　　David, can you put that quote up?

13　　　　　"I've become more militant."　This is when the two

14　of them are in the car together, either to or from the airport.

15　Griffin picked him up.　And he tells Marwan:　I've become more

16　militant.　He also said:　I wish I was over in Iraq running a

17　training program.　This is way early on.　This is way before

18　he ever introduced Wassim and Mohammad.　Marwan didn't respond

19　to those comments in any way, and didn't show any support of

20　those ideas.　And that was from Darren Griffin's own admission

21　on April 29.

22　　　　　By the way, the government kept asking why Marwan

23　didn't run away from him; "run not walk" was the phrase.　Well,

24　why should he have to run away from Griffin just because the guy

25　had these crazy ideas; Griffin, not him.　And the guy talked

-08:-39:-30  1  about his own plans. It is Marwan's responsibility to run away

-08:-39:-30  2  from that? I would submit it's not. But him just sitting

-08:-39:-30  3  there doesn't mean that he agreed. And you know because

00:34:35  4  Griffin admitted it; that when he first started working on

-08:-39:-30  5  Marwan, he didn't support him. Marwan wasn't responsive to

-08:-39:-30  6  that kind of stuff.

00:34:46  7          There's another instruction I want to show you.

-08:-39:-30  8  This is about connection to the conspiracy. "Proof that a

00:34:59  9  defendant simply knew about a conspiracy, or was present at

00:35:03  10  times, or associated with members of the group, even if he

00:35:07  11  approved of what was happening or did not object to it, that's

-08:-39:-30  12  not joining a conspiracy." That's what the Judge told you.

-08:-39:-30  13  That will become more important later on.

00:35:19  14          Now, Griffin admitted that he asked Marwan a lot of

00:35:26  15  times to go shooting, and Marwan never did. There's nothing

-08:-39:-30  16  illegal about shooting. But Marwan never went, never showed an

00:35:38  17  interest. Griffin admitted that he was proactive at times.

00:35:45  18  That's how he put it, "proactive." I call it manipulative; he

00:35:52  19  calls it proactive. Either way, it's creating a situation to

-08:-39:-30  20  make it look a certain way.

00:36:03  21          You heard from some of those earlier recordings

-08:-39:-30  22  that we played on cross-examination how many times he would say

00:36:12  23  these kinds of things to Marwan, about training, about jihad.

00:36:19  24  And Marwan never, ever took the bait; back in those early days,

-08:-39:-30  25  or later frankly. But I just want to show you how long a

-08:-39:-30 **1** period of time Griffin spent trying to get this man interested.

00:36:42 **2**          Now, you heard a few examples of the ways that

00:36:46 **3** Griffin would manipulate the conversation.   They would be in

00:36:50 **4** the middle of talking about Islam or food or tea, and he would

00:36:57 **5** just bring up the notion of training or finding land to train or

00:37:05 **6** finding a place to shoot.   When we talked about land, Marwan

-08:-39:-30 **7** got interested, but, you know, because you heard the evidence,

00:37:14 **8** he was interested in land for farming and for livestock.   And

-08:-39:-30 **9** he actually, when he was arrested, had a few sheep in a pen out

-08:-39:-30 **10** behind his house.   So Griffin wants land for his purpose;

00:37:35 **11** Marwan wants land for his purpose.   And they're both talking

-08:-39:-30 **12** about it at the same time, but there's never a connection.   It

00:37:49 **13** got to the point that sometimes they were talking about

-08:-39:-30 **14** different things so much you could hardly make sense of what was

-08:-39:-30 **15** going on.

00:38:00 **16**          Considering that Mr. Griffin started working on

-08:-39:-30 **17** Marwan as far back as 2002, the question that comes to mind is:

-08:-39:-30 **18** How many times does a person have to say no?   How many times

00:38:20 **19** does a person have to fail to take the bait?  Do they have to

-08:-39:-30 **20** ignore the enticement before they should no longer be the target

00:38:32 **21** of investigation?   We'll talk about why that question didn't

00:38:44 **22** get answered later.   But is this the American way of doing

00:38:50 **23** things?   Is this what we stand for?

00:38:59 **24**          Griffin admitted on the stand, and it's undeniable

-08:-39:-30 **25** in the many, many recordings you heard, the evidence of a real

6782

1  lack of communication and understanding because of his use of

2  ambiguity, which he said was on purpose.   But look at all the

3  different meanings of the word "training" that came up that were

4  on the recording or that Griffin admitted were discussed.

5  There was training for work reasons in the recruiting business,

6  recruiting students to go to medical school, recruiting laborers

7  to work in Dubai.  There was even something about recruiting

8  nurses to come here and work.   There was training for

9  legitimate security work which Mr. Griffin told everybody that

10  he had, but he didn't.   There was training for physical

11  fitness.  They talked about training for self-defense and home

12  protection.   When Marwan talked about his kids playing soccer,

13  they were training for soccer.   He also talked about them

14  training for karate.

15          Now, Griffin admitted -- it took a while to get him

16  there, to get him to admit it, but he admitted that at that ICNA

17  conference in Cleveland when Marwan was talking about training

18  right in front of Zubair and Khaleel, Marwan was talking about

19  physical fitness to lose weight.   Griffin admitted that.   He

20  didn't want to, but he did.

21          So many times when the word would come up, Griffin

22  would try to make it sound like something sinister, something

23  nefarious, something that looked like it was criminal, but that

24  doesn't mean that it was.   You'll have to consider who was

25  saying what in these conversations because there was such a

00:41:24 **1** disconnect in the communication. And there wasn't just

-08:-39:-30 **2** manipulation of the conversations; there was manipulation of the

-08:-39:-30 **3** defendants themselves. He would ask them, encourage them to go

00:41:37 **4** shooting, he even took some people shooting. Now, he and the

00:41:42 **5** government both admit that that's perfectly legal, but they want

-08:-39:-30 **6** you to use it to infer guilt. The same thing with the video:

-08:-39:-30 **7** Griffin asked Marwan and Mohammad, he almost begged them to give

-08:-39:-30 **8** him videos, to show him the videos, the sites, to burn him

-08:-39:-30 **9** disks, to e-mail things to him constantly; he constantly tried

-08:-39:-30 **10** to get them to do that. The government told you there's

00:42:14 **11** nothing illegal about that, and there isn't, but they want you

-08:-39:-30 **12** to use it to make an inference that they're guilty because of

-08:-39:-30 **13** it.

00:42:31 **14** How about getting them together? Griffin

00:42:34 **15** constantly talked about getting together all the time with these

-08:-39:-30 **16** guys. And once he got them all together. One time. February

-08:-39:-30 **17** 16 he even said, We should all get together next week. Well,

-08:-39:-30 **18** that never happened. He tried a lot, and it happened once in

-08:-39:-30 **19** three and a half years. And even then, it was very clear that

-08:-39:-30 **20** they didn't all know they were getting together, and they didn't

-08:-39:-30 **21** all know what the reason was. Marwan thought his computer was

00:43:09 **22** going to get fixed. Wassim didn't even know he was going to

-08:-39:-30 **23** Marwan's house until he got in the car; he thought he was going

-08:-39:-30 **24** to the shooting range, but Griffin took him to Marwan's instead.

-08:-39:-30 **25** Again, putting them together so he can create the solution.

1  Every single time something happened in this case,

2  Darren Griffin was right in the middle of it.   And you know

3  why?   It's because he was the one who made it happen.   He made

4  all of this happen.

5  Now, Zubair and Khaleel.   Let's just run through

6  what we know about that.   Marwan met Zubair at an EMSS seminar

7  in Chicago.   That was where his sister, Yasmin, learned about

8  it and decided to go to medical school.

9  Now, the Chicago police report that you have in

10  evidence makes clear that in late May, I think it was of 2004,

11  Zubair's parents thought that he went over to get involved in

12  the war.   And we've stipulated; we've agreed with the

13  government.   By the way, that was Exhibit 202, was that Chicago

14  police report.

15  Now, we've also stipulated that Mohammad Ahmed,

16  Zubair's father, asked Marwan to go over there with him to try

17  to bring these boys back.   Why would he do that?   Well, he had

18  met him recently, knew he spoke Arabic, and had some dealing

19  with him.   Mohammad Ahmed is Indian; he doesn't speak Arabic.

20  He had to have somebody.   He happened to call Marwan.   Now,

21  Marwan did help retrieve Zubair and Khaleel, and they came back

22  to the States.   The government agrees to that.   The defense

23  agrees to that.   You saw that picture of Marwan with his arms

24  around them in Cairo, and he's pointing at the two of them.

25  The government showed you that in the closing.   Mr. Sofer told

1   you Marwan was saying:  These are my guys.  No way.   That's

2   not what that picture showed at all.   All you saw from Marwan

3   in that picture was pride that he actually found them and that

4   they were bringing them back:  Look, look what I got

5   (motioning).

6           The government made it sound like it was the

7   beginning of his evil plan to train them better, but that's not

8   the case.   In fact, Marwan helped stop these boys from going

9   and getting involved in this violent jihad against U.S. forces

10  in Iraq and Afghanistan.   Remember that?  If anything, he

11  helped stop them from attacking and killing American troops.

12          Now, they came back here, Zubair and Khaleel still

13  talked about training and fighting and jihad, and we all know

14  that because you can see that from the recordings of that

15  conference in Cleveland in July of 2004.  And Marwan heard part

16  of that conversation, not the whole thing, but he heard enough

17  to know what they wanted.   He knew what they wanted from

18  Griffin, and he knew that Griffin was willing to give it to

19  them.   And you know what happened after that?   Nothing.

20          Griffin said he would train them; he looked to

21  Marwan to facilitate that.   You heard it on the recordings.

22  How many times did he ask him?  I didn't count them.   But no

23  matter how many times Griffin asked Marwan about them, or about

24  bringing them to Toledo, or hooking them up somehow, he never

25  did it, ever, not once.

| | | |
|---|---|---|
| 00:48:12 | 1 | After the conference in Cleveland, Darren Griffin |
| -08:-39:-30 | 2 | never saw Zubair and Khaleel again.   And the reason for that is |
| -08:-39:-30 | 3 | Marwan El-Hindi.   That's just a fact.   Now, Marwan would say, |
| -08:-39:-30 | 4 | yeah, I'll see if I can bring them; or, yeah -- he talked to |
| -08:-39:-30 | 5 | Griffin a couple times while he was in Chicago; you heard that |
| -08:-39:-30 | 6 | on the recordings.   He said:  Yeah, I'll see if I can bring |
| 00:48:43 | 7 | them back, or, I'll see if they're available.   He said that a |
| 00:48:46 | 8 | bunch of times, but never did it.   Now, I ask you, ladies and |
| -08:-39:-30 | 9 | gentlemen, what do you think shows his intent better, that he |
| -08:-39:-30 | 10 | said I'll bring them, or, I'll see if I can bring them, or that |
| -08:-39:-30 | 11 | he never brought them?   I would suggest that the fact that he |
| -08:-39:-30 | 12 | never brought them, that shows what was going on in Marwan's |
| -08:-39:-30 | 13 | mind. |
| 00:49:18 | 14 | The reason he doesn't bring them together is |
| -08:-39:-30 | 15 | because he knows what they want to get involved in, and he knows |
| 00:49:28 | 16 | what Griffin's willing to do for them, and you even heard him |
| -08:-39:-30 | 17 | say to Griffin that he didn't want these boys to do something |
| -08:-39:-30 | 18 | stupid or get in trouble.   He'd already gone to Cairo to bring |
| -08:-39:-30 | 19 | them back from that.   And after he brought them back, you heard |
| -08:-39:-30 | 20 | him say he wanted to take care of them for their families, just |
| -08:-39:-30 | 21 | like he told Griffin.  That was the same day he told Griffin |
| 00:50:00 | 22 | that he was not recruiting for jihad.   Griffin finally is clear |
| 00:50:06 | 23 | and unambiguous about something:  Are you recruiting for jihad? |
| -08:-39:-30 | 24 | And the answer is:  No. |
| 00:50:12 | 25 | Now, that's a tape I do want to play for you.   So |

-08:-39:-30  **1**  we need to get your headphones on.   This is the button that

-08:-39:-30  **2**  stops static?   That's the extent of my technical knowledge

00:50:44  **3**  right there.   Ready?

00:50:49  **4**           (Audio is played.)

00:51:04  **5**           MR. BOSS:  We still have static with the

-08:-39:-30  **6**  headphones.

00:51:45  **7**           (Discussion had off the record.)

00:51:47  **8**           MR. HARTMAN:  Let's try it again.

00:51:49  **9**           (Audio is played.)

00:53:39  **10**          MR. HARTMAN:  Are you recruiting for jihad or for

-08:-39:-30  **11**  one of the brothers over there?   I think it's the first time

-08:-39:-30  **12**  that Griffin was clear and unambiguous in his question.   And

-08:-39:-30  **13**  the answer was very clear:  No, I just want to take care of

-08:-39:-30  **14**  these two boys.   He says for their family.   Well, we know what

-08:-39:-30  **15**  the family wanted; look at Exhibit 202.   The family wanted them

-08:-39:-30  **16**  brought home and safe, not to get involved in anything.

00:54:15  **17**          There's talk about the Ahmeds again on October 8th,

00:54:20  **18**  2004.   And the government played you a clip that ended with a

-08:-39:-30  **19**  comment that Zubair's mother thought Marwan was dangerous and

00:54:32  **20**  didn't want Zubair around him.   Again, it doesn't give you the

00:54:37  **21**  big picture.

00:54:39  **22**          First of all, we have no idea what Mrs. Ahmed

-08:-39:-30  **23**  thought.   But later, Marwan expressed his disappointment about

-08:-39:-30  **24**  the perception of her thought because he was the one who went

-08:-39:-30  **25**  over there and got them.   He said:  How am I dangerous?   I'm

1  the one who went over and brought them back.  And Griffin even

2  says, You saved their lives.  Again, I would encourage you to

3  listen to that recording.  That's the same recording where

4  Marwan says:  Tell them you'll train them but not for jihad,

5  just to protect themselves if somebody breaks into their house.

6  Is there any better indication of Marwan's state of mind than

7  "not for jihad"?  I don't think there is.

8          Now, the government tried to tell you, and I'm sure

9  we'll talk about it in rebuttal, that Marwan said that to try to

10  cover up the truth about what Griffin was doing, to try to give

11  him a story.  But if that was true, why would Griffin say what

12  he said next?  And what he said was:  Hey, I want to get this

13  right; I'm going to train them for whatever they decide to do.

14  He's not talking about a coverup; he's talking about training.

15  And do you know what that was in response to?  "Not for jihad."

16  That's what Marwan thought.  I mean, the jury instructions tell

17  you that you can use your common sense.  Use your common sense

18  in making these determinations.

19          Now, common sense would indicate if Marwan ever,

20  ever wanted Griffin to get together with Zubair and Khaleel to

21  train them to do anything, but specifically to fight jihad the

22  way they both talked about -- "both" being Griffin and the

23  Ahmed -- he had plenty of opportunity to do it.  He had plenty

24  of time to do it.  He never did it.

25          Griffin asked Marwan on July 27, he said:  How are

| | | |
|---|---|---|
| 00:57:12 | **1** | the boys doing?   Marwan said:  They're good; they're cooling |
| 00:57:18 | **2** | down; they're back in school.  And Marwan sound very satisfied |
| -08:-39:-30 | **3** | when he said that. |
| 00:57:26 | **4** | Griffin still responded asking Marwan right then to |
| -08:-39:-30 | **5** | bring them to Toledo.   But Marwan said:  They're good; they're |
| 00:57:38 | **6** | cooling down, and they're back in school.   Common sense, ladies |
| 00:57:42 | **7** | and gentlemen.  There's no question at all what he had in mind. |
| -08:-39:-30 | **8** | I would encourage you to listen to that recording, too:  July 27 |
| -08:-39:-30 | **9** | of 2004. |
| 00:57:58 | **10** | The evidence is clear, there were two times that |
| -08:-39:-30 | **11** | you heard Darren Griffin be direct and unambiguous with Marwan |
| 00:58:10 | **12** | about his intentions with Zubair and Khaleel.   Two times. |
| -08:-39:-30 | **13** | Both times when no one else was around.   One was when Marwan |
| -08:-39:-30 | **14** | said "not for jihad," and the other was when Marwan said he |
| -08:-39:-30 | **15** | wasn't recruiting for jihad. |
| 00:58:40 | **16** | How many times do you have to say no?   Seriously. |
| 00:58:50 | **17** | Now, the important part of those exchanges and the |
| -08:-39:-30 | **18** | testimony that came from here on the witness stand, Mr. Griffin |
| 00:59:02 | **19** | and Agent Coats both said that using ambiguity was a good thing |
| -08:-39:-30 | **20** | because it didn't make sense to talk directly and openly about |
| 00:59:12 | **21** | what you wanted to do. |
| -08:-39:-30 | **22** | Well, first of all, I would submit to you I think |
| -08:-39:-30 | **23** | that's a ridiculous assertion.   Griffin spent three and a half |
| 00:59:23 | **24** | years recording Marwan, monitoring Marwan.   You don't spend |
| -08:-39:-30 | **25** | that much time and not get to the point where you can be direct. |

-08:-39:-30  1  But the ambiguity also means that any comment where you're going

-08:-39:-30  2  to get a response, it may mean one thing, it may mean the other.

00:59:42  3  Because if the question is ambiguous, you don't necessarily know

-08:-39:-30  4  what the answer means.   Not these two times.   Not these two

-08:-39:-30  5  times.   And they're the only two times where it's unequivocal.

00:59:58  6  Marwan was not interested in being involved in this stuff.   He

01:00:04  7  doesn't have to prove that.   The burden still rests with the

01:00:09  8  government.  But those comments speak volumes about what he

-08:-39:-30  9  thought of this whole thing.

01:00:28  10          Now, the government points to a conversation on

-08:-39:-30  11  February 8, 2005.   And they talked about it in their closing

-08:-39:-30  12  argument when Marwan talked about Zubair with Griffin, and he

-08:-39:-30  13  talked about funding and CDs.   Well, in the big picture, you

-08:-39:-30  14  know that Marwan was always looking for funding.   Marwan needed

-08:-39:-30  15  money.   You know that he had already talked to Zubair the

-08:-39:-30  16  previous summer about getting involved in EMSS, that's why he

-08:-39:-30  17  brought him to that conference; he said that to Griffin.   And

-08:-39:-30  18  about the CDs, we've got to remember, it was six days before

01:01:23  19  that that Marwan and Griffin were together at CopyMax burning

01:01:29  20  CDs for EMSS.   That's what he was talking about, taking Zubair

-08:-39:-30  21  those CDs.   And he says to him, You with us or not?   That's

-08:-39:-30  22  what Marwan was talking about, business, because that's what

01:01:59  23  Marwan always talked about was business.

-08:-39:-30  24          The government called Marwan the self-proclaimed

01:02:09  25  moneyman of this conspiracy.   He never gave a nickel to anyone

01:02:13 1 for anything, never applied for a grant that didn't have a

01:02:20 2 legitimate purpose, although Mr. Griffin, you could hear on

01:02:24 3 those tapes, went to great lengths to make it sound like the

-08:-39:-30 4 grants were for training.   When Marwan did get a grant to do a

-08:-39:-30 5 low income tax clinic, even the government admits that they --

-08:-39:-30 6             Dave, put up that stipulation.

01:02:59 7             Just go ahead and read that over.

01:03:46 8             Now, this is evidence because it's a stipulation

01:03:50 9 that the Judge read to you.   That means that the government and

01:03:54 10 defendants agree to it.   And this shows you a couple things.

01:03:58 11 First, it shows you that Marwan was interested in nonprofit

01:04:06 12 organizations and grants long before this conspiracy ever was

01:04:13 13 supposed to have happened.  2001 Marwan was interested in this

01:04:19 14 stuff, and he actually followed through with it.  It also shows

-08:-39:-30 15 you that there's an allegation that some of the money is

01:04:32 16 misappropriated.   That means that they allege that some of the

-08:-39:-30 17 money wasn't used for what it was supposed to be used for.   But

01:04:38 18 there's no evidence whatsoever to show that it went to fund

-08:-39:-30 19 anything like what he stands accused of in this case, none.

01:04:46 20             Marwan talked about grants to open a halfway house,

-08:-39:-30 21 to help orphans, to help poor people in Egypt.   There were a

-08:-39:-30 22 number of things that he talked about getting grants for.   Now,

-08:-39:-30 23 did he see this as an opportunity to do some good while being

-08:-39:-30 24 able to pay himself?   Yeah, he probably did.   You can pick

-08:-39:-30 25 that up from the tape of the meeting with Mr. Dahabi on April 4.

01:05:30  1  You might not like that, you might not think that's proper, but

-08:-39:-30  2  it doesn't make him a terrorist.

01:05:44  3  He never talked about using this money for

-08:-39:-30  4  terrorism or for funding terrorism; Mr. Griffin did.  There was

-08:-39:-30  5  a tape where they talk about a building on Reynolds Road that

-08:-39:-30  6  Marwan said would be perfect for a school; it would be perfect

-08:-39:-30  7  for a school.  And they could get grants for that.  And

-08:-39:-30  8  Griffin is the one who brings up shooting again to make it sound

-08:-39:-30  9  illegal.  And Marwan says, well, it's a private building; we're

01:06:22  10  not doing anything illegal.  Again, it's Griffin trying to

01:06:27  11  create the illusion for a later audience that there's some

-08:-39:-30  12  conspiracy going on, that there's some agreement that these guys

-08:-39:-30  13  have.

01:06:41  14  I think -- in fact, I think it was on February 16,

-08:-39:-30  15  but I'm not sure, Griffin brings up the issue of grants in front

01:06:51  16  of somebody else for the first time, and he implies that they're

-08:-39:-30  17  intended to fund some project overseas.  Somebody asks Marwan,

01:07:03  18  I don't remember who it was:  Are they for overseas?  And his

-08:-39:-30  19  answer:  Not for overseas.  He said it very clearly.

01:07:12  20  I know it was on February 16 that Griffin said that

01:07:20  21  grants were Marwan's specialty and that they could get money

-08:-39:-30  22  that way, but you know what that shows you?  That shows you

-08:-39:-30  23  Griffin's intent, not Marwan's.  That shows you Griffin again

01:07:39  24  trying to create this illusion.  The government entered a whole

01:07:47  25  bunch of exhibits containing information for different grants.

| | | |
|---|---|---|
| 01:07:53 | **1** | They weren't applications; they were just informational |
| 01:07:57 | **2** | brochures for grants about a whole bunch of different things. |
| 01:08:01 | **3** | All legal.  No evidence that Marwan ever applied for any of |
| -08:-39:-30 | **4** | them. |
| -08:-39:-30 | **5** | Keep in mind it was over a year between the time |
| -08:-39:-30 | **6** | that they had dinner at his house and when he was arrested, and |
| 01:08:21 | **7** | it was eight or nine months after they met with Mr. Dahabi. |
| 01:08:27 | **8** | They never applied for any of those grants.  There was simply no |
| -08:-39:-30 | **9** | follow-up by the so-called moneyman to get money to fund this. |
| -08:-39:-30 | **10** | And, again, that shows lack of an agreement. |
| 01:08:45 | **11** | Now, there was this meeting with Mr. Dahabi, April |
| 01:08:50 | **12** | 4, 2005.   Griffin and Marwan went up to meet with this |
| 01:08:59 | **13** | accountant, Jihad Dahabi, at his office, and Griffin's wearing a |
| 01:09:03 | **14** | camera; we saw the video.   They were going to start this |
| -08:-39:-30 | **15** | organization, UMMAH, U-M-M-A-H.  You heard evidence about that. |
| -08:-39:-30 | **16** | You actually see the bylaws in evidence, so you can read those. |
| -08:-39:-30 | **17** | So there's no evidence -- let me back up a second.   The bylaws |
| 01:09:27 | **18** | say right in there that they were going to fund this |
| 01:09:31 | **19** | organization, at least in part, for government grants.   So it's |
| -08:-39:-30 | **20** | not like they were hiding anything.   Marwan wasn't afraid to |
| -08:-39:-30 | **21** | let anybody know that because he intended to have the bylaws |
| 01:09:43 | **22** | filed with the State of Michigan.   But Dahabi never did it. |
| -08:-39:-30 | **23** | But it says right in there where the funding is going to come |
| 01:09:51 | **24** | from. |
| 01:09:52 | **25** | Now, there isn't any evidence that Marwan indicated |

01:10:05  1  he was going to use that organization or that money for anything

01:10:10  2  related to the allegations in this case.   Now, the government

01:10:15  3  argued, and probably will again in rebuttal, that this whole

-08:-39:-30  4  meeting with Dahabi was the follow-up.   This was the follow-up

-08:-39:-30  5  to the plan, to the agreement that they made, and this was how

01:10:30  6  they were going to get money to fund the training.   But Marwan

01:10:34  7  never said that and never agreed to that.   What Marwan was

-08:-39:-30  8  doing, this is like the low income tax credit grant to him.   It

-08:-39:-30  9  was just another opportunity.

01:10:56  10           Even after April 4 Marwan never did anything to get

01:11:02  11  money, the so-called moneyman.   Doesn't it make sense that if

01:11:09  12  there was some kind of an agreement here that there would have

-08:-39:-30  13  been some follow-up?   I mean, what happens after April 4?

01:11:21  14  There are a few phone calls here and there, but nothing happens.

01:11:27  15  Doesn't common sense indicate if there's no follow up by Marwan

-08:-39:-30  16  that there was no agreement by Marwan?

01:11:47  17           Even if there had been a conspiracy, the government

-08:-39:-30  18  did not prove, by any stretch of the imagination, that Marwan

01:11:56  19  voluntarily joined it.

01:11:58  20           David, would you put that instruction up?

01:12:01  21           This is the same thing we put up before, but

-08:-39:-30  22  there's a little more; if you see similarity, and what comes

01:12:12  23  after it.   Just because a defendant may have done something

-08:-39:-30  24  that happened to help a conspiracy does not necessarily make him

-08:-39:-30  25  a conspirator.   These are all things that you can consider in

| | | |
|---|---|---|
| 01:12:24 | 1 | deciding whether the government has proved the defendant joined |
| -08:-39:-30 | 2 | a conspiracy.   But without more, they are not enough. |
| 01:12:33 | 3 | Yes, there was an association.   Yes, Marwan knew |
| 01:12:38 | 4 | Griffin.   But even if you were to decide there was a |
| -08:-39:-30 | 5 | conspiracy, which we don't believe there was, Marwan never |
| 01:12:51 | 6 | voluntarily joined. |
| 01:12:56 | 7 | Now, the government was successful in proving some |
| 01:13:00 | 8 | things:  First, Arab men love to talk about politics, and they |
| -08:-39:-30 | 9 | get very passionate about it when they do.  The government |
| -08:-39:-30 | 10 | proved that.   It's clear Marwan's main interest, aside from his |
| -08:-39:-30 | 11 | children and religion, was any business he thought could put a |
| -08:-39:-30 | 12 | few dollars in his pocket.  Even Griffin admitted there was |
| -08:-39:-30 | 13 | probably no business idea that Marwan wouldn't talk about. |
| 01:13:27 | 14 | Examples: EMSS obviously, the recruiting for laborers in Dubai, |
| -08:-39:-30 | 15 | but also things like selling grocery bags to the dollar store, |
| -08:-39:-30 | 16 | buying and selling candy and American flags, opening gas |
| 01:13:45 | 17 | stations, medical transcription work.   The list goes on and on. |
| -08:-39:-30 | 18 | That's what Marwan was about.   And that's why he kept Griffin |
| 01:13:54 | 19 | around.   He told him at one point that he wanted him to help |
| -08:-39:-30 | 20 | with EMSS.  In fact, it was in one of the recordings Marwan |
| -08:-39:-30 | 21 | said:  Well, you talk to him, you talk to the woman, and if he |
| -08:-39:-30 | 22 | needs to know anything extra from me, you can ask. |
| -08:-39:-30 | 23 | The government moved Marwan did not believe the |
| -08:-39:-30 | 24 | U.S. belonged in Iraq.   He said that.   He was pretty adamant |
| -08:-39:-30 | 25 | about that.   But he also said that he didn't think that they |

-08:-39:-30  **1**  could just leave because of the mess that would be over there.

01:14:33  **2**  He watched lots of videos on the internet.   They

-08:-39:-30  **3**  proved that.   Some of those videos some people would consider

-08:-39:-30  **4**  pretty offensive.   Some of them showed ugly scenes of war in

-08:-39:-30  **5**  Iraq and other places.   They show people from both sides of the

-08:-39:-30  **6**  conflict being killed.   They were difficult to watch, some of

-08:-39:-30  **7**  them, but the Judge told you that you can't let any sympathy,

01:15:11  **8**  bias, or prejudice influence your decision.  So even if you're

01:15:16  **9**  repulsed by those videos, even if it disgusts you that anyone

-08:-39:-30  **10**  would watch those videos, you can't let that affect your

-08:-39:-30  **11**  decision.   You can look at those videos that show intent.   The

-08:-39:-30  **12**  government's going to tell you about that.   I'm not going to

-08:-39:-30  **13**  deny that.   The Judge told you that.   But don't forget that

01:15:46  **14**  Marwan, just like the other two men who stand accused here

01:15:50  **15**  today, he lives under the same protection of the First Amendment

-08:-39:-30  **16**  that you and I do.

01:15:56  **17**  Since Mr. Bryan threw around some quotes last

01:16:01  **18**  Thursday, I'm going to give you one of my favorite ones.   It's

-08:-39:-30  **19**  Thurgood Marshall.   He was a great lawyer, important champion

01:16:10  **20**  of civil rights, and a Supreme Court justice.  And he wrote --

-08:-39:-30  **21**  and I can't quote it directly; I'm paraphrasing:  The First

01:16:19  **22**  Amendment means this: It means the government has no business

01:16:22  **23**  telling a man in his own home what books he may read or what

01:16:26  **24**  films he may watch.   Now, I'm not suggesting that the First

-08:-39:-30  **25**  Amendment means that nobody did anything wrong and no crime was

01:16:34   1   committed, but you need to consider that when you consider what

-08:-39:-30   2   was watched and what was looked at.

01:16:43   3              Incidentally, Mr. Amawi's father told you when he

01:16:46   4   was on the stand that watching that material is not unusual in

01:16:50   5   the Middle East at all.   In fact, they show it on the news, on

01:16:55   6   Al-Jazeera, and on other stations, the names of which I didn't

01:17:00   7   recognize and couldn't pronounce anyway.  So watching that type

01:17:11   8   of material is, in part, a cultural issue, and on that basis

-08:-39:-30   9   alone, can't be held against Marwan.   I don't want you to think

-08:-39:-30   10   I'm misleading you.   You can infer if you want to, but that's a

-08:-39:-30   11   cultural issue, and you can't hold it against him just on that

01:17:34   12   basis.

-08:-39:-30   13              You  know, the disturbing part of that was that it

-08:-39:-30   14   was real, those videos, people getting killed, people getting

01:18:02   15   beheaded, things blowing up.   That was real.   And we know

-08:-39:-30   16   Marwan had an interest in seeing what was going on.   But an

01:18:20   17   interest doesn't equal intent.   The government -- by the way, I

-08:-39:-30   18   think it's important to know that the videos that you guys were

-08:-39:-30   19   shown, they didn't all come from jihadists' or terrorists'

-08:-39:-30   20   websites.   Some of those videos came from CNN, or they had the

01:18:49   21   Al-Jazeera logo.  Some of this was mainstream video news.   I

-08:-39:-30   22   would submit to you that's how Marwan looked at all of it.   And

01:19:00   23   just like Mr. Amawi said on the stand:  What's really going on.

-08:-39:-30   24   You want to know what's really going on and see what's real?

01:19:11   25   Well, American news doesn't show that kind of thing.

6798

| | |
|---|---|
| 01:19:14 | **1** By the way, the government entered into evidence |
| 01:19:16 | **2** pictures of Marwan's house on Suder Avenue when -- the day that |
| 01:19:23 | **3** he was arrested.   And there are also some pictures of his |
| -08:-39:-30 | **4** former house on Mayo Street.  If you look through those |
| -08:-39:-30 | **5** pictures, you'll notice something a little bit peculiar for a |
| -08:-39:-30 | **6** house in the U.S.   There's no television.   He didn't own one. |
| 01:19:44 | **7** It's nowhere in the house.   The computer, the internet, that's |
| -08:-39:-30 | **8** where he got his news.   He didn't have a TV. |
| 01:20:10 | **9** Judge, I wonder if we could take a 10- or 15-minute |
| -08:-39:-30 | **10** break? |
| 01:20:15 | **11** THE COURT:  Sure.  We'll take a midmorning break. |
| 01:20:21 | **12** (Recess taken.) |
| 01:39:16 | **13** THE COURT:  You may be seated. |
| -08:-39:-30 | **14** Mr. Hartman, you may resume. |
| 01:39:20 | **15** MR. HARTMAN:  Well, it's that point we talked |
| -08:-39:-30 | **16** about, what was proven in case.   I want to talk at this point |
| 01:39:26 | **17** about what the government did not prove.   And the first issue |
| -08:-39:-30 | **18** is what's not there.   I think this case is remarkable for |
| -08:-39:-30 | **19** what's not there as much as it is for what is there. |
| -08:-39:-30 | **20** When Marwan was arrested, there's no gun, there's |
| -08:-39:-30 | **21** no bomb, there's no explosive or explosive material.   There's |
| -08:-39:-30 | **22** no target, there's no map.   There's no plan.   There isn't even |
| -08:-39:-30 | **23** a plan to get together with anybody at all in the future.   None |
| 01:40:01 | **24** of that is there.   And that goes for Mr. Amawi and Mr. Mazloum |
| -08:-39:-30 | **25** as well.   There isn't any common objective here that would |

01:40:15 **1** qualify this as a conspiracy.   It just doesn't exist.

01:40:27 **2**         Now, Marwan told Mr. Griffin that there was no

-08:-39:-30 **3** place for jihad right now.   That was on a recording.   Griffin

-08:-39:-30 **4** tried to tie Marwan to this by saying on February 16, Marwan,

01:40:45 **5** maybe you want to go to Filistine /Palestine.   But Marwan never

-08:-39:-30 **6** said that.   And he didn't agree to it at the time.  We don't

-08:-39:-30 **7** even know if there are U.S. servicemen in Palestine.   The point

-08:-39:-30 **8** is, Griffin brought that up.   That shows his intent.   It

-08:-39:-30 **9** doesn't show Marwan's intent.   They didn't prove a voluntary

-08:-39:-30 **10** agreement to join a conspiracy.   At the end of the day, ladies

01:41:22 **11** and gentlemen, if there was no follow-up to the conversations

-08:-39:-30 **12** that took place, whether you take it from February 16, February

-08:-39:-30 **13** 25, or April 4, the meeting with Mr. Dahabi, if there's no

-08:-39:-30 **14** follow-up, is there an agreement made?   Common sense would

-08:-39:-30 **15** dictate, no, there wasn't.

01:41:59 **16**         Now, what Marwan did not do.  Again, as I said

-08:-39:-30 **17** before, he didn't go shooting.   It's perfectly legal, but he

01:42:07 **18** didn't do it despite the number of times he was asked.   Never

01:42:11 **19** asked for training, tactical training, or any kind of training

-08:-39:-30 **20** in weapons or anything like that.   Never asked about

-08:-39:-30 **21** explosives.   He had no interest in any of that stuff.   Now,

01:42:22 **22** again, interest doesn't equal intent.   But he didn't even have

01:42:29 **23** interest.   He did ask for Griffin's help, but he didn't ask for

-08:-39:-30 **24** his help in anything but business matters.   Every time in the

01:42:45 **25** conversations about something having to do with this case was

-08:-39:-30  1  brought up, it was brought up by Griffin except for once.   I'll

-08:-39:-30  2  get to that in a minute.   Marwan would respond to some of the

01:42:59  3  things that Griffin said, but it was always in response to Mr.

01:43:07  4  Griffin.   And there's never any follow-up by Marwan.

01:43:14  5           It's also critically important that Marwan never

01:43:19  6  said anything to indicate an agreement with his other two

-08:-39:-30  7  alleged coconspirators.   There was never anything like that.

-08:-39:-30  8  They were together one time, and there's no evidence that Marwan

01:43:33  9  ever said anything to Wassim or Wassim to Marwan; and the same

01:43:38  10  goes for Mohammad, that they agreed with each other.   Marwan

01:43:43  11  responded to Griffin.   It doesn't show an intent.   It doesn't

01:43:50  12  show a conspiracy.   Again, it's the illusion of a conspiracy.

01:44:00  13           Now, remember the jury instructions that say a

-08:-39:-30  14  person can't conspire with a government agent alone because

-08:-39:-30  15  Griffin was really the only one that Marwan talked to about any

-08:-39:-30  16  of this.  Even though Griffin brought it up, he was the only

01:44:21  17  one.

01:44:23  18           Now, I told you earlier that there was one time

-08:-39:-30  19  that Marwan brought something up that wasn't Griffin, and that

-08:-39:-30  20  was Zubair and Khaleel.   And that was in a phone conversation

-08:-39:-30  21  when he first told Griffin about Zubair and Khaleel.   Do you

-08:-39:-30  22  remember that?   He said there's two brothers; they'd like to

-08:-39:-30  23  train, and then he laughed.   I think that laughter is very,

-08:-39:-30  24  very telling.   Now, yes, he said they have a lot of energy and

01:44:56  25  all the other things that happened in the conversation, but when

-08:-39:-30 **1** he told Griffin there's these two brothers and they want to

01:45:03 **2** train, he laughed.

01:45:12 **3** Counts 5 and 6 against Marwan, those allege the

-08:-39:-30 **4** distribution of explosive materials with the intent that it be

01:45:24 **5** used to kill U.S. nationals.  Marwan did watch a minute or two

-08:-39:-30 **6** of the vest video with Mr. Griffin.  That's the subject of

-08:-39:-30 **7** Count 5.  They also allege that Marwan gave Mr. Griffin Exhibit

01:45:46 **8** 61.  However, their own computer expert said there's no

01:45:52 **9** evidence that Exhibit 61 was ever on Marwan's computer or that

01:45:58 **10** his computer ever visited the website thread down there at the

-08:-39:-30 **11** bottom that would get you to Exhibit 61.  Griffin claims Marwan

-08:-39:-30 **12** gave it to him.  In a little bit we're going to talk about

-08:-39:-30 **13** credibility of witnesses, and I'll remind you of Exhibit 61 at

-08:-39:-30 **14** that point.  But he did watch the video, part of it with

01:46:22 **15** Griffin.  We're not going to deny that.  We told you that in the

-08:-39:-30 **16** beginning we wouldn't deny that.  That's the subject of Count

-08:-39:-30 **17** 5.  He also sent this e-mail to Griffin about the IED attack.

-08:-39:-30 **18** Now, the government did not prove and cannot prove

-08:-39:-30 **19** when Marwan did those things he had the intent for Griffin to

01:46:53 **20** use that stuff to kill U.S. soldiers.  There just isn't any

-08:-39:-30 **21** evidence of that.  There isn't any proof beyond a reasonable

01:47:05 **22** doubt that that was Marwan's intent when he did those things.

01:47:14 **23** David, can you pull up that instruction 22?

01:47:20 **24** The government must prove beyond a reasonable doubt

01:47:22 **25** that each defendant had the intent to further a federal crime of

01:47:28  1   violence, namely the killing of a U.S. national outside the

-08:-39:-30  2   United States or an officer or employee of the United States.

01:47:42  3   Beyond a reasonable doubt that Marwan had that intent.   Now,

-08:-39:-30  4   those things happened on February 8 of '05 with respect to the

01:47:55  5   vest video, and February 25 of '05 with respect to the e-mail.

01:48:02  6   And if you will recall, Darren Griffin was standing right next

-08:-39:-30  7   to Marwan the entire time when both of those events happened.

-08:-39:-30  8   It was almost like you could hear him telling Marwan what to

01:48:27  9   type.   In one instance he's telling him 059.   In the other one

01:48:35  10   he then tells him:  Well, send it to my e-mail address.   He's

01:48:39  11   telling him exactly what to type.   It's as if Marwan's there at

-08:-39:-30  12   the computer, and Griffin's the puppet master.   He's pulling

-08:-39:-30  13   the strings, asking Marwan to do these things.   Well, just

-08:-39:-30  14   because Marwan did them doesn't show that he had an intent.

-08:-39:-30  15   And Griffin never said:  Send me that IED e-mail because it's

-08:-39:-30  16   going to be perfect for me to help people kill Americans.

01:49:21  17           On February 8, the day the vest video ended up

-08:-39:-30  18   getting played, they started on the computer -- you'll hear that

01:49:34  19   recording.  They started with Marwan showing Griffin a very good

-08:-39:-30  20   site for the Qur'an.   That's what he was looking at first,

01:49:45  21   showing him a very good site for the Qur'an.   He then goes to a

01:49:49  22   site where there are different forums or chat rooms.   You heard

-08:-39:-30  23   that on the recording.   Marwan said there's a general

01:49:55  24   discussion -- or whatever site they were on, there's a general

01:49:58  25   discussion room.   There's a room for news of the Mujahidin,

| | | |
|---|---|---|
| 01:50:02 | **1** | news, and the cells.   And he says he doesn't think we could go |
| -08:-39:-30 | **2** | in there because that's for people who actually fight the war . |
| 01:50:16 | **3** | That's what Marwan says to Griffin.  Later they talk about the |
| -08:-39:-30 | **4** | applications, and Marwan said they don't need fighters;  all they |
| -08:-39:-30 | **5** | want is -- they want applicants for electronic jihad, which |
| 01:50:33 | **6** | Marwan says spread the word and educate people. |
| -08:-39:-30 | **7** | Now, at this point I would suggest to you the only |
| 01:50:41 | **8** | reasonable inference you can draw about Marwan's intent is his |
| 01:50:47 | **9** | desire to spread the word and educate people about what he sees |
| -08:-39:-30 | **10** | going on.   That's the only intent that he has shown. |
| 01:51:00 | **11** | You even heard him express his opinion at one point |
| -08:-39:-30 | **12** | that he doesn't think the U.S. media covers things fully and |
| 01:51:09 | **13** | completely. |
| 01:51:14 | **14** | Now, they eventually do find the vest video.   And |
| 01:51:20 | **15** | Griffin is very interested.   You can hear him telling Marwan |
| -08:-39:-30 | **16** | what to type.   They open it up, and they watch a minute or two, |
| 01:51:28 | **17** | and Griffin says:  Save it to your hard drive; save it to your |
| -08:-39:-30 | **18** | hard drive.   Burn that.   Or, e-mail it to me.   And Marwan |
| -08:-39:-30 | **19** | can't do any of those things.   So Griffin immediately says he |
| 01:51:40 | **20** | has to leave so he can go download it.   And he leaves.   It |
| -08:-39:-30 | **21** | doesn't show intent on Marwan's part that this stuff's going to |
| 01:51:50 | **22** | be used to kill U.S. soldiers. |
| 01:51:53 | **23** | And, ladies and gentlemen, I'm not trying to |
| -08:-39:-30 | **24** | downplay what's depicted in that video.   Believe me, I'm not. |
| -08:-39:-30 | **25** | It's disturbing.   It's shocking.   And I'm not trying to make |

-08:-39:-30 1 light of that.  I hope you understand that.  But I'm talking

-08:-39:-30 2 about Marwan, and I'm talking about Marwan's intent.

01:52:26 3 As for the IED e-mail, keep in mind that this was

-08:-39:-30 4 not an e-mail that somebody sent to Marwan.  This was an e-mail

01:52:37 5 from a Yahoo group that he belonged to.  It's like a bulk

01:52:43 6 mailing.  I don't know if any of you belong to a Yahoo group.

-08:-39:-30 7 I belong to one for lawyers.  Somebody will send out a piece of

-08:-39:-30 8 news, and it goes to all of them.  Nobody sent this directly to

01:52:55 9 Marwan.  Yes, the group was called IAI Iraq, and, yes, there

-08:-39:-30 10 was testimony about what that means, and it may sound all bad,

-08:-39:-30 11 but Marwan was interested in what's going on.  Interest doesn't

01:53:12 12 equal intent.  He opened this e-mail in front of Griffin, and

-08:-39:-30 13 Griffin asked him to forward it on, so he did.

01:53:22 14 Now, he did say something about teach.  Marwan

-08:-39:-30 15 said something about teach when they looked at -- were looking

-08:-39:-30 16 at the e-mail.  But he was explaining to Griffin what the

01:53:44 17 e-mail was, not talking to Griffin about what he was going to do

01:53:48 18 with it.  Because Griffin said something:  Well, they didn't

-08:-39:-30 19 hide that one very well.  And Marwan said:  I think they're

-08:-39:-30 20 trying to teach.  And then it trails off; you can't hear it.

01:54:00 21 But he's just talking about the subject matter of the video.

01:54:05 22 He's explaining what that is.

01:54:11 23 The government said Marwan knew exactly what that

01:54:18 24 was because he could read the Arabic subject of the e-mail.

01:54:23 25 Well, of course he can read Arabic, but he didn't translate that

01:54:29 **1** for Griffin.   He didn't say this is being sent because it shows

01:54:33 **2** how to plan an IED attack.   And the thing was just pirated from

01:54:41 **3** something else.   I mean, the government's own expert said that

-08:-39:-30 **4** it was probably something that was made by coalition or U.S.

01:54:48 **5** forces to show how to avoid one, how to detect and avoid one.

-08:-39:-30 **6** I'm not suggesting Marwan sent that to Griffin so he would know

-08:-39:-30 **7** how to avoid an IED attack.   But that's all this was.   It was

01:55:03 **8** pirated from somewhere else, and it was sent on the internet.

01:55:15 **9** In order to find Marwan guilty of either Count 5 or

01:55:22 **10** Count 6, you have to find -- you can forget about giving the

01:55:26 **11** information; he gave the information to Griffin.   Okay.  You

-08:-39:-30 **12** have to find the intent.   And I would suggest to you that there

-08:-39:-30 **13** is no credible evidence, direct or otherwise, that he had the

-08:-39:-30 **14** intent that this was to be used to kill U.S. soldiers.   That's

01:55:51 **15** an inference the government is going to ask you to draw, but

-08:-39:-30 **16** it's an inference that is not supported by the evidence.

01:56:00 **17** Marwan's previous comments, even to Griffin himself, indicate in

01:56:06 **18** his mind he didn't support it, the idea of jihad.   To him jihad

01:56:15 **19** was raising his children.   For others, he said, it's better to

01:56:21 **20** convert one person to Islam than to go over and fight and get

-08:-39:-30 **21** yourself killed.   That's what jihad meant to Marwan.   And

-08:-39:-30 **22** that's what you can infer his intent was.   That's a fair

-08:-39:-30 **23** inference.

01:56:42 **24** When you're considering this intent issue, look at

-08:-39:-30 **25** Marwan's words, not Griffin's words.  We know from previous

-08:-39:-30 **1** evidence in this case Griffin is all too willing to lie. He

01:57:03 **2** admitted it. You have to look at Marwan's words to see if he

-08:-39:-30 **3** had any intent because Griffin would lie and twist and

-08:-39:-30 **4** manipulate just to make things sound a certain way. Judge

-08:-39:-30 **5** Marwan by his own words and his own actions, and especially by

-08:-39:-30 **6** the topics he brought up himself in the conversation. When you

-08:-39:-30 **7** listen to the recordings, if you listen to recordings, or as you

-08:-39:-30 **8** review your notes about these conversations, who brought these

01:57:39 **9** topics up? Who brought up this stuff? How many times did

01:57:47 **10** Marwan bring up the issue of going to fight or going to train?

01:57:55 **11** I don't think he ever did. It was always Griffin. And what

-08:-39:-30 **12** that shows, I believe, is a lack of intent and a lack of

-08:-39:-30 **13** agreement on Marwan's part.

01:58:18 **14** Now, Mikhail Al-Mozrouei, what he claims Marwan

-08:-39:-30 **15** asked him about was going to Afghanistan to train for jihad.

01:58:32 **16** This is kind of out of the blue, and I think you need to be

01:58:36 **17** skeptical of this witness for a couple of reason, not the least

01:58:40 **18** of which is that this is the first and only time anyone ever

01:58:44 **19** cites Marwan as saying anything like that at all. Over three

-08:-39:-30 **20** years, Griffin's recording Marwan, he never says anything like

-08:-39:-30 **21** that. No one else comes in to say they hear Marwan say

01:59:03 **22** anything like that. Why do I think you need to be skeptical or

01:59:09 **23** dismiss Mr. Al-Mozrouei's testimony? First he says that there

-08:-39:-30 **24** were people sitting on the floor with Marwan when he went up to

-08:-39:-30 **25** him, but he doesn't remember who they were. When I asked him

-08:-39:-30 **1** to describe them, I think he said that their faces were blurry

-08:-39:-30 **2** in his mind. What does that say about his memory, his ability

-08:-39:-30 **3** to perceive and recall?

01:59:40 **4** He was interviewed by the FBI twice and never

01:59:45 **5** mentioned a word about this comment to the FBI. One time he

01:59:51 **6** even told the FBI about somebody else, but he never told them

-08:-39:-30 **7** about this. It wasn't until a third interview, which was March

02:00:04 **8** 4 of this year, that he finally suddenly remembered this

02:00:11 **9** comment. That was the day jury selection began in this case,

-08:-39:-30 **10** about four years after the comment was supposed to have been

-08:-39:-30 **11** made; three anyway, at least. Like I said, in all the

02:00:28 **12** recordings that Griffin made, never does Marwan say anything

-08:-39:-30 **13** like this. And you know he tried to get him to. You could

-08:-39:-30 **14** hear that. You know, the absence of any evidence or statements

-08:-39:-30 **15** like that is one of the reasons the government didn't meet its

-08:-39:-30 **16** burden of proof.

02:00:52 **17** Now, I don't want to talk down about Mr.

02:00:59 **18** Al-Mozrouei, but you have to consider his condition that he

02:01:05 **19** talked about when you consider his testimony. He said that he

02:01:10 **20** was bipolar and he had ADHD. I'm not cutting him down or

-08:-39:-30 **21** anything like that. He said when he was on medication, it

02:01:24 **22** didn't affect his memory or his perception, but he also said he

-08:-39:-30 **23** wasn't on medication at the time this comment was supposed to be

-08:-39:-30 **24** made. I would suggest that you shouldn't even consider his

-08:-39:-30 **25** testimony. If you do decide to consider his testimony,

6808

1 remember that he also said, when he sat here and was recalling

2 the event, he didn't think Marwan was serious.

3 You heard some testimony that Marwan was

4 interviewed by the FBI on the day he was arrested, and you heard

5 testimony that he told them things that were not true.   The

6 government argued in its closing, and may again in its rebuttal,

7 that those are false exculpatory statements by Marwan and that

8 they show a consciousness of guilt.   And the Judge's

9 instructions say that you can infer a consciousness of guilt

10 from a false exculpatory instruction.  Excuse me.   However, the

11 Judge's instruction also says there may be a completely

12 different reason for an innocent person not to tell the truth.

13 Memory, for instance.

14 The government seemed to make a big deal out of the

15 fact that when they asked Marwan for Griffin's e-mail address,

16 he told him DarrenGriffin@BD; he didn't give them this Abu Jihad

17 e-mail address.   Well, how long had it been since he used that

18 e-mail address?  We don't even know that.  We know he didn't

19 have regular contact with Griffin for months or a year.

20 Also, I e-mail my brothers and my sister just about

21 every day.   I couldn't tell you any of their addresses, not

22 even close.   I couldn't tell you people's phone number I call

23 in my cell phone.   It's all programmed in under their name.   I

24 hit somebody's name; I hit send.   I have no memory of those

25 kind of things.   That could be a reason.

6809

-08:-39:-30  1      But there's another reason that I think is probably

-08:-39:-30  2  more compelling that Marwan might have for making false

-08:-39:-30  3  statements to an FBI agent the day he's arrested, yanked out of

02:04:11  4  his house, and taken downtown by the FBI.   And I would suggest

-08:-39:-30  5  that that's fear.   Just fear.   And I think the best evidence

02:04:23  6  of that doesn't even come from Marwan.   I think the best

02:04:28  7  evidence of that comes from the testimony of the accountant,

02:04:36  8  Jihad Dahabi.   Remember his testimony; it was on videotape.  We

-08:-39:-30  9  had to watch it because he wasn't here.  Well, April 4, 2005,

-08:-39:-30  10  they went up to see him about setting up a nonprofit

02:04:51  11  organization.   And Mr. Sofer said in his closing that Dahabi

02:04:57  12  must have known that this was about terrorism, or words to that

-08:-39:-30  13  effect.  I don't want to quote; he said something like that.   I

02:05:08  14  think that is absolutely not what the evidence showed from Mr.

-08:-39:-30  15  Dahabi's testimony.   He did say in his testimony that he never

02:05:19  16  filed the paperwork that he drew up the day that Marwan and Mr.

02:05:26  17  Griffin saw it.   The reason is because Darren Griffin made him

-08:-39:-30  18  uncomfortable with all this talk.  That's the reason he didn't

02:05:38  19  file the paperwork.   He destroyed it the next day.  In his

-08:-39:-30  20  testimony he said -- and I encourage you to go back and watch

02:05:46  21  it; it's not that long; it's only about a half an hour.   Marwan

02:05:51  22  didn't make him uncomfortable; it was Griffin who made him

-08:-39:-30  23  uncomfortable.   But then he lied to the FBI about it, and he

-08:-39:-30  24  told the FBI that he destroyed the paperwork because it didn't

02:06:03  25  have all the signatures he needed, or something like that.

02:06:12 **1**        He got up there on the stand, it was on the

-08:-39:-30 **2** videotape, and he admitted that he had lied to the FBI even

02:06:22 **3** though he knew he hadn't committed any crime. He wasn't accused

-08:-39:-30 **4** of committing a crime. He wasn't accused of conspiring with

-08:-39:-30 **5** anybody. He just got uncomfortable because of Griffin, and he

-08:-39:-30 **6** was afraid of the FBI.

02:06:47 **7**        Marwan's false statements are, if there are any,

-08:-39:-30 **8** are not consciousness of guilt for some crime any more than

02:06:55 **9** Dahabi's were. Frankly, I think it's a product of fear. I

02:07:05 **10** cannot imagine being a Muslim in America and facing some

02:07:14 **11** accusation related to terrorism. I don't think any of us can

02:07:20 **12** imagine what that would be like in this post-September-11 world.

02:07:38 **13**        Even though we can't imagine what that would be

-08:-39:-30 **14** like, I think we can understand why getting a knock on the door

-08:-39:-30 **15** by the FBI, if you're a Muslim in 2008, would absolutely scare

02:07:50 **16** the hell out of you. Not to say that there's anything wrong on

-08:-39:-30 **17** the FBI's part, but that's just reality.

-08:-39:-30 **18**        The government presented you with a whole bunch of

-08:-39:-30 **19** computer evidence and experts to explain what it was and

02:08:10 **20** translators to show what they said. And my basic response to

-08:-39:-30 **21** that is: So what? Who cares, really? I don't care how many

02:08:26 **22** files are in the internet history; I don't care what links may

02:08:30 **23** have been clicked through what e-mail server. I don't care how

-08:-39:-30 **24** many cookies there are in the computer's cookie jar. None of

-08:-39:-30 **25** that has anything to do with whether or not Marwan made a

-08:-39:-30  **1**  criminal agreement, whether he joined a conspiracy with these

-08:-39:-30  **2**  people, none of that stuff.   It has nothing to do with it.

-08:-39:-30  **3**  But they sure spent a lot of time on it.   Now, we could argue

-08:-39:-30  **4**  with some of the government's assertions about that computer

-08:-39:-30  **5**  evidence because there was some unanswered questions, and there

-08:-39:-30  **6**  were some issue.  Just really quickly, Exhibit 61 was never on

-08:-39:-30  **7**  Marwan's computer.  That's according to their own expert.   The

-08:-39:-30  **8**  URL for Exhibit 62 never showed up on Marwan's computer.  That's

02:09:18  **9**  according to their own expert.   Exhibit 73 did not come from an

02:09:26  **10**  Ekhlaas website; it was from a Yahoo group.  It was unsolicited,

02:09:32  **11**  according to their own expert.

-08:-39:-30  **12**           If you type in what Mr. Griffin wrote on the back

-08:-39:-30  **13**  of that second page or whatever, if you type that in, it's not

-08:-39:-30  **14**  going to take you to anything but an error message because there

-08:-39:-30  **15**  are two spelling mistakes.   And why didn't the government

02:09:49  **16**  convert Exhibit 74?   It was supposed to be Griffin's

02:09:53  **17**  confirmation of his registration for whatever.   It was in

-08:-39:-30  **18**  that -- what we call Wingding, for lack of a better term.   Why

02:10:02  **19**  didn't they convert that so you knew what it said?  They did it

-08:-39:-30  **20**  with some other exhibits.   But you know what, I don't care.   I

02:10:10  **21**  don't think any of it matters.

02:10:15  **22**           No matter what the answers are to those questions,

-08:-39:-30  **23**  they don't get to the elements of the offenses here.   It

-08:-39:-30  **24**  doesn't prove that Marwan ever made an agreement or that he had

-08:-39:-30  **25**  any intent.   And even if you think it was possible, that's not

-08:-39:-30  1  proof beyond a reasonable doubt.   You'll read that in the

02:10:49  2  instructions.

02:10:50  3           Now, there are some other issues from the

-08:-39:-30  4  government's closing that I need to address.

02:10:58  5           Mr. Sofer said he quoted Marwan on October 8 of

02:11:04  6  2004, I believe it was, saying something about knowing your

-08:-39:-30  7  enemy is knowing their strength, or words to that effect.   To

02:11:13  8  be honest, I don't remember the exact quote.   But he didn't

02:11:19  9  explain the next line about:  Going with the Sunnah means we

10  can't lose.   The Sunnah is a very important religious text in

02:11:29  11  Islam.   And what Marwan said was just a quote from the Sunnah.

02:11:35  12  I told you that; big picture.

-08:-39:-30  13          The government made a lot of noise about Marwan

02:11:45  14  saying, "I understand," which I think was on December 16 of '04.

-08:-39:-30  15  They pointed it out to you because it was in response to some

02:11:56  16  comment by Mr. Griffin, that he only wanted to train people who

-08:-39:-30  17  were going to go overseas, or he only wanted to train people who

-08:-39:-30  18  were going to go fight, or something like that.   And Marwan

02:12:06  19  said, "I understand."   Well, he may have just been dismissing

-08:-39:-30  20  Griffin, or he may have, in fact, understood.   He may have

02:12:20  21  understood that's exactly what Griffin's intent was.   But

02:12:25  22  again, that doesn't mean it was Marwan's intent.   And it

02:12:30  23  wouldn't be fair to take Griffin's intent and impute that to

02:12:35  24  Marwan to find him guilty.   That's not the way we do things.

02:12:44  25          There was talk about what the U.S. troops fear most

02:12:48 **1** in Iraq. Snipers is what Marwan said. Well, that's a

02:12:52 **2** statement of opinion. That's all it is. Marwan didn't say:

-08:-39:-30 **3** I want to be a sniper because that's what they're most afraid

-08:-39:-30 **4** of, or anything like that. He also said in the same

02:13:03 **5** conversation, he said: You know who's best at street fighting?

-08:-39:-30 **6** The Israelis. Does that mean this Arab man wants to get into a

-08:-39:-30 **7** conspiracy with the Israeli Army? Of course not. He's

-08:-39:-30 **8** talking about his opinion. That's not enough to show intent.

02:13:23 **9** Mr. Sofer showed you a large number of phone

-08:-39:-30 **10** records and then a chart with those arrows to show contact

02:13:32 **11** between Marwan and Khaleel and Zubair and Mr. Griffin. And he

02:13:37 **12** said -- this one I am quoting: "I'm not asking you to

-08:-39:-30 **13** speculate, but they're communicating as you would expect

02:13:45 **14** conspirators to do." Speculating is exactly what he's asking

-08:-39:-30 **15** you to do. He's asking you to speculate that because of the

-08:-39:-30 **16** communications, they're conspirators. That's exactly what he's

02:14:00 **17** asking.

02:14:06 **18** Even if you do make that speculation, add it to

02:14:09 **19** inferences, and consider it in light of the rest of the

02:14:14 **20** evidence, the government hasn't proven anything here beyond a

02:14:17 **21** reasonable doubt.

02:14:20 **22** Incidentally, in those phone records, in Khaleel

02:14:24 **23** Ahmed's phone, the government pointed out that Marwan's number

02:14:29 **24** was listed under Abu Shakha. They offered no explanation for

-08:-39:-30 **25** that. You remember Mr. Antoon, their translator? I wish we

02:14:40  1  could get him back up here so he could explain to you what an

-08:-39:-30  2  incredible insult it is to call somebody Abu Shakha in the

-08:-39:-30  3  Arabic language.   Frankly, literally translated, it means

02:14:52  4  something that I should not say in a courtroom, and I won't.

02:14:58  5  But the government points it out with no explanation whatsoever.

02:15:05  6  Again, we're not getting the big picture.

02:15:09  7         Mr. Sofer kept saying:  Why didn't El-Hindi run,

-08:-39:-30  8  not walk, to get away from Griffin.   Well, in a sense he did.

02:15:23  9  Not for jihad, not recruiting for jihad.   He walked away from

02:15:31  10  the concepts.   Even if he didn't walk away from the person, he

02:15:36  11  walked away from the idea, and he made that clear early on.

02:15:42  12  Maybe the better question, though, is why does he have to run

-08:-39:-30  13  away?   Just because Griffin says radical things and he talks

-08:-39:-30  14  about training, and he says he wants to teach people to fight,

02:15:54  15  why does Marwan have to run away from him if he has no intent to

-08:-39:-30  16  get involved?   He doesn't.   That doesn't mean that he's

02:16:07  17  committed a crime.   That's not what our Constitution says.

02:16:11  18  That's not how we do things here.

-08:-39:-30  19         It is, however, in a way what this case really

02:16:24  20  boils down to, to be perfectly frank with you.   If Marwan's

02:16:28  21  guilty of anything, it's being too naive to realize that he

-08:-39:-30  22  could get in trouble for listening to that guy, talking to that

02:16:39  23  guy, even without the intent to do anything; that somebody

-08:-39:-30  24  talking like that could land him here, accused of supporting

02:16:51  25  terrorism.   He didn't realize that.   That's what he's guilty

-08:-39:-30  **1**  of.   That's all he's guilty of.  He never expressed any intent,

02:17:11  **2**  yet he stands here accused because he didn't realize that.

02:17:16  **3**  Now, the other important part of this, I'm going to

-08:-39:-30  **4**  try to speed this up because I don't want to bore you, but I

-08:-39:-30  **5**  have to talk about these things because there's a lot of

-08:-39:-30  **6**  evidence, so I hope you bear with me a little bit.

-08:-39:-30  **7**  David, would you put up that picture?

02:17:37  **8**  MR. BOSS:  Is the large screen on?

02:17:40  **9**  MR. HARTMAN:  The large screen is not on, but are

02:17:45  **10**  the small screens on?

-08:-39:-30  **11**  THE JUROR:  Uh-huh.

02:17:47  **12**  MR. HARTMAN:  We need to talk about Griffin.

02:17:49  **13**  Obviously I've talked a lot about Mr. Griffin and his role in

-08:-39:-30  **14**  all this.   But -- and let's talk about him.   The evidence,

02:17:58  **15**  including his own testimony, is that he continuously showed a

02:18:05  **16**  complete and total disregard for his own legal obligations.

02:18:14  **17**  That would indicate that he would show a complete and total

-08:-39:-30  **18**  disregard for the oath he took before he got on that stand.   He

02:18:26  **19**  lied to the DEA when he was working for them about using drugs

02:18:31  **20**  and about selling drugs.   He lied to the FBI about his history

02:18:36  **21**  of drug use when they hired him.   He made over $350,000 and

02:18:44  **22**  decided not to pay taxes on it.   He testified in his direct

02:18:49  **23**  examination that he wasn't sure how; it was kind of gray area.

-08:-39:-30  **24**  That is nonsense.   That is ridiculous.   He admitted on

02:19:06  **25**  cross-examination when Mr. Boss asked him about that agreement,

1   those agreements he signed with the government, there was no

2   gray area about the fact that it said you must pay taxes on this

3   money.   But he ignored it, and he decided not to.   Common

4   sense; people get paid in cash all the time.   All kinds of

5   different people get paid cash.   You still have to pay taxes on

6   it.   You take your life experience into the jury room with you.

7   Have you ever seen a tax form that didn't have a space that said

8   other income?   A plumber gets paid cash for a job that he does,

9   but he never gets a 1099.   Does that mean he doesn't have to

10   pay tax on it?  Of course not.   A gray area?  That's a lie.

11          How about the rest of the money?   How about the

12   satellite phone?   He took over $45,000 from the government to

13   pay the bill for that satellite phone, and then he pocketed

14   $22,000 of it.   He tried to explain it to you by saying he had

15   some disagreements with the charges that were on that bill.

16   Well, guess what, he wasn't the one in control of that phone

17   when the $45,000 bill was run up.   How the heck would he know

18   anything about what the charges were?   He doesn't.   He

19   pocketed that money.   It makes you wonder how many other

20   reimbursements he pocketed rather than paid.

21          More importantly, how many other times did he lie

22   to the FBI about what was really going on with these men?   Mr.

23   Sofer said it was critically important that Marwan didn't go

24   shooting on April 20 because he had back pain.   It was

25   critically important, he said he had back pain.   Well, that's

6817

02:21:17  **1**  ludicrous.  You heard on the phone call Marwan and Griffin

-08:-39:-30  **2**  talking, and Griffin tells him it's training day, and Marwan's

-08:-39:-30  **3**  response is:  Well, I've got this stuff in customs that's being

-08:-39:-30  **4**  held up, these hygiene products that are being held up.  I've

-08:-39:-30  **5**  got to go to this place in Maumee.  Can you help me find the

-08:-39:-30  **6**  address?  That's the response.   Then when Griffin talks to

02:21:43  **7**  Agent Coats later on that day on the telephone, he forgets to

-08:-39:-30  **8**  turn off the recording device, and that call that you heard was

02:21:50  **9**  caught on the tape.   And the agent says:  Well, what about

02:21:56  **10**  El-Hindi?   And Griffin's response is:  Nope, never showed up,

02:22:00  **11**  never even called.   You know from the previous recording

-08:-39:-30  **12**  earlier that day, there was never a plan for him to show up.

-08:-39:-30  **13**  Never intended to go shooting.   But that's not what Griffin

02:22:19  **14**  told the FBI.

02:22:21  **15**       Think of Griffin's failure to tell the FBI agents,

-08:-39:-30  **16**  his handler, when Marwan made the comments he did that showed a

-08:-39:-30  **17**  lack of any criminal intent or any jihadist tendency at all.

-08:-39:-30  **18**  He doesn't tell the FBI that the guy says:  Not for jihad.   He

-08:-39:-30  **19**  doesn't tell the FBI:  Well, I asked him if he was recruiting

-08:-39:-30  **20**  for jihad today, and he said no.

02:22:58  **21**       The government has the burden of proof here, but I

02:23:01  **22**  will ask you again, how many times does a person have to say no?

02:23:05  **23**  Well, guess what.  The government never got to answer that

-08:-39:-30  **24**  question, and they never got to answer that question because

02:23:14  **25**  Darren Griffin's lies and omissions kept the truth from them

02:23:19 1 while this investigation was going on. We even asked those

02:23:34 2 agents to look at their own report, if you recall in their

-08:-39:-30 3 testimony, to see if Griffin told them about those things. And

-08:-39:-30 4 they weren't in there. And the best answer Griffin could come

-08:-39:-30 5 up with on the stand: I don't recall. I don't recall. He

-08:-39:-30 6 said that a lot. Whenever he got cornered on cross-examination,

-08:-39:-30 7 he said: I don't recall.

02:24:06 8 What does that say about his credibility; that

02:24:13 9 Marwan, the target of the investigation, told him he didn't want

-08:-39:-30 10 to be involved in that kind of stuff, and he doesn't tell the

02:24:22 11 FBI? Well, it could tell you he had a reason to lie. He

-08:-39:-30 12 didn't have a reason to lie; he had 350,000 reasons to lie.

-08:-39:-30 13 Now, the government tells you that that doesn't matter because

-08:-39:-30 14 there were other investigations going on, and Griffin would have

02:24:44 15 gotten paid anyway, even if this one had stopped. Well, they

-08:-39:-30 16 can't tell us about those other investigations. I wonder how

-08:-39:-30 17 many lies Griffin told in those.

02:24:59 18 Worst of all, worst of all, he took the stand right

-08:-39:-30 19 there, and he lied to you on direct examination in response to a

-08:-39:-30 20 question from Mr. Sofer about the February 16 dinner meeting at

-08:-39:-30 21 Marwan's. Mr. Sofer asked him, asked Mr. Griffin, what were the

-08:-39:-30 22 three defendants doing while you were having this conversation?

02:25:27 23 And his answer: Well, they were sitting with their attention

02:25:33 24 riveted on me. Riveted. He used the word.

02:25:40 25 David.

02:25:40 **1**          (Video is played.)

02:25:42 **2**          That's riveted?  The government played you the

02:25:46 **3** audio, so you have no idea what was going on in the room at the

-08:-39:-30 **4** time.  But when you looked at the video, you got the bigger

-08:-39:-30 **5** picture.  When you looked at his video you realized that Marwan

02:26:03 **6** was serving food.  He was leaning out that doorway to the

-08:-39:-30 **7** kitchen.  He was talking to someone in the kitchen.  He left

-08:-39:-30 **8** the room for a while.  He didn't take the book from Griffin

-08:-39:-30 **9** that he offered him.  He was even playing with his kids for

02:26:17 **10** part of the time.

02:26:22 **11**          Now, Mr. Sofer expressed some disgust that

02:26:27 **12** Mr. El-Hindi allowed his children to be in the room during the

-08:-39:-30 **13** conversation.  But you've got to remember, Marwan didn't know

-08:-39:-30 **14** this conversation was coming.  They were all sitting around;

-08:-39:-30 **15** Griffin says:  May Allah guide my words, and just starts going.

-08:-39:-30 **16** The kids were in the room already, and Marwan didn't know this

-08:-39:-30 **17** was coming.

02:26:52 **18**          Now, it's true that Marwan didn't tell him to shut

-08:-39:-30 **19** up, didn't tell him to get out of his house, and didn't do any

-08:-39:-30 **20** of those things.  But does that make him guilty?  Does that

02:27:08 **21** mean he agreed?  It doesn't.  It doesn't.  Suppose there's a

02:27:20 **22** guest in your own house with a few other people, and your guest

-08:-39:-30 **23** tells an off-color joke; maybe it's racist, maybe it's sexist,

-08:-39:-30 **24** but it offends you.  Maybe you say something; some people would,

02:27:39 **25** most people probably wouldn't.  Most people probably wouldn't

1   ask that person to leave just because they offended them.   It

2   doesn't mean that they agree with them.   It doesn't mean they

3   approve of what the person said.

4          This dinner meeting, by the way, was only the third

5   time that Griffin said something clearly, directly, and

6   unambiguously to Marwan.   Now, Wassim and Mohammad happened to

7   be in the room, too, but what Griffin said, we're going to train

8   for jihad, and we'll cloak it in my security company.  This is

9   only the third time.   The first two were about the Ahmeds;

10   clear, unambiguous confirmation  of his intent.  We'll train for

11   jihad and cloak it in my security company.  Griffin admitted

12   Marwan only said two words through this whole part of the

13   conversation.   Marwan did talk when they went back to the

14   computer.   But during this conversation he barely said two

15   words.

16          Now, there was conversation without Griffin between

17   these three when they were eating dinner.   And you heard

18   translations of that.   But they're talking about politics.

19   There were two or three witnesses that said Arab men love to

20   talk about politics, and they get passionate about it.   These

21   guys aren't talking about planning.   They're talking about

22   what's right and wrong, what can and can't be done, but they're

23   not talking about them doing it.

24          Can we go back to that last picture?

25          Mr. Griffin sat in that chair when he was

02:29:59 1 questioned by the government and he told you that Marwan told

-08:-39:-30 2 him about an opportunity to work with some people in Egypt who

02:30:05 3 are trying to develop a camp. And he said that Marwan was

02:30:12 4 talking about a camp where it would be safe to train for jihad.

-08:-39:-30 5 However, on cross-examination, he admitted that the camp was

02:30:28 6 actually being put together by some members of the Egyptian

-08:-39:-30 7 police force and, not only that, they were looking for

02:30:37 8 investors. They had a business plan, and they had blueprints.

02:30:45 9 Even after all that came out, it was a struggle to get him to

-08:-39:-30 10 admit that this was a completely legitimate endeavor. Do you

-08:-39:-30 11 remember, Mr. Boss asked him: And do you think it's normal for

02:30:58 12 people setting up a terrorist training camp to have a business

-08:-39:-30 13 plan and seek investors? It was a little sarcastic, but it got

02:31:07 14 the point across.

02:31:10 15 What's more, you heard on the day that Marwan told

-08:-39:-30 16 Griffin about this opportunity, you heard another recording

02:31:21 17 between Griffin and Mr. Amawi, and Griffin tells Amawi: Oh,

-08:-39:-30 18 yeah, I got this opportunity in Egypt. And he says: It's not

-08:-39:-30 19 for jihad. Well, I'm sure that will come up. But listen to

-08:-39:-30 20 that recording. He says that day, "Not for jihad." But then

-08:-39:-30 21 he takes the stand right here and he tells you that Marwan told

02:31:51 22 him about this camp as a safe place to train for jihad. He's

-08:-39:-30 23 lying. And he's lying over and over again.

02:32:10 24 Now, look at that picture of him. Very straight,

02:32:17 25 looks good. That uniform just doesn't fit him anymore, and I

| | |
|---|---|
| -08:-39:-30 | **1** mean that figuratively. He may have served very honorably. He |
| -08:-39:-30 | **2** probably did. But he's become a disgrace to that uniform he |
| 02:32:37 | **3** used to wear. His conduct here is reprehensible. He's a |
| 02:32:46 | **4** liar, and he's a criminal, and he admitted to both of those |
| 02:32:53 | **5** things. He took a huge amount of money from the government to |
| 02:32:59 | **6** gather information, and then he set out to create a conspiracy, |
| 02:33:05 | **7** or at least create the illusion of a conspiracy between these |
| -08:-39:-30 | **8** three men who sometimes were willing to listen, and who |
| 02:33:15 | **9** sometimes said things. |
| 02:33:21 | **10** But Griffin, you want to talk about credibility of |
| 02:33:24 | **11** witnesses? What credibility does this guy have? How can you |
| -08:-39:-30 | **12** believe anything that comes out of his mouth after he admits all |
| -08:-39:-30 | **13** the times that he lied? He admits that he lied to the |
| -08:-39:-30 | **14** government when they hired him. He admits that he lied to |
| -08:-39:-30 | **15** agents. And he lied to you, too. He has no credibility. And |
| -08:-39:-30 | **16** this is the man the government relied upon making its case, and |
| -08:-39:-30 | **17** did so without checking the truth of what he was telling them. |
| 02:34:07 | **18** Ladies and gentlemen, that's not how we're supposed |
| -08:-39:-30 | **19** to do things here in this country. It's not how we used to do |
| 02:34:15 | **20** things. It's not how we did things before the War on Terror. |
| 02:34:23 | **21** The government told you that Griffin had some mistakes in his |
| 02:34:31 | **22** behavior as a young soldier and when he returned. Mistakes in |
| 02:34:36 | **23** behavior? He's an admitted liar and criminal. Don't rely on |
| 02:34:41 | **24** Griffin's words to figure out Marwan's intent. Listen to |
| -08:-39:-30 | **25** Marwan's words and evaluate the topics that Marwan himself |

-08:-39:-30  **1**  brought up over this three-year period that he was taped.  Use

02:34:57  **2**  that and your common sense, and you'll see that there never was

-08:-39:-30  **3**  a conspiracy, just an illusion.  And Marwan never even agreed

-08:-39:-30  **4**  to join the illusion, let alone to join a conspiracy.  And he

-08:-39:-30  **5**  never had the intent that what he gave Griffin was going to be

02:35:20  **6**  used to kill American soldiers.  It's really Griffin's intent

-08:-39:-30  **7**  that should be questioned here.

02:35:31  **8**  Remember all the talk about gathering information,

-08:-39:-30  **9**  and the government said that was his purpose.  Griffin said

-08:-39:-30  **10**  that was his purpose.  And then he said that a lot of the

-08:-39:-30  **11**  things that he did that we questioned were just gathering

02:35:45  **12**  information.  I think probably the most important and telling

02:35:54  **13**  piece of evidence to show how Griffin went way, way beyond his

02:36:01  **14**  task of gathering information is his conversation with Agent

-08:-39:-30  **15**  Radcliffe on March 9.

02:36:12  **16**  Can you grab your headphones?

02:36:38  **17**  (Audio is played.)

02:37:22  **18**  MR. HARTMAN:  "We will get them together to train."

-08:-39:-30  **19**  "I'll do the greater good thing and all that and smooth that

02:37:35  **20**  over, so we'll get them together and train, so it's no big

02:37:40  **21**  deal."

02:37:42  **22**  I want you to remember that when you go back there

-08:-39:-30  **23**  to deliberate.  We will get them together to train.  He didn't

-08:-39:-30  **24**  say:  I'll stay close, and I'll see if they can patch things up.

-08:-39:-30  **25**  He didn't say, I'll tell them that I'm going to go training, and

-08:-39:-30  1  I'm going to train people, and I'll ask them if they want to

-08:-39:-30  2  join me.   He said:  We will get them together to train.   Does

-08:-39:-30  3  that bother you as much as it bothers me?   This is not how

02:38:19  4  we're supposed to do things.   This is not what this country

-08:-39:-30  5  stands for.   That's not the American way, and it shouldn't be

-08:-39:-30  6  allowed.

02:38:39  7          You know, it's not just that Griffin had an agenda

-08:-39:-30  8  like that, but our government tacitly endorsed these very direct

-08:-39:-30  9  and concerted efforts to get these men together, to get these

02:39:02  10  men to train.   In hindsight Griffin's intent is clear

02:39:05  11  throughout.   He was trying to get people to say things.   He

02:39:08  12  was trying to get people to do things.   And he was trying to,

-08:-39:-30  13  as he put it, get them together to train.   And he did this all

-08:-39:-30  14  to create what looked like some kind of conspiracy.   Now,

02:39:27  15  whether he did it to keep the investigation going, to keep the

-08:-39:-30  16  money coming in, or whether he did it out of some kind of secret

-08:-39:-30  17  agent/superhero fantasy, or whether he did it out of just a

02:39:42  18  misguided sense of patriotism doesn't matter.   The fact is, it's

-08:-39:-30  19  wrong.   It's wrong what he did.   But you can't use what he did

02:40:00  20  to infer what Marwan agreed to or what Marwan intended.

02:40:16  21          You know, if it's okay to do this to the Muslim

02:40:22  22  community, who's next?   Who knows.   A man like Marwan, he came

-08:-39:-30  23  here to go to school; he became a citizen, which is the dream of

-08:-39:-30  24  so many people.   He's raising his children, and he's getting by

02:40:44  25  the best way he can.   Does he deserve this kind of

02:40:48 **1** manipulation?  Do you?  Of course you don't.  Neither does he.

-08:-39:-30 **2** But the fact is, all the manipulation in the world can't show

-08:-39:-30 **3** agreement and can't show intent.

02:41:18 **4**                You know, a lot of what the government talks about

02:41:22 **5** is words, but actions speak louder than words.  Ask yourselves

-08:-39:-30 **6** when you're deliberating what actions Marwan took to further the

-08:-39:-30 **7** conspiracy.  What actions did any of these men take to further

02:41:49 **8** a conspiracy, real action that the government proved was to

-08:-39:-30 **9** further a conspiracy?  There are a lot of times people say

-08:-39:-30 **10** things that are different from what they do, but what's more

-08:-39:-30 **11** important, what they say or what they do?  These guys didn't do

-08:-39:-30 **12** anything.  I'm representing Marwan, I'm talking mostly about

-08:-39:-30 **13** him.  He never did anything to further a conspiracy.  He never

02:42:37 **14** did anything that can show you he had the intent to kill

02:42:41 **15** American soldiers.  No soldiers were killed.  No support was

-08:-39:-30 **16** ever given to any terrorist training group.  None of that

-08:-39:-30 **17** happened.  Nothing was going to happen when these men were

02:42:54 **18** arrested.  Whatever the government says about the timing of the

-08:-39:-30 **19** arrest, it doesn't matter because nothing was going to happen.

-08:-39:-30 **20** And if nothing was going to happen, doesn't that mean it's most

02:43:09 **21** likely that nothing was agreed to?

02:43:18 **22**                The government told you in the first line of its

02:43:22 **23** opening statement:  This is a terrorism case.  Well, it's not

02:43:31 **24** exactly a terrorism case.  I would submit to you that it's more

-08:-39:-30 **25** than that.  It's a case about how we do things, how we treat

02:43:48 **1** people who are different than we are; and it's a case about --

02:43:59 **2** forgive me -- truth, justice, and the American way. I know

-08:-39:-30 **3** that sounds a little corny, maybe a little trite, but that

02:44:11 **4** doesn't make it any less true. Is this the American way?

02:44:25 **5** What's justice here?

02:44:28 **6** It's completely, completely understandable and

02:44:34 **7** applaudable that the FBI would decide to become preemptive in

02:44:39 **8** the post 9/11 world, try stop things before they happen. We can

-08:-39:-30 **9** all understand that, and I think we all would support that. I

-08:-39:-30 **10** do. But in this case they relied on an informant who went way

-08:-39:-30 **11** overboard, particularly when you consider the standard for a

-08:-39:-30 **12** criminal conviction. Griffin lied so much to those FBI agents

02:45:13 **13** that they had no idea that they should have ranged him in.

-08:-39:-30 **14** This isn't their fault. They had no idea what was really going

02:45:23 **15** on. Never told them what was really going on. He'd say, I'd

02:45:33 **16** give them the recordings. Well, he never reviewed the

02:45:36 **17** recordings with them. Agent Radcliffe, who was soon to retire,

02:45:40 **18** told you sometimes he didn't listen to recordings until they'd

02:45:44 **19** leave. How could he know he was lying.

02:45:55 **20** If there is to be justice in this courtroom, then

-08:-39:-30 **21** Darren Griffin's conduct cannot be condoned. But more

02:46:07 **22** importantly, it cannot be twisted around to conclude that Marwan

02:46:15 **23** El-Hindi ever had the intent to join any conspiracy or ever had

-08:-39:-30 **24** the intent to help kill American soldiers because it just didn't

-08:-39:-30 **25** happen.

6827

-08:-39:-30  1  The government has the burden of proof throughout

02:46:36  2  this, and that means Mr. Sofer gets the last word.   I hate

-08:-39:-30  3  that, but he gets the last word.   I don't know what he's going

-08:-39:-30  4  to say.   I'm sure it's going to be compelling.   But whatever

-08:-39:-30  5  is said, please, please, please don't forget to look at the big

02:47:01  6  picture.

02:47:10  7  Proof beyond a reasonable doubt, like the Judge

02:47:13  8  told you, is the kind that -- I think it says you would not

-08:-39:-30  9  hesitate to rely on it in making the most important decisions in

-08:-39:-30  10  your lives.  Ladies and gentlemen, not only did the government

02:47:31  11  not get there, we don't even get close to that.   The only thing

02:47:40  12  standing between Darren Griffin, his conduct, and the grave

02:47:45  13  injustice of Marwan getting convicted is you folks, the people

-08:-39:-30  14  in this box, and how you feel about truth and justice and the

02:48:03  15  American way.

02:48:07  16  I want to thank you very, very much for your

02:48:10  17  attentiveness.   It's been a very important matter.   Marwan

-08:-39:-30  18  wanted to thank you as well.   We appreciate what you're doing

-08:-39:-30  19  and your service.   Thanks for your time this morning.

02:48:39  20  THE COURT:  Ladies and gentlemen, will you stand

02:48:41  21  and stretch for a moment, please?   Counsel, come on up a

02:48:44  22  second.

02:50:17  23  (Whereupon the following discussion was had at the

-08:-39:-30  24  bench outside the hearing of the jury:)

-08:-39:-30  25  THE COURT:  Jeff.

-08:-39:-30 **1**      MR. HELMICK:  What time do you need to break?

-08:-39:-30 **2**      THE COURT:  About quarter of.   Can we get started?

-08:-39:-30 **3** It will probably be 2:00 before we get started, in all candor.

-08:-39:-30 **4** If you prefer not, we'll recess now.

-08:-39:-30 **5**      MR. HELMICK:  Why don't we go ahead and get

-08:-39:-30 **6** started.   I'll watch the clock.   Just give me a signal when we

-08:-39:-30 **7** get close.

-08:-39:-30 **8**      (End of side-bar discussion.)

02:50:22 **9**      THE COURT:  Ladies and gentlemen, because we're

-08:-39:-30 **10** running a bit more slowly than I thought, and that's not any

02:50:31 **11** comment or criticism at all, just the way things are going, Mr.

02:50:36 **12** Helmick will start his closing statement for Mr. Mazloum.  We'll

02:50:45 **13** go maybe 20, 25 minutes or so.   Then we will recess as today is

02:50:50 **14** the annual luncheon for the Bar Association which I'll be

02:50:54 **15** attending.  We probably will recess until at least 1:30.  We'll

02:51:01 **16** hope to start promptly then.  We fully expect to complete and

-08:-39:-30 **17** have the case in your hands by late afternoon.

02:51:18 **18**      MR. HELMICK:  I need a couple minutes, Judge.

02:53:44 **19**      If you have any trouble hearing me, it's usually

-08:-39:-30 **20** not a problem, but if you do, please raise your hands or say so.

-08:-39:-30 **21** The same thing with pace or speed or anything as we get going.

02:54:00 **22**      When I give an argument, I often like to use a lot

-08:-39:-30 **23** of slides, so you're going to know where I'm going, I hope, and

02:54:09 **24** maybe it will make a little bit more sense to you as we go

-08:-39:-30 **25** forward as you see bullets or slides appear on the screen.   All

-08:-39:-30 **1** right.

-08:-39:-30 **2**    Again, if I get going too fast in any way, either

02:54:20 **3** speaking or something that you wanted to see on the screen,

02:54:24 **4** please just signal and let me know.  You haven't been a bashful

02:54:28 **5** jury by any means; don't start now, today.

02:54:32 **6**    First, just a quick review of the charges.  As you

02:54:35 **7** probably remember, my client, Wassim Mazloum -- our client,

-08:-39:-30 **8** Wassim Mazloum, is charged in only Counts 1 and 2 of the

-08:-39:-30 **9** indictment:  Count 1 charging a conspiracy; Count 2, material

-08:-39:-30 **10** support.  You know from the instructions His Honor gave you

-08:-39:-30 **11** last week that there are a number of elements that the

02:54:52 **12** government has to prove.  Among them, of course, is that a

-08:-39:-30 **13** conspiracy was formed.  You've got some detailed instruction on

-08:-39:-30 **14** that.

-08:-39:-30 **15**    Also -- this will be a large focus of the argument

02:55:03 **16** today -- even if there was a conspiracy, that Wassim Mazloum did

-08:-39:-30 **17** not join it because his purpose was not the same criminal

-08:-39:-30 **18** purpose that was offered by Mr. Griffin.

02:55:16 **19**    We're not disputing the fact that he went to

-08:-39:-30 **20** training, that he went to the shooting range twice, or anything

02:55:23 **21** else.  The question is purpose and intent.

02:55:28 **22**    The evidence will support that Wassim's intent was

-08:-39:-30 **23** for training, for lawful purposes, understandable purposes; that

-08:-39:-30 **24** he never attempted to pursue it for unlawful purposes.  And that

-08:-39:-30 **25** another issue that you're going to have in the case is one with

1 regard to communication, the fact that he is perhaps the poorest
2 English speaker that you've heard through the case because of
3 his native Arabic language.

4      Some suggestions for you as you proceed forward in
5 your deliberations at analyzing the evidence. First, look at
6 the broad context. Step back and look at that broader context.
7 The Court's instruction, after all, is to consider all the
8 evidence. You, of course, are the determiners of what evidence
9 should or should not be believed and how much weight to be
10 assigned to that evidence, but should consider all of it as you
11 go through. So don't look at isolated statements or evidence in
12 a vacuum; consider everything overall.

13      Both sides, I think, fairly point to a handful of
14 evidence on one hand. That one side that shows inescapable
15 guilt, the other side points to statements or evidence that tend
16 to show non-guilt. Don't look simply or cherry-pick at those
17 isolated things, but look at everything together and see if it
18 makes sense to you. And when you do, you'll conclude that the
19 government has fallen short of its heavy burden of proof beyond
20 a reasonable doubt in this case. In that broader view of the
21 evidence, keep in mind that there's evidence that Wassim wanted
22 to train to learn defense of himself and for his family. We're
23 going to talk about that a little bit later with the argument.
24 Also, as a non-U.S. citizen, he may have been or had to return
25 to Lebanon at some future point.

02:57:24  **1**      Regardless, he wanted the option of returning there

-08:-39:-30  **2** because he had family there, and he might even meet someone and

02:57:32  **3** consider possibly marrying and relocating.   You heard testimony

-08:-39:-30  **4** of that effect.   You heard it from him throughout the

02:57:40  **5** recordings that were made by Mr. Griffin, and you heard it from

02:57:43  **6** members of his family as well.

-08:-39:-30  **7**      And finally there is a legitimate religious

-08:-39:-30  **8** obligation in Islam to learn to protect one's family and one's

-08:-39:-30  **9** self.

02:57:53  **10**      And finally, that military service requirement in

02:57:57  **11** Lebanon, which you also heard about.   He talked about it on the

-08:-39:-30  **12** recordings that Mr. Griffin made, and you heard family talk

-08:-39:-30  **13** about it as -- when we put on our case in chief towards the end.

02:58:10  **14**      Keep in mind sometimes Mr. Griffin was deliberately

-08:-39:-30  **15** vague and manipulative.   That was part of his job.   That's

-08:-39:-30  **16** part of what it means to go undercover.  And you heard testimony

-08:-39:-30  **17** about that from him as well as from Agent Coats about the

-08:-39:-30  **18** necessity of kind of feeling people out, testing the waters,

-08:-39:-30  **19** maybe not being as clear as you might want to be clear for fear

-08:-39:-30  **20** of possibly scaring someone off.   And that's a product  of the

-08:-39:-30  **21** DEA and drug investigations.   So there was some vagueness in

-08:-39:-30  **22** the proposals that Mr. Griffin made.

02:58:47  **23**      Also a big issue in the case, and the government

-08:-39:-30  **24** has highlighted this, secrecy versus discretion.   And what do I

02:58:54  **25** mean by that?   The government has repeatedly pointed to

6832

02:58:57  **1**  examples which they believe show that there was this great need

02:59:01  **2**  for secrecy.  We have to hide what we're doing because it's

02:59:05  **3**  illegal, because we're training the jihadists to commit a

-08:-39:-30  **4**  terrorist act.   But I suggest to you a fair interpretation of

02:59:13  **5**  the evidence, particularly with regard to Wassim, is that it was

02:59:16  **6**  actually just good common sense discretion under the

-08:-39:-30  **7**  circumstances at that time.   And we'll get into that in a

02:59:23  **8**  little bit.

02:59:25  **9**          Mr. Griffin was running the show.  That's, I think,

02:59:28  **10**  pretty clear and evident from the evidence in terms of bringing

-08:-39:-30  **11**  people together and setting an agenda.   It's there.   And he

-08:-39:-30  **12**  held himself out -- legitimately, by the way -- as an elite and

02:59:42  **13**  uniquely qualified person to train based upon the extensive

-08:-39:-30  **14**  experience that he received.

02:59:47  **15**          He also, for men who might not have agreed with the

-08:-39:-30  **16**  military political view of U.S. soldiers or even the polar view

-08:-39:-30  **17**  in this country, he held himself out as somebody apologizing for

-08:-39:-30  **18**  things that the U.S. military did abroad, including killing

03:00:08  **19**  innocent civilians abroad.  All of that made him appealing to

-08:-39:-30  **20**  them in terms of what he had to say.   So for Wassim, Mr.

-08:-39:-30  **21**  Griffin had some understanding of the Arabic culture.   For

-08:-39:-30  **22**  Wassim, he had Special Forces training; he had unique -- not

-08:-39:-30  **23**  unique, but very unusual military training.  You might remember

03:00:30  **24**  Mr. Griffin said at one point he had millions and millions of

03:00:33  **25**  dollars' worth and over 14 years in the military.  He, frankly,

1  had a pretty distinguished career in terms of the training he

2  received.

3  Wassim, though, you remember, had no training in

4  defense of self or family.   You remember that from his mother's

5  testimony back in Lebanon, and you also remember that from his

6  inexperience in handling a handgun at the shooting range.

7  Just as a preview of where we're going today, I

8  don't expect to be terribly long.  We're going to review a

9  timeline of Wassim's limited contacts with Darren Griffin.

10  From the fall of 2004 to February, 2006, there's only a total of

11  eight contacts between Mr. Griffin and Wassim.  We're going to

12  review each one in some detail, and we'll start out a little

13  front-heavy in terms of detail, then we'll move a little quicker

14  as we go through those other dates through the end of those

15  eight dates.   And after reviewing each date, you'll see

16  clearly, we believe, that Wassim's purposes were not those of

17  Mr. Griffin or anyone else.   They were both lawful and

18  understandable under the circumstances.

19  So if we want to just quickly review a timeline, I

20  know it is small, but relax, because we're actually going to

21  work through this step-by-step as we go through the date.  We

22  also have a hard copy you can review later.   But you'll notice

23  here on 10-21 is the first mention or indication of him, Mr.

24  Griffin, asking, well, maybe Wassim would like to come and join

25  us.  He's asking Mohammad Amawi.   The first date that Wassim is

03:02:17 1 actually involved in the case, though, is on November 17 of '04.

03:02:24 2 There isn't going to be any dispute about that. There seems to

03:02:27 3 be complete agreement about that. As we move through, his next

-08:-39:-30 4 real contact, though, isn't until about three months later,

-08:-39:-30 5 until February 16. That's the dinner meeting or what we

-08:-39:-30 6 characterize as the proposal meeting that was at Mr. El-Hindi's

-08:-39:-30 7 house.

03:02:45 8     After that there's a meeting on 4/13. This is the

-08:-39:-30 9 second time of a meeting that Wassim thinks he's going to be

-08:-39:-30 10 going training, just going to the shooting range. He thinks

-08:-39:-30 11 it's true on February 16; he thinks it's true again on April 13,

-08:-39:-30 12 that they're going to have a meeting. He finally, on April 20,

-08:-39:-30 13 goes to the shooting range for the first time. And then on

-08:-39:-30 14 April 29, nine days later, goes for the second and last time to

-08:-39:-30 15 the shooting range.

03:03:16 16     There's a telephone call between Mr. Griffin and

03:03:22 17 Mazloum on May 2. Again, we're going to go over all these and

-08:-39:-30 18 hit each date in some detail; some more than others. Then

-08:-39:-30 19 there's a large, approximately five-month gap until September 29

03:03:36 20 where Mr. Griffin comes by unannounced, uninvited, at Mr.

-08:-39:-30 21 Mazloum's place of work, the car lot. And then finally after

-08:-39:-30 22 that, about four months later, the final time on January 30 of

-08:-39:-30 23 '06, same thing, at the car lot, unannounced, uninvited in a

03:04:00 24 personal context for Wassim. We ask that you think or remember

03:04:03 25 that he's working to support himself, his family; that is, his

6835

03:04:08    **1**  mother and his two younger sisters and younger brother, and

-08:-39:-30  **2**  getting his education.   By this time he's attending the

03:04:16    **3**  University of Toledo during this time frame, the College of

03:04:19    **4**  Engineering, as a computer science major.   And he's only

03:04:23    **5**  irritated or expresses anger or outrage in this case when he

-08:-39:-30  **6**  thinks he's going to the shooting range to learn how to shoot a

-08:-39:-30  **7**  gun, and he's not, and then also Muslim training under the

03:04:35    **8**  Hadith.  That's in your glossary.   Basically that requirement

03:04:40    **9**  is to learn to defend one's self and one's family as a good

03:04:46    **10** Muslim.

-08:-39:-30  **11**          Griffin uses this duty -- theme of a duty to train

-08:-39:-30  **12** in meeting with the defendants; in particular, Wassim.   It's a

03:04:55    **13** legitimate religious duty to train for self and for family, not

-08:-39:-30  **14** for a holy war as has been suggested here.   On

03:05:03    **15** cross-examination by David Doughten, on April 24 Mr. Griffin was

03:05:10    **16** asked this:

-08:-39:-30  **17**          Question:  You were trying to prepare?   Let me ask

-08:-39:-30  **18** you another question.   One of the things that you were

-08:-39:-30  **19** convincing them, that being the three defendants, is that they

-08:-39:-30  **20** had a duty to train, correct?

03:05:23    **21**          Mr. Griffin: They had a duty.

03:05:26    **22**          Mr. Doughten then asked:  A duty to train, to learn

03:05:30    **23** how to use weapons in self-defense; that's one of the things you

03:05:33    **24** were presenting that you could provide to them?

03:05:35    **25**          Mr. Griffin says:  Yeah, as far as weapons for

03:05:38  **1**  training.

-08:-39:-30  **2**  Mr. Doughten then asked him:  And that was

03:05:41  **3**  consistent with the Islamic commandment that you be prepared,

-08:-39:-30  **4**  that you had a duty to prepare yourself for self-defense?

-08:-39:-30  **5**  Mr. Griffin said:  Possibly, the way I interpreted

-08:-39:-30  **6**  it.

-08:-39:-30  **7**  Then the next question:  And that was discussed

-08:-39:-30  **8**  this evening, wasn't it?

03:05:56  **9**  Mr. Griffin: I believe so.

03:05:59  **10**  Again, this is referring to the outset of his

03:06:03  **11**  proposal in the case.

03:06:04  **12**  Also remember, again, he's not a citizen.  There is

-08:-39:-30  **13**  no certainty for Wassim of continued residency, and there is

03:06:11  **14**  that whole need or need and desire to train, understandably, for

03:06:18  **15**  Lebanon.  Not to kill U.S. soldiers.   There's a lot of big

03:06:22  **16**  talk on some of these recordings with Arab men and their

03:06:26  **17**  practical obsession with politics.  Mikhail Al-Mozrouei

-08:-39:-30  **18**  testified; he's the Muslim convert that testified:  Oh, yes,

-08:-39:-30  **19**  there's a great deal of time spent doing that, great deal of

-08:-39:-30  **20**  talk.   Again, from Darren Griffin when he was asked as well

03:06:40  **21**  about whether that was a big part of the Muslim or Arabic

03:06:44  **22**  culture, he acknowledged it was.   And you combine that with

03:06:47  **23**  machismo, just young men -- I'm sure none of you know what I'm

-08:-39:-30  **24**  talking about when I say that -- but if you combine that with

03:06:56  **25**  machismo, then you get this on cross from Mr. Doughten of Mr.

03:07:00 **1** Griffin:

-08:-39-30 **2**  Question:  Did you have discussions about politics

-08:-39-30 **3** and such things with them during this time?

03:07:07 **4**  Mr. Griffin:  Yes.

-08:-39-30 **5**  Mr. Doughten:  Actually having discussions with

03:07:11 **6** Arabic men about politics is pretty normal, I guess, for lack of

03:07:14 **7** a better term?

-08:-39-30 **8**  Mr. Griffin said:  Yes.

03:07:17 **9**  I don't know, this is my word -- that is, Mr.

-08:-39-30 **10** Doughten's word -- you can use your own word, but in some ways

03:07:24 **11** sometimes they're obsessed with politics; wouldn't that be fair

-08:-39-30 **12** to say?

-08:-39-30 **13**  Mr. Griffin says: Yes, I would say.

-08:-39-30 **14**  And remember, he was invited to choose his own

-08:-39-30 **15** word, and he didn't.   He apparently agreed with Mr. Doughten's

-08:-39-30 **16** word, even though he was given the option of selecting his own.

-08:-39-30 **17**  Let's talk briefly about secrecy versus discretion

-08:-39-30 **18** before our break.   I addressed this a short time ago about the

-08:-39-30 **19** government's argument that they were acting in secrecy to avoid

-08:-39-30 **20** criminal conduct versus a concept of discretion.   I just ask

-08:-39-30 **21** you to keep an open mind in that regard, to try and

03:08:05 **22** differentiate between what is discretion and what is secrecy.

03:08:09 **23**  Think back to late 2004, just in your own mind and

-08:-39-30 **24** your own calendar and your own dates and the assumptions that

03:08:15 **25** were made.   Now imagine being Muslim with a beard.   It's just

03:08:19 **1** a little more than three years past the attacks of September 11.

-08:-39:-30 **2** And we've all had experiences where we've been in an airport or

-08:-39:-30 **3** some other place; we see someone who appears to be of Middle

-08:-39:-30 **4** Eastern origin.   And they're there, perhaps even with a beard,

-08:-39:-30 **5** and they're either talking to someone in Arabic or they're

-08:-39:-30 **6** talking on a cell phone in Arabic, or they're saying prayers.

-08:-39:-30 **7** And it made me uneasy.  It might have made you uneasy at that

-08:-39:-30 **8** time.   So that's the climate that we live in, particularly as

-08:-39:-30 **9** you back date closer and closer to September 11.

03:08:55 **10** For Wassim, he's not hiding any secret intent.

-08:-39:-30 **11** He's afraid that people will misunderstand a lawful purpose for

03:09:05 **12** an unlawful.

03:09:09 **13** Now, if we go through the dates, please keep in

03:09:13 **14** mind some of the things we just talked about when you're

03:09:17 **15** reviewing and going over the evidence.   Again, the first

-08:-39:-30 **16** contact with Wassim and Mr. Griffin is at the beginning here on

03:09:23 **17** November 17 of '04.   Right in here.

03:09:32 **18** MR. HELMICK:  Judge, would now be a good time to

-08:-39:-30 **19** break?

-08:-39:-30 **20** THE COURT:  Good.

03:09:38 **21** MR. HELMICK:  Thank you.

03:09:38 **22** (Lunch recess taken.)

03:09:38 **23** (The jury is not present.)

-08:-39:-30 **24** MR. SOFER:   Your Honor, we have identified a

05:01:08 **25** potential issue on the verdict sheet.   I just wanted to bring

05:01:12 **1**  it to your attention.   Amy's making copies of it now, but we

-08:-39:-30 **2**  believe as a result of the <u>Apprendi</u> case there actually has to

-08:-39:-30 **3**  be a special verdict form because if the jury were to find the

05:01:22 **4**  defendant intended to maim people overseas rather than kill

05:01:29 **5**  people oversees, it changes the penalties from a statutory

-08:-39:-30 **6**  standpoint.   So we're going to get copies.   We'll get copies

-08:-39:-30 **7**  to defense counsel of the relatively minor change, but I thought

-08:-39:-30 **8**  we could bring it up now.

-08:-39:-30 **9**      THE COURT:  Problems from the defense side?

05:01:46 **10**      MR. BOSS:  No problem.

05:01:48 **11**      MR. DOUGHTEN:  Unfortunately, I believe the

05:01:52 **12**  government is correct; there does need to be a special verdict.

05:01:56 **13**      MR. BRYAN:  That's correct.

05:02:38 **14**      (Jury enters the courtroom.)

05:02:44 **15**      THE COURT:  Mr. Helmick, you may resume.  If you

-08:-39:-30 **16**  want to back up a tad.

05:02:50 **17**      MR. HELMICK:  Maybe just one slide.   I'll let

-08:-39:-30 **18**  everybody get settled.

05:03:04 **19**      I trust everyone's well fed and, hopefully, rested

05:03:08 **20**  a little bit.   Hopefully there will be no attack of the

05:03:12 **21**  afternoon sleepies, at least as long as I'm up here.

-08:-39:-30 **22**      We left on November 17, 2004.   That was the first

-08:-39:-30 **23**  of the dates we discussed on the timeline in terms of contact

05:03:23 **24**  between Mr. Griffin and Wassim.  This is actually the slide we

-08:-39:-30 **25**  left off on.   Again, it was the first time they were together.

6840

05:03:31 **1** This first meeting is important because it forms the framework

05:03:34 **2** for viewing Wassim's actions throughout the rest of the case all

-08:-39:-30 **3** the way through the end of January or into February of 2006.

05:03:42 **4** It also significantly upfront states its purpose

-08:-39:-30 **5** for interest in training as well, and that proof of purpose is

05:03:54 **6** consistent from this point forward as the evidence continues and

-08:-39:-30 **7** the relevant dates continue. We just have a disagreement with

-08:-39:-30 **8** the government about exactly what that evidence means or what

05:04:07 **9** that convinces by way of evidence. That's really our

-08:-39:-30 **10** difference. We agree he said the things the government says he

-08:-39:-30 **11** said. So we don't have a dispute with translation issues here

-08:-39:-30 **12** that you're going to hear about -- transcription issues or what

05:04:24 **13** you hear in the recordings versus what we think is there. And

-08:-39:-30 **14** we also agree with what he did in terms of basic acts; that is,

-08:-39:-30 **15** attending these meetings and going to the shooting range twice,

05:04:36 **16** and even buying a paintball gun on May 2, 2005. That's not

-08:-39:-30 **17** where the difference lies.

05:04:43 **18** Now, the government argued that the phone

05:04:46 **19** conversation just days before November 17, that that defined the

-08:-39:-30 **20** tone and purpose of the meeting on November 17. And if you

-08:-39:-30 **21** remember, that was a conversation on the telephone that was

05:04:59 **22** recorded by Mr. Griffin that was between Mohammad Amawi and

-08:-39:-30 **23** Wassim Mazloum. On that conversation Mohammad Amawi is

05:05:10 **24** inviting him over to meet Darren Griffin. The difference that

-08:-39:-30 **25** we have with the government is about the importance or meaning

05:05:17  1  of that telephone call in which Mr. Amawi said words to the

-08:-39:-30  2  effect of:  Well, we're going to talk about that thing that we

05:05:25  3  discussed.   And the government seemed to think that there was

-08:-39:-30  4  somehow something sinister about that reference.  But we argue

05:05:34  5  that, in fact, that that's not the reasonable inference; that's

-08:-39:-30  6  not evidence of what the government would have you believe, and

-08:-39:-30  7  that there's better evidence.   And that evidence is from

05:05:49  8  November 17 itself when they all get together.   And in fact,

-08:-39:-30  9  it's a statement by Mr. Amawi at the start of the meeting on

-08:-39:-30  10  November 17, with only Mr. Griffin, Wassim, and Mr. Amawi, from

05:06:05  11  which that comes forth.

-08:-39:-30  12          This is not an issue of secrecy.  Again, this is an

05:06:11  13  issue of discretion.   At the outset you might remember that

05:06:15  14  what Mr. Amawi says is this.   If you could just take a look at

05:06:19  15  this together.   I'm just going to give you a moment to read it

-08:-39:-30  16  over, then I'm going to break down the statement.

05:06:43  17          Okay.  And the import of this statement is again,

05:06:48  18  breaking it down, Mr. Amawi says first, basically:  Uh, I mean,

-08:-39:-30  19  he was asking about, you know, security and stuff and these

-08:-39:-30  20  things.

-08:-39:-30  21          And by the way, unmistakably, if you want to go

-08:-39:-30  22  back and listen to it, here is Wassim Mazloum.   He has just met

-08:-39:-30  23  Mr. Griffin.   They have that banter back and forth about I've

-08:-39:-30  24  seen him at the Mosque, although they haven't been formally

-08:-39:-30  25  introduced and talk, Wassim and Mr. Griffin, until this

-08:-39:-30 **1**    particular date.

-08:-39:-30 **2**        He then says none of the Muslims actually does have

-08:-39:-30 **3**    any problem learning how to actually learn how to use the

05:07:25 **4**    weapons and stuff, guns and automatic weapons an all that.

05:07:32 **5**    But, uh, just regarding the, uh -- you know, the safety and

-08:-39:-30 **6**    stuff because of all the craziness.

05:07:39 **7**        Because of all the craziness.   An unmistakable

05:07:43 **8**    reference to fear, or otherwise, or just paranoia that Muslims

05:07:49 **9**    felt around the world after 9/11, and particularly some people

-08:-39:-30 **10**   in America, in terms of all the craziness.   Those fears --

-08:-39:-30 **11**   again, real or imagined -- that they had is what he's referring

-08:-39:-30 **12**   to when he says that in a post-9/11 world.   So ask yourself

-08:-39:-30 **13**   this:  Which is the more reliable evidence as to Wassim's intent

-08:-39:-30 **14**   and purpose at the outset of 11/17?   Is it the phone call a few

-08:-39:-30 **15**   days before where Mr. Amawi makes a general reference to the

-08:-39:-30 **16**   Mohammad Amawi matter we discussed, or is it the purpose that's

05:08:21 **17**   stated clearly by Mohammad Amawi introducing Wassim Mazloum to

05:08:27 **18**   Mr. Griffin?   And we suggest to you clearly that it's the

05:08:31 **19**   latter.

05:08:34 **20**       Mr. Griffin does nothing during the course of this

05:08:37 **21**   meeting on November 17 to dispel this notion to Wassim, that is,

-08:-39:-30 **22**   Mr. Amawi states the purpose.   There's no correction.   There's

-08:-39:-30 **23**   no, well, yeah, that, and violent jihad.   There's nothing like

-08:-39:-30 **24**   that that's said during that time.   In fact, Mr. Griffin goes

-08:-39:-30 **25**   on to tell Wassim and Mr. Amawi about training and duty in this

1 exchange. I'll draw your attention in particular to the second

2 entry or line by Mr. Griffin: You know so, and, you know, it

3 says in the Qur'an that we must prepare anyway.

4 Then Mr. Amawi gives a quotation presumably from

5 the Qur'an: We must, and so forth.

6 Wassim then says: Yeah, you know the situation at

7 the bottom. The situation is very sensitive.

8 Now, I want to play a clip from around this time on

9 November 17, 2004.

10 You already know to start reaching for your

11 headsets. I want you to listen for clear examples of two

12 issues. The first, Griffin being one of the elite. The next,

13 this whole issue of secrecy versus discretion, which is it? Is

14 it trying to hide illegal activity, or is it just using good

15 sense with an understandable concern of what might happen or

16 what might be said?

17 So this is 1D-10. It's from November 17, 2004.

18 If you'll just give me a moment, I'm going to switch the input.

19 This is 1D-10, November 17, 2004.

20 (Audio is played.)

21 MR. HELMICK: Just pausing it right there for a

22 moment, if I may. This is where Mr. Griffin is kind of

23 establishing he's bona fide. He's indicated this is my

24 training. You can see significantly that Wassim is impressed

25 by this. He's one percent of the one percent. The elite.

1  That he's a ranger.   And that he has that special training.

2  And for someone like Wassim, who, remember, is only 23 or 24 at

3  this time, he was born in 1981, for him, that's impressive.   To

4  meet somebody like this that has that type of training is

5  impressive.

6  (Audio is played.)

7  MR. HELMICK:  Okay.  Let me just switch back here

8  to lectern PC.   Okay.

9  Wassim's first reference is "sensitive."   Why is

10  it sensitive?   It's because he's a Muslim with a beard

11  post-9/11.   Not because of any illegal activity.  Wassim says

12  at a later time:  Why not learn to defend myself?   And there's

13  a number of dynamics at work here.   Wassim's very taken, as I

14  said, with Darren Griffin's background and experience.   He

15  maybe perhaps never met anyone quite like him before who he

16  himself has no training.

17  Another statement around this time by Mr. Amawi.

18  You can refer to your monitors now on this.   A general

19  statement again of:  I want to learn; I want to help protect

20  myself and my family.   Well, Wassim is hearing all this while

21  he's at the meeting in terms of purpose at the outset in his

22  first meeting with Mr. Griffin.   And Mr. Griffin says this is

23  just the basic here, and we'll get going on the training.

24  Wassim said, as you'll recall from the excerpt you

25  just heard:  Here you go, the terrorists are coming, in terms of

1 how they are going to be viewed.   That statement is consistent

2 with fear in terms of discretion, not fear of discovery.   Why

3 not say for someone who struggles with English, for example,

4 they'll find out what we're really doing; they'll suspect us,

5 what we're really doing.   He doesn't say that.   He says:  Here

6 you go, they're terrorists because they are Muslim men who are

7 training in weapons, which is perfectly lawful otherwise.   But

8 in a post-9/11 world, that's not the case.   Wouldn't he say

9 that again, they'll find out what we're up to, what our real

10 purpose is?   He doesn't say that.   The statement clearly

11 implies that people may get the wrong idea; "the wrong idea"

12 being that this is training by terrorists.

13            Finally, with regard to this date, Mr. Griffin

14 acknowledges that his purpose in training was not clear.   So

15 you needn't rely solely on the statements by Wassim or Mr. Amawi

16 from November 17.   On cross-examination on April 24 of this

17 year with Mr. Doughten, here was the exchange:

18            Question:  Sure, you didn't want to blow your cover

19 is what it comes down to?

20            Mr. Griffin:  No, it's not.   As far as blowing

21 cover, I wanted them to know what I was about and what I was

22 doing.   Obviously it didn't come out this way on this night.

23            Mr. Doughten then asked:  I guess what you're

24 saying in retrospect, looking back at it, you could have been

25 more clear?

-08:-39:-30  1          Mr. Griffin says:  Yes.

05:15:38  2          You'll also remember the testimony of FBI Special

05:15:43  3  Agent Coats who indicated vagueness is sometimes a part of

05:15:46  4  undercover work.  I mentioned that a little bit earlier just

-08:-39:-30  5  before the lunch break.   This is the first meeting, and also,

-08:-39:-30  6  by the way, the first mention of Lebanon by Wassim in terms of

-08:-39:-30  7  purpose.   And he says during this November 17 meeting: I

-08:-39:-30  8  believe one day I'll be back to my, you know, home country;

05:16:06  9  we'll be learning other -- unintelligible comment there -- over

05:16:11  10  there.

05:16:12  11          Yes, that's in the Lebanese Army, for which he had

-08:-39:-30  12  a duty to serve as a Lebanese national.   He was not a U.S.

-08:-39:-30  13  citizen.   I'll talk more about Lebanon later.

05:16:24  14          Also I wanted to mention, because it might have

-08:-39:-30  15  been part of the government's argument before, Mr. Amawi makes

-08:-39:-30  16  reference to a pact that somehow they're all in agreement.   No

-08:-39:-30  17  one acknowledges or adopts that language during this meeting.

-08:-39:-30  18  Not Mr. Griffin, not Wassim.

-08:-39:-30  19          In fact, what follow is a disagreement and a

05:16:45  20  condemnation of particular acts, like Wassim condemning the

-08:-39:-30  21  bombing of the Jordanian embassy is what follows during that

05:16:52  22  conversation on November 17.

-08:-39:-30  23          Let's move on to the next date.   That would be

-08:-39:-30  24  February 16, 2005.   So the government made a lot of Mr.

05:17:04  25  Mazloum's eagerness to train:  He was perhaps, in some ways, the

6847

-08:-39:-30 **1** most eager.   What I'd suggest to you, it's now a full three

05:17:13 **2** months since the meeting of November 17, 2004 to the next

05:17:17 **3** meeting on February 16, 2005, which means in terms of training

-08:-39:-30 **4** for jihad and going to do something violent overseas, it's

-08:-39:-30 **5** simply not the case.   There's been a big gap of about three

05:17:31 **6** months here before his next contact with Mr. Griffin.   Remember

-08:-39:-30 **7** his purpose from November 17 heading into this.   When November

05:17:39 **8** 17 ends, he thinks they'll be going training, but that it would

-08:-39:-30 **9** be lawfully.  We're going back to the timeline.   Again, I know

05:17:50 **10** it's small.   But we're here on February 16, and we were just

-08:-39:-30 **11** here on November 17 before.   So again, we're about three months

05:18:01 **12** past.

05:18:03 **13**           On February 16, this is the -- much has been made

-08:-39:-30 **14** of this dinner meeting at Marwan El-Hindi's house.  We

05:18:11 **15** characterize it as a proposal dinner by Mr. Griffin.   Mr.

05:18:16 **16** Griffin comes loaded.   He's wired with audio, wired for video.

05:18:22 **17** He's got some training materials, some of which are antiquated

05:18:26 **18** and are set out on the table, you might remember from the video,

-08:-39:-30 **19** his testimony in this case.   Trying to tighten down the

05:18:33 **20** purpose.   Wassim, however, left the November 17 meeting three

05:18:37 **21** months before thinking they'd just got training.   Whatever that

-08:-39:-30 **22** includes, shooting weapons lawfully.   But this was Mr.

05:18:45 **23** Griffin's plan on this particular date.

05:18:47 **24**           Again on cross-examination with Mr. Doughten on

05:18:50 **25** April 24, he was asked:  Was it your idea to get everybody

05:18:54  1  together at Mr. El-Hindi's house, or was this something the FBI

-08:-39:-30  2  told you to try to do?

05:19:00  3  And Mr. Griffin's answer was:  I believe it was me

-08:-39:-30  4  that suggested it.   It might have been guidance from the FBI.

-08:-39:-30  5  You'd have to ask them.

05:19:08  6  So setting the stage for what occurs during this

-08:-39:-30  7  meeting.

05:19:13  8  Wassim is picked up by Mr. Griffin after a long day

05:19:16  9  at work.  That's his ride, to go wherever they're going, and

-08:-39:-30  10  he's a bit of a captive audience in the sense he's meeting Mr.

-08:-39:-30  11  Griffin for the second time after November 17, and Mr. Griffin's

-08:-39:-30  12  driving.

05:19:28  13  Wassim expressed surprise at the fact there was no

-08:-39:-30  14  training that was going to go on.   And now at this point I'd

-08:-39:-30  15  like to play you a short portion of that.   This is 1D-28 from

-08:-39:-30  16  that date, February 16, 2005.

05:19:53  17  (Audio is played.)

05:20:44  18  MR. HELMICK:  So again, the statement is:  We're

-08:-39:-30  19  not going to train today?   Because that was the discussion in

05:20:50  20  anticipation after the last meeting on November 17.   This is

-08:-39:-30  21  three months later on the next contact, and he thinks they're

-08:-39:-30  22  just going to go train either in a field or the shooting range.

-08:-39:-30  23  That's what he thinks at that point.

05:21:16  24  (Audio is played.)

-08:-39:-30  25  MR. HELMICK:  So as you can see from that

1 recording, Wassim thinks they're going to go train and is

2 surprised to find out they're not. And he doesn't really know

3 what the purpose is in going to the other brother's house, but

4 what seems to not be in dispute is that he didn't know

5 Mr. El-Hindi in this case before he shows up at his house. So

6 that sets the stage, rather, for Wassim showing up at a

7 stranger's home, Mr. El-Hindi, for dinner and Mr. Griffin's

8 proposal. He has no idea this was any type of planned proposal

9 dinner when he gets there.

10 Now, Mr. Griffin makes a lot of radical statements,

11 and during a great deal of that -- listen to 2/16 again if you

12 have any question about that or doubts -- Wassim is silent

13 during a great deal of that. Mr. Griffin entered this meeting,

14 he said, to kind of feel out these men; to find out what they

15 were thinking, what they wanted to do, who they were. And by

16 the way, the reciprocal is true; they were trying to feel out

17 Mr. Griffin as well. Wassim is very deferential to Mr.

18 Griffin, even though we know that he had philosophical

19 differences with Mr. Griffin and others about what was and was

20 not proper and permissible, including the 9/11 acts, which

21 Wassim condemned. He was deferential to Griffin. Why? Mr.

22 Griffin had that specialized knowledge; he was older, and Wassim

23 was from a culture where you respect your elders. Wassim was a

24 relatively young man of 23 or 24. Mr. Griffin was

25 significantly older at that time than him. He was also an

05:23:02  1  experienced veteran.   He was a new convert to Islam, so anyone

-08:-39:-30  2  who might come into your church or your community, you're going

-08:-39:-30  3  to treat them with a certain amount of deference and patience,

-08:-39:-30  4  even if you don't agree with everything that comes out of their

05:23:15  5  mouth.   And Wassim succumbed unquestionably on this date to

-08:-39:-30  6  some of the tenor of the talk and the machismo that we talked

-08:-39:-30  7  about before as a contextual element or design running through

-08:-39:-30  8  the case.

-08:-39:-30  9         So here are some provacative comments that were

-08:-39:-30  10  made, the government made reference to previously.   And we

-08:-39:-30  11  start here with Mr. Griffin in terms of talking about it.   And

05:23:40  12  he starts out by asking Wassim during this part of the

-08:-39:-30  13  recording -- this is not the very beginning, but after Mr.

-08:-39:-30  14  Griffin's warmed them up a bit -- asking him:  Is there some

05:23:50  15  specific area?   And you were probably troubled, perhaps

05:23:57  16  understandably, by that reference:  Mainly Iraq and the al-Sham

05:24:02  17  countries, is what he says.

-08:-39:-30  18         What I'd ask you to do is step back and look for a

05:24:10  19  broader context here.   He's in someone else's home.   He's

05:24:14  20  deferential to Mr. Griffin.   He comes back.   He's hearing from

-08:-39:-30  21  Mr. Griffin some strong talk about what he has done previously

05:24:21  22  in the Army as a Special Forces officer, including killing some

-08:-39:-30  23  fellow Muslims.   And he kind of confesses his sins -- falsely,

-08:-39:-30  24  of course -- but he kind of makes that confession, or that

-08:-39:-30  25  expression.   So when he's asked by his pupil, by Wassim, where

05:24:40  1  do you want to go, the response is interesting.   All he had to

-08:-39:-30  2  say was Iraq.   One simple word for someone who is not extremely

-08:-39:-30  3  articulate in English.   He does.   He states:  In the, uh,

05:24:54  4  perhaps starting toward the al-Sham countries.   Then says:

05:24:59  5  Mainly Iraq and the al-Sham countries.

-08:-39:-30  6             Mr. Griffin says:  The al-Sham countries?

05:25:05  7             Wassim says -- this is significant.  After 11/17,

-08:-39:-30  8  before you, you never -- you never know, somewhere over there.

-08:-39:-30  9  I suggest to you -- we'll talk about more of this later.  If you

-08:-39:-30  10  were from Lebanon and lived through what he lived through for

-08:-39:-30  11  the first 19 years of his life -- remember, he's only been in

-08:-39:-30  12  the U.S. four or five years at that point -- this would make a

-08:-39:-30  13  lot of sense to you.   Now, what's significant about the al-Sham

05:25:30  14  countries?  This is from your glossary definition on the second

-08:-39:-30  15  page.   You don't need to look it up or anything, you've got

-08:-39:-30  16  them, but there is the definition of the al-Sham countries.

-08:-39:-30  17  You can take a quick look if you don't remember, but notice

05:25:43  18  first what's missing:  Iraq.   And so is Afghanistan, by the

05:25:49  19  way.   But if we take a look at this in terms of the countries

-08:-39:-30  20  that are listed, and we just go to a map of the region or the

05:25:58  21  area and take a look.  Look on the right.   You can see the

05:26:03  22  al-Sham countries are listed here, lifted from the definition on

-08:-39:-30  23  the previous page, just summarized for you.   Here's Lebanon

-08:-39:-30  24  right here -- you might remember from testimony before -- at the

-08:-39:-30  25  far east end of the Mediterranean is right there.   If we take a

-08:-39:-30 **1** look at the other countries, here's Syria, here's Jordan.   And

05:26:25 **2** then Lebanon, I've already marked here.  Then down here to the

05:26:29 **3** south, Israel and Palestine are down here.   Take a look at that

05:26:33 **4** map.   What's significant about that?   It includes his home

-08:-39:-30 **5** country and all the countries that surround it are included in

-08:-39:-30 **6** that definition.   Not Iraq, not Afghanistan, but those

-08:-39:-30 **7** countries surrounding it.

05:26:47 **8**              And remember back to the testimony from his mother.

-08:-39:-30 **9** We're going to look at this in a little more detail in the

05:26:54 **10** closing argument.   Those countries, those regions that surround

-08:-39:-30 **11** it were involved in or in conflict that affected Lebanon.   And

05:27:05 **12** we'll talk about that in a little more detail when we get back

-08:-39:-30 **13** there.

05:27:09 **14**              That's why his comment about:  In the, uh; then he

-08:-39:-30 **15** says, mainly Iraq, which I suggest is simply a giveaway,

-08:-39:-30 **16** throwaway to Griffin.   Goes on to the al-Sham countries, then

-08:-39:-30 **17** he makes that statement that you never -- you never know,

05:27:29 **18** somewhere over there.   This statement:

05:27:33 **19**              (Slide displayed.)

05:27:35 **20**              Go ahead and move on.

-08:-39:-30 **21**              More provocative comments that he makes during this

-08:-39:-30 **22** period of time.   In this one, Wassim asks him -- I believe this

-08:-39:-30 **23** is during the drive in the car.  Wassim asks:  Well, what about

05:27:52 **24** getting through, you getting through to Americans?   What about

05:27:58 **25** dressed like them?   You'll notice he says down there towards

6853

1 the bottom. This may also give you serious concern and pause

2 about what he's saying. But again, remember the setting.

3 What he doesn't say is: Is there any way you can get, you know,

4 you can get… He doesn't say I. He doesn't say we. It's

5 almost hypothetical, like "one." Can you, can one get through?

6 You might say: Why does he want to know that?

7 Well, a couple of things to think about in terms of

8 the context of this. The first is he's thinking about serving

9 military duty for the Lebanese Army wearing a uniform, which

10 means asking an experienced soldier, American or otherwise,

11 who's in the Middle East, what about somebody infiltrating you

12 if you're wearing a uniform? Is that doable? Is that possible?

13 It would be on Wassim's mind at the time he does this.

14 The other thing is this: Think about times in your

15 life where you've met somebody, a funeral director, a deputy

16 coroner, or even some physicians, and you think of those

17 questions that you'd like to ask and, man, they may be

18 distasteful. They may be horrible. But it occurs to you; you

19 think about them. You think: I can't ask that in polite

20 company. But of this guy, this radical man, Darren Griffin, I

21 can ask even unseemly, even disturbing questions like this.

22 But what he doesn't say is that it's his intent to do it. He

23 doesn't say "we," he doesn't say "I". He says "you". You

24 can -- one can get through? It's almost a hypothetical. And

25 then again asks about those type of trips when he goes through

6854

1  there.

2  And then Mr. Griffin talks about vulnerabilities

3  and weak points.   He then goes on, Mr. Griffin, to say:   But we

4  want to, we want to start a connection in Iraq, too, you know,

5  with our brothers in the Mujahidin and Brother Zarqawi.

6  Wassim says:  That's tough.

7  Again, from his view, this is a political

8  hypothetical conversation; oh, that's tough, how would one do

9  that?   And Mr. Griffin knows, yeah, it's really tough.

10  Acknowledges, yes, it's really tough.

11  Wassim's comments are indicative of kind of a

12  feeling out process with Griffin.  He's trying to determine what

13  they are about, what they want.   And they're trying to

14  determine what he is all about.   How radical is he, what he

15  wants to do.   And it shows how far Mr. Griffin tried to push

16  them in terms of some of the topics that were raised and

17  discussed.

18  Wassim's surprise shows that many of these things

19  hadn't been contemplated, like his comment "that's tough," when

20  he does that in reaction to Mr. Griffin's controversial

21  statement.   And when Mr. Griffin hit a barrier of some kind,

22  doesn't get the response he wants, doesn't get adaptation or

23  enthusiasm, he moves on.

24  There are other discussions that go on.  There's

25  more give-and-take between the parties throughout this time.

05:31:13 **1**   Wassim asks Mr. Griffin, the one percent of the one

05:31:16 **2** percenters, about using his business to get into Iraq.   But if

-08:-39:-30 **3** you look back fairly on 2/16 and keep an open mind and broad

05:31:26 **4** perspective and remember November 17, Wassim's purpose here is a

05:31:31 **5** feeling-out purpose.   And there is no agreement or express

-08:-39:-30 **6** agreement on purpose if you view the evidence in its entirety

-08:-39:-30 **7** and in the proper context.   There's testing of boundaries but

-08:-39:-30 **8** no agreement.

-08:-39:-30 **9**   We understand and concede that the government had

05:31:48 **10** legitimate concern when they might have heard some of these

-08:-39:-30 **11** statements.   Again, if I'm FBI Agent Shannon Coats, and I hear

-08:-39:-30 **12** some of these statements or comments, I'm going to be

05:31:59 **13** suspicious; I'm going to be concerned.   But the overall context

-08:-39:-30 **14** is essential, which is what we're going to talk about here

-08:-39:-30 **15** today.   And the acts of Wassim during and following February 16

05:32:09 **16** establish no clear criminal intent.

05:32:12 **17**   On February 16, we're back here again.   Again

05:32:16 **18** there's a reference to Lebanon.   Wassim says:  Do you know

-08:-39:-30 **19** anything about the Lebanese Army?

05:32:22 **20**   Mr. Griffin says: I know.

-08:-39:-30 **21**   Wassim says:  Because I'm thinking about going back

05:32:29 **22** and, uh, there they oblige us to, uh, serve for six months.

05:32:35 **23**   Mr. El-Hindi has a small interjection: Oh, for --

05:32:39 **24** doesn't seem to mean much.

05:32:40 **25**   Mr. Griffin says:  Yes, uh-huh.   And, you know,

6856

1  get a lot of techniques.   That would help.   Arguably that

2  would help him.

3              So in summary on February 16, was Mr. Griffin

4  successful in getting an agreement?   No, certainly not from

5  Wassim.

6              There's vagueness, which is part of the purpose as

7  a result of his prior work as a DEA agent.   And there was

8  testimony of that from both him and from Special Agent Coats.

9  He's established himself as one percent of the one percent

10  during that time.   And Mr. Griffin, he was feeling people out,

11  by his own admission, his own acknowledgment from the stand.

12  In his estimation, even if the government was expecting a cell,

13  that wasn't what he was doing.

14              They're also feeling him out.   How crazy is he?

15  How radical is he?  Nothing solidified.   There are

16  hypotheticals and a feeling-out process.   The purpose and

17  objective were not formed or clear.   There was no oath; there

18  was no creed; there were no dues or regular meetings scheduled

19  or anything else as a result of this meeting.   It just isn't.

20  There again, Wassim thought he was going to be going training to

21  the shooting range on this day.  And however distasteful you

22  might find some of the comments and exchanges, it's still the

23  feeling-out process.

24              Now, Mr. Sofer asked why not walk or run away from

25  this talk, this talk from Darren Griffin, this crazy kind of

1  talk.   Remember, the dinner wasn't planned, not by Wassim, not

2  by his participation.   He didn't drive; he was picked up by Mr.

3  Griffin and brought there.  He was a guest at a stranger's home

4  during the time that he was there.   There was great deference

5  to Mr. Griffin, the one percent of the one percenter, and he was

6  a convert who you're going to give greater leeway.   And Griffin

7  remembered, not insignificantly, these men and how they might

8  have felt, was confessing his sins.   Falsely, but,

9  nevertheless, making a statement that at the time appeared

10  sincere.  They were also politically sympathetic to some of his

11  viewpoints, even if they didn't agree with everything he said or

12  wanted to do.

13          Let me just go through this one more time for us.

14  I missed one point at the bottom.

15          The problem with repeating slides.

16          It's lawful is the lesson.   You are going to read

17  jury instructions.  We'll visit that briefly at the end of the

18  presentation.

19          By the way, we're at least halfway through, if

20  that's any solace to anybody.

21          Back to our diagram again and our time chart.

22  Because the next date -- we were at 2/16 here.  The next date is

23  not until April 13.   So again, we're about two months farther

24  out before there's any direct contact between Darren Griffin and

25  Wassim.

1    On April 13, again, the government says Wassim is

2    eager.   Well, it's been a couple months, and they still haven't

3    gone to the shooting range from the initial meeting on November

4    17 of '04.   It's been two months since the dinner proposal

5    meeting.   Again, Wassim thinks he's going training on April 13.

6    And he's really not happy about not going to the shooting range.

7    That's his goal for lawful purposes and for receiving

8    self-defense.

9        Now, if you would, we'll play part of 1D-47.

10   Again, this is the April 13, 2005.   This is at the outset.

11   It's at the beginning.

12       (Audio is played.)

13       MR. HELMICK:  That's it for that clip.   Again,

14   what's significant there is he just wants to go train in the

15   shooting range.   He says:  This is such a pain; I'll just do it

16   another day, or words to that effect, is what he says during the

17   time he's there.   That's his goal.   That's what he's thinking.

18   Also there's also an offer that's made for food.   He's already

19   eaten.   Again on 4/13 he thinks:  Let's just go to the shooting

20   range and go train.   He ends up at Mr. Griffin's apartment

21   with, I assume, a government-paid-for white board that's already

22   set up there for a presentation.   Nothing he signed on for.

23       Since November 17 he just wanted to go train to

24   learn how to handle and shoot a weapon.   Again, Mr. Griffin has

25   audio and video ready.   What happens?   Despite scary stills or

05:38:30 **1** images from it, what you really see on April 13 at his apartment

-08:-39:-30 **2** is that Wassim learns proper handgun safety and sighting.

05:38:38 **3** That's what is really conveyed.   If you just dissect what

05:38:42 **4** happened, and you look cleanly at the record, that's what

-08:-39:-30 **5** happened on April 13.  There is some -- Griffin is placating

-08:-39:-30 **6** Wassim by teaching him that or showing him those things.   And

05:38:54 **7** despite the video played, there's nothing to be afraid of by

05:38:58 **8** what you saw on April 13.

05:39:01 **9**          At that time Mr. Griffin suggests another tactic

-08:-39:-30 **10** that they could do in the future; that's paint balling.   Again,

-08:-39:-30 **11** a lawful activity despite the government's insistence.  This is

-08:-39:-30 **12** not Mr. Amawi.  Remember the video clip was played showing the

-08:-39:-30 **13** scene how to hold the weapon and sight the weapon.   The

-08:-39:-30 **14** government's argument is:  Come on, this is clearly Mr. Amawi is

05:39:27 **15** practicing for the future before so when he forms his own cell,

-08:-39:-30 **16** he can help other people.   A fair review of April 13 is Wassim

-08:-39:-30 **17** cannot understand much of what Mr. Griffin is saying in English,

-08:-39:-30 **18** and Mr. Amawi repeats it for him in Arabic for his benefit.

-08:-39:-30 **19**          And if you go back and review April 13 and review

-08:-39:-30 **20** that video, that is what is happening.   There's no discussion

-08:-39:-30 **21** by Mr. Griffin telling Mr. Amawi, okay, now you go ahead and

-08:-39:-30 **22** practice for the future and show him.   He simply repeats what

05:40:04 **23** Wassim, who arguably has the poorest English skills, he simply

05:40:09 **24** repeats what Mr. Griffin just told him.   Mr. Amawi repeats it

-08:-39:-30 **25** for Mr. Griffin.

1    All right.  Astrolite.   I hate to even spend the

2    time, but we need to talk about it because Mr. Mazloum was

3    associated with one meeting where it was discussed between Mr.

4    Griffin and Mr. Amawi.   The first mention was between Mr. Amawi

5    and Mr. Griffin only days before.   Neither one of them, neither

6    Mr. Griffin nor Mr. Amawi, appeared particularly clear on the

7    concept.   There was some discussion on it on April 13 when

8    Wassim is present, but no substance is discussed about it.

9    It's not even clear what it is or where they're going.  There's

10   no participation by Mr. Mazloum or evidence that he knows what

11   it is, that he even knows what the word means.   And he doesn't

12   say anything with regard to that substance, that product.

13       In fact, Mr. Griffin stated during his testimony

14   here that he believed that Mr. Amawi had not mentioned Astrolite

15   to Wassim prior to the discussion that Wassim overhears on April

16   13.  Mr. Griffin testified to that here in court.

17       Wassim is satisfied with that visit, even though he

18   was upset at first, with proper gun handling and safety.   Not

19   coincidentally, ladies and gentlemen, there's another mention on

20   4/13 of Lebanon by Wassim.   That's why he's in a hurry to get

21   to the place and get going.   It's not great English, but that's

22   what he's referring to at the time he makes that statement.

23   "Try and speed it up because I might leave back home this

24   summer."   That's Lebanon.   Not for any evil purpose; it's for

25   a trip back with his family, possibly to meet with another

6861

-08:-39:-30  **1**  family, and possibly to meet a young woman.   But he's leaving

-08:-39:-30  **2**  his options open, including joining the Lebanese Army; because,

-08:-39:-30  **3**  after all, he has that requirement unless he can continue

-08:-39:-30  **4**  deferring.   Again, a lawful and logical purpose.

-08:-39:-30  **5**            Let's move on to the next meeting.   We just

05:42:10  **6**  finished April 13.   The next one is April 20.   Finally, this is

-08:-39:-30  **7**  the first time by Wassim at the shooting range, April 20, 2005.

05:42:21  **8**  Again, first of two trips within nine or ten days to Cleland's.

-08:-39:-30  **9**  They used their Israeli names, real I.D., and don't wear any

05:42:35  **10**  disguises.   They show up as they are, who they are.   They use

-08:-39:-30  **11**  their driver's license, and they sign in under their names.

-08:-39:-30  **12**  The documents are in evidence in the case.   It's right next to

-08:-39:-30  **13**  the state highway patrol.   For those of you who have been there

05:42:48  **14**  or out Airport Highway or by to Loma Linda's, the state highway

-08:-39:-30  **15**  patrol is right next door.

05:42:55  **16**            Nothing happens but target shooting on this day.

-08:-39:-30  **17**  Nothing.   They go and they shoot targets.   There's handling

-08:-39:-30  **18**  and safety at the shooting range during that time.   There's no

05:43:04  **19**  talk of jihad, of any violence or world like jihad or even

05:43:09  **20**  politics before, during, or after this meeting on April 20.

05:43:14  **21**  This was Mr. Amawi, Wassim, and Mr. Griffin during this first

05:43:20  **22**  trip.

05:43:21  **23**            Again, Lebanon.   He says:  Because, because, you

05:43:27  **24**  know, we're leaving.   I'm, I'm -- I might be leaving next month.

05:43:33  **25**  Again, with his family.

1  Then he says:  Yeah, so, so, if Mohammad is busy,

2  the other days can just do it me and you.   What's he saying to

3  Mr. Griffin?  Maybe we could just go if Mohammad is busy and he

4  can't come out.   Then Wassim asks, Can I come by myself to the

5  range?   Now, does that sound like cell behavior, cell-like

6  behavior?  He says:  Can I come out by myself?   Interestingly,

7  Mr. Griffin tells him, No, you should bring another brother with

8  you to critique you.   Why?  Mr. Amawi just learned how to

9  shoot, so why is he suggesting to Wassim you should bring

10  another brother when he says I want to come by myself?   Mr.

11  Griffin says we shouldn't talk at all.  And he suggests putting

12  things up on the board again.  This is the white board.   Again,

13  secrecy versus discretion.

14  Mr. Griffin seems to believe that they want to

15  operate in secret because they're planning some Violent jihad.

16  And Wassim is there with this real I.D. and no disguise and

17  signing in under his real name because he wants to learn how to

18  shoot and self-defense.   His concern was how it might look to

19  outsiders.

20  Wassim asked him a second time on this date, on

21  April 20, about coming alone.   And Mr. Griffin says, yes --

22  this time he says:  You should bring your brother, Bilal.

23  Let's fast forward then to April 29.   This is

24  Wassim.  This is nine days later.   And this is Wassim's second

25  and final trip to Cleland's.   Two trips within nine days.   He

05:45:11 1 brings his brother, Bilal Mazloum. There is discussion

-08:-39:-30 2 regarding Amawi's brother and not telling him, that Bilal

-08:-39:-30 3 Mazloum should not have told him. But again, a fair reading in

-08:-39:-30 4 the whole context of the evidence, if you step back, is this is

05:45:26 5 related to discretion, not secrecy. It's another uneventful

-08:-39:-30 6 shooting session at the range.

05:45:33 7 Okay. So we're back here on the timeline, and

05:45:37 8 we're up to April 29. We were down here on April 20 in terms of

05:45:43 9 the range.

05:45:44 10 Okay. Wassim goes a second time only nine days

-08:-39:-30 11 after the first visit. How concerned was he about secrecy, ask

05:45:54 12 yourself? Again, he uses his own name, own I.D., no disguise.

05:45:59 13 He asks if he can go alone. He brings his brother. This is

05:46:06 14 from April 20, at Mr. Griffin's suggestion. And remember,

-08:-39:-30 15 you've heard testimony during our case in chief that he told

05:46:13 16 family members and friends of these trips. And you might

05:46:17 17 remember, Hussein Smidi is the nice young man who is the

-08:-39:-30 18 manager of Rite Aid in Swanton. Anwar Rabah flew in from

-08:-39:-30 19 Miami, Florida; he was the high school teacher friend of

05:46:33 20 Wassim's. Then Wassim's aunt, Nailam Elkhechen , came in and

-08:-39:-30 21 testified. Now, despite what the government may argue, they

05:46:42 22 didn't come in and say that he told them some type of cover, he

-08:-39:-30 23 was going to the shooting range for fun. First of all, there

-08:-39:-30 24 was no evidence that he went to the shooting range. Nobody

05:46:55 25 said to him: Oh, I heard you were out at Cleland's; what were

1  you doing out there?   He volunteered this information to two

2  friends, one of whom doesn't even live in the area, and to his

3  aunt as well.   He was proud.  He took out the target from his

4  pocket when he was in the car with her, you might remember, and

5  he holds it and shows it to her.   And the stated purpose he

6  told her:  It was for fun.  He did say that.   But you remember

7  she said then, repeated on redirect, that the major purpose was

8  self-defense, was protecting self and protecting family.   That

9  was her testimony, and that that was the primary reason, not an

10  equal reason or a secondary reason for fun.   That was the

11  primary reason.

12           The government may come back and argue:  They

13  suggested this in their first argument.   This was clearly just

14  a matter of putting up a smoke screen so that these people knew.

15  Why?  They didn't know.  They were surprised when they told

16  them.   They didn't know.   So why tell them?   And, by the way,

17  Mr. Griffin's cover story for what they were doing was handing

18  out business cards to them for the security company.   So why

19  not tell them, Oh, I'm training for security, VIP Security;

20  here's the card from the guy who's helping me.   Instead he told

21  his aunt he was going out, it was for fun, and mainly it was for

22  defense of self and defense of family.   That's what he said.

23  There's no Jihad planning done there.  He's keeping his options

24  open in terms of the trip to Lebanon.

25           Now we're coming up, we're still on April 29.   The

05:48:32  1  second trip to the shooting range.  We're in the back seat of

-08:-39:-30  2  Mr. Griffin's car.   All right.   Wassim and Bilal in the back

-08:-39:-30  3  seat.   His brother Bilal.  I know it gets a little confusing

-08:-39:-30  4  because it's Mr. Griffin's Arabic name.   But Bilal Mazloum and

-08:-39:-30  5  Wassim Mazloum are in the back seat.   Mr. Amawi is in the front

-08:-39:-30  6  seat with Mr. Griffin, and there are simultaneous conversations

-08:-39:-30  7  going on.   But Wassim and Bilal, his brother, are in the back

05:48:56  8  seat talking in Arabic.   In the privacy of the back seat in

-08:-39:-30  9  Arabic, which Mr. Griffin doesn't understand, Wassim tells his

05:49:06  10  brother the purpose of the training that they're undertaking

-08:-39:-30  11  when they're at the shooting range on April 29.

05:49:14  12          And so I think the last piece we're going to play

-08:-39:-30  13  for you today is from April 29, 2005.   It's 1D-57.   Again,

-08:-39:-30  14  we're in the back seat of Mr. Griffin's car.

05:49:31  15          (Video is played.)

05:50:49  16          MR. HELMICK:  Again, the statement here of

05:50:51  17  significance is he's talking to Bilal.   There's a simultaneous

05:50:54  18  conversation going on between Mr. Amawi and Mr. Griffin in the

05:50:59  19  front seat.   Wassim is talking to his own brother in the back

-08:-39:-30  20  seat.   What he says is, We're just here to train.   We're just

-08:-39:-30  21  here to learn.   Then he says -- you can see it; it's still on

-08:-39:-30  22  the screen.   Again, the translation is the real evidence

05:51:11  23  because it's in Arabic.   It's not what you hear, like all the

-08:-39:-30  24  other recordings that are in English, but the translation is:

-08:-39:-30  25  If we are ever back in the home country one day, and something

6866

-08:-39:-30  1  happens there maybe, but over there -- over here there is

-08:-39:-30  2  nothing.  We are not this kind of people who would do something

-08:-39:-30  3  here, but over there you don't know.   You never know, which is

-08:-39:-30  4  the whole point of life in the Middle East, especially how and

-08:-39:-30  5  where they grew up, and it's why their life in the Middle East

-08:-39:-30  6  is relevant.

05:51:49  7              (Video is played.)

05:52:32  8              MR. HELMICK:  So again, it's Mr. Griffin who

-08:-39:-30  9  injects the concept of jihad in the conversation, not

-08:-39:-30  10  understanding what Mr. Mazloum just told his brother Bilal in

-08:-39:-30  11  the back seat because it's not his native language.   That is,

-08:-39:-30  12  Darren Griffin doesn't understand what's being said.   This is

05:52:55  13  consistent in terms of Wassim, with the intent he expressed back

-08:-39:-30  14  on November 17, several months before when they met for the

-08:-39:-30  15  first time.

05:53:06  16              May 1, we'll jump forward to.  They're worth

05:53:10  17  mentioning only because this is the date of the conversation --

-08:-39:-30  18  and Mr. Griffin testified to this as well -- between Mr. Amawi

-08:-39:-30  19  and Mr. Griffin discussing Mr. Amawi's fears that he was being

05:53:23  20  watched.   You probably remember that.   This is a precursor to

-08:-39:-30  21  a May 2 conversation, the next day, between Mr. Griffin and

-08:-39:-30  22  Wassim.   And whether it's honest or paranoia expressed by Mr.

-08:-39:-30  23  Amawi, he expresses that to Mr. Griffin.   And then Mr. Griffin

05:53:44  24  calls Wassim to alert him of Mr. Amawi's concern.   So we're

-08:-39:-30  25  here, May 2.  Last trip to the shooting range was here, on April

05:53:54 1   29.

05:53:57 2          On May 2, there's brief discussion -- this was not

-08:-39:-30 3   played, but Mr. Sofer asked Mr. Griffin about it on direct

-08:-39:-30 4   examination.   It was just a few questions, maybe three

05:54:10 5   questions or so.  And here's the gist of it.   He indicates --

-08:-39:-30 6   Mr. Griffin indicates that he calls Wassim and tells him Mr.

-08:-39:-30 7   Amawi's fears of being followed.   Wassim says he shouldn't

05:54:22 8   worry about anything because we're not doing anything wrong or

05:54:26 9   illegal.

05:54:27 10          He also that day purchases a paintball gun, which

-08:-39:-30 11   is, by the way, never used.   It's still in its original

05:54:36 12   packaging, and you have it in evidence in the case.  Even though

05:54:39 13   it was bought on May 2, he never went paintballing, never did

05:54:43 14   anything.   It was mothballed in the garage.  It was found in

-08:-39:-30 15   the garage in February of 2006 when the charges were brought in

-08:-39:-30 16   the case.   It's still in the original packaging.   Check it

-08:-39:-30 17   out.   The Government's admitted it as an exhibit.

05:54:56 18          Fast forward to May 18, 2005.   Again, this doesn't

-08:-39:-30 19   directly involve Mr. Mazloum, and yet he's mentioned.   Amawi

05:55:06 20   and Griffin are talking.  And this is text from 1D-66 on May 18,

05:55:12 21   2005.   Mr. Amawi says:  Yeah, but here, Brother, I don't know

05:55:18 22   about Wassim; me and you, we need to continue.

-08:-39:-30 23          Mr. Griffin says:  Yeah, I know.   I was waiting.

-08:-39:-30 24          Mr. Amawi says:  I want to -- we need to continue.

05:55:29 25          And that was from 1D-66 on May 18.

1            Another passage from May 18 or exchange, and I'd

2 let you read this yourselves on the screen, please, if you

3 would.

4            (Text displayed.)

5            By this point I suggest to you Mr. Mazloum, he's no

6 longer interested.   He got some training in handgun handling on

7 April 13 at Mr. Griffin's apartment.   He's been to the shooting

8 range twice.   It went fine.   He's no longer interested at this

9 point, as was reflected during that conversation.

10            Fast forward to September 29.  We're now five

11 months past the last shooting range trip on April 29, 2005.

12 The government has characterized this as a meeting between

13 Wassim and Mr. Griffin.   And I take issue with that only this

14 far:  A meeting implies two people agreed to get together at a

15 particular time and particular place.   That's not what happened

16 here on September 29.   What actually happened here is that

17 Wassim was going on with his life as he had before.   He was

18 working to support himself and his family.   He was going to

19 college at the University of Toledo in the College of

20 Engineering.   Mr. Griffin shows up unannounced and uninvited.

21 He drops by the car lot where Wassim is working at that time.

22 It's Mr. Griffin that tells Wassim that Mr. Amawi wants to start

23 a car business with Wassim.   Wassim says that he hadn't heard

24 that.   And the government has acknowledged that Mr. Amawi had

25 some legitimate business ventures, including perhaps cars.

6869

1    Mr. Griffin said he was moving to Jordan.   That

2    means Wassim would be losing his trainer and alleged cell

3    leader, right?  Mr. Griffin's moving to Jordan if he's leaving,

4    and Wassim is not.   But there's no evidence in the record of a

5    single complaint voiced by Wassim about his plans to go to

6    Jordan.

7    He's losing his trainer, but he's not making any

8    complaint.

9    The last contact.  Fast forward four months now

10   from September 29 to January 30.   By the way, there's one

11   potential contact in here that's alleged in here, and it's not

12   marked on this, and there's a reason for that.   There was

13   testimony -- I'll just touch briefly on this -- that while Mr.

14   Griffin was in Jordan the first time from August 22, I believe,

15   to September 8, 2005, that on his cell phone that he had there

16   that there was an indication that Wassim Mazloum was calling

17   him.   And I suggest to you that he's either mistaken or he's

18   not being completely candid.   I only say this for this reason.

19   There's no message left.   Mr. Griffin acknowledges that.  He

20   didn't return the call.   There's no evidence that he reported

21   it to his trainer that he received that phone call.   And

22   there's no indication or evidence that during the September 29

23   meeting that there's any my mention, Oh, I tried calling you

24   when I was over in Jordan.  What's up?   There's none of that.

25   So here we are now on the last date of contact on

6870

-08:-39:-30 **1** January 30 of 2006.   Again, Mr. Griffin appears unannounced and

-08:-39:-30 **2** uninvited at the car lot.   It's been four months since the last

05:59:43 **3** visit on September 29, and Griffin greets him early on by saying

-08:-39:-30 **4** to him:  You are a busy man.   Maybe tough to get a hold of,

05:59:54 **5** tough to get in contact with.   Mr. Griffin is, again, not aware

-08:-39:-30 **6** of what Wassim Mazloum is doing in his life, and Wassim Mazloum

06:00:01 **7** doesn't know what Mr. Griffin's doing either.   Wassim doesn't

-08:-39:-30 **8** know Griffin was still in the U.S.A.   He thought he was in

-08:-39:-30 **9** Jordan.

-08:-39:-30 **10** On the closing exchange, the last, arguably,

06:00:14 **11** relevant thing recorded in the last conversation between the two

-08:-39:-30 **12** of them is this: Wassim says:  So are you guys have any

-08:-39:-30 **13** connection with the Mujahidin in Iraq?   Because he's learned

-08:-39:-30 **14** that he's taken a trip over there to Jordan.

06:00:27 **15** Yeah, he's, uh, he's going to tell us about it when

06:00:31 **16** he gets here.

06:00:32 **17** Then there's an unintelligible.

-08:-39:-30 **18** Brother that's from Iraq to, I guess, Syria to, uh,

-08:-39:-30 **19** Jordan, and he's supporting, I guess, the brothers there, so --

06:00:44 **20** but I have to get some laptops for the brothers there because

-08:-39:-30 **21** that's how they're communicating.

-08:-39:-30 **22** Wassim asks:  The brothers in Iraq?

-08:-39:-30 **23** Then I'll let you read this next sentence.

06:01:30 **24** It ends, ironically, with this exchange with Mr.

-08:-39:-30 **25** Griffin asking Mr. Mazloum:  Did you have -- talk to any

06:01:38  **1**  brothers over in Iraq or anything?

-08:-39:-30  **2**  Mr. Mazloum says:  No.

06:01:41  **3**  He hasn't been doing anything except working,

06:01:44  **4**  supporting himself and his family, and going to school.

-08:-39:-30  **5**  Now, there are at least three references the

06:01:49  **6**  government has indicated to you of mujahidin comments by Wassim.

06:01:53  **7**  But remember, he's a mere spectator to any contact between

06:01:58  **8**  Griffin and others over there.   He hasn't gone over.   The only

06:02:01  **9**  reason he made any plans, the plans he did have were to go to

-08:-39:-30  **10**  Lebanon.   He never went.   All Wassim knows of Griffin is he's

-08:-39:-30  **11**  the radical convert, and he talks about things in Iraq and the

-08:-39:-30  **12**  mujahidin.  He may even be sympathetic to his views and feel,

06:02:17  **13**  Mr. Griffin, as they're expressed.  But these are all he knows

-08:-39:-30  **14**  about him.   And he knows little else other than his military

06:02:24  **15**  background.

-08:-39:-30  **16**  So after not seeing him for months at a time, he

06:02:27  **17**  asks him almost a rhetorical question, a question that will lead

06:02:31  **18**  nowhere, because when he's asked by Mr. Griffin, and Wassim

-08:-39:-30  **19**  says:  No, that's it.   That's the last comment that's of

-08:-39:-30  **20**  relevance to this case.  And Wassim says no when that's asked.

06:02:48  **21**  Now, we talked a lot about the evidence.   By the

-08:-39:-30  **22**  way, we're almost done.   We're closing in, folks.  I really

-08:-39:-30  **23**  appreciate your patience.

-08:-39:-30  **24**  There's only one time he requested a disk or CD

06:03:00  **25**  despite all the things you've heard about computer evidence or

6872

1  what you've seen; that was a scholarly debate on a video that

2  was being watched.   He could have traveled to the Middle East

3  at any time to perform some type of violent jihad.   There's no

4  evidence he had any restriction on travel.   And he's a Lebanese

5  national, if he wants to return.   There's no outward

6  expressions of agreement on his part to do so.   And the only

7  physical evidence for him is a paintball gun that I mentioned is

8  still sealed in the package.   There's also no recruitment.

9  Even Bilal, his brother, it was for purposes of defense, as

10 stated between them in Arabic in the back seat of the car on

11 April 29.   Just listen to it.

12          Let's talk about Lebanon now for a moment just to

13 shift gears because it's been weaved through this entire thing.

14 As you know, he's made references to it.   Wassim's only

15 agreement was to train; that's all.   The purpose of the

16 training was for preparation for defense of self and family.

17 And the record is replete with that, from November 17 through

18 April of 2005, and that purpose was logical and understandable.

19          And we're not going to spend a great deal of time

20 on Lebanon, because I know you've heard the evidence, but if you

21 take a look, there's ample evidence of his intent to return.

22 He was a non-U.S. citizen.   There was possible military

23 services in issue.  We also know from testimony from his mother

24 that Lebanon is a legitimate government, not an enemy to the

25 U.S.   It's friendly to the U.S.   You know that from her

-08:-39:-30 **1** testimony. You don't have to rely on her alone.

-08:-39:-30 **2** There's actually other evidence in the case you can

-08:-39:-30 **3** rely on besides that. The government's own expert witness

06:04:52 **4** testified. Kelly Mount, remember her; she was a ballistics

-08:-39:-30 **5** expert. She was one of two that testified. She was the first

-08:-39:-30 **6** that testified. Among her qualifications and her talking about

-08:-39:-30 **7** being an expert is she was invited by Lebanon to come and assist

-08:-39:-30 **8** with a car bombing over in Lebanon. That's significant for two

-08:-39:-30 **9** reasons: That wasn't the purpose of her testimony directly in

-08:-39:-30 **10** terms of why the government called her here, which was to talk

06:05:17 **11** about other things in the case or issues in the case. But what

-08:-39:-30 **12** can you take away from that? It describes the type of tactics

-08:-39:-30 **13** used in Lebanon, car bombings, not like here where primarily we

-08:-39:-30 **14** might be concerned about firearms defense or asserting our own

-08:-39:-30 **15** rights under the Second Amendment, defending our family.

-08:-39:-30 **16** The second thing of importance is it affirms the

06:05:42 **17** relationship between the United States and Lebanon, how she

-08:-39:-30 **18** testified at the request of the host government, that's Lebanon.

-08:-39:-30 **19** Would the FBI, would the U.S. really send somebody abroad to

06:05:53 **20** help a government that wasn't friendly? By the way, it's also

-08:-39:-30 **21** mentioned in her curriculum vitae, which is Government's Exhibit

06:06:01 **22** 174, it's listed as part of her experience, that trip to Lebanon

-08:-39:-30 **23** for that reason. We know that life in Lebanon, from 1981 when

-08:-39:-30 **24** he was born to 2000 when he emigrates, that things were war

06:06:13 **25** torn.

1    If you look just briefly at this timeline, this

2  is -- the exact details of this are unimportant, but they're

3  supported by the testimony.   You can see that Wassim is born

4  here in 1981.   That there is civil war and incursion throughout

5  the time that he's there until 2000 when -- in April of 2000

6  when he emigrates with his family to the United States.

7  Significantly there are skirmishes that include armed people

8  with IEDs and automatic weapons fire.   And you'll remember he

9  was beaten down by Syrian soldiers who invaded his house.   So

10  what would you want to do if you weren't a U.S. citizen, and you

11  might be returning to Lebanon?  Wouldn't you want to know how to

12  defend yourself?

13    There are major events from all sides and all

14  borders.  No one's to blame.   It's just that part of the world.

15  Lebanon, from 1981 to 2000, was war torn.   And it's not just

16  involving small weapons fire; there is IEDs -- there was

17  testimony about that -- shoulder launch missiles, automatic

18  weapons.   It was all a part.   Which means if he expressed an

19  interest in bombs or IEDs, it's because you might have to deal

20  with it if you're in Lebanon or a citizen of the Middle East.

21  It was real life there.

22    He was the man of the house, essentially, after his

23  father abandoned them.  He was 10 or 11 when his father left and

24  went to Venezuela.  He was the man of the house.   He was the

25  eldest man there until he was 18 years old and emigrated; he was

1  there.   You're also aware of the deferment taken by his mother

2  in terms of the military service requirement.   It was still a

3  possibility to him that he might go there.   When he got here to

4  the U.S. -- this is also inconsistent with somebody who wants to

5  go commit violent Jihad -- he started working ten days after his

6  arrival here at the Outback Steak House.   He earns his GED.

7  He enrolled at the U.T. College of Engineering in computer

8  science.   He was a fifth year senior during that last visit

9  with Darren Griffin in January, 2006.   He was almost done with

10  his engineering degree.   His life continued, a productive life,

11  a lawful life during those 14 months of contact with Mr.

12  Griffin.

13          Now let's just switch gears, shift as we close out

14  here and talk about jury instructions.   This is from page 26 of

15  your instructions.   Again, all of them are important.

16  Remember the instruction:  They're all equally important.   A

17  couple of these you've seen before, maybe from Mr. Hartman

18  earlier.   But remember that, in part, again, is just part of

19  the instruction, that to convict any defendant, the government

20  must prove beyond a reasonable doubt that he knew about the

21  conspiracy's main purpose.   And, again, I've added the emphasis

22  here, that he voluntarily joined it intending to help advance or

23  achieve its goals.   That's absolutely crucial with regard to

24  Wassim and this case.

25          Likewise, also on page 26 regarding the conspiracy

1  instruction, proof that a defendant simply knew about a

2  conspiracy or was present at times, or associated with members

3  of the group is not enough, even if he approved of what was

4  happening or did not object to it.

5  And again, even if he did something that happened

6  to make it go forward doesn't necessarily make him a

7  conspirator.

8  Now, the government gets the last word, as you

9  know, which is appropriate because they have the burden of

10  proof.   It may be that the government will say that there was

11  fear of detection by Wassim after Mr. Griffin told them on May 2

12  about the telephone warning from Mr. Amawi:  I think somebody

13  might be following me.  But he still went and bought the

14  paintball gun, Wassim.   And he wasn't afraid of Mr. Griffin.

15  He saw him on two subsequent occasions in September of '05 at

16  the car lot, then again in January of '06 he asked him about the

17  mujahidin.   I mean, is that what you'd ask if you were

18  concerned that somehow he was part of some government

19  conspiracy?   He doesn't sound nervous, if you go back and

20  listen to the January 30, 2006 recording.   He's just not

21  interested, and he's not defensive at that time.

22  As you know, the burden of proof is on the

23  government for each element, as we discussed during the

24  beginning.   Inherent in proving the first two charges, Counts 1

25  and 2, against Wassim are proving some form of intent and

06:10:50  **1**  purpose.   The evidence here, although sometimes laced with

06:10:55  **2**  offensive rhetoric, unquestionably shows defense of self and

-08:-39:-30  **3**  family and a possible return to Lebanon.   If the intent is

06:11:03  **4**  benign, he didn't intend to go and commit an illegal act like

-08:-39:-30  **5**  violent jihad, then everything he did is legal.  Going to the

-08:-39:-30  **6**  shooting range, buying a paintball gun, it's all legal, as it

06:11:17  **7**  would be independently.   And the government has to convince you

06:11:21  **8**  by proof beyond a reasonable doubt that his intent was sinister,

-08:-39:-30  **9**  that his intent was unlawful or illegal.   And Wassim may have

-08:-39:-30  **10**  been sympathetic with some of Griffin's views, but there was not

-08:-39:-30  **11**  agreement of purpose.

-08:-39:-30  **12**          You'll be glad to see this slide is entitled

-08:-39:-30  **13**  "Conclusion".   The bad news for you is there's more than one

06:11:42  **14**  slide labeled "Conclusion".

-08:-39:-30  **15**          Key factors in discerning Wassim's intent.   The

-08:-39:-30  **16**  statement of purpose and intent by Wassim was made clear on

06:11:51  **17**  November 17 of '04 during that first meeting with Mr. Amawi and

06:11:55  **18**  Mr. Griffin.

06:11:56  **19**          He's been consistent throughout with statements to

-08:-39:-30  **20**  his brother Bilal all the way up to and through his statement to

-08:-39:-30  **21**  Bilal, the brother in the back seat of the car, in Arabic on

-08:-39:-30  **22**  April 29, that second trip to the shooting range.   He told his

06:12:11  **23**  closest confidant, his brother, in Arabic, not knowing he was

-08:-39:-30  **24**  being recorded by Mr. Griffin.

06:12:16  **25**          In discerning his intent, again, look at November

06:12:21 **1** 17, look at the fact that he told two friends and a relative

06:12:28 **2** about the fact that he was going to the shooting range to train.

06:12:31 **3** It's true, he didn't tell them that he asked also for training

06:12:35 **4** about IEDs and bombs and other things.   He hadn't gotten it.

-08:-39:-30 **5** What he had gotten was handgun training.   That's what he asked

06:12:43 **6** about.   Wassim tells his brother, We're not these kind of

-08:-39:-30 **7** people, on April 29 in the back seat of his car.   And are his

06:12:50 **8** actions largely consistent with that expression of intent he

-08:-39:-30 **9** told his family and friends?   His brother was not involved in

06:13:00 **10** any way on the evidence in this case in training at the shooting

-08:-39:-30 **11** range.

-08:-39:-30 **12**          At the beginning of this argument, way back before

-08:-39:-30 **13** lunch, I told you that each side, clearly, would say clearly

06:13:18 **14** he's guilty or clearly he's not guilty with statements that were

06:13:23 **15** troubling to you or comforting to you, depending on your view of

06:13:27 **16** the evidence in this case.   But again, that wouldn't be the

-08:-39:-30 **17** right thing to do.   The right thing to do is to step back, open

-08:-39:-30 **18** your minds, as I know you do, and look at all of the evidence

-08:-39:-30 **19** and consider it together if some things point to guilt and

-08:-39:-30 **20** others to innocence.

-08:-39:-30 **21**          The Court's instruction guides us.   This is from

-08:-39:-30 **22** page 5.   If you find the evidence in the case could reasonably

06:13:48 **23** support either of two conclusions, one of guilt, the other of

-08:-39:-30 **24** non-guilt as to any charge, you must return a verdict of not

-08:-39:-30 **25** guilty as to that charge.

06:13:59 **1**      Also from page 5, reasonable doubt.   So when

-08:-39:-30 **2** you're assessing those things and weighing those things, "I

-08:-39:-30 **3** think he did it," "I feel that he did it, that he's guilty of

06:14:10 **4** the charge" is not sufficient.   That's guidance that you see in

06:14:15 **5** determining what is reasonable doubt.

-08:-39:-30 **6**      Then you can see the final statement here.  Proof

-08:-39:-30 **7** beyond a reasonable doubt means proof which is so convincing

-08:-39:-30 **8** that you would not hesitate to rely and act on it in making the

06:14:27 **9** most important decisions in your own lives.   So that's it.

-08:-39:-30 **10**      I ask, we ask, that you take a look, that you view

06:14:37 **11** fairly and open-mindedly everything that was done and said

06:14:40 **12** throughout the course of the case, and ask yourself in the final

06:14:44 **13** analysis, has the government proved to you by proof beyond a

06:14:49 **14** reasonable doubt the intent and purpose was the unlawful intent

-08:-39:-30 **15** and purpose charged here?   I submit to you after you review all

06:15:00 **16** the evidence and allow for application of your common sense and

-08:-39:-30 **17** life experience, you'll decide, no, they have not, and you'll

-08:-39:-30 **18** return verdicts of not guilty on both Count 1 and Count 2.

-08:-39:-30 **19**      I do have, if you'd like to see them, a copy of the

-08:-39:-30 **20** timeline with the eight events.   If you'd like, I can pass that

-08:-39:-30 **21** out.   If you think you've got a sufficient look with me having

06:15:22 **22** covered it, it won't be necessary.  But if you'd like, I'll pass

06:15:28 **23** them out.

06:15:29 **24**      Judge, is that all right?

06:15:31 **25**      THE COURT:  That's fine.   Go ahead.

06:17:58 **1**           MR. HELMICK:  When you're finished, if you'd just

-08:-39:-30 **2** pass them down to the end.  If you're not finished, take your

-08:-39:-30 **3** time.

06:18:28 **4**           I've got them all, Judge, thank you.

-08:-39:-30 **5**           THE COURT:  Ladies and gentlemen, we'll take about

-08:-39:-30 **6** a 15-minute break.   And Mr. Sofer will present the concluding

-08:-39:-30 **7** argument.

06:18:39 **8**           MR. GETZ: May we approach?

06:21:59 **9**           (Whereupon the following discussion was had at the

-08:-39:-30 **10** bench outside the hearing of the jury:)

-08:-39:-30 **11**           THE COURT:  That instruction that you had.

-08:-39:-30 **12**           MR. GETZ:  We gave it to Amy.   It's actually just

-08:-39:-30 **13** a verdict form.

-08:-39:-30 **14**           MR. TERESINSKI:  It's on the 956 charge.

-08:-39:-30 **15**           MR. SOFER:   Because of <u>Apprendi</u>.   I don't know

-08:-39:-30 **16** how anybody could reasonably view the evidence that, if they

-08:-39:-30 **17** were to find they intended to maim instead of murder -- if they

-08:-39:-30 **18** were to find that, then the sentence is, instead of life, I

-08:-39:-30 **19** believe it's 25 or 35 years of incarceration.

-08:-39:-30 **20**           THE COURT:  Okay.  I'll look at it.

-08:-39:-30 **21**           It's only signed by the foreperson.

-08:-39:-30 **22**           MR. TERESINSKI:  That was a sample.   I'm going to

-08:-39:-30 **23** read it to them right after he concludes.

-08:-39:-30 **24**           MR. BOSS:  I know there were other verdict forms

-08:-39:-30 **25** for the defendants, each of them separately.   When they were

-08:-39:-30  **1** passed around I only saw the ones for the other two

-08:-39:-30  **2** co-defendants and not for El-Hindi.   I assume it's up there.

-08:-39:-30  **3** I'm wondering if we can see those, too.

-08:-39:-30  **4**          (End of side-bar discussion.)

06:38:20  **5**          (Recess taken.)

06:39:17  **6**          (The jury is not present.)

06:39:17  **7**          THE COURT:  Ms. Cleary suggested that I wait until

-08:-39:-30  **8** we have a return on the general verdicts before I send them to

06:39:27  **9** deliberate or even inform them, I gather, of the possibility

06:39:34  **10** they'd have to deliberate on a special.

06:39:39  **11**          MR. HARTMAN:  We would join in that request.

06:39:39  **12**          MR. TERESINSKI:  I don't think that's right.   I

06:39:41  **13** think we should have everything together, from the government's

06:39:44  **14** perspective.

06:44:05  **15**          We wanted to make sure.  We would like Your Honor

06:44:09  **16** to not separate or parse it out, not to parse out the separate

06:44:18  **17** question.   Obviously it's a conspiracy to kill, maim, or murder

06:44:22  **18** or maim.   And for our country, in order for the jury to come

-08:-39:-30  **19** back with a guilty verdict on the conspiracy charge, they have

06:44:29  **20** to decide, obviously, what the purpose is to that conspiracy.

-08:-39:-30  **21** It should be done at the same time.

-08:-39:-30  **22**          THE COURT:  I'll think about it.   I know what each

-08:-39:-30  **23** party wants.   Okay.  As to form, is that verdict okay?  Is the

-08:-39:-30  **24** special verdict okay?

06:44:56  **25**          MS. CLEARY:  Yes, Your Honor.

| 06:50:37 | 1 | (Jury enters the courtroom.) |

06:50:40 **2** THE COURT:  Mr. Sofer, you may begin your final

-08:-39:-30 **3** argument.

06:50:44 **4** MR. SOFER:  Thank you, Judge.

06:50:46 **5** Good afternoon, ladies and gentlemen.

-08:-39:-30 **6** THE JUROR:  Good afternoon.

-08:-39:-30 **7** MR. SOFER:  This is going to be the last time that

-08:-39:-30 **8** the government has an opportunity to talk to you before you

06:50:54 **9** begin your deliberations in this case.  As you've heard over

-08:-39:-30 **10** and over, the burden of proof lies with the government, and we

-08:-39:-30 **11** gladly accept that burden.  But that does not mean, again, that

06:51:05 **12** you should not critically analyze the arguments that have been

06:51:08 **13** made here to you by the defense attorneys for each of the

-08:-39:-30 **14** defendants.  I'm going to go through each of their summations.

-08:-39:-30 **15** I will not spend nine hours doing this like the last time.  The

-08:-39:-30 **16** government, as I said the first time, has got to rely on you,

-08:-39:-30 **17** ladies and gentlemen, to critically analyze the evidence that

06:51:30 **18** you have before you, and that is all of the evidence.

-08:-39:-30 **19** I know everyone's gotten up here and talked about

-08:-39:-30 **20** you looking at all of the evidence, and that's a major task in

06:51:40 **21** this case.  I also have noticed you making lots of notes in the

-08:-39:-30 **22** case, and I know that you've paid attention very carefully.

06:51:49 **23** The important point I think -- and I'm going to go through this;

-08:-39:-30 **24** I'm going to go through each of defense attorneys' arguments.

-08:-39:-30 **25** They did not concentrate on all of the evidence, nor did the

1 government in its summation.  We couldn't.  We'd be here all day

2 long.  We tried to give you a fair example in the first

3 summation of what the evidence shows.  I'm going to now try to

4 explain how it is that some of the arguments that have been made

5 to you over the last couple days by the defense attorneys are

6 not, in fact, based on all of that evidence and that there are

7 things that you know and that you can look at in the evidence to

8 refute all of what they're saying.

9 I'm going to go in opposite order.  Keep in mind,

10 I just heard these summations also, so we're sort of analyzing

11 these together, and I apologize if it's not a well-oiled

12 machine -- although it hasn't always been that way -- that it

13 has in the past, as we maybe try to go through a couple clips as

14 well.

15 First of all, Mr. Helmick made a closing argument

16 on behalf of Wassim Mazloum.  And he said, and I agree with him

17 100 percent, that cherry-picking out of the large volume of

18 evidence that you have is really not the right thing to do.  I

19 don't believe the government has done that.  That will be your

20 determination to make.  But the swath of evidence that we have

21 produced and commented on to you is hardly cherry-picking.  I

22 don't think that that can be said, though, necessarily for Mr.

23 Helmick.  And I hope that you noticed as he was making his

24 arguments that he would refer to portions of conversations, but

25 leave other very significant portions of those conversations

-08:-39:-30  **1**  out.   I'll try to emphasize what those were.

06:53:40  **2**  First I want to talk little bit about the fact --

06:53:44  **3**  one of the things that Mr. Helmick said about Darren Griffin

06:53:49  **4**  running the show.   Keep in mind here, this is a very important

-08:-39:-30  **5**  point with respect to Mr. Mazloum, that Defendant Mazloum was

-08:-39:-30  **6**  not brought into this conspiracy by Darren Griffin.   He was

-08:-39:-30  **7**  brought into the conspiracy by Mohammad Amawi, and they had

-08:-39:-30  **8**  prior conversation.

-08:-39:-30  **9**  Now you know a lot about Mohammad Amawi; you've

-08:-39:-30  **10**  heard a whole lot of recordings about what he thought, what he

-08:-39:-30  **11**  believed, what he believed the purpose of the training to be.

-08:-39:-30  **12**  And I submit to you, ladies and gentlemen, it is fair to infer

06:54:19  **13**  that given everything that you've heard from Mohammad Amawi,

-08:-39:-30  **14**  Wassim Mazloum knew exactly what the purpose of this training

-08:-39:-30  **15**  was before he even met Darren Griffin on November 17.   And

06:54:32  **16**  Mohammad Amawi talked a lot about who he could trust and who he

-08:-39:-30  **17**  could not trust.   You know Mohammad Amawi did not trust his own

06:54:39  **18**  brother, but he trusted Wassim Mazloum.   And again, you can

06:54:43  **19**  infer from that that they had a relationship and that they had

06:54:46  **20**  discussed things and that they had a common meeting of the

06:54:50  **21**  minds.

06:54:52  **22**  One of the things that Mr. Helmick said was that

06:54:56  **23**  Darren Griffin was apologizing for U.S. action abroad.   He was

-08:-39:-30  **24**  doing a lot more than that.   He was talking about targeting

-08:-39:-30  **25**  United States forces, and he did this in front of Wassim

-08:-39:-30  **1**  Mazloum, and Wassim Mazloum talked to Darren Griffin about this.

-08:-39:-30  **2**  He talked about targeting United States forces, teaching United

06:55:16  **3**  States tactics and teaching the tactics of the mujahidin.   This

-08:-39:-30  **4**  is not just apologizing for U.S. military actions overseas.

06:55:29  **5**         Now, there was a whole lot of talk about this duty

-08:-39:-30  **6**  to train and this training for self-defense, but you know -- and

-08:-39:-30  **7**  we may be able to play a clip or two; we may not -- you know

-08:-39:-30  **8**  from listening to these clips that the things that Darren

-08:-39:-30  **9**  Griffin was talking to Wassim Mazloum about are not how to

-08:-39:-30  **10**  defend yourself and your house and your family.   You don't need

06:55:56  **11**  to learn about IEDs to learn how to defend your house.   You

-08:-39:-30  **12**  don't have to learn how to snipe to defend your house.   That

-08:-39:-30  **13**  just doesn't make any sense.   These are offensive military

06:56:09  **14**  tactics.  They're much more consistent with training for jihad

-08:-39:-30  **15**  and the kinds of things that you saw on those videos and the

-08:-39:-30  **16**  kinds of things that these men discussed than they are the

06:56:20  **17**  defense of somebody's home.

06:56:22  **18**         Remember that Wassim Mazloum specifically asked for

-08:-39:-30  **19**  training on ambushing.   Well, again, ask yourself:  What does

-08:-39:-30  **20**  training on ambushing have to do with protecting your house?

-08:-39:-30  **21**  Ambush is an offensive action.   And I submit to you, ladies and

-08:-39:-30  **22**  gentlemen, the context of the case, the bigger context of the

-08:-39:-30  **23**  case, all the evidence, we know exactly who it was that Wassim

06:56:47  **24**  Mazloum was looking to learn to ambush.

06:56:53  **25**         There was a long discussion about discretion versus

-08:-39:-30  **1**  secrecy.  Again, the government submits to you if you look at

-08:-39:-30  **2**  what actually happened here, it's clear that we're not talking

-08:-39:-30  **3**  about the discretion of "we are a little different than

06:57:09  **4**  everybody else," "we have long beards, so therefore we shouldn't

-08:-39:-30  **5**  do certain things;" actually, you know, for a lot of different

06:57:16  **6**  reasons.  One is they actually did go train.  As Mr. Helmick

06:57:20  **7**  said, they used their real names, although I would suggest to

06:57:23  **8**  you, if you listen to those conversations, you'll hear a

-08:-39:-30  **9**  discussion from Wassim Mazloum saying:  Should we get fake IDs?

-08:-39:-30  **10**  But they do use their real names, and they do use their real

-08:-39:-30  **11**  I.D.  And what does that show you?

-08:-39:-30  **12**  This is not a question of discretion of a bunch of

06:57:40  **13**  Muslim males with beards can't go to a shooting range.  There

-08:-39:-30  **14**  is something that they are much more worried about, so secret

-08:-39:-30  **15**  that they can't talk about it; so secret that it's a problem

-08:-39:-30  **16**  when Mohammad Amawi's brother even learns that they're going

-08:-39:-30  **17**  shooting.  And that's not about discretion or sensitivity about

06:58:00  **18**  Muslims in the United States going shooting.  Actually, you saw

-08:-39:-30  **19**  them shooting in the video.  Nobody even blinks an eye.

-08:-39:-30  **20**  There's nothing wrong with these guys shooting.  As we've said

-08:-39:-30  **21**  over and over and over again, the shooting is not what is

06:58:15  **22**  illegal.  It's the purpose of the shooting.  And the fact that

-08:-39:-30  **23**  he is so worried about what the purpose of that shooting is

-08:-39:-30  **24**  shows you that he knows what the purpose of the training is, and

-08:-39:-30  **25**  that shows you that he has the intent to commit the crimes that

06:58:31  1   he's charged with.

06:58:36  2          Remember Wassim Mazloum's line:  We shouldn't talk

-08:-39:-30  3   at all.   Well, again, that's not discretion; we shouldn't talk

-08:-39:-30  4   at all.   He's not talking at all about the purpose.   Again,

-08:-39:-30  5   the evidence shows that what is being -- what they don't want to

-08:-39:-30  6   discuss, what's secret, not some sort of discretion, what's

-08:-39:-30  7   secret is the purpose.

06:59:04  8          On November 17, '04 is where Mr. Helmick began.

-08:-39:-30  9   And again, I ask you, if you use your common sense and reason,

-08:-39:-30  10  what did Mohammad Amawi tell Wassim Mazloum before he even got

-08:-39:-30  11  there about the purpose of what Darren Griffin could provide?

06:59:29  12  It makes sense that he would have talked about the jihad

-08:-39:-30  13  training.  And remember he called, I believe, Mohammad Amawi

-08:-39:-30  14  when he had discussed Wassim Mazloum some time ago.   In the

06:59:40  15  context of another conversation about jihad, he said Wassim

-08:-39:-30  16  Mazloum is a real man.   Again, this is a man who didn't trust

06:59:47  17  his own brother for this.

-08:-39:-30  18          Now, it's very interesting what Mr. Helmick played

-08:-39:-30  19  and didn't play from November 17.   I submit to you if you

-08:-39:-30  20  actually listen to a number of conversations, a number of

07:00:01  21  portions of the conversation, even the whole conversation that

07:00:04  22  was recorded by Darren Griffin on November 17, you'll see that

-08:-39:-30  23  much of what Counsel has said about the safety and fear of

07:00:14  24  Muslims being the only thing he was worried about completely

07:00:19  25  evaporates.

07:00:20 **1**      Let's try playing 10-69185-2A-1.   Again, I

07:00:36 **2** apologize if we have a couple delays.  We're just now trying to

-08:-39:-30 **3** figure out which ones we're going to play for you.

07:01:47 **4**      (Audio is played.)

-08:-39:-30 **5**      MR. SOFER:   Going there for fun.   I mentioned

-08:-39:-30 **6** this in the first summation.   Not just going there for fun.

-08:-39:-30 **7** Where is "there," you should ask yourselves.   It is clear from

-08:-39:-30 **8** these conversations.   Any question about what's really being

07:02:00 **9** discussed, listen to rest of these recordings.   They are

-08:-39:-30 **10** talking about jihad.

07:02:07 **11**      (Audio is played.)

07:02:55 **12**      MR. SOFER:   Keep in mind again, Mr. Helmick said,

-08:-39:-30 **13** when it helped him to say he's there, he hears certain things;

-08:-39:-30 **14** he would argue to you that he's there to hear Amawi say one

07:03:06 **15** thing or another that helped him.   When it hurts him, he

07:03:10 **16** doesn't want you to listen to that.   I'm suggesting that Wassim

07:03:13 **17** Mazloum is listening to all of this, and he knows exactly what

-08:-39:-30 **18** this training is for.

07:05:21 **19**      (Audio is played.)

-08:-39:-30 **20**      MR. SOFER:  Here, ladies and gentlemen, comes one

-08:-39:-30 **21** of the important parts.

07:05:25 **22**      "We're going to focus against the military."   It's

07:05:42 **23** not:  We're going to focus on going to Lebanon.   It's not:

-08:-39:-30 **24** We're going to focus on self-defense.   It says:  We're going to

07:05:50 **25** focus against the military.   What does Wassim say?  He says:

| | |
|---|---|
| -08:-39:-30 | **1** That's right.   And a little later he's going to say:  The true |
| -08:-39:-30 | **2** message, the fight is in -- in the, you know, the land of the |
| 07:06:02 | **3** Army.   And again, "the land of the Army" he's talking about is |
| -08:-39:-30 | **4** not Lebanon.   It's where our Army is, ladies and gentlemen. |
| 07:06:10 | **5** And this is the first -- keep in mind, this is only the first |
| 07:06:14 | **6** conversation here.   But the notion that the only thing Wassim |
| 07:06:18 | **7** Mazloum understood at that point was that he was going to go |
| -08:-39:-30 | **8** fight in Lebanon, go back to his country and fight and be able |
| -08:-39:-30 | **9** to be prepared for his military service in Lebanon is not |
| 07:06:29 | **10** consistent with this evidence. |
| 07:06:58 | **11**          (Audio is played.) |
| 07:06:59 | **12**          MR. SOFER:   Again, the charge in this case does |
| -08:-39:-30 | **13** not require that you find that these defendants have selected, |
| 07:07:06 | **14** even Iraq necessarily, as the only place that they were going to |
| -08:-39:-30 | **15** go, but it certainly doesn't require that they had selected |
| -08:-39:-30 | **16** specific victims.   And it doesn't require that they agree on |
| 07:07:19 | **17** everything.   They definitely had some disagreement about what |
| -08:-39:-30 | **18** an innocent person was; who was innocent and when. |
| 07:07:28 | **19**          The one thing they agreed on, the one thing clearly |
| -08:-39:-30 | **20** they agreed on, was targeting the United States military was |
| -08:-39:-30 | **21** okay.   And this conversation shows Wassim agreed with that as |
| 07:07:39 | **22** well. |
| 07:07:40 | **23**          We can stop it here. |
| 07:07:42 | **24**          Now, Amawi refers to, in this same conversation I |
| -08:-39:-30 | **25** believe, a pact that they're all in agreement.   And Mr. Helmick |

-08:-39:-30  **1**  said, well, he could have said this, or he could have said that.

-08:-39:-30  **2**  Wassim was there; someone could have said this, someone could

-08:-39:-30  **3**  have said that.   Again, I would ask you to consider this

07:08:03  **4**  argument:  You can't have it both ways.  You can't say, well,

-08:-39:-30  **5**  when Amawi says something that's good for Wassim that that means

-08:-39:-30  **6**  he was listening, paying attention, and that you can infer what

-08:-39:-30  **7**  he meant.  Then every time Mohammad Amawi says something that's

07:08:16  **8**  bad for Wassim, that you should ignore that.   Here there's a

-08:-39:-30  **9**  pact, and he says there's a pact.  And Wassim doesn't say:  Oh,

07:08:24  **10**  wait a minute; get me out of here; I want no part of this.  Not

-08:-39:-30  **11**  only does he continue with this meeting, but he continues to

-08:-39:-30  **12**  have many other meetings.

-08:-39:-30  **13**              And yes, I have said over and over again, any one

07:08:37  **14**  of these men could have run, not walked, away from Darren

-08:-39:-30  **15**  Griffin or each other at any moment.   And if you continue to

-08:-39:-30  **16**  look at what happens throughout this, you will see that, in

07:08:49  **17**  fact, there are multiple opportunities for that to happen.

-08:-39:-30  **18**  Multiple opportunities to say, I disagree, or, I don't believe

-08:-39:-30  **19**  in what you're saying.   And sometimes they do say I don't

07:08:59  **20**  agree.   That means they can do it.

-08:-39:-30  **21**              This notion that Wassim Mazloum was so deferential

07:09:03  **22**  to Darren Griffin is also not consistent with the evidence.

-08:-39:-30  **23**  Remember all those other recordings where Wassim is saying to

07:09:09  **24**  Darren Griffin:  Let's get this going; let's get this pace up.

-08:-39:-30  **25**  That's not such a deferential statement; the tone of voice that

-08:-39:-30  1  he uses talking to Darren Griffin, not deferential.   When

-08:-39:-30  2  Darren Griffin suggests, hey, when we go overseas, and if we're

-08:-39:-30  3  over in Iraq and get caught by the mujahidin, they can call us

07:09:27  4  back; you can have someone back at home to answer the phone.

07:09:30  5  That was, again, not an evil genius, certainly not a genius

-08:-39:-30  6  remark.   Both Mohammad Amawi and Wassim Mazloum get on his

-08:-39:-30  7  case:  What you're talking about, that doesn't make sense.

07:09:44  8  That doesn't make sense.   We should let them know before we get

-08:-39:-30  9  there.   This is not deference to somebody.   This is somebody

-08:-39:-30  10  who is eager to move along and is often, very often along with

-08:-39:-30  11  Mohammad Amawi, pushing Darren Griffin to give them what they

07:09:57  12  want.   And it's not -- it is not just training to shoot, as you

-08:-39:-30  13  know from these conversations.   And they left that out of these

07:10:10  14  conversations.  Every time Wassim Mazloum says the most

-08:-39:-30  15  important thing is to learn how to snipe, or, I want you to

07:10:15  16  teach us how to make bombs, you didn't see that up here.

-08:-39:-30  17  There's a number of those conversations.   I'm not going to play

-08:-39:-30  18  them for you because we don't have the time.   And again, the

-08:-39:-30  19  government has to rely on you critically analyzing this

07:10:28  20  information.

07:10:41  21          2/16, no question it's a critically important date

-08:-39:-30  22  in the case.   It's not the only critically important date in

-08:-39:-30  23  the case.  I submit to you, as it affects Wassim Mazloum, the

-08:-39:-30  24  moment he has conspired with Mohammad Amawi in this case, both

-08:-39:-30  25  of them, assuming other elements of the crime have been met,

07:11:03  1  both of them were guilty of the crime charged.   The moment

07:11:07  2  those two get together, it only required two or more people, one

-08:-39:-30  3  of which among those people -- the only other person can't be a

-08:-39:-30  4  government informant or a government agent.  As soon as Wassim

-08:-39:-30  5  Mazloum and Mohammad Amawi have conspired together, assuming the

07:11:24  6  other elements have been met for each of these charges, the case

-08:-39:-30  7  is over for them.

-08:-39:-30  8  I'm not suggesting that you should find them guilty

-08:-39:-30  9  based on November 17.   It's only the beginning.  Look at all

-08:-39:-30  10  the things that happened after November 17, and look at all the

-08:-39:-30  11  things that happened after February 16.   And there can be no

-08:-39:-30  12  doubt, no doubt, that by February 16, Wassim Mazloum knew

-08:-39:-30  13  exactly what this agreement was about.

07:11:54  14  Let me tell you a couple things.  This will apply

-08:-39:-30  15  to the other defendants, too.   If all Wassim Mazloum did was

-08:-39:-30  16  help Mohammad Amawi ultimately to attain the goals of this

-08:-39:-30  17  conspiracy, and he did that with the intent that Mohammad Amawi

07:12:12  18  go overseas and commit these crimes, he's also guilty of these

-08:-39:-30  19  crimes.   So when Mohammad Amawi trains Wassim Mazloum -- and

-08:-39:-30  20  this notion that Wassim Mazloum didn't understand English is

-08:-39:-30  21  also completely belied by the evidence.  He may not be the best

07:12:31  22  speaker in the world, but you have conversation after

07:12:33  23  conversation after conversation that you can listen to; there's

-08:-39:-30  24  no comprehension problem here.   These are not simple

-08:-39:-30  25  two-year-old conversations.   They're having adult

6893

1 conversations. He understands what's happening. You can

2 decide that.

3        It's not a question of Mohammad Amawi had to

4 translate certain kinds of training for Wassim Mazloum. That

5 is not consistent with this evidence. It's not reasonable.

6 And when you go back there to deliberate, the critical point is

7 "reasonable."

8        Reasonable doubt. I'll talk a little bit about

9 that instruction again. The defense attorneys have taken

10 portions -- just like they have of the recordings -- they've

11 taken portions of these charges to show you. I'm going to show

12 you the rest of those charges. But what's important when you go

13 back there is: Is it reasonable? Of course you have to use

14 your common sense.

15        When he goes on February 16 to Marwan El-Hindi's

16 house, in that conversation you can hear Wassim Mazloum say when

17 they describe where they're going, That's the brother's place,

18 but are we also going to train? But he knows. This is not a

19 completely new concept to him. He knows they're going to a

20 brother's place. He knows they're going to Marwan El-Hindi's

21 place. He knows that. It's not completely out of the blue.

22        He also says in another conversation, Oh, Mohammad

23 Amawi insisted we eat together. So he had had a conversation

24 earlier that day with Mohammad Amawi about where they were going

25 and likely what they were doing.

-08:-39:-30  1      And again, this comes off of the November 17

07:14:12  2  conversation.  It does not take place in a vacuum.  Wassim

07:14:20  3  agrees to go over.  He doesn't say:  Forget it; get me out of

07:14:24  4  here; I want no part of this; I saw enough on November 17;

-08:-39:-30  5  Mohammad Amawi, you said some things that are frightening to me;

07:14:31  6  I'm not down for this; I don't want any part of this.  He shows

-08:-39:-30  7  up, and he -- again, I can only ask you to watch these in this

-08:-39:-30  8  case, there's a video also, watch and listen to these

07:14:42  9  recordings.  Wassim Mazloum is an eager participant in all of

07:14:46  10  this.  He is not -- people are quiet at different times.

-08:-39:-30  11  Marwan El-Hindi does get up here and that, but they are all

-08:-39:-30  12  there.  And "riveted" may not be the best word, but it certainly

-08:-39:-30  13  is a word that applies.  They are watching Darren Griffin, and

07:15:00  14  they are interacting with Darren Griffin.  The notion that one

-08:-39:-30  15  guy's asleep and another guy's arm wrestling and another guy's

-08:-39:-30  16  playing tiddlywinks is just not accurate.  It's not what that

07:15:14  17  video shows.

07:15:27  18      I think we'll play a little bit of the beginning of

07:15:30  19  that meeting on November 17 where Darren Griffin lays it all

07:15:34  20  out, I'll play it a little later when we go through Marwan, to

07:15:46  21  decide whether he was there to hear enough of this or not.  But

-08:-39:-30  22  the fact is Wassim Mazloum also was there for enough of that.

07:15:53  23  Keep in mind, after all of that, after all of that, what do they

07:15:56  24  do?  They retire to another room in Marwan El-Hindi's house,

-08:-39:-30  25  and they go watch a video of ambushing troops and killing other

-08:-39:-30  **1**  people.  So when Mr. Hartman says actions speak louder than

-08:-39:-30  **2**  words, I agree with him.   You've just now agreed to this kind

-08:-39:-30  **3**  of training.

07:16:21  **4**  We'll play it again in a little bit.  But again, I

07:16:24  **5**  defer to your knowledge and notes at this juncture.  And if you

-08:-39:-30  **6**  don't remember, please ask to play it again.  After all that,

-08:-39:-30  **7**  what do they do?   They go back and they watch a video on

07:16:38  **8**  ambushing.

-08:-39:-30  **9**  I like how Mr. Helmick calls these "provocative

07:16:44  **10**  comments."  "Provocative comments;" that's certainly one way of

07:16:49  **11**  looking at it.   The other thing that they could be considered

-08:-39:-30  **12**  are expressions of intent, these "provocative comments".

07:16:59  **13**  He, like a lot of defense attorneys, sort of

07:17:02  **14**  sloughs aside the notion of -- the most important thing that

-08:-39:-30  **15**  Wassim Mazloum says that day.  When asked, Where do you want to

07:17:10  **16**  go?   He doesn't say anything about training in Lebanon.   He

-08:-39:-30  **17**  does mention the al-Sham countries.  But remember, the al-Sham

-08:-39:-30  **18**  countries include Israel and a number of other places.   He

07:17:23  **19**  says:  Mainly Iraq.   Again, what is reasonable here?   What

-08:-39:-30  **20**  does your common sense tell you?  Why on earth would he say that

-08:-39:-30  **21**  if that's not what he wanted?   Why would he say that?   If he's

-08:-39:-30  **22**  so worried about discretion, if he's so worried about saying

-08:-39:-30  **23**  something which could cause a problem, and he is over and over

07:17:47  **24**  again, why does he actually put it all out there?   He's now in

-08:-39:-30  **25**  the privacy of a home where he trusts the other people.   He

07:17:56  1  trusts the fact that Mohammad Amawi brought him to Darren

07:17:58  2  Griffin.  He now trusts the fact that Darren Griffin and

07:18:00  3  Mohammad Amawi have brought him to Marwan El-Hindi's.  And when

07:18:04  4  asked, when an unambiguous question is asked of him, he gives a

-08:-39:-30  5  fairly unambiguous answer:  Mainly Iraq.

-08:-39:-30  6          There's only one reason to go to Iraq under the

-08:-39:-30  7  circumstances.   And the rest of the case shows you that, and

07:18:20  8  all the videos show you that, and all the interaction between

07:18:23  9  the defendants show you that.   It's not to give out flowers.

-08:-39:-30  10  It's to attack our troops.   That's why you have to learn IEDs

07:18:32  11  and sniping.

07:18:40  12          And he doesn't stop there.  That's not the last

-08:-39:-30  13  time Wassim Mazloum follows up on and asks about Iraq.   You

-08:-39:-30  14  have a number of other examples over a long period of time.  It

07:18:55  15  may be spaced out, but it also shows you over an incredibly long

-08:-39:-30  16  period of time under the circumstances this man remains

07:19:02  17  interested not in Lebanon, not self-defense, but the Mujahidin

07:19:07  18  in Iraq.   That's what he's interested in.

07:19:17  19          Again, you have to put these conversations in

07:19:22  20  context.   A number of the defense attorneys have referred to

07:19:27  21  some of these conversations as political conversations.   I

-08:-39:-30  22  submit to you, ladies and gentlemen, these are not political

07:19:35  23  conversations.   Political conversations do not involve killing

-08:-39:-30  24  other people, watching videos over and over again of the murder

07:19:44  25  of United States troops, trying to learn tactics, trying to

-08:-39:-30 **1** learn training, asking for particular kinds of training.  Those

07:19:53 **2** are not political conversations.   When you're asking, Where do

07:19:56 **3** you want to go, and you say, Mainly Iraq, that's not political

-08:-39:-30 **4** conversation.

07:20:03 **5**          It's also not hypothetical.  Something else Mr.

-08:-39:-30 **6** Helmick says, hypothetical questions.   Wassim Mazloum follows

-08:-39:-30 **7** up on the connections of Mohammad Amawi and Darren Griffin in

-08:-39:-30 **8** Iraq.   It wasn't hypothetical that they went overseas.   They

-08:-39:-30 **9** went.   He heard Mohammad Amawi talking about his contact in

-08:-39:-30 **10** Syria.   Remember what he said that day? He pipes in and says:

07:20:32 **11** We need to stay in contact.   There's another example of him

07:20:35 **12** being interested in him staying in contact with the mujahidin.

-08:-39:-30 **13** We need to stay in contact with them.   That was Wassim that

-08:-39:-30 **14** said that; it wasn't Darren Griffin that suggested it.

07:20:51 **15**          "There's not an agreement; they're testing the

-08:-39:-30 **16** boundaries."  That statement from Mr. Helmick, ladies and

-08:-39:-30 **17** gentlemen, I submit to you, of course there's an agreement here.

-08:-39:-30 **18** It's on a number of recordings.  Certainly by February 16 there

-08:-39:-30 **19** is an agreement.

07:21:13 **20**          This whole Lebanon thing, again, ladies and

-08:-39:-30 **21** gentlemen, it does not make sense.   Common sense indicates that

-08:-39:-30 **22** it is not a reasonable -- it's not even a reasonable doubt.

-08:-39:-30 **23** When Wassim Mazloum talks about what's going to happen in

-08:-39:-30 **24** Lebanon, he always is couching it in terms of what he can get

-08:-39:-30 **25** out of that training for Jihad, not the other way around.   This

1 is a critically important point. Every time they talk about

2 Lebanon, he says: I could learn techniques there; I can get

3 contacts over there; I can find other brothers there. That's

4 what he says about training in Lebanon. He doesn't say: I

5 need to learn this so I can go back to Lebanon and defend

6 myself, or so that I can get a head start on my training there.

7 In fact, ladies and gentlemen, some of the evidence in this case

8 indicates he wasn't really ever going back to Lebanon. He

9 certainly was planning on being a citizen, and he says on one of

10 the recordings: I can't go back to Lebanon for any significant

11 time while I'm still applying for my citizenship. So it's not

12 at all clear that he was headed back to Lebanon at all. Maybe

13 he was keeping that option open.

14          But what he says on these recordings is that he

15 wants to use that training to assist in the kinds of things that

16 he wants jihad training for. Again: contacts, techniques. He

17 talks about they teach you how to blow up tanks. You don't

18 have to blow up tanks to defend yourself in your house.

19          Mr. Helmick said there was no oath, there was no

20 creed, and there were no dues. Well, this isn't the Boy

21 Scouts, ladies and gentlemen. You don't sit there and take the

22 Boy Scout oath, pay your dues. That's not what this is. And,

23 in fact, the Judge's charge, I believe, talks about in most

24 conspiracies you rarely get anyone really talking in any kind of

25 depth necessarily about what it is they want to do at all. You

-08:-39:-30 **1** have to judge by other kinds of circumstantial evidence.   Here

-08:-39:-30 **2** you have a lot more than that.   But it certainly doesn't

-08:-39:-30 **3** require everyone to stand up, raise their right hand and say:   I

-08:-39:-30 **4** today promise to be a mujahidin and kill U.S. troops.   That

07:23:31 **5** doesn't make common sense.   You should not expect that.   It's

-08:-39:-30 **6** not what life is about, and it's not reasonable.

07:23:41 **7**                April 13 they talk about wanting to go to the

-08:-39:-30 **8** shooting range.   But again, Wassim Mazloum wants other things,

07:23:52 **9** too.   And Counsel is asking you to find that the purpose of all

07:23:59 **10** of this was just to learn how to shoot.   That is completely

07:24:05 **11** belied by some of the recordings.

-08:-39:-30 **12**                I think, I may be wrong, let's try 48-691853A-5; it

-08:-39:-30 **13** could also be -7.

07:24:40 **14**                (Video is played.)

07:25:04 **15**                MR. SOFER:   Again, not self-defense.   He doesn't

07:25:08 **16** just want to shoot.   In fact, I think in the first summation we

-08:-39:-30 **17** laid out a whole series where shooting wasn't good enough for

-08:-39:-30 **18** these guys.   Maybe part of the reason that Wassim Mazloum

07:25:19 **19** really wasn't contacting Darren Griffin so much was he was ready

-08:-39:-30 **20** to move on to the next phase, and Darren Griffin was not going

-08:-39:-30 **21** to give him the next phase.   As you know, he was not going to

-08:-39:-30 **22** give him the next phase.   Let's play a little more.

07:25:34 **23**                (Video is played.)

07:26:03 **24**                MR. SOFER:   Again, right there that's the end of

-08:-39:-30 **25** any reasonable doubt about whether, in fact, Wassim Mazloum only

07:26:13 **1** wanted to train to shoot and only wanted to train to defend his

-08:-39:-30 **2** own.   That's it.   They're his words.  We talked about this

07:26:22 **3** over and over again.   The fact Darren Griffin -- there's no

-08:-39:-30 **4** doubt that the defense attorneys want to attack Darren Griffin;

07:26:32 **5** they have attacked Darren Griffin.   It shouldn't surprise any

-08:-39:-30 **6** of us that they would attack Darren Griffin.   And it's because

07:26:38 **7** Darren Griffin carries around a little recording device, and the

-08:-39:-30 **8** recording device has delivered to you the most devastating

-08:-39:-30 **9** evidence that there is in this case, and that's the defendant's

-08:-39:-30 **10** own words.

07:26:55 **11** Again, on this particular day where this was

07:26:58 **12** recorded inside of Darren Griffin's house, there's no English

07:27:03 **13** comprehension problem, and you'll never have a real English

07:27:07 **14** comprehension problem if you listen to these tapes.   What's

07:27:10 **15** happening is Mohammad Amawi is doing what he has said he was

07:27:13 **16** going to do, which is learn how to teach others in Arabic, teach

-08:-39:-30 **17** others how to conduct various different tactics, and one of them

-08:-39:-30 **18** is shooting.   And he actually does that right in front of the

07:27:26 **19** camera with Wassim Mazloum.   And Wassim Mazloum knows what's

07:27:31 **20** going on.   I don't think there's any question he -- if you

-08:-39:-30 **21** watch this video, you'll see he gets it.

07:27:38 **22** Also there's a mention of the Astrolite.   And

07:27:42 **23** again, I direct your attention to the fact when they discuss the

-08:-39:-30 **24** Syrian contact and this other thing, which Wassim Mazloum

-08:-39:-30 **25** presumably hasn't heard about at all, he seems to know something

-08:-39:-30  1  about already.   And what he says is:  We need to stay in

-08:-39:-30  2  contact with that guy.

07:28:04  3  Here's a little bit of context again for the notion

-08:-39:-30  4  that he's training to go to Lebanon.   48-69185-7A.

07:29:05  5  (Video is played.)

07:29:06  6  MR. SOFER:   Wassim Mazloum is not afraid of people

07:29:10  7  bothering him in Lebanon.   They don't have the same fear they

-08:-39:-30  8  do here.   They can run around and do whatever they want, at

-08:-39:-30  9  least that's what's implied here.   And what's important about

07:29:20  10  this conversation is what he says is I can get -- "I can collect

-08:-39:-30  11  a couple guys there."   Again, using the training in Lebanon,

-08:-39:-30  12  his time in Lebanon for jihad, not the other way around.

-08:-39:-30  13  4/29 we'll skip to.   They go to Cleland's.   And I

07:29:44  14  talked a little bit about the 4/20 shooting and the fact that,

07:29:49  15  again, they use their real I.D.  It was near a police station.

-08:-39:-30  16  All these things that they said they're afraid of apparently had

07:29:59  17  evaporated since then.

07:30:00  18  I submit to you, ladies and gentlemen, like Mr.

07:30:02  19  Helmick said, so long as they don't talk purpose, so long as

-08:-39:-30  20  they don't talk tactic, so long as they don't talk at all, which

07:30:09  21  is what Wassim Mazloum suggests, they're in the clear.  The best

07:30:15  22  example of how ridiculous this argument is is when they have a

-08:-39:-30  23  discussion in the back of the car.  The fact that somebody,

07:30:21  24  Bilal, Wassim Mazloum's brother, accidently told Mohammad

07:30:24  25  Amawi's own brother that they were going shooting.   It goes

1 back to, again, it's not a question of discretion.   They are

2 very -- in fact, I believe Mohammad Amawi said the whole thing

3 is based on security.   Not the whole thing is based on VIP

4 Security, not the whole thing is based on security guard

5 training.   It's based on security.   Security being we can't

6 tell anybody what we're doing.   And we certainly can't tell

7 anybody what the purpose is.   Mohammad Amawi says:  You

8 shouldn't have told my brother; just tell him we're going

9 playing paintball.   Again, paintball as a game; paintball for

10 fun.

11         In one of these conversations that was played by

12 Mr. Helmick, Bilal Mazloum is talking about the fact that just

13 tell people, just -- if anyone ever asks, just tell them we're

14 doing it for fun.   These statements every so often, it comes

15 from all the defendants at some point.  Just like any other

16 group of conspiring people would do, they're getting ready their

17 defense:  What do you say to the outside world?  What do you say

18 if you get caught? Tell them it's just for fun.  We're just

19 protecting ourselves.  We're not doing this to hurt anyone.

20 We're not actually bad people.  We're just doing this to protect

21 ourselves.   We're doing it for fun.   Put that in your heart,

22 is what I think he says. Put that in your heart.   Put that in

23 your head.   That's the way you'll be able to explain it.   In

24 fact, that's exactly what Wassim Mazloum does.   That's why his

25 family and friends come, including his friends that he shares

07:31:55 1 secrets with, they don't know anything about what he's really

-08:-39:-30 2 doing.   They don't know anything about ambushes or that other

07:32:01 3 stuff.   Of course he didn't tell them.   He said he was doing

-08:-39:-30 4 it just for fun, or for self defense.   Either way, it's the

-08:-39:-30 5 purpose that's disguised.   Actually, I think I played the part

07:32:17 6 already that has they were just doing it for fun.

07:32:26 7 Let's play 57 69185-11A-2, please.   This is the

-08:-39:-30 8 conversation I was just referring to.

07:32:51 9 (Video is played.)

07:33:12 10 MR. SOFER:   Again, an Arabic conversation between

-08:-39:-30 11 Wassim Mazloum and his brother.  No discussion of self-defense

-08:-39:-30 12 there.   It's blowing up tanks.   This was part of the same

07:33:24 13 conversation, part of the same conversation that Mr. Helmick

-08:-39:-30 14 played for you.   If you have any doubts again, I urge you to

07:33:32 15 play bigger chunks of these things so you can see the context in

-08:-39:-30 16 which these conversations take place.   And again, in this same

07:33:44 17 conversation, it's Bilal Mazloum; put it in your heart that what

-08:-39:-30 18 you're doing is protecting ourselves.  We're just doing it for

-08:-39:-30 19 fun.   And more than one defendant takes that part ultimately .

-08:-39:-30 20 Same concept when Wassim Mazloum says on May 2, he

-08:-39:-30 21 now hears that Mohammad Amawi thinks he's being followed.   And

07:34:18 22 what does he say to Darren Griffin?   Well, you know, he

-08:-39:-30 23 shouldn't be worried; we're not doing anything wrong.   It's the

-08:-39:-30 24 same concept.   They're preparing for the time when somebody

07:34:31 25 who's following them knocks on that window, and they need to be

-08:-39:-30  **1**  able to have an excuse for this.   You hear this over and over

-08:-39:-30  **2**  and over again in the recordings.   They are preparing their

07:34:41  **3**  defense.   They are preparing the way that they're going to

-08:-39:-30  **4**  explain that they're hiding, that they have hidden their

-08:-39:-30  **5**  purpose, their true purpose.

07:34:52  **6**               Mr. Helmick says that Mr. Mazloum went out and

07:34:56  **7**  bought a paintball set, and it was mothballed.  It wasn't

07:35:00  **8**  mothballed.  I believe, if you take a look at it -- I could be

-08:-39:-30  **9**  wrong about this; I haven't looked at it recently -- it's

07:35:07  **10**  missing a piece.   And I believe the piece that it's missing is

-08:-39:-30  **11**  the canister.  That may be true for Mohammad Amawi instead of

07:35:13  **12**  Wassim Mazloum.   One of them, they're missing the gas canister

-08:-39:-30  **13**  that powers the actual paintballs coming out.   You have to take

-08:-39:-30  **14**  that out to get it filled up first before you can go.   So one

-08:-39:-30  **15**  or more of them had taken at least that step to get the

-08:-39:-30  **16**  paintball equipment ready to go.   Again, paintballing is not a

-08:-39:-30  **17**  crime.   Clowning around, shooting each other with little balls

-08:-39:-30  **18**  of paint, it's not a crime.   It's the purpose.   And Darren

-08:-39:-30  **19**  Griffin talks about the purpose all the time.

-08:-39:-30  **20**               In order to learn tactics, you have to have

-08:-39:-30  **21**  multiple people.   And again, there are numerous conversations

07:35:46  **22**  between Wassim Mazloum, Mohammad Amawi, about when you're out

-08:-39:-30  **23**  there, you can just say you're having fun.  It's just a game.

-08:-39:-30  **24**  You don't talk about the tactics.   Again, it's the purpose

-08:-39:-30  **25**  that's being hidden.

07:36:01 **1**            Wassim Mazloum.

07:36:09 **2**            I'm going to skip close to the end of the timeline

07:36:13 **3** at least, September 29, 2005.   Again, I'm going to ask you to

-08:-39:-30 **4** play 103-69185-2A.   A lot has happened by now, but what is it

-08:-39:-30 **5** that Wassim Mazloum is interested in?

07:37:05 **6**            (Audio is played.)

07:37:06 **7**            MR. SOFER:   Again, we went over this the first

-08:-39:-30 **8** time I spoke to you, I think.   But Darren doesn't get it.

07:37:14 **9** Darren Griffin, the evil genius, he doesn't get actually what

07:37:17 **10** Wassim Mazloum is talking to him about.   He thinks he's talking

-08:-39:-30 **11** about a legitimate car business.   It's Wassim that fixes this.

-08:-39:-30 **12** Wassim explains:  No, no, no; I'm not looking to move cars; I'm

-08:-39:-30 **13** talking about the mujahidin over in Iraq.   And this is now a

-08:-39:-30 **14** long time into this relationship.   Again, it shows a

07:37:39 **15** consistent, long-term interest, not in self-defense, but the

07:37:45 **16** mujahidin in Iraq.

07:37:48 **17**            And we should not forget who those people are,

-08:-39:-30 **18** ladies and gentlemen.   You've seen lots of examples, and it's

07:37:54 **19** easy to forget this as we sit here in this courtroom in Toledo,

07:37:58 **20** Ohio.   But these are the people who are killing our troops in

-08:-39:-30 **21** Iraq.   And whether you agree with the war in Iraq doesn't

-08:-39:-30 **22** matter, and whether they agree with the war in Iraq doesn't

07:38:09 **23** matter.   What matters is that these people were targeting our

07:38:14 **24** men and women in uniform to murder them.

07:38:20 **25**            You can end that one.

| | |
|---|---|
| 07:38:25 | **1** There was testimony that while in Jordan, Darren |
| 07:38:30 | **2** received a phone call from Wassim Mazloum. It's true, I don't |
| -08:-39:-30 | **3** believe the phone records, per se, show that. But ask |
| -08:-39:-30 | **4** yourselves: Why on Earth would he make this up? And if he was |
| -08:-39:-30 | **5** going to make something up like this, why not, if he's the evil |
| 07:38:47 | **6** genius that he keeps getting referred to as, as the master |
| 07:38:51 | **7** manipulator, the Jedi mind trick pioneer, why did he just say he |
| -08:-39:-30 | **8** received a phone call? Why didn't he say: I talked to Wassim |
| 07:39:01 | **9** Mazloum; he called from a pay phone; I couldn't tell where the |
| -08:-39:-30 | **10** number was. When are you guys going to hook up with the |
| 07:39:08 | **11** Mujahidin? I'll ship some weapons to them. He didn't say |
| 07:39:11 | **12** anything like that because it's not true. But what it doesn't |
| -08:-39:-30 | **13** show you is Darren Griffin editorializing, adding facts, doing |
| -08:-39:-30 | **14** whatever he can to sort of bring everybody into a conspiracy and |
| -08:-39:-30 | **15** build some sort of giant case. |
| -08:-39:-30 | **16** January 30, Darren Griffin showing up again, and |
| 07:39:30 | **17** has a discussion again with Wassim Mazloum, and once again |
| 07:39:36 | **18** Wassim Mazloum is asking about the mujahidin in Iraq. |
| 07:39:41 | **19** Shouldn't be surprising. If he's not interested, if he's so |
| -08:-39:-30 | **20** interested in this discretion, why does he keep asking these |
| -08:-39:-30 | **21** questions? And they're very specific, pointed questions about |
| -08:-39:-30 | **22** the mujahidin in Iraq. Not about Lebanon, not about |
| -08:-39:-30 | **23** self-defense. Why even ask? It doesn't make any sense. If |
| -08:-39:-30 | **24** he's not a coconspirator; he hasn't agreed to what was agreed to |
| -08:-39:-30 | **25** on February 16 and after, what was agreed to on November 17 of |

6907

07:40:14 **1** '04 and afterwards, why does he keep asking?  There's no answer

07:40:18 **2** for that question because there is no answer other than that's

-08:-39:-30 **3** what he agreed to.  That's what he's interested in.  That's

07:40:25 **4** what his intent is.  It's not reasonable to conclude anything

-08:-39:-30 **5** else.

07:40:35 **6**         Wassim Mazloum could have traveled to the Middle

-08:-39:-30 **7** East anytime he wanted.  Well, you heard him say he couldn't

-08:-39:-30 **8** travel to the Middle East anytime he wanted because he was in

07:40:43 **9** the process of trying to become an American citizen, and if he

07:40:46 **10** spent too much time outside of the country, he might derail that

-08:-39:-30 **11** opportunity.

-08:-39:-30 **12**         Not only that, ladies and gentlemen, but a lot of

-08:-39:-30 **13** the defense attorneys talked about this.  They talked about it

-08:-39:-30 **14** over and over again.  The charge would be different if these

-08:-39:-30 **15** men had gotten on an airplane or a boat or a combination of

07:41:04 **16** other transportation, made their way over to Iraq, and fired

07:41:08 **17** shots, set IEDs, or ambushed our troops.  That would be a

07:41:15 **18** different charge.  What they're charged with here is

-08:-39:-30 **19** conspiring.

-08:-39:-30 **20**         And again, as I suggested to you the last time I

07:41:21 **21** talked to you, there's a reason we have conspiracy statutes.

-08:-39:-30 **22** That's so we don't have to wait until people go and actually

-08:-39:-30 **23** fire shots and set IEDs and ambush our troops.  That's the

-08:-39:-30 **24** purpose behind the conspiracy statute.

07:41:39 **25**         Now, in Mr. Mazloum's case, Mr. Helmick concedes

1  that Wassim Mazloum had an agreement to train.   And that's a

2  huge concession.   He did have an agreement to train.   Again,

3  it's the purpose that you're being asked to consider here.

4  That's where there's some dispute.   And all of the evidence

5  together shows you what that purpose is.

6          Mr. Helmick says that Wassim Mazloum was a working

7  guy, and I think the evidence shows that he was working,

8  although you'll notice he was more than willing to take a day

9  off of work to train with Darren Griffin for Jihad.

10         If his intent is benign, then everything he did is

11  legal, is what Mr. Helmick said.   Well, the government submits

12  to you, ladies and gentlemen, clearly his intent was not benign,

13  and then everything he did was illegal, and it was in

14  furtherance of this conspiracy.

15         And finally, ladies and gentlemen, defense counsel

16  said, it's not right -- not the right thing to do to

17  cherry-pick.  And again, the government agrees with that.

18  Please go back and look at all the rest of this evidence.  If

19  something reasonably supports two conclusions, then you are to

20  find a defendant not guilty.   But what they are asking you to

21  do is not reasonable.   And again, that is the key here.   It's

22  not reasonable; it doesn't make common sense because it's not

23  accurate, it's not true.   This was not a man training to return

24  to Lebanon.   The evidence does not support that.

25         Let me turn my attention now to Mr. Hartman's

-08:-39:-30 **1**  summation on behalf of Marwan El-Hindi.

07:43:49 **2**  Judge, I don't know, when did you want to take a

-08:-39:-30 **3**  break?  I could take one now, or I could take one later.

-08:-39:-30 **4**  THE COURT:  It's up to you.

07:44:02 **5**  MR. SOFER:  Five minutes now would be fine.

07:44:11 **6**  (Recess taken.)

-08:-39:-30 **7**  (Whereupon the following discussion was had at the

-08:-39:-30 **8**  bench outside the hearing of the jury:)

-08:-39:-30 **9**  MR. BRYAN:  Just briefly I just want to note for

-08:-39:-30 **10**  the record that Mr. Sofer's rebuttal to Mr. Mazloum's case went

-08:-39:-30 **11**  almost an hour.   And I don't know how long he's going to take

-08:-39:-30 **12**  to finish his rebuttal argument, but I want to put on the record

-08:-39:-30 **13**  that we acknowledge that Your Honor gave us unlimited time for

-08:-39:-30 **14**  closing argument, but there is sort of a proportionality notion

-08:-39:-30 **15**  that should be in fair play here.   The government took nine

-08:-39:-30 **16**  hours in their closing -- in their opening close.   The defense

-08:-39:-30 **17**  collectively took about eight hours on all three defendants.

-08:-39:-30 **18**  Now the government has already spent one hour in rebuttal.

-08:-39:-30 **19**  That was of an argument that only lasted --

-08:-39:-30 **20**  THE COURT:  Well, we're going to stay here until it

-08:-39:-30 **21**  gets done.

-08:-39:-30 **22**  MR. BRYAN:  I would object if he's going to spend

-08:-39:-30 **23**  that amount of time.

-08:-39:-30 **24**  THE COURT:  I can't change the rules in midstream.

-08:-39:-30 **25**  MR. SOFER:  I'm sorry it's taking long.

-08:-39:-30  **1**          (End of side-bar discussion.)

07:58:03  **2**          (Jury in.)

07:58:08  **3**          THE COURT:  You may continue.

07:58:10  **4**          MR. SOFER:  Ladies and gentlemen, before you go

07:58:12  **5**  back and deliberate on Wassim Mazloum, I just ask you again to

-08:-39:-30  **6**  focus your attention on one particular recorded conversation.

-08:-39:-30  **7**  And again, the government wants you to consider all the

07:58:29  **8**  evidence, but here's something that you can focus your attention

-08:-39:-30  **9**  on.   This is very fast.   It's a minute long.   It's

07:58:37  **10**  57-69185-11A-3.

08:00:16  **11**          (Video is played.)

08:00:24  **12**          MR. SOFER:   Now let's turn to Marwan El-Hindi and

08:00:28  **13**  Mr. Hartman's summation.   This was a longer summation.   They

-08:-39:-30  **14**  get increasingly longer.   I'm going to try to increase my pace

-08:-39:-30  **15**  so that we're not here until too late into the evening.   I want

-08:-39:-30  **16**  to start with this notion that Mr. Hartman, probably more than

08:00:49  **17**  the other defense attorneys, has attacked Darren Griffin.   And

08:00:53  **18**  as I have said to you before, Darren Griffin is by far not a

08:00:57  **19**  perfect person, and the government is not submitting that he is

-08:-39:-30  **20**  not without some significant faults.   But, ladies and

-08:-39:-30  **21**  gentlemen, you don't have to trust Darren Griffin in this case,

08:01:10  **22**  even though the evidence may suggest that you should.   What you

08:01:14  **23**  can trust is the recordings he made.   And no matter how many

-08:-39:-30  **24**  times Mr. Hartman says it, no matter whether he screams it or

08:01:24  **25**  whispers it, the fact of the matter is the evidence shows that

08:01:28  **1**  Darren Griffin was not capable of making these guys say what

-08:-39:-30  **2**  they said.   Not over the hours and hours, days and days, and

08:01:40  **3**  months and months of his interaction.   He's not smart enough,

-08:-39:-30  **4**  and nobody has those kinds of skills.   And as I said before, he

-08:-39:-30  **5**  is not capable of using the Jedi mind trick.   These men said

-08:-39:-30  **6**  what they said on their own, and that's what the evidence shows.

-08:-39:-30  **7**  All of the evidence.

-08:-39:-30  **8**          Not only that, but there are numerous occasions, I

08:02:07  **9**  won't go into them all now, when Darren Griffin is the one who

-08:-39:-30  **10**  interrupts a defendant to say something that ultimately is

-08:-39:-30  **11**  helpful or has been helpful to one of the defense attorneys'

08:02:18  **12**  arguments.   There's a number of examples of that.  One of the

-08:-39:-30  **13**  prime ones actually occurs with Marwan El-Hindi when Marwan

-08:-39:-30  **14**  El-Hindi is talking about Zubair and Khaleel and saying

08:02:28  **15**  something about them, and Darren Griffin says, Oh, for -- he's

-08:-39:-30  **16**  the one who says, You're protecting them; or, You're doing

-08:-39:-30  **17**  something for them, for their families.   He said that.   And

08:02:39  **18**  again, if you use your common sense and your reason, that

08:02:43  **19**  completely undermines everything he said about Darren Griffin's

08:02:47  **20**  ability to manipulate every conversation, get these guys to say

-08:-39:-30  **21**  only incriminating things, trick them into saying nasty things.

08:02:57  **22**  That's just not what the evidence shows.   As I said, Darren

-08:-39:-30  **23**  Griffin isn't that bright, and he doesn't have some sort of

08:03:04  **24**  extrasensory skill in order to do that.

-08:-39:-30  **25**          He has to attack Darren Griffin, absolutely has to

-08:-39:-30  **1**   attack Darren Griffin because if he doesn't, and you actually

-08:-39:-30  **2**   listen to these recordings, and that's all you listen to for all

-08:-39:-30  **3**   of these defendants, and you pay attention to what the testimony

08:03:23   **4**   shows, then you'll find them all guilty of every charge.   So of

08:03:28   **5**   course they're looking to make this a case about Darren Griffin.

-08:-39:-30  **6**   And there's plenty to say about Darren Griffin.  The government

08:03:36   **7**   doesn't dispute that.   But it doesn't make him the liar that

-08:-39:-30  **8**   he's been made out to be, and it doesn't make him capable of

-08:-39:-30  **9**   doing the very thing that they have to rely upon for you to

-08:-39:-30  **10**   question those recordings.

08:03:53   **11**           He talked about there's been a lot of talk about

-08:-39:-30  **12**   this, that the government here has raised the spectre of

08:04:01   **13**   terrorism so that you are afraid, or that there's some sort of

-08:-39:-30  **14**   anti-Muslim bias.  And that also, ladies and gentlemen, that is

08:04:07   **15**   not what this evidence shows.   The government does not want you

-08:-39:-30  **16**   to use prejudice or fear in any way in your deliberations.

08:04:16   **17**   We're asking you to focus on the evidence.   He wants you to be

-08:-39:-30  **18**   afraid of this big government that somehow is a threat to the

08:04:26   **19**   American way.   And that's not what this is, ladies and

-08:-39:-30  **20**   gentlemen.   The tapes don't support that; the witnesses that

-08:-39:-30  **21**   have come in here don't support this.   The testimony of the FBI

08:04:37   **22**   agents that you heard does not support that.   Government wants

-08:-39:-30  **23**   you to decide this case on the evidence.   All of the evidence,

-08:-39:-30  **24**   only the evidence; not fear, not prejudice, and not sympathy.

08:04:51   **25**           He talked about the fact that there were names

08:04:54  1  mentioned like the scary names, scary Arabic names I assume is

-08:-39:-30  2  what he was talking about:  Abu Masada Al Zarqawi and Auyman Al

08:05:05  3  Zawahiri and Osama Bin Laden.  You've learned who those people

-08:-39:-30  4  are.   Those are in some ways the top three leaders of Al-Qaeda.

-08:-39:-30  5  One of them is dead now.  We didn't introduce this, ladies and

-08:-39:-30  6  gentlemen, to scare you.   But, of course, it makes a difference

08:05:24  7  when these men empathize, sympathize, look up to, look for

-08:-39:-30  8  guidance from these individuals.   Why is that?   It shows you

-08:-39:-30  9  what's in their heart, and it shows you what's in their minds.

-08:-39:-30  10          Yes, you can get information from CNN, but that's

08:05:43  11  not where a lot of the information in this case came from.

08:05:46  12  There's a difference.  There's a difference from getting

08:05:51  13  information from CNN, Al-Jazeera, and getting it from Al-Qaeda,

08:05:57  14  which is who produced some of these videos, or getting it from

-08:-39:-30  15  the websites that have the number one and number two leaders of

08:06:06  16  Al-Qaeda.   Again, not to scare you or make you think those guys

-08:-39:-30  17  are bad, so these guys are bad.   That's not what we're asking

-08:-39:-30  18  you, ladies and gentlemen.   Don't decide the case on that.

08:06:15  19  Decide it because it shows you what is in their hearts and their

08:06:19  20  minds.

08:06:20  21          There's a lot of talk about Muslim bias, and you

08:06:32  22  heard about a number -- it's offensive in some ways to all of

-08:-39:-30  23  those other Muslims to think that somehow every Muslim must

-08:-39:-30  24  think, feel, and act the way that these men did.   In fact, you

-08:-39:-30  25  know that that's not true because you saw multiple examples of

-08:-39:-30 **1** other people who walked away, ran away, blacklisted these men,

-08:-39:-30 **2** and they were from the Muslim community.

08:07:04 **3**         The case is not about -- remember I asked you to

-08:-39:-30 **4** consider three questions before listening to these summations.

-08:-39:-30 **5** One of them is what this case is not about.   It's not about

08:07:14 **6** 9/11.   It's not about the War on Terror.   It's about what

-08:-39:-30 **7** these men did in this case with this evidence.

08:07:25 **8**         Mr. Hartman said that this was a cut and paste job.

-08:-39:-30 **9** I'd suggest to you, ladies and gentlemen, that the only party

-08:-39:-30 **10** here that has played large swaths of tapes for you is the United

-08:-39:-30 **11** States government.   And you've heard hours and hours and heard

-08:-39:-30 **12** me run my mouth on for hours and hours about what those tapes

08:07:47 **13** show.   The notion we've somehow cherry-picked for nine hours,

08:07:53 **14** the submission clips, is nothing short of ridiculous.

08:07:57 **15**         Now, you want to talk about a clip job?  The

-08:-39:-30 **16** picture of the empty couch that Mr. Hartman showed you, that's

-08:-39:-30 **17** about the worst clip job you could ever have.   He stops that

08:08:10 **18** tape, and there it is, the empty couch.   Well, you know that

-08:-39:-30 **19** couch wasn't empty, and it wasn't empty for some of the most

-08:-39:-30 **20** important parts of the conversation on that day.

08:08:22 **21**         And let's just quickly play M29-69185-1D-C.  I'll

-08:-39:-30 **22** stop this relatively shortly, but you'll see the couch is not

-08:-39:-30 **23** empty, and it's not empty for what amounts to be the clearest,

08:08:37 **24** most ambiguous statement of what's going on in this case.

08:08:41 **25**         (Video is played.)

08:08:48 1          MR. SOFER:   There's the empty couch.   But it's

-08:-39:-30 2 not empty, ladies and gentlemen.   There's also discussion that

-08:-39:-30 3 Marwan El-Hindi, he's trying to live the American dream, and

-08:-39:-30 4 he's trying to raise his children the best he can.   I suggest

-08:-39:-30 5 to you this picture shows that neither of those things is true.

08:09:19 6 His American dream is a nightmare, ladies and gentlemen.   And

-08:-39:-30 7 this is no way to raise children.

08:09:35 8          (Video is played.)

-08:-39:-30 9          MR. SOFER:   We can stop it now.   If you have any

08:09:40 10 question about what was said, please play it again.

08:09:43 11          Mr. Hartman said on June 23, 2004, that Marwan

08:09:52 12 El-Hindi called Darren Griffin out of the blue, or that I had

08:09:56 13 argued that Marwan El-Hindi had called out of the blue.

08:10:01 14 Frankly, I don't remember what I said, but the important part is

-08:-39:-30 15 not whether he called him out of the blue or not.   He may have

-08:-39:-30 16 called him out of the blue; he may not.   He may have known -- he

-08:-39:-30 17 may have been returning 46 calls from Darren Griffin.   That's

-08:-39:-30 18 not what matters.   What matters is that out of the blue Marwan

08:10:20 19 El-Hindi mentions two people that need training and that have a

-08:-39:-30 20 lot of energy.   Again, if you have any questions about that,

-08:-39:-30 21 play that whole recording again, or ask to have it played.   That

-08:-39:-30 22 is mentioned out of the blue.   It's Marwan that brings it up.

-08:-39:-30 23          That's not the only time Marwan El-Hindi mentions

-08:-39:-30 24 things out of the blue.   He mentions snipers out of the blue.

-08:-39:-30 25 He mentions a number of things out of the blue, things that he's

08:10:44  **1**  doing on his own, at least inside his head.   It's not Darren

-08:-39:-30  **2**  Griffin somehow sending brain waves to him to somehow get him to

-08:-39:-30  **3**  say certain things.

08:10:56  **4**  A lot of discussion about how different Marwan

08:10:59  **5**  El-Hindi is from the rest of us.   Marwan El-Hindi is no

08:11:02  **6**  different than any of us.  The fact that he has a long beard

08:11:05  **7**  doesn't make him different than any of us.   The fact that he

-08:-39:-30  **8**  has darker skin doesn't make him different than any of us.

-08:-39:-30  **9**  He's a lot like us.   He's a United States citizen.  He's been

-08:-39:-30  **10**  living in this country for almost two decades.   There's nothing

-08:-39:-30  **11**  foreign and strange that you have to understand with the Google

08:11:20  **12**  maps and the geopolitical lessons to decide this case.   You

-08:-39:-30  **13**  already have the common sense and reason from your own life

-08:-39:-30  **14**  experiences to be able to decide whether these men broke the

08:11:30  **15**  law.   Don't replace your common sense with some different

08:11:37  **16**  perspective that's spoon fed to you by the defense attorneys.

08:11:53  **17**  If it weren't for Darren Griffin, none of this

-08:-39:-30  **18**  would have happened.   Not true.  Not accurate.  Marwan

-08:-39:-30  **19**  El-Hindi had already met Zubair and Khaleel.   He called Darren

08:12:06  **20**  Griffin, but he could have called somebody else.  And we should

-08:-39:-30  **21**  be happy he did call Darren Griffin and not somebody else.   And

-08:-39:-30  **22**  perhaps more importantly than that, ladies and gentlemen, it is

08:12:22  **23**  not a defense in this case that Darren Griffin brought people

-08:-39:-30  **24**  together.   Now, you can look through the Judge's charge.

08:12:33  **25**  There's no defense in there listed for bringing these people

08:12:36   1   together.  Yes, they have to have intent; yes, they have to

-08:-39:-30   2   voluntarily have entered into an agreement.   But the fact that

-08:-39:-30   3   someone else, even a government agent, brought them together

08:12:47   4   it's not a defense.   And it's not a dirty or underhanded thing

-08:-39:-30   5   that the government did here.   The government does this; police

-08:-39:-30   6   do this all the time.   Law enforcement do this all the time.

-08:-39:-30   7   It's part of what the police and law enforcement do.   They

-08:-39:-30   8   don't make people do things.   Darren Griffin never made any of

-08:-39:-30   9   these men do anything.   They were enthusiastic; they

08:13:10   10   volunteered to do these things.   But it's a perfectly

08:13:15   11   legitimate thing that Darren Griffin was doing.   And your

-08:-39:-30   12   verdict should not be "I like that" or "I don't like that".

-08:-39:-30   13   That's not what this is about.

-08:-39:-30   14            The question is:  Did they violate these laws?

08:13:29   15   The government submits you should like it; what he was doing was

08:13:33   16   looking for threat, and he found some.   But even if you don't

-08:-39:-30   17   like it, that's not what you're being asked to decide here.

08:13:42   18   Mr. Hartman would like you to decide the case based on things

08:13:45   19   like that that are not part of the actual statutes.   But you're

-08:-39:-30   20   being asked to apply the facts to the law as the Judge has read

-08:-39:-30   21   it to you.   And you won't see anything in the law about whether

08:13:57   22   or not Darren Griffin could have brought people together.   I'll

-08:-39:-30   23   submit to you he didn't bring all these people together, but

08:14:03   24   even if he had, there's nothing unseemly about that.

08:14:14   25            Mr. Hartman said it was an unexpected drop by

-08:-39:-30 **1** Mohammad Amawi's house on February 2 with Marwan El-Hindi.   And

08:14:27 **2** I guess he ended up there at Mohammad Amawi's house unbeknownst

-08:-39:-30 **3** to him.   He walks in; he hears talk about drinking blood,

08:14:39 **4** martyrdom.  And does he say:  Get me out of here?   No.   He

08:14:43 **5** invites Mohammad Amawi over to his house.   And what does he say

-08:-39:-30 **6** when he first walks in?   He says something in Arabic about, do

-08:-39:-30 **7** they have the one?  They go right to the computer.  Do they have

-08:-39:-30 **8** the ones on manufacturing?  He's talking about the bomb vest

-08:-39:-30 **9** video or some other video or instructional material that talks

-08:-39:-30 **10** about making bombs.   That's because Marwan El-Hindi, before any

-08:-39:-30 **11** meeting with Mohammad Amawi, already knows this stuff.   And you

08:15:10 **12** know that also from the computer evidence in the case.   If you

08:15:13 **13** have any questions about that, you can ask for that evidence

08:15:16 **14** also.   He was doing things independently of Darren Griffin.

-08:-39:-30 **15**          Darren Griffin, again, was not moving Marwan

-08:-39:-30 **16** El-Hindi around like a pawn.   Marwan El-Hindi had free will.

-08:-39:-30 **17** He was doing what he wanted.  And some of those things included

08:15:32 **18** looking on the internet for materials to make bombs.   And

-08:-39:-30 **19** Mohammad Amawi says in this meeting, Marwan El-Hindi's going to

-08:-39:-30 **20** be joining us.   And again, right there, ladies and gentlemen,

08:15:45 **21** you have the agreement.   You have a willful joining of an

-08:-39:-30 **22** agreement.   It gets a lot clearer later on, but it's pretty

-08:-39:-30 **23** clear on that day.  If you have any questions, please ask to see

-08:-39:-30 **24** that or listen to that recording again, too.

08:16:12 **25**          He says it was Darren Griffin's idea to form a

-08:-39:-30 1 cell. Again, I say to you, ladies and gentlemen, at any time

-08:-39:-30 2 Marwan El-Hindi could have walked away from this and taken

08:16:21 3 himself out of this cell.

08:16:25 4 Darren Griffin brought up explosions and explosives

08:16:30 5 to Zubair and Khaleel, not the other way around; he was fishing.

08:16:34 6 Well, how about sniping, countersurveillance, running with a .50

-08:-39:-30 7 caliber machine gun. Darren Griffin didn't bring those things

08:16:47 8 up with Zubair and Khaleel. They did. It shouldn't surprise

08:16:50 9 you. They had just come home from a trip to try to kill our

-08:-39:-30 10 troops. This is what they wanted to do. These are the people

08:16:56 11 Marwan El-Hindi brought to a man who he knew could train them in

08:16:59 12 military tactics, including U.S. military tactics.

08:17:05 13 Call it fishing. It's another way of saying he

-08:-39:-30 14 was looking for threats. That's what he testified he did, the

-08:-39:-30 15 FBI told you he was doing. It's what you would want people

-08:-39:-30 16 doing. It's what you would want the FBI to be doing. We

-08:-39:-30 17 talked about this notion that Darren Griffin was off on his own

-08:-39:-30 18 doing things. The FBI had pretty tight control over Darren

-08:-39:-30 19 Griffin. He was regularly showing up with these tapes and

-08:-39:-30 20 giving them to the FBI. He's not some guy going off halfcocked

08:17:37 21 as a rogue agent. He's looking for threats. He's looking for

-08:-39:-30 22 threats for the FBI; not for himself, but for the FBI.

08:17:50 23 Why should Marwan El-Hindi run away? It's not his

08:17:54 24 responsibility. Just sitting there does not mean that he

-08:-39:-30 25 agreed. I agree with all of that. It's not his

08:18:00 1 responsibility to walk away. But he didn't. And again, what

-08:-39-30 2 does that tell you? It tells you what is in his heart and in

-08:-39-30 3 his mind. And then he does things. He doesn't just talk; he

-08:-39-30 4 does things. He gives things to Darren Griffin. He sends

08:18:18 5 things to Darren Griffin. He invites people to his house. He

08:18:22 6 provides them with a meeting place for this. He does things.

-08:-39-30 7 He goes and looks for grants. He meets again with Mohammad

-08:-39-30 8 Amawi. He does things.

08:18:42 9 Both Mr. Helmick and Mr. Hartman talked about the

08:18:48 10 instruction on conspiracy. I'd just ask you to read that

-08:-39-30 11 instruction carefully. They cherry-picked a piece of it, and

08:18:54 12 you should read the rest of it. If we have some time -- I

-08:-39-30 13 doubt we will -- I'll try to go through it.

-08:-39-30 14 He said Marwan El-Hindi was not interested in

08:19:07 15 shooting. Not consistent with the evidence. If you listen to

-08:-39-30 16 those tapes, he talks about interested in shooting. He talks

-08:-39-30 17 about his wife being interested in shooting. He expresses a

-08:-39-30 18 number of times where he's interested in shooting. He's also

-08:-39-30 19 interested in explosives. He's also interested in how thick

-08:-39-30 20 the armor is in a tank. He's interested in those things.

-08:-39-30 21 That's not an accurate statement.

08:19:31 22 Marwan El-Hindi got interested in land for farming

-08:-39-30 23 and livestock; he had sheep in his house.

08:19:36 24 Let's play 26-69185-3A-1.

08:19:57 25 (Audio is played.)

08:21:44 1    MR. SOFER:   Again, what this shows, ladies and

-08:-39:-30 2  gentlemen, is the plan is connected to Marwan El-Hindi's

-08:-39:-30 3  thoughts about snipers.   He's now talking about how snipers

-08:-39:-30 4  shoot; they run around in circles, go somewhere else and shoot.

-08:-39:-30 5  You look at the videos they were watching.  This is consistent

-08:-39:-30 6  with what the mujahidin are doing in Iraq.

08:22:08 7    Ambiguity in training.  Ladies and gentlemen, the

-08:-39:-30 8  government submits there's no ambiguity about this training.

08:22:16 9    It's made very clear over and over again that there are two

08:22:19 10  different kinds of training.   There's the training you hide the

-08:-39:-30 11  jihad training in, then there's the jihad training.   And let's

08:22:26 12  play SM-69440-4A-1.  And Marwan El-Hindi gets it.   In fact, he

08:22:39 13  understands because those are the exact words he uses.

08:22:39 14    (Audio is played.)

08:22:44 15    SM-2-69440-4 A-1.

08:23:57 16    MR. SOFER:   I'm trying to skip ahead for speed

-08:-39:-30 17  here.

08:24:02 18    (Audio is played.)

08:24:53 19    MR. SOFER:   Again it's very clear what kind of

-08:-39:-30 20  training we're talking about.   "I understand that's true."

08:24:59 21  Marwan El-Hindi gets it.   He's not been tricked.   This is not

08:25:04 22  camouflage; this is not something he doesn't understand.   It's

-08:-39:-30 23  been made abundantly clear to him.

-08:-39:-30 24    Let's go to February 16.   Marwan El-Hindi didn't

-08:-39:-30 25  know what this meeting was going to be about.   He thought his

08:25:16  **1**  computer was going to get fixed.   Well, he set out an awfully

-08:-39:-30  **2**  big meal for fixing a computer.  And the government would also

08:25:26  **3**  submit to you, ladies and gentlemen, when they did go, after

08:25:29  **4**  they were finished planning, agreeing, conspiring, they go into

-08:-39:-30  **5**  that other room; they go sit on the computer.   It didn't need

08:25:39  **6**  any fixing; it worked.   You know it worked because you can hear

-08:-39:-30  **7**  them playing the ambush attack on there and talking about how

08:25:47  **8**  they're doing it.

08:25:50  **9**  Darren Griffin was right in the middle because he

-08:-39:-30  **10**  made it happen, is what Mr. Hartman said.   Darren Griffin could

-08:-39:-30  **11**  never have made this happen without the voluntary participation

08:26:03  **12**  and actions of these defendants.   As I've said over and over

-08:-39:-30  **13**  again, all any one of them had to do was say, I'm out of here,

-08:-39:-30  **14**  and it was done.

08:26:21  **15**  Marwan El-Hindi stopped these boys from going to

08:26:24  **16**  violent jihad against U.S. forces, referring to Zubair and

-08:-39:-30  **17**  Khaleel.   They're not boys.   They're not boys.   They're men.

-08:-39:-30  **18**  They're men who just left the country to go kill other men,

-08:-39:-30  **19**  probably many of whom were younger than they are.   Some of

-08:-39:-30  **20**  those individuals might be mere boys.   And what does Marwan

-08:-39:-30  **21**  El-Hindi do with these two people?   He turns them over to

-08:-39:-30  **22**  Darren Griffin, who he believes can train them correctly.

08:26:54  **23**  Marwan El-Hindi heard enough.   He knew what they

08:26:57  **24**  wanted from Darren Griffin, and he knew what Darren Griffin

-08:-39:-30  **25**  would give them.  That's a big concession from Mr. Hartman

6923

1 because that's exactly what the government says. He knew what

2 they were about, and he knew what Darren Griffin was going to

3 give them.

4 Nothing happened. You've heard that several times

5 from Mr. Hartman. He started this case that way. Made a

6 number of representations at the beginning of the case: The

7 evidence didn't ever prove…

8 Conspiracy does not require that they complete the

9 crime. That's not what you're being asked to consider.

10 Darren Griffin never saw Zubair and Khaleel again,

11 and the reason is Marwan El-Hindi. Marwan El-Hindi told Darren

12 Griffin that he would get them, but never did. And this is

13 beginning to sound a little bit like Mohammad Amawi's defense

14 that he was just faking it, except that you have a conversation

15 here. And I'll explain when we get to Mohammad Amawi how that

16 argument doesn't fly either. But we have a conversation here

17 where Marwan's trying awfully hard to get Khaleel to come back

18 to Toledo for training.

19 We can play that real quick. It's

20 SM-90-66747-10A-1.

21 (Audio is played.)

22 MR. SOFER: Again, remember it was Darren Griffin

23 who injected the line when he was talking to Marwan El-Hindi; he

24 said, And you're trying to help them for your families. Well,

25 you can tell that it was Darren Griffin's line because here's

6924

08:32:18 **1** Marwan El-Hindi trying to help these boys for their family,

08:32:24 **2** telling Khaleel that Zubair's father is full of you know what.

08:32:29 **3** Let's keep moving. The point is Marwan El-Hindi is

08:32:39 **4** trying; he's trying to get Khaleel. Eventually they never show

-08:-39:-30 **5** up. Maybe that nasty word inside of Khaleel's phone or

-08:-39:-30 **6** Zubair's phone that refers to Marwan El-Hindi explains it; they

-08:-39:-30 **7** didn't have a whole lot of respect for Marwan El-Hindi, and

-08:-39:-30 **8** maybe that's why they didn't show up. We don't know. I'm not

-08:-39:-30 **9** asking you to speculate on that. Maybe.

-08:-39:-30 **10** But the bottom line is Marwan El-Hindi tried to get

08:33:04 **11** them here, and he brought them to Darren Griffin for one reason

08:33:08 **12** and one reason only. He was trying to help them or their

08:33:13 **13** families? Their families didn't think so. You have the

08:33:16 **14** recording -- we don't have the time -- where Marwan talks about

08:33:19 **15** the fact that, in fact, the family of Zubair thinks that he's

08:33:25 **16** dangerous. And he didn't pull that out of thin air either.

-08:-39:-30 **17** The government submits the evidence is there to show why

08:33:32 **18** Zubair's family thought Marwan El-Hindi was dangerous. If he

-08:-39:-30 **19** had just rescued their son from going on jihad, why would they

-08:-39:-30 **20** ever say that?

08:33:44 **21** Over and over you've heard Mr. Hartman focus on two

08:33:51 **22** conversations; two out of many, many conversations. The

08:33:54 **23** government submits to you that neither of these conversations

08:33:57 **24** presents reasonable doubt in this case in any way, shape or

-08:-39:-30 **25** form. This first one where he says where Darren Griffin asks:

1 Are you recruiting for jihad?  Marwan El-Hindi says:  I'm just

2 trying to take care of them.  And he says, then Darren Griffin

3 inserts that line, "For their families."  Then Marwan El-Hindi

4 says:  "For now."  And again, this goes along -- you've got to

5 look at all the evidence to really truly perceive this and

6 understand it, but Zubair and Khaleel talk about a five-year

7 plan; they were rescued from the fields of jihad supposedly by

8 Marwan El-Hindi.  It's the same concept that runs throughout

9 the case:  Don't go there, become an extra mouth to feed, get

10 yourself blown up for no good reason.  Get the training.

11 They're getting training.  Ultimately they know where they want

12 to go.  They say it very clearly.

13           The second one that Mr. Hartman continues to refer

14 to, I won't play it for you again.  This notion of tell them

15 you're not going to train them for jihad.  Tell them you're

16 going to train them, but not for jihad.  And you have to look

17 at the context of that conversation to understand what it is.

18 It's Marwan El-Hindi protecting Darren Griffin.  And he says,

19 "Blah, blah, blah."  This is the "blah, blah, blah"

20 conversation.  If you look at the conversation in context,

21 you'll see what it means.  It is not reasonable to have a doubt

22 based on that conversation at all.  And you have to put it in

23 context of all the other conversations and actions in the case.

24           How many times do you have to say no?  Marwan

25 El-Hindi never said no.  Not once.  Never.  I sat there and

08:36:13  1  listened to Mr. Hartman's remarks.  He didn't even cite one

08:36:18  2  scenario where Marwan El-Hindi said no.   And as the government

-08:-39:-30  3  said over and over again, he didn't have to say no, just not

-08:-39:-30  4  pick up the phone.   Again, Darren Griffin didn't make these men

-08:-39:-30  5  do anything.

08:36:42  6              I'm going to skip over some things because we're

-08:-39:-30  7  running very late, and I apologize, ladies and gentlemen.

08:37:00  8              Marwan El-Hindi never gave a nickel to the

-08:-39:-30  9  training.   He certainly tried.   He traveled to another state

08:37:08  10  to visit Jihad Dahabi.  He tried to set up a corporation; the

08:37:14  11  corporation was going to get government grants.   I think it's

-08:-39:-30  12  pretty clear from the evidence, take a look at that list of

-08:-39:-30  13  grants that they were looking at.  We played in summation some

-08:-39:-30  14  of the radically different kinds of grants they were looking

-08:-39:-30  15  for.   They were looking to raid the U.S. government grants to

08:37:32  16  divert money.  This ESFS grant that happened in 2001, way before

-08:-39:-30  17  the conspiracy, not really relevant except it does tell you one

08:37:44  18  thing; it tells you Marwan El-Hindi knows how to get grants, and

08:37:47  19  it tells you that money was misappropriated once.

08:37:59  20              Marwan El-Hindi was trying to do some good, but he

-08:-39:-30  21  was still looking to pay himself.   That's a very charitable

08:38:09  22  description of what was going on here, ladies and gentlemen.

-08:-39:-30  23  The government submits if you look at the evidence, all of the

-08:-39:-30  24  evidence, you'll also find that's a very charitable description

-08:-39:-30  25  of what was going on here.   Never talked about using this money

1 for terrorism?  Sure, he did.   On February 16, that

2 conversation happened in context.  It wasn't suddenly, oh,

3 grants for fixing something or doing something good.   It was in

4 the context of the jihad training, what they had just agreed to

5 do.   That's when they have the conversation about grants you

6 can grab onto.   That's what Marwan El-Hindi says.   He's an

7 expert on the grants that other people can grab onto.

8 　　　　　　The context of that conversation makes it clear.

9 We're not asking you to cherry-pick.  We're asking you to look

10 at everything.

11 　　　　　　And of course there's follow-up.  The notion that

12 there's no follow-up after February 16, February 16 was

13 follow-up.   February 16 was follow-up on February 2.   And

14 there were multiple meetings afterwards.   And they did go to

15 see the accountant.   The fact that he trashed the paperwork

16 because after spending two hours with these guys, he knew they

17 were bad news, doesn't mean that he wasn't trying.   He

18 certainly was trying.

19 　　　　　　Also he printed out, that is Marwan El-Hindi

20 printed out all of this grant information for Darren Griffin.

21 It's information you can now look at.  The reason we have it is

22 because Darren Griffin got it from Marwan El-Hindi who printed

23 it out days before it was actually given to him.   Again, acting

24 on his own when Darren Griffin wasn't even around.   And again,

25 I point to the computer evidence.   This man was working by

08:40:11   **1**    himself and doing things consistent with this conspiracy when

-08:-39:-30   **2**    Darren Griffin wasn't even around.

08:40:35   **3**        Darren Griffin was kept around for business

08:40:37   **4**    purposes? That didn't work out very well, did it? Why keep

-08:-39:-30   **5**    Darren Griffin around for just business? He's risky, given

08:40:47   **6**    everything that he's saying, all of his extreme views. There

-08:-39:-30   **7**    had to be other people out there who could have helped Marwan

-08:-39:-30   **8**    El-Hindi. He didn't keep him around for business purposes.

-08:-39:-30   **9**    He kept him around because he had a unique set of skills, and it

-08:-39:-30   **10**    wasn't business; it was military training.

08:41:08   **11**        Those unique skills and a proper mindset combined

-08:-39:-30   **12**    gave Marwan El-Hindi what he needed and what the other

08:41:16   **13**    defendants in this case needed.

08:41:18   **14**        Arab men love to talk about politics. So does

-08:-39:-30   **15**    everybody else. This is not -- again, these are human beings.

08:41:30   **16**    We're all human beings. The fact that you come from one end of

-08:-39:-30   **17**    the world or another, there may be some minor differences, but

08:41:37   **18**    everybody talks about politics. This wasn't politics. This

08:41:40   **19**    was about murder. This was about ambushes. This was about

-08:-39:-30   **20**    IEDs. This was about training for jihad, not politics.

08:41:52   **21**        It's not a cultural issue either. You heard about

08:41:56   **22**    Mikaeil Al-Mozrouei and others from the Mosque, how they got

-08:-39:-30   **23**    away from this stuff after only a little bit of it. Imagine the

08:42:07   **24**    volume of material these men looked at, the amount of time that

08:42:10   **25**    they spent together. It's not a cultural thing to talk about

6929

1    killing American troops.   That's an offense to the rest of the

2    people that share that culture.

3              The disturbing part is that it's real, and Marwan

4    El-Hindi had an interest in seeing what's going on.   And again,

5    listen to the tapes.   Not just an interest.   He celebrated it.

6    It tells you what's in his mind.   Again, it's the purpose, the

7    intent, the willfulness of entering into an agreement.

8              Some of these attacks they looked at are old.

9    Some of these attacks are one and two years old.   There's no

10   news value in that.   How many IED attacks do you need to

11   actually see to understand what's going on and to show other

12   people what's going on?   The government submits you don't,

13   certainly not that kind of volume of material.   What about the

14   bomb vest video?   What's the news flash there?   There's no

15   news there.   How about the black powder video?   No news, no

16   culture, no politics.   Those are things that have nothing to do

17   with this case, just like those videos have nothing to do with

18   those issues.   I submit to you some of that CNN footage you saw

19   is probably used as propaganda material to make our troops look

20   bad, but even if it's true, it doesn't matter.  Most of what

21   they looked at did not come from CNN; it came from Al-Qaeda.

22   It came from the Islamic Army of Iraq.   It came from

23   organizations like that.   That's what they were interested in

24   looking at.

25             What's not there?  No gun, no bomb, no plan, no

-08:-39:-30   **1**   target.  Again, ladies and gentlemen, the charges in this case

-08:-39:-30   **2**   don't require that kind of specificity, and they don't require

-08:-39:-30   **3**   that the defendants have gotten that far towards their goal.

-08:-39:-30   **4**   That's not one of the elements you'll see, that they had to make

08:44:15   **5**   it 80 percent, they were 20 percent there.   They had to commit

-08:-39:-30   **6**   one overt act for one of the conspiracies in furtherance of the

08:44:23   **7**   conspiracy.  They didn't even have to commit one overt act.

08:44:26   **8**   Look at the elements of these charges.   They're there for a

08:44:29   **9**   reason:  To prevent an attack, not to wait until people get

-08:-39:-30   **10**   close to one.

08:44:41   **11**           I talked a little bit about the follow-up.

-08:-39:-30   **12**   There's lots of follow-up.   I recommend that you please take a

-08:-39:-30   **13**   look at all the evidence that shows the follow-up of Marwan

-08:-39:-30   **14**   El-Hindi.

08:44:54   **15**           Marwan El-Hindi expressed no interest in bombs or

08:44:57   **16**   shooting?  We talked about that.   He actually several times

08:45:00   **17**   suggested his interest in sniping; again, the thickness of tank

-08:-39:-30   **18**   armor.

08:45:05   **19**           How about the ratios; there's that one conversation

-08:-39:-30   **20**   in Arabic where Mohammad Amawi and Marwan El-Hindi are talking

-08:-39:-30   **21**   to each other.   They said, Does he know -- talking about Darren

-08:-39:-30   **22**   Griffin -- does he know the ratios?   And Marwan El-Hindi says:

-08:-39:-30   **23**   Yes, he does.   That's interest.   And he's the one that knew

-08:-39:-30   **24**   about the manufacturing videos before he ever walked in that

-08:-39:-30   **25**   room on February 2.

08:45:33 **1**      Darren Griffin brings these things up every time;

-08:-39:-30 **2** everything that Marwan El-Hindi says is in response to Darren

08:45:43 **3** Griffin?  Not Jihad Dahabi, not the sniping, not the IED e-mail,

08:45:48 **4** not Zubair and Khaleel, not the manufacturing videos, not the

08:45:51 **5** ratios for explosives.

08:45:54 **6**      Marwan El-Hindi never said anything of the

-08:-39:-30 **7** agreement?  Well, look at 2/16, look at the Arabic conversation

-08:-39:-30 **8** they have together, and look at the facts and circumstances of

-08:-39:-30 **9** the rest of the evidence, ladies and gentlemen.   Remember the

-08:-39:-30 **10** charge that the Judge gave you says they don't have to speak

08:46:11 **11** these words.   It can be a spoken or unspoken agreement.   This

-08:-39:-30 **12** was a spoken agreement, largely, but it doesn't have to be.  You

-08:-39:-30 **13** can look at their actions and to other things in the case to

-08:-39:-30 **14** find that agreement.

08:46:25 **15**      The first time Marwan El-Hindi brought Zubair and

-08:-39:-30 **16** Khaleel up, he laughed.   Listen to the rest of that call and

-08:-39:-30 **17** listen to the other conversations in which Marwan El-Hindi

-08:-39:-30 **18** laughs.   He also laughs at the deaths of U.S. soldiers.   I

08:46:44 **19** submit to you this is not an indication that he thought this was

-08:-39:-30 **20** some sort of joke.

-08:-39:-30 **21**      I am not going to go through the computer evidence,

-08:-39:-30 **22** mercifully, but if you have any questions about what was on

08:46:59 **23** Marwan El-Hindi's computer and when, please ask to take a look

-08:-39:-30 **24** at that evidence and read back the testimony if necessary.

08:47:13 **25**      No intent for Darren Griffin to use that stuff,

6932

08:47:17   **1**   meaning the IED e-mail and the bomb vest video, to kill U.S.

-08:-39:-30   **2**   soldiers?  There's no proof of that?  Again, look at the context

-08:-39:-30   **3**   of this whole case, ladies and gentlemen, and look at what's

08:47:29   **4**   inside of those videos.   Internally they mean something.

-08:-39:-30   **5**   These are videos which themselves indicate what they are for.

08:47:36   **6**   They are for killing people.   And the IED e-mail actually says

-08:-39:-30   **7**   it flat out what it's for.   And keep in mind that the intent

-08:-39:-30   **8**   you're being asked to look at is not Darren Griffin's intent;

-08:-39:-30   **9**   it's the intent of Marwan El-Hindi when he gave those things to

-08:-39:-30   **10**   Darren Griffin.

08:48:08   **11**          Darren Griffin is no puppet master, ladies and

08:48:12   **12**   gentlemen.   Again, Marwan El-Hindi could have at any moment

-08:-39:-30   **13**   walked away from him.   He had no strings attached to him from

08:48:22   **14**   Darren Griffin.   When it came time for the IED e-mail, it was

-08:-39:-30   **15**   Marwan El-Hindi who said:  This is the one that shows you how to

-08:-39:-30   **16**   make it.

08:48:39   **17**          Talks about news in the mujahidin on February 8.

-08:-39:-30   **18**   The news of the mujahidin is people killing U.S. soldiers.

-08:-39:-30   **19**   That's what the news is.   That's the news we're talking about

-08:-39:-30   **20**   here.

08:48:58   **21**          Again, Mr. Hartman said, I'm not trying to downplay

-08:-39:-30   **22**   what's on the video.   You can't downplay what's on the video.

-08:-39:-30   **23**   It shows the ultimate device being placed next to human beings.

08:49:10   **24**   They're not real human beings, but they're not trying to blast

-08:-39:-30   **25**   the door open; they're talking about killing people.

6933

1    The IED e-mail, where does it come from?   It comes

2   from Mr. El-Hindi's bulk mail.  His mail comes from the Islamic

3   Army of Iraq.  You have the definition, too, of what that is;

4   it's a terrorist group, and they kill U.S. soldiers.   And

5   Marwan El-Hindi is on their mailing list.  Do you want to know

6   what's in his mind?   That's one thing that indicates that.

7    No intent to further the crime of violence?  Well,

8   ladies and gentlemen, what was the purpose of all their

9   training?   Again, these charges go hand-in-hand.   They prove

10  each other.  Conspiracy helps prove the distribution counts.

11  The distribution counts help prove the conspiracy counts.

12    Mikaeil Al-Mozrouei.   Of course Mr. Hartman wants

13  you to be skeptical of him.   If you think about it, it's

14  amazing that even one person would come in here and explain that

15  Marwan El-Hindi had come up to them and said, Would you like to

16  go to Afghanistan for training?  And he did mention it late in

17  the game, but that's because that's when he was asked about it.

18  That's when he was asked about Marwan El-Hindi.   And ask

19  yourselves why on earth would this man make this up?   He has

20  zero motive to do that.   Zero.

21    Mikaeil Al-Mozrouei's condition that he's bipolar,

22  has ADHD, there's no evidence that that played a role at all.

23  He doesn't want you to consider any of this testimony.   Mikaeil

24  Al-Mozrouei, if he had some beef against Marwan El-Hindi, he was

25  trying to make the government's case, he was trying to do

08:51:09 **1** something good, he would have never said he didn't think Marwan

-08:-39:-30 **2** El-Hindi was serious.   What he actually said was he didn't

-08:-39:-30 **3** think Marwan El-Hindi really had the resources to do this.   But

08:51:18 **4** again, if he was looking to make up some grand, great story, why

08:51:22 **5** would he say that?   It doesn't make sense.   It doesn't have

-08:-39:-30 **6** the ring of truth to it because if he said something else,

-08:-39:-30 **7** something that was much more incriminating, perhaps then you'd

-08:-39:-30 **8** question it.  But no, he doesn't do it.

08:51:41 **9**               Marwan El-Hindi's lies to the FBI.  I can't go

-08:-39:-30 **10** through them.  We don't have time.   There's many lies he told.

-08:-39:-30 **11** He forgot Mohammad Amawi's last name.   Yes, it is hard to

-08:-39:-30 **12** remember some e-mail accounts sometimes, but it's -- I suggest

-08:-39:-30 **13** to you, ladies and gentlemen, it's no coincidence that he

-08:-39:-30 **14** remembered two out of three, and the third one that he doesn't

08:52:02 **15** remember happens to be the one that the IED e-mail came from.

-08:-39:-30 **16** These are not coincidences.   Go back and look at all those

08:52:10 **17** lies.   Go back and read the testimony or your notes about what

08:52:14 **18** Agent Chuck Holloway said.   It's a laundry list of clear lies.

-08:-39:-30 **19**               And you decide what that means.  Ask yourselves

-08:-39:-30 **20** what that means.   Was he afraid?   Well, he talked about a lot

-08:-39:-30 **21** of things.   He wasn't afraid enough to say, I don't want to

-08:-39:-30 **22** talk to you; or, I'm not going to tell you about this, that, or

-08:-39:-30 **23** the other thing.   He talked.   Talked for a while.   He must

-08:-39:-30 **24** have talked for a while.   It took him all that time to get out

-08:-39:-30 **25** all those lies.

08:52:48  **1**       Jihad Dahabi lied to the FBI; there's no question

-08:-39:-30  **2**  about Marwan El-Hindi had an even greater reason.   Jihad Dahabi

08:52:59  **3**  is thinking these guys may be up to no good.   I think he

-08:-39:-30  **4**  brought up the word "terrorism."   He was also worried about his

-08:-39:-30  **5**  immigration status.

-08:-39:-30  **6**       Mr. Hartman talks a lot about, oh there's a bunch

-08:-39:-30  **7**  of stuff on the computer; I don't care about it.   You should

08:53:28  **8**  care about it.   They didn't want you to look at that computer.

-08:-39:-30  **9**  It's complicated.   There are little tiny pieces of evidence,

-08:-39:-30  **10**  but they show something incredibly important.   That is Marwan

-08:-39:-30  **11**  El-Hindi was doing things outside of Darren Griffin's knowledge

-08:-39:-30  **12**  and outside of Darren Griffin's presence, and they are

08:53:44  **13**  consistent with the government's evidence in this case and the

08:53:47  **14**  allegations.

08:53:54  **15**       He's acting independently of Darren Griffin.   He

-08:-39:-30  **16**  went through the "understand" line, that is when Marwan El-Hindi

-08:-39:-30  **17**  made it clear that he understood what the two kinds of training

08:54:07  **18**  are.  The phone chart; we're not asking you to speculate what

08:54:17  **19**  the nature of those calls were, per se.  We're asking you just

-08:-39:-30  **20**  to consider it as part of all the evidence in the case.   And

08:54:24  **21**  it's these lawyers that said there were no contacts, very few

-08:-39:-30  **22**  contacts, but there are other contacts.   That's all it's being

-08:-39:-30  **23**  shown for.   They said there are no contacts.   There were a lot

-08:-39:-30  **24**  of other contacts.   In some cases almost 100 contacts.   That's

-08:-39:-30  **25**  all we're asking you to consider them for.  We are not asking

1  you to consider on one day one particular person said something.

2  They spoke to each other, much like you would think a group of

3  coconspirators would.

4  "The government hasn't proven anything beyond a

5  reasonable doubt."  Ladies and gentlemen, that is simply not

6  true.   We've proven each of the elements against each of these

7  defendants beyond a reasonable doubt with all of the evidence

8  when you consider all of the evidence.

9  If Marwan El-Hindi is guilty of anything, it's

10  being too naive to realize he could get in trouble.   Well, go

11  back again and listen to these recordings.   He is constantly

12  talking about how he's being watched big time, how we could get

13  in trouble.   How his wife told him to take the bomb vest video

14  off the computer.   This is not a one-time thing.   Marwan

15  El-Hindi is not naive at all.   It's quite the opposite.   He's

16  concerned about and is constantly looking for ways to make sure

17  he doesn't get in trouble.

18  Again, there's a long tirade against Darren

19  Griffin.   And I'm not going to sit here, ladies and gentlemen,

20  and defend everything about Darren Griffin.   The government

21  submits you can decide about his credibility based on the things

22  that you learned in this case that are not connected to Darren

23  Griffin, including the tapes which he could not -- there was no

24  evidence, zero evidence that Darren Griffin ever turned these

25  tapes on and off in a way to manipulate some kind of

08:56:27  1  conversation.   Zero evidence.   He can't tell when these guys

-08:-39:-30  2  are going to say what they're going to say.   Nobody could.

-08:-39:-30  3  You don't hear that thing suddenly cut out in the middle of a

08:56:38  4  conversation.   And that goes on for a very long period of time;

-08:-39:-30  5  for months, hours and hours and hours.   He is not some

08:56:46  6  audiovisual mix master.   The devices he had, he didn't

08:56:50  7  necessarily know how to work them completely.   He knew certain

08:56:53  8  things about them; how to turn them on and off.   There is zero

-08:-39:-30  9  evidence he turned these devices on or off to manipulate the

-08:-39:-30  10  evidence. Zero.   They'd like you to think that.   Again, they

08:57:04  11  have to attack these tapes.   And the best way to attack the

08:57:07  12  tape is through Darren Griffin.

08:57:10  13            "The government submits a number of things that are

08:57:14  14  a lie, a big lie."  When Steve Hartman got up here and gave his

08:57:19  15  opening statement, and he said he lied to the government, he

08:57:22  16  lied on April 20 when he said he didn't call.  Just think about

08:57:28  17  this for a second.   The day Darren Griffin had that

08:57:31  18  conversation on the phone with Marwan El-Hindi, and then later

-08:-39:-30  19  on they went training and Marwan El-Hindi didn't show up.   And

-08:-39:-30  20  that's the day he turns over two recordings to the FBI; the

08:57:42  21  call, and then the interaction that related to the Cleland's

08:57:48  22  shooting range.   He's not lying to the FBI.   He's giving them

-08:-39:-30  23  the evidence.   He's giving them exactly -- and it's not like he

-08:-39:-30  24  deep-sixed the call to Marwan El-Hindi.   They have it.

-08:-39:-30  25            The reason he'd get up here and make these

6938

1 arguments is because Darren Griffin gave it to the FBI.   The

2 FBI gave them to the United States Attorney's Office, and the

3 United States Attorney's Office gave it to them.   And a lot of

4 the other lies out there, if you look carefully behind them,

5 ladies and gentlemen, the government submits are not quite what

6 they've been made out to be, but I'll let you decide that.   I'm

7 not going to sit here and go through each one of them.

8            This notion that Marwan El-Hindi had a guest in his

9 house and told an off-color joke, and that's why he sat there on

10 February 16.   This was no off-color joke.   This was

11 something -- and they talked about this; this is stuff that

12 could take them away from their kids, the very kids who he let

13 sit in that room while that stuff was happening.   It is nothing

14 like having someone come into your living room and tell an

15 off-color joke.   Nothing like that.

16            The conversation with Bill Radcliffe, Agent

17 Radcliffe, and Darren Griffin. He says:  Well, I'll do the

18 greater good thing.   I'll get them back together.   Again, this

19 has been made out to be some dirty, horrible thing.   What's

20 wrong with that?   If Marwan El-Hindi didn't want to get back

21 together and talk with Mohammad Amawi, he just wouldn't.   The

22 greater good thing was jihad; the greater good thing is let's

23 not fight about wives, let's fight the Americans.   Now they

24 signed up to get back together after that.   That's not Darren

25 Griffin.   And again, Darren Griffin didn't make them do that.

-08:-39:-30 **1** You know from the evidence that they are ready, already had in

-08:-39:-30 **2** their hearts to do that anyway.

09:00:10 **3** And, by the way, Marwan El-Hindi didn't go -- after

09:00:19 **4** all that, Marwan El-Hindi didn't go shooting. And what does

-08:-39:-30 **5** that tell you? He has free will. If Darren Griffin was again

-08:-39:-30 **6** performing the Jedi mind trick, making him do things he didn't

-08:-39:-30 **7** want to do, then I guess he would have shown up for shooting on

-08:-39:-30 **8** April 20 and April 29. He didn't because he has free will,

09:00:38 **9** just like all the rest of these defendants do.

09:00:42 **10** This is not how we're supposed to be doing things,

-08:-39:-30 **11** says Mr. Hartman. It's not the American way. I suggest to

09:00:49 **12** you, ladies and gentlemen, this is exactly how we should be

-08:-39:-30 **13** doing things, and it's exactly what you want your government to

09:01:00 **14** do.

-08:-39:-30 **15** "It's wrong." It's not wrong what the government

09:01:04 **16** did here. It's what he wants you to focus on, what the

-08:-39:-30 **17** government did. What you should be focused on is what these men

-08:-39:-30 **18** did. If you're focused on what the government does, what

-08:-39:-30 **19** Darren Griffin does, then you won't focus on the actual evidence

-08:-39:-30 **20** in the case, which is what the defendants did, said, and how

-08:-39:-30 **21** they acted.

09:01:23 **22** His dream was to be a citizen, the American way.

09:01:28 **23** Well, ladies and gentlemen, he celebrates the death of our

09:01:31 **24** troops. He wants to kill U.S. soldiers. He helps Darren

09:01:35 **25** Griffin to do what Darren Griffin wants to do, which is clearly

09:01:37  **1**  to train jihadists, to train overseas, including to fight the

09:01:41  **2**  United States military.   That's not the American dream.

09:01:49  **3**  Words and actions.  Actions speak louder than

-08:-39:-30  **4**  words.   Certainly true.   There were a lot of actions here:

-08:-39:-30  **5**  Forwarding of these e-mails, inviting people to the house,

-08:-39:-30  **6**  meetings.   These are actions.

09:02:09  **7**  No soldiers were killed.   Thank goodness for that.

-08:-39:-30  **8**  Again, it's a conspiracy statute, ladies and gentlemen; it's not

-08:-39:-30  **9**  a murder statute.  We'd be sitting here trying another case, if

-08:-39:-30  **10**  at all, if that had taken place.

09:02:27  **11**  Truth, justice, and the American way.   I'm

09:02:32  **12**  certainly not Superman, and I'm not going to try to quote him,

-08:-39:-30  **13**  but the reasons that Mr. Hartman quotes that to you are just

-08:-39:-30  **14**  flat-out wrong, ladies and gentlemen.

-08:-39:-30  **15**  "Darren Griffin lied so much to the FBI they had no

-08:-39:-30  **16**  idea what he was doing."   That is not consistent with the

09:02:53  **17**  evidence.   You heard Agent Coats testify; you heard Agent

-08:-39:-30  **18**  Radcliffe testify.   Agent Radcliffe didn't remember very much.

09:02:59  **19**  Agent Coats did remember a lot.  The bottom line is they knew

09:03:03  **20**  exactly what Darren Griffin was doing, and they were controlling

09:03:05  **21**  his actions for the most part.

09:03:12  **22**  I'm almost done with this one.   And again, I

-08:-39:-30  **23**  apologize to Your Honor and to the jury and everybody else, but

09:03:21  **24**  we have a lot of evidence to get through here.

09:03:24  **25**  "Standing between Darren Griffin and his conduct

-08:-39:-30 **1** and Marwan El-Hindi getting people connected" -- I'm sorry, I

-08:-39:-30 **2** can't even read it -- "getting convicted, is you."   You're

09:03:39 **3** standing between Darren Griffin and his conduct.  Ladies and

09:03:46 **4** gentlemen, again, this is a distraction.   The case is not about

09:03:49 **5** Darren Griffin and his conduct; it's about the defendants'

09:03:52 **6** conduct.

09:03:54 **7**          Let me leave you with two important points.   They

09:03:58 **8** apply to Marwan El-Hindi.   Even if you find that Marwan

09:04:02 **9** El-Hindi never conspired with Zubair and Khaleel Ahmed, the

-08:-39:-30 **10** evidence establishes beyond a reasonable doubt that Marwan

09:04:09 **11** El-Hindi is guilty of the crimes that he is charged with.  If

09:04:13 **12** you just started in February of '05 and ended in April of '05,

-08:-39:-30 **13** this crime has been completed.   Arguably it was completed on

-08:-39:-30 **14** February 2 or February 16, but you have a lot more than that.

09:04:27 **15** So you don't have to go back and find that he conspired with

09:04:30 **16** Zubair and Khaleel, although the government submits the evidence

-08:-39:-30 **17** shows that, in fact, he did.  But you don't have to do that.

09:04:38 **18**          Also, if all Marwan El-Hindi did was help Mohammad

-08:-39:-30 **19** Amawi to get the training he needed to get overseas, then he's

-08:-39:-30 **20** guilty of this conspiracy -- these conspiracies.   Remember that

-08:-39:-30 **21** Darren Griffin said to Marwan El-Hindi that he was having

-08:-39:-30 **22** trouble getting that bomb vest video to Mohammad Amawi, that

-08:-39:-30 **23** Mohammad Amawi wanted to go overseas and fight in Iraq.   And

09:05:03 **24** Darren Griffin assisted in that -- I'm sorry, Marwan El-Hindi

-08:-39:-30 **25** assisted in that.

09:05:10  **1**      And, ladies and gentlemen, the conspiracy charge,

-08:-39:-30  **2**  if you read all of it, it talks about you can play a minor role

-08:-39:-30  **3**  in a conspiracy to be guilty of it.   You don't have to do

-08:-39:-30  **4**  everything.   He didn't have to train.   So if that's all the

-08:-39:-30  **5**  evidence showed -- and it's not, ladies and gentlemen; the

-08:-39:-30  **6**  government submits there's much more than that.  But if all he

-08:-39:-30  **7**  did was help Mohammad Amawi in his quest to go kill American

09:05:35  **8**  soldiers, then he'd be guilty of these two conspiracies as well.

09:05:42  **9**      MR. SOFER:   Judge, that's all I have for this one.

-08:-39:-30  **10**  We can take a short break, or I can keep going.

-08:-39:-30  **11**      THE COURT:  Why don't you keep going.

09:05:57  **12**      MR. SOFER:   I'm sorry.   I know you're tired of

09:06:05  **13**  hearing me, and actually, so am I.

09:06:08  **14**      Remember I asked you to consider three questions

-08:-39:-30  **15**  for these defense attorneys' summations.   First, how much of

-08:-39:-30  **16**  what the defense attorneys talked about and what they were

09:06:17  **17**  asking you to do was irrelevant or had to do with things that

-08:-39:-30  **18**  are simply not evidence in the case?  Two, how many of their

09:06:26  **19**  arguments were reasonable in light of all of the evidence, to

09:06:30  **20**  use your common sense, or were they essentially cherry-picking?

-08:-39:-30  **21**  And, three, did the argument make any sense when you read the

-08:-39:-30  **22**  law and when you took the facts that you have, applied them to

-08:-39:-30  **23**  the law, or vice versa?

09:06:45  **24**      How much of what Mr. Bryan said was simply not

-08:-39:-30  **25**  relevant?  I'm going to go through a list.  It's not the only

| | |
|---|---|
| 09:06:54 | **1** list.  Hopefully you picked up on a lot of this as well.   Red |
| -08:-39:-30 | **2** shoes of the Pope, King Solomon, the law in England of three |
| -08:-39:-30 | **3** possible verdicts, the priesthood, Japanese internment camps, |
| -08:-39:-30 | **4** the World War II service of our veterans, the Revolutionary war |
| -08:-39:-30 | **5** and culture, proctological exams, Joe Montana and Jerry Rice, |
| -08:-39:-30 | **6** transubstantiation, September 11, Revolutionary War soldiers. |
| 09:07:24 | **7** The government submits to you, ladies and gentlemen, none of |
| -08:-39:-30 | **8** that has anything to do with this case whatsoever. |
| 09:07:32 | **9** Do not be distracted by these things.   Focus, |
| 09:07:36 | **10** please, on the evidence. |
| 09:07:38 | **11** Then he talked about a bunch of things that there |
| -08:-39:-30 | **12** is no evidence of whatsoever in this case.   Please recall the |
| -08:-39:-30 | **13** Judge's instruction not to speculate about matters that are not |
| -08:-39:-30 | **14** in evidence.   That's very hard to do, but it's one of maybe the |
| -08:-39:-30 | **15** most difficult jobs as jurors.   I'll bet you each one of you |
| -08:-39:-30 | **16** has a hundred questions about things that you didn't hear about |
| -08:-39:-30 | **17** in this case.   But you're not to speculate about that.   Let me |
| -08:-39:-30 | **18** go through some of the things that there was no evidence of. |
| 09:08:10 | **19** Mohammad Amawi saw SCUD missiles flying over his |
| 09:08:13 | **20** house in Jordan during the first Gulf War.   There's no evidence |
| -08:-39:-30 | **21** that this satellite phone bill in the case displayed the current |
| -08:-39:-30 | **22** outstanding bill or that Mohammad Amawi believed for a second |
| -08:-39:-30 | **23** that the bill was more than what Darren Griffin had told him: A |
| 09:08:26 | **24** flat fee per month.   There's no evidence whether the phone |
| 09:08:30 | **25** calls that Mohammad Amawi and others made using that phone were |

| | | |
|---|---|---|
| 09:08:33 | 1 | or were not made to terrorists. There's no evidence that |
| -08:-39:-30 | 2 | Mohammad Amawi showed jihad videos to just about anyone, as Mr. |
| -08:-39:-30 | 3 | Bryan indicated. There's no evidence that Darren Griffin |
| 09:08:45 | 4 | turned the recording devices on or off to manipulate the |
| 09:08:49 | 5 | conversations; I mentioned that. There's no evidence that |
| 09:08:51 | 6 | Mohammad Amawi ever said: I only say these things because I was |
| 09:08:54 | 7 | upset; I don't really mean it. There's no evidence that the FBI |
| 09:08:58 | 8 | targeted the other people that went shooting with Darren |
| -08:-39:-30 | 9 | Griffin. In fact, there's no evidence those people were |
| 09:09:04 | 10 | prosecuted, arrested. No evidence regarding what, if anything, |
| -08:-39:-30 | 11 | Mohammad Amawi said to his local Congressperson about the FBI or |
| 09:09:12 | 12 | this case. There's no evidence that the bank that had his |
| -08:-39:-30 | 13 | wallet made no attempts to get Mohammad Amawi his wallet back. |
| -08:-39:-30 | 14 | The evidence shows, in fact, the wallet remained unclaimed at |
| -08:-39:-30 | 15 | the same bank for about a year. There's no evidence Ashraf |
| 09:09:27 | 16 | Zaim ever told Mohammad Amawi anything about his suspicions |
| 09:09:31 | 17 | regarding Darren Griffin. There's no evidence that Zubair and |
| 09:09:33 | 18 | Khaleel Ahmed were simply sitting around in their hotel room in |
| 09:09:36 | 19 | Egypt when Marwan El-Hindi showed up. |
| 09:09:41 | 20 | Mr. Bryan said one of the pictures that were showed |
| -08:-39:-30 | 21 | looked to him like Mohammad Amawi had been crying in one of |
| 09:09:47 | 22 | those pictures. There's no evidence of that either. There |
| -08:-39:-30 | 23 | was evidence that Mohammad Amawi was searched and that he was |
| -08:-39:-30 | 24 | given a change of clothes. Again, use your common sense. The |
| 09:09:57 | 25 | FBI's transporting a person back to the United States who's been |

09:10:00  1  charged with terrorism.   So you know he's talked about

09:10:03  2  martyring himself; you know he's talked about killing United

-08:-39:-30  3  States soldiers.   Of course they did a good job searching him,

-08:-39:-30  4  and of course they did a good job securing him for the trip.

-08:-39:-30  5      There's no evidence whatsoever the FBI thought for

09:10:16  6  one single solitary second that Mohammad Amawi was playing them

09:10:21  7  or Darren Griffin at any time in this entire investigation.

-08:-39:-30  8      There's no evidence that the FBI conducted an

09:10:29  9  investigation because of anti-Muslim bias or the FBI was

-08:-39:-30  10  searching for the terrorist bogeyman.   Importantly, there is no

-08:-39:-30  11  evidence of what else the FBI might have done or did do in this

-08:-39:-30  12  case that didn't come out here in court or other things that may

-08:-39:-30  13  or may not have happened during this investigation that you did

09:10:52  14  not hear or see evidence in this courtroom about.

09:10:55  15      Finally, there's no evidence that Darren Griffin

09:10:57  16  needed this investigation to continue in order to keep getting

09:11:00  17  paid by the FBI.   In fact, the credible reliable evidence shows

09:11:04  18  that it was the fact that these defendants were apprehended,

-08:-39:-30  19  that Darren Griffin's name was splashed across the newspapers,

-08:-39:-30  20  that ended his ability to continue working as a human source for

-08:-39:-30  21  the FBI.   Remember that up to and including the end of this

09:11:19  22  investigation, Darren Griffin was working on other matters.

09:11:22  23      Everything I just talked about is either completely

09:11:26  24  irrelevant or there is zero evidence of.   And that was a big

-08:-39:-30  25  part of what Mr. Bryan said to you.   Mr. Bryan asked you to

1 consider all of these things that are not relevant and are not

2 evidence, and then he turns around and calls the actual evidence

3 that's been admitted "stuff" or "information."

4 First, that's not accurate. It's not stuff or

5 information. It is evidence. And it was introduced in this

6 courtroom under the Constitutional and evidentiary protections

7 that are inside of our Constitution and our laws that Mr. Bryan

8 referred to in all of his remarks about the United States and

9 the protections our country affords to people's liberty. He

10 also called it a mountain of stuff. That's another way of

11 saying there's a mountain of evidence. He doesn't want you to

12 concentrate on the actual evidence in this case because, again,

13 if you remain focused on that evidence, you will find that it

14 proves all three of these defendants guilty beyond a reasonable

15 doubt.

16 Mr. Bryan talked to you a lot about the law in his

17 summation. I caution you, as I did with my remarks about the

18 law, that it's the Judge's instructions on the law; it's his

19 instruction on the law that is the accurate statement of what

20 the law is. Please read it and follow it, especially as it

21 applies to reasonable doubt and the presumption of innocence.

22 Mr. Bryan talked about the need for a level of

23 certainty in making particular determinations in this case when

24 you go back and deliberate. I want to quote you a portion of

25 the Judge's charge that he didn't read.

-08:-39:-30  1      Proof beyond a reasonable doubt does not mean proof

-08:-39:-30  2  to an absolute certainty or all possible doubt.   Possible

-08:-39:-30  3  doubts based only on speculation are not reasonable doubts.

09:13:18  4      Mr. Bryan talked about also only part of the

09:13:21  5  presumption of innocence.   The part he left out states this:

09:13:25  6      Presumption of innocence stays with each defendant

09:13:27  7  unless and until the government presents evidence here in court

-08:-39:-30  8  that overcomes the presumption and convinces you beyond a

09:13:34  9  reasonable doubt that the defendants are guilty.

09:13:38  10      Now, the government submits to you there are a

09:13:41  11  number of the other arguments made to you by Mr. Bryan that were

09:13:44  12  completely inappropriate and completely irrelevant.   I'm not

09:13:48  13  going to dignify these arguments with a response.   I do,

-08:-39:-30  14  however, want to and need to address Mr. Bryan's suggestion that

-08:-39:-30  15  Mohammad Amawi had some sort of excuse for committing these

09:13:59  16  crimes.   He set out for you a laundry list of U S. Military

09:14:04  17  atrocities in Iraq, and he talked to you about the first Gulf

09:14:07  18  War also.   He also showed you one video from the many videos

-08:-39:-30  19  that the government introduced, and he discussed others, and

-08:-39:-30  20  that video showed a lot of horrible nasty things.   To the

09:14:18  21  extent that any of the propaganda videos that he has vouched for

-08:-39:-30  22  contain any truth -- and I told you before, if you look at some

-08:-39:-30  23  of those videos, you'll see that they've spliced footage in a

-08:-39:-30  24  certain way -- these videos do not provide an excuse for

09:14:35  25  breaking the law in the United States.   There's nothing in the

-08:-39:-30  **1**  government's charge --

09:14:42  **2**  MR. BRYAN:  Objection, Your Honor.   He's

09:14:44  **3**  misstating the argument, Your Honor.

09:14:47  **4**  THE COURT:  The jury will recall the argument and

-08:-39:-30  **5**  will understand that at this stage Mr. Sofer is permitted simply

-08:-39:-30  **6**  to rebut argument made by counsel.   You may continue.

09:15:00  **7**  MR. SOFER:   Thank you, Judge.

-08:-39:-30  **8**  -- nothing in the Judge's charge about an excuse,

09:15:04  **9**  because there is none.   What the videos show and what the

-08:-39:-30  **10**  recordings also demonstrate is that Mohammad Amawi was furious

09:15:11  **11**  and upset at the loss of Muslim life, land, and property in Iraq

-08:-39:-30  **12**  and elsewhere.  And what it shows is that he was motivated by

09:15:21  **13**  these videos to commit these crimes.   And you can hear that in

09:15:25  **14**  the recordings.  He sought out this information and regularly

-08:-39:-30  **15**  referred to U.S. behavior in Iraq as the reason he and others

-08:-39:-30  **16**  need to wake up and fight.   His discussions about what was

-08:-39:-30  **17**  happening in Iraq are actually particularly important and

-08:-39:-30  **18**  illuminating.   Mohammad Amawi and the other defendants often

-08:-39:-30  **19**  talk about the Ummah, which is defined in your list of

-08:-39:-30  **20**  definitions.   The Ummah is defined as the term, the collective

09:15:51  **21**  Muslim community throughout the world.   This is what he is

09:15:56  **22**  looking to defend.  And I put the word "defend" in quotes.

09:15:59  **23**  When he talks about defense, the government submits that he and

-08:-39:-30  **24**  the other defendants are talking about defending Muslim lands

09:16:05  **25**  from the likes of the United States military.   This is made

1 clear over and over in the recorded conversations.   And even in

2 some of the videos you hear the same ideology being expressed.

3          Mohammad Amawi and the other defendants want to

4 defend Iraq.   They don't live in Iraq.   They don't even come

5 from Iraq.   The United States did not invade Mohammad Amawi's

6 country of Jordan.  In fact, as you heard from Mohammad Amawi's

7 own father, the United States enjoys a good relationship with

8 the country of Jordan.

9          I want to play a couple examples of Mohammad

10 Amawi's version of defense for you.   It will go very quickly.

11          The first one has to do with it's okay to bring

12 jihad to America when innocent people are dying   It's

13 12-69185-4 A.

14          (Audio is played.)

15          MR. SOFER:   Play the next clip.  We fight those

16 who are fighting us.  I'm sorry, it's the attack on the

17 Pentagon.

18          (Audio is played.)

19          MR. SOFER:   The next one is attack on the

20 President.   10-A.

21          (Audio is played.)

22          MR. SOFER:   Now we fight those who are fighting

23 us.

24          (Audio is played.)

25          MR. SOFER:   Attack on embassies, 5-A.

| 09:19:47 | **1** | (Audio is played.) |
| 09:20:01 | **2** | MR. SOFER:    Attack on foreign presidents, 6-A. |
| 09:20:06 | **3** | (Audio is played.) |
| -08:-39:-30 | **4** | MR. SOFER:    This is on February 16. |
| 09:20:47 | **5** | (Audio is played.) |
| 09:20:48 | **6** | MR. SOFER:    And, ladies and gentlemen, who are the |
| -08:-39:-30 | **7** | bad guys that the Ummah needs to be defended against?   Who is |
| 09:20:56 | **8** | being targeted in almost all of the videos that you saw?   Who |
| -08:-39:-30 | **9** | does Mohammad Amawi think is defiling Muslim women, killing |
| -08:-39:-30 | **10** | innocent people?   The answer is very clear from all of the |
| -08:-39:-30 | **11** | evidence that you've seen in this case:  It's the United States |
| -08:-39:-30 | **12** | in general, and the United States military in particular.   To |
| 09:21:12 | **13** | Mohammad Amawi, Marwan El-Hindi, and Wassim Mazloum, the United |
| 09:21:16 | **14** | States is the enemy.   Ask yourselves, whose deaths do the |
| -08:-39:-30 | **15** | defendants cheer?  Whose death does Mohammad Amawi mourn? |
| 09:21:26 | **16** | Whose death does he laugh about, and whose death does he cry |
| -08:-39:-30 | **17** | about?   The answer to these questions is also clear. |
| -08:-39:-30 | **18** | How else do you know this so-called defense is |
| -08:-39:-30 | **19** | really actually offensive commission of the very crimes that are |
| 09:21:42 | **20** | charged in this case?   Look who he admires and empathizes with. |
| 09:21:47 | **21** | He said he loved Osama Bin Laden.   He asked to be joined with |
| 09:21:51 | **22** | Abu Musab Al Zarqawi, who is the leader of Al-Qaeda in Iraq.   He |
| 09:21:57 | **23** | wanted to die a mujahidin.   He loves the sniper who killed two |
| -08:-39:-30 | **24** | American soldiers.   Compare that with how he refers to our |
| 09:22:04 | **25** | troops.   He calls them toothless white trash guys, stinky |

1 people, and people who have only short aims in life.

2 Also look at the weapons and tactics that he and

3 the other defendants want to learn.   As I said before, they're

4 not defensive.   IEDs, bombs, mortars, suicide vests, ambush

5 tactics, these are not weapons of defense.   They're not needed

6 to protect your home.   It's offensive; kill anything in the

7 name of defending the Ummah.   It's also the definition of

8 violent jihad.  And it's also a crime in the United States.

9 This is further made clear when you listen to Mohammad Amawi and

10 the other defendants talk about who is, isn't, and who needs to

11 be killed.   He and the other defendants clearly see the United

12 States forces serving in Iraq as worthy targets.

13 I want to play this one because we don't have time,

14 but there's the clip in which Mohammad Amawi is talking to a

15 soldier.   He said he talked to a soldier in a chat room or

16 e-mail or something like that.   He said:  If I see you in the

17 battle field, I will shoot you; shoot you in the head.   This

18 evidence shows Mohammad Amawi desperately wants to defend his

19 people from the United States and its military.

20 Let me quote from Mr. Bryan's closing argument

21 here.   "Zaki Amawi testified that he saw these videos many

22 times.   Some of you, when you heard that, thought, That's

23 terrible.   The father is just like the son.   This is part

24 of -- this is their part of the world.  We went to their part of

25 the world.  The war is not happening in our part of the world."

6952

| | | |
|---|---|---|
| 09:23:35 | 1 | THE COURT:  Mr. Sofer, maybe a little slower. |
| -08:-39:-30 | 2 | MR. SOFER:  I'm sorry. |
| -08:-39:-30 | 3 | "The war is not happening in our part of the world" |
| -08:-39:-30 | 4 | is what he said.   "This has happened in Mohammad Amawi's |
| 09:23:46 | 5 | backyard.   I think it's important to point these things out to |
| -08:-39:-30 | 6 | show why he may say some of the things that he says.  It's also |
| -08:-39:-30 | 7 | important to show Mohammad Amawi's intent is to train.  We don't |
| -08:-39:-30 | 8 | deny that." |
| 09:24:00 | 9 | That's also a fairly big concession, ladies and |
| 09:24:03 | 10 | gentlemen.   Mohammad Amawi wanted to train.   And he actually |
| -08:-39:-30 | 11 | started training to fight U.S. soldiers in Iraq.   That's one of |
| -08:-39:-30 | 12 | the allegations in this case, and that's what the evidence |
| -08:-39:-30 | 13 | shows.   Whether Mr. Bryan and Mohammad Amawi like it or not, it |
| 09:24:17 | 14 | is illegal in the United States to plot and plan to kill the |
| -08:-39:-30 | 15 | troops of this country while they serve overseas.   It is also |
| 09:24:25 | 16 | illegal to provide material support to those people who blow up |
| -08:-39:-30 | 17 | our troops and snipe at them from their safe hiding places. |
| -08:-39:-30 | 18 | These are our laws, and these are the laws under which you are |
| -08:-39:-30 | 19 | being asked to evaluate the evidence in this case. |
| 09:24:39 | 20 | If you think about it, the argument that Mr. Bryan |
| 09:24:41 | 21 | is asking you to accept is particularly offensive to those in |
| -08:-39:-30 | 22 | the Muslim community here in Toledo who do not believe that |
| -08:-39:-30 | 23 | killing U.S. troops is mandated or excused by their religion or |
| -08:-39:-30 | 24 | their religious beliefs.   These are the people that Mohammad |
| 09:24:55 | 25 | Amawi mocks when he says "Islam is peace, Islam is peace."   I |

09:24:59 **1** won't play that clip for you either.

09:25:01 **2** I want to emphasize again that I can't possibly set

-08:-39:-30 **3** out all of the evidence that contradicts all the arguments that

-08:-39:-30 **4** Mr. Bryan or the other defense attorneys made to you. The

-08:-39:-30 **5** government relies on your recollection of this evidence to

09:25:13 **6** critically analyze the arguments. Nevertheless, let me try

-08:-39:-30 **7** quickly to go through some of the arguments, specific arguments

-08:-39:-30 **8** that Mr. Bryan made.

-08:-39:-30 **9** "Darren Griffin is creating a conspiracy" was the

-08:-39:-30 **10** first one. He talked about this a lot with respect to Marwan

09:25:29 **11** El-Hindi. It falls apart when you ask yourself: Does this

09:25:33 **12** make sense when you look at all of the evidence? Rather than

09:25:37 **13** creating conspiracy, he was gathering information on possible

09:25:40 **14** threats. After Wassim Mazloum entered the conspiracy in

-08:-39:-30 **15** November of 2004, as said before, there was no longer a legal

-08:-39:-30 **16** reason to gather any more conspirators, coconspirators at all.

09:25:53 **17** In fact, if all Darren Griffin and the FBI wanted to do was to

-08:-39:-30 **18** create a conspiracy, they could have focused only on Mohammad

09:26:01 **19** Amawi and Wassim Mazloum right there and stopped talking about

09:26:04 **20** anybody else or asking whether anybody knew anybody else. But

-08:-39:-30 **21** the FBI didn't stop there. It already knew the threat posed by

-08:-39:-30 **22** Marwan El-Hindi and Zubair and Khaleel Ahmed. And it could not

-08:-39:-30 **23** simply ignore those threats. And they didn't stop there.

09:26:19 **24** Darren Griffin was constantly on the lookout for

09:26:21 **25** any other individuals who might pose additional threats. Mr.

09:26:25 **1** Bryan said that when asked, Mohammad Amawi said he didn't know

-08:-39:-30 **2** anybody else. Sure, he did. He knew Wassim Mazloum. And he

09:26:32 **3** brought Wassim Mazloum to Darren Griffin for violent jihad

09:26:35 **4** training. And that just proves that Darren Griffin -- the FBI

09:26:41 **5** through Darren Griffin was successful in its search for finding

-08:-39:-30 **6** other threats. Rather than this would never have happened but

-08:-39:-30 **7** for Darren Griffin, another way to look at it was the FBI would

-08:-39:-30 **8** never have learned of Wassim Mazloum were it not for Mohammad

09:26:56 **9** Amawi.

09:26:57 **10** And then Darren Griffin still continued looking for

-08:-39:-30 **11** more threats even after February 2 of '06 and February 16 of '06

09:27:05 **12** when Marwan El-Hindi had also clearly joined the conspiracy.

-08:-39:-30 **13** The two branches came together at that time, if you recall the

09:27:12 **14** timeline. In the end, this argument about creating a

-08:-39:-30 **15** conspiracy makes no sense when you look at all of the evidence.

09:27:18 **16** Next argument: Mohammad Amawi is a wimp, and he's

09:27:21 **17** just boasting. Of course, I am summarizing these arguments.

09:27:27 **18** Mr. Bryan said that Mohammad Amawi did not have the courage to

-08:-39:-30 **19** actually go and join the Mujahidin in Iraq. The government

09:27:33 **20** submits that the evidence establishes he had already tried.

09:27:37 **21** And Mr. Bryan is correct in one respect: Like a lot of the

-08:-39:-30 **22** people who attack U.S. troops in Iraq, Mohammad Amawi wanted to

-08:-39:-30 **23** hide in the shadows and kill without ever being seen. He did

-08:-39:-30 **24** this partly because he lacked courage. But he also did it

09:27:51 **25** because he thought that was how he could do more damage. And he

1  says as much over and over again.   There is some truth to that

2  statement.

3           Next argument:  Mohammad Amawi knows not to give

4  Darren Griffin the bomb vest video, but he plays with Darren

5  Griffin as a toy on the conspiracy charges.   Mr. Bryan made a

6  number of arguments that Mohammad Amawi purposely did not give

7  Darren Griffin the bomb vest video that you have seen and heard

8  so much about.   Ask yourselves why Mohammad Amawi would ever

9  purposely withhold this video as opposed to the hundreds of

10  others that he gave to Darren Griffin?  Mohammad Amawi gives

11  Darren Griffin a ton of training material, any one of which

12  might also fall under this statute which makes it illegal to

13  distribute materials that demonstrate the manufacture or use of

14  an explosive or destructive device.   Why would he only withhold

15  this one?   It doesn't make any sense.   In fact, if you listen

16  to the recording, if you listen to all of the evidence, you'll

17  see that Mohammad Amawi did think he gave Darren Griffin the

18  bomb vest video.   Also ask yourselves does this argument make

19  any sense in light of the other argument that Mohammad Amawi was

20  just playing Darren Griffin to see what he could get?   Why

21  wouldn't he give him the bomb vest video if he's just milking

22  Darren Griffin for money?

23           It's as if Defense Counsel would have you believe

24  that somehow Mohammad Amawi studied the 842(p)(2)(A) charge in

25  this case and didn't give Darren Griffin the bomb vest video,

-08:-39:-30  1  but he forgot to study the 18 U.S.C. 956(a)(1) and 2339A charges

09:29:30  2  in the case, so he felt free -- so he messed up when he

-08:-39:-30  3  conspired with him accidentally.   Again, it makes absolutely no

09:29:37  4  sense.   I would note, by the way, if Mohammad Amawi had truly

09:29:41  5  studied the distribution statute, he would have learned that

-08:-39:-30  6  distribution can be done by any means, and that he would not

09:29:47  7  have translated or shown the bomb vest video to Darren Griffin

09:29:50  8  either.

09:29:52  9         The crux of Mohammad Amawi's defense is now that he

09:29:57  10  was playing Darren Griffin and the FBI.   Far from presenting

-08:-39:-30  11  you with a reasonable doubt, ladies and gentlemen, this argument

09:30:08  12  actually helps confirm the defendant's guilt.   Mr. Bryan said

-08:-39:-30  13  that after January 10 of 2005 Mohammad Amawi was manipulating

-08:-39:-30  14  Darren Griffin in order to get money from him.   At the same

-08:-39:-30  15  time he argues it was Darren Griffin manipulating Mohammad

-08:-39:-30  16  Amawi's religion and culture to get him to say the things that

-08:-39:-30  17  he said.   Well, he can't have it both ways, ladies and

09:30:29  18  gentlemen.   And I'd submit to you that it was neither.

09:30:34  19         Focus on the evidence.  November 15, the FBI,

09:30:37  20  through Darren Griffin, paid Mohammad Amawi's rent in order to

09:30:40  21  keep Mohammad Amawi here in Toledo so that they could continue

-08:-39:-30  22  to interact with him and analyze and monitor the threat that he

09:30:49  23  posed.   Mohammad Amawi gets nothing of any significance until

-08:-39:-30  24  August of 2005.   This runs completely contrary to Mr. Bryan's

-08:-39:-30  25  suggestion that Shannon Coats was conducting some kind of

-08:-39:-30 **1** psychological experiment with a series of rewards and

09:31:06 **2** punishments, using his psychology degree from Boise State

09:31:10 **3** University and using Mohammad Amawi as a test subject.   Agent

-08:-39:-30 **4** Coats was not even the primary contact agent for Darren Griffin

09:31:17 **5** until April of 2005.

09:31:21 **6**                 Mohammad Amawi was feeding Darren Griffin at his

09:31:24 **7** house and also paid for some of the training at Cleland's.  Not

-08:-39:-30 **8** consistent with milking Darren Griffin for money.

09:31:31 **9**                 Mohammad Amawi talked about the fact that he owed

09:31:34 **10** money to Darren Griffin.   Why would he ever mention that if he

09:31:37 **11** was milking him for money?   Very important fact:  Mohammad

09:31:43 **12** Amawi's own father got up on that witness stand and stated that

-08:-39:-30 **13** when Darren Griffin stayed at the Amawi family home in Jordan,

-08:-39:-30 **14** that Mohammad Amawi asked his father not to charge Darren

09:31:58 **15** Griffin for the food or the lodging that he enjoyed.  Why would

-08:-39:-30 **16** he do that if he was milking Darren Griffin for money?

09:32:10 **17**                 You know the credible and reliable evidence why

-08:-39:-30 **18** Darren Griffin paid for the plane tickets and why he paid for

-08:-39:-30 **19** Mohammad Amawi's rent.   He was following FBI's orders which

09:32:20 **20** reflected their need to follow up on important threat

-08:-39:-30 **21** information.   So from November 15, 2005 to August of '06,

09:32:27 **22** Mohammad Amawi spends countless hours with Darren Griffin and

09:32:30 **23** risks his freedom all for $850?   If he had worked for minimum

09:32:37 **24** wage for these months, he would have made more money and not

-08:-39:-30 **25** have exposed himself, his family, and his friends to any danger

1 of arrest or prosecution.   The argument makes absolutely no

2 sense.

3         What does make sense is that Mohammad Amawi was

4 getting something of much greater value from Darren Griffin.

5 The evidence showed that he believed that he was getting the

6 benefit of training and that Darren Griffin had received from

7 the United States military, training and knowledge about how to

8 fight violent Jihad.   The recordings prove that this is what

9 he's interested in and what he was continually asking for

10 throughout the case.

11         Mr. Bryan called Mohammad Amawi a wannabe.  The

12 government agrees.  The recordings you heard prove that he

13 wanted to be a sniper, that he wanted to be able to lay IEDs in

14 the path of American soldiers, that he wanted to be able to

15 ambush troops, that he wanted to train other mujahidin, that he

16 wanted to die a mujahidin, and that he wanted to be a martyr.

17 Mohammad Amawi was a true wannabe.   In other words, he had the

18 intent to commit these crimes.   He saw Darren Griffin as a way

19 to fill in his knowledge, the knowledge that he needed to commit

20 these crimes.

21         I did go back and check about the martyrs photos.

22 In fact, they were not on Mohammad Amawi's Sony Vaio laptop.

23 Actually, where they were found is even more incriminating.

24 They were on a disk that was recovered from Jordan, a disk that

25 Mohammad Amawi admitted was his, and that disk is marked as

09:34:07 **1** "Favorites".  We'll put it up.  It contains "Favorites".  I

-08:-39:-30 **2** don't know if you can see that on your screen, but it is the

09:34:20 **3** disk.  I think the first time we put this on the screen, some

-08:-39:-30 **4** of you tilted your head.  We tilted it around so you could

-08:-39:-30 **5** actually see it.  That's where those martyr photos are from.

-08:-39:-30 **6** And here are some of the photos that were on the disk.

09:34:39 **7**                    (Photos displayed.)

09:34:44 **8**                    MR. SOFER:   These are the pictures that were on

-08:-39:-30 **9** the Sony Vaio laptop of Mohammad Amawi.

09:35:00 **10**                    I want to get back to the argument that Mohammad

09:35:02 **11** Amawi was playing Darren Griffin for money.   Nine months after

09:35:05 **12** the January 10, 2005 conversation at Mohammad Amawi's home,

-08:-39:-30 **13** Darren Griffin did pay for the trip to Jordan.   As was

09:35:13 **14** customary, particularly if someone is staying in the home for

-08:-39:-30 **15** free, Darren Griffin bought gifts.   He also paid money for the

-08:-39:-30 **16** use of the Jeep.   And the FBI -- that was the Jeep that the FBI

-08:-39:-30 **17** and Darren Griffin hoped would be used to travel to Syria.

09:35:28 **18** Total value of this package, about $5,000, maybe a little more,

-08:-39:-30 **19** a little less.

09:35:35 **20**                    Mr. Bryan would have you believe that Mohammad

09:35:37 **21** Amawi was able to see into the future in January of 2005 or

09:35:42 **22** before and was able to divine that one day Darren Griffin would

09:35:46 **23** later buy Mohammad Amawi and his family these items for the

09:35:49 **24** Jordan trip or give them the use of a satellite phone.   He then

-08:-39:-30 **25** spent day after day with Darren Griffin hoping that one day

-08:-39:-30  1  Darren Griffin would pay for tickets to Jordan and give him a

-08:-39:-30  2  phone.   It makes no sense whatsoever.   It's not reasonable.

09:36:07  3  Again, if there was any truth to this, why ask his father to let

-08:-39:-30  4  Darren Griffin stay in the family home for free?   It doesn't

-08:-39:-30  5  make sense because it's not true.

09:36:18  6          Here's a series of other things that show you that

-08:-39:-30  7  it's not true.   The most important of these in some ways is

09:36:25  8  probably a conversation that happened on the same day that Mr.

-08:-39:-30  9  Bryan says Mohammad Amawi started to play Darren Griffin.   This

-08:-39:-30  10  is 11 minutes long.   I'm going to try to cut it down, but I

09:36:37  11  want you to listen to it.   It's a conversation in Arabic.   We

-08:-39:-30  12  played it during our direct case.   And it's a coded

-08:-39:-30  13  conversation.   And they're talking about cooking and a

09:36:53  14  professor.   And what they're really talking about is jihad

-08:-39:-30  15  training and Darren Griffin.   And the government submits,

-08:-39:-30  16  ladies and gentlemen, if you play this recording, and you listen

-08:-39:-30  17  to it carefully and look at the context of it and what's

-08:-39:-30  18  happening, that you'll find that that's exactly what's going on

-08:-39:-30  19  here.   I'll explain how this completely undermines this entire

09:37:12  20  argument by the defense.

09:37:17  21          (Audio is played.)

09:38:16  22          MR. SOFER:   This whole thing about making a cake.

-08:-39:-30  23  Remember on this day the testimony is one of the files that was

-08:-39:-30  24  given to Darren Griffin on a list was the file "Introduction to

09:38:25  25  Cake."   It was also a cookbook essentially for making

| 09:38:29 | **1** | explosives.   Again, if you look at this, there's no way they're |
| 09:38:34 | **2** | talking about cake here.   Mohammad Amawi is not a baker. |
| 09:38:54 | **3** | (Audio is played.) |
| 09:38:55 | **4** | MR. SOFER:   Who is he talking about here? |
| -08:-39:-30 | **5** | This is one of Mohammad Amawi's contacts. |
| 09:41:40 | **6** | (Audio is played.) |
| 09:42:06 | **7** | MR. SOFER:   You see this contact he has has the |
| -08:-39:-30 | **8** | same problem as Mohammad Amawi:  He's got the books, but he |
| 09:42:13 | **9** | needs someone to show him.  Mohammad Amawi has Darren Griffin. |
| -08:-39:-30 | **10** | That's what he's talking about when he says he wasn't Muslim; he |
| -08:-39:-30 | **11** | became a Muslim. |
| 09:42:22 | **12** | Let's continue.   But this man has the same problem |
| -08:-39:-30 | **13** | that Mohammad Amawi had before he met Darren Griffin. |
| 09:43:14 | **14** | Judge, can we take a brief break? |
| 09:43:18 | **15** | THE COURT:  We'll take a break.   I apologize, |
| 09:43:18 | **16** | ladies and gentlemen. |
| 09:55:38 | **17** | (Recess taken.) |
| 09:55:40 | **18** | MR. SOFER:   We're very close, ladies and |
| -08:-39:-30 | **19** | gentlemen.   I know it's late.   I apologize, but we are very |
| -08:-39:-30 | **20** | close.  We're going to skip ahead because of the time.   But let |
| 09:55:53 | **21** | me again specifically ask you if you have any questions about |
| -08:-39:-30 | **22** | what is actually going on in this recorded conversation, it may |
| -08:-39:-30 | **23** | take you a couple times to go through it, certainly you can and |
| 09:56:07 | **24** | should ask to hear it. |
| 09:56:08 | **25** | In the end, Mohammad Amawi explains a little bit of |

-08:-39:-30  **1**  what this conversation is.   But we're going to skip ahead

09:56:15  **2**  towards the end so that we can get you out of here at a

09:56:20  **3**  semi-reasonable hour.   Maybe that time's already passed.

09:57:48  **4**  So he had a contact -- that is Mohammad Amawi's

-08:-39:-30  **5**  overseas contact had someone who could teach him but wouldn't

-08:-39:-30  **6**  teach him.   Different than Mohammad Amawi who talks about his

09:58:01  **7**  contact, who is Darren Griffin, who is teaching him and can

-08:-39:-30  **8**  teach him all kinds of things.   This conversation is preceded by

-08:-39:-30  **9**  some talk of a chat room.   The government submits there is no

-08:-39:-30  **10**  evidence of exactly what Mohammad Amawi was doing on the

09:58:13  **11**  computer when he was multi-tasking.   And he was multi-tasking

-08:-39:-30  **12**  on that computer more than once.   We do know from the testimony

-08:-39:-30  **13**  of Darren Griffin, and Mohammad Amawi can be heard on the

-08:-39:-30  **14**  recordings, that Mohammad Amawi was capable of doing more than

-08:-39:-30  **15**  one thing at a time.   But who was instant messaging or e-mails

-08:-39:-30  **16**  or otherwise communicating at particular moments that are not

09:58:35  **17**  captured on the audio or video are far from clear.

09:58:38  **18**  One thing that is clear, ask yourselves why, if

09:58:42  **19**  Mohammad Amawi was toying with Darren Griffin, would he ever

-08:-39:-30  **20**  have this conversation with his contact in Arabic?   It's clear

-08:-39:-30  **21**  that Mohammad Amawi is really talking to a like-minded jihadist

-08:-39:-30  **22**  about jihad training in code.   There's no need to do this if

-08:-39:-30  **23**  you're just playing Darren Griffin.   It's not consistent with

-08:-39:-30  **24**  the other arguments that Mohammad Amawi is somehow tricking

-08:-39:-30  **25**  Darren Griffin into thinking that Mohammad Amawi is talking to

1  jihadists overseas.   Did he have an actor on the other end of

2  the phone or computer who just pretended to be speaking Arabic

3  to talk in code about jihad?   It makes no sense.   And it makes

4  no sense because it's not true.

5           The nonsensical nature of this argument is further

6  revealed if you look at some of the other evidence in the case.

7  Ask yourselves:  If Mohammad Amawi is playing Darren Griffin,

8  why does he expose his family and his friends to Darren Griffin

9  who he thinks is suspicious and is working for the FBI?   Why

10  does he expose Wassim Mazloum and ultimately Wassim Mazloum's

11  brother to Darren Griffin?   Why does Mohammad Amawi talk to

12  Wassim Mazloum about Darren Griffin when Darren Griffin isn't

13  around?   And why does Mohammad Amawi clearly tell Wassim

14  Mazloum what Darren Griffin can provide and that Darren Griffin

15  can be trusted?   Why does he sit there and discuss violent

16  jihad when Wassim Mazloum and sometimes Marwan El-Hindi are

17  there?   Why does Mohammad Amawi engage Marwan El-Hindi and

18  Wassim Mazloum in these conversations sometimes in Arabic in

19  February of 2005?   Is he trying to get them in trouble?   It

20  makes no sense.   Why does he expose Darren Griffin to his own

21  mother or, vice versa, his own mother to Darren Griffin?   Why

22  does Mohammad Amawi follow up at all on the e-mail regarding

23  Astrolite if he's just playing?  Why does he complain to Darren

24  Griffin that things aren't going fast enough?   Why doesn't

25  Mohammad Amawi go back for the wallet that contains Darren

-08:-39:-30 **1** Griffin's contact information and also Mohammad Amawi's contact

10:00:57 **2** and -- I'm sorry, Darren Griffin's contact in Kuwait for the

-08:-39:-30 **3** Astrolite?  What's he afraid of if he already knows Darren

10:01:06 **4** Griffin knows all these things and is working for the FBI and

10:01:09 **5** reporting it all back to the FBI?  Why does Mohammad Amawi

-08:-39:-30 **6** bring Darren Griffin to Jordan to meet his whole family and all

-08:-39:-30 **7** of those friends that you saw pictures of, including people he

10:01:19 **8** calls "trusted brothers"?  Why does he tell Darren Griffin

-08:-39:-30 **9** about other possible recruits and give Darren Griffin their

-08:-39:-30 **10** names and where they come from?  Why does he suggest his own

-08:-39:-30 **11** cousin in Houston for jihad training if he thinks Darren Griffin

-08:-39:-30 **12** is working for the FBI?  Why does he ask Darren Griffin to pick

-08:-39:-30 **13** up and deliver some of his most personal documents for the

10:01:42 **14** second trip?  Why does Mohammad Amawi tell Darren Griffin about

10:01:45 **15** members of his family's attempt to kill the king of Jordan?

10:01:49 **16** Remember that Jordan is more strict than the United States.

-08:-39:-30 **17** Remember that the United States has a good relationship with the

-08:-39:-30 **18** country of Jordan.  And remember that it's a crime to say bad

-08:-39:-30 **19** things about the king of Jordan, much less have a plan to kill

-08:-39:-30 **20** him.

10:02:03 **21**        There's a tape about that, a recording that

-08:-39:-30 **22** actually has him talking about this.  I won't play it for you.

-08:-39:-30 **23** But if you want to hear it, it's on 1D-5-69185-2.

10:02:16 **24**        THE JUROR:  Say that again, please.

10:02:18 **25**        MR. SOFER:  5-69185-2.

1    Why on February 16 does Mohammad Amawi talk about

2  wanting to kill other leaders in the Arabic world?   If this

3  information was given to the FBI and related to other

4  governments, what would Mohammad Amawi be risking in traveling

5  to places like Saudi Arabia and Egypt?   Why is Mohammad Amawi

6  constantly talking about keeping things secret and being careful

7  not to talk about what they are doing?

8    The answer to all of these questions is clear:

9  Mohammad Amawi is not playing Darren Griffin at all.   He

10  believes what Darren Griffin is telling him, and he sees Darren

11  Griffin as a gift from God.   He actually says as much.

12  Someone who can help Mohammad Amawi do what he and the other

13  defendants believe is right and necessary, and that's to engage

14  in violent jihad overseas.

15    It's no wonder that Mohammad Amawi is making this

16  argument.   He can't credibly deny the substance of all the

17  recorded conversations.   He can't credibly argue that Darren

18  Griffin is an evil genius who manipulated him into doing the

19  things he did and saying the things he said.   He has to come up

20  with something that explains all of this evidence.   This is all

21  that remains.

22    Ladies and gentlemen, I suggest to you that some of

23  these arguments that the defense made are inconsistent with

24  themselves, and they're also inconsistent with the other

25  arguments by the other defense attorneys.

10:03:45 **1**       MR. DOUGHTEN:  Objection.

10:03:46 **2**       THE COURT:  It will be the same comment as before,

-08:-39:-30 **3** ladies and gentlemen.   You should consider only that portion of

-08:-39:-30 **4** this argument that was in response to argument made by defense

-08:-39:-30 **5** counsel.

10:04:04 **6**       MR. SOFER:   One defendant says he was pretending

-08:-39:-30 **7** to be a terrorist.   One says that Darren Griffin tricked him

10:04:10 **8** into behaving like a terrorist.   And the last guy says he was

-08:-39:-30 **9** trying to learn terrorism tactics and bombs so he could return

10:04:17 **10** to Lebanon.

-08:-39:-30 **11**       Ladies and gentlemen, this has been a long case,

10:04:22 **12** and it's important to the defendants and to the United States of

10:04:27 **13** America.   The evidence in this case has proven that each of the

10:04:33 **14** defendants are guilty beyond a reasonable doubt of the crimes

10:04:37 **15** for which they have been charged.   If you examine the evidence,

-08:-39:-30 **16** all of the evidence, and only the evidence, you will return the

10:04:48 **17** verdict that justice requires:  A verdict of guilty.

10:04:52 **18**       Thank you very much for your time.

10:05:09 **19**       THE COURT:  Ladies and gentlemen, I'll now read you

-08:-39:-30 **20** the final portion.

10:05:23 **21**       (Discussion had off the record.)

10:05:29 **22**       THE COURT:  We'll start on page 43.   It should

-08:-39:-30 **23** take only about five or six minutes.

10:05:47 **24**       Part 3, instructions regarding deliberations.

10:05:51 **25**       Members of the jury, you are the finders of fact in

-08:-39:-30 **1** this case. You are to take the law as I have now just

10:06:01 **2** explained it to you, and as I am now explaining to you, and

-08:-39:-30 **3** apply the law to the evidence in this case to determine your

-08:-39:-30 **4** verdicts. A few final legal instructions are necessary for

-08:-39:-30 **5** your consideration before you retire to the jury room to begin

-08:-39:-30 **6** your deliberations.

10:06:17 **7** Instruction number 24, deliberations.

10:06:21 **8** Before you begin deliberating, choose someone to be

-08:-39:-30 **9** your foreperson to help you to guide your discussion and speak

-08:-39:-30 **10** on your behalf in court.

-08:-39:-30 **11** A foreperson has no greater voice or influence than

-08:-39:-30 **12** any other juror, and a foreperson's opinion and vote are no more

-08:-39:-30 **13** important than those of any other member of the jury.

10:06:43 **14** Consider and discuss the case only when all 12 of

10:06:48 **15** you are present together in the jury room. Do not discuss it

-08:-39:-30 **16** outside the jury room with anyone. Do not discuss it unless

-08:-39:-30 **17** all jurors are present.

10:06:59 **18** While deliberating, do not talk to the clerk, or to

-08:-39:-30 **19** me, or anyone else except each other about the case. If you

10:07:08 **20** have any questions or messages, write them down and give them to

10:07:12 **21** the clerk, who will give them to me. Questions should be

10:07:16 **22** signed by the foreperson.

10:07:18 **23** I will respond as quickly as I can, but it may take

-08:-39:-30 **24** some time to do so.

10:07:27 **25** Do not ever tell anyone or otherwise disclose how

-08:-39:-30  **1**  you stand on your votes.   For example, do not write down or

-08:-39:-30  **2**  tell anyone that you are split six, six or eight, four or

10:07:38  **3**  whatever your vote happens to be.   That must, must remain

-08:-39:-30  **4**  secret until you are finished.

10:07:46  **5**             From now until you have reached your verdict, you

-08:-39:-30  **6**  may determine the schedule for your deliberations.   Please tell

-08:-39:-30  **7**  the clerk when you are taking recesses or adjourning for the day

10:07:58  **8**  and when you will be resuming deliberations.

-08:-39:-30  **9**             While in recess or adjournment, do not discuss the

-08:-39:-30  **10**  case with anyone, and take nothing relating to the case from the

-08:-39:-30  **11**  jury room.   Do not engage in any outside research or otherwise

10:08:10  **12**  try to find out more about the case.   Do not read, listen to,

-08:-39:-30  **13**  or watch accounts about the case.

10:08:18  **14**             Instruction number 25.   Your verdicts, whether

10:08:24  **15**  guilty or not guilty, must be unanimous.  To find the defendant

-08:-39:-30  **16**  guilty of a charge, every one of you must agree that the

-08:-39:-30  **17**  government has overcome the presumption of innocence and met its

-08:-39:-30  **18**  burden of proof with evidence that proves his guilt beyond a

10:08:41  **19**  reasonable doubt.

10:08:41  **20**             Likewise, to find the defendant not guilty, every

-08:-39:-30  **21**  one of you must agree that the government has failed to prove

-08:-39:-30  **22**  the defendant guilty beyond a reasonable doubt.

-08:-39:-30  **23**             Either way, guilty or not guilty, your verdict must

10:08:58  **24**  be unanimous.

10:08:59  **25**             Instruction number 26, duty to deliberate.

-08:-39:-30 **1**        Now that the case is being given to you to decide,

-08:-39:-30 **2** it is your duty to talk with each other about the evidence and

-08:-39:-30 **3** make every reasonable effort to reach unanimous agreement. Talk

-08:-39:-30 **4** with each other, listen carefully and respectfully to each

-08:-39:-30 **5** other's view, and keep an open mind as you listen to what each

10:09:25 **6** other has to say.

10:09:26 **7**        Try your best to work out your differences.

10:09:30 **8**        Do not hesitate to change your mind if you are

10:09:34 **9** convinced that other jurors are right and that your original

-08:-39:-30 **10** position was wrong. But do not ever change your mind just

-08:-39:-30 **11** because other jurors see things differently, or just to get the

-08:-39:-30 **12** case over with. In the end, your vote must be exactly that:

-08:-39:-30 **13** Your own vote. It is important for you to reach unanimous

10:09:56 **14** agreement, but only if you can do so honestly and in good

-08:-39:-30 **15** conscience.

10:10:01 **16**        Remember that you are judges -- judges of the

10:10:06 **17** facts. You are not partisans or advocates for one side or the

10:10:11 **18** other, or for a particular outcome.

10:10:13 **19**        No one will be allowed to hear your discussions in

-08:-39:-30 **20** the jury room, and no record will be made of what you say. So

-08:-39:-30 **21** you should all feel free to speak your minds.

-08:-39:-30 **22**        Listen carefully to what the other jurors have to

-08:-39:-30 **23** say, and then decide for yourself if the government has proved

-08:-39:-30 **24** the defendants under consideration guilty beyond a reasonable

-08:-39:-30 **25** doubt.

-08:-39:-30 **1**        Instruction number 27, punishment.

10:10:39 **2**        In reaching your verdict as to whether the

10:10:42 **3** government has proven the defendants guilty beyond a reasonable

10:10:45 **4** doubt, or has failed to do so, you must not consider the

10:10:49 **5** consequences of your verdict.

10:10:51 **6**        Instruction number 28.   I have prepared verdict

-08:-39:-30 **7** forms that you should use to record your verdicts.

10:11:02 **8**        I think, Amy, do they have copies of them?   There

-08:-39:-30 **9** is one additional form that I'll read to you.   Then this set

-08:-39:-30 **10** that I send back should be the set that you should use.   If you

-08:-39:-30 **11** want to turn to the first exemplar form, its that caption.   For

-08:-39:-30 **12** each of the three defendants, the forms are the same in their

10:11:28 **13** content as to the first two charges, the two conspiracy charges.

-08:-39:-30 **14** And I'll just read one by way of example:

-08:-39:-30 **15**        In the United States District Court in the Northern

10:11:40 **16** District of Ohio, Western Division, United States of America,

-08:-39:-30 **17** Plaintiff, versus Mohammad Zaki Amawi, Defendant.   3:06 CR 719.

10:11:51 **18** Verdict:  We, the jury, duly impaneled and sworn, find the

10:11:56 **19** defendant, Mohammad Zaki Amawi, as to Count 1, conspiracy to

-08:-39:-30 **20** kill, kidnap, maim or injure persons outside of the United

-08:-39:-30 **21** States, pursuant to 18 U.S. Code, 956(a)(1), not guilty or

-08:-39:-30 **22** guilty, whichever verdict you reach, have the foreperson mark

10:12:16 **23** the appropriate area, space, and then each of you must sign the

-08:-39:-30 **24** verdict.

10:12:23 **25**        As to that charge and the content, as I say, is the

-08:-39:-30  **1**  same as to the charge under Count 1 as to Mr. El-Hindi and Mr.

10:12:32  **2**  Mazloum.

-08:-39:-30  **3**  As to that charge, there is a verdict form that you

-08:-39:-30  **4**  do not have which you will have with you.   Again, it repeats

10:12:42  **5**  the caption, and it is to be used by you only if you find a

10:12:50  **6**  defendant guilty of Count 1.   If you find a defendant not

10:12:53  **7**  guilty of Count 1, then disregard this second form.

10:12:57  **8**  If you have found this defendant guilty of the

-08:-39:-30  **9**  crime charged in Count 1, conspiracy to kill, maim, kidnap or

10:13:05  **10**  injure persons outside the United States, pursuant to 18 U.S.

-08:-39:-30  **11**  Code section 956(a)(1), you must unanimously answer whether the

10:13:13  **12**  object of the conspiracy was to murder persons in another

-08:-39:-30  **13**  country, if you find that that was the object.  If you find

-08:-39:-30  **14**  beyond a reasonable doubt that that was the object of the

10:13:25  **15**  conspiracy, then you should check -- put an X by "yes."   And if

10:13:32  **16**  you unanimously find that that was not an object of the

-08:-39:-30  **17**  conspiracy, that the government has failed to meet its burden of

-08:-39:-30  **18**  proving that beyond a reasonable doubt, then mark "no."   Then

-08:-39:-30  **19**  you must also consider whether or not you find unanimously that

10:13:47  **20**  the object of the conspiracy was to maim persons in another

10:13:50  **21**  country.  Likewise, check the appropriate box, reflecting your

10:13:55  **22**  verdict.   And then once again, it must be signed by the

-08:-39:-30  **23**  foreperson and all 12 jurors.

10:14:04  **24**  The next instruction relates to Count 2.   Again,

-08:-39:-30  **25**  the next is the same for all three defendants.   It contains the

10:14:13 **1** caption as to each particular defendant. And there's separate

-08:-39:-30 **2** verdicts for each defendant. We, the jury, duly impaneled and

10:14:23 **3** sworn, find the defendant, Mohammad Zaki Amawi, pursuant to 18

10:14:30 **4** U.S. Code Section 2339A -- check the box which reflects your

-08:-39:-30 **5** verdict. All 12 jurors sign that. And those are the only

10:14:41 **6** instructions with regard to Mr. Mazloum.

-08:-39:-30 **7** As to Mr. Amawi, there are two other instructions

-08:-39:-30 **8** containing the caption and they read: We, the jury, duly

10:14:58 **9** impaneled and sworn, find the defendant, Mohammad Zaki Amawi, as

-08:-39:-30 **10** to Count 3, distributing information regarding explosives

-08:-39:-30 **11** pursuant to 18 U S. Code, Section 842(p)(2)(A) -- again, check

10:15:10 **12** whichever line reflects your verdict.

-08:-39:-30 **13** Then finally, with regard to Mr. Amawi, final

10:15:19 **14** verdict form is: We, the jury, duly impaneled and sworn, find

-08:-39:-30 **15** the defendant, Mohammad Zaki Amawi, as to Count 4, distributing

-08:-39:-30 **16** information regarding explosives, pursuant to 18 U.S. Code

10:15:30 **17** 842(p)(2)(A), either not guilty or guilty.

10:15:36 **18** Then there are the similar two additional charges

-08:-39:-30 **19** with regard to Mr. El-Hindi. After the caption: We, the jury,

-08:-39:-30 **20** duly impaneled and sworn, find the Defendant, Marwan Othman

10:15:58 **21** El-Hindi, as to Count 5, distributing information regarding

10:16:01 **22** explosives pursuant to 18 U.S. Code section 842(p)(2)(A). Then

-08:-39:-30 **23** again you check the appropriate box, and all 12 of you must sign

10:16:12 **24** reflecting unanimity.

10:16:14 **25** And then the last verdict form is: We, the jury,

10:16:17  **1**  duly impaneled and sworn, find the defendant, Marwan Othman

10:16:21  **2**  El-Hindi, as to Count 6, distributing information regarding

10:16:24  **3**  explosives, pursuant to 18 U.S. Code 842(p)(2)(A), then check

-08:-39:-30  **4**  the box either not guilty or guilty.

-08:-39:-30  **5**          I should indicate, I trust you understand that the

10:16:38  **6**  fact that I read the forms in a particular order with reference

-08:-39:-30  **7**  to a particular defendant indicates no view on my part as to

-08:-39:-30  **8**  your verdicts.   And these forms will also be with you and

-08:-39:-30  **9**  should be the ones that you sign upon reaching your verdict.

-08:-39:-30  **10**          To return to instruction number 28.   If you

10:17:05  **11**  unanimously decide that the government has proved the charges

10:17:07  **12**  against the defendants beyond a reasonable doubt, have your

-08:-39:-30  **13**  foreperson mark the appropriate place on the form.  If you

10:17:12  **14**  decide that government has not proved the charge against the

-08:-39:-30  **15**  defendant beyond a reasonable doubt, your foreperson marks the

-08:-39:-30  **16**  appropriate place on the form or forms.

-08:-39:-30  **17**          Each of you should then sign the form or forms.

-08:-39:-30  **18**          Then notify the clerk that you have reached your

10:17:27  **19**  verdicts, and hand the verdicts to her.

-08:-39:-30  **20**          Before your verdicts are read in court, do not

-08:-39:-30  **21**  disclose them to anyone.

-08:-39:-30  **22**          I'll now discharge the alternates in this case, and

-08:-39:-30  **23**  in a moment I will ask that you return to the jury room to

10:17:41  **24**  undertake and complete your deliberations in the case.

10:17:45  **25**          Thank you.

| | | |
|---|---|---|
| 10:17:46 | **1** | Instruction number 29, the last instruction. |
| 10:17:52 | **2** | Alternate jurors.   Some of you now must be excused as jurors |
| -08:-39:-30 | **3** | because only 12 persons can deliberate and reach a verdict. |
| 10:18:00 | **4** | I instruct you, once I know who you are, that you |
| -08:-39:-30 | **5** | must continue to refrain, absolutely refrain from discussing the |
| -08:-39:-30 | **6** | case with anyone until you have learned that a verdict has been |
| -08:-39:-30 | **7** | returned.   And Amy or Annie Crawford will give you a call and |
| -08:-39:-30 | **8** | let you know when that's happened.   You must also refrain from |
| 10:18:21 | **9** | reading, listening to, or viewing any news accounts about the |
| -08:-39:-30 | **10** | case until you have learned that a verdict has been returned. |
| -08:-39:-30 | **11** | In the event that something happens that makes it |
| -08:-39:-30 | **12** | impossible for one of the deliberating jurors to participate |
| -08:-39:-30 | **13** | until a verdict is reached, it may be necessary to recall you to |
| -08:-39:-30 | **14** | become a member of the jury.   For this reason you must comply |
| -08:-39:-30 | **15** | with this instruction. |
| 10:18:42 | **16** | In other words, you must continue to conduct |
| 10:18:46 | **17** | yourself as if you were still a member of the jury. |
| -08:-39:-30 | **18** | Once the case is over, you can discuss it with |
| 10:18:52 | **19** | anyone or no one.   That is your choice.   Sincere thanks for |
| -08:-39:-30 | **20** | your service in this case. |
| 10:18:58 | **21** | The three jurors who are the alternate jurors and |
| -08:-39:-30 | **22** | will be excused at this time subject to that instruction are |
| 10:19:06 | **23** | Juror Number 334, Juror Number 347 and Juror 388.   I don't know |
| -08:-39:-30 | **24** | whether you will be taking leave happily or sadly.   I expect |
| -08:-39:-30 | **25** | that given the service that each of have you performed, there's |

1 a measure of disappointment on the part of those who are now

2 being excused as alternates.   But I simply want to repeat

3 before you leave what I said to you at the outset of this case

4 during the course of voir dire.   While your service, as

5 well-performed as it so apparently and visibly by all of us in

6 this case has been, you have fulfilled one of the most

7 important, fundamentally important civic duties any one of us

8 can be called upon to perform.  We don't disclose who the

9 alternates are.  Those of you who were in the highest end of the

10 row may have anticipated that, but that's not always the case.

11 Sometimes there's others who are excused as alternates.   But I

12 hope you understand, the most sincere and heartfelt thanks and

13 appreciation and gratitude on the part of all of the parties in

14 this case, the attorneys, myself, and ultimately that of your

15 fellow citizens who you have served very, very well and we are

16 deeply grateful.

17                I will send up the jury instructions, the exhibits

18 also will be collected and brought up probably sometime first

19 thing in the morning.   I'm going to send the 12 of you upstairs

20 to see whether you want to begin deliberating.   It's entirely

21 up to you.   You can walk upstairs, tell Amy you are leaving,

22 and go.

23                I would suggest that the first order of business,

24 as I indicated, is to select the foreperson.   If you don't even

25 feel like doing that tonight, that's fine, because we have gone

10:21:07 1 later, and I apologize for that. I appreciate your patience.

-08:-39:-30 2 I very much wanted to get the case to you now so you could get

10:21:15 3 underway, at long last, your very important deliberations.

-08:-39:-30 4 The one thing I would ask is that you keep Amy

10:21:21 5 posted as to when you will be adjourning and when you'll be

10:21:25 6 taking a recess either for a break, just a break in your

10:21:31 7 deliberations, for you to go out for lunch. And that's entirely

10:21:35 8 up to you; you can do so or you can order in if you want. And

10:21:40 9 just let Amy know so we know.

10:21:46 10 The schedule is entirely in your hands. If you

-08:-39:-30 11 wanted to start deliberating right now, that's fine. That's

10:21:53 12 your call. If you want to come in at 10:00, 9:00, 8:30

10:21:58 13 tomorrow, that's entirely up to you. So there's no set

10:22:01 14 timetable for you, and you are the timekeepers. So you may now

-08:-39:-30 15 retire to the jury room. Let us know how you want to proceed

-08:-39:-30 16 this evening. Thank you.

10:22:53 17 (Jury exits the courtroom.)

10:22:56 18 THE COURT: I neglected to ask Amy, I place the

-08:-39:-30 19 responsibility on counsel to make sure that the exhibits that

-08:-39:-30 20 properly should go back to the jury are assembled and given to

-08:-39:-30 21 Amy to do so. Obviously, given the number of exhibits, I trust

-08:-39:-30 22 that you will each check the others and make sure that there's

-08:-39:-30 23 no -- nothing goes back that shouldn't go back, and there's

10:23:24 24 nothing omitted that ought to go back.

10:23:28 25 I want the record to reflect that I deem any and

-08:-39:-30  **1**  all objections to the jury instructions to have been renewed

10:23:37  **2**  prior to discharge of the jury and should be preserved.   Any

10:23:43  **3**  errors should be preserved for purpose of review -- or any

10:23:48  **4**  challenge.

10:23:50  **5**         And with regard to the Rule 29 motions, those will

10:23:53  **6**  be overruled.   Okay.  Let's wait and see what the jury wants to

10:24:00  **7**  do.

10:24:00  **8**         MR. SOFER:   What do you expect of us in terms of

-08:-39:-30  **9**  are we allowed to leave?  How far are we allowed to go away?

10:24:09  **10**         THE COURT:  Let's find out what they're doing.   I

-08:-39:-30  **11**  do not require you -- where would you be?

10:24:18  **12**         MR. SOFER:   I would say bar, Your Honor, but…

10:24:23  **13**         THE COURT:  I may be there myself.

10:24:28  **14**         MR. SOFER:   No, Judge, I think we would be at the

10:24:31  **15**  United States Attorney's Office, possibly certainly within five

10:24:34  **16**  or ten minutes, at the most 15 minutes away from the courthouse.

-08:-39:-30  **17**         THE COURT:  Whatever you want.  We can make

-08:-39:-30  **18**  arrangements for you to be in the courthouse if you want.   It's

-08:-39:-30  **19**  entirely up to you.  For example, what I do when and if I get a

-08:-39:-30  **20**  note from the jury, I immediately notify you.

10:24:54  **21**         If it's something really simple and routine and

-08:-39:-30  **22**  everyone just says just write it out and send it back with Amy,

-08:-39:-30  **23**  that's fine.   Obviously I never respond with them unless we

-08:-39:-30  **24**  have all consulted.   I do think that you ought to make real

-08:-39:-30  **25**  sure that you all have your cell phones on and Amy has the

-08:-39:-30 **1** numbers and all of that.   Also I think it would probably make

10:25:20 **2** good sense, given the number of you, that if you haven't done so

10:25:23 **3** already, sort of designate one person who will be the initial

10:25:27 **4** contact person who then will take responsibility for calling

-08:-39:-30 **5** everybody else just in the interest of time.

10:25:37 **6**                MR. DOUGHTEN:  Two issues, Your Honor.   One was I

10:25:40 **7** wanted to do a quick proffer of an objection.   I didn't have

10:25:43 **8** the heart to drag everybody to side bar this late.   The reason

10:25:47 **9** for the objection is we thought it was improper for the

10:25:50 **10** prosecutor to say the inconsistent defenses was a proper

-08:-39:-30 **11** consideration for the jury because I think the Court instructed,

-08:-39:-30 **12** we believe, each case is individual, each defendant is

-08:-39:-30 **13** individual, and the fact that our defense may not even coincide

10:26:05 **14** or be consistent with El-Hindi's is not proper consideration for

-08:-39:-30 **15** the jury.   That's the basis for the objection, so it's on the

-08:-39:-30 **16** record.

-08:-39:-30 **17**                The other issue, we want to be clear, if the jury

10:26:16 **18** wants to hear the tapes, what's the procedure?

10:26:19 **19**                THE COURT:  I'm going to tell them, no, they can

-08:-39:-30 **20** only view or listen to the tapes in open court in the presence

10:26:28 **21** of the defendants and counsel.

10:26:30 **22**                MR. DOUGHTEN:  That's our issue.   I'm only

10:26:33 **23** speaking for Mr. Mazloum.  We're a little leery about having Mr.

-08:-39:-30 **24** Mazloum here because it's during deliberations, and it's contact

-08:-39:-30 **25** with the jury during deliberations.   I'm worried because they

-08:-39:-30 **1** could look over, see something, see a reaction.

-08:-39:-30 **2** THE COURT:  Let's put it this way.  I assume he can

10:26:51 **3** waive his attendance, but I'll do a little research tonight, but

10:26:56 **4** it's certainly always been my practice and my understanding that

-08:-39:-30 **5** he has an absolute right to be present when that is occurring in

-08:-39:-30 **6** the jury room.  I'm not sure the question's ever come up to me,

10:27:09 **7** so it may be an assumption on my part.  But I do know that it

-08:-39:-30 **8** is mandatory that if they do want to listen to the tape, they

-08:-39:-30 **9** can only do so in the courtroom.  Again, if I'm wrong on that,

-08:-39:-30 **10** somebody tell me.  That's fine.  But I think that that is

10:27:30 **11** simply so that ultimately there could be some regulation or

-08:-39:-30 **12** control.

10:27:39 **13** I would say:  Ladies and gentlemen, this is the

-08:-39:-30 **14** third time you've asked to hear this excerpt.  At some point

-08:-39:-30 **15** you have to move on down the road, whatever.  I don't know.

10:27:47 **16** But that's been my custom.

10:28:15 **17** Tracy tells me in the Outlaw case it was only the

-08:-39:-30 **18** clerk that was in the courtroom.

10:28:21 **19** MR. DOUGHTEN:  That was my recollection also.  Yes.

10:28:25 **20** THE COURT:  Were you in that case also?

-08:-39:-30 **21** MR. DOUGHTEN:  That's my recollection.  Along that

10:28:35 **22** line, how far do you want him or how far -- how soon do you want

10:28:41 **23** us here after we get contacted to  come over?  Can we have a

10:28:44 **24** 20-minute leeway, a 30-minute leeway?  If he has to be here,

10:28:50 **25** we'll have to have him at Jeff's office.  We can do the whole

10:28:55 **1** time.

-08:-39:-30 **2**          THE COURT:  Twenty minutes is kind of long.   I'm

10:28:58 **3** just a little concerned if we get a flurry of questions.   Let's

-08:-39:-30 **4** put it this way:  Talk amongst all yourselves.  If each of you

-08:-39:-30 **5** wants to, designate one attorney who will be the in-court

-08:-39:-30 **6** presence when and if we have the jury present in court to answer

10:29:13 **7** questions or whatever, as sometimes we might have to.

10:29:16 **8** Sometimes I have to say, look, if they keep sending the same

-08:-39:-30 **9** question back, and I keep giving them the same answer, I don't

-08:-39:-30 **10** know.   We don't know.

10:29:25 **11**          MR. DOUGHTEN:  That's fine, Your Honor.

10:29:27 **12**          THE COURT:  But, I mean, if my impression is wrong,

10:29:32 **13** it's not necessary for the defendants to be here, then that's

10:29:35 **14** fine, except when the verdict is returned.   I just don't know.

-08:-39:-30 **15**          Mr. Ivey, have any of you had experience?  You've

-08:-39:-30 **16** tried a lot more criminal cases amongst the crowd in front of me

-08:-39:-30 **17** than I have.

10:29:53 **18**          MR. IVEY:  Those of us from out of town want to

10:29:56 **19** know your procedure in terms of the weekend.   Do you permit

10:29:59 **20** deliberations through the weekend?

-08:-39:-30 **21**          THE COURT:  The timetable -- I can't imagine that

-08:-39:-30 **22** they will, but that's their timetable.   They have absolute

10:30:07 **23** control over the timetable.   If they want to start now and go

-08:-39:-30 **24** until 4:00 in the morning, which I don't think is likely, I'm

-08:-39:-30 **25** just saying, that would be their call.   Normally they tend to

-08:-39:-30 **1** come in around 9:00 or 10:00.  They usually start a little later

-08:-39:-30 **2** and so forth.   But if you guys want to talk this evening and

-08:-39:-30 **3** let me know, I've always assumed whenever something is going on

-08:-39:-30 **4** in the presence of a jury, that at least counsel are entitled to

10:30:43 **5** be present and ought to be present.   And given the quantity of

10:30:49 **6** tapes and the substantial likelihood that they may want to look

-08:-39:-30 **7** at them, I think there ought to be at least one prosecutor and

10:30:56 **8** one member of the defense team here.

-08:-39:-30 **9**                    That didn't answer your question, did it?

10:31:08 **10**                    MR. DOUGHTEN:  I think we're happy with one lawyer.

-08:-39:-30 **11** Our concern was the defendants.   I don't know if we need to

-08:-39:-30 **12** waive, if it's really -- being present during deliberation is

-08:-39:-30 **13** kind of a unique issue.   My experience has been the Outlaw case

10:31:24 **14** and other cases that I'm used to, like, the bailiff or the

10:31:28 **15** deputy with the court reporter when they're reading it, but

-08:-39:-30 **16** we're more than happy to have a designation of one lawyer.

-08:-39:-30 **17**                    THE COURT:  Let me see if I can find out.   Do you

-08:-39:-30 **18** guys know from the government?

10:31:59 **19**                    MR. SOFER:   My experience is not the same as Mr.

10:32:01 **20** Doughten.   For some reason I look at this similarly to --

-08:-39:-30 **21** similar to read-back.   And if a jury asks for read-back of

-08:-39:-30 **22** testimony, I've never been in a courtroom where the defendant

10:32:15 **23** wasn't present for that.   But my experience may be unusual.

-08:-39:-30 **24**                    I think Your Honor is right also that the law, I

-08:-39:-30 **25** believe, and we can all take a look at this also, but I think

6982

-08:-39:-30 **1** the law says that the reason why these recordings don't go back

-08:-39:-30 **2** to the jury is there's no way then of controlling how they

-08:-39:-30 **3** listen to them, where they listen to them.   And likewise, since

-08:-39:-30 **4** the transcripts do not go into evidence, and they're actually

-08:-39:-30 **5** here via computer, that's the only way that the jury is likely

-08:-39:-30 **6** to be able to see a transcript with the actual recording.   And

10:32:53 **7** certainly the transcripts -- I shouldn't say certainly.  I think

10:32:58 **8** courts have differed about that a little bit, but I think the

-08:-39:-30 **9** preferred method is transcripts do not go back to jurors.

-08:-39:-30 **10**           THE COURT:  No, transcripts don't go back.

10:33:08 **11**           MR. SOFER:   I think what Your Honor is suggesting

-08:-39:-30 **12** is consistent with the law, but we'd have to do a little

-08:-39:-30 **13** research to confirm it.   I don't know if the Sixth Circuit has

-08:-39:-30 **14** ever spoken to it.

10:33:18 **15**           THE COURT:  Hold on a second.

10:33:33 **16**           (Discussion had off the record.)

10:33:36 **17**           THE COURT:  Amy indicated the jurors are going to

-08:-39:-30 **18** be leaving.   They'll commence deliberations tomorrow at 9:00.

10:33:43 **19** And that it's anticipated that they will be here at 8:30 the

10:33:50 **20** following days.   Give me a moment to do a little research.

10:36:32 **21**           The first case I find indicates there's a split in

-08:-39:-30 **22** the circuits.   Hold on a minute.

10:38:25 **23**           One thing the Sixth Circuit makes quite clear --

-08:-39:-30 **24** I'm just reading the abstract -- it's defendant's right to be

10:38:35 **25** present during all stages of trial may be waived.   U.S. v.

10:38:40 **1** Riddle, 249 F.3d, 529.

10:38:45 **2**        MR. SOFER:   Can you repeat that?

10:38:47 **3**        THE COURT: R-I-D-D-L-E, 249 F.3d, 529, Sixth

10:38:53 **4** Circuit, 2001.   I don't know what it involved, but it makes

10:38:57 **5** sense.   Defendant can waive the right to be present.

10:40:01 **6**        The little I can find so far as the circuits seem

-08:-39:-30 **7** to disagree as to whether the defendant has a right to be

-08:-39:-30 **8** present during a read-back.   Ninth Circuit case, 22 F.3d, 964,

10:40:14 **9** refers to the right to be present, but the error was harmless.

-08:-39:-30 **10** And the Tenth Circuit says that the defendant does not have a

-08:-39:-30 **11** right to be present during replay, 988 F.2d, 901.

-08:-39:-30 **12**        I'm going to let you guys do the research.

10:40:36 **13**        MR. DOUGHTEN:   Mr. Mazloum will waive his right to

-08:-39:-30 **14** be present, just to make the record clear.   So we have

10:40:43 **15** discussed it with him, and we're reluctant to have him in here

-08:-39:-30 **16** if the jury's playing certain tapes and may look over at him

-08:-39:-30 **17** during deliberations.

-08:-39:-30 **18**        THE COURT:  I understand.

10:40:52 **19**        MR. DOUGHTEN:  He will waive it.

10:40:54 **20**        MR. SOFER:   I ask Your Honor to do the inquiry

-08:-39:-30 **21** with the defendant.

10:40:58 **22**        THE COURT:  Mr. Mazloum, you have been following

10:41:04 **23** the meander of our discussion.

-08:-39:-30 **24**        Have you been following what we've been talking

-08:-39:-30 **25** about, Defendant Mazloum?

10:41:14  **1**         DEFENDANT MAZLOUM:  Yes.

-08:-39:-30  **2**         THE COURT:  I think it's highly likely the jury

-08:-39:-30  **3**  will ask to have recordings replayed.   I don't know if it will

-08:-39:-30  **4**  be your voice or other defendants, but I think it's quite likely

-08:-39:-30  **5**  they will because everyone told them they could.   That must

-08:-39:-30  **6**  occur in the courtroom.   I don't know if you have a

-08:-39:-30  **7**  Constitutional right to attend that proceeding or not.  So let

10:41:41  **8**  me assume that you do.   That would be the maximum extension --

10:41:45  **9**  the maximum protection extended to you.

-08:-39:-30  **10**         Are you willing to be absent from the courtroom

10:41:51  **11**  when that occurs?

10:41:53  **12**         DEFENDANT MAZLOUM:  Yes, Judge.

10:41:55  **13**         THE COURT:  Have you had a chance to talk it over

-08:-39:-30  **14**  with your counsel?

-08:-39:-30  **15**         DEFENDANT MAZLOUM:  Yes.

-08:-39:-30  **16**         THE COURT:  Has anybody threatened you or made any

10:42:01  **17**  threats or promises to you about that decision?

-08:-39:-30  **18**         DEFENDANT MAZLOUM:  No.

-08:-39:-30  **19**         THE COURT:  And you understand you can change your

-08:-39:-30  **20**  mind if you want?

-08:-39:-30  **21**         DEFENDANT MAZLOUM:  Yes.

-08:-39:-30  **22**         THE COURT:  Whether you have a right to attend or

-08:-39:-30  **23**  not, you are welcome to attend.  Do you understand?

-08:-39:-30  **24**         DEFENDANT MAZLOUM:  I understand that.

10:42:15  **25**         MR. DOUGHTEN:  Thank you, Your Honor.

10:42:17 **1**          MR. IVEY:  Likewise with Mr. Amawi.  We've had an

10:42:20 **2** opportunity to discuss this issue with him.   He is likewise

-08:-39:-30 **3** willing to waive his attendance at any replay of audio

10:42:28 **4** recordings.   He is here in the Court if you would like to

-08:-39:-30 **5** inquire.

10:42:31 **6**          THE COURT:  Mr. Amawi, you have been following what

10:42:33 **7** we've been talking about?

10:42:34 **8**          DEFENDANT AMAWI:  Yes, sir.

-08:-39:-30 **9**          THE COURT:  And as I've indicated to Mr. Mazloum, I

-08:-39:-30 **10** don't know whether you have a Constitutional or other right to

10:42:43 **11** attend.   You're welcome to attend if you want if tapes are

10:42:50 **12** replayed, as I expect they will be.  Do you want to be here for

-08:-39:-30 **13** that?

-08:-39:-30 **14**          DEFENDANT AMAWI:  No, Your Honor.

10:42:55 **15**          THE COURT:  And are you giving up whatever right

-08:-39:-30 **16** you might have to be here freely and voluntarily?

10:43:03 **17**          DEFENDANT AMAWI:  I'm sorry?

-08:-39:-30 **18**          THE COURT:  Are you giving up whatever right you

-08:-39:-30 **19** might have voluntarily?

10:43:08 **20**          DEFENDANT AMAWI:  Yes.   Absolutely.

-08:-39:-30 **21**          THE COURT:  Has anybody threatened you or made any

10:43:12 **22** promises to you to cause you to do so?

-08:-39:-30 **23**          DEFENDANT AMAWI:  No.

10:43:14 **24**          THE COURT:  You understand if you want to you can

10:43:16 **25** change your mind?

| | | |
|---|---|---|
| 10:43:17 | **1** | DEFENDANT AMAWI:  Yes, I do. |
| -08:-39:-30 | **2** | THE COURT:  Okay.   And you've had enough time to |
| -08:-39:-30 | **3** | talk it over with Mr. Ivey and your other lawyers to get their |
| 10:43:27 | **4** | advice? |
| -08:-39:-30 | **5** | DEFENDANT AMAWI:  Yes. |
| 10:43:38 | **6** | MR. HARTMAN:  Your Honor, on behalf of |
| 10:43:42 | **7** | Mr. El-Hindi, we're not ready to make that decision one way or |
| -08:-39:-30 | **8** | another. |
| -08:-39:-30 | **9** | THE COURT:  Okay. |
| 10:43:47 | **10** | And somebody -- I'll try -- |
| 10:43:51 | **11** | MR. HARTMAN:  We'll take a look, see what we can |
| -08:-39:-30 | **12** | find out. |
| -08:-39:-30 | **13** | THE COURT:  I don't want to deprive anybody of the |
| -08:-39:-30 | **14** | right that they have.  Candidly, if they want to be here, even |
| 10:43:59 | **15** | if they, quote, don't have a right to be here, I'm willing to |
| 10:44:04 | **16** | have them be here.   My instinct is it's because it's a |
| -08:-39:-30 | **17** | proceeding occurring in open court in the presence of the jury |
| 10:44:14 | **18** | that the defendant, if the defendant desires to be here, he can |
| -08:-39:-30 | **19** | be here.   Okay. |
| 10:44:21 | **20** | Okay.  Anything further from the government? |
| 10:44:23 | **21** | MR. SOFER:   No, Your Honor. |
| 10:44:25 | **22** | THE COURT:  Amy, what's the status on the exhibits? |
| -08:-39:-30 | **23** | Do you have them all? |
| 10:44:29 | **24** | MR. HERDMAN:  That was one thing I was going to |
| -08:-39:-30 | **25** | ask.  We provided exhibit books that have all the exhibits that |

6987

-08:-39:-30 1  have been admitted into evidence. I can bring in all of the

-08:-39:-30 2  actual exhibits that are currently at the Federal Bureau of

-08:-39:-30 3  Investigation. It's going to take up almost probably both rows,

10:44:48 4  and I can probably go over in the next part of the audience

10:44:52 5  section. I could do that. What I would suggest -- this is

10:44:56 6  entirely up to the Court and Counsel, but what I would suggest

-08:-39:-30 7  is if you're comfortable with the exhibit books going back, if

10:45:04 8  there's a particular exhibit that the jurors want to see, for

10:45:07 9  instance, a gun or -- I'm just trying to think of the actual

10:45:10 10  physical evidence that's in the case -- if we could ask them to

-08:-39:-30 11  indicate via note, we could bring the actual physical evidence

10:45:19 12  over here. But I'm happy to --

-08:-39:-30 13           THE COURT: Technically they ought to be at hand

-08:-39:-30 14  for the jury. You've got stacks and stacks of this stuff.

10:45:32 15           MR. SOFER: Judge, they are sort of at hand.

10:45:35 16  Obviously, the guns are a good example.

10:45:39 17           THE COURT: That's --

-08:-39:-30 18           MR. SOFER: They can't really sit here unattended

10:45:43 19  without an FBI agent here. Unless Counsel or the Court

10:45:49 20  disagrees, we could have any item here within a few minutes.

10:45:55 21  It's just a question of where is the safest place and the most

-08:-39:-30 22  secure place to actually hold them. We certainly agree they

-08:-39:-30 23  should be made available at the jury's request. I'm not go --

-08:-39:-30 24  given the amount of space that they have and the amount of

-08:-39:-30 25  people that we have to have watching them, I just don't know if

| | |
|---|---|
| 10:46:12 | **1** that's practical.   I don't know if Counsel would be willing to |
| 10:46:18 | **2** go with the arrangement Mr. Herdman suggests or not. |
| -08:-39:-30 | **3**          THE COURT:  It seems to me that any recordings, |
| 10:46:35 | **4** obviously, can be kept probably here in the conference room is |
| -08:-39:-30 | **5** probably the best place to keep them.   But what about anything |
| -08:-39:-30 | **6** else, photographs, all that stuff? |
| 10:46:46 | **7**          MR. HERDMAN:  In essence, Your Honor, everything |
| -08:-39:-30 | **8** has been photographed that's a physical piece of evidence. |
| 10:46:52 | **9** Everything's been photographed and placed into those books for |
| -08:-39:-30 | **10** the Court.   And the Court has a set; counsel has a set, and the |
| -08:-39:-30 | **11** court reporter has a set as well.   In essence, all the exhibits |
| -08:-39:-30 | **12** are in those books.   Of course it made virtual sense that they |
| 10:47:11 | **13** be photographed.  This is a place holder for some of the CDs |
| -08:-39:-30 | **14** that contain videos. |
| 10:47:17 | **15**          THE COURT:  Well, what do you guys want?   I hadn't |
| -08:-39:-30 | **16** thought about that. |
| 10:47:24 | **17**          MR. HARTMAN:  Judge, speaking on behalf of the |
| -08:-39:-30 | **18** El-Hindi team, we wouldn't have an objection to the jury getting |
| -08:-39:-30 | **19** the books rather than making them bring over all this evidence, |
| -08:-39:-30 | **20** and then just instruct the jury, like Mr. Herdman said, if they |
| -08:-39:-30 | **21** want to see a specific piece of something, the only thing we |
| -08:-39:-30 | **22** would ask is that we -- the government go through the books |
| -08:-39:-30 | **23** carefully and pull out anything that wasn't admitted before |
| 10:47:48 | **24** they're given. |
| 10:47:50 | **25**          MR. HERDMAN:  That's already been done.   The books |

10:47:52  **1**  conform to the list that was filed last week by the government

-08:-39:-30  **2**  with respect to the admitted exhibits.

10:47:58  **3**  MR. DOUGHTEN:  That would be fine, Your Honor, as

-08:-39:-30  **4**  long as the jury is instructed if they want to see the actual

10:48:03  **5**  piece of evidence -- if for some reason they want to see the

10:48:07  **6**  actual evidence that they be told they can have it.

-08:-39:-30  **7**  THE COURT:  I think -- I would prefer that it be

-08:-39:-30  **8**  here, but I don't know where.

10:48:17  **9**  MR. BOSS:  I don't often come to the government's

-08:-39:-30  **10**  aid, but today I will.

10:48:23  **11**  THE COURT:  Do you want to go off the record?

10:48:25  **12**  MR. BOSS:  When we went to inspect the physical

-08:-39:-30  **13**  evidence, it's substantial.  It would fill at least the jury box

10:48:33  **14**  and more of the tables and stacks.   It's so much that it would

-08:-39:-30  **15**  be really difficult, I think, for them to keep it here unless

-08:-39:-30  **16**  it's really necessary.

10:48:44  **17**  THE COURT:  Okay.  That's fine.

10:48:49  **18**  Counsel for Mr. Amawi?

10:48:53  **19**  MR. WITMER-RICH:  That's fine if it's readily

10:48:56  **20**  available, as the government represents, for the jury if they

-08:-39:-30  **21**  want to see the physical object, we have no objection.

-08:-39:-30  **22**  THE COURT:  I probably should explain that to them

10:49:06  **23**  tomorrow, so somebody should be here at 9:00.

10:49:11  **24**  Again, Amy, while you're upstairs, I've asked them

-08:-39:-30  **25**  that they designate one lawyer from each team to sort of be the

-08:-39:-30  **1** first lawyer for you to call if we need to have a question .

10:49:23  **2** It's up to them then to get ahold of the other counsel.

10:49:29  **3**          Okay.  Anything else?

10:49:35  **4**          MR. SOFER:   No, Judge.   Thank you for your

10:49:37  **5** patience.

**6**          (Adjourned at  7:29 p.m.)

**7**                   - - -

**8**

**9**

**10**          C E R T I F I C A T E

**11**

**12**   I certify that the foregoing is a correct transcript from the

**13** record of proceedings in the above-entitled matter.

**14**

**15** /s Tracy L. Spore_____          _____

**16** Tracy L. Spore, RMR, CRR             Date

**17**

05:32:56  **18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**