1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
2                         WESTERN DIVISION

3   UNITED STATES OF AMERICA,    - Docket No. 3:06-CR-719
                                 -
4       Plaintiff,               - Toledo, Ohio
                                 - June 13, 2008
5           v.                   - Trial
                                 -
6   MOHAMMAD ZAKI AMAWI, et al.,-
                                 -
7       Defendants.              -
    - - - - - - - - - - - - - - - - - - -

8
                    VOLUME 66, TRANSCRIPT OF TRIAL
9            BEFORE THE HONORABLE JAMES G. CARR
         UNITED STATES DISTRICT CHIEF JUDGE, AND A JURY
10
    APPEARANCES:
11
    For the Plaintiffs:   United States Attorneys' Office
12                        By: Thomas E. Getz
                              Justin E. Herdman
13                        801 Superior Avenue, W
                          Cleveland, OH 44113
14                        (216) 622-3840

15                        U.S. Department of Justice
                          By:   Jerome J. Teresinski
16                              David I. Miller
                          10th & Constitution Ave, NW
17                        Washington, DC 20530
                          (202) 353-3464
18
                          Office of the U.S. Attorney- Austin
19                        By:  Gregg N. Sofer
                          816 Congress Avenue
20                        Austin, TX 78701
                          (512) 916-5858

21

22

23

24

25

```
 1    For the Defendant Amawi: Office of the Federal Public
                               Defender - Cleveland
 2                             By:  Amy B. Cleary
                                    Jonathan P. Witmer-Rich
 3                                  Edward G. Bryan
                                    Timothy C. Ivey
 4                             750 Skylight Office Tower
                               1660 West Second St.
 5                             Cleveland, OH 44113
                               (216) 522-4856
 6
                               Muawad & Muawad
 7                             By:  Elias Muawad
                               36700 Woodward Avenue, Suite 209
 8                             Bloomfield Hills, MI 48304
                               (248) 594-4700
 9
      For the Defendant        Kerger & Kerger
10    El-Hindi:                By:  Stephen D. Hartman
                               Suite 201
11                             33 South Michigan Street
                               Toledo, OH 43602
12                             (419) 255-5990

13                             Boss & Vitou
                               By:  Charles M. Boss
14                             111 West Dudley Street
                               Maumee, OH 43537-2140
15                             (419) 893-5555

16                             Raslan, El-Kamhawy & Pla
                               By:  Alek H. El-Kamhawy
17                             Suite 3FE, 1700 East 13 Street
                               Cleveland, OH 44114
18                             (216) 928-1500

19    For the Defendant        David L. Doughten
      Mazloum:                 4403 St. Clair Avenue
20                             Cleveland, OH 44103-1125
                               (216) 361-1112
21
                               Helmick & Hoolahan
22                             By:  Jeffrey J. Helmick
                               2nd Floor
23                             1119 Adams Street
                               Toledo, OH 43624-1508
24                             (419) 243-3800

25
```

```
                              Mohammed Abdrabboh
                              1620 Ford Avenue
                              Wyandotte, MI 48192
                              (734) 283-8405

Court Reporter:               Tracy L. Spore, RMR, CRR
                              1716 Spielbusch Avenue
                              Toledo, Ohio 43624
                              (419) 243-3607
```

Proceedings recorded by mechanical stenography,
transcript produced by notereading.

|  |  |  |
|---|---|---|
|  | 1 | (Reconvened at 9:51 a.m.) |
| 09:51:46 | 2 | (The jury enters the courtroom.) |
| 09:52:20 | 3 | THE COURT:  I understand that you want to |
| 09:52:24 | 4 | watch another clip.  That's fine.  The request is: |
| 09:52:28 | 5 | May we review the audio from 2-8-05, meeting at Mr. |
| 09:52:34 | 6 | El-Hindi's with Darren Griffin.  And I'm sorry it took |
| 09:52:40 | 7 | us a while to assemble everybody.  I was available. |
| 09:52:46 | 8 | Other than that, I'm not going to say, but it took a |
| 09:52:50 | 9 | while.  I apologize.  There is one point in the |
| 09:52:56 | 10 | material that you will be viewing where the parties |
| 09:53:00 | 11 | agree that the transcript should be changed.  And, in |
| 09:53:06 | 12 | fact, the version that you saw when you first saw |
| 09:53:10 | 13 | whatever that excerpt was included the change. |
| 09:53:18 | 14 | And when we get to that point, and that's among the |
| 09:53:20 | 15 | material that you want to see, we'll stop it, and we'll |
| 09:53:24 | 16 | tell you what the change is.  Otherwise, it would |
| 09:53:28 | 17 | probably take another half hour or so to go get the |
| 09:53:32 | 18 | other version.  Okay. |
| 09:53:32 | 19 | (Video is played.) |
| 09:53:54 | 20 | THE JUROR:  A lot of static.  A lot of |
| 09:53:56 | 21 | static.  Never mind; I changed the A/B, and it works. |
| 09:54:00 | 22 | Sorry. |
| 10:33:14 | 23 | MR. HARTMAN:  Your Honor, this was the point |
| 10:33:16 | 24 | at which we agreed and made the change in the transcript |
| 10:33:18 | 25 | originally inserting that Mr. Griffin said 059.  By |

10:33:24  1  agreement the defense and the government did that.

10:33:26  2  That's what was shown on the transcript during the

10:33:28  3  trial, but it wasn't saved that way.  That's why it's

10:33:32  4  not here.

10:33:32  5            MR. SOFER:  That's correct, Your Honor.

10:33:34  6            THE COURT:  What is attributed to him,

10:33:36  7  anything?

10:33:36  8            MR. HARTMAN:  It's just Mr. Griffin saying

10:33:38  9  059.  It was inserted immediately following child's

10:33:46  10  voice in back.  That's what we don't have.  That's

10:33:52  11  all.

10:33:52  12            MR. SOFER:  We'll replay that line.

10:33:54  13            THE COURT:  Okay.  Good.

10:40:20  14            MR. SOFER:  Your Honor, may we approach?

10:40:24  15            THE COURT:  Sure.

10:40:24  16            (The following discussion was had at the

10:40:24  17  bench outside the hearing of the jury:)

10:40:44  18            MR. SOFER:  There's one additional clip from

10:40:46  19  that day that is the English translation of the Arabic

10:40:48  20  duration of the bomb vest video.  I don't know if

10:40:50  21  they're interested in hearing that.  So we'll only play

10:40:54  22  it if they want to hear it.  You can ask them.  It is

10:40:58  23  what it is.

10:41:12  24            (End of side-bar discussion.)

10:41:14  25            THE COURT:  Ladies and gentlemen, I'm

10:41:16   1    advised by counsel that the remainder of this particular

10:41:20   2    segment contains the English translation of the Arabic

10:41:26   3    language narration of what we've referred to as the bomb

10:41:30   4    vest video.   Do you wish to see that as well, or have

10:41:32   5    you seen what you want to see?   It's entirely up to

10:41:40   6    you.

10:41:48   7                    THE JUROR:  We're fine.

10:41:50   8                    THE COURT:  Okay.   You may resume.

10:41:50   9                         - - -

10:41:50  10

10:41:50  11

10:41:50  12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

| | | |
|---|---|---|
| 11:57:30 | 1 | (Jury enters the courtroom at 11:57 a.m.) |
| 11:57:30 | 2 | THE COURT:  Ladies and gentlemen, I received |
| 11:57:32 | 3 | your note; audio from 1/10/05 and 1/30/05 between Mr. |
| 11:57:38 | 4 | Amawi and Mr. Griffin pertaining to the bomb vest video. |
| 11:57:44 | 5 | Let me just ask the government, do you recall the total |
| 11:57:48 | 6 | length of those sessions? |
| 11:57:52 | 7 | MR. SOFER:  We've we're checking that right |
| 11:57:56 | 8 | now.  I think we isolated the correct clips.  We're |
| 11:58:00 | 9 | checking to see how long they are. |
| 11:58:14 | 10 | It looks like 39 minutes for the 10th, and |
| 11:58:18 | 11 | the 30th is significantly shorter.  Much, much shorter. |
| 11:58:22 | 12 | About another two and a half minutes. |
| 11:58:26 | 13 | THE COURT:  Okay.  Did you want to see those |
| 11:58:28 | 14 | now or after lunch?  What's your clip? |
| 11:58:36 | 15 | THE JUROR:  What was the second one, Mr. |
| 11:58:38 | 16 | Sofer? |
| 11:58:38 | 17 | MR. SOFER:  About two and a half minutes for |
| 11:58:40 | 18 | the one from the 30th. |
| 11:58:46 | 19 | THE JUROR:  We could watch one of them. |
| 11:58:48 | 20 | THE COURT:  In other words, the total for |
| 11:58:50 | 21 | the two is about 42 or 3 minutes. |
| 11:58:56 | 22 | THE JUROR:  Let's do it now. |
| 12:00:40 | 23 | (Audio is played.) |
| 12:37:40 | 24 | MR. SOFER:  Judge, the next is short from |
| 12:37:42 | 25 | the 30th. |

12:37:44  1              THE COURT:  Let's do it.

12:37:46  2              MR. SOFER:  It's two and a half minutes.

12:37:50  3              THE JUROR:  Two and a half.  Get it done.

12:40:40  4              MR. SOFER:  Judge, can we approach?

12:40:42  5              THE COURT:  Certainly.

12:40:46  6              (Whereupon the following discussion was had

12:40:58  7  at the bench outside the hearing of the jury:)

12:40:58  8              MR. SOFER:  Your Honor, we did a search, a

12:41:04  9  very quick search of our files to see what mention there

12:41:08  10  is of the bomb vest.  Obviously they got the biggest

12:41:14  11  chunk of it on the 10th.  You could suggest how we

12:41:16  12  might handle this, but for us to really go through both

12:41:20  13  of those days, one of the days was hours of recordings,

12:41:24  14  and determine whether the bomb vest was mentioned

12:41:26  15  anywhere else, we' have too really do a word search and

12:41:30  16  belabor --

12:41:32  17              MS. CLEARY:  This is another portion where

12:41:34  18  he's saying he attempted to network the computers

12:41:38  19  together, that wasn't included in the clip just played.

12:41:42  20              MR. SOFER:  Matching the bomb vest.

12:41:44  21              MS. CLEARY:  He at least pretended he was

12:41:48  22  trying to get that on his laptop.  That wasn't included

12:41:52  23  in those sections.

12:41:54  24              MR. SOFER:  We can go back.  We went

12:41:56  25  through everybody we saw the bomb making videos

12:41:58  1    mentioned.   I don't think the section Ms. Cleary is

12:42:02  2    talking about, the actual bomb making video of the

12:42:04  3    vest -- we can check to see whether that's true.

12:42:08  4              THE COURT:  Why don't I ask them if they

12:42:10  5    have seen those portions that they wanted to, or if

12:42:12  6    there is something else.   If they say there is

12:42:14  7    something else, I would say it's not available right

12:42:20  8    now.   Do you -- should I ask them -- would it help if

12:42:28  9    they had a 1D number?

12:42:30  10             THE COURT:  They have the actual cut.   If

12:42:34  11   they have a segment number, that would be fine.   That

12:42:36  12   would be fine with the government.   I assume it's fine

12:42:38  13   with counsel as well.

12:42:40  14             MR. HARTMAN:  Yes.

12:42:40  15             MS. CLEARY:  If that's what they say they're

12:42:42  16   happy with, yes.

12:43:02  17             (End of side-bar discussion.)

12:43:02  18             THE COURT:  Ladies and gentlemen, are those

12:43:06  19   the segments that you desired to see?

12:43:12  20             THE JUROR:  Yes, I think so.

12:43:16  21             THE COURT:  If not, if you wish to see more

12:43:18  22   of this portion or timeframe or meeting or others, if

12:43:26  23   you have the 1D numbers, that would be helpful when

12:43:32  24   you're communicating to us.   That way we can pinpoint.

12:43:38  25   Okay.   You may resume.

| | |
|---|---|
| 14:36:52 | 1 |
| 14:36:52 | 2 |
| 14:36:56 | 3 |
| 14:39:16 | 4 |
| 14:39:20 | 5 |
| 14:39:22 | 6 |
| 14:39:24 | 7 |
| 14:39:28 | 8 |
| 14:39:52 | 9 |
| 14:40:08 | 10 |
| 14:40:10 | 11 |
| 14:40:12 | 12 |
| 14:40:16 | 13 |
| 14:40:20 | 14 |
| 14:40:22 | 15 |
| 14:40:28 | 16 |
| 14:40:32 | 17 |
| 14:40:36 | 18 |
| 14:40:38 | 19 |
| 14:40:44 | 20 |
| 14:40:46 | 21 |
| 14:40:50 | 22 |
| 14:40:54 | 23 |
| 14:40:56 | 24 |
| 14:41:00 | 25 |

1      (Reconvened at 2:39 p.m.)

2           THE COURT:  I understand we have a verdict.

3  So if you'll get the jury, please.

4           (Jury enters the courtroom.)

5           THE COURT:  Ladies and gentlemen, I

6  understand you've reached a verdict.  If you have, will

7  you please give the verdict form to Amy, and she will

8  give it to me.

9           (Verdict form is handed to the Court.)

10           THE COURT:  The clerk will read the

11  verdicts.

12           THE CLERK:  In the United States District

13  Court for the Northern District of Ohio, Western

14  Division.  United States of America, plaintiff, versus

15  Mohammad Zaki Amawi, defendant.  Case 3:06-CR-719.

16  Verdict:  We, the jury, duly impaneled and sworn, find

17  the defendant, Mohammad Zaki Amawi, as to Count 1,

18  conspiracy to kill, kidnap, maim or injure persons

19  outside the United States, pursuant to 18 U.S.C.

20  956(a)(1), we find the defendant:  Guilty.

21           Signed by all 12 jurors.

22           Verdict Number 2.  As to Mohammad Zaki

23  Amawi:  If you have found the defendant guilty of the

24  crime charged in Count 1, conspiracy to kill, maim,

25  kidnap, or injure persons outside the United States, you

14:41:02  1   must unanimously answer whether the object of the

14:41:06  2   conspiracy was to murder persons in another country;

14:41:10  3   answer: Yes.  Maim persons in another country; answer:

14:41:12  4   Yes.  Signed by all 12 jurors.

14:41:18  5              Verdict Number 3.  We, the jury, duly

14:41:22  6   impaneled and sworn, find the defendant, Mohammad Zaki

14:41:26  7   Amawi, as to Count 2, conspiracy to provide material

14:41:28  8   support to terrorists, pursuant to 18 U.S.C., 2339A.  We

14:41:34  9   find the defendant:  Guilty.

14:41:36  10             Signed by all 12 jurors.

14:41:38  11             We, the jury, duly impaneled and sworn, find

14:41:42  12  the defendant, Mohammad Zaki Amawi, as to Count 3,

14:41:46  13  distributing information regarding explosives, pursuant

14:41:50  14  to 18 U.S.C. 842(p)(2)(A); we find the defendant:

14:41:54  15  Guilty.

14:41:56  16             Signed by all 12 jurors.

14:41:58  17             We, the jury, duly impaneled and sworn, find

14:42:04  18  the defendant, Mohammad Zaki Amawi, as to Count 4,

14:42:06  19  distributing information regarding explosives, pursuant

14:42:10  20  to 18 U.S.C. 842(p)(2)(A); we find the defendant:

14:42:16  21  Guilty.

14:42:16  22             Signed by all 12 jurors.

14:42:20  23             In the case of United States of America

14:42:24  24  versus Marwan Othman El-Hindi.  We, the jury, duly

14:42:30  25  impaneled and sworn, find the defendant, Marwan Othman

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
| 14:42:34 | 1  | El-Hindi, as to Count 1, conspiracy to kill, kidnap,       |
| 14:42:38 | 2  | maim, or injure persons outside the United States,         |
| 14:42:40 | 3  | pursuant to 18 U.S.C. 956(a)(1), we find the defendant:    |
| 14:42:46 | 4  | Guilty.                                                    |
| 14:42:46 | 5  | Signed by all 12 jurors.                                   |
| 14:42:50 | 6  | Verdict Number 2 as to Marwan El-Hindi.  If                |
| 14:42:54 | 7  | you have found this defendant guilty of the crime          |
| 14:42:56 | 8  | charged in Count 1, conspiracy to kill, maim, kidnap, or   |
| 14:43:00 | 9  | injure persons outside the United States, you must         |
| 14:43:04 | 10 | unanimously answer whether the object of the conspiracy    |
| 14:43:06 | 11 | was to murder persons in another country; answer:  Yes.    |
| 14:43:10 | 12 | Maim persons in another country; answer:  Yes.             |
| 14:43:14 | 13 | Signed by all 12 jurors.                                   |
| 14:43:18 | 14 | We, the jury, duly impaneled and sworn, find               |
| 14:43:20 | 15 | the Defendant, Marwan Othman El-Hindi, as to Count 2,      |
| 14:43:28 | 16 | conspiracy to provide material support to terrorists       |
| 14:43:30 | 17 | pursuant to 18 U.S.C. 2339A; we find the defendant:        |
| 14:43:34 | 18 | Guilty.                                                    |
| 14:43:36 | 19 | Signed by all 12 jurors.                                   |
| 14:43:38 | 20 | We, the jury, duly impaneled and sworn, find               |
| 14:43:42 | 21 | the defendant, Marwan El-Hindi, as to Count 5,             |
| 14:43:46 | 22 | distributing information regarding explosives pursuant      |
| 14:43:48 | 23 | to 18 U.S.C. 842(p)(2)(A); we find the defendant:          |
| 14:43:54 | 24 | Guilty.                                                    |
| 14:43:54 | 25 | Signed by all 12 jurors.                                   |

| | | |
|---|---|---|
| 14:43:58 | 1 | We, the jury, duly impaneled and sworn, find |
| 14:44:02 | 2 | the defendant, Marwan El-Hindi, as to Count 6, |
| 14:44:04 | 3 | distributing information regarding explosives, pursuant |
| 14:44:08 | 4 | to 18 U.S.C. 842(p)(2)(A); we find the defendant: |
| 14:44:14 | 5 | Guilty. |
| 14:44:14 | 6 | Signed by all 12 jurors. |
| 14:44:18 | 7 | In the case of United States of America |
| 14:44:20 | 8 | versus Wassim I. Mazloum. |
| 14:44:22 | 9 | Verdict Number 1.  We, the jury, duly |
| 14:44:26 | 10 | impaneled and sworn, find the defendant, Wassim I. |
| 14:44:28 | 11 | Mazloum, as to Count 2, conspiracy to provide material |
| 14:44:32 | 12 | support to terrorists pursuant to 18 U.S.C. 2339 A; we |
| 14:44:38 | 13 | find the defendant:  Guilty. |
| 14:44:38 | 14 | Signed by all 12 jurors. |
| 14:44:42 | 15 | Verdict Number 2.  We, the jury, duly |
| 14:44:44 | 16 | impaneled and sworn, find the defendant, Wassim I. |
| 14:44:48 | 17 | Mazloum, as to Count 1, conspiracy to kill, kidnap, |
| 14:44:52 | 18 | maim, or injure persons outside the United States, |
| 14:44:56 | 19 | pursuant to 18 U.S.C., 956(a)(1); we find the defendant: |
| 14:45:02 | 20 | Guilty. |
| 14:45:02 | 21 | Signed by all 12 jurors. |
| 14:45:06 | 22 | Special verdict as to Mr. Mazloum.  If you |
| 14:45:08 | 23 | have found this defendant guilty of the crime charged in |
| 14:45:12 | 24 | Count 1, conspiracy to kill, maim, kidnap, or injure |
| 14:45:14 | 25 | persons outside the United States, pursuant to 18 |

14:45:18  1  U.S.C., 956(a)(1), you must unanimously answer whether

14:45:24  2  the object of the conspiracy was to murder persons in

14:45:26  3  another country; answer:  Yes.  Maim persons in another

14:45:28  4  country; answer:  Yes.

14:45:30  5          Signed by all 12 jurors.

14:45:34  6          THE COURT:  Would you like me to poll the

14:45:36  7  jury?

14:45:36  8          MR. HARTMAN:  Please, Your Honor.

14:45:38  9          MR. BRYAN:  Yes, Your Honor.

14:45:40  10          THE COURT:  Ladies and gentlemen, I'm going

14:45:42  11  to ask each of you if those are your verdicts.  And

14:45:48  12  answer either yes or no.  And I'll ask you for the

14:45:52  13  record simply to indicate your juror number when you do

14:45:54  14  so.  I'll start in the front row and move on down the

14:45:58  15  front row up to the back row.

14:45:58  16          So first juror in the front row, you are

14:46:02  17  juror number?

14:46:04  18          THE JUROR:  228.

14:46:04  19          THE COURT:  Are those your verdicts?

14:46:06  20          THE JUROR:  Yes.

14:46:08  21          THE JUROR:  Juror 294.

14:46:08  22          THE COURT:  Are those your verdicts?

14:46:10  23          THE JUROR:  Yes, Your Honor.

14:46:10  24          THE JUROR:  261.

14:46:12  25          THE COURT:  Are those your verdicts?

| | | |
|---|---|---|
| 14:46:14 | 1 | THE JUROR:  Yes. |
| 14:46:14 | 2 | THE JUROR:  188. |
| 14:46:14 | 3 | THE COURT:  Are those your verdicts? |
| 14:46:16 | 4 | THE JUROR:  Yes, they are. |
| 14:46:18 | 5 | THE JUROR:  93. |
| 14:46:20 | 6 | THE COURT:  Are those your verdicts? |
| 14:46:20 | 7 | THE JUROR:  Yes. |
| 14:46:20 | 8 | THE JUROR:  330. |
| 14:46:22 | 9 | THE COURT: Are those your verdicts? |
| 14:46:22 | 10 | THE JUROR:  Yes. |
| 14:46:24 | 11 | THE JUROR:  300.  Yes. |
| 14:46:26 | 12 | THE COURT:  Are those your verdicts? |
| 14:46:28 | 13 | THE JUROR:  Yes. |
| 14:46:28 | 14 | THE COURT:  Back row. |
| 14:46:30 | 15 | THE JUROR:  306. |
| 14:46:32 | 16 | THE COURT:  Are those your verdicts? |
| 14:46:32 | 17 | THE JUROR:  Yes? |
| 14:46:34 | 18 | THE JUROR:  283. |
| 14:46:34 | 19 | THE COURT:  Are those your verdicts? |
| 14:46:36 | 20 | THE JUROR:  Yes. |
| 14:46:38 | 21 | THE JUROR:  319. |
| 14:46:38 | 22 | THE COURT:  Are those your verdicts? |
| 14:46:40 | 23 | THE JUROR:  Yes. |
| 14:46:42 | 24 | THE JUROR:  78. |
| 14:46:42 | 25 | THE COURT:  Are those your verdicts? |

| | | |
|---|---|---|
| 14:46:42 | 1 | THE JUROR:  Yes. |
| 14:46:44 | 2 | THE JUROR:  89. |
| 14:46:44 | 3 | THE COURT:  Are those your verdicts? |
| 14:46:46 | 4 | THE JUROR:  Yes. |
| 14:46:52 | 5 | THE COURT:  I find that the verdicts |
| 14:46:54 | 6 | returned are unanimous. |
| 14:46:56 | 7 | Ladies and gentlemen, that completes your |
| 14:46:58 | 8 | service in this case.  Before leaving, let me express |
| 14:47:02 | 9 | once again to you the very sincere thanks of all of us |
| 14:47:08 | 10 | for that service.  I believe I mentioned to you, I know |
| 14:47:10 | 11 | I've mentioned to others, I know that the lawyers in |
| 14:47:12 | 12 | this case concur in that view that I don't believe that |
| 14:47:16 | 13 | in my time here, first as a magistrate judge, now for 14 |
| 14:47:20 | 14 | years as a district judge, I have seen a jury that was |
| 14:47:24 | 15 | as attentive and as engaged as you were.  And that |
| 14:47:30 | 16 | tells me several things, that first of all tells me the |
| 14:47:34 | 17 | process that's somewhat protracted, and I think very |
| 14:47:38 | 18 | careful process, and perhaps for you somewhat onerous |
| 14:47:42 | 19 | process, and your fellow jurors called as possible |
| 14:47:48 | 20 | members of the jury, that that voir dire process works |
| 14:47:52 | 21 | and can work.  I'm pleased that we went through it. |
| 14:47:56 | 22 | It produced a jury of really remarkable diligence and |
| 14:48:02 | 23 | fidelity to your duties. |
| 14:48:04 | 24 | I would like to meet with you for a few |
| 14:48:06 | 25 | minutes.  It's my custom to do so.  I've got some |

14:48:10  1    certificates and a pin I'd like to give you.   I can't

14:48:14  2    compel you to stay; you're more than welcome to leave.

14:48:20  3    If you prefer not to wait for a few minutes to come

14:48:24  4    upstairs and wait until I meet with you, that's fine.

14:48:26  5            You now are free, to the extent you want to

14:48:30  6    do so, to speak with anybody about the case or to nobody

14:48:32  7    at all.   We try to do our best to preserve your privacy

14:48:36  8    and be attentive to any concerns that you might have had

14:48:42  9    in that regard, but that's entirely up to you.

14:48:44  10           In any event, if you would go upstairs, and

14:48:48  11   those of you are that are willing to do so, I'll see you

14:48:50  12   in a few minutes.   Thank you.   Before you go, let me

14:48:54  13   just say one thing.   I think I've said this to you

14:48:56  14   before.   The service that you perform as jurors,

14:49:02  15   ordinary people, a mixture of strangers from the

14:49:06  16   community coming into court, most if not all of you have

14:49:10  17   not been through this experience.   You haven't been in

14:49:12  18   the courtroom before.   And you showed up, you expressed

14:49:16  19   a willingness during voir dire to serve, as did so many

14:49:20  20   of your other fellow citizen.   And without that

14:49:22  21   willingness, we would not have and we would not enjoy

14:49:26  22   the system of justice that we have in this country.

14:49:30  23   And you heard me say that -- I will say it one more

14:49:32  24   time -- service as a juror in the United States District

14:49:36  25   Court is the most important civic duty that any one of

| | | |
|---|---|---|
| 14:49:40 | 1 | us can be called upon serve, except service in the |
| 14:49:44 | 2 | military in times of active combat.  It is a |
| 14:49:48 | 3 | cornerstone of the rights that we all enjoy and will |
| 14:49:50 | 4 | continue to enjoy as long as people like you take that |
| 14:49:54 | 5 | obligation upon yourselves, dedicate the time and |
| 14:49:58 | 6 | attention that you did to doing your duty in this case. |
| 14:50:02 | 7 | And all of us are deeply, deeply grateful for that |
| 14:50:08 | 8 | willingness on your part.  Thank you very much.  We'll |
| 14:50:12 | 9 | see you in a few minutes. |
| 14:50:36 | 10 | (Jury exits the courtroom.) |
| 14:50:40 | 11 | THE COURT:  Anything on behalf of the |
| 14:50:42 | 12 | government? |
| 14:50:42 | 13 | MR. SOFER:  Your Honor, at this time the |
| 14:50:44 | 14 | government asks the Court to reconsider the bail status |
| 14:50:48 | 15 | of Mr. Mazloum after being convicted of all counts in |
| 14:50:54 | 16 | this case.  The government believes it is appropriate, |
| 14:50:58 | 17 | based on that change of circumstance, the risk of flight |
| 14:51:02 | 18 | has risen quite a bit, and it's appropriate he be |
| 14:51:06 | 19 | detained based on everything we've said in the case |
| 14:51:08 | 20 | previously, and I think that's an appropriate thing for |
| 14:51:14 | 21 | the Court to do. |
| 14:51:28 | 22 | MR. DOUGHTEN:  Your Honor, Mr. Mazloum's |
| 14:51:30 | 23 | ready to turn himself in at this time to prepare for |
| 14:51:34 | 24 | sentencing. |
| 14:51:36 | 25 | THE COURT:  At the conclusion of these |

14:51:38   1   proceedings, he'll be remanded to custody.

14:51:42   2          Let me speak a moment to the defendants in

14:51:44   3   terms of what the next step of the process is.  It's my

14:51:48   4   understanding you'll be returning to Milan detention

14:51:50   5   center this evening and that you remain there, according

14:51:56   6   to my understanding, until time of sentencing.  That

14:52:00   7   probably will be -- normally takes about ten weeks or so

14:52:06   8   from the time that a conviction is returned either upon

14:52:08   9   a plea of guilty or trial, or the process of the

14:52:12  10   presentence investigation to be undertaken.  It will

14:52:16  11   include at some point probably fairly soon a visit with

14:52:22  12   you by a United States Pretrial Service and Probation

14:52:24  13   officer who will interview you, and the results of that

14:52:32  14   interview will be included in a presentence report.

14:52:34  15   That officer will also engage in gathering other

14:52:40  16   information about you and your background, much of which

14:52:42  17   is already known, but there's a certain set of

14:52:46  18   information that is included in a presentence report.

14:52:50  19   And I will say those reports are of crucial importance

14:52:54  20   to me and to all of us when the time comes to determine

14:52:58  21   sentence.  And you have the absolute right to have your

14:53:00  22   lawyers with you, a lawyer with you during the course of

14:53:04  23   that interview.  If I were in your situation, I would

14:53:08  24   certainly have an attorney with me.  I think it's

14:53:10  25   appropriate for your attorneys to be notified sometime

14:53:14  1    in advance, and I would suggest, Counsel, that you make

14:53:16  2    that request of the Pretrial Service and Probation

14:53:20  3    Officer, give a week or so notice before they make that

14:53:24  4    visit so that you can have time to meet with your

14:53:26  5    clients and prepare them for that interview.

14:53:30  6              Your counsel will be given a preliminary

14:53:36  7    copy of the report.  Counsel will go over that with

14:53:40  8    you, will have an opportunity to call to my attention

14:53:42  9    any either factual objections, mistakes, misstatements,

14:53:46  10   or whatever that you think are in that report.  And as

14:53:50  11   well they will have the opportunity to make any legal

14:53:52  12   objections to any of the legal conclusions that may

14:53:56  13   underlie the report or the possible recommendation of

14:54:02  14   sentence.

14:54:04  15             At time of sentencing you will all have the

14:54:06  16   absolute right to be heard in allocution; that means to

14:54:10  17   speak on your own behalf as well as to be heard through

14:54:12  18   your attorneys.  I expect, as I say, sentencing will be

14:54:18  19   in about ten weeks to three months approximately.

14:54:24  20             Anything further from the government?

14:54:24  21             MR. SOFER:  No, Your Honor.

14:54:26  22             THE COURT:  Counsel?

14:54:28  23             MR. BRYAN:  Your Honor, as it relates to

14:54:28  24   post-trial motions, at this time I make a motion for

14:54:32  25   extension of time to file post-trial motions.

14:54:36  1          THE COURT:  How much time do you think you

14:54:36  2  need?  You tell me the time that you think you'd like.

14:54:46  3  Angela, of course, is about to deliver a child.   Two

14:54:58  4  months?  Any objection for a three-month period for the

14:55:02  5  filing of defendant's post-trial motions?

14:55:04  6          MR. SOFER:  Not from the government, Judge.

14:55:06  7          THE COURT:  September 15; is that three

14:55:14  8  months?

14:55:14  9          MR. BRYAN:  That would be wonderful.

14:55:18  10          THE COURT:  Tracy, if you guys have problems

14:55:22  11  getting the transcripts, I'll let them know.

14:55:24  12          MR. BOSS:  I take it that will extend to Mr.

14:55:26  13  El-Hindi as well?

14:55:28  14          THE COURT:  Of course.   That's for all

14:55:30  15  post-trial motions.

14:55:30  16          THE COURT:  Okay.  And then the government

14:55:32  17  will have a month to respond; would that be --

14:55:36  18          MR. SOFER:  After we get them, Judge, if we

14:55:38  19  can get back to the Court.   You can say a month now,

14:55:40  20  but I ask you to potentially give us more time.

14:55:44  21          THE COURT:  I'll just say -- why don't we

14:55:46  22  say a month.

14:55:46  23          MR. SOFER:  A month should be fine,

14:55:48  24  depending on the volume.

14:55:50  25          THE COURT:  Obviously if you need more time,

14:55:52   1   simply let me know.  That won't be a problem.

14:56:04   2            Anything further?

14:56:04   3            MR. SOFER:  Not from the government.

14:56:06   4            MR. HARTMAN:  No.

14:56:08   5            MR. BRYAN:  No.

14:56:08   6            THE COURT:  Again, I've said this to counsel

14:56:12   7   before, but I wish to express it publicly.  This was a

14:56:14   8   case that is a difficult case for all to try, but it was

14:56:18   9   well, fairly, and professionally tried by all of the

14:56:20  10   attorneys who appeared in this case, and that is a

14:56:22  11   credit to yourselves, and you have served your clients

14:56:28  12   well, each and every one of you.  That will conclude

14:56:30  13   these proceedings.

          14                        - - -

          15

          16            **C E R T I F I C A T E**

          17

          18     I certify that the foregoing is a correct transcript

          19   from the record of proceedings in the above-entitled

          20   matter.

          21

          22   /s Tracy L. Spore_____          _____

          23   Tracy L. Spore, RMR, CRR                Date

          24

          25