IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:06CR719 |
| Plaintiff, | JUDGE JAMES G. CARR |
| v. | |
| MOHAMMAD ZAKI AMAWI, et al. | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendants. | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Matthew W. Shepherd, Assistant U.S. Attorney, and respectfully requests leave for AUSA Matthew W. Shepherd to withdraw as counsel of record.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Matthew W. Shepherd
Matthew W. Shepherd (OH: 0074056)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3859
(216) 685-2378 (facsimile)
Matthew.Shepherd@usdoj.gov